NORA FRIMANN, City Attorney (93249)
ARDELL JOHNSON, Assistant City Attorney (95340)
ELISA T. TOLENTINO, Chief Deputy City Attorney (245962)
NANA KNIGHT, Sr. Deputy City Attorney (266719)
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California  95113-1905
Telephone Number: (408) 535-1900
Facsimile Number:  (408) 998-3131
E-Mail Address:  cao.main@sanjoseca.gov

Attorneys for CITY OF SAN JOSE

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SANTA CLARA

| | |
|---|---|
| CALIFORNIA WASTE SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CITY OF SAN JOSE, and DOES 1 to 50, inclusive, <br><br> Defendants. | Case Number:  23cv409641 <br><br> **NOTICE OF REMOVAL TO FEDERAL COURT** <br><br> [28 U.S.C. §§ 1331, 1367, 1441, 1446] <br><br> Complaint filed:   January 6, 2023 <br> Complaint served:  March 8, 2023 <br> Removal date:     April 7, 2023 |

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C §§ 1331, 1367, 1441, and 1446, Defendant City of San Jose ("City") hereby removes the above-captioned action from the Santa Clara County Superior Court to the United States District Court for the Northern District of California. In support of this Notice of Removal, the City states as follows.

**I. INTRODUCTION**

1.    On January 6, 2023, California Waste Solutions, Inc., ("Plaintiff") commenced this action against the City in the Santa Clara County Superior Court, assigned Case No. 23cv409641, with the filing of a complaint titled "COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF ("Complaint"), a copy of which is attached here as **Exhibit A**.

1

NOTICE OF REMOVAL TO FEDERAL COURT                                        Case Number: 23cv409641

2005859

2.    A copy of the state court docket sheet for this action, downloaded from the Santa Clara County Superior Court within 24 hours of the date and time this Notice of Removal is being filed, is attached here as **Exhibit B**.

3.    The Complaint brings five causes of action: **(1)** "Breach of Contract" **(2)** **"**Breach of Implied Covenant of Good Faith and Fair Dealing" **(3)** **"**42 U.S.C. § 1981: Race Discrimination" **(4)** "Equal Protection Clause Violations" **(5)** "Violation of California's Unfair Competition Law ("UCL") California Business and Professions Code § 17200, et seq."

**II. JURISDICTION AND BASIS FOR REMOVAL**

4.    Removal jurisdiction exists in this matter under 28 U.S.C. §§ 1441(a) and 1446(a) because this case is a "civil action brought in a State court of which the district courts of the United States have original jurisdiction." 28 U.S.C. § 1441(a).

5.    This Court has original jurisdiction under 28 U.S.C. § 1331 with respect to Plaintiff's claims that certain provisions of a City Ordinance violate their rights arising under federal law—namely, the Equal Protection Clause of the Fourteenth Amendment to the U.S. Constitution, and 42 U.S.C. § 1981: Race Discrimination. *See* Compl. ¶¶ .

6.    This Court has supplemental jurisdiction under 28 U.S.C § 1367 with respect to Plaintiff's other claims, which arise under California state law, because those other claims regard the same provisions of the same City Ordinance and are otherwise "so related to claims in the action within [the Court's] original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution." 28 U.S.C. § 1367.

**III. VENUE AND INTRADISTRICT ASSIGNMENT**

7.    Removal to this Court is proper under 28 U.S.C. §§ 84(a), 1441(a), and 1446(a) because Santa Clara County Superior Court, where the Complaint was filed, is a state court within the Northern District of California.

8.    Pursuant to Northern District of California Civil Local Civil Rule 3-2(c) and (e), this case should be assigned to the San Jose Division, as the alleged events giving rise to

NOTICE OF REMOVAL TO FEDERAL COURT                    Case Number: 23cv409641

2005859

the action occurred in San Jose and concern the City of San Jose and its residents. *See* Compl. ¶¶

## IV. PROCEDURAL REQUIREMENTS

9. Plaintiffs served the City on March 8, 2023. *See* **Exhibit C** (Proof of Service). This Notice of Removal is being filed within 30 days of service, in accordance with 28 U.S.C § 1446(b).

10. "[A] copy of all process, pleadings, and orders" served upon the removing defendant (i.e., the City) in this action are attached here as **Exhibit D**, in accordance with 28 U.S.C § 1446(a).

11. A copy of this Notice of Removal is being filed with the Clerk of the Santa Clara County Superior Court and is being served on all adverse parties, through their counsel of record, in accordance with 28 U.S.C. § 1446(d).

12. "[A]ll defendants who have been properly joined and served" have joined or consented to the removal of this action, in accordance with 28 U.S.C. § 1446(b)(2)(A). The City is the only defendant that has been "properly joined and served" in this action for purposes of Section 1446(b)(2)(A). While the Complaint also names as defendants "all persons interested in the matter of San Jose Ordinance No. 30716" (Compl. ¶ 7), all such persons are nominal or unknown, and none of them are "defendants who have been properly joined and served" for purposes of the federal removal statute. *See Baker v. Wells Fargo Bank, N.A.*, No. 1:16-cv-01943, 2017 WL 931879, at *3 (E.D. Cal. Mar. 9, 2017) ("the general requirement of consent does not apply to 'nominal, unknown, or fraudulently joined parties'").

/// /// ///
/// /// ///

3

**V. CONCLUSION**

WHEREFORE, pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, Defendant City of San Jose hereby removes this action from the Santa Clara County Superior Court to the United States District Court for the Northern District of California.

Dated:  April 6, 2023

Respectfully submitted,

NORA FRIMANN, City Attorney

By: _/s/ Nana Knight_
        NANA KNIGHT
        Sr. Deputy City Attorney

Attorneys for CITY OF SAN JOSE

NOTICE OF REMOVAL TO FEDERAL COURT                    Case Number: 23cv409641

2005859