EXHIBIT A

E-FILED
1/6/2023 1:47 PM
Clerk of Court
Superior Court of CA,
County of Santa Clara
23CV409641
Reviewed By: B. Roman-Antunez

BUCHALTER
A Professional Corporation
DOUGLAS C. STRAUS (SBN: 96301)
RANDALL L. MANVITZ (SBN: 224598)
425 Market Street, Suite 2900
San Francisco, California 94105-2491
Tel: (415) 227-0900
Fax: (415) 227-0770
Email:    dstraus@buchalter.com
              rmanvitz@buchalter.com

Attorneys for Plaintiff California Waste Solutions, Inc.

## SUPERIOR COURT, STATE OF CALIFORNIA

## SANTA CLARA COUNTY

| | |
|---|---|
| CALIFORNIA WASTE SOLUTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF SAN JOSE; and DOES 1 to 50, <br><br> Defendants. | CASE NO.: <br> 23CV409641 <br><br> **COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF** |

## I.    INTRODUCTION

1.    Plaintiff is suing because it suffered damages from breaches of contract and race discrimination.  California Waste Solutions, Inc. ("CWS") is a recycling services provider with operations in the State of California.  CWS is owned and operated by a family of Vietnamese-Americans, the Duongs, refugees who fled Vietnam under traumatic circumstances in the aftermath of the Vietnam War.

2.    After the Duongs arrived in the United States, the family eventually reunited in the San Francisco Bay Area.  Here, decades ago, the family started collecting used cardboard and paper products to earn income when recycling was in its infancy as a business model.  Because of their hard work, they were able to eventually form a recycling business--CWS.  Today, CWS is a substantial, industry-leading recycling company in Northern California, employing over 300 union

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF

and non-union workers directly from the communities they serve in San Jose and Oakland.

3.      CWS entered into the "Agreement Between the City of San Jose and California Waste Solutions, Inc. For Recycle Plus SFD Recycling Collection Services" with the City of San Jose ("City") whereby CWS agreed to provide residential recycling services for roughly one-third of the City and its 300,000-plus residents from July 1, 2010 through June 30, 2021 (hereinafter the "Agreement").  The purpose of the Agreement was to allow City residents to dispose of recyclable materials in designated recycling containers and for CWS to collect and process those recyclable materials so they could be reused rather than disposed of as garbage at a landfill.  The Agreement called for CWS to provide solely recycling services by collecting only recycling containers.  The City contracted with persons other than CWS for collection of garbage which residents were supposed to place in separate designated garbage containers.

4.      Unfortunately, many City residents began misusing their recycling containers by putting large amounts of garbage (non-recyclable materials) in their recycling containers.  The problem became so bad that more than half the volume of material placed in recycling containers collected by CWS in the City was garbage rather than recyclable material.

5.      The Agreement contemplated CWS and the City working together in various ways to ensure that the fundamental purpose of the Agreement—collection and processing of recyclable materials—was fulfilled.  For example, CWS and the City were to jointly develop an education campaign to educate consumers to reduce contamination of garbage in the recycling bins subject to the approval of the City.  The Agreement also allowed CWS to decline to collect recycling containers that had garbage and to simultaneously provide Non-Collection Notices to explain to City residents why their contaminated recycling containers were not being emptied.  Unfortunately, the City refused to collaborate with CWS and effectively precluded use of any of these educational and remedial measures consistently over the life of the Agreement, including but not limited to by preventing the use of contractually-allocated funds to be used for their intended purposes of educating residents regarding recycling and for Non-Collection Notice surveys.  As a result, the City forced CWS to collect, process and dispose of massive amounts of garbage in the recycling containers.  The City claimed CWS was exaggerating the problem until it conducted its own study

**COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF**

BUCHALTER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

confirming as much as 58% of the recycling containers were garbage and other non-recyclable material. The City threatened termination of the Agreement when CWS complained the City was forcing CWS to collect and process massive amounts of garbage at an extra cost to CWS of tens of millions of dollars.

6. Moreover, the City profited and benefitted from its breach of the Agreement in multiple respects. Under the City's agreements with garbage collection companies, the City was required to pay disposal costs for garbage. But when that garbage was placed in a recycling container, the disposal cost was shifted from the City to CWS. As a result, CWS was forced to pay millions of dollars to dispose of the garbage improperly placed in recycling containers. Moreover, the landfill operator then paid payments to the City for each ton of garbage disposed of by CWS— creating a double benefit to the City from City residents putting garbage in their recycling containers. In addition, the Agreement had diversion requirements which mandated that CWS recycle a specific percentage of the material collected in the recycling containers. Since half or more of the material in the recycling containers was garbage, it was impossible for CWS to meet these diversion standards. That fact did not stop the City from imposing millions of dollars in diversion penalties upon CWS. Moreover, had the City agreed to CWS' request that residents receive larger garbage containers and be educated regarding proper use of those garbage containers, the City would have incurred additional costs for these new containers as well as for the added expense the haulers would have been entitled to recover for handling additional garbage (additional routes, employees, vehicles, etc.). By refusing to address the problem on an ongoing basis over the life of the Agreement, the City improperly forced CWS to bear these costs without compensation and simultaneously the City increased its own revenue stream.

7. The City's breach of the Agreement and shifting of disposal costs to CWS and collection diversion penalties from CWS would be unlawful without any additional factors. Here, unfortunately, the City's wrongful treatment of CWS is indicative of further wrongful conduct— race-based discrimination. CWS is a minority-owned business, 100% owned by immigrants to this country from Vietnam. CWS is proud of its history—the hard work and perseverance that turned an informal, casual recycling operation into a successful, professional company. Unfortunately,

BUCHALTER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

**COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF**

what should be a great American success story is tainted by another American legacy—racial discrimination. Here, the City intentionally discriminated against CWS by willfully denying CWS the benefits of the Agreement and treating CWS materially differently than the other two, non-minority-owned companies that collected residential recycling containers in the City of San Jose. This disparate treatment, without an adequate justification, is prima facie evidence of racial discrimination.

8.      CWS is entitled to compensatory damages in excess of $34,000,000.00 and disgorgement of millions of dollars wrongfully collected from CWS by the City.

## II.     PARTIES

9.      Plaintiff California Waste Solutions, Inc. is a California corporation in good standing, which, since 1992, has been providing recycling services with its principal place of business currently in San Jose, California. CWS is 100% Vietnamese-American family owned business. CWS has an imputed racial identity of its owners' Vietnamese national origin, race, and ethnicity.

10.     Defendant City of San Jose (the "City") is a municipality within the State of California, which has the capacity to sue and be sued.

11.     Plaintiff does not known the true names or capacities of the persons or entities sued herein as DOES 1-50, inclusive, and therefore sues such Defendants by such fictitious names. Plaintiff is informed and believes, and upon such information and belief alleges, that each of the DOE Defendants is in some manner legally responsible for the damages suffered by Plaintiff as alleged herein. Plaintiff will amend this Complaint to set forth the true names and capacities of these Defendants when they have been ascertained, along with appropriate charging allegations, as may be necessary.

## III.     VENUE AND JURISDICTION

12.     All acts or omissions alleged in this complaint have occurred in Santa Clara County, California and therefore venue is properly within this County. The Agreement was formed in this County as well.

13.     Numerous state law statutory and constitutional claims confer jurisdiction upon this

Court. This Court has concurrent jurisdiction over federal claims of discrimination. *Haywood v. Drown* (2009) 556 U.S. 729, 736-737.

## IV. FACTUAL BACKGROUND

### A. Contract Terms At Issue

14. CWS and the City entered into an agreement for the collection of recycled materials through June 30, 2021, a copy of which is attached hereto as Exhibit A.

15. Per the Agreement's title, CWS was to provide "Recycling Collection Services." Section 1.31 of the Agreement defined a "Recycling Cart" as a container to be used for "SFD Recycling Service." Section 1.29 defined "Recyclable Material." And Section 1.42 confirmed that "SFD Recycling Service" involved "collection of Recyclable Material." CWS was "to provide SFD Recycling Collection Services" in its Service Area meaning single family dwelling residential recycling collection services. Section 4.1.

16. The Agreement requires CWS to conduct a public outreach campaign to reduce contamination and increase diversion with all outreach materials subject to the review and approval of the City. Specifically, Section 9.1 provides:

> CONTRACTOR, at its own expense, shall prepare, submit and implement an annual Public Education and Outreach Program ("PEOP") that is in addition to CITY's public education and outreach program. CONTRACTOR shall submit the proposed PEOP, including a budget for each component, annually for CITY approval no later than September 30 for the next calendar year. The PEOP must include a minimum of four (4) public education campaigns per calendar year, ***designed to increase diversion and resident participation. Campaigns should target certain Recyclable Material, contamination, or "problem" areas of CONTRACTOR's Service Districts where improvements can be maximized***. Targets of outreach should be based on local trends and recycling patterns based on information obtained by both CITY and CONTRACTOR staff. ***Required elements of the annual PEOP are listed in Exhibit 9 ("OUTREACH") to this Agreement. All public education and outreach material must be approved by the City Representative prior to distribution.*** (emphasis added).

17. The Agreement recognizes that: "CWS has a business incentive to limit contamination and diminish the amount of trash in recycling carts, and increase the amount of

**COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF**

BUCHALTER
A Professional Corporation
San Francisco

recyclables and number of set-outs." Exhibit 3, Diversion.

18.     The Agreement provides for incentive payments to increase the amount of recyclables and disincentive deductions for failing to do so. *See*, 16.4 and 16.5. CWS incurs the cost of any residue disposal which is deducted from amounts owed to CWS. *See*, 12.1.

19.     Agreement, Exhibit 3 sets a goal of no more than 10% contamination (i.e., non-recyclable material) in recycling containers.

20.     There are procedures for Non-Collection of Recyclable Material and Used Oil when CWS identifies loads with more than 10% contamination.

> CONTRACTOR shall not be required to collect Recyclable Material if the Service Recipient does not segregate the Recyclable Material from Residential Solid Waste. CONTRACTOR shall, if practical, separate the Residential Solid Waste from the Recyclable Material. The Recyclable Material shall then be collected and the Residential Solid Waste shall be left in the Recycling Cart along with a Non-Collection Notice explaining why the Residential Solid Waste is not considered a Recyclable Material.  If Recyclable Material is contaminated through commingling with Residential Solid Waste, then the contaminated Recyclable Material should not be collected. When loads with in excess of 10% contamination are identified, the "Route supervisor shall confer with driver and route auditor so as to find the source of the contamination and implement an education campaign to promote clean recyclables."

Exhibit 3 ("Notification"), p. 29 of 42 (emphasis added).

21.     Throughout the term of the Agreement, CWS proposed educational campaigns to reduce contamination of the recycling bins and proposed outreach to customers who were significant sources of garbage in recycling bins, and CWS complied with the requirement that all such outreach would be subject to the approval of the City.

**B.     The City Breached The Agreement**

22.     The City's breaches of the Agreement were ongoing over the life of the Agreement and included, but are not limited to, the following:

(a)     The City refused to educate City residents or allow CWS to educate City residents about the importance of not putting garbage in recycling containers.

(b)     The City falsely claimed that the recycling containers were not contaminated with garbage and that CWS was exaggerating the problem.  City-completed studies have since confirmed the validity of CWS' complaints that the recycling containers were full of garbage (up to 58%).  Even after the City's own studies proved CWS was correct, the City refused to change its position.

(c)     The City effectively prevented CWS from declining to collect and process contaminated recycling containers even though the Agreement gave CWS express authority to take this step.  Section 6.2.3 expressly provided that CWS "shall not be required to collect Recyclable Material if it is not segregated from garbage."  Despite this plain language, the City threatened to terminate the Agreement if CWS did not empty and collect the thousands of contaminated containers in question.

(d)     The City refused to allow CWS to use Non-Collection Notices to explain to City residents why their contaminated recycling containers were not being emptied and collected even though the Agreement gave CWS express authority to take this step.  Again, section 6.2.3 of the Agreement plainly gave CWS the right to use these Notices.  Again, the City disregarded the governing language and threatened to terminate the Agreement if CWS kept delivering Non-Collection Notices.

(e)     The City rejected without reasonable grounds CWS' request that City residents be provided larger garbage containers so that City residents could fit their garbage in their garbage containers and not improperly use their recycling containers for garbage.

(f)     The City imposed $2.5MM in fines on CWS because CWS was not recycling a high enough percentage of the material it collected.

(g)     The City unfairly put CWS on a probationary period for 2 years and imposed stringent performance metrics and milestones and refused to negotiate a new recycling collection agreement with CWS, while simultaneously renewing contracts with the two non-minority-owned recycling collection companies which included contractual mechanisms that addressed contamination in recycling containers by increasing compensation as contamination percentages increased.

23.     Through each of these means and others, the City breached both the express terms of the Agreement and the implied covenant of good faith and fair dealing. The purpose of the Agreement was to allow City residents to dispose of recyclable materials and allow CWS to collect and process recyclable materials. When the Agreement was formed, the parties did not intend for CWS to become a de facto garbage collector. The City had separate contractual arrangements for collection of garbage and disposal that did not involve CWS.

24.     These efforts to undermine CWS and failures to cooperate with CWS were systematic and ongoing throughout the contract term. The stronger CWS' efforts to enforce the contract, the greater the City's resistance.

25.     The City's actions constituted a continuous course of conduct over the entire term of the Agreement. CWS repeatedly during the entire term of the Agreement attempted to convince the City to allow CWS utilize the various methodologies allowed by the Agreement to reduce garbage contamination in the recycling containers. But the City rejected CWS' efforts over the course of the agreement and then retaliated, repeatedly, when CWS complained.

26.     The City's wrongful course of conduct became apparent only through the accumulation of a series of harms when the amount of contamination in the bins continued to increase and CWS' efforts to reduce the amount of contamination were thwarted by the City. The City's continuing breaches of the Agreement encouraged City residents to put garbage in the recycling containers throughout the course of the Agreement.

27.     The City's actions formed a pattern of systematic discrimination against CWS and then retaliation when CWS complained.

28.     The City's actions were unreasonable, in breach of its contractual obligations, including its duty to reasonably approve CWS' outreach efforts. The City's unreasonable refusal to approve outreach efforts continued during the course of the Agreement.

29.     But for the City's repeated and continuous unlawful refusal to approve outreach efforts, the quantity of garbage in the recycling bins would have been significantly reduced. The City's breaches of the Agreement caused great damages to CWS in the latter stages of the Agreement when the garbage reducing measures should have been more fruitful.

## C. The City Discriminated Against CWS Based On Race

30. CWS was one of three recycling collection companies who had contracts with the City.

(a) CWS was routinely treated more unfavorably and harshly than the other two companies—neither of which is minority-owned.

(b) City did not impose draconian diversion penalties on other recycling companies.

(c) City did not put other recycling companies on "probation."

(d) City paid higher rates for same services to other companies than it paid to CWS.

(e) When CWS sought to raise its rates to an amount closer to, but still lower than the other two companies, the City accused CWS of charging sky-high rates and refused to acknowledge that even CWS' increased rates would be lower than the City-approved rates charged by non-minority recycling collection companies.

(f) City's treatment of CWS was unfair and cannot be explained by anything other than racial animus.

(g) The City was more flexible in adjusting contract terms with CWS' non-minority competitors.

(h) The City did not attack the non-minority companies as dishonest and incompetent the way the City falsely attacked CWS after CWS raised issues concerning its treatment.

(i) In total, the City did not deprive these other non-minority companies of the benefits of their recycling contracts in the same way that the City deprived CWS of the benefits of the Agreement.

(j) The City's discrimination against CWS reflected a policy and practice of the City discriminating against racial minorities similar to CWS including Asians. Sadly, the City of San Jose has been discriminating against its Asian residents for nearly 150 years, a fact recognized by a September 2021 City Council Resolution.

## D. The City's Unlawful Conduct Caused Significant Damages

31.     The City's unlawful conduct caused significant damage to CWS because the excessive garbage massively increased costs such as requiring (i) additional collection trucks, (ii) more collection trips, (iii) more collection personnel, (iv) more processing, (v) more processing personnel, (vi) additional wear and tear on equipment not designed to process large amounts of garbage, (vii) more disposal trucks, (viii) more disposal trips, (ix) lost recycling revenue because recyclables were contaminated by garbage, (x) greater disposal costs, and (xi) $2.4 million in diversion penalties.

32.     The Agreement required CWS to pay for the landfill disposal of all garbage placed in recycling container.  The greater the amount of garbage improperly placed in the recycling containers, the greater the expense to CWS.  CWS' extra disposal expense due to excessive garbage in recycling containers exceeded $6 million.

33.     CWS' collection costs for picking up and empting recycling containers were greatly increased by the many tens of thousands of tons of garbage that CWS was forced to collect from recycling containers.  The additional expense to CWS exceeded $14 million.

34.     CWS' processing costs for recycling materials were radically increased because large amounts of extra labor and equipment were required to separate the huge amounts of garbage from the recyclable material.  CWS' extra expense was more than $10 million.

35.     The amount of recoverable recyclable material was substantially reduced because otherwise recyclable material was contaminated by food waste, used diapers and many other types of putrescible garbage improperly placed in the recycling containers.

36.     CWS could not possibly meet diversion and performance standards in the Agreement, which cost CWS more than $2.5 million.

37.     CWS estimates its losses and extra expenses under the Agreement due to the excessive garbage exceed $34 million.

## E. The City Benefitted From Its Unlawful Conduct

38.     The City benefited from unlawful conduct and these amounts are due to CWS as restitution:

BUCHALTER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

BN 74299282v2

**COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF**

(a)     The City charged CWS over $12 million to dispose of the garbage.

(b)     The City charged CWS $2.5 million in diversion penalties.

**F.     General Allegations**

39.     CWS has exhausted its administrative remedies to the extent required.

40.     CWS made a demand on the City of San Jose in in the form of a government claim filed in accordance with the California Government Claims Act.  CWS' government claim is attached hereto as Exhibit B.  The City provided two responses CWS' government claim, asserting that CWS' claim was supposedly untimely and without merit.   The City's responses are attached hereto as Exhibits C and D.

41.     The City is incorrect that CWS' government claim was untimely because, *inter alia*:

(a)     The continuing violation doctrine applies to all claims because of the City's continuous course of conduct and repeated ongoing breaches of the Agreement and subsequent retaliation when CWS complained.  Therefore the statute of limitations did not begin accruing on CWS' contract claims for wrongs occurring throughout the contract period until the Agreement ended.  CWS' government claim was filed within the statutorily allowed time after the termination of the Agreement and is timely as to all City breaches of the contract and the implied covenant that occurred over the life of the contract.

(b)     Section 1981 claims are not subject to the subject to the California Government Claims Act.

(c)     California's Unfair Competition Law, Business & Professions Code Section 17200, *et seq*. has a four year statute of limitations and is also subject to the continuing violation doctrine and equitable tolling principles. Cal. Bus. & Prof. Code § 17208; *Aryeh v. Canon Business Solutions Inc*. (2013) 55 Cal.4th 1185.

## FIRST CAUSE OF ACTION

### Breach of Contract

42.     CWS realleges each fact set forth in paragraphs 1 through 41 of this complaint and incorporates them here by reference.

43.     CWS and the City entered into the Agreement.

BUCHALTER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

BN 74299282v2

**COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF**

44.     CWS did all, or substantially all of the significant things that the Agreement required it to do other than those obligations plaintiff was prevented or excused from performing.

45.     All conditions required for the City's performance had occurred.

46.     The City breached the Agreement in numerous material respects, including but not limited to the following:

(a)     The City refused to educate City residents or allow CWS to educate City residents about the importance of not putting garbage in recycling containers.

(b)     The City falsely claimed that the recycling containers were not contaminated with garbage and that CWS was exaggerating the problem.  City-completed studies have since confirmed the validity of CWS' complaints that the recycling containers were full of garbage (as much as 58%).  Even after the City's own studies proved CWS was correct, the City refused to change its position.

(c)     The City effectively prevented CWS from declining to collect and process contaminated recycling containers even though the Agreement gave CWS express authority to take this step.  Section 6.2.3 expressly provided that CWS "shall not be required to collect Recyclable Material if it is not segregated from garbage."  Despite this plain language, the City threatened to terminate the Agreement if CWS did not empty and collect the thousands of contaminated containers in question.

(d)     The City refused to allow CWS to use Non-Collection Notices to explain to City residents why their contaminated recycling containers were not being emptied and collected even though the Agreement gave CWS express authority to take this step.  Again, section 6.2.3 of the Agreement plainly gave CWS the right to use these Notices.  Again, the City disregarded the governing language and threatened to terminate the Agreement if CWS kept delivering Non-Collection Notices.

(e)     The City rejected without reasonable grounds CWS' request that City residents be provided larger garbage containers so that City residents could fit their garbage in their garbage containers and not improperly use their recycling containers for garbage.

(f)     The City imposed $2.5MM in fines on CWS because CWS was not recycling

BUCHALTER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

BN 74299282v2

**COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF**

a high enough percentage of the material it collected.

(g)    The City unfairly put CWS on a probationary period for 2 years and imposed stringent performance metrics and milestones and refused to negotiate a new recycling collection agreement with CWS, while simultaneously renewing contracts with the two non-minority-owned recycling collection companies.

47.    CWS was damaged by the City's breaches of contract in an amount not less than $34 million.

WHEREFORE, CWS prays for Judgment as set forth hereinafter.

## SECOND CAUSE OF ACTION

### Breach of Implied Covenant of Good Faith and Fair Dealing

48.    CWS realleges each fact set forth in paragraphs 1 through 47 of this complaint and incorporates them here by reference.

49.    CWS and the City entered into the Agreement.

50.    CWS did all, or substantially all of the significant things that the Agreement required it to do other than those obligations plaintiff was prevented or excused from performing.

51.    All conditions required for the City's performance had occurred.

52.    In every agreement there is an implied promise of good faith and fair dealing. This implied promise means that each party will not do anything to unfairly interfere with the right of any other party to receive the benefits of the agreement.

53.    The City prevented CWS from receiving the benefits under the Agreement by taking all of the steps described hereinabove to prevent CWS from persuading and requiring City residents to keep garbage out of their recycling containers and forcing CWS to collect garbage rather than Recyclable Materials.

54.    By doing so, the City did not act fairly and in good faith; and

55.    CWS was damaged by the City's conduct in an amount not less than $34 million.

WHEREFORE, CWS prays for Judgment as set forth hereinafter.

## THIRD CAUSE OF ACTION

### 42 U.S.C. § 1981: Race Discrimination

56.     CWS realleges each fact set forth in paragraphs 1 through 55 of this complaint and incorporates them here by reference.

57.     CWS is a business with ownership and management that has a minority racial identity, and it is being deprived by defendants of the same rights to enforce contracts as compared to white business owners.

58.     The City has acted with the intent to discriminate against CWS on the basis of race or ethnicity or ethnic characteristics. The aforementioned City's unlawful conduct is based on racial considerations and constitutes unlawful intentional discrimination in violation of 42 U.S.C. § 1981, made applicable to these defendants under 42 U.S.C. § 1983.

59.     CWS would not have suffered the loss of its legally protected rights but for its racial identity.

60.     The City has acted with malice and reckless indifference to CWS' federally-protected rights.

61.     CWS is entitled to recover nominal and compensatory damages from the City for the loss of its rights protected under this claim.

WHEREFORE, CWS prays for Judgment as set forth hereinafter.

### FOURTH CAUSE OF ACTION

### Equal Protection Clause Violations

62.     CWS realleges each fact set forth in paragraphs 1 through 61 of this complaint and incorporates them here by reference.

63.     The City's actions have deprived, and will continue to deprive, CWS of property rights protected by the Equal Protection Clause of the Fourteenth Amendment to the United States Constitution and corresponding provisions of the California Constitution (Art. 1, § 7), in that, *inter alia*:

(a)     the City has discriminated against CWS by the acts described hereinabove, and this disparate treatment is based on an animosity toward CWS and otherwise serves no rational

purpose; and

(b)　　the City's policymakers harbored an invidious discriminatory purpose in thwarting CWS's business based on its ownership's racial and ethnic composition, which was a reason for the City's unlawful actions.

64.　　CWS is entitled to recover nominal and compensatory damages from the City for the loss of its rights protected under this claim.

WHEREFORE, CWS prays for Judgment as set forth hereinafter.

## FIFTH CAUSE OF ACTION

**Violation of California's Unfair Competition Law ("UCL") California Business and Professions Code § 17200, *et seq*.**

65.　　CWS repeats and re-alleges the allegations contained in every preceding paragraph as if fully set forth herein.

66.　　The UCL defines "unfair business competition" to include any "unlawful, unfair or fraudulent" act or practice, as well as any "unfair, deceptive, untrue or misleading" advertising. Cal. Bus. Prof. Code § 17200.

67.　　The UCL imposes strict liability. Plaintiff need not prove that the City intentionally or negligently engaged in unlawful, unfair, or fraudulent business practices – but only that such practices occurred.

68.　　A business act or practice is "unlawful" under the UCL if it violates any other law or regulation.

69.　　The City's acts and practices alleged above constitute unlawful business acts or practices as they have violated state and federal law in connection with their deceptive pricing scheme.

70.　　The violation of any law constitutes an "unlawful" business practice under the UCL.

71.　　As detailed herein, the acts and practices alleged were intended to or did result in violations of California and federal statutes as well as the United States Constitution and the California Constitution.

72.　　Pursuant to the UCL, Plaintiff is entitled to as disgorgement and restitution to

Plaintiff of all of the City's $14+ million in revenues collected from CWS that are associated with the City's unfair competition, or such portion of those revenues as the Court may find equitable.

WHEREFORE, CWS prays for Judgment as set forth hereinafter.

### **PRAYER FOR RELIEF**

WHEREFORE, CWS prays for the following relief:

1.  compensatory damages against the City in the amount of $34 million or such other amount proved at trial for breach of contract, breach of implied covenant and violating its federal constitutional rights;

2.  restitution and disgorgement in an amount of $14.4 million or such other amount proved at trial for UCL claims;

3.  prejudgment interest;

4.  reasonable costs of suit; and

5.  such other and further relief as the Court deems just and proper.

DATED: January 6, 2023                    Respectfully submitted.

BUCHALTER
A Professional Corporation


By: _____
            DOUGLAS C. STRAUS
            RANDALL L. MANVITZ
            Attorneys for Plaintiff
            California Waste Solutions, Inc.

# EXHIBIT A

# EXHIBIT A

**AGREEMENT BETWEEN THE CITY OF SAN JOSE AND CALIFORNIA WASTE SOLUTIONS, INC. FOR RECYCLE PLUS SFD RECYCLING COLLECTION SERVICES**

**THIS AGREEMENT** is made and entered into effective the _____ day of December, 2011 (the "Effective Date"), by and between the City of San José, a municipal corporation of the State of California, ("CITY") and California Waste Solutions, Inc. ("CONTRACTOR").

**WHEREAS,** CITY and CONTRACTOR have entered into that certain AGREEMENT BETWEEN THE CITY OF SAN JOSE AND CALIFORNIA WASTE SOLUTIONS, INC. FOR RECYCLE PLUS INTEGRATED WASTE MANAGEMENT SERVICES whereby CONTRACTOR provides integrated waste management services for the Recycle Plus Program from November 21, 2006 through June 30, 2013 with options to extend to June 30, 2015; and

**WHEREAS,** a new solid waste service agreement would be beneficial to the CITY through reductions in certain solid waste service costs; and

**WHEREAS,** CONTRACTOR agrees to upgrade their collection fleets to biodiesel fuel, improve recyclable material processing, and simplify day-to-day management of the Recycle Plus program through administrative adjustments; and

**WHEREAS,** the continuation of solid waste services with CONTRACTOR through June 30, 2021 would ensure continuity of service for the CITY's more than 300,000 Recycle Plus customers; and

**WHEREAS,** CITY and CONTRACTOR desire to enter into a new agreement for a term through June 30, 2021 to supersede any and all prior agreements for the collection of recyclable material from single-family dwellings in Districts A and C; and

**WHEREAS,** the Negative Declaration prepared for this project under File No. PP10-055 was adopted on June 18, 2010 in accordance with the requirements of the California Environmental Quality Act;

**NOW, THEREFORE, IN CONSIDERATION OF THE MUTUAL COVENANTS, AGREEMENTS AND CONSIDERATIONS CONTAINED HEREIN, CITY AND CONTRACTOR HEREBY AGREE AS FOLLOWS:**

- 1 -

# ARTICLE 1. DEFINITIONS

For the purpose of this Agreement, the definitions contained in this Article shall apply unless otherwise specifically stated. If a word or phrase is not defined in this Article, the definition of such word or phrase as contained in Chapter 9.10 of the San José Municipal Code shall control. When not inconsistent with the context, words used in the present tense include the future, words in the plural include the singular, and words in the singular include the plural. Use of the masculine gender shall include the feminine gender.

## 1.1 **Business**.

All retail, professional, wholesale and industrial facilities and any other commercial enterprises offering goods or services to the public.

## 1.2 **Business Day**.

Any day Monday through Friday that is not designated as the following public or bank holiday. Holidays as of the date of this Agreement include: New Year's Day, Martin Luther King, Jr., Day, President's Day, Memorial Day, Independence Day, Labor Day, Columbus Day, Veterans Day, Thanksgiving Day, and Christmas Day.

## 1.3 **Business Service Unit**.

Any Business located in a Mixed-Use Dwelling that elects to utilize Collection Services and is approved for such service under CITY's Recycle Plus Program requirements, or any Small Commercial Business.

## 1.4 **Central Business District**.

The Central Business District as described in San José Municipal Code Section 9.10.1500 and as set forth in Exhibit 5 ("CENTRAL BUSINESS DISTRICT AND TRANSIT MALL ZONE") to this Agreement.

## 1.5 **City Representative**.

The person, or the person's designee(s), who is designated by the City Manager to administer and monitor the provisions of this Agreement.

## 1.6 **Compostable Waste**.

Vegetable and other food scraps including meat, dairy products, kitchen grease and bones; paper and cardboard that have been contaminated with food, fat or kitchen grease; compostable paper associated with food preparation or food consumption such as paper towels, paper plates, tissue, waxed paper and waxed cardboard; and other materials designated by the City Representative that are capable of being composted.

- 2 -

1 **1.7 Courtesy Notice.**

2     A form approved by the City Representative and used by CONTRACTOR to
3 inform Service Recipients that a courtesy collection occurred even though containers
4 may not have been set out by the Service Recipient according to program instructions.

5 **1.8 Customer Service System.**

6     The computer-based system designated by CITY for service records, billing,
7 reporting and other operations data for the Recycle Plus program.

8 **1.9 Disposal Facility.**

9     The Newby Island Landfill, located at 1601 Dixon Landing Road, San José, CA.

10 **1.10 Dwelling Unit.**

11     Any individual living unit in a single-family dwelling (SFD), multi-family dwelling
12 (MFD), or Mixed-Use Dwelling (MUD) intended for or capable of being utilized for,
13 residential living. Dwelling Unit does not include an individual living unit in a hotel or
14 motel, guesthouse, residential care facility, extended care facility, sorority or fraternity
15 house, school, dormitory, residential service facility, emergency residential shelter,
16 hospital, convent, or monastery, as determined by the City Representative.

17 **1.11 E-Waste.**

18     Discarded electronics equipment such as cell phones, computers, monitors,
19 televisions, and other items containing cathode ray tubes (CRTs).

20 **1.12 Exempt Waste.**

21     Biohazardous or biomedical waste, which may cause disease or reasonably be
22 suspected of harboring pathogenic organisms including human and animal parts,
23 contaminated bandages, pathological specimens, hypodermic needles, sharps,
24 contaminated clothing and surgical gloves from the operation of medical clinics,
25 hospitals, and other facilities that process this waste; Hazardous Waste; the
26 accumulated solids, Residues, and precipitates generated as a result of waste
27 treatment or processing, including wastewater treatment, water supply treatment, or
28 operation of an air pollution control facility, and mixed liquids and solids pumped from
29 septic tanks, grease traps, privies, or similar disposal appurtenances or any other such
30 waste having similar characteristics or effects (biosolid); stable matter; yard trimmings or
31 lumber that is more than five (5) feet in length in its longest dimension or more than two
32 (2) feet in diameter, automobiles, automobile parts, boats, boat parts, boat trailers,
33 internal combustion engines, lead-acid batteries, and those wastes under the control of
34 the Nuclear Regulatory Commission, but not including those materials defined as Large
35 Items or Recyclable Material.

36 **1.13 Garbage.**

All putrescible waste which generally includes, but is not limited to, kitchen and table food waste, animal, vegetative, food or any organic waste that is attendant with, or results from the storage, preparation, cooking or handling of food materials attributed to normal activities of a Service Unit. Garbage must be generated at the Service Unit from which the Garbage is collected. Garbage does not include those items defined as Exempt Waste, and does not include materials collected as Compostable Waste.

**1.14 <u>Go-Live</u>.**

Date upon which CONTRACTOR begins live operation of Large Item Billing Services as set forth in Article 7 ("Large Item Billing Services").

**1.15 <u>Hazardous Waste</u>.**

Any material which is defined as a hazardous waste under California or United States law or any regulations promulgated pursuant to such law, as such law or regulations may be amended from time to time, but not including materials defined as E-Waste, Used Oil or Used Oil Filters that can be Recycled.

**1.16 <u>Homeowners Association</u>.**

A corporation of residential owners joined in an association to govern and manage the shared real estate of a multi-unit property, which has the authority to sign service agreements on behalf of the property owner.

**1.17 <u>Large Items</u>.**

Those materials listed in Exhibit 12 ("LARGE ITEMS") to this Agreement. Large Items must be generated at the Service Unit from which the Large Items are collected.

**1.18 <u>Large Item Billing Services</u>.**

The administration of processes or systems necessary to provide customer service, bill production, bill mailing and distribution services, remittance processing, refunds processing, recordkeeping, and other services related to SFD Large Item Collection Service as set forth in Article 7 ("Large Item Billing Services").

**1.19 <u>Large Yard Trimmings</u>.**

Oversized Yard Trimmings such as tree trunks and branches with a diameter between six (6) inches and two (2) feet, and a length not more than five (5) feet in its longest dimension, which are attributed to the normal activities of a Service Unit. Large Yard Trimmings must be generated at the Service Unit from which the Large Yard Trimmings are collected.

**1.20 <u>Market Specifications</u>.**

Those specifications identified in the Institute of Scrap Recycling Industries, Inc. (ISRI), "Scrap Specifications, Circular 2011 (or the most current version of this document), guideline for Nonferrous Scrap, Ferrous Scrap, Glass Cullet, Paper Stock,

Plastic Scrap, Electronics Scrap, Tire Scrap, or such other set of market standards as may be  designated  by the CITY.

**1.21** **Materials Recovery Facility.**

The facility operated by CONTRACTOR and located at 1005 Timothy Drive, San Jose, CA 95133, or such other facility that is approved in advance by CITY's Director of Environmental Services and that is designed, operated, and legally permitted for the purpose of receiving, sorting, processing, storing, or preparing Recyclable Material for sale.

**1.22** **Mixed-Use Dwelling.**

A building or structure which contains both Business(es) and Dwelling Unit(s).

**1.23** **Non-Collection Notice.**

A form approved by the City Representative and used by CONTRACTOR to notify Service Recipients of the reason for non-collection of materials set out by the Service Recipient for collection by CONTRACTOR pursuant to this Agreement.

**1.24** **Non-Program Materials.**

Those materials which are collected as part of the provision of SFD Recycling Services or SFD Used Oil Collection services and have been approved by the Director of ESD for inclusion in the RRM diversion standard calculation set forth in Article 16 of this Agreement.  Materials include Post-Processing Commingled Recyclable Material, Used Oil, Used Oil Filters, car batteries, E-Waste, tires, concrete, Yard Trimmings, Compostable Waste, wood, helium or propane compressed gas tanks or cylinders. Non-Program Material must be generated at the Service Unit from which the Non-Program Material is collected.

**1.25** **Post-Processing Commingled Recyclable Material.**

Materials identified as "Overs," and sold as Mixed Plastics 1-7, collected as part of the SFD Recycling Service that cannot be separated by categories as defined by the Institute of Scrap Recycling Industries, Inc. (ISRI) "Scrap Specifications Circular 2011" or the most current version of this document. No material except "Overs" shall be considered Post-Processing Commingled Recyclable Material.

**1.26** **Process.**

The act of separating Recyclable Material collected under the terms of this Agreement by type, in accordance with the procedures set forth in, the MRF Processing Operations Plan included in Exhibit 3 ("SFD RECYCLING SERVICE OPERATIONS PLANS"), such that each material type meets Market Specifications and can be sold for its highest and best use.  The MRF Processing Operations Plan may be modified from time to time by the mutual written agreement of CONTRACTOR and the City Representative.  Processing includes the separation of Recyclable Material during the

- 5 -

"pre-sort" process as described in the MRF Processing Operations Plan. Processing begins at the time Recyclable Material is delivered to the CONTRACTOR's Materials Recovery Facility and ends when the Processed Recyclable Material is separated in accordance with the MRF Processing Operations Plan.

**1.27** **Property Manager.**

The person that manages residential property with multiple units and has the authority to sign a service agreement on behalf of the property owner.

**1.28** **Rebuilt Vehicle.**

A vehicle with replaced parts, and reconditioned or replaced hydraulic systems, transmissions, differentials, electrical systems, engines, and brake systems. The Rebuilt Vehicle must also be repainted and its tires must have at least eighty-five percent (85%) of tread remaining.

**1.29** **Recyclable Material.**

Newsprint (including inserts); mixed paper (including magazines, catalogs, envelopes, junk mail, corrugated cardboard, Kraft brown bags and paper, paperboard, paper egg cartons, office ledger paper, and telephone books); glass containers; aluminum beverage containers; small scrap and cast aluminum (not exceeding sixty (60) pounds in weight nor two (2) feet in any dimension for any single item); steel including "tin" cans and small scrap (not exceeding sixty (60) pounds in weight nor two (2) feet in any dimension for any single item); bimetal containers; mixed plastics such as plastic bags, plastic film, plastics (1-7), bottles including containers made of HDPE, LDPE, PET, or PVC, and mixed rigid plastics; textiles; aseptic containers; and other materials (except Non-Program Material) that are capable of being Recycled and that would otherwise be disposed of as Residential Solid Waste as mutually agreed upon in writing by CONTRACTOR and the City Representative. Recyclable Material must be generated at the Service Unit from which the Recyclable Material is collected and does not include items defined as Exempt Waste.

**1.30** **Recycle.**

Process and market in a manner that meets the requirements of the California Integrated Waste Management Act, Public Resources Code Section 40000 *et seq.*, for inclusion of the materials in the calculation of diversion from landfill disposal for the purposes of the solid waste diversion requirements of the Act. Recycle does not include transformation as described in Public Resources Code Section 40201, and does not include stockpiling or storage by CONTRACTOR or any other person.

**1.31** **Recycling Cart.**

A heavy plastic receptacle having a hinged tight-fitting lid and wheels that is approved by the City Representative for use by Service Recipients for SFD Recycling Service and that is appropriately labeled as a Recycling Cart. The specifications for

Recycling Carts, including capacity, are set forth in Exhibit 13 ("CONTAINER SPECIFICATIONS AND PERFORMANCE CRITERIA") to this Agreement.

**1.32  Residential Solid Waste.**

Garbage and Rubbish resulting from the normal activities of a SFD Service Unit. Residential Solid Waste must be generated at the SFD Service Unit from which the Residential Solid Waste is collected and does not include items defined as Exempt Waste.

**1.33  Residue.**

Recyclable Material that is delivered to the CONTRACTOR's Material Recovery Facility for Processing, but which were not Processed by the CONTRACTOR in a manner that meets Market Specifications, and was subsequently removed from the CONTRACTOR's Materials Recovery Facility and disposed.  Residue may also contain Recyclable Material that were contaminated, and may contain *de minimus* amount of clean material that escaped sorting; and Residential Solid Waste which is placed in the Recycling Cart.

**1.34  Roll-Off Collection Service.**

The collection of Roll-Off Containers containing material other than Residential Solid Waste from SFD Service Units, Small Civic Service Units or Businesses from SFD Service Units, Small Civic Service Units or Businesses, and transported to an appropriate facility.

**1.35  Roll-Off Container.**

A metal container that is normally loaded onto a motor vehicle.

**1.36  Rubbish.**

All refuse, accumulation of paper, excelsior, rags, wooden boxes and containers, sweep-ups and all other accumulations of a nature other than Garbage and Yard Trimmings, resulting from the normal activities of a Service Unit.  Rubbish must be generated at the Service Unit from which the Rubbish is collected.  Rubbish does not include items defined as Exempt Waste.

**1.37  Service Districts.**

Those areas designated as District A and District C on the map set out in Exhibit 4 ("RECYCLE PLUS SERVICE DISTRICTS") to this Agreement.

**1.38  Service Recipient.**

A Business Service Unit, a Small Civic Service Unit, or a resident of the City of San José residing in a SFD Service Unit that receives services pursuant to this Agreement.

- 7 -

1    **1.39   Service Unit.**

2    Any Business Service Unit or SFD Service Unit.

3    **1.40   SFD Recycling Collection Services.**

4    SFD Recycling Service, SFD Large Item Collection Service, and SFD Used Oil
5    Collection Service ("Collection Services").

6    **1.41   SFD Large Item Collection Service.**

7    The periodic on-call collection of Large Items from SFD Service Units in the
8    Service District(s) and the delivery of those Large Items to the Disposal Facility,
9    Materials Recovery Facility or such other facility as are appropriate under the terms of
10    this Agreement and approved in advance by the City Representative.  SFD Large Item
11    Collection Service does not include the collection of Large Items through the use of
12    Roll-Off Containers.

13    **1.42   SFD Recycling Service.**

14    The collection of Recyclable Material from Service Units in the Service District(s),
15    the delivery of those Recyclable Material to a Materials Recovery Facility, and the
16    processing and marketing of those Recyclable Material.

17    **1.43   SFD Service Unit.**

18    Any Dwelling Unit or Small Civic Service Unit in the Service District(s) utilizing a
19    Garbage Cart, any Dwelling Units in a Mixed Use Dwelling, or any combination of
20    Dwelling Units sharing Garbage Carts, for the accumulation and set-out of Residential
21    Solid Waste.

22    **1.44   SFD Used Oil Collection Service.**

23    The collection of Used Oil in Used Oil Containers and Used Oil Filters in Used Oil
24    Filter Containers from Service Units and the appropriate disposition of the Used Oil and
25    Used Oil Filters in accordance with the requirements of this Agreement.

26    **1.45   Small Civic Service Unit.**

27    Those neighborhood parks, fire stations, and other CITY properties as set forth in
28    Exhibit 6 ("SMALL CIVIC SERVICE UNITS") to this Agreement.

29    **1.46   Small Commercial Business.**

30    A Business that generates less than one (1) cubic yard solid waste per week, and
31    is included in the residential collection program.

32    **1.47   Sold.**

33    A market based transaction when the ownership of Recyclable Material changes
34    from one legal entity to another, that is documented through the use of a "bill of sale",

- 8 -

1 "sales agreement", "cancelled checks", "invoice", or other appropriate written
2 documentation.

### 1.48 **Transit Mall Zone**.

4 The Transit Mall Zone described in San José Municipal Code Section 9.10.1510
5 and as set forth in Exhibit 5 to this Agreement.

### 1.49 **Used Oil**.

7 Any oil that has been refined from crude oil or has been synthetically produced,
8 and is no longer useful because of extended storage, spillage or contamination with
9 non-hazardous impurities such as dirt or water; or has been used and as a result of
10 such use has been contaminated with non-hazardous physical or chemical impurities.
11 Used Oil must be generated at the Service Unit from which the Used Oil is collected.
12 Used Oil does not include transmission fluid.

### 1.50 **Used Oil Container**.

14 A plain copoly container that is at least four (4) quarts in capacity, leak-proof, has
15 a screw-on lid, has a label designating it for use as a Used Oil Container, is approved by
16 the City Representative, and is provided by CONTRACTOR for the accumulation of
17 Used Oil.

### 1.51 **Used Oil Filter**.

19 Any oil filter that is no longer useful because of extended storage, spillage or
20 contamination with non-hazardous impurities such as dirt or water; or has been used
21 and as a result of such use has been contaminated with non-hazardous physical or
22 chemical impurities. Used Oil Filters must be generated at the Service Unit from which
23 the Used Oil Filter is collected.

### 1.52 **Used Oil Filter Container**.

25 A six (6) mil poly bag with double track seal with dimensions of at least fourteen
26 and one-half (14.5) inches by eight (8) inches that has a label designating it for use as a
27 Used Oil Filter Container, is approved by the City Representative, and is provided by
28 CONTRACTOR for the accumulation of Used Oil Filters.

### 1.53 **Work Day**.

30 Any day, Monday through Friday that is not designated as a holiday under this
31 Agreement, and any Saturday on which collection occurs because of the holiday
32 schedule adjustment described in Section 4.6 of this Agreement.

### 1.54 **Yard Trimmings**.

34 Any vegetative matter resulting from normal yard and/or landscaping
35 maintenance that is not more than five (5) feet in its longest dimension or six (6) inches
36 in diameter or weighs more than sixty (60) pounds and any natural Christmas tree

1    regardless of size and weight.  Yard Trimmings includes sod; plant debris such as palm,

2    yucca and cactus; grass clippings; leaves; prunings; weeds; branches; brush; Christmas

3    trees; and other forms of horticultural waste generated at the Service Unit from which

4    the Yard Trimmings are collected.  Yard Trimmings do not include items defined as

5    Exempt Waste, or Large Yard Trimmings.

1    **ARTICLE 2.    TERM OF AGREEMENT**

2    **2.1    <u>Term</u>.**

3       The term of this Agreement shall be for a period beginning on July 1, 2010 and
4    terminating June 30, 2021. This agreement may be terminated pursuant to Article 19.

- 11 -

## ARTICLE 3.    REPRESENTATIONS AND WARRANTIES OF CONTRACTOR

### 3.1    Organizational Status.

CONTRACTOR is a corporation duly organized, validly existing and in good standing under the laws of the State of California.  It is qualified to transact business in the State of California and has the power to own its properties and to carry on its business as now owned and operated and as required by this Agreement.

### 3.2    Authorization.

CONTRACTOR has the authority to enter into and perform its obligations under this Agreement.  David Duong, President of California Waste Solutions, Inc., has taken all actions required by law, its section of incorporation, its bylaws, or otherwise, to authorize the execution of this Agreement.  The real person(s) signing this Agreement on behalf of CONTRACTOR has/have authority to do so.

### 3.3    No Conflict with Applicable Law or Other Documents.

CONTRACTOR's performance of its obligations under this Agreement does not conflict with, violate, or result in breach of any existing applicable law; or any term or condition of any judgment, order or decree of any court, administrative agency or other governmental authority, or any agreement or instrument to which CONTRACTOR is a party or by which CONTRACTOR or any of its properties or assets are bound.

### 3.4    No Litigation.

There is no action, suit, proceeding or investigation at law or in equity, before or by any court or governmental entity, pending or threatened against CONTRACTOR or its partners, or otherwise affecting CONTRACTOR or its partners, wherein an unfavorable decision, ruling, or finding, in any single case or in the aggregate, would materially adversely affect CONTRACTOR's performance hereunder, or which, in any way, would adversely affect the validity or enforceability of this Agreement, or which would have a material adverse effect on the financial condition of CONTRACTOR or its partners.

### 3.5    Expertise.

CONTRACTOR has the expertise and professional and technical capability to perform all of its obligations under this Agreement and is ready, willing and able to so perform.

### 3.6    Acknowledgement of Legal Representation.

It is acknowledged that each party was, or had the opportunity to be, represented by counsel in the preparation and negotiation of this Agreement and had the opportunity to contribute to the terms and conditions of this Agreement and, accordingly, the rule

- 12 -

1 that a contract shall be interpreted strictly against the party preparing the same shall not
2 apply herein due to the joint contributions of both parties.

3 **3.7** <u>**Financial Interest Representation**</u>.

4      CONTRACTOR warrants and represents that no elected official, officer, agent or
5 employee of CITY has a financial interest, directly or indirectly, in this Agreement or the
6 compensation to be paid under it and, further, that no CITY employee who acts as a
7 "purchasing agent" as defined in the appropriate Section of California Statutes, nor any
8 elected or appointed officer of CITY, nor any spouse or child of such purchasing agent,
9 employee or elected or appointed officer, is a partner, officer, director or proprietor of
10 CONTRACTOR and, further, that no such CITY employee, purchasing agent, CITY
11 elected or appointed officer, or the spouse or child of any of them, alone or in
12 combination, has a material interest in CONTRACTOR.  Material interest means direct
13 or indirect ownership of more than five percent (5%) of the total assets or capital stock
14 of CONTRACTOR.

1    **ARTICLE 4.    GENERAL SERVICES**

2    **4.1    Grant of Exclusive Agreement.**

3    CONTRACTOR is hereby granted an exclusive agreement to provide SFD
4    Recycling Collection Services at all Service Units within the Service Districts.  No other
5    services, including Roll-Off Collection Service, shall be exclusive to CONTRACTOR.

6    **4.2    Limitations to Exclusive Agreement.**

7    4.2.1    Exceptions to Exclusive Agreement.

8    Nothing in this Agreement shall be construed to limit the collection,
9    processing, and disposal of the following material to CONTRACTOR:

10    • Used Oil Collection

11    • Material collected from temporary residential clean-outs with Roll-
12      Off or front-load containers

13    • Recyclable Material transported by the generator (self-hauled
14      waste)

15    • Large Items

16    • Donated material for which the material and any services related to
17      the collection, processing, or disposal of the material does not
18      involve financial consideration

19    • Compostable Waste composted on the real property where it is
20      generated

21    • Exempt Waste

22    • Material which is set aside for destruction and recycling for security
23      purposes (secure document shredding)

24    • Rock, concrete, asphalt and dirt (inert material)

25    • Construction and demolition debris

26    • Rubber and tires

27    Nothing in this Agreement shall be construed as requiring Service
28    Recipients to set out the above material for collection by CONTRACTOR.
29    Service Recipients may dispose of these materials by other appropriate means
30    including, but not limited to, taking the material to drop-off facilities and donating
31    or selling such items to private or public entities.

32    **4.3    Service Standards.**

33    CONTRACTOR shall perform all services under this Agreement in a thorough
34    and professional manner.  Except for emergency collection services as provided in

- 14 -

Article 9, all SFD Recycling Collection Services described in this Agreement shall be performed regardless of weather conditions or difficulty of collection. CONTRACTOR shall perform all additional services described in this Agreement professionally, promptly and courteously.

## 4.4 <u>Significant Events</u>.

Significant events may occur including, but not limited to, failure of equipment, hazardous materials incident, regulatory actions, fires, earthquakes, floods, or labor actions that detrimentally impact the CONTRACTOR's operations, marketing, labor relations and customer relations. CONTRACTOR will notify the City Representative within two hours of any significant events that negatively impacts its ability to collect, process, or dispose of the material. CITY considers any disruption of more than four hours to be significant.

## 4.5 <u>Labor and Equipment</u>.

CONTRACTOR shall provide and maintain all labor, equipment, tools, facilities, and personnel supervision required for the performance of CONTRACTOR's obligations under this Agreement. The enumeration of, and specification of requirements for, particular items of labor or equipment does not relieve CONTRACTOR of the duty to furnish all others that may be required, whether enumerated or not. CONTRACTOR shall at all times have sufficient backup equipment and labor to fulfill CONTRACTOR's obligations under this Agreement. No compensation for CONTRACTOR's services or for CONTRACTOR's supply of labor, equipment, tools, facilities or supervision shall be provided or paid to CONTRACTOR by CITY or by any Service Recipient except as expressly provided by this Agreement.

## 4.6 <u>Holiday Service</u>.

CITY observes Thanksgiving Day, December 25th, and January 1st as legal holidays ("Holidays"). CONTRACTOR shall not be required to provide services under this Agreement or to maintain office hours on Holidays. In any week in which one of these Holidays falls on a Work Day, SFD Recycling Collection Services for the holiday and each Work Day thereafter will be delayed one Work Day for the remainder of the week with normally scheduled Friday SFD Recycling Collection Services being performed on Saturday.

## 4.7 <u>Ownership of Materials</u>.

Title to Recyclable Material, Large Items, and Used Oil and Used Oil Filters shall pass to CONTRACTOR at the time the materials are set out for collection, except for Recyclable Material selected for inclusion in a waste characterization study specified in Article 10, in which case title shall pass to the CITY at the time the Recyclable Material is set out for collection.

- 15 -

1 **4.8    Hours of Collection.**

2       Except as set forth below, CONTRACTOR shall provide SFD Recycling
3 Collection Services commencing no earlier than 6:00 a.m. and terminating no later than
4 6:00 p.m., Monday through Friday, with no service on Saturday (except for holiday
5 service) or Sunday.

6       Collection in the Central Business District and the Transit Mall Zone shall take
7 place between the hours required by the San Jose Municipal Code.  A map of the
8 Central Business District and the Transit Mall Zone is included in Exhibit 5 to this
9 Agreement.

10       The hours, days, or both of collection set out above may be extended due to
11 extraordinary circumstances or conditions with the prior consent of the City
12 Representative.  If such consent is given in any manner other than by written notice, the
13 City Representative shall provide written confirmation to CONTRACTOR within three (3)
14 Work Days.

15       Notwithstanding the above requirements, delivery of collected materials to the
16 Disposal Facility, Materials Recovery Facility or other appropriate facility shall occur
17 during the normal business hours of such facility unless other arrangements have been
18 made with the facility and have been approved in advance by the City Representative.

19 **4.9    Spillage and Litter.**

20       CONTRACTOR shall not litter premises in the process of providing SFD
21 Recycling Collection Services or while its vehicles are on the road.  CONTRACTOR
22 shall transport all Recyclable Material, Large Items, or Used Oil and Used Oil Filters in
23 such a manner as to prevent the spilling or blowing of such waste from
24 CONTRACTOR's vehicle.  CONTRACTOR shall exercise all reasonable care and
25 diligence in providing SFD Recycling Collection Services so as to prevent spilling or
26 dropping of Recyclable Material, Large Items, or Used Oil and Used Oil Filters during
27 collection activity and shall immediately, at the time of occurrence, clean up such spilled
28 materials.

29       CONTRACTOR shall immediately cover with petroleum-absorbent material, all
30 oil, hydraulic fluids, spilled paint, or any other liquid or debris resulting from
31 CONTRACTOR's operations or equipment repair and shall remove the debris and the
32 petroleum-absorbent material from the street surface before the end of the calendar day
33 immediately following the day of the spill.  CONTRACTOR shall clean up any spillage or
34 litter caused by CONTRACTOR within two (2) hours after the occurrence.

35       When necessary, CONTRACTOR shall apply a suitable cleaning agent to the
36 street surface to provide adequate cleaning.  To facilitate cleanup, CONTRACTOR's
37 vehicles shall at all times carry sufficient quantities of petroleum-absorbent materials,
38 brooms and shovels, and other appropriate cleanup materials or equipment.

- 16 -

**4.10** <u>**Commingling of Materials Prohibited.**</u>

4.10.1 <u>Residential Waste and Recyclable Material</u>.

CONTRACTOR shall not at any time commingle any Recyclable Material collected pursuant to this Agreement with any Residential Solid Waste without the express prior written authorization of the City Representative.

4.10.2  <u>Non- San José Recyclable Material</u>.

CONTRACTOR shall not commingle, at any time, including at CONTRACTOR's Materials Recovery Facility, Recyclable Material collected pursuant to this Agreement with any other materials, whether collected by CONTRACTOR or any other person, without the express prior written authorization of the City Representative.

4.10.3  <u>Used Oil</u>.

CONTRACTOR shall at all time keep all Used Oil and Used Oil Filters collected from SFD Service Units pursuant to this Agreement segregated from other materials.  CONTRACTOR shall also keep all Used Oil and Used Oil Filters collected from SFD Service Units pursuant to this Agreement segregated from all other Used Oil and Used Oil Filters collected by CONTRACTOR or generated by CONTRACTOR until all CITY-required data has been collected and recorded by CONTRACTOR.  Such segregation includes segregation in the collection vehicles, in the holding tanks at the processing facility and all times the Used Oil and Used Oil Filters are in CONTRACTOR's possession.

4.10.4  <u>Large Item Material</u>.

CONTRACTOR shall not commingle the Large Item material with materials from any other source prior to weighing the Large Item material, without the express prior written authorization of the City Representative.

1 **ARTICLE 5.    SERVICE UNITS**

2 **5.1    <u>Service Units</u>.**

3 Categories of premises and all such premises which may be added during the
4 term of this Agreement by means of annexation, new construction, or as otherwise set
5 forth in this Agreement include SFD Service Units and Business Service Units.

6 Any question as to whether a premise falls within one of these categories shall
7 be determined by the City Representative and written notification of those premises to
8 be included as Service Units shall be provided by CITY to CONTRACTOR.  The
9 determination of the City Representative shall be final.

10 **5.2    <u>Service Unit Changes</u>.**

11 CITY and CONTRACTOR acknowledge that during the term of this Agreement it
12 may be necessary or desirable to add or delete Service Units for which CONTRACTOR
13 will provide SFD Recycling Collection Services.

14 5.2.1    <u>Additions</u>.

15 CONTRACTOR shall provide SFD Recycling Collection Services
16 described in this Agreement to new Service Units in CONTRACTOR's Service
17 District(s) within ten (10) Work Days of receipt of notice from CITY to begin such
18 SFD Recycling Collection Services.  Service Units may also be added at the
19 request of CONTRACTOR with written approval of the City Representative or at
20 the request of the Service Unit and written approval of eligibility by the City
21 Representative.

22 5.2.2    <u>Deletions</u>.

23 CONTRACTOR shall immediately cease providing SFD Recycling
24 Collection Services upon receipt of notice from CITY to stop such service.
25 Service Units may also be deleted because of a determination by the City
26 Representative that the premises are not located in the Service Districts, or that
27 the premises do not qualify for SFD Recycling Collection Services.

28 5.2.3    <u>Route Maps</u>.

29 CONTRACTOR shall revise the Service Unit route maps to show the
30 addition or deletion of Service Units as provided above and shall provide such
31 maps in an  electronic format compatible with the ESRI Shapefile Technical
32 Description "An ESRI White Paper—July 1998" (or the most current version of
33 this document).

34 **5.3    <u>Annexation</u>.**

35 If during the term of this Agreement, additional territory within or adjacent to the
36 Service Districts is acquired by CITY through purchase, annexation, eminent domain, or

1   other procedures, the City Representative may designate such additional territory as
2   part of the  Service Districts.  If the additional territory is so designated, CONTRACTOR
3   shall provide SFD Recycling Collection Services, as determined by City Representative,
4   in such additional territory in accordance with the provisions and service rates set forth
5   in this Agreement.  Such SFD Recycling Collection Services shall begin within ten (10)
6   Work Days of receipt of written notice from the City Representative.  CONTRACTOR
7   shall not begin SFD Recycling Collection Services in any additional territory without
8   written authorization from the City Representative.

9        If at the time of acquisition by CITY, the additional territory contains more than
10  five hundred (500) Service Units for which CONTRACTOR will provide SFD Recycling
11  Collection Services, CONTRACTOR may phase in the distribution of Recycling Carts on
12  a schedule approved by the City Representative; provided that CONTRACTOR shall
13  complete the distribution of all Recycling Carts within ninety (90) calendar days after
14  CONTRACTOR receives notification to begin SFD Recycling Collection Services in the
15  additional territory.

- 19 -

1        **ARTICLE 6.        SFD RECYCLING COLLECTION SERVICES**

2        CONTRACTOR shall provide SFD Recycling Collection Services to all Service
3    Units in the Service Districts in accordance with the terms and conditions of this
4    Agreement.

5    **6.1    General Provisions.**

6        6.1.1    Frequency of Service.

7            CONTRACTOR shall provide SFD Recycling Collection Services to
8        each Service Unit in the Service Districts once every week on a scheduled route
9        basis.  CONTRACTOR shall provide SFD Used Oil Collection Services to each
10       SFD Service Unit in the Service Districts once every week on a scheduled route
11       basis.  CONTRACTOR shall provide collection of Recyclable Material, Used Oil
12       and Used Oil Filters on the same Work Day as the collection of Residential Solid
13       Waste to that Service Unit is scheduled.  Where the scheduled collection day
14       falls on a holiday, CONTRACTOR shall adjust the route schedule as set forth in
15       this Agreement.

16       6.1.2    Accessibility to Street.

17           In those instances where a public or private street within the Service
18       Districts is temporarily closed to vehicular traffic but is accessible to pedestrian
19       traffic, CONTRACTOR shall utilize pedestrian access to provide SFD Used Oil
20       Collection Service and SFD Recycling Service with no disruption of service to the
21       Service Units.  In those instances where a public or private street within the
22       Service Districts is temporarily closed to vehicular traffic, CONTRACTOR shall
23       not be required to utilize pedestrian access to provide SFD Large Item Collection
24       Service, but shall reschedule collection and shall notify the Service Recipient of
25       the rescheduled collection date.

26       6.1.3    Service Agreement.

27           Upon request, CITY will provide CONTRACTOR with a list of private
28       streets in the Service Districts, and shall provide updated lists as additional
29       streets are added or additional information is available.  CONTRACTOR shall
30       obtain a signed service agreement from each SFD Service Unit complex or
31       development that requires the CONTRACTOR to enter upon private streets to
32       perform SFD Recycling Collection Services, and that has a Property Manager
33       and/or Homeowner's Association.  CONTRACTOR shall provide the City
34       Representative with copies of all signed service agreements within ten (10) Work
35       Days of receipt by CONTRACTOR.  The service agreements will contain at least
36       the following information:  Name and address of the complex, development, or
37       homeowners' association; name, address and phone number of the contact
38       person for the complex, development, or homeowners' association; permission

- 20 -

1 for CONTRACTOR to enter the private streets; number and size of Recycling
2 Carts; and collection location if not curbside.

3 6.1.4 <u>Manner of Collection</u>.

4 CONTRACTOR shall provide all SFD Recycling Collection Services
5 with as little disturbance as possible. CONTRACTOR shall leave any Recycling
6 Cart in an upright position at the same point from which its contents were
7 collected and shall leave replacement Used Oil Containers and Used Oil Filter
8 Containers at the point of collection, without obstructing alleys, roadways,
9 driveways, sidewalks or mail boxes.

10 CONTRACTOR's employees providing SFD Recycling Collection
11 Services shall follow the regular walk for pedestrians while on private property
12 and shall not trespass nor cross property to the adjoining premises unless the
13 occupant or owner of both properties has given permission. Care shall be taken
14 to prevent damage to property, including flowers, shrubs, and other plantings.

15 6.1.5 <u>Holiday Contingency Plan</u>.

16 On or before September 30th of each year, CONTRACTOR shall
17 submit an annual plan outlining collection strategies to handle increased
18 tonnages during the fall/winter holiday season. The plan should list any
19 additional vehicles which will be utilized including ID#, type, license number and
20 material that will be collected; strategy for fluctuation in the labor force; and how
21 excess material delivered to CONTRACTOR's processing facility will be
22 processed.

23 **6.2** **<u>SFD Recycling Service and SFD Used Oil Collection Services</u>**.

24 CONTRACTOR shall perform SFD Recycling Service and SFD Used Oil
25 Collection Service in accordance with the following terms and conditions:

26 6.2.1 <u>Conditions of Service</u>.

27 CONTRACTOR shall provide SFD Recycling Service and SFD Used
28 Oil Collection Service to all Service Units (other than Business Service Units for
29 Used Oil Collection) in the Service Districts when the:

30 • Recyclable Material is properly deposited in a Recycling Cart; and
31 the Recycling Cart is placed within three (3) feet of the curb, swale,
32 paved surface of the public roadway, closest accessible roadway, or
33 other such location agreed to by CONTRACTOR and the Service
34 Recipient, that will provide safe and efficient accessibility to the
35 CONTRACTOR's collection crew and vehicle. In the event the
36 Service Recipient produces more Recyclable Material than can fit in
37 the Recycling Cart, CONTRACTOR shall collect corrugated
38 cardboard placed beside the Recycling Cart and such excess

1                      Recyclable Material as is set out beside the Recycling Cart in an
2                      additional container whose loaded weight does not exceed sixty
3                      (60) pounds.

4            •   Used Oil Containers and Used Oil Filter Containers have been
5                      placed within three (3) feet of the curb, swale, paved surface of the
6                      public roadway, closest accessible roadway, or other such location
7                      agreed to by CONTRACTOR and the Service Recipient, that will
8                      provide safe and efficient accessibility to the CONTRACTOR's
9                      collection crew and vehicle.

10       6.2.2     <u>Courtesy Notice</u>.

11                      CONTRACTOR shall be required to collect any Recyclables Materials
12 that are placed in a Recycling Cart even if placement of cart causes
13 CONTRACTOR to move it to facilitate collection. CONTRACTOR may affix to the
14 Recycling Cart a Courtesy Notice.

15                      CONTRACTOR may also affix to the Recycling Cart a Courtesy Notice
16 if corrugated cardboard is placed beside the Recycling Cart and cart is not full.
17 In the event a courtesy notice is left more than three (3) times during a rolling
18 twelve (12) month period for the same reason, the City Representative will work
19 with CONTRACTOR to resolve the situation.

20       6.2.3     <u>Non-Collection of Recyclable Material and Used Oil</u>.

21                      CONTRACTOR shall not be required to collect Recyclable Material if
22 the Service Recipient does not segregate the Recyclable Material from
23 Residential Solid Waste.  If Recyclable Material is contaminated through
24 commingling with Residential Solid Waste, CONTRACTOR shall, if practical,
25 separate the Residential Solid Waste from the Recyclable Material.  The
26 Recyclable Material shall then be collected and the Residential Solid Waste shall
27 be left in the Recycling Cart along with a Non-Collection Notice explaining why
28 the Residential Solid Waste is not considered a Recyclable Material.  However, in
29 the event the Recyclable Material and Residential Solid Waste are commingled
30 to the extent that they cannot easily be separated by CONTRACTOR or the
31 nature of the Residential Solid Waste renders the entire contents of the Recycling
32 Cart contaminated, CONTRACTOR will leave a Non-Collection Notice that
33 contains instructions to the Service Recipient on the proper procedures for
34 setting out Recyclable Material, and how to request collection of Recyclable
35 Material as Residential Solid Waste.

36                      CONTRACTOR shall not be required to collect material placed in Used
37 Oil Containers or Used Oil Filter Containers unless the material is Used Oil or
38 Used Oil Filters, respectively.  In the event of non-collection, CONTRACTOR
39 shall affix to the Used Oil Container or Used Oil Filter Container a Non-Collection

- 22 -

Notice explaining why collection was not made. If non-collection is because the material placed in the Used Oil Container or the Used Oil Filter Container was identified by CONTRACTOR as a Hazardous Waste, CONTRACTOR shall notify CITY's Division of Code Enforcement of the non-collection prior to leaving the Service Unit. If non-collection is because the Used Oil or Used Oil Filter was placed in an improper container, CONTRACTOR shall also leave Used Oil Containers or Used Oil Filter Containers in a number sufficient to contain the uncollected Used Oil (but not exceeding sixteen (16) quarts) or Used Oil Filters (but not exceeding two (2) Used Oil Filters) along with the Non-Collection Notice.

6.2.4    Reporting of Problems and Non-Collections.

CONTRACTOR shall document in the Customer Service System on a daily basis all situations that prevent or hinder collection; all instances of non-collection and the reason for non-collection; and all replacements, repairs and exchanges of Recycling Carts. Except as otherwise provided in this Agreement, to the extent possible, CONTRACTOR shall make such reports by the end of the Work Day in which the event occurred; where it is not possible to make such reports by the end of the Work Day, CONTRACTOR shall report such events no later than the end of the next Work Day.

In the event CONTRACTOR leaves the Recycling Cart un-emptied, CONTRACTOR shall provide the City Representative with the details of the excess contamination. In the event the Recycling Cart is left un-emptied more than three (3) times during three (3) consecutive months, the City Representative will work with CONTRACTOR to resolve the situation.

6.2.5    Recyclable Material Overflow.

In the case of repeated set-outs of excess Recyclable Material, CONTRACTOR shall contact the Service Recipient to arrange for an appropriate change in Recycling Cart size or the provision of additional Recycling Carts.

In the event CONTRACTOR cannot successfully contact the Service Recipient after three attempts, or cannot reach an agreement with such Service Recipient regarding the change in service, CONTRACTOR shall utilize the Customer Service System to provide the City Representative with the details of the set-outs of excess Recyclable Material, and the attempts at communication with the Service Recipient. The City Representative shall respond to CONTRACTOR's report and make a final written determination. Within ten (10) Work Days of receipt of the City Representative's written determination, CONTRACTOR shall exchange the Recycling Cart or shall provide additional Recycling Carts to the extent required by such written determination.

**6.3    Disposition of Recyclable Material and Used Oil.**

6.3.1    Materials Recovery Facility.

- 23 -

CONTRACTOR shall transport and deliver all Recyclable Material collected as a result of performing SFD Recycling Services to the Materials Recovery Facility. In the event the Materials Recovery Facility is unable to accept delivery of the Recyclable Material, CONTRACTOR shall deliver the Recyclable Material to such other appropriate facility as is approved in advance by the City Representative.  CONTRACTOR's failure to comply with this provision shall result in the levy of liquidated damages as specified in Article 18 of this Agreement and may result in CONTRACTOR being in default under this Agreement.

6.3.2     Used Oil Processing.

CONTRACTOR shall Recycle the Used Oil and Used Oil Filters only with persons who are authorized by the State of California to Recycle oil. CONTRACTOR shall Recycle all such Used Oil and Used Oil Filters to the extent feasible and, in accordance with applicable state and federal law and at CONTRACTOR's own cost and expense, shall properly dispose of all Used Oil and Used Oil Filters that cannot be Recycled. CONTRACTOR shall report any Used Oil or Used Oil Filters that cannot be Recycled and requires disposal in CONTRACTOR's quarterly report to the CITY.

**6.4     Provision and Maintenance of Recycling Carts and Used Oil Containers.**

6.4.1     Inventory.

CONTRACTOR shall maintain an inventory of Recycling Carts, Used Oil Containers and Used Oil Filter Containers in sufficient number for CONTRACTOR to perform deliveries, repairs and exchanges of such equipment in a timely manner.

6.4.2     Purchase and Distribution of Recycling Carts and Used Oil Containers.

CONTRACTOR shall purchase and distribute fully assembled and functional Recycling Carts to those Service Units in or added to the Service Districts during the term of this Agreement.  The number of Recycling Carts and the size of the Recycling Cart to be distributed will be in accordance with the information provided by the City Representative to CONTRACTOR.

CONTRACTOR shall complete the distribution of the Recycling Carts within ten (10) Work Days of receipt of the information from the City Representative.  If directed by the City Representative, CONTRACTOR will provide multiple Recycling Carts to a Service Unit.  Recycling Carts shall meet the specifications set forth in Exhibit 13.

Within ten (10) Work Days of receipt of a verbal request from CITY or a Service Recipient (other than at a Business Service Unit), CONTRACTOR shall, at CONTRACTOR's sole cost and expense, provide the SFD Service Unit or the

- 24 -

Small Civic Service Unit with Used Oil Containers and Used Oil Filter Containers in the number requested but not exceeding a number sufficient to hold sixteen (16) quarts of Used Oil and two (2) Used Oil Filters.

At the time CONTRACTOR collects Used Oil from a SFD Service Unit or a Small Civic Service Unit, CONTRACTOR shall, at CONTRACTOR's sole cost and expense, leave at the premises one (1) Used Oil Container for each Used Oil Container collected and one (1) Used Oil Filter Container for each Used Oil Filter Container collected. CONTRACTOR shall keep the outside of all Used Oil Containers and Used Oil Filter Containers clean and may re-use the containers until the condition of the container makes it inappropriate for re-use.

6.4.3    Replacement or Exchange of Recycling Carts.

All replacement, exchange, removal, or repair of Recycling Carts must be completed within ten (10) Work Days of receiving notification from the City Representative or Service Recipient.

Under the following circumstances, CONTRACTOR shall replace or exchange each Recycling Cart at no cost or inconvenience to the Service Recipient, and at no cost to the CITY:

- Damage by CONTRACTOR

- Normal Wear and Tear

- Mandatory Service Level Change Initiated by the CITY

Under the following circumstances, CONTRACTOR shall be compensated for the replacement or exchange of each Recycling Cart in accordance with Exhibit 1, as adjusted under the terms of this Agreement. CONTRACTOR acknowledges that it will not be compensated for (1) customer initiated Recycling Cart exchanges for District A between 0.114% and 2.807% of the average number of households in a fiscal year, and (2) customer initiated Recycling Cart exchanges for District C between 0.034% and 2.064% of the average number of households in a fiscal year. Recycling Cart exchanges below or above these ranges shall be compensated by the CITY in the June invoice. Cart exchange counts shall be rounded to the nearest whole number.

- Stolen or Lost Carts

- Voluntary Service Level Change Initiated by the Service Recipient

- Damage not by CONTRACTOR

6.4.4    Ownership of Recycling Carts.

Recycling Carts in the possession of a Service Unit as of July 1, 2010, and all Recycling Carts distributed by CONTRACTOR during the term of this Agreement shall be the property of CONTRACTOR. CONTRACTOR shall retain

- 25 -

1     ownership of such Recycling Carts during the term of this Agreement.  Upon the
2     expiration or termination of this Agreement, CONTRACTOR shall transfer to
3     CITY and CITY shall obtain ownership of all Recycling Carts that are in the
4     possession of a Service Unit on the date of such expiration or termination.
5     CONTRACTOR shall retain ownership of all Recycling Carts in CONTRACTOR's
6     possession at the expiration or termination of this Agreement.

7   **6.5**   **On-Premises Service**.

8       6.5.1     <u>Non-Subscription On-Premises Service</u>.

9         CONTRACTOR shall provide on-premises collection of Recyclable
10    Material and Used Oil to a SFD Service Unit if all adult Service Recipients
11    residing therein have disabilities that prevent them from setting the Recycling
12    Cart or Used Oil Container and Used Oil Filter Container at the curb for collection
13    and if a request for non-subscription on-premises service has been made to, and
14    approved in the manner required by, CITY.  The City Representative or agent
15    shall notify CONTRACTOR of any SFD Service Units requiring non-subscription
16    on-premises service; along with the date such service is to begin.  No additional
17    monies shall be due to CONTRACTOR for the provision of non-subscription
18    onpremises service.

19         CONTRACTOR may at any time, but not more often than twice in any
20    Agreement Year, request that the City Representative or  agent verify the
21    eligibility of a SFD Service Unit for non-subscription on-premises service.  Upon
22    receipt of CONTRACTOR's request, the City Representative or agent shall make
23    a determination as to whether the SFD Service Unit meets the eligibility
24    requirements and shall notify CONTRACTOR of such determination within sixty
25    (60) calendar days of CONTRACTOR's request.  At the time CONTRACTOR
26    makes the request for verification of eligibility, CONTRACTOR may submit to the
27    City Representative or agent any information relevant to the determination.

28       6.5.2     <u>Subscription On-Premises Service</u>.

29         CONTRACTOR shall provide subscription on-premises collection of
30    Recyclable Material and Used Oil to those SFD Service Units subscribing to such
31    service, except that subscription on-premises collection service shall not be
32    available in those instances where the on-premises collection location of the
33    Recycling Cart is more than one hundred (100) yards from the normal curbside
34    set out location.  The City Representative shall notify CONTRACTOR of any SFD
35    Service Units subscribing to subscription on-premises collection service, along
36    with the date such service is to begin.

37       6.5.3     <u>Manner of Collection</u>.

38         In the case of on-premises service, CONTRACTOR shall remove the
39    Recycling Cart and Used Oil and Used Oil Filter Containers from the back or side

- 26 -

1     of the Service Unit (or from such other location as agreed to by CONTRACTOR
2     and the Service Recipient), shall empty the contents into the collection vehicle,
3     and shall return the Recycling Cart and replacement Used Oil and Used Oil Filter
4     Containers to the location from which they were removed.

5     6.5.4     Collection Day.

6     CONTRACTOR shall provide on-premises SFD Recycling Service and
7     Used Oil Collection Service on the same Work Day that curbside collection would
8     otherwise be provided to the SFD Service Unit.

9 **6.6**     **Hard-to-Serve Service Units**.

10     CONTRACTOR shall provide Collection Service to Service Units in locations that
11 may not be accessible to a standard collection vehicle through use of smaller vehicles
12 and/or alternative collection methods. The service rates for these locations are to be
13 mutually agreed upon by the CONTRACTOR and CITY.

14 **6.7**     **SFD Large Item Collection Service**.

15     CONTRACTOR shall perform SFD Large Item Collection Service to Small Civic
16 Service Units and SFD Service Units in accordance with the following terms and
17 conditions:

18     6.7.1     Frequency of Service.

19     CONTRACTOR shall provide SFD Large Item Collection Service on an on-call
20     basis to those SFD Service Units in the Service District requesting the service.
21     CITY or Service Recipient will notify CONTRACTOR of a request for SFD Large
22     Item Collection Service. Collection shall be made from the curbside within two
23     (2) scheduled collection days of notification to CONTRACTOR by CITY or
24     Service Recipient, unless an alternate date is mutually agreed upon by Service
25     Recipient and CONTRACTOR.

26     6.7.2     Conditions of Service.

27     CONTRACTOR shall provide on-call SFD Large Item Collection
28     Service to all SFD Service Units whose Large Items have been placed within
29     three (3) feet of the curb, swale, paved surface of the public roadway, closest
30     accessible roadway, or other such location agreed to by CONTRACTOR and the
31     Service Recipient, that will provide safe and efficient accessibility to the
32     CONTRACTOR's collection crew and vehicle. CONTRACTOR shall notify the
33     Service Recipient in advance; either in writing or by telephone, of the specific
34     Work Day the service will be provided. Each set-out of up to three (3) Large
35     Items shall be considered a single collection for the purposes of invoicing.

36     6.7.3     Large-Item Collection Service to City.

CONTRACTOR agrees to provide SFD Large Item Collection Services to be determined by the City Representative up to ten (10) times per fiscal year through the term of this Agreement. Each set-out of up to three (3) Large Items shall be considered a single collection. The SFD Large Item Collection Services will be at no charge to the CITY or Service Recipient.

6.7.4 <u>Non-Collection</u>.

CONTRACTOR shall not be required to collect more Large Items than specified by the requestor of the service. In the event of non-collection, CONTRACTOR shall affix a Non-Collection Notice to the uncollected Large Item(s) explaining why collection was not made.

6.7.5 <u>Maximum Reuse and Recycling</u>.

CONTRACTOR shall process Large Items in accordance with the following hierarchy:

- Reuse as is (where energy efficiency is not compromised)
- Disassemble for reuse or Recycling
- Recycle
- Disposal

CONTRACTOR shall not landfill such Large Items unless the Large Items cannot be reused or Recycled.

6.7.6 <u>Large Items Containing Freon</u>.

In the event CONTRACTOR collects Large Items that contain freon, CONTRACTOR shall handle such Large Items in a manner such that the Large Items are not subject to regulation as Hazardous Waste under applicable state and federal laws or regulations.

6.7.7 <u>CITY Direction of Large Items</u>.

CITY reserves the right to direct CONTRACTOR to take Large Items collected from SFD Service Units or Small Civic Service Units to designated site(s) within fifty (50) miles of the city limits of the City of San José for the purpose of permitting persons who will reuse or Recycle such Large Items to obtain the Large Items at no cost. CONTRACTOR shall have no obligation to dispose of the Large Items or Large Item Residue remaining at the site or sites after reusers and recyclers have removed reusable or recyclable Large Items.

- 28 -

1                   **ARTICLE 7.     LARGE ITEM BILLING SERVICES**

2   **7.1**    **Option for Large Item Billing Services.**

3         At the CITY's option, on a date mutually agreed upon, CONTRACTOR shall
4 provide Large Item Billing Services in CONTRACTOR's Service Districts in accordance
5 with the terms and conditions of this Agreement.

6   **7.2**    **Conditions of Service.**

7         CONTRACTOR shall have no obligation to provide Large Item Billing Services
8 unless and until CITY exercises the option described in this Section.

9   **7.3**    **General Provisions.**

10        7.3.1      Customer Data and Privacy Protection.

11             CONTRACTOR is prohibited from selling or sharing customer and
12 billing information with third parties including other Recycle Plus service providers
13 without the express prior written authorization of the City Representative.
14 CONTRACTOR may share customer and billing information with financial
15 institutions and payment processing agencies for the sole purpose of processing
16 and collecting payments. CONTRACTOR shall implement data protection and
17 privacy procedures according to standard industry practices.  In addition,
18 CONTRACTOR shall perform a reference and criminal background investigation
19 on all CONTRACTOR personnel with access to customer financial data.
20 CONTRACTOR shall not permit any of its employees who have been convicted
21 of a crime of dishonesty, breach of trust, or money laundering to provide Large
22 Item Billing Services under this Agreement, or to have access to any confidential
23 information on customer financial data.

24        7.3.2      Customer Confidentiality.

25             CONTRACTOR shall protect all customer information and treat such
26 information as confidential. CONTRACTOR shall not voluntarily disclose such
27 information or use such information for purposes other than for the provision of
28 services set forth in this Agreement, except as otherwise required by law. At the
29 request of the CITY, CONTRACTOR shall provide a copy of its written policies
30 and procedures regarding the use and protection of customer information.

31        7.3.3      Identity Theft Prevention.

32             CONTRACTOR shall obtain and maintain all customers' personal,
33 payment and credit information with appropriate privacy controls in accordance
34 with Payment Card Industry Data Security Standard (PCI DSS).  CONTRACTOR
35 shall maintain an identity theft prevention program as required by the Federal
36 Trade Commission's Red Flag Rules (pursuant to the Fair and Accurate Credit
37 Transactions Act of 2003 and 16 CFR §§ 681.1 and 681.2).  Prior to Go-Live,

- 29 -

CONTRACTOR shall provide a copy of its written policies and procedures to detect, prevent and mitigate identity theft in accordance with the most current Federal Trade Commission's Red Flag Rules for approval by the City Representative.

### 7.3.4 Review of Policies and Procedures.

CITY reserves the right to conduct audits of CONTRACTOR's Large Item Billing Services operations pursuant to this Agreement to ensure that CONTRACTOR is in compliance with written policies and procedures to maintain customer information confidentiality and to detect, prevent and mitigate identity theft. CONTRACTOR shall cooperate with CITY in connection therewith. Such audits shall be at no cost to CITY other than labor costs for CITY staff.

### 7.4 **Systems Transition.**

CONTRACTOR shall cooperate with the CITY to provide a smooth transition of Large Item Billing Services in accordance with the requirements set forth in Exhibit 17 ("Large Item Billing Services"). CONTRACTOR shall provide the transition services without disrupting or negatively impacting the SFD Recycling Collection Services and existing operations of the CITY.

### 7.5 **Large Item Collection Service Billing.**

CONTRACTOR shall collect payment from Service Recipients for SFD Large Item Collection Service provided according to the terms set forth in this Agreement. All revenue collected by CONTRACTOR for providing SFD Large Item Collection Service shall be retained by CONTRACTOR. CONTRACTOR may require payment from the Service Recipient prior to providing service. Article 17 and Exhibit 1 notwithstanding, CITY shall not be responsible to compensate CONTRACTOR for SFD Large Item Collection Service upon Go-Live.

### 7.5.1 Customer Rates and Fees.

CONTRACTOR shall charge Service Recipients for SFD Large Item Collection Service at the rate provided by the CITY in accordance with the Recycle Plus Rate Resolution approved by the City Council. CONTRACTOR may apply late payment, returned payment and insufficient funds charges provided these charges do not exceed those amounts set forth in the CITY's Schedule of Fees and Charges. When changes in rates and fees are proposed by the CITY, the CITY shall provide the proposed rates and fees to CONTRACTOR no less than thirty (30) calendar days prior to the effective date using the newly proposed rates and fees, and approved rate and fee changes shall be provided to the CONTRACTOR no less than five (5) Work Days prior to the effective date of the approved rates and fees.

### 7.5.2 Payment Methods and Types.

CONTRACTOR shall make arrangements to accept payment by walk-ins at the CONTRACTOR's office, pay-by-phone, or mail.  CONTRACTOR shall accept payment in multiple tender types including but not limited to check, electronic check, money order, cash, debit card and credit card.  CONTRACTOR shall not assess additional fees for any specific tender type, such as credit card processing fees and convenience charges.

7.5.3    Payment Confirmation and Receipts.

CONTRACTOR shall make arrangements to provide confirmation to Service Recipients upon receiving payment for SFD Large Item Collection Services.  CONTRACTOR shall provide a receipt to Service Recipients for all cash transactions. For all other payment types, CONTRACTOR shall provide a receipt upon the request of the Service Recipient.

7.5.4    Debt Collection.

CONTRACTOR shall be responsible for the collection of payment and any debt related to Large Item Collection Services. CONTRACTOR agrees to comply with any applicable federal or California fair debt collection practices laws, including, without limitation, the Fair Debt Collection Practices Act. CONTRACTOR shall not transfer any debt related to SFD Large Item Collection Service to the CITY's lien process.

7.5.5    Service Changes and Cancellations.

CONTRACTOR shall accommodate Service Recipient requests to change the number or type of Large Items to be collected by CONTRACTOR when the Service Recipient makes the request prior to 3:00 p.m. one (1) Business Day before the scheduled pickup.  If the request for service changes requires an additional payment by the Service Recipient, CONTRACTOR may schedule a different collection day for the additional Large Items.

CONTRACTOR shall cancel previously scheduled Large Item Collection Service when the Service Recipient makes the request for cancellation prior to 3:00 p.m. one (1) Business Day before the scheduled pickup.  Where Service Recipient requests cancellation by the deadline above, CONTRACTOR shall refund pre-payments to Service Recipient within fifteen (15) Business Days of the date of the Service Recipient request to cancel service.

In the event of a returned payment, CONTRACTOR shall not be required to provide Large Item Collection Service until the Billing Customer has pre-paid for the service including any applicable late payment, returned payment, or insufficient funds charges incurred by the CONTRACTOR due to the Billing Customer's late or insufficient payment.

7.5.6    Customer Service and Complaint Resolution.

The provisions set forth in Article 13 ("Customer Service") of this Agreement shall apply to Large Item Billing Services.  Prior to Go-Live, CONTRACTOR shall designate an office within the municipal limits of the City of San José where payments, inquiries and complaints can be received. Such office shall be open during the hours set forth in Section 13.1 of this Agreement.

7.5.7    Separate Accounting and Recordkeeping.

CONTRACTOR shall establish and maintain separate accounting and recordkeeping for Large Item Billing Services pursuant to this Agreement. Such billing and payment records shall not be commingled with any non-Recycle Plus Large Item Billing Services accounting system.

7.5.8    Reporting.

CONTRACTOR shall submit reports to the City Representative for Large Item Collection Service as set forth in Exhibit 8.  CONTRACTOR shall not change the format, sections or categories of these reports without written approval by the City Representative.

**7.6    Significant Events.**

CONTRACTOR will notify the City Representative within two (2) hours of discovering any significant event that negatively impacts CONTRACTOR's ability to accept service requests and process payments for a period longer than one (1) Work Day.  Within twenty-four (24) hours of discovery, CONTRACTOR shall present a resolution plan to the CITY for approval.  The plan shall document CONTRACTOR's course of action and timelines to mitigate the impact of any errors to the customer and to include measures addressing customer satisfaction. CONTRACTOR shall implement the resolution plan according to the timeline approved by the CITY.

- 32 -

1                         **ARTICLE 8.  RECYCLABLE MATERIAL PROCESSING**

2   **8.1**     **Materials Recovery Facility.**

3         CONTRACTOR shall provide the Materials Recovery Facility for processing all
4   Recyclable Material collected pursuant to this Agreement.  CONTRACTOR shall Process
5   all Recyclable Material in the manner set forth in Exhibit 3, of this Agreement to meet
6   Market Specifications.  CONTRACTOR acknowledges that it will Process all incoming
7   materials in a manner that meets the terms and intent of the Agreement.
8   CONTRACTOR further acknowledges that many material markets (end-users, paper
9   mills, etc.) have mill or user-specific specifications that may be more stringent than the
10   ISRI specifications, and CONTRACTOR further acknowledges that it shall be
11   responsible for meeting any such other more stringent specifications in order to meet
12   the diversion standards as specified in Article 16 of this Agreement.

13   **8.2**     **Processing of Recyclable Material.**

14         CONTRACTOR acknowledges that all Recyclable Material collected under the
15   terms of this Agreement are to be Processed unless written authorization to not Process
16   a specific Recyclable Material is received from the City Representative. CONTRACTOR
17   shall Process Recyclable Material in accordance with this Agreement.  CONTRACTOR
18   acknowledges that Processing some Recyclable Material may not be profitable but
19   CONTRACTOR nevertheless shall Process Recyclable Material as required hereunder.
20   CITY acknowledges that CONTRACTOR's Residue may contain Recyclable Material
21   that were contaminated, and may contain *de minimus* amount of clean material that
22   escaped sorting.

23         CONTRACTOR shall not load materials from the tip floor for transport off-site
24   without prior written authorization from the City Representative.  This restriction does
25   not apply to materials that have been pulled from the tip floor as a result of the pre-sort
26   operation, to materials that have been fully processed through the MRF, or to materials
27   that are being transferred to an Alternative Processing Facility approved by the CITY
28   pursuant to the Agreement.

29   **8.3**     **Modification of Market Specifications.**

30         Market Specifications may be modified by CITY based on input from
31   CONTRACTOR, to accommodate material categories that are separated from and
32   typical of a single stream recyclable program or that are either not listed by ISRI or
33   cannot reasonably be processed to meet ISRI specifications.  In evaluating the need to
34   modify Market Specifications, CITY shall consider the following criteria:

35           •  the intent of the Agreement that Recyclable Material be separated in a manner
36               so as to allow them to be sold for their highest and best use;

- the commodity specifications required by a list of national commodity brokers located in the San Francisco Bay Area. This list and any amendments shall be developed by the CITY in consultation with CONTRACTOR;

- the commodity specifications used by the list of Peer Recyclable Material Facilities. This list and any amendments shall be developed by the CITY in consultation with CONTRACTOR; and

- information provided by CITY staff, consultants, and CONTRACTOR.

**8.4    Review of Market Specifications.**

On or before July 1, 2010 and semi-annually thereafter at CONTRACTOR's request, CITY will develop or update information that may be used to modify the Market Specifications. In obtaining this information, CITY will obtain information from the Peer Recyclable Material Facilities related to the standards to which the Peer Facilities are processing a material that is lower than the equivalent ISRI specification. The Peer Facility Specifications will be ranked and the median Peer Facility Specification may be used in place of ISRI specification for a temporary period to be agreed upon by the CONTRACTOR and City Representative.

**8.5    Approval of New Non-Program Materials.**

CONTRACTOR may request that additional items be added to the approved list of Non-Program Materials used to calculate the RRM diversion standards. The request shall be made in writing to the ESD Director and shall include a statement that the item was collected during the provision of SFD Residential Recycling Collection Services, a description of specifically how the material will be diverted, tonnage collected for the past six (6) months, to the extent available, tonnage projected to be collected over the next twelve (12) months, and such other information as may be requested by CITY. The Director shall review the request and respond to CONTRACTOR with in thirty (30) calendar days.

**8.6    Capacity and Reporting Requirements.**

CONTRACTOR shall ensure there is sufficient capacity at the Materials Recovery Facility to process, and store until marketed, all Recyclable Material collected by CONTRACTOR pursuant to this Agreement during any one week collection period. CONTRACTOR shall maintain procedures, records and internal controls to preclude the commingling of Recyclable Material collected pursuant to this Agreement with any and all other materials delivered to the Materials Recovery Facility and to ensure complete, accurate and timely recording and reporting of Recyclable Material processing. At a minimum, CONTRACTOR shall perform or shall cause to be performed, all of the following:

- All Recyclable Material shall be weighed upon delivery to the Materials Recovery Facility and all weight (gross and tare) and related delivery

- 34 -

information, including date, time, material type, route and truck number, shall be recorded and reported to the CITY as specified in Exhibit 8 ("DATA AND REPORTING") of this Agreement;

- All processed Recyclable Material shall be weighed after baling, containerizing or other processing at the time of shipment from the MRF or Alternate Facility and the weights shall be recorded and reported to the CITY as specified in Exhibit 8;

- The weights of all materials received, the weights of all materials Processed, the weights of all materials sold, the number of bales stored, and weights of all materials disposed as residue shall be reconciled on a weekly basis;

- In the event an alternate storage facility is needed, the weights of all Processed materials transported for temporary storage and the storage location shall be reported upon each occurrence; and

- All scales shall be registered with the County Department of Weights and Measures and shall be regularly maintained to ensure their reliability and continued functioning.  Current certificates of registration, inspection reports and all maintenance records shall be made available for review by CITY upon receipt of written request from the City Representative.  Scales shall be operated in the same manner as required by State weigh master regulations.

## 8.7    Disposition of Residue.

CONTRACTOR shall properly dispose of any and all Residue remaining from the processing of Recyclable Material at the Disposal Facility.

## 8.8    Alternate Facility.

### 8.8.1    Alternate Processing Facility.

CONTRACTOR shall secure processing capacity at an alternative facility, approved by the City Representative, for use in the event the Materials Recovery Facility is closed on a Work Day because of the order of a regulatory agency having jurisdiction over the Materials Recovery Facility or the Materials Recovery Facility is unable to process Recyclable Material in accordance with the requirements of this Agreement.  CONTRACTOR shall submit an alternate processing facility plan in accordance with the outline set forth in Exhibit 16. CITY will make a final determination within thirty (30) calendar days of receipt of CONTRACTOR's alternate processing facility plan.

### 8.8.2    Alternative Storage Facility.

In the event the Materials Recovery Facility is unable to store the amount of material required by Section 8.6, CONTRACTOR, at CONTRACTOR's

- 35 -

sole cost and expense, may arrange for alternate storage capacity at a facility approved in advance by the City Representative, provided that all material collected pursuant to this Agreement shall be kept segregated from all other material at the alternate facility.  The materials that were not Processed before transportation to the Alternate Facility shall be transported back to the Materials Recovery Facility for Processing unless another arrangement is approved in advance by the City Representative. Materials that were processed prior to the transfer to the Alternate Facility may be sold directly from the Alternate Facility, provided that the material shall not be commingled with any other materials prior to shipping offsite and provided that CONTRACTOR shall submit to CITY reports required by this Agreement segregated by Alternate Facility.

8.8.3    Temporary Use of Alternate Facility.

CONTRACTOR must notify the City Representative electronically or in writing, at least two hours in advance if materials are to be taken to the Alternate Facility.  CONTRACTOR may request approval to Process at the Alternate Facility for a maximum of 30 calendar days.  The CITY reserves the right to extend the duration of the approval; or rescind the approval if CONTRACTOR fails to comply with the terms of the Agreement.  The CITY's decision shall be in writing and shall address the following factors in determining whether or not to approve an alternative processing and/or storage facility:

- the rights afforded to  CITY with respect to access to the Alternate Facility and records;

- protocols to assure accurate weighing of incoming Recyclable Material;

- protocols to assure that Recyclable Material will be Processed at the Alternate Facility as required under this Agreement;

- in the event that Recyclable Material are commingled at the Alternate facility, a statistically reliable methodology for measuring total separated Recyclable Material and Residue subject to approval from the City Representative; and

- assurance that all reports required of CONTRACTOR pursuant to this Agreement could still be made on a timely basis for all activities occurring at the Alternate Facility.

8.8.4    Reporting of Alternate Facility.

In addition to CONTRACTOR's existing reporting requirements, CONTRACTOR must report daily, either electronically or in writing, the tonnage of material taken to the Alternate Facility.

8.8.5    Direction to Alternate Facility.

- 36 -

1    In the event that CONTRACTOR is unable to comply with the
2    processing requirement of this Agreement, the CITY reserves the right to require
3    that CONTRACTOR deliver the material to an alternate facility (other than the
4    Materials Recovery Facility or Alternate Facility). The cost of processing for
5    these services will be at CONTRACTOR's sole expense. If CITY incurs costs to
6    provide alternate processing services, the costs shall be deducted from CITY's
7    monthly invoice payment(s) to CONTRACTOR for Recycle Plus Services. Any
8    revenues from the sale of the material would belong to the alternate facility.

9  **8.9    E-Waste Processing.**

10   CONTRACTOR shall cause the E-Waste to be processed with a person or entity
11   in compliance with the Basel Action Network e-Stewardship Standard or another
12   comparable standard approved by the CITY.

13 **8.10   Use as Alternative Daily Cover.**

14   CONTRACTOR shall ensure that the Recyclable Material collected pursuant to
15   this Agreement is not disposed of in a landfill nor utilized as alternative daily cover
16   (ADC) at a landfill or other landfill application without prior written approval of the CITY's
17   Director of Environmental Services.

18 **8.11   Transformation of Recyclable Material.**

19   CONTRACTOR acknowledges that the California Integrated Waste Management
20   Act requires solid waste diversion from landfill disposal and that transformation, as
21   defined in Public Resources Code Section 40201, is not an acceptable method for
22   meeting said diversion requirements. CONTRACTOR shall not Process by means of
23   transformation any Recyclable Material collected under this Agreement, nor shall
24   CONTRACTOR ship, transport, deliver or otherwise make available any such
25   Recyclable Material to any person for the purpose of transformation, without the
26   express prior written authorization of CITY's Director of Environmental Services. This
27   restriction shall remain in force regardless of any change in the definition of
28   transformation or in the ability of CITY to count transformation as diversion under State
29   law.

1                **ARTICLE 9.**     **ADDITIONAL SERVICES**

2  **9.1**    **Public Education and Outreach Program.**

3       CONTRACTOR, at its own expense, shall prepare, submit and implement an
4 annual Public Education and Outreach Program ("PEOP") that is in addition to CITY's
5 public education and outreach program. CONTRACTOR shall submit the proposed
6 PEOP, including a budget for each component, annually for CITY approval no later than
7 September 30 for the next calendar year. The PEOP must include a minimum of four
8 (4) public education campaigns per calendar year, designed to increase diversion and
9 resident participation. Campaigns should target certain Recyclable Material,
10 contamination, or "problem" areas of CONTRACTOR's Service Districts where
11 improvements can be maximized. Targets of outreach should be based on local trends
12 and recycling patterns based on information obtained by both CITY and CONTRACTOR
13 staff. Required elements of the annual PEOP are listed in Exhibit 9 ("OUTREACH") to
14 this Agreement. All public education and outreach material must be approved by the
15 City Representative prior to distribution.

16       CONTRACTOR shall submit a report quarterly providing a summary of outreach
17 activities that have taken place during the preceding quarter, the cost of those activities,
18 and those that are planned for the upcoming quarter. Invoices for all outreach and public
19 education activities undertaken as part of this Collection Service Agreement of the
20 preceding quarter shall be included as part of the report.

21       9.1.1     Public Education and Outreach Budget.

22             CONTRACTOR shall budget the following amounts each year for the
23 PEOP:

24     Calendar Year 2010           $156,000

25     Calendar Year 2011           $156,000

26     Calendar Year 2012           $156,000

27     Calendar Year 2013           $156,000

28     Calendar Year 2014           $156,000

29     Calendar Year 2015           $156,000

30     Calendar Year 2016           $156,000

31     Calendar Year 2017           $156,000

32     Calendar Year 2018           $156,000

33     Calendar Year 2019           $156,000

34     Calendar Year 2020           $156,000

- 38 -

1          Calendar Year 2021             $78,000

2          Beginning calendar year 2010, funds allocated for each calendar year that are
3 not expended for PEOP services on or before December 31st of the same year shall be
4 deducted from the June invoice of the following year unless a PEOP plan to expend the
5 funds in the subsequent calendar year is submitted by CONTRACTOR and approved by
6 the City Representative. For calendar year 2021, any balance shall be deducted from
7 the final invoice to CONTRACTOR.

8          The PEOP budget and actual expenditure for calendar years 2006 through 2009
9 are as follows:

| Calendar Year | Budget | Expenditure | Remaining Balance |
| --- | --- | --- | --- |
| 2006 | $12,000 | $24,841.87 | ($12,841.87) |
| 2007 | $400,000 | $251,759.49 | $148,240.51 |
| 2008 | $312,000 | $193,768.81 | $118,231.19 |
| 2009 | $156,000 | $200,362.20 | ($44,362.20) |
| **Total** | **$880,000** | **$670,732.37** | **$209,267.63** |

10          If prior year funding for PEOP services in the amount of $209,267.63, accrued in
11 calendar years 2006 through 2009, is not fully expended for approved PEOP services
12 by December 31, 2013, exclusive of PEOP budgets for calendar years 2010 through
13 2013, the unspent funds shall be deducted in twelve (12) equal monthly installments
14 beginning from the March 2014 invoice through the February 2015 invoice.

15          9.1.2      <u>Annual Collection Service Notice.</u>

16               Each calendar year during the term of this Agreement, CITY may
17 publish and CONTRACTOR shall distribute, or contribute financially at a
18 proportional rate to the distribution of, a notice to all SFD Service Units regarding
19 the SFD Recycling Collection Services programs.  At the CITY's option, the
20 notice may include a description of the materials to be collected; procedures for
21 setting out the materials; maps of the Service Districts indicating the days for
22 SFD Recycling Collection Service, SFD Used Oil Collection Service, and the
23 CITY customer service phone number.  The notice shall be provided in English,
24 Spanish, Vietnamese, and other languages as reasonably directed by the City
25 Representative and shall be distributed by CONTRACTOR no later than
26 November 1 of each calendar year.

27          9.1.3      <u>Collection Calendar.</u>

28               Each calendar year during the term of this Agreement, CONTRACTOR
29 shall produce and distribute, or contribute to the production and distribution of, a

1     calendar to the SFD Service Units. The calendar shall describe the days of the
2     month on which Recycle Plus Program Services will be provided.
3     CONTRACTOR shall submit the design of the calendar for approval by the City
4     Representative prior to production. The calendar shall be distributed no later
5     than November 1 of each calendar year.

6     9.1.4    Alternative Material.

7     CITY may request that CONTRACTOR produce and distribute
8     alternative outreach material to the annual collection service notice and/or
9     calendar provided the cost of production and distribution does not exceed the
10     cost of the annual collection service notice and collection calendar required
11     above.

12 **9.2**    **News Media Relations.**

13     CONTRACTOR shall notify the City Representative by email or phone of all
14 requests for news media interviews related to the Recycle Plus Program within twenty-
15 four (24) hours of CONTRACTOR's receipt of the request. Before responding to any
16 inquiries involving Recycle Plus-related issues or any issues likely to affect participation
17 or Service Recipient perception of services, CONTRACTOR will discuss
18 CONTRACTOR's proposed response with the City Representative.

19     Copies of draft news releases or proposed trade journal articles shall be
20 submitted to the City Representative for prior review and approval at least five (5) Work
21 Days in advance of release, except where CONTRACTOR is required by any law or
22 regulation to submit materials to any regulatory agency in a shorter period of time, in
23 which case CONTRACTOR shall submit such materials to the City Representative
24 simultaneously with CONTRACTOR's submittal to such regulatory agency.

25     Copies of articles resulting from media interviews or news releases related to
26 CONTRACTOR's providing services under this Agreement shall be provided to the City
27 Representative within five (5) Work Days after publication.

28 **9.3**    **Pilot Programs.**

29     9.3.1    Residential Service.

30     CITY may request CONTRACTOR to conduct pilot test programs that
31     temporarily change the collection method, the type of service, or the service
32     schedule for a portion of the Service Units in CONTRACTOR's Service Districts.
33     A pilot test program shall be limited to no more than ten percent (10%) of the
34     Service Units in the Service Districts and to a term of no more than eighteen (18)
35     months unless otherwise specifically agreed by CONTRACTOR and CITY's
36     Director of Environmental Services.

- 40 -

9.3.2    Recordkeeping.

CONTRACTOR shall perform any additional record keeping required by a pilot test program.  If CONTRACTOR agrees to perform a pilot test program, CONTRACTOR and CITY's Director of Environmental Services shall execute a letter of agreement prior to the start of the pilot test program.  The letter of agreement shall set forth the terms of the pilot test program including program costs, program operating parameters, and program duration.

9.3.3    Letter Agreement.

If a pilot test program affects the cost of providing Collection Services, the program costs set forth in the letter of agreement may include an adjustment to the monthly payments otherwise payable to CONTRACTOR under this Agreement to reflect the benefits and/or burdens of the pilot test program.  The adjustment shall be set so as to capture any increase or decrease in CONTRACTOR's direct operating costs resulting from the pilot test program. "Direct operating costs" include planning costs; labor expense, including supervision (wages, employment taxes, and fringe benefits); materials, supplies and fuel; and amortized costs of new equipment purchased or equipment modified for the pilot test program.  Any increases in direct operating costs must be established by CONTRACTOR and must be capable of verification by an independent auditor.

**9.4    Other Programs and Services.**

CONTRACTOR shall provide other services and programs related to the Recycle Plus Program as requested by CITY at a price to be mutually agreed upon between CONTRACTOR and the Director of Environmental Services.  In the event CONTRACTOR and the Director of Environmental Services cannot reach a mutually agreed upon price for the requested service or program within sixty (60) calendar days of CITY's request, CITY shall have the right to procure the service of other vendors or contractors to provide the requested service.

**9.5    Natural Disaster.**

In the event of a tornado, major storm, earthquake, fire, natural disaster, or other such event, the City Representative may grant CONTRACTOR a variance from regular routes and schedules.  As soon as practicable after such event, CONTRACTOR shall advise the City Representative when it is anticipated that normal routes and schedules can be resumed.  The City Representative shall make an effort through the local news media to inform the public when regular services may be resumed.  Clean-up from some events may require that CONTRACTOR hire additional equipment, employ additional personnel, or work existing personnel on overtime hours to clean debris resulting from the event.  CONTRACTOR shall receive additional compensation, above

- 41 -

1  the normal compensation contained in this Agreement, to cover the costs of rental
2  equipment, additional personnel, overtime hours and other documented expenses
3  based on the rates set forth in Exhibit 1 to this Agreement, provided CONTRACTOR has
4  first secured written authorization and approval from the City Representative.

5  **9.6**    **Emergency Collection Services.**

6        CONTRACTOR may be required to provide SFD Recycling Collection Services
7  on an emergency services basis.  If CITY requires CONTRACTOR to provide such
8  emergency services, CONTRACTOR shall be compensated for such services at the
9  service rates set forth on Exhibit 1 to this Agreement.

- 42 -

1 **ARTICLE 10.   COLLECTION ROUTES**

2 **10.1   Collection Routes.**

3      CONTRACTOR shall provide the City Representative with maps precisely
4 defining CONTRACTOR's collection routes, together with the days and the times within
5 ten (10) Work Days of the CITY's request .  The maps shall be printed and in an
6 electronic format compatible with the ESRI Shapefile Technical Description "An ESRI
7 White Paper—July 1998" (or the most current version of this document).  For purposes
8 of this Section, "compatible" means the ability to import and export data between
9 computer systems without the need for custom translation software.  CITY shall provide
10 CONTRACTOR with updated base maps of CONTRACTOR's Service Districts in the
11 electronic format referenced above.

12      CONTRACTOR shall provide the City Representative with an electronic
13 spreadsheet containing route numbers, collection days, street sweeping weeks (if
14 applicable), Customer Service System identification number, and service address for all
15 Service Units.  This data shall be provided annually by October 15 of each year.

16 **10.2   Collection Route Changes.**

17      CONTRACTOR shall submit to the City Representative, in writing, any proposed
18 route change (including printed and electronic maps) not less than sixty (60) Work Days
19 prior to the proposed date of implementation.  The City Representative may provide
20 written comments on such proposed change to CONTRACTOR no later than ten (10)
21 Work Days after receipt of the proposal, and in such event, CONTRACTOR shall revise
22 the routes to reflect such comments and return them to the City Representative for CITY
23 corroboration within ten (10) Work Days after receipt of the City Representative's
24 comments.  CONTRACTOR shall not implement any route changes without the prior
25 approval of the City Representative.  CITY will not unreasonably withhold approval of
26 route change requests if new route designs meet customer service and performance
27 requirements.

28      Route change requests must include the following information in order to be
29 considered for approval:

30   1.    A table comparing, side by side, projected data for the proposed routes
31         with the following information contained in the most recent Collection
32         Route Audit data identified in Section 10.3 of this Agreement:

33         a. The route number, the date of the audit, and the starting and ending
34            times of collection during the audit.

35         b. The number of Service Units on the route.

36         c. The number of trips made by each vehicle to the Materials
37            Recovery Facility.

- 43 -

1          d.  The tonnage of Recyclable Materials, and the time of arrival and
2              departure of each vehicle at the Materials Recovery Facility.

3          e.  The average number of hours per route per day and distribution of
4              work hours amongst the drivers

5    2.    A narrative proposal detailing how the following will be addressed:

6          a.  Impacts to upcoming County pocket annexations, if applicable

7          b.  Impacts to CONTRACTOR's Materials Recovery Facility

8          c.  Plans for unused collection vehicles

9          d.  Truck maintenance plan changes, if any

10         e.  CONTRACTOR's plans to ensure:

11              i.  labor peace is maintained

12             ii.  drivers do not exceed 45 hour rule

13           iii.  excellent customer service is maintained

14           iv.  no additional missed collections

15            v.  no increase in hold times for customer calls

16          f.  Details on routing to accommodate traffic impacts around schools

17    If the approved route change will change the collection day for a Service Unit, or
18  will change the time of collection from morning to afternoon or vice versa,
19  CONTRACTOR shall provide notice of the route change, in a manner approved by the
20  City Representative, to the affected Service Units not less than thirty (30) Work Days
21  before the proposed date of implementation.

22    If the route change will change the collection day for a Service Unit,
23  CONTRACTOR shall first coordinate the proposed change with other Recycle Plus
24  service providers and submit to the CITY a transition plan for the route change, and
25  provide a weekly status on the plan.  Specifically, the plan must address how
26  CONTRACTOR will resolve missed collections and respond to increase in calls from
27  Service Recipients.

28  **10.3**  **Route Audits.**

29      10.3.1    Collection Route Audits.

30          All collection routes shall be audited annually in a manner subject to
31      the approval of the City Representative.  CONTRACTOR shall conduct an annual
32      route audit for each of CONTRACTOR's SFD Recycling Service collection
33      routes. The route audits shall be conducted once each calendar year during the
34      term of this Agreement, with each route and Service Unit being audited in a

- 44 -

different quarter each year so that all routes and Service Units are audited in each of the four (4) quarters.

CONTRACTOR shall conduct audits of all routes served by one collection vehicle on five (5) consecutive Work Days. Not later than sixty (60) Work Days prior to the first route audit in each year, CONTRACTOR shall submit to the City Representative a schedule of route audits to be conducted in that year together with a description of the audit methodology.

CITY reserves the right to determine which routes will be audited in a particular week and, if CITY exercises this right, shall notify CONTRACTOR of the routes not less than ten (10) Work Days in advance. CONTRACTOR shall report audit findings in an electronic format within thirty (30) calendar days of the audit and summarize the results in CONTRACTOR's quarterly reports.

Upon request by CONTRACTOR, CITY shall provide Service Unit data from the Customer Service System within five (5) Work Days of the request. CONTRACTOR must begin the route audits within five (5) Work Days of receiving the Customer Service System data.

CITY reserves the right to request that CONTRACTOR defer the annual collection route audit in exchange for devoting the same resources to an alternative audit or other measure of program and performance at a time to be determined by the City Representative.

10.3.2    Audit Information.

The route audits shall include the following information for each collection route:

Collection Route Information.

- The name(s), telephone number(s), and signature(s) of the persons performing each route audit;
- The route number, the date of the audit, and the starting and ending times of collection during the audit;
- A description of the route location, including the names of the streets covered;
- The number of Service Units on the route;
- The number of Service Units participating on the date of the audit and the number and type (Recyclable Material, Used Oil & Used Oil Filters) of collection;
- The number of over filled Recycling Carts;
- The number of Recycling Carts that need repair or replacement;

- 45 -

1   • The tonnage of Recyclable Material the volume of Used Oil, and
2   the number of Used Oil Filters delivered per vehicle trip and the
3   time of arrival and departure of each vehicle at the Materials
4   Recovery Facility; and

5   • The number of collection vehicles used on the route by vehicle type
6   (e.g., rear loader recycling truck, side-loading recycling truck), the
7   tare weight of each vehicle, the weight of each vehicle each trip, the
8   capacity of each vehicle by weight and volume, and the number of
9   trips made by each vehicle to the Materials Recovery Facility.

10  Service Unit Information.

11  • Customer Service System Identification Number (Prem ID);

12  • Service Recipient address;

13  • Recycling Cart size, quantity, and if the carts require repair or
14  replacement;

15  • Recyclable Material placed beside the carts;

16  • Overflowing and/or contaminated Recycling Carts; and

17  • Number of Used Oil Containers and Used Oil Filter Containers
18  collected.

19  **10.4    Special Route Audits.**

20  CITY may request performance of special route audits in addition to the route
21  audits conducted pursuant to Section 10.3.  Within fifteen (15) calendar days of receipt
22  of a written request for a special route audit, CONTRACTOR shall provide to the City
23  Representative a written cost proposal for performance of the special route audit.  If the
24  City Representative accepts CONTRACTOR's cost proposal, CONTRACTOR shall
25  conduct the special route audit and CITY shall compensate CONTRACTOR at the rate
26  described in CONTRACTOR's cost proposal.

27  **10.5    Waste Characterization Study.**

28  CITY may require that a waste characterization study be undertaken by the
29  CONTRACTOR, or the City may elect to conduct the study.  In the event the CITY
30  requests participation of the CONTRACTOR, CONTRACTOR shall within fifteen (15)
31  calendar days of receipt of a written request for a waste characterization study, provide
32  to the City Representative a written cost proposal for performance of the waste
33  characterization study.  If the City Representative accepts CONTRACTOR's cost
34  proposal, CONTRACTOR shall participate in the waste characterization study to the
35  extent set forth in the approved study plan, and CITY shall compensate CONTRACTOR
36  at the rate described in CONTRACTOR's cost proposal.  In the event CITY elects to
37  conduct the waste characterization study itself, CONTRACTOR shall cooperate with the

- 46 -

CITY in conducting the study.  Cooperation shall include, but not be limited to, providing route and collection data to assist in the selection of the test samples, and coordinating collection routes and activities so as not to interfere with the study.

**10.6** **CITY-Conducted Collection Route Audits.**

CITY reserves the right to conduct audits of CONTRACTOR's collection route audits.  CONTRACTOR shall cooperate with CITY in connection therewith, including permitting CITY employees or agents, designated by the City Representative, to ride in the collection vehicles during the conduct of audits.  CONTRACTOR shall have no responsibility or liability for the salary, wages, benefits or Worker's Compensation claims of any person designated by the City Representative to conduct such audits.

# ARTICLE 11.    PERSONNEL, EQUIPMENT, AND FACILITIES

11.1    **Personnel Requirements**.

CONTRACTOR shall employ and assign qualified personnel to perform all services set forth herein.  CONTRACTOR shall be responsible for ensuring that its employees comply with all applicable laws and regulations and meet all federal, state and local requirements related to their employment and position.

- CITY may request the transfer of any employee of CONTRACTOR who materially violates any provision of this Agreement, or who is wanton, negligent, or discourteous in the performance of his or her duties.

- CONTRACTOR shall require its field operations personnel to wear a clean uniform shirt bearing CONTRACTOR's name.  CONTRACTOR's employees, who normally come into direct contact with the public, including drivers, shall bear some means of individual photographic identification such as a name tag or identification card.

- Each driver of a collection vehicle shall at all times carry a valid California driver's license and all other required licenses for the type of vehicle that is being operated.

- Each driver of a collection vehicle shall at all times comply with all applicable local, state and federal laws, regulations and requirements.

- CONTRACTOR's employees, officers, and agents shall at all times conduct themselves in a professional manner, and must be qualified and appropriately trained for the assigned responsibilities.

- CONTRACTOR's employees, officers, and agents shall at no time be allowed to identify themselves or in any way represent themselves as being employees of CITY.

11.2    **Equipment Specifications**.

11.2.1    Collection Equipment.

All collection equipment used by CONTRACTOR in the performance of services under this Agreement shall be of high quality.

11.2.2    Vehicle Useful Life.

CONTRACTOR shall not use any collection vehicle older than model year 2006. In addition, CONTRACTOR may not use any vehicles that have more than 250,000 miles without the written approval of the City Representative provided CONTRACTOR can demonstrate the vehicle is operating properly on an annual basis pursuant to the certification process described in Section 11.5.

11.3    **Collection Vehicles**.

- 48 -

11.3.1    Vehicle Specification.

The vehicles shall be designed and operated so as to prevent collected materials from escaping from the vehicles.  Hoppers shall be closed on top and on all sides with screening material to prevent collected materials from leaking, blowing or falling from the vehicles.  All trucks and containers shall be watertight and shall be operated so that liquids do not spill during collection or in transit.

Except in the case of collection of Large Items, all collection vehicles utilized by CONTRACTOR pursuant to this Agreement shall provide fully-automated collection except where such service is not feasible because of topographic or other physical factors.  The determination that fully-automated collection vehicles are not feasible shall be made by the City Representative after consultation with CONTRACTOR.  Where fully-automated services are not feasible, CONTRACTOR shall consult with the City Representative regarding the collection equipment to be utilized.

11.3.2    Dedicated Vehicles.

CONTRACTOR shall dedicate SFD Recycling Service collection vehicles to exclusively provide Collection Service pursuant to this Agreement except as otherwise approved in writing by the City Representative in advance of each occurrence, and shall report these occurrences in the monthly report as set forth in Exhibit 8 ("DATA AND REPORTING").

11.3.3    Clean Air Vehicles.

CONTRACTOR shall provide that its Collection Service vehicles are in full compliance with local, State and federal clean air requirements including, but not limited to, the California Air Resources Board Heavy Duty Engine Standards; the Federal Environmental Protection Agency's Highway Diesel Sulfur regulations and any other applicable air pollution control laws.

11.3.4    Alternative Fuel Vehicles.

CONTRACTOR shall implement the use of alternative fuel vehicles used in the performance of services under this Agreement no later than January 1, 2015 in accordance with CONTRACTOR's Alternative Fuel Vehicle (AFV) Conversion Plan and Timeline set out in Exhibit 10 to this Agreement.

11.3.5    Cooperation and Testing.

The PARTIES agree to cooperate in seeking grant opportunities for alternative fuel vehicle conversion, facility installations, or deployment of new vehicle technologies.  Cooperation may extend to assistance in the preparation and submission of grant requests.  CITY may also request that CONTRACTOR participate in testing the use of alternative fuel vehicles and other new vehicle technologies as part of CONTRACTOR's Collection Services. Where vehicle

- 49 -

testing involves the use of existing vehicles providing Collection Services under this Agreement, the existing vehicles must be in good working order. Testing of alternative fuels in existing vehicles shall not be required if such testing voids a manufacturer's warranty. CONTRACTOR shall report the results of the testing in CONTRACTOR's Quarterly Report to the CITY.

11.3.6    Lubricants.

Except as approved in writing by the City Representative on an individual vehicle basis, CONTRACTOR shall utilize re-refined motor oil and re-refined hydraulic oil in all vehicles used by CONTRACTOR in the performance of this Agreement, to the extent that such re-refined lubricants are available and do not void a manufacturers warranty.

11.3.7    Large Items.

Vehicles used for collection of Large Items shall not use compaction mechanisms or mechanical handling equipment that may damage reusable goods or release freon or other gases from pressurized appliances, prior to sorting by a CITY-approved process.

11.3.8    Registration.

All vehicles used by CONTRACTOR in providing Collection Services under this Agreement, except those vehicles used solely on CONTRACTOR's premises, shall be registered with the California Department of Motor Vehicles.

11.3.9    Safety Markings and Devices.

All collection equipment used by CONTRACTOR shall have appropriate safety markings including, but not limited to, highway lighting, flashing and warning lights, and clearance lights. All such safety markings and devices shall be in accordance with the requirements of the California Vehicle Code, as may be amended from time to time, and shall be subject to the approval of the City Representative.

11.3.10    Vehicle Signage and Painting.

Collection vehicles shall be painted and numbered consecutively without repetition and shall have CONTRACTOR's name, CITY's customer service telephone number as  provided to CONTRACTOR by the City Representative, and the number of the vehicle painted in letters of contrasting color, at least four (4) inches high, on each side and the rear of each vehicle. CITY may specify the format of the alpha-numeric numbering sequence to be used, so that all vehicles have a unique identifier. No advertising shall be permitted on the collection vehicles other than the name of CONTRACTOR and promotional advertisement of the Recycle Plus Program. Collection vehicles shall be painted white, or such other color as has been approved in writing by the

- 50 -

1 City Representative and vehicle striping and logos shall be painted
2 CONTRACTOR's primary corporate colors.  CONTRACTOR shall repaint all
3 collection vehicles (including the vehicles' striping) to the satisfaction of the City
4 Representative by December 31, 2011.  During the remaining term of this
5 Agreement, CONTRACTOR shall repaint all collection vehicles to the satisfaction
6 of the City Representative on a frequency as necessary to maintain a positive
7 public image as reasonably determined by the City Representative, but not less
8 often than every thirty (30) months beginning January 1, 2012.

9 Collection vehicles shall be identified as City of San José Recycle Plus
10 collection vehicles through the use of interchangeable signs.  These signs will
11 contain Recycle Plus-related announcements in English, Spanish, Vietnamese, or
12 other languages as directed by the City Representative.  CONTRACTOR shall be
13 responsible for equipping both sides of the collection vehicles with frames
14 capable of securing signs of dimensions 29-3/16" high by 93-3/16" wide or other
15 dimensions designated by the City Representative.  CITY shall provide such
16 signs to CONTRACTOR with a minimum of one (1) week's notice prior to design
17 changes.  CONTRACTOR shall install the signs in the frames.  CITY shall not
18 require sign changes more frequently than once every quarter.

19 11.4 **Collection Vehicle Noise Level.**

20 The noise level generated by collection vehicles using compaction mechanisms
21 during the stationary compaction process shall not exceed seventy-five (75) decibels at
22 a distance of twenty-five (25) feet from the collection vehicle measured at an elevation
23 of five (5) feet above ground level using the "A" scale of the standard sound level meter
24 at slow response.  CONTRACTOR shall cause each collection vehicle to be tested no
25 less than once every three (3) years during the months of March and April.
26 CONTRACTOR shall maintain copies of certificates of testing showing the results of the
27 vehicle testing and shall make such certificates available for inspection upon request by
28 the City Representative.  CONTRACTOR shall not use any collection vehicle that does
29 not meet the noise level limitations of this Section.

30 11. 5 **Vehicle Certification.**

31 All vehicles used by CONTRACTOR in the performance of services under this
32 Agreement shall be in compliance with all applicable State and Federal laws and
33 regulations including, without limitation, requirements of the California Health and Safety
34 Code, the California Vehicle Code, and the regulations promulgated under each of
35 them.  CONTRACTOR shall maintain copies of all certificates and reports evidencing
36 compliance, and shall make such certificates and reports available for inspection upon
37 request by the City Representative.

- 51 -

1     11. 6   **Equipment Maintenance.**

2       CONTRACTOR shall maintain all collection equipment in a clean condition, free
3   of graffiti and in good repair at all times. All parts and systems of the collection
4   equipment shall operate properly and be maintained in good working order.
5   CONTRACTOR shall wash all collection vehicles at least once a week using recycled
6   water. All washings shall be conducted in a manner that conforms to the BMP
7   Guidelines for Non-Point Source Pollutants in the publication entitled *Storm Water Best*
8   *Management Practices Handbook for Industrial Commercial*.

9     11. 7   **Maintenance Log.**

10      CONTRACTOR shall maintain a maintenance log for all collection vehicles. The
11   log shall at all times be accessible to CITY via computer, or by physical inspection upon
12   request of the City Representative, and shall show, at a minimum, each vehicle's
13   CONTRACTOR-assigned identification number, date purchased or initial lease, dates of
14   performance of routine maintenance, dates of performance of any additional
15   maintenance, and description of additional maintenance performed.

16     11. 8   **Equipment Inventory.**

17      CONTRACTOR shall provide to the City Representative an inventory of collection
18   vehicles and major equipment (e.g. tractor trailers used for transporting materials to the
19   Disposal Facility) to be used by CONTRACTOR in the performance of services under
20   this Agreement. The inventory shall indicate each vehicle by make, model,
21   CONTRACTOR-assigned identification number, DMV license number, the age of the
22   chassis and body, mileage, type of fuel used, the type and capacity of each vehicle, the
23   number of vehicles by type, the date of acquisition, the decibel rating and the
24   maintenance and rebuilt status. CONTRACTOR shall submit on an annual basis an
25   updated inventory to CITY, at any time there is a change in vehicles or major
26   equipment, or more often at the request of the City Representative in an electronic
27   format specified by CITY. Each inventory shall also include the tare weight of each
28   vehicle as determined by weighing at a public scale and not at a disposal or other
29   facility scale used by CONTRACTOR. The specific procedure for performing the tare
30   weighing shall be subject to the approval of the City Representative. Each vehicle
31   inventory shall be accompanied by a certification by CONTRACTOR that all vehicles
32   meet the requirements of this Agreement.

33     11. 9   **Reserve Equipment.**

34      CONTRACTOR shall have available to it, at all times, reserve collection
35   equipment which can be put into service and operation within one (1) hour of any
36   breakdown. Such reserve equipment shall correspond in size and capacity to the
37   equipment used by CONTRACTOR to perform services pursuant to this Agreement.
38   CONTRACTOR shall provide the City Representative with the replacement vehicle
39   information including: the CONTRACTOR-assigned identification number, DMV license

- 52 -

1  number, tare weight of each vehicle as determined by weighing at a public scale, the
2  age of the chassis and body, type of fuel used, the type and capacity of each vehicle,
3  the number of vehicles by type, the date of acquisition, the decibel rating and the
4  maintenance and rebuild status.

5  11. 10 **Inspections.**

6  CITY or a designated representative shall have the right to inspect
7  CONTRACTOR's Materials Recovery Facility (MRF) during the MRF's normal business
8  hours; all other facilities required to provide services pursuant to this Agreement except
9  those facilities used solely for administrative services; and CONTRACTOR's collection
10  vehicles and their contents at any time while operating inside or outside the City of San
11  José.

12  CONTRACTOR shall ensure or shall cause CONTRACTOR's subcontractors to
13  ensure, that representatives of CITY have complete access to the Materials Recovery
14  Facility or alternative facility, as appropriate and in accordance with the terms approved
15  by CITY in its approval of an alternate facility in Article 8, and their records of inbound
16  and outbound materials without exception, during normal business hours.

- 53 -

1 **ARTICLE 12.    DISPOSAL**

2 **12.1  CITY'S Responsibility.**

3 CITY shall arrange for sufficient landfill disposal capacity for the disposal of all
4 Residue remaining from the processing of Recyclable Material provided the use does
5 not cause CITY to exceed its disposal allocation under its disposal agreement with the
6 Disposal Facility.  CITY is not responsible for the cost of disposal.  The rate for Fiscal
7 Year beginning July 1, 2010 is $42.04 per unbaled ton and such rate shall be adjusted
8 each fiscal year by the same percentage as the Refuse Rate Index established under
9 Exhibit 2, incorporated herein and attached hereto.  The additional cost to accept baled
10 Residue for Fiscal Year beginning July 1, 2010 is $4.00 per ton.  Residue from the
11 Materials Recovery Facility that results from the processing of Recyclable Material
12 collected by CONTRACTOR pursuant to this Agreement is designated Residential Solid
13 Waste.

14 The compensation to CITY for the cost of disposal shall be deducted from CITY's
15 monthly payment to CONTRACTOR for Recycle Plus Services.  Within 30 days of
16 executing this Agreement, and each month thereafter, CONTRACTOR shall submit a
17 report stating the quantity of Residue delivered to the Disposal Facility with copies of
18 scale tags from the Disposal Facility attached.

19 **12.2  CONTRACTOR's Responsibility.**

20 12.2.1  Delivery of Materials.

21 CONTRACTOR shall transport all Recyclable Material Residue, to the
22 Disposal Facility or such other facilities as the City Representative may designate
23 in writing.  If the City Representative directs delivery of materials to a facility other
24 than the Disposal Facility, CITY shall compensate CONTRACTOR for reasonable
25 additional expenses incurred by CONTRACTOR and documented to the
26 reasonable satisfaction of CITY's Director of Environmental Services.

27 12.2.2  Limitation on Use of CITY-Arranged Landfill Capacity.

28 CONTRACTOR shall not, under any circumstances whatsoever, utilize
29 any CITY-arranged disposal capacity for the disposal of any material that was
30 collected by CONTRACTOR or by any other person, other than the materials
31 collected pursuant to this Agreement and specifically listed in this Article of this
32 Agreement, without the express prior written authorization of the City
33 Representative.

34 12.2.3  Compliance With Regulations.

35 CONTRACTOR shall observe and comply with all regulations in effect
36 at the Disposal Facility, or any other CITY-designated facility, at the time
37 CONTRACTOR transports the materials on the site.  CONTRACTOR shall at all

1    times while at the Disposal Facility, or any other CITY-designated facility, operate
2    according to safe industry practices.

3    **12.3   CONTRACTOR's Acknowledgement.**

4    CONTRACTOR acknowledges that CITY will not pay for, but the CITY may
5    arrange for, the disposal of Residue from Large Items (except those directed to another
6    location pursuant to Article 6) or Used Oil processing.  The rates for these services
7    include compensation to the CONTRACTOR for the cost of disposal.  CONTRACTOR
8    acknowledges that the disposal of all such materials is the sole responsibility of
9    CONTRACTOR, and that CONTRACTOR will not receive additional payment for the
10   cost of disposal.

1        **ARTICLE 13.    CUSTOMER SERVICE**

2    13.1    **CONTRACTOR's Office.**

3        CONTRACTOR shall maintain an office within the municipal limits of the City of
4    San José where inquiries and complaints can be received.  Such office shall be open
5    during the normal business hours of 8:00 a.m. to 6:00 p.m. on all Work Days, and
6    during any and all collection activities on the Saturdays and Sundays when Collection
7    Services are performed pursuant to this Agreement.

8    13.2    **Telephone Requirements.**

9        CONTRACTOR's office shall be equipped with sufficient telephones that all
10    Collection Service-related calls received during normal business hours are answered by
11    an employee within five (5) rings.  CONTRACTOR shall provide either a telephone
12    answering service or mechanical device to receive Service Recipient inquiries during
13    those times when CONTRACTOR's office is closed.  Calls received after normal
14    business hours shall be addressed before 12:00 noon on the next Work Day.

15    13.3    **Emergency Contact.**

16        CONTRACTOR shall provide the City Representative with an emergency phone
17    number where CONTRACTOR's representative authorized to act on CONTRACTOR's
18    behalf can be reached outside of the required office hours.

19    13.4    **Multilingual/TDD Service.**

20        CONTRACTOR shall at all times maintain the capability of responding to
21    telephone calls in English, Spanish, Vietnamese and such other languages as the City
22    Representative may reasonably require.  CONTRACTOR shall at all times maintain the
23    capability of responding to telephone calls through Telecommunications Device for the
24    Deaf (TDD) Services.

25    13.5    **Service Recipient Calls.**

26        During normal business hours, CONTRACTOR shall maintain a telephone
27    answering system capable of accepting at least fifteen (15) incoming calls at one time.
28    CITY will direct service inquiries and complaints to CONTRACTOR through the
29    Customer Service System.  CONTRACTOR shall record all calls including any inquiries,
30    service requests and complaints into the Customer Service System.  Any such call
31    received via CONTRACTOR's answering service shall be recorded in the Customer
32    Service System no later than 12:00 noon on the following Work Day.

33        CONTRACTOR shall answer all incoming calls within five (5) rings.  Any caller
34    "on-hold" in excess of one and one-half (1.5) minutes shall have the option to remain
35    "on-hold" or to be switched to a message center where the caller can leave a message.
36     CONTRACTOR's customer service representatives shall return Service Recipient calls
37    as provided in this Section.  For all messages left before 3:00 p.m., CONTRACTOR

- 56 -

1 shall attempt all "call backs" at least one time prior to 6:00 p.m. on the day of the call.
2 For messages left after 3:00 p.m., CONTRACTOR shall attempt all "call backs" at least
3 one time prior to noon the next Work Day.  CONTRACTOR shall make a minimum of
4 three (3) attempts within twenty-four (24) hours of the receipt of the call.  If
5 CONTRACTOR is unable to reach the Service Recipient on the next Work Day,
6 CONTRACTOR shall send a postcard to the Service Recipient on the second Work Day
7 after the call was received, indicating that CONTRACTOR has attempted to return the
8 call.  All attempts to contact the caller shall be recorded in the Customer Service
9 System.

10 13.6  **Service Complaints.**

11       CONTRACTOR shall handle all service complaints in a prompt and efficient
12 manner.  In the case of a dispute between CONTRACTOR and a Service Recipient,
13 CONTRACTOR will refer the matter to the City Representative for review.   The City
14 Representative will review the matter and make a determination as to the resolution of
15 the dispute.

16       For those complaints related to missed collections that are received by
17 CONTRACTOR by 3:00 p.m. on a Work Day, CONTRACTOR will return to the Service
18 Unit address and collect the missed materials before leaving the Service District for the
19 day.  For those complaints related to missed collections that are received after 3:00 p.m.
20 on a Work Day, CONTRACTOR shall have until the end of the following Work Day to
21 collect the materials.  For those complaints related to repair or replacement of carts, the
22 appropriate provisions of Article 6 of this Agreement shall apply.  At the end of each
23 Work Day CONTRACTOR shall utilize the Customer Service System to provide the City
24 Representative with a response to each complaint which was received from a Service
25 Recipient, or CITY in the event the complaint was made by CITY, during the preceding
26 Work Day.

27 13.7  **Missed Collections.**

28       CONTRACTOR acknowledges and agrees that it is in the best interest of CITY
29 that all Residential Waste, Recyclable Material, and Yard Trimmings be collected on the
30 scheduled collection day.  Accordingly, CONTRACTOR will remedy missed collections
31 as set forth in Section 13.6 regardless of the reason that the collection was missed.
32 However, in the event a Service Recipient requests missed collection service more than
33 two (2) times in any consecutive two (2) month period, CITY will work with
34 CONTRACTOR to determine an appropriate resolution to that situation.  In the event
35 CONTRACTOR believes any complaint to be without merit, CONTRACTOR shall use
36 the Customer Service System to notify the City Representative immediately.  The City
37 Representative will investigate all disputed complaints and render a written
38 determination within ten (10) Work Days of receipt of CONTRACTOR's notification.

- 57 -

13.8 **Customer Service Representative Training**.

All of CONTRACTOR's customer service representatives shall be required to attend training as may be provided by CITY. The City Representative shall coordinate with CONTRACTOR to schedule such training.

13.9 **Requirements**.

CONTRACTOR shall provide and record operating and customer service data elements as set forth in Exhibit 8 of this Agreement. CONTRACTOR is required to communicate with the Customer Service System either via an internet portal or using an electronic interface as described in Exhibit 11 ("ELECTRONIC INTERFACE REQUIREMENTS") of this Agreement.

The Customer Service System includes the basic functions CONTRACTOR needs in order to perform its customer service and specific operational services. CONTRACTOR access is limited to customer information, service location service type and service level information, collection days, and field activities. CITY shall have access to all the information available to CONTRACTOR and, additionally, will control access to the financial and billing functions of the Customer Service System, except for Large Item Collection Service.

All service location, property owner information, and property owner record updates, shall be maintained in the Customer Information System by the CITY or its agent.

13.10 **Field Activities**.

Field activities and service requests that are received by CONTRACTOR by 3:00 p.m. on a Work Day will count as being received on that particular Work Day. Field activities and service requests that are received after 3:00 p.m. on a Work Day will count as being received the following Work Day.

13.11 **Field Activity Descriptions**.

CONTRACTOR shall use the field activity descriptions from the Customer Service System by CITY. CITY will provide field activity descriptions for all the services provided under this Agreement.

1 **ARTICLE 14.    REPORTING AND RECORDKEEPING**

2 **14.1    Reports.**

3      14.1.1    Operational Reports.

4         Operational reports, monthly invoice, and other information will first be
5 generated to support payment to CONTRACTOR.  The Customer Service
6 System (CSS) shall have information related to the Service Districts that are
7 necessary, as determined by the City Representative, for CONTRACTOR's
8 operations and for providing information requested by CITY.

9      14.1.2    CONTRACTOR Reports.

10         CONTRACTOR shall submit reports through the Customer Service
11 System for daily collection data and processing data as described in Exhibit 8.
12 CONTRACTOR shall submit to the City Representative daily, monthly, quarterly
13 and annual reports containing the information, in the format, and at the times
14 described in Exhibit 8. CONTRACTOR may not change the format, sections or
15 categories of these reports without written approval of CITY.

16      14.1.3    Customer Data Reconciliation.

17         CONTRACTOR shall compare the CITY's Service Unit data with the
18 CONTRACTOR's Service Unit data and resolve all discrepancies within thirty
19 (30) calendar days of receipt of CITY's Service Unit data.  Reconciliations shall
20 be completed annually by March 15 of each year and shall include reconciliation
21 of premise ID, service address, cart type, cart size, and any special services (on-
22 premise, disabled on-premise).  CONTRACTOR shall notify CITY ten (10) Work
23 Days prior to commencing the data reconciliation, by requesting Service Unit
24 data from the Customer Service System.  The CITY shall provide data within ten
25 (10) Work Days of the request.  If a large number of discrepancies are
26 discovered during the data comparison, the CITY may defer resolution of
27 discrepancies until the next annual route audit.  CONTRACTOR may choose to
28 replace their Service Unit data with CITY Service Unit data instead of conducting
29 a data comparison.  CONTRACTOR shall replace their data with CITY provided
30 data within five (5) Work Days of data receipt, and notify CITY when complete.

31 **14.2    Recordkeeping.**

32      14.2.1    CONTRACTOR shall maintain any and all letters, books of account,
33 invoices, vouchers, canceled checks, and other records or documents evidencing
34 or relating to charges for services or expenditures and disbursements charged to
35 CITY for a minimum period of five (5) years, or for any longer period required by
36 law, from the date of final payment to CONTRACTOR pursuant to this
37 Agreement.

- 59 -

14.2.2    CONTRACTOR shall maintain all documents and records which demonstrate performance under this Agreement for a minimum period of five (5) years, or for any longer period required by law, from the date of termination or completion of this Agreement.

14.2.3    Any records or documents required to be maintained pursuant to this Agreement shall be made available for inspection or audit, at any time during regular business hours, upon written request by the City Representative, the Director of Environmental Services, City Attorney, City Auditor, City Manager, or a designated representative of any of these officers.  Copies of such documents shall be provided to CITY for inspection at the Environmental Services Department office when it is practical to do so.  Otherwise, unless an alternative site is mutually agreed upon, the records shall be available at CONTRACTOR's address indicated for receipt of notices in this Agreement.

14.2.4    Where CITY has reason to believe that such records or documents may be lost or discarded due to the dissolution, disbandment or termination of CONTRACTOR's business, CITY may, by written request or demand of any of the above named officers, require that custody of the records be given to CITY and that the records and documents be maintained in City Hall.  Access to such records and documents shall be granted to any party authorized by CONTRACTOR, CONTRACTOR's representatives, or CONTRACTOR's successor-in-interest.

1         **ARTICLE 15.    FUND APPROPRIATION**

2    **15.1    Fiscal Year Authorization.**

3         CONTRACTOR understands and agrees that CITY, during any fiscal year, is not
4    authorized to expend money, incur any liability or enter into any contract which, by its
5    terms, involves the expenditure of money in excess of the amounts budgeted as
6    available for expenditure during such fiscal year; and that any contract or agreement,
7    verbal or written, made in violation of this Article is null and void; and that consequently,
8    no money may be paid on such contract or agreement beyond such limits.  Nothing
9    contained in this Agreement shall prevent the making of agreements or contracts for
10   periods exceeding one (1) year, but any agreement or contract so made shall be
11   executory only for the value of the services to be rendered or agreed to be paid for in
12   succeeding fiscal years.  If the City Council does not appropriate funds for the services
13   under this Agreement by June 30 of each year, CITY shall so notify CONTRACTOR and
14   CONTRACTOR shall suspend services under this Agreement until CITY provides
15   written verification that the funds necessary for CONTRACTOR's compensation and
16   other necessary expenditures are appropriated and available within the appropriate
17   fiscal year budget.

18   **15.2    Adoption.**

19        CITY does not represent that said appropriation item will be actually adopted,
20   said determination being the determination of the City Council at the adoption of the
21   appropriation.

1          **ARTICLE 16.          DIVERSION STANDARDS**

2   **16.1   Diversion Standards.**

3          In Service District A, the minimum Residential Recyclable Material ("RRM")
4   diversion standard is thirty percent (30%);

5          In Service District C, the minimum Residential Recyclable Material ("RRM")
6   diversion standard is thirty-five percent (35%); and

7          The minimum Large Item diversion standard is seventy-five percent (75%).

8   **16.2   Annual Calculation of Diversion Standards.**

9   Beginning January 1, 2011, CONTRACTOR shall achieve a diversion standard of not
10  less than thirty percent (30%) in Service District A and thirty five percent (35%) in
11  Service District C per calendar year for SFD RRM.

12         The diversion will be calculated individually for each Service District on a
13  calendar year basis.

14      16.2.1   SFD RRM Diversion Standard.

15         The Residential Recyclable Material diversion for each Service District
16      will be measured as the tons of Recyclable Material and Non-Program Material
17      attributable to that district that are Recycled, Processed, and Sold divided by the
18      sum of the tons of Residential Solid Waste (RSW) collected by the CITY's SFD
19      Solid Waste Contractor for the same Service District and the Recyclable Material
20      and Non-Program Material collected from the same Service District in the
21      calendar year:

SFD RRM Diversion Rate  =       (Tons of Recyclable Material and Non-Program Material
                                Recycled, Processed and Sold) ÷

                                (Tons RSW collected + Tons Recyclable Material and Non-
                                Program Material collected)

22         For  the  purpose  of  calculating  the  SFD  RRM  diversion,
23  CONTRACTOR may not include any Post-Processing Commingled Recyclable
24  Material in excess of ten percent (10%) of the total Recyclable Material and Non-
25  Program Material collected.

26      16.2.2   Large Item Diversion Standard.

27         Beginning January 1, 2011, CONTRACTOR shall achieve a Large Item
28  diversion standard of not less than seventy five percent (75%) per calendar year
29  in CONTRACTOR's Service Districts.

- 62 -

The Large Item diversion for each district (Service District A and Service District C) will be calculated as the tons of Large Items collected through the provision of Large Item Collection Services and attributable to the Service District that are Recycled, Processed, and Sold, or delivered to a recycler or reuser, as required by this Agreement, divided by the total tons of Large Items collected from the Service District in the calendar year:

Large Item Diversion Rate = (Tons of Large Items Recycled, Processed, and Sold, or delivered) ÷

(Tons Large Items collected)

16.2.3    The protocol for determining the tons of materials Sold, the tons of materials collected, and the tons of materials that are attributable to each Service District will be determined by CITY in consultation with CONTRACTOR.

**16.3    Failure To Meet Minimum Large Item Diversion Standard.**

CONTRACTOR's failure to meet the minimum diversion standard for Large Item Collection Services in SFD Service Districts A and C as set forth in Section 16.2.2 will not be considered a basis for default and termination under Section 19.1.

**16.4    RRM Diversion Incentive Payment Calculation.**

16.4.1    CITY shall pay CONTRACTOR a Residential Recyclable Material (RRM) Diversion Incentive Payment for each calendar year in which CONTRACTOR exceeds the applicable RRM diversion standard. CONTRACTOR's eligibility for the annual RRM Diversion Incentive Payment shall be determined by CITY based on the results of the data submitted by CONTRACTOR during the calendar year, as verified by CITY. CONTRACTOR's eligibility for the annual RRM Diversion Incentive Payment shall be determined separately for each District. In the event CONTRACTOR is determined to be eligible for the RRM Diversion Incentive Payment, such payment shall be calculated as follows:

- For each one percent (1%) above the RRM diversion standard, CONTRACTOR will receive an amount equal to one-half percent (.5%) of the prior calendar year payments made by CITY to CONTRACTOR.

16.4.2    If CONTRACTOR meets the eligibility requirements for the RRM Diversion Incentive Payment for a particular calendar year, CITY shall make the RRM Diversion Incentive Payment to CONTRACTOR on or before August 1st following the end of the calendar year in which the Diversion Incentive Payment was earned.

- 63 -

16.4.3    Diversion incentive payments would not apply to diversion of Post-Processing Commingled Recyclable Material above six (6) percent for the particular calendar year.

**16.5    RRM Diversion Disincentive Deduction Calculation.**

16.5.1    CITY shall make a Residential Recyclable Material Diversion Disincentive deduction for each calendar year in which CONTRACTOR fails to achieve the applicable RRM diversion standard.  CONTRACTOR's annual RRM Diversion Disincentive deduction shall be determined by CITY based on the results of the data submitted by CONTRACTOR through the Customer Service System during the preceding calendar year, as verified by CITY. CONTRACTOR's annual RRM Diversion Disincentive deduction shall be determined separately for each District.  In the event CONTRACTOR is determined to owe the annual RRM Diversion Disincentive deduction for a District, such deduction shall be calculated as follows:

- For each one percent (1%) below the applicable RRM diversion standard, CITY will deduct an amount equal to one-half percent (.5%) of the prior calendar year payments made by CITY to CONTRACTOR.

16.5.2    If CONTRACTOR fails to meet the applicable RRM diversion standard for a particular calendar year, CITY shall make a RRM Diversion Disincentive deduction from payments due to CONTRACTOR on or before March 1st following the end of the calendar year in which CONTRACTOR did not meet the RRM diversion standard.

- 64 -

1      **ARTICLE 17.    COMPENSATION**

2    **17.1    Billing and Collection of Payments.**

3          CITY shall be responsible for the billing and collection of payments from Service
4    Units for all SFD Recycling Collection Services, with the exception of SFD Large Item
5    Collection Service.

6    **17.2    Monthly Invoices.**

7          CONTRACTOR shall provide a monthly report no later than the tenth (10th) day
8    of each month following the month such services were rendered; and complete service
9    data entry into the Customer Service System.  Upon receipt of the report and access to
10   complete service data, CITY shall then produce a preliminary monthly invoice for all
11   services received under this Agreement no later than the fifteenth (15th) day of the
12   month following the month such services were rendered.

13         17.2.1    Review of Monthly Invoice by CONTRACTOR.

14               CONTRACTOR shall review the monthly invoice prepared by CITY and
15         within ten (10) Work Days of receipt of the invoice, CONTRACTOR shall notify
16         the City Representative of any discrepancies or deficiencies in said invoice.

17         17.2.2    Resolution Of Discrepancies.

18               CONTRACTOR shall meet with the City Representative within ten (10)
19         Work Days of CITY's receipt of notice of discrepancies or deficiencies to resolve
20         any such discrepancies or deficiencies and shall provide to the City
21         Representative any and all documentation relating to the discrepancy or
22         deficiency that is requested by the City Representative or which CONTRACTOR
23         wishes to provide in support of CONTRACTOR's calculations.  Within fifteen (15)
24         calendar days of the receipt of documentation requested in writing by the City
25         Representative or within fifteen (15) calendar days of the meeting between
26         CONTRACTOR and the City Representative, whichever occurs later, the City
27         Representative shall notify CONTRACTOR in writing of the City Representative's
28         resolution of the discrepancies or deficiencies.  The City Representative's
29         determination shall be final unless within ten (10) calendar days of the date of the
30         determination CONTRACTOR requests a review by the Director of
31         Environmental Services.

32               If CONTRACTOR timely requests a review by the Director of
33         Environmental Services, the Director shall review the City Representative's
34         determination, all relevant documentation presented to the City Representative,
35         and any additional relevant information provided by CONTRACTOR at the time of
36         CONTRACTOR's request for review.  If requested by CONTRACTOR, the
37         Director of Environmental Services shall meet with CONTRACTOR within fifteen
38         (15) calendar days of CONTRACTOR's request for review.  The Director of

- 65 -

Environmental Services shall render a written decision to CONTRACTOR sustaining or reversing the City Representative's determination, in whole or in part, within thirty (30) calendar days of receipt of CONTRACTOR's request for review.

17.2.3   Partial Month Service.

If, during a month, a Service Unit is added to or deleted from CONTRACTOR's Service Unit list, the billing for such Service Unit shall be pro-rated as follows: (1) if the Service Unit was eligible to receive SFD Recycling Service for at least sixteen (16) calendar days during the month, CONTRACTOR shall be compensated for that Service Unit at the full monthly rate set out in Exhibit 1; and (2) if the Service Unit was eligible to receive SFD Recycling Service for less than sixteen (16) calendar days during the month, CONTRACTOR shall not be compensated for that Service Unit for that month.

17.2.4   Payments.

CITY shall make no payment for any SFD Service Unit, and Business Service Unit that is not included on the list maintained by the CITY.

**17.3   Payments to CONTRACTOR.**

CITY shall pay CONTRACTOR for services performed in accordance with this Agreement at the service rates set forth in Exhibit 1 ("COMPENSATION") as such rates may be adjusted pursuant to this Agreement.  Except as otherwise provided in this Agreement, CITY shall make monthly payments to CONTRACTOR within thirty (30) calendar days of CONTRACTOR's approval of CITY's invoice.  In the event there are any amounts listed on the invoice which remain in dispute after CONTRACTOR and CITY complete the Resolution of Discrepancies process set forth in Section 17.2.2 above, CITY shall pay to CONTRACTOR the amounts accepted as appropriate by the Director of Environmental Services.

17.3.1   Wire Transfers.

CITY will make monthly invoice payments and/or additional payments by wire transfer to CONTRACTOR's bank account or accounts as are designated by CONTRACTOR.  CITY may deduct CITY's costs of the wire transfers from the monthly payment otherwise due to CONTRACTOR.

**17.4   Refuse Rate Index (RRI) Adjustment Process.**

The rates for services set forth in Sections 17.5.1 and 17.5.2 shall be increased or decreased by the percentage change in the Refuse Rate Index (RRI) from the base month, which shall be December of the prior preceding year, to December of the immediately preceding year as contained in the most recent publication of the source documents listed in Exhibit 2 ("REFUSE RATE INDEX"), to this Agreement.

- 66 -

17.4.1    CONTRACTOR shall deliver to CITY financial information for the specific services performed under this Agreement for the preceding calendar year.  Such financial information shall be the information described in the "Non-Processing Operating Cost Statement – Description" portion of Exhibit 2 and shall be in the format described in Exhibit 2, as may be revised by CITY from time to time.  CONTRACTOR agrees to provide the CITY a description of all items classified as "Other Operating Expenses" for purpose of making the indexed adjustment calculation.  If CONTRACTOR fails to submit the financial information in the required format prior to February 15th, it is agreed that CONTRACTOR shall be deemed to have waived the right to the RRI rate adjustment for that year.  CONTRACTOR's failure to provide the financial information shall not preclude CITY from applying the RRI using the prior year's financial data, or pro forma data if no prior year financial data is available, if that application would result in a decrease in the affected service rates.

The BLS or source indices shall be truncated at four (4) decimal places for adjustment calculations. The resulting RRI value from the adjustment calculations may be rounded to four (4) decimal places for use in the final RRI compensation rate adjustment. Annual compensation rate adjustments shall be made only in units of one cent ($0.01). Fractions of less than one cent ($0.01) shall not be considered in making compensation rate adjustments.  For example:

- RRI value of 0.03587 shall be rounded to 0.0359, or 3.59%
- Dollar amount of $1.235 shall be truncated to $1.23

17.4.2    If CONTRACTOR's failure to submit the financial information required by Section 17.4.1 is the result of extraordinary or unusual circumstances as demonstrated by CONTRACTOR to the satisfaction of the City Representative, CITY at its sole discretion may consider the request for the annual RRI rate adjustment.

17.4.3    On or before June 1 of each year, the City Representative shall notify CONTRACTOR of the RRI adjustment to the affected service rates to take place beginning July 1 of that same year.

## 17.5  Adjustments To Rates Using Refuse Rate Index (RRI).

The adjustments to rates may result in an increase or decrease to the rates.  If the adjustment results in an increase greater than six percent (6%), CONTRACTOR may be required to defer the increase in excess of six percent (6%) to the following year and up to three years thereafter. Any amount of the deferred increase in cost remaining on the fourth year would be included in the fourth year adjustment of the service rates.

- 67 -

1    If the adjustment results in a negative number, CITY will defer that portion of the
2    savings which would cause CONTRACTOR's then current compensation to decrease to
3    the following year, and up to three years thereafter. Any savings not realized by the
4    fourth year would be included in the fourth year adjustment to the service rates.

5    Notwithstanding this section, any adjustments to rates that result in an increase
6    or decrease to the rates for the last year of this Agreement (2020-2021) shall fully
7    include any deferred increase or savings not previously realized in the previous years'
8    rates.

9    17.5.1    <u>SFD Rates</u>.

10    CONTRACTOR shall, subject to compliance with all provisions of this
11    Article, receive an annual adjustment in the following service rates as set forth in
12    the SFD RECYCLING COLLECTION SERVICE and RESIDUE DISPOSAL
13    ADJUSTMENT section of Exhibit 1 to this Agreement:

14    • SFD Recycling Service, collection (line A.1)

15    • SFD Used Oil Collection Service (line A.2.)

16    • Subscription On-Premises Collection (line B.1)

17    • Excess Cart Exchange (line B.2)

18    • Large Item Collection, if applicable (line B.3)

19    • Hard to Serve Premise (line B.4)

20    • Residue Disposal Reimbursement Rates (Section III)

21    17.5.2    <u>Large Item Collection Rates</u>.

22    The customer rate for Large Item Collection Service is $25 per three-
23    item collection through June 30, 2012. CONTRACTOR waives any RRI increase
24    for Large Item customer rates for FY 2010-2011 and FY 2011-2012. For FY
25    2012-2013, the RRI for that year will be applied. As the large item rate is a
26    citywide rate, the larger RRI positive adjustment for the hauler that provides
27    Large Item Collection Service shall be the Large Item Collection rate citywide. In
28    the event the RRI is a negative adjustment, the Large Item Collection rate shall
29    remain the same for the subsequent fiscal year.

30    **17.6**    **Service Unit Counts**.

31    CITY will utilize the Customer Service System to maintain the customer database
32    from which the SFD Service Unit counts will be derived. In the event CONTRACTOR
33    does not agree with any of the SFD Service Unit counts as maintained by CITY,
34    CONTRACTOR may at any time, but not more often than once per Agreement Year,
35    request that CITY and CONTRACTOR perform a joint route audit of the Service Unit

- 68 -

1 count at issue.  Such audit shall be at no cost to CITY other than labor costs for CITY
2 staff.

3 **17.7    Reconciliation.**

4 The CITY and CONTRACTOR may  review compensation payments made to
5 CONTRACTOR pursuant to services provided under that certain AGREEMENT
6 BETWEEN THE CITY OF SAN JOSE AND CALIFORNIA WASTE SOLUTIONS, INC.
7 FOR RECYCLE PLUS RECYCLING SERVICES whereby CONTRACTOR provides
8 integrated waste management services for the Recycle Plus Program from November
9 21, 2006 through June 30, 2013.  The request for reconciliation is limited to the period
10 from November 21, 2006 through June 30, 2010, and the reconciliation process must be
11 completed on or before June 30, 2012, except as mutually agreed upon in writing by the
12 parties.

13 The potential compensation adjustments may be due to, but are not limited to,

14 the discovery of Customer Service System errors, discrepancies in Service Unit counts
15 or on-call services already paid to CONTRACTOR, Refuse Rate Index adjustment
16 errors, liquidated damages, administrative charges, or other overpayments or
17 underpayments made to CONTRACTOR's invoice.  The City Representative shall issue
18 a written notice to CONTRACTOR of the compensation adjustment and the basis for the
19 assessment.  CONTRACTOR may request a review of the compensation adjustments
20 by following the protocols set forth in Section 17.2.2 ("Resolution of Discrepancies") or
21 Section 18.3 ("Procedure for Review of Liquidated Damages"), as appropriate.

22 **17.8    Withholding of Payment.**

23 In addition to express provisions contained elsewhere in this Agreement, CITY
24 may withhold from any payment otherwise due to CONTRACTOR such amount as
25 reasonably determined by CITY as necessary to protect CITY's interest, or, if CITY so
26 elects, may withhold or retain all or a portion of any monthly payment or refund payment
27 for any of the following reasons. CITY shall provide written notice to CONTRACTOR of
28 the reason for withholding of payments.

29 • Unsatisfactory progress of the work not caused by any condition beyond the
30 CONTRACTOR's control;

31 • Defective work not corrected;

32 • CONTRACTOR's failure to carry out instructions or orders of the City
33 Representative;

34 • Execution of work not in accordance with this Agreement;

35 • Claims filed by or against CONTRACTOR or reasonable evidence indicating
36 probable filing of claims;

- 69 -

1         •   Failure of CONTRACTOR to make payments to any subcontractor for
2            material or labor;

3         •   Unsafe working conditions allowed to persist by CONTRACTOR;

4         •   Failure of CONTRACTOR to provide route schedules and other reports as
5            required by CITY;

6         •   Use of any subcontractors without CITY's prior written approval.

7   **17.9**   <u>**Payment Of Withheld Amounts**</u>.

8          Upon CONTRACTOR's remedy of the above-listed grounds for withholding
9 payment and demonstration of the remedy to the reasonable satisfaction of the City
10 Representative, CITY shall pay all withheld amounts within ten (10) Work Days.  CITY
11 shall not be liable for interest on any delayed or late payment.

1　　　　　　　　**ARTICLE 18.　　QUALITY OF PERFORMANCE OF CONTRACTOR**

2　**18.1　　Intent.**

3　　　　　　CONTRACTOR acknowledges and agrees that the CITY's primary goals in
4　entering into this Agreement are to ensure that the SFD Recycling Collection Services
5　and Large Item Billing Services are of the highest caliber, that Service Recipient and
6　Billing Customer satisfaction remains at the highest level, that all services performed
7　under this Agreement are both timely and accurate, that maximum diversion levels are
8　achieved, and that materials collected are put to the highest and best use to the extent
9　possible.

10　　　　　　CONTRACTOR agrees its failure to perform the services as set forth in this
11　Agreement would cause CITY damage.  CITY and CONTRACTOR mutually agree that
12　making a precise determination of the amount of CITY's damages as a result of
13　CONTRACTOR's failure would be impractical and/or extremely difficult. Therefore, the
14　parties agree that, in the event of such failure, CONTRACTOR shall pay to CITY as
15　liquidated damages the amounts listed in Section 18.2.

16　**18.2　Liquidated Damages.**

17　　　　　　It shall be the duty of CONTRACTOR to perform services under this Agreement
18　in such a manner as to implement practices, policies and procedures designed to
19　achieve the goals set forth in Section 18.1 above.  In the event CONTRACTOR fails to
20　perform the services as set forth in this Agreement, CONTRACTOR agrees that CITY
21　may deduct liquidated damages from any monies due or which may become due to
22　CONTRACTOR in the following amounts:

23

| List of Liquidated Damages (Applies to Each Service District) | | |
|---|---|---|
| a. | Failure or neglect to resolve each complaint within the time set forth in this Agreement. | $500.00 per incident per Service Recipient. |
| b. | Failure to clean up spillage or litter caused by CONTRACTOR. | $300.00 per incident per location. |
| c. | Failure to repair damage to customer property caused by CONTRACTOR or its personnel. | $500.00 per incident per location. |
| d. | Failure to maintain equipment in a clean, safe, and sanitary manner. | $500.00 per incident per Work Day. |
| e. | Failure to have a vehicle operator properly licensed. | $500.00 per incident per Work Day. |

- 71 -

| List of Liquidated Damages (Applies to Each Service District) | | |
|---|---|---|
| f. | Failure to maintain office hours as required by this Agreement. | $500.00 per incident per Work Day. |
| g. | Failure to maintain or timely submit to CITY all documents and reports required under the provisions of this Agreement. | $500.00 per incident per Work Day. |
| h. | Failure to properly cover materials in collection vehicles. | $500.00 per incident. |
| i. | Failure to display CONTRACTOR's name and CITY's customer service phone number on collection vehicles. | $500.00 per incident per Work Day. |
| j. | Failure to comply with the hours of operation as required by this Agreement. | $500.00 per incident per Work Day. |
| k. | Failure or neglect to complete at least 90 percent of each route on the regular scheduled collection Work Day. | $1,000.00 for each route not completed. |
| l. | Changing routes without proper notification to the City Representative. | $500.00 per incident per Work Day. |
| m. | Commingling Residential Solid Waste with Recyclable Material. | $5,000.00 per incident. |
| n. | Commingling of materials in collection vehicles collected inside and outside the City of San José. | $5,000.00 per incident. |
| o. | Failure to repair or replace damaged carts within the time required by this Agreement. | $100.00 per incident per Work Day. |
| p. | Failure to deliver or exchange carts within the time required by this Agreement. | $100.00 per incident per Work Day. |
| q. | Failure to pick-up Large Items within the time required by this Agreement. | $100.00 per incident per Work Day. |
| r. | Failure to provide adequate primary and alternate capacity to accept and process Recyclable Material. | $1,000.00 per Work Day. |
| s. | Failure of CONTRACTOR's field personnel to carry photographic identification or wear uniform shirts. | $100.00 per incident per Work Day. |

- 72 -

| List of Liquidated Damages (Applies to Each Service District) | | |
|---|---|---|
| t. | Disposal of Recyclable Material or Residue in the Disposal Facility without first obtaining the required permission of CITY. | $500.00 per occurrence |
| u. | Failure to provide required communications equipment. | $100.00 per incident per Work Day. |
| v. | Failure to deliver any collected materials to the Disposal Facility, as appropriate, except as otherwise expressly provided in this Agreement. | $5,000 first failure $25,000 each subsequent failure |
| w. | Failure to deliver any collected materials to the Materials Recovery Facility except as otherwise expressly provided in this Agreement. | $5,000 first failure $25,000 each subsequent failure |
| x. | Failure to meet the minimum Large Item diversion requirements of this Agreement (calculated per calendar year per Service District). | $10,000 for shortfall of 25% or more |
| y. | Failure to comply with the provisions of the "plans" set forth in Exhibit 3 to this Agreement. | $500 per incident per Work Day. |
| z. | Failure to follow the Materials Recovery Delivery and Processing protocol of this Agreement. | $1,000 per incident per Work Day |
| aa. | Failure to provide access for CITY (CITY Staff or CITY agent) to CONTRACTOR'S or Subcontractors operating or Processing Facilities. | $1,000 per incident per Work Day |
| bb. | Failure to complete any item in the annual outreach plan by the due date set forth therein. | $500 per item per month overdue |
| cc. | Distribution of public education and outreach material prior to approval by the City Representative. | $1,000 per incident |
| dd. | Shipment or sale of unprocessed Recyclable Material | $5,000 per incident |
| ee. | Failure to use a biodiesel fuel (B20 grade or higher) in Recycle Plus collection fleet set forth in Exhibit 10 | $5,000 per month |

1 **18.3** **Procedure for Review of Liquidated Damages**.

2        If liquidated damages are applicable, the City Representative shall issue a written
3 notice to CONTRACTOR ("Notice of Nonperformance") that lists the liquidated damages
4 associated with the nonperformance, and the nature of the nonperformance.

- 73 -

18.3.1    The liquidated damages shall become final unless, within ten (10) calendar days of the date of the Notice of Nonperformance, CONTRACTOR provides a written request for a meeting with the Director of Environmental Services ("Director") to present evidence that the liquidated damages should not be applied.

18.3.2    The City Representative shall schedule a meeting between CONTRACTOR and the Director or the Director's designee as soon as reasonably possible after timely receipt of CONTRACTOR's request.

18.3.3    The Director or the Director's designee shall review CONTRACTOR's evidence and render a decision sustaining or reversing the liquidated damages as soon as reasonably possible after the meeting.  Written notice of the decision shall be provided to CONTRACTOR.

18.3.4    In the event CONTRACTOR does not submit a written request for a meeting within ten (10) calendar days of the date of the Notice of Nonperformance, the City Representative's determination shall be final and CITY may deduct the liquidated damages from amounts otherwise due to CONTRACTOR.

18.3.5    CITY's collection of liquidated damages shall not prevent CITY from exercising any other right or remedy, including the right to terminate this Agreement, for CONTRACTOR's failure to perform the work and services in the manner set forth in this Agreement.

**18.4    Application of Liquidated Damages.**

In the determination of the total liquidated damages imposed during a calendar year, the liquidated damages shall be deemed imposed in the calendar year in which the event giving rise to the liquidated damages occurred.  However, the liquidated damages shall not be deemed effective until the Procedure for Review of Liquidated Damages set forth in Section 18.3 has been completed or the time for initiating review has lapsed, whichever occurs later.

**18.5    Service Supervisor.**

CONTRACTOR shall assign supervisor(s) to be in charge of the SFD Recycling Collection Services and shall provide the name of that person or those persons in writing to the City Representative annually by July 1 of each year of the term of this Agreement, and any other time the person(s) in that position changes.  The supervisor(s) shall be physically located in the geographic boundaries of the Service Districts and available to the contract manager through the use of telecommunication equipment at all times that CONTRACTOR is providing SFD Recycling Collection Services.  In the event the supervisor is unavailable due to illness or vacation, CONTRACTOR shall designate an acceptable substitute who shall be available and who has the authority to act in the same capacity as the supervisor.

- 74 -

1 **18.6** <u>**Contract Manager**</u>.

2       CONTRACTOR shall designate a contract manager and shall provide the name
3 of that person in writing to the City Representative within thirty (30) calendar days of the
4 Effective Date of this Agreement and annually by July 1 of each subsequent Agreement
5 Year of this Agreement and any other time the person in that position changes. The
6 contract manager shall be available to the City Representative, the City Manager and
7 CITY's Director of Environmental Services through the use of telecommunications
8 equipment at all times that CONTRACTOR is providing SFD Recycling Collection
9 Services. The contract manager shall provide CITY with an emergency phone number
10 where the contract manager can be reached outside of normal business hours.

1          **ARTICLE 19.    DEFAULT OF AGREEMENT**

2  **19.1    Termination.**

3          CITY may terminate this Agreement, except as otherwise provided below in this
4  Article, by giving CONTRACTOR thirty (30) calendar days advance written notice, to be
5  served as provided in Section 23.17, upon the happening of any one of the following
6  events:

7          19.1.1    CONTRACTOR shall take the benefit of any present or future
8          insolvency statute, or shall make a general assignment for the benefit of
9          creditors, or file a voluntary petition in bankruptcy (court) or a petition or answer
10         seeking an arrangement for its reorganization or the readjustment of its
11         indebtedness under the Federal bankruptcy laws or under any other law or
12         statute of the United States or any state thereof, or consent to the appointment of
13         a receiver, trustee or liquidator of all or substantially all of its property; or

14         19.1.2    By order or decree of a Court, CONTRACTOR shall be adjudged
15         bankrupt or an order shall be made approving a petition filed by any of its
16         creditors or by any of the stockholders of CONTRACTOR, seeking its
17         reorganization or the readjustment of its indebtedness under the Federal
18         bankruptcy laws or under any law or statute of the United States or of any state
19         thereof, provided that if any such judgment or order is stayed or vacated within
20         sixty (60) calendar days after the entry thereof, any notice of default shall be and
21         become null, void and of no effect; unless such stayed judgment or order is
22         reinstated in which case, said default shall be deemed immediate; or

23         19.1.3    By, or pursuant to, or under the authority of any legislative act,
24         resolution or rule or any order or decree of any Court or governmental board,
25         agency or officer having jurisdiction, a receiver, trustee or liquidator shall take
26         possession or control of all or substantially all of the property of CONTRACTOR,
27         and such possession or control shall continue in effect for a period of sixty (60)
28         calendar days; or

29         19.1.4    CONTRACTOR has defaulted, by failing or refusing to pay in a timely
30         manner the liquidated damages or other monies due CITY and said default is not
31         cured within thirty (30) calendar days of receipt of written notice by CITY to do
32         so; or

33         19.1.5    CONTRACTOR has defaulted by allowing any final judgment for the
34         payment of money to stand against it unsatisfied and said default is not cured
35         within thirty (30) calendar days of receipt of written notice by CITY to do so; or

36         19.1.6    In the event that the monies due CITY under Section 19.1.4 or an
37         unsatisfied final judgment under Section 19.1.5 is the subject of a judicial

- 76 -

1  proceeding, CONTRACTOR shall not be in default if the sum of money is
2  bonded.  All bonds shall be in a form acceptable to the City Attorney; or

3  19.1.7    CONTRACTOR has defaulted, by failing or refusing to perform or
4  observe the terms, conditions or covenants in this Agreement or any of the rules
5  and regulations promulgated by CITY pursuant thereto or has wrongfully failed or
6  refused to comply with the instructions of the City Representative relative thereto
7  and said default is not cured within thirty (30) calendar days of receipt of written
8  notice from CITY to do so, or if by reason of the nature of such default, the same
9  cannot be remedied within thirty (30) calendar days following receipt by
10  CONTRACTOR of written demand from CITY to do so, CONTRACTOR fails to
11  commence the remedy of such default within said thirty (30) calendar days
12  following such written notice or having so commenced shall fail thereafter to
13  continue with diligence the curing thereof (with CONTRACTOR having the
14  burden of proof to demonstrate (a) that the default cannot be cured within thirty
15  (30) calendar days, and (b) that it is proceeding with diligence to cure said
16  default, and such default will be cured within a reasonable period of time).

17  However, notwithstanding anything contained herein to the contrary, for
18  the failure of CONTRACTOR to provide SFD Recycling Collection Services for a
19  period of three (3) consecutive Work Days, CITY may secure CONTRACTOR's
20  records and equipment on the fourth (4th) Work Day in order to provide interim
21  SFD Recycling Collection Services until such time as the matter is resolved and
22  CONTRACTOR is again able to perform pursuant to this Agreement; provided,
23  however, if CONTRACTOR is unable for any reason or cause to resume
24  performance at the end of thirty (30) calendar days all liability of CITY under this
25  Agreement to CONTRACTOR shall cease and this Agreement may be deemed
26  terminated upon notice by the City Manager.  In the event CITY secures
27  CONTRACTOR's equipment in order to provide interim services, ownership of
28  such equipment shall remain with CONTRACTOR and shall not transfer to CITY
29  but CITY shall be obligated to make the outstanding debt payments, if any, on
30  such equipment attributable to the interim period and CITY shall make all
31  payments that would otherwise have been made by CONTRACTOR for vehicle
32  operations (including insurance, fuel and repairs) required to comply with
33  CONTRACTOR's debt obligation to CONTRACTOR's lenders.  CITY's
34  responsibility for such outstanding debt payments and other payments shall end
35  at such time as CITY ceases use of such equipment to provide interim services.
36  In the event CITY secures CONTRACTOR's equipment, CITY may utilize
37  CONTRACTOR's office, corporation yard and other facilities on the same terms
38  as for the use of CONTRACTOR's equipment; provided, however, that such use
39  shall not include use of CONTRACTOR's MRF, any Alternate Facility (if
40  applicable), the equipment located at such facilities, other facilities or equipment
41  owned by CONTRACTOR but not employed in the performance of this

1    Agreement, or any real property that is owned by CONTRACTOR or
2    CONTRACTOR's affiliated companies.

3    **19.2**   <u>**Violations**</u>.

4    Notwithstanding the foregoing and as supplemental and additional means of
5    termination of this Agreement under this Article, in the event that CONTRACTOR's
6    record of performance shows that CONTRACTOR has frequently, regularly or
7    repetitively defaulted in the performance of any of the covenants and conditions
8    required herein to be kept and performed by CONTRACTOR, in the opinion of the City
9    Manager and regardless of whether CONTRACTOR has corrected each individual
10    condition of default, CONTRACTOR shall be deemed a "habitual violator", shall be
11    deemed to have waived the right to any further notice or grace period to correct, and all
12    of said defaults shall be considered cumulative and collectively shall constitute a
13    condition of irredeemable default.  The City Manager shall thereupon issue
14    CONTRACTOR a final warning citing the circumstances therefore, and any single
15    default by CONTRACTOR of whatever nature, subsequent to the occurrence of the last
16    of said cumulative defaults, shall be grounds for immediate termination of the
17    Agreement.  In the event of any such subsequent default, the City Manager may
18    terminate this Agreement upon giving of written final notice to CONTRACTOR, such
19    termination to be effective upon the date specified in the City Manager's written notice
20    to CONTRACTOR.  Upon such termination, all contractual fees due hereunder plus any
21    and all charges and interest, if any, shall be payable to the date of termination, and
22    CONTRACTOR shall have no further rights hereunder.  Immediately upon the specified
23    date in such final notice CONTRACTOR shall cease any further performance of SFD
24    Recycling Collection Services, as specified in the City Manager's notice, under this
25    Agreement.

26    **19.3**   <u>**Effective Date of Termination**</u>.

27    In the event of the aforesaid events specified in Sections 19.1 and 19.2 above,
28    and except as otherwise provided in said Sections, termination shall be effective upon
29    the date specified in the City Manager's written notice to CONTRACTOR and upon said
30    date this Agreement shall be deemed immediately terminated and upon such
31    termination all liability of CITY under this Agreement to CONTRACTOR, other than
32    payment of moneys due, shall cease, and CITY shall have the right to call the
33    Performance Bond and shall be free to negotiate with other contractors for the
34    performance of the services specified in this Agreement.  In the event of
35    CONTRACTOR's failure to perform, CONTRACTOR shall reimburse CITY for all direct
36    and indirect costs of providing interim SFD Recycling Collection Services.

37    **19.4**   <u>**Immediate Termination**</u>.

38    CITY may terminate this Agreement immediately upon written notice to
39    CONTRACTOR in the event CONTRACTOR fails to provide and maintain the
40    Performance Bond or Letter of Credit or other alternative form of collateral acceptable to

- 78 -

1 CONTRACTOR and approved by the CITY prior to the expiration of the Performance
2 Bond or Letter of Credit as required by this Agreement, CONTRACTOR fails to obtain or
3 maintain insurance policies endorsements as required by this Agreement,
4 CONTRACTOR fails to provide the proof of insurance as required by this Agreement, or
5 CONTRACTOR offers or gives any gift prohibited by Chapter 12.08 of the San José
6 Municipal Code.

7 **19.5** **Termination Cumulative.**

8      CITY's right to terminate this Agreement is cumulative to any other rights and
9 remedies provided by law or by this Agreement.

1        **ARTICLE 20.    NONDISCRIMINATION, WAGE POLICY**

2    **20.1    Nondiscrimination.**

3        In the performance of all work and services under this Agreement,
4    CONTRACTOR shall not discriminate against any person on the basis of such person's
5    race, sex, color, national origin, religion, marital status, sexual orientation or disability.
6    CONTRACTOR shall comply with all applicable local, state and federal laws and
7    regulations regarding nondiscrimination, including those prohibiting discrimination in
8    employment.

9    **20.2    Wage Policy.**

10        CONTRACTOR shall pay, and ensure its subcontractors to pay those employees
11    performing work related to this Agreement those specified wage rates as set forth in
12    Exhibit 15 ("WAGE POLICY") and shall meet the documentation and reporting
13    requirements set forth therein.

1 **ARTICLE 21. FINANCIAL ASSURANCE**

2 **21.1 Performance Bond.**

3     CONTRACTOR shall keep current, a performance bond in a form substantially as
4 set forth in Exhibit 14 ("FORM OF PERFORMANCE BOND") to this Agreement or in
5 such other form as is acceptable to the City Attorney, for the faithful performance of this
6 Agreement and all obligations arising hereunder in the following amount:

7     21.1.1     For the term of this Agreement, an amount not less than Three Million
8     Eight Hundred Thousand Dollars ($3,800,000).

9 **21.2 Licensed Surety.**

10     The performance bond shall be executed by a surety company licensed to do
11 business in the State of California; having an "A-" or better rating by A. M. Best or
12 Standard and Poors; and included on the list of surety companies approved by the
13 Treasurer of the United States. If the term of the performance bond is shorter than the
14 term of this Agreement, CONTRACTOR shall submit proof of renewal or extension at
15 least thirty (30) calendar days prior to the Performance Bond expiration date.

16 **21.3 Letter of Credit.**

17     As an alternative to the Performance Bond required by Section 21.1, if approved
18 by the City Manager or designee Director of Environmental Services, CONTRACTOR
19 may deposit with CITY an irrevocable letter of credit in an amount as set forth in Section
20 21.1. If allowed, the letter of credit must be issued by an FDIC insured banking
21 institution chartered to do business in the State of California, in CITY's name, and must
22 be callable at the discretion of CITY.

23 **21.4 Indemnification.**

24     CONTRACTOR shall indemnify and hold harmless CITY, CITY's contractors, and
25 CITY's public officials, officers, directors, employees, agents and other contractors of
26 each of them, from and against any and all claims, costs, losses and damages
27 (including but not limited to all fees and charges of engineers, architects, attorneys and
28 other professionals as well as all Court or other dispute resolution costs), liabilities,
29 expenditures or causes of action of any kind (including negligent, reckless, willful or
30 intentional acts or omissions of CONTRACTOR, any subcontractor, any supplier, any
31 person or organization directly or indirectly employed by any of them to perform or
32 furnish any services or anyone for whose acts any of them may be liable), arising from,
33 relative to or caused by the performance of the services under this Agreement. This
34 indemnity includes but is not limited to claims attributable to bodily injury, sickness,
35 disease or death and to injury or destruction of tangible property. CONTRACTOR
36 agrees, at CONTRACTOR's expense, after written notice from the City Attorney, to
37 defend any action against CITY that falls within the scope of this indemnity, or CITY, at
38 CITY's option, may elect not to tender such defense and may elect instead to secure its

- 81 -

own attorneys to defend any such action and the reasonable costs and expenses of such attorneys incurred in defending such action shall be payable by CONTRACTOR. Additionally, if CONTRACTOR, after receipt of written notice from the CITY, fails to make any payment due under this Agreement to CITY, CONTRACTOR shall pay any reasonable attorneys' fees or costs incurred by CITY in securing any such payment from CONTRACTOR.  Payment of any amount due pursuant to the foregoing indemnity shall, after receipt of written notice by CONTRACTOR from CITY that such amount is due, be made by CONTRACTOR prior to CITY being required to pay same, or in the alternative, CITY, at CITY's option, may make payment of an amount so due and CONTRACTOR shall promptly reimburse CITY for same.

**21.5    Consideration.**

It is specifically understood and agreed that the consideration inuring to CONTRACTOR for the execution of this Agreement includes the promises, payments, covenants, rights and responsibilities contained in this Agreement.

**21.6    Obligation.**

The execution of this Agreement by CONTRACTOR shall obligate CONTRACTOR to comply with the foregoing indemnification provision; however, the collateral obligation of providing insurance must also be complied with as set forth in Article 22.

**21.7    Subcontractors.**

CONTRACTOR shall require all subcontractors to enter into a contract containing the provisions set forth in Section 21.4 in which contract the subcontractor fully indemnifies CITY in accordance with this Article.

**21.8    Exception.**

Notwithstanding Sections 21.1, 21.2, 21.3 and 21.4 above, CONTRACTOR's obligation to indemnify, hold harmless and defend CITY, its officers and employees shall not extend to any loss, liability, penalty, complaint, damage, action or suit arising or resulting from acts or omissions constituting willful misconduct or gross negligence on the part of CITY, its officers or employees.

**21.9    Damage by CONTRACTOR.**

If CONTRACTOR's employees or subcontractors cause any injury, damage or loss to CITY property, including but not limited to CITY streets or curbs (excepting normal wear and tear), CONTRACTOR shall reimburse CITY for CITY's cost of repairing such injury, damage or loss.  Such reimbursement is not in derogation of any right of CITY to be indemnified by CONTRACTOR for any such injury, damage or loss. With the prior written approval of CITY's Director of Environmental Services, CONTRACTOR may repair the damage at CONTRACTOR's sole cost and expense.

- 82 -

1      **ARTICLE 22.    INSURANCE**

2   **22.1    Insurance Policies.**

3          CONTRACTOR shall secure and maintain throughout the term of this Agreement
4   insurance against claims for injuries to persons or damages to property which may arise
5   from or in connection with CONTRACTOR's performance of work or services under this
6   Agreement.  CONTRACTOR's performance of work or services shall include
7   performance by CONTRACTOR's employees, agents, representatives and
8   subcontractors.

9   **22.2    Minimum Scope of Insurance.**

10         There shall be no endorsement reducing the scope of the coverage required
11  below unless approved by the CITY's Risk Manager.  Insurance coverage shall be at
12  least as broad as:

13         22.2.1    The coverage provided by Insurance Office Commercial General
14         Liability coverage ("occurrence" form CG 0001); and

15         22.2.2    The coverage provided by Insurance Services Office Form No. CA
16         0001 covering Automobile Liability.  Coverage shall be included for all owned,
17         non-owned and hired automobiles; and

18         22.2.3    Workers' Compensation insurance as required by the California Labor
19         Code and Employers Liability Insurance; and

20         22.2.4    Hazardous Waste and Environmental Impairment Liability Insurance;
21         and

22         22.2.5    Crime Coverage, upon implementation of Large Item billing.

23  **22.3    Minimum Limits of Insurance.**

24         CONTRACTOR shall maintain insurance limits no less than:

25         22.3.1    Commercial General Liability: $3,000,000 combined single limit per
26         occurrence for bodily injury, personal injury and property damage.  If Commercial
27         General Liability Insurance or other form with a general aggregate limit is used,
28         either the general aggregate limit shall apply separately to this Agreement or the
29         general aggregate limit shall be $5,000,000; and

30         22.3.2    Automobile Liability:  $3,000,000 combined single limit per accident for
31         bodily injury and property damage; and

32         22.3.3    Worker's Compensation and Employers Liability:  Worker's
33         Compensation limits as required by the California Labor Code and Employers
34         Liability limits of $3,000,000 per accident; and

- 83 -

22.3.4    Hazardous Waste and Environmental Impairment Liability:  $3,000,000 per occurrence; and

22.3.5    <u>Crime Coverage</u>.

A Combination Crime policy with minimum limits not less than $5,000 per occurrence upon implementation of Large Item billing for Employee Dishonesty (Form A); Forgery or Alteration (Form B); Theft, Disappearance, Destruction Inside/Outside Premises (Form C); and Robbery and Safe Burglary Inside/Outside of Premises (Form D).

**22.4    <u>Deductibles and Self-Insured Retention</u>.**

Any deductibles or self-insured retention must be declared to, and approved by, CITY's Risk Manager. At the option of CITY, either: the insurer shall reduce or eliminate such deductibles or self-insured retention as respects CITY, its officers, employees, agents and contractors; or CONTRACTOR shall procure a bond guaranteeing payment of losses and related investigations, claim administration and defense expenses in an amount specified by CITY's Risk Manager.

**22.5    <u>Endorsements</u>.**

The General Liability and Automobile Liability Coverage policies are to contain, or be endorsed to contain, the following provisions:

22.5.1    The City of San José, its officers, employees, agents and contractors are to be covered as additional insureds as respects: Liability arising out of activities performed by, or on behalf of, CONTRACTOR; products and completed operations of CONTRACTOR; premises owned, leased or used by CONTRACTOR; and automobiles owned, leased, hired or borrowed by CONTRACTOR.  The coverage shall contain no special limitations on the scope of protection afforded to CITY, its officers, employees, agents and contractors.

22.5.2    CONTRACTOR's insurance coverage shall be primary insurance as respects CITY, its officers, employees, agents and contractors.  Any insurance or self-insurance maintained by CITY, its officers, employees, agents or contractors shall be in excess of CONTRACTOR's insurance and shall not contribute with it.

22.5.3    Any failure to comply with reporting provisions of the policies shall not affect coverage provided to CITY, its officers, employees, agents, or contractors.

22.5.4    Coverage shall state that CONTRACTOR's insurance shall apply separately to each insured against whom claim is made or suit is brought, except with respect to the limits of the insurer's liability.

22.5.5    Coverage shall contain a waiver of subrogation in favor of CITY, its officials, employees, agents and contractors.

- 84 -

1    The Workers' Compensation and Employers' Liability Coverage shall contain
2    waiver of subrogation in favor of the City of San Jose, its officers, employees, agents
3    and contractors.

4    **22.6  All Coverages**.

5    Each insurance policy required by this Agreement shall be endorsed to state that
6    coverage shall not be suspended, voided, cancelled, or reduced in limits except after
7    thirty (30) days prior written notice has been given to CITY's Risk Manager, except that
8    ten (10) days prior written notice shall be required in the event of cancellation for non-
9    payment of premium.

10   **22.7  Acceptability of Insurers**.

11   Insurance is to be placed with insurers acceptable to CITY's Risk Manager.

12   **22.8  Verification of Coverage**.

13   CONTRACTOR shall furnish CITY with certificates of insurance and with original
14   endorsements affecting coverage required by this Agreement.  The certificates and
15   endorsement for each insurance policy are to be signed by a person authorized by that
16   insurer to bind coverage on its behalf.  CONTRACTOR shall furnish CITY with a new
17   certificate of insurance and endorsements on each renewal of coverage or change of
18   insurers.

19   Proof of insurance shall be either emailed in an electronic format to:
20   Riskmgmt@sanjoseca.gov with a copy to the City Representative, or mailed to the
21   following postal address (or any subsequent email or postal address as may be directed
22   in writing by the Risk Manager):

City of San Jose – Human Resources

Risk Management

200 East Santa Clara Street, 2nd Floor Wing

San Jose, CA 95113-1905

23   **22.9  Subcontractors**.

24   CONTRACTOR shall include all subcontractors as insureds under its policies or
25   shall obtain separate certificates and endorsements for each subcontractor.

26   **22.10  Modification of Insurance Requirements**.

27   The insurance requirements provided in this Agreement may be modified or
28   waived by CITY's Risk Manager, in writing, upon the request of CONTRACTOR if
29   CITY's Risk Manager determines such modification or waiver is in the best interest of
30   CITY considering all relevant factors, including exposure to CITY.

- 85 -

1  **22.11 <u>Rights of Subrogation</u>.**

2    All required insurance policies shall preclude any underwriter's rights of recovery
3  or subrogation against CITY with the express intention of the parties being that the
4  required insurance coverage protects both parties as the primary coverage for any and
5  all losses covered by the above-described insurance.  CONTRACTOR shall ensure that
6  any companies issuing insurance to cover the requirements contained in this Agreement
7  agree that they shall have no recourse against CITY for payment or assessments in any
8  form on any policy of insurance.  The clauses "Other Insurance Provisions" and "Insured
9  Duties in the Event of an Occurrence, Claim or Suit" as it appears in any policy of
10 insurance in which CITY is named as an additional insured shall not apply to CITY.

11

1            **ARTICLE 23.    MISCELLANEOUS PROVISIONS**

2    **23.1    <u>Modifications</u>.**

3         CITY shall have the power to make changes in this Agreement as the result of
4    changes in law, changes in the City of San José Municipal Code, or both, to impose new
5    rules and regulations on CONTRACTOR under this Agreement relative to the scope and
6    methods of providing SFD Recycling Collection Services as shall from time-to-time be
7    necessary and desirable for the public welfare.  CITY shall give CONTRACTOR notice
8    of any proposed change and an opportunity to be heard concerning those matters.  The
9    scope and method of providing SFD Recycling Collection Services as referenced herein
10   shall also be liberally construed to include, but is not limited to the manner, procedures,
11   operations and obligations, financial or otherwise, of CONTRACTOR.

12   **23.2    <u>Change in Law</u>.**

13        CITY and CONTRACTOR understand and agree that the California Legislature
14   has the authority to make comprehensive changes in Solid Waste Management
15   legislation and that these and other changes in law in the future which mandate certain
16   actions or programs for counties or municipalities may require changes or modifications
17   in some of the terms, conditions or obligations under this Agreement.  CONTRACTOR
18   agrees that the terms and provisions of the San José Municipal Code, as it now exists
19   or as it may be amended in the future, shall apply to all of the provisions of this
20   Agreement and the Service Recipients of CONTRACTOR located within the Service
21   Districts.  In the event any future change in the San José Municipal Code materially
22   alters the obligations of CONTRACTOR, then the affected service rates, as established
23   in Exhibit 1 of this Agreement shall be adjusted.  Nothing contained in this Agreement
24   shall require any party to perform any act or function contrary to law.  CITY and
25   CONTRACTOR agree to enter into good faith negotiations regarding modifications to
26   this Agreement which may be required in order to implement changes in the interest of
27   the public welfare or due to change in law.  When such modifications are made to this
28   Agreement, CITY and CONTRACTOR shall negotiate in good faith, a reasonable and
29   appropriate compensation adjustment for any increase or decrease in the services or
30   other obligations required of CONTRACTOR due to any modification in the Agreement
31   under this Article.  CITY and CONTRACTOR shall not unreasonably withhold
32   agreement to such compensation adjustment.

33   **23.3 <u>Exempt Waste</u>.**

34        CONTRACTOR shall not be required to collect Exempt Waste, but may offer
35   such services to Service Recipients.  Collection and disposal of Exempt Waste is not
36   regulated under this Agreement, but if provided by CONTRACTOR shall be in strict
37   compliance with all federal, state and local laws and regulations.

1 **23.4 Independent Contractor.**

2     In the performance of services pursuant to this Agreement, CONTRACTOR shall
3 be an independent contractor and not an officer, agent, servant or employee of CITY.
4 CONTRACTOR shall have exclusive control of the details of the services and work
5 performed and over all persons performing such services and work. CONTRACTOR
6 shall be solely responsible for the acts and omissions of its officers, agents, employees,
7 contractors and subcontractors, if any. Neither CONTRACTOR nor its officers,
8 employees, agents, contractors or subcontractors shall obtain any right to retirement
9 benefits, Workers' Compensation benefits, or any other benefits which accrue to CITY
10 employees and CONTRACTOR expressly waives any claim it may have or acquire to
11 such benefits.

12 **23.5 Law To Govern.**

13     The law of the State of California shall govern the rights, obligations, duties and
14 liabilities of CITY and CONTRACTOR under this Agreement and shall govern the
15 interpretation of this Agreement.

16 **23.6 Venue.**

17     Any litigation between CITY and CONTRACTOR concerning or arising out of this
18 Agreement shall be filed and maintained exclusively in the Superior Courts of Santa
19 Clara County, State of California, or in the United States District Court for the Northern
20 District of California to the fullest extent permissible by law. Each party consents to
21 service of process in any manner authorized by California law.

22 **23.7 Assignment.**

23     No assignment of this Agreement or any right occurring under this Agreement
24 shall be made in whole or in part by CONTRACTOR without the express written consent
25 of the Director of Environmental Services. CITY shall have full discretion to approve or
26 deny, with or without cause, any proposed or actual assignment by CONTRACTOR.
27 Any assignment of this Agreement made by CONTRACTOR without the express written
28 consent of the Director shall be null and void and shall be grounds for CITY to declare a
29 default of this Agreement and immediately terminate this Agreement by giving written
30 notice to CONTRACTOR, and upon the date of such notice this Agreement shall be
31 deemed immediately terminated, and upon such termination all liability of CITY under
32 this Agreement to CONTRACTOR, other than the payment of moneys due as of the
33 date of termination, shall cease, and CITY shall have the right to call the Performance
34 Bond or Letter of Credit and shall be free to negotiate with other contractors,
35 CONTRACTOR, or any other person or company for the service which is the subject of
36 this Agreement. In the event of any assignment, the assignee shall fully assume all the
37 liabilities of CONTRACTOR.

**23.8** __Subcontractors__.

The use of a subcontractor to perform services under this Agreement shall not constitute delegation of CONTRACTOR's duties provided that CONTRACTOR has received prior written authorization from the Director of Environmental Services to subcontract such services and the Director has approved a subcontractor who will perform such services. CONTRACTOR shall be responsible for directing the work of CONTRACTOR's subcontractors and any compensation due or payable to CONTRACTOR's subcontractor shall be the sole responsibility of CONTRACTOR. The Director shall have the right to require the removal of any approved subcontractor for reasonable cause. The subcontractors listed in Exhibit 7 to this Agreement, are hereby approved by CITY as to the scope of work specified in Exhibit 7 for each such subcontractor. Additional subcontractors may be used upon the written approval of the Director in accordance with this Section.

**23.9** __Compliance With Laws__.

In the performance of this Agreement, CONTRACTOR shall comply with all applicable laws, regulations, ordinances and codes of the federal, state and local governments, including without limitation the Charter of the City of San José and the San José Municipal Code.

**23.10** __Amendments To Municipal Code__.

CITY shall provide written notice to CONTRACTOR of any planned amendment to Chapter 9.10 of the San José Municipal Code that would substantially affect the performance of CONTRACTOR's services pursuant to this Agreement. Except where such amendment is adopted as an urgency measure, such notice shall be provided at least thirty (30) calendar days prior to the City Council's approval of such an amendment.

**23.11** __Permits And Licenses__.

CONTRACTOR shall obtain, at its own expense, all permits and licenses required by law or ordinance and maintain same in full force and effect throughout the term of this Agreement. CONTRACTOR shall provide proof of such permits, licenses or approvals and shall demonstrate compliance with the terms and conditions of such permits, licenses and approvals upon the request of the City Representative.

**23.12** __Ownership Of Written Materials__.

All reports, documents, brochures, public education materials, and other written, printed, electronic or photographic materials developed by CITY or CONTRACTOR in connection with the services to be performed under this Agreement or in connection with the Recycle Plus Program, whether developed directly or indirectly by CITY or CONTRACTOR shall be and shall remain the property of CITY without limitation or restrictions on the use of such materials by CITY. CONTRACTOR shall not use such

- 89 -

1 materials in connection with any project not connected with this Agreement without the
2 prior written consent of the City Representative. This Section does not apply to ideas or
3 concepts described in such materials and do not apply to the format of such materials.

### 23.13 Waiver.

5 The waiver by CITY or CONTRACTOR of any breach for violation of any term
6 covenant or condition of this Agreement shall not be deemed to be a waiver of any other
7 term, covenant or condition or any subsequent breach or violation of the same or of any
8 other term, covenant or condition. The subsequent acceptance by CITY of any fee, tax,
9 or any other monies which may become due from CONTRACTOR to CITY shall not be
10 deemed to be a waiver by CITY of any breach for violation of any term, covenant or
11 condition of this Agreement.

### 23.14 Prohibition Against Gifts.

13 CONTRACTOR represents that CONTRACTOR is familiar with CITY's prohibition
14 against the acceptance of any gift by a CITY officer or employee, which prohibition is
15 found in Chapter 12.08 of the San José Municipal Code. CONTRACTOR shall not offer
16 any CITY officer or designated employee any gift prohibited by said Chapter. The offer
17 or giving of any gift prohibited by Chapter 12.08 shall constitute a material breach of this
18 Agreement and, in addition to any other remedy CITY may have in law or in equity,
19 CITY may terminate this Agreement for such breach as provided in Section 19.4 of this
20 Agreement.

### 23.15 Disqualification Of Former Employees.

22 CONTRACTOR represents that CONTRACTOR is familiar with the provisions of
23 Chapter 12.10 of the San José Municipal Code relating to the disqualification of former
24 officers and employees of CITY in matters that are connected with former duties or
25 official responsibilities (the "Revolving Door Ordinance"). CONTRACTOR shall not
26 utilize, either directly or indirectly, any officer, employee, or agent of CONTRACTOR to
27 perform services under this Agreement, if in the performance of such services the
28 officer, employee or agent would be in violation of the Revolving Door Ordinance.

### 23.16 Point Of Contact.

30 The day-to-day dealings between CONTRACTOR and CITY with respect to this
31 Agreement shall be between CONTRACTOR's General Manager and the City
32 Representative.

### 23.17 Notices.

34 Except as otherwise provided in this Agreement, whenever either party desires to
35 give notice to the other, the notice must be in writing and given as provided in this
36 Section. For the present, the parties designate the following as the respective persons
37 and places for giving of notice:

- 90 -

To CITY:
Director
Department of Environmental Services
200 East Santa Clara Street, 10th Floor
San José, CA 95113

With a copy to:
City Representative
Recycle Plus Program
Department of Environmental Services
200 East Santa Clara Street, 10th Floor
San José, CA 95113

To CONTRACTOR:
Kristina Duong, Chief Financial Officer
1005 Timothy Street
San Jose, CA 95133
With a copy to:
Joel Corona, Director of Operations
1005 Timothy Street
San Jose, CA 95133

Notices shall be effective when deposited in the U. S. mail, postage prepaid, or when personally delivered to the address specified above or to such other address as designated by a party by providing written notice of a change in address. Notice may also be sent by electronic mail and shall be effective when received, provided that electronic mail received after 4:30 p.m. or on weekends or holidays, will be deemed received on the next Work Day. The original of items that are transmitted by electronic mail must also be mailed or personally delivered as provided above within three (3) Work Days of the electronic mail transmittal.

**23.18 Transition to Third Party Billing.**

In the event that CITY retains a third party to provide billing, customer service, and remittance processing services, CONTRACTOR shall:

- Provide service data updates and information to the third party;

- Modify customer service and electronic interface requirements to conform with the CITY's and third party system requirements;

- Provide the CITY with read only access to CONTRACTOR's customer information system; and

- Participate in the development and reconciliation process to resolve data discrepancy issues including, but not limited to, assisting the CITY to review of documentation from Service Recipients.

- 91 -

**23.19** <u>**Transition to Next Contractor.**</u>

In the event CONTRACTOR is not awarded an agreement to continue to provide SFD Recycling Collection Services following the expiration or early termination of this Agreement, CONTRACTOR shall cooperate fully with CITY and any subsequent contractor(s) to assure a smooth transition of services described in this Agreement. Such cooperation shall include but not be limited to transfer of computer data, files and tapes; providing routing information, route maps, vehicle fleet information, and list of Service Recipients; providing applicable detailed Service Recipient information, including but not limited to Service Unit, account and billing information; not less than one hundred twenty (120) calendar days prior to the termination of this Agreement, providing a list of workers who will be displaced by the transfer of services to a successor contractor; allowing employees to be available for interviews and training by the new contractor provided the request is consistent with the bargaining agreement, if applicable; providing a complete inventory of all Recycling Carts; providing adequate labor and equipment to complete performance of all SFD Recycling Collection Services required under this Agreement; taking all actions necessary to transfer ownership of Recycling Carts, as appropriate, to CITY; including transporting such containers to a location designated by the City Representative; removing containers in accordance with a schedule approved by the City Representative; coordinating collection of materials set out in new containers if new containers are provided for a subsequent Agreement and providing other reports and data required by this Agreement. CONTRACTOR shall not be responsible for costs incurred by subsequent contractor to interview prospective employees or train new employees.

23.19.1    <u>Temporary Leasing of Facility and Rental of Collection Fleet</u>.

In order to transition services to another contractor, the CITY reserves the right to lease any facilities and rent collection vehicles used to provide services under this Agreement. The terms and conditions of the lease and rental shall be set forth in a written agreement no later than six (6) months prior to the termination of this Agreement. The cost to lease the facilities may not be more than the actual cost when the facilities were used to provide services under this Agreement, or the reasonable comparable cost to lease similar facilities in this geographic service area. The collection vehicle rental price shall be $100.00 per hour per vehicle, and the terms and conditions of the rental shall be those customary in the rental of solid waste collection equipment.

**23.20** <u>**Use Of Recycled Products.**</u>

For services rendered pursuant to this Agreement, CONTRACTOR shall use recycled paper for all printed material such as brochures, reports, studies, and promotional literature, that exceeds ten (10) pages, or if the cumulative total number of pages per document or printed material times the number of copies made is in excess of ten (10) pages.

- 92 -

23.20.1    For the purposes of this Section, "recycled paper" means a paper or wood pulp product with not less than fifty percent (50%) off its total weight consisting of secondary and post consumer waste and with not less than thirty percent (30%) of its total weight consisting of post consumer waste. "Post consumer waste" means a finished material that would normally be disposed of as a solid waste, having completed its life cycle as a consumer item. "Secondary waste" means fragments of products or finished products of a manufacturing process that has converted a virgin resource into a commodity of real economic value and includes post consumer waste but does not include fibrous waste generated during the manufacturing process such as fibers recovered from waste water or trimmings of paper machine rolls (mill broke), wood slabs, chips, sawdust, or other wood Residue from a manufacturing process.

23.20.2    CONTRACTOR may request an exemption from the requirements of this Section by submitting such request in writing to CITY's Director of Environmental Services.  Such a request may be approved or denied, in whole or in part, at said Director's sole discretion. CONTRACTOR shall not use, in the performance of services under this Agreement, any product or material that does not meet the standards set forth above without the prior written approval of said Director.

**23.21  Entire Agreement.**

This Agreement and the Exhibits attached hereto constitute the entire agreement and understanding between the parties hereto, and this Agreement shall not be considered modified, altered, changed or amended in any respect unless in writing and signed by the parties hereto.  This Agreement incorporates and includes all prior negotiations, correspondence, conversations, agreements and understandings applicable to the matters contained in this Agreement and the parties agree that there are no commitments, agreements or understandings concerning the subject matter of this Agreement that are not contained in this document.  Accordingly, it is agreed that no deviation from the terms of this Agreement shall be predicated upon any prior representations or agreements, whether oral or written.

**23.22  Severability.**

If any provision of this Agreement or the application of it to any person or situation shall to any extent be held invalid or unenforceable, the remainder of this Agreement and the application of such provisions to persons or situations other than those as to which it shall have been held invalid or unenforceable, shall not be affected, shall continue in full force and effect, and shall be enforced to the fullest extent permitted by law.

**23.23  Right To Require Performance.**

1  The failure of CITY at any time to require performance by CONTRACTOR of any
2  provision hereof shall in no way affect the right of CITY thereafter to enforce same.  Nor
3  shall waiver by CITY of any breach of any provision hereof be taken or held to be a
4  waiver of any succeeding breach of such provision or as a waiver of any provision itself.

5  **23.24  Headings.**

6  Headings in this document are for convenience of reference only and are not to
7  be considered in any interpretation of this Agreement.

8  **23.25  Exhibits.**

9  Each Exhibit referred to in this Agreement forms an essential part of this
10  Agreement.  Each such Exhibit is a part of this Agreement and each is incorporated by
11  this reference.

12  **IN WITNESS WHEREOF,** CITY and CONTRACTOR have executed this
13  Agreement on the respective date(s) below each signature.

APPROVED AS TO FORM                      CITY OF SAN JOSE, a municipal corporation


_____      By:  _____

ROSA TSONGTAATARII                       DEBRA FIGONE

Deputy City Attorney                     City Manager


                                         Date:  _____




                                         CALIFORNIA WASTE SOLUTIONS,
                                         INC.


                                         By:  _____

                                         DAVID DUONG

                                         President


- 94 -

Date: _____

# EXHIBIT 1

## COMPENSATION

Beginning for services performed in July 2010, CITY shall compensate CONTRACTOR for services performed in accordance with this Agreement at the following rates:

## I. SFD RECYCLING COLLECTION SERVICES

CONTRACTOR shall be compensated for SFD Recycling Collection Services in accordance with the following table.

| SFD COMPENSATION | District A | District C |
|---|---|---|
| **A.  BASE SERVICE RATES** | | |
| 1.  SFD Recycling Service[1] | $8.18/Service Unit/Mo. | $8.80/Service Unit/Mo. |
| 2.  SFD Used Oil Collection Service[1] | $0.00/Service Unit/Mo. | $0.00/Service Unit/Mo. |
| **3.  TOTAL BASE SERVICE RATE (Nos. 1. – 2.)** | $8.18/Service Unit/Mo. | $8.80/Service Unit/Mo. |
| **B. ADDITIONAL SERVICE RATES** | | |
| 1. Subscription On-Premises Collection of all Base Service Collection Elements [2] | $30.08/Service Unit/Mo. | $30.08/Service Unit/Mo. |
| 2. Excess Cart Exchanges [3] | $60.22/Occurrence | $92.58/Occurrence |
| 3. Large Item Collection (Increments of up to 3 Items) [4] | $20.72/Occurence | $20.72/Occurence |
| 4. Hard-to-Serve Premises [5] | $TBD/Service Unit/Mo. | $TBD/Service Unit/Mo. |

---

[1]    For a SFD Service Unit that consists of a combination of Dwelling Units and receives Garbage collection services from shared Garbage carts, CONTRACTOR's compensation for SFD Recycling Service is based on the number of Garbage carts at the Service Unit, regardless of the number of Recycling carts and compensation for SFD Used Oil Collection Service is the compensation listed regardless of the number of containers.

[2]    This rate will be added to the Base Service Rate (line A.3) for each Service Unit receiving Subscription On-Premises Collection Services.

[3]    CONTRACTOR will not be compensated for (1) customer initiated Recycling Cart exchanges for District A between 0.114% and 2.807% of the average number of households in a fiscal year, and (2) customer initiated Recycling Cart exchanges for District C between 0.034% and 2.064% of the average number of households in a fiscal year.  Recycling Cart exchanges below or above these ranges shall be compensated by the CITY in the June invoice.  Cart exchange counts shall be rounded to the nearest whole number.

[4]    CITY compensation to CONTRACTOR for Large Item Collection services shall end upon CONTRACTOR assuming billing responsibilities for Large Item Collection.

[5]    CONTRACTOR will cooperate with the CITY if it chooses to implement a hard-to-serve rate for existing customers or customers located in new developments.  This may include assisting the CITY in the identification of hard-to-serve areas and negotiating with the CITY in good faith to arrive at an appropriate rate for said units.

# EXHIBIT 1

## COMPENSATION

## II.    EXAMPLES OF EXCESS CART EXCHANGE CALCULATIONS

Recycling Cart exchanges in **District A** will be paid for up to 0.114% and over 2.807% of the average house counts.

Average house counts are the sum of the house counts from the monthly invoices divided by twelve.  Jul house counts + Aug house counts … + Jun house counts
                                                                                    12

**Example:  total exchanges = 2,700          average house count = 93,600**

Exchanges will be paid for, **up to** 0.114% of 93,600 = .00114 x 93600 = 107 exchanges
Exchanges will be paid for, **over** 2.807% of 93,600 = .02807 x 93600 = 2627 exchanges

Pay **up to** 107 exchanges                                              pay      107

Pay **over** 2627          → total exchanges (2700) – 2627 = 73          +73
                                                                              ----------
**Total paid**                                                   =      **180 exchanges**
**Payment = 180 exchanges x $60.22/exchange          =     $10,839.60**

Recycling Cart exchanges in **District C** will be paid for up to 0.034% and over 2.064% of the average house counts.

Average house counts are the sum of the house counts from the monthly invoices divided by twelve.  Jul house counts + Aug house counts … + Jun house counts
                                                                                    12

**Example:  total exchanges = 1,000          average house count = 67,000**

Exchanges will be paid for, **up to** 0.034% of 67,000 = .00034 x 67000 = 23 exchanges
Exchanges will be paid for, **over** 2.064% of 67,000 = .02064 x 67000 = 1383 exchanges

Pay **up to** 23 exchanges                                              pay      23

Pay **over** 1383          → total exchanges (1000) – 1383 = -383          + 0     none over
                                                                              ----------
**Total paid**                                                   =      **23 exchanges**
**Payment = 23 exchanges x $92.58/exchange          =     $2,129.34**

# EXHIBIT 1

## COMPENSATION

### III. RESIDUE DISPOSAL ADJUSTMENT

The costs associated with the disposal of SFD Recyclable Material residue at the Disposal Facility shall be deducted from the compensation to CONTRACTOR at least once every six (6) months and will be reflected in the monthly invoices.

| RESIDUE DISPOSAL REIMBURSEMENT RATES | |
|---|---|
| Loose Residue Disposal at Disposal Facility | $42.04/ton |
| Additional charge for baled material | $4.00/ton[1] |

[1] This additional charge for baled material is not adjusted by RRI.

### IV. PROGRAM SAVINGS AND INVOICE ADJUSTMENTS

CONTRACTOR shall reimburse CITY for program cost savings and the additional charge for disposal of baled residue material in the amount of $218,182 for each fiscal year through the term of this Agreement. This amount is inclusive of the savings from the discontinuation of the MRF Monitoring Program which shall be deducted from each month's invoice in the amount of $2,500 beginning July 1, 2010. The invoice adjustments to recognize the additional charge for disposal of baled residue material shall be consistent with Section III above. Any balance remaining from the amount of $218,182 shall be deducted annually in the June invoice.

If prior year funding for PEOP services in the amount of $209,267.63, accrued in calendar years 2006 through 2009, is not fully expended for approved PEOP services by December 31, 2013, exclusive of PEOP budgets for calendar years 2010 through 2013, the unspent funds shall be deducted in twelve (12) equal monthly installments beginning from the March 2014 invoice through the February 2015 invoice.

### V. EMERGENCY SERVICE RATES

CITY shall compensate CONTRACTOR for services performed in accordance with this Agreement at the following rates.

| Labor Position or Equipment Type | Make & Model | Hourly Rate |
|---|---|---|
| Driver and fully automated side loader | Peterbilt 320 –McNeilus 30yd Street Force | $156.95 |

**EXHIBIT 1**

**COMPENSATION**

| Labor Position or Equipment Type | Make & Model | Hourly Rate |
|---|---|---|
| Driver and Knuckleboom Loader | Peterbilt 335 – 22 foot stake | $144.16 |
| Driver and Cart Delivery Truck | Ford 450 - CNG | $141.89 |
| Supervisor and Pick-Up | Chevy 2500 - CNG | $116.32 |
| Driver CDL Class B | N/A | $81.40 |
| Laborer | N/A | $62.90 |

END OF EXHIBIT 1

**EXHIBIT 2**

**REFUSE RATE INDEX**

The "Refuse Rate Index" adjustment shall be calculated in the following manner:

1.      The expenses of the collection services (processing costs excluded) for the designated fiscal period shall be prepared in the format set forth below:

### Non-Processing Operating Cost Statement - Description

**Labor:**          List all administrative, officer, operation and maintenance salary accounts.

List payroll tax accounts directly related to the above salary accounts.

**Diesel Fuel:**          List all diesel fuel accounts.

**Biodiesel Fuel:**     List all biodiesel fuel accounts.

**Vehicle Replacement:**

List all collection and collection related vehicle depreciation accounts.

List all vehicle lease or rental accounts related to collection or collection related vehicles.

**Vehicle Maintenance:**

List all collection or collection related vehicle parts accounts.

**Other Operating Expenses:**

List all other expense accounts related to the services provided under this Agreement by each category.  These categories may include, but not be limited to, all insurance including general liability, fire, truck damage, extended coverage and employee group medical and life; rent on property, truck licenses and permits; real and personal property taxes; telephone and other utilities; employee uniforms; safety equipment; general yard repairs and maintenance; non-diesel fuel; office supplies; postage; trade association dues and subscription; advertising; employee retirement or profit sharing contributions; and miscellaneous other expenses.

2.      The expenses of the collection services (processing costs excluded) shall be broken down into the following six cost categories: Labor; Diesel Fuel;

# EXHIBIT 2

## REFUSE RATE INDEX

Biodiesel Fuel; Vehicle Replacement; Maintenance and Other Operating Expenses. Each cost category is assigned a weighted percentage factor on that cost category's proportionate share of the total of the costs shown for all cost categories.

3.  The following indices published by the United States Department of Labor, Bureau of Labor Statistics (BLS), are used to calculate the adjustment for each cost category. The change in each index is calculated on a twelve-month fiscal period in accordance with the terms of the Agreement. In the event any index is discontinued, a successor index shall be used. Successor indices shall be those indices that are most closely equivalent to the discontinued indices as recommended by the BLS.

| Cost Category | Index |
|---|---|
| Labor | Series ID: cis201s000000000i; Service-Producing Industries |
| Diesel Fuel | Series ID: WPU057303; Commodity Code 0573-03, #2 Diesel Fuel |
| Biodiesel Fuel | Biodiesel fuel index published by the BLS. Until a biodiesel fuel index is published by the BLS, 100% of Consumer Price Index, Series ID: CUUR0000SA0, CPI-All Urban Consumers, All Items (or such other relevant index as is mutually agreed by the City Representative and CONTRACTOR) |
| Vehicle Replacement | Series ID: WPU141301; Group: Transportation Equipment; Item: Truck and bus bodies sold separately |
| Vehicle Maintenance | Series ID: WPU11440378 Group: Machinery and equipment; Item: Parts and attachments for industrial trucks and tractors |
| Other Operating Expenses | 75% of Consumer Price Index, Series ID: CUUR0000SA0, CPI-All Urban Consumers, All Items |

4.  The percentage weight for each cost category is multiplied by the change in each appropriate index to calculate a weighted percentage for each cost category. The weighted percentage changes for each cost category are added together to calculate the Refuse Rate Index (see Example).

# EXHIBIT 2

## REFUSE RATE INDEX

### Example

| Item # | Category | Data Source | Percentage Change (1) | Item Weight (2) | Weighted Percentage Change (3) |
|---|---|---|---|---|---|
| 1 | Labor | Monthly Labor Review<br>Series ID: cis201s000000000i<br>Service-Producing Industries | 1.28% | 47.72% | 0.61% |
| 2 | Diesel Fuel | Producer Price Index<br>Series ID: WPU057303<br>Commodity Code 0573-03<br>#2 Diesel Fuel | 22.08% | 0.04% | 0.01% |
| 3 | Biodiesel Fuel | Monthly Labor Review<br>Series ID: CUUR0000SA0<br>CPI-All Urban Consumers,<br>All Items | 2.72% | 0.13% | 0.00% |
| 4 | Vehicle Replacement | Producer Price Index<br>Series ID: WPU141301<br>Industry: Transportation Equipment<br>Product: Truck and bus bodies sold separately | -1.53% | 5.92% | -0.09% |
| 5 | Vehicle Maintenance | Producer Price Index<br>Series ID: WPU11440378<br>Group: Machinery and equipment; Item: Parts and attachments for industrial trucks and tractors | 6.21% | 5.56% | 0.35% |
| 6 | Other Operating Expenses | Monthly Labor Review<br>Series ID: CUUR0000SA0<br>75% of CPI-All Urban Consumers,<br>All Items | 2.04% | 40.63% | 0.83% |
| Refuse Rate Index | | | | 100.00%. | **1.71%** |

(1)     Assume these are the percentage changes in the indices from year to year.

(2)     Assume the categories represent these percentages as a total of CONTRACTOR's operating costs.

(3)     Product of Percentage Change x Item Weight (including 75% of Category Item #7, CPI All Items)

In this example, the Refuse Rate Index is 1.71%.

## END OF EXHIBIT

**EXHIBIT 3**

**SFD RECYCLING SERVICE OPERATIONS PLANS**

The SFD RECYCLING SERVICE OPERATION PLANS included below have been carried over from the 2006 Agreement.  At minimum, this Agreement requires the same level of resource commitment.  References to actions to be performed on or before July 1, 2010 must be reviewed for its continued applicability.  Where conflicts exist between the Plans and the Agreement, the Agreement shall prevail.

A.                        Diversion (Page 3 of 42)

B.                        Public Education and Outreach (Page 5 of 42)

C.                        Customer Service (Page 8 of 42)

D.                        Collection Operations (Page 10 of 42)

E.                        Processing Operations (Page 17 of 42)

F.                        Collection Equipment (Page 40 of 42)

G.                        Employee and Labor Relations (Page 42 of 42)

**EXHIBIT 3**

**SFD RECYCLING SERVICE OPERATIONS PLANS**



**City Of San José**

**Recycle Plus Agreement for Recycling Services**

**EXHIBIT 3**

**SFD RECYCLING SERVICE OPERATIONS PLANS**

## DIVERSION

CWS has a business incentive to limit contamination and diminish the amount of trash in recycling carts, and increase the amount of recyclables and number of set-outs. Individual programs that will be implemented for recycling services during the transition period and service contract are listed in the table below with the estimated annual diversion tonnage for Each District. Table 1 is only provided as an estimated diversion by each program and is not intended as a success measurement for each program.

In order to receive diversion credit for processed materials, CWS must meet the requirements specified in the Agreement. Only those recyclable items approved by the City will receive diversion credit. CWS can request City approval to include additional approved materials. Materials not approved in advance will be considered residue when calculating CWS' annual diversion rate.

### *Recycling Awareness Training*

CWS is a recycling company and as such places an emphasis on recycling starting with the set out at the curb. CWS will train its recycling collection vehicle operators to view their positions as having a powerful influence on the success of the program. This will, when reinforced by Route Auditors, supervisors, and management, result in less contamination of recyclables by garbage and vice versa. CWS estimates that it will reduce the residue in Districts A and C recyclables by two percent with half of that becoming marketable recyclables.

CWS will use route auditors to train and assist drivers to provide notice to and work with residents who place prohibited material in their recycling carts. These route auditors will also assist with direct verification of acceptable materials placed in carts and one-on-one educating customers where warranted. During the first two years of the franchise, CWS will employ two full-time route auditors. Route auditor effectiveness will be evaluated at or near the end of this period to determine how, whether and with how many FTE's this function will continue.

## EXHIBIT 3

## SFD RECYCLING SERVICE OPERATIONS PLANS

### Table 1

### Estimated Diversion by Program for Recycling Services

| Program Description | Estimated Diversion (Tons per Year) | |
|---|---|---|
| | Districts A | District C |
| Driver Recycling Sensitivity Training | 824 | 544 |
| Multi-Service Benefit | 824 | 544 |
| Glass Clean-Up System | 1500 | 990 |
| Optical Sorting System for Plastics | 200 | 132 |
| Diversion and Recycling | 1,600 | 1,960 |
| Large Item Diversion | 430 | 450 |
| Plastic Bag Recycling at the MRF | 6 | 4 |
| Bag the Bag (Plastic bag recycling education) | 240 | 160 |
| Recycling Dollars | 5,400 | 3,500 |
| Textile Bag Program | 200 | 120 |
| **Total** | **11,224** | **8,404** |

### TIMOTHY MRF IMPROVEMENTS

The Timothy MRF improvements were completed.

**EXHIBIT 3**

**SFD RECYCLING SERVICE OPERATIONS PLANS**

## PUBLIC EDUCATION AND OUTREACH

### PUBLIC EDUCATION

CWS is focused on reducing the current contamination levels in San José's recycling carts and believes that the two-pronged approach of public education and route auditors are the key to this success.

CWS will partner with ESD to develop education programs to inform residents of the pending change in collectors and program education campaigns to reduce the contamination of Recyclable Material set out by households. CWS will be supported in these activities by contracted public education experts.

Strategy, content and implementation details of the Public Education and Outreach Plan (PEOP) for Recycling will be developed from meetings with the City, Best Practices research, and defined goals and objectives aimed at reducing the amount of contaminates in carts as well as increasing recycling participation overall. Proposed plans may also address specific campaigns focused on innovations that may be proposed by CWS.

CWS will propose and present a PEOP to ESD for annual approvals outlined in the contract.

### OBJECTIVES

Preliminary objectives may include:

- Ensure high compliance with residents' cart set-out instructions
- Reduce contamination in the recycling carts.
- Reduce number of customer service calls
- Increase overall citizen participation in recycling

### TACTICS

Tactics may include:

- Reviewing City-provided materials on "problem" areas of service area
- Engaging key community influencers
- Creating greater awareness among children of the importance of participating in recycling
- Developing specific information materials in appropriate languages to be distributed door-to-door in areas with low participation and/or high contamination
- Creating appropriate community information presentations in multiple languages

# EXHIBIT 3

## SFD RECYCLING SERVICE OPERATIONS PLANS

- Developing hand-out materials in multiple languages for distribution at community meetings.

- Establishing relationships with neighborhood and other community organizations within service areas.

- Staffing information table/kiosk at street fairs, fiestas, parades, other community events to distribute informational materials.

- Participating in the Bay Area "Stop Junk Mail" campaign, with publicity and advertising on how residents can remove their names from direct mail lists.

- Creating and maintaining a Web site linked to City's Recycle Plus site that includes relevant information and regularly updated content.

- Developing an interactive section of the CWS Web site that offers engaging and lively activities for children 5 through 10 years of age.

### CAMPAIGNS

Specific education campaigns might be developed using various themes and could utilize ethnic newspapers, radio PSA ads and other publicly visible media as well as tie-ins with retailers, etc. Following are examples of topics, themes or strategies that such campaigns might address or include.

- A visibility campaign built around collection vehicle drivers, featuring 3-4 actual drivers in service area.  City-approved posters with photo of driver to be attached to trucks with personal statements of their pride in their job and requests for help from residents with reducing litter, complying with universal and hazardous waste requirements, etc.

- Educational ads and publicity on how to dispose of plastic shopping bags correctly

- Universal and Hazardous Waste campaign to create awareness of what should not be placed in waste carts – tie in with major electronics retailers such as Fry's, Best Buy, and CompUSA to create awareness of alternatives to inappropriate disposal.

- Earth Day - each year develop a unique theme to increase awareness of and participation in recycling activities.  This campaign could be tied to the children's poster contest.

- The issue of electronic waste/recycling might be addressed by including in the Earth Day campaign elements of Pass It On Week  (April 16 to 23) and/or 100 Percent Day, an outreach effort to collect 100,000 personal computers throughout the US.

- America Recycles Day– each year develops a theme for America Recycles day to motivate participation specifically for reusable items. Campaign could encourage pre-holiday donation of textiles and other

**EXHIBIT 3**

**SFD RECYCLING SERVICE OPERATIONS PLANS**

reusable items through the curbside recycling program.  A media event that includes prominent San Jose elected officials, community leaders and other citizens could kick off the drive that would culminate in another event during which the total collected for re-use would be announced

**EXHIBIT 3**

**SFD RECYCLING SERVICE OPERATIONS PLANS**

## CUSTOMER SERVICE

Customer service involves the front line interaction of our collection crews and our customer call center.

## CALL CENTER

CWS currently operates a customer call center for Oakland. An additional call center will be established at the San José headquarters for the Recycle Plus contract and our Customer Service Technicians are trained to treat callers with the utmost professionalism. As previously noted, CWS uses the Tower software system, including the customer service package, and will develop the data interface between Tower and the City's Consolidated Utility Billing System (PeopleSoft RM) in accordance with the requirements of the agreement.

It takes skill to make the most difficult caller feel that the interaction has been positive; an outcome that could reduce repeat calls. To achieve the goal of one hundred percent customer satisfaction, the Customer Service Representatives will be trained in response best practices. A Customer Call Center Coach will continually motivate the Customer Service Technicians to provide optimal customer support in a courteous, helpful, and solution-oriented manner.

The Customer Service Department in San José will be staffed by four staff members adequately trained to handle calls coming in from Districts A and C. CWS will cross train other office staff that are members of the approved bargaining unit to assist with CSR duties as necessary and CWS will have access to bargaining unit qualified casual pool workers to assist in providing additional staffing as needed.

## CURRICULA

Training will be on-going to continually improve and streamline processes. CWS will review and develop training material on safety, recycling awareness, substance abuse, equipment review, obstacle course driving, customer service, sexual harassment, diversity, GPS, routes, and mechanics. Most of these materials will be compiled in the first quarter of 2007 and updated as necessary.

## SYSTEMS

Systems will be installed and tested and the Customer Service Representatives completely trained on them before the first collection occurs. Prior to the first collection, CWS will complete upgrades to the existing customer center with the necessary number of phone lines, adequate broadband internet access, and any required modifications to the CWS Tower customer service software system. This equipment will allow the Customer Service Representatives to look up addresses

**EXHIBIT 3**

**SFD RECYCLING SERVICE OPERATIONS PLANS**

and provide immediate information on collection day, large item collection appointments and C-UBS work order information.

Since CWS' Tower Customer Service System allows for expanded reporting, incoming calls will be tracked by type, location, and date and service route. These reports will enhance CWS' ability to refine services. With assistance from Tower software engineers, CWS will develop an interface with the C-UBS system to meet the reporting and coordination requirements in the Service Agreement. The systems will be modified and tested and the Customer Service Representatives completely trained.

# EXHIBIT 3

## SFD RECYCLING SERVICE OPERATIONS PLANS

### COLLECTION OPERATIONS

### VEHICLES

The planned numbers of collection and support vehicles are provided in Tables 2 and 3 below.  As described more fully below in the Collection Equipment Plan, CWS will use a single collection vehicle with a single-compartment body.  These vehicles will be operated by a single driver with the required level of California driver's license and who meets all other federal, State of California and CWS requirements.  The routes for these collection vehicles will be developed using GIS-based, RouteSmart™ route optimization software currently owned by CWS.  Routes will be adjusted for balance during the initial operating period; specifically with regard to load size and the goal of keeping the current day assignments. The driver will be provided with specific route path maps, driving instructions and customer sequence lists.

**Table 2**

**Daily Collection Vehicles**

| Type | Districts A and  C |
|------|---------------------|
| Collection Vehicle | 38 |
| Large Item Collection Vehicle | 2 |
| Supervisor Pick-up | 4 |
| Cart Vehicle | 1 |

# EXHIBIT 3

## SFD RECYCLING SERVICE OPERATIONS PLANS

### Table 3

### Back-up Collection Vehicles

| Type | Districts A and C |
|------|-------------------|
| Collection Vehicle | 6 |
| Large Item Collection Vehicle | 1 |

Staffing requirements necessary to collect recyclables from Districts A and C are shown in Table 4.  Reserve staffing will be available on a part-time basis as necessary.

### Table 4

### Recycling Collection Staffing Requirements

| Position Description | Districts A and C | Reserve Staff (%) |
|----------------------|-------------------|-------------------|
| Collection Vehicle Operator | 38 | 18 |
| Large Item Vehicle Operator | 2 | 18 |
| Supervisor/ Route Auditor | 4 | |
| Cart Vehicle Operator | 1 | 18 |
| Total | 45 | |

**EXHIBIT 3**

**SFD RECYCLING SERVICE OPERATIONS PLANS**

## USED OIL

Used oil containers and oil filters will be stored on racks under the collection vehicle body. These leak proof racks with oil absorbent pads on the bottom will hold 24 one-gallon oil containers. They will be sized to store a full day's collection and unloaded at the vehicle storage yard.  The used oil containers will empty into a 3,000 gallon tank in secondary containment.  An oil filter crusher will extract remaining oil from the filters that will also be recycled.  The oil filters will be sent to an approved recycling facility.  The extracted oil will be added to the oil collection tank.

## LARGE ITEMS

CWS will have a vehicle to collect large items in response to call-in requests delivered by the City to CWS.  Routes will be developed daily and trucks will be staffed by two qualified drivers. The number of collection and support vehicles is provided above in Tables 1 & 2.

Potentially reusable or recyclable items will be inspected and categorized by the facility staff, segregated, graded and prepared for shipment at the designated CWS Large Item area.  Preliminary arrangements were discussed with Goodwill Industries to take usable items such as furniture, tools, recreational equipment and other items.  Usable construction materials, dimensional lumber, plywood sheets, sinks, toilets, etc. will be taken for reuse. White goods and other appliances containing environmentally harmful materials such as CFCs will be processed for removal of these materials by a licensed and certified staff member.  CFCs will be captured and marketed.  Other hazardous wastes from appliances, such as mercury switches and capacitors, will be sent for proper treatment or disposal. All items and materials that are not reusable or directly recyclable will be disposed of in an environmentally safe and regulated manner.

If the City of San José establishes a Reuse Center, CWS will provide the City with the right of first refusal for all usable items.

# EXHIBIT 3

## SFD RECYCLING SERVICE OPERATIONS PLANS

### MATERIALS DISPOSITION

Collected materials will be marketed and otherwise directed as shown in Table 5 below.

**Table 5**

**Disposal Arrangements with Facility Locations**

| Material | Disposal Facility Name | Location | Facility Type | Fee (Per Ton) |
|---|---|---|---|---|
| Mixed Fiber | Domestic & International Markets | | Warehouse | Market Value |
| Mixed Plastics | Domestic & International Markets | | Warehouse | Market Value |
| Aluminum Cans | Domestic & International Markets | | Warehouse | Market Value |
| Tin/Bimetals | American Metal & Iron | 11665 Berryessa Road San Jose, CA 95133 | Warehouse | Market Value |
| Glass | CRA | 31775 Hayman St Hayward, CA 94544 | Warehouse | Market Value |
| Scrap Metal | American Metal & Iron | 11665 Berryessa Road San Jose, CA 95133 | Warehouse | Market Value |
| Sharps | Stericycle Inc | 1345 Doolittle Dr , San Leandro, CA 94577 | Warehouse | TBD |
| Used Oil | Evergreen Environmental | 6880 Smith Avenue Newark, CA 94650 | Yard | TBD |
| Used Oil Filters | Evergreen Environmental | 6880 Smith Avenue Newark, CA 94650 | Yard | TBD |
| Large Items | American Metal & Iron | 11665 Berryessa Road San Jose, CA 95133 | Warehouse | TBD |
| Appliances | American Metal & Iron | 11665 Berryessa Road San Jose, CA 95133 | Metals Processor | TBD |
| Freon, CFC | Freon Free | PO Box 5607 Vacaville, CA 95696 | Yard | TBD |
| Furniture, etc | Goodwill, Salvation Army, etc. | | Warehouse | TBD |
| Electronics | American Metal & Iron | 1165 Berryessa Road San Jose, CA 95133 | Warehouse | TBD |

# EXHIBIT 3

## SFD RECYCLING SERVICE OPERATIONS PLANS

| Material | Disposal Facility Name | Location | Facility Type | Fee (Per Ton) |
|----------|------------------------|----------|---------------|---------------|
| Tires | Roman Tires | 800 Laurelwood Road Santa Clara, CA 95054 | Yard | TBD |
| CRTs | American Metal & Iron | 1165 Berryessa Road San Jose, CA 95133 | Warehouse | TBD |
| Batteries | American Best Battery | 29588 Mission Blvd. Hayward, CA 94544 | Warehouse | TBD |
| Antifreeze/Coolant | Evergreen Environmental | 6880 Smith Avenue Newark, CA 94650 | Warehouse | TBD |
| Propane/ Helium Tanks | Freon Free | PO Box 5607 Vacaville, CA 95606 | Yard | TBD |
| Hazard Waste | Teris, LLC | 880 West Verdulera St. Camarillo, CA 93010 | Warehouse | TBD |

## OFFICE AND YARD LOCATIONS

The CWS corporate headquarters and management staff for the Recycle Plus Program are located at 1005 Timothy Drive, San José, California 95133. The collection vehicle storage yard is located at 1120 Berryessa Road, San José, CA 95133.

## OPERATIONS SCHEDULE

It is anticipated that collection vehicles and large item vehicles will be unloaded twice per day, or as necessary.

## PHYSICAL EXAMINATIONS

CWS has physical examination requirements for collection employees and prospective employees. These are designed to protect workers and provide assurance that collection employees are capable of meeting the strenuous demands of this job. Specific requirements are contained in the CWS Physical Examination Policy. The responsibility for managing these requirements rests with the CWS Human Resources Manager.

## SUBSTANCE ABUSE

CWS maintains a drug-free workplace and requires drug screening for employees and prospective employees. These screenings are designed to protect employees and provide assurance to CWS that its employees are meeting the drug free policy. Responsibility for managing these requirements rests with the CWS Human Resources Manager aided by individual supervisors and line mangers as noted in the policy.

**EXHIBIT 3**

**SFD RECYCLING SERVICE OPERATIONS PLANS**

The CWS policies on physical examinations and drug testing meet all federal and State of California requirements.

**EXHIBIT 3**

**SFD RECYCLING SERVICE OPERATIONS PLANS**

<span style="color:blue">**VEHICLE MAINTENANCE AND REPAIR**</span>

CWS purchased new collection vehicles from Coast Counties Truck and Equipment Co. with a six-year comprehensive warranty. This warranty covers all major maintenance items and during the covered period major warranty repairs will be performed at their facility centrally located on North 4th Street at the junction of Highways 880 & 101. This site is more than five acres, with ample room for staging equipment prior to delivery with a 24-bay maintenance facility. The service and parts departments are open from 7:30 a.m. to 6:30 p.m. Monday thru Friday; with parts also open on Saturday morning. In addition, Coast Counties has outside repair capabilities with their thoroughly outfitted mobile maintenance trucks.

During the contract period, CWS will perform oil changes and other preventive maintenance functions on the schedule provided by the equipment manufacturers and Coast Counties. The goal of the CWS fleet maintenance approach is to minimize unscheduled repairs. CWS will perform maintenance activities on a scheduled basis in keeping with fleet operation Best Practices.

Road service will be performed by Coast Counties and CWS. Estimated response time will be a maximum of 60 minutes for replacement in the southern portion of Districts A. Should a breakdown occur while a vehicle is in service, the operator will notify the CWS Collection Supervisor who will generate a Service Order. This will be transmitted from CWS to Coast Counties to fix the vehicle. Replacement collection vehicles will be dispatched by CWS from the vehicle storage yard and specific time for any replacement will be determined by breakdown location and traffic conditions. The number of spare collection vehicles and other vehicles required for each proposed option are shown in Table 2.

Road service tires for CWS vehicles will be provided through the maintenance Service Order system. CWS estimates that the tire service response time will be a maximum of 60 minutes for replacement response from each District.

Maintenance records will be kept on all vehicles by CWS.

Major item repair records will be generated and maintained by Coast Counties using automated fleet maintenance software provided by TruckCare Connect. These repair records will be transmitted to CWS so that the Collection Supervisor has a complete file on each vehicle to aid in predicting availability and anticipating related issues.

**EXHIBIT 3**

**SFD RECYCLING SERVICE OPERATIONS PLANS**

Collection vehicle cleaning will be done at the CWS Collection Vehicle Yard using a portable pressure washer system once per week.  Individual drivers are responsible for keeping cabs clean as part of their daily post trip inspection.

**MECHANICAL SUPPORT**

CWS will hire four mechanics to operate the light duty vehicle shop for minor maintenance such as oil changes, replacement of air filters, hoses, and repairs to brakes and tires. Coast Counties Peterbilt will do all warranty work on collection vehicles.

# EXHIBIT 3

## SFD RECYCLING SERVICE OPERATIONS PLANS

### PROCESSING OPERATIONS

This Processing Operations Plan sets out the operational and contingency plans for the CWS facility at 1005 Timothy Drive, San José, California. It may be subject to reasonable revisions by CWS management over time and as circumstances dictate, to conform to changed conditions, incorporate new operations, techniques and practices, facilitate the acceptance of materials from other sources, or to address other operational issues. Revisions to the Processing Operations Plan are subject to review and approval by the City of San José in accordance to Article 8 of the Agreement.

CWS and ESD have developed criteria to be used in selecting Alternative Processing and/or Storage Facilities for processing materials when the Timothy Drive MRF is unable to fully process the incoming materials. City pre-approval is required prior to use of any alternative facility. CWS will not load materials from the tip floor into transport or storage containers without prior written authorization from the City Representative

CWS is committed to labor peace and will maintain collective bargaining agreements with its local unions and/or ensure that not less than the prevailing wage is paid at all times for all classes of non-exempt workers

### FACILITY

## ACCESS

<u>Days & hours of operation</u>:

The normal processing operations day shift days and hours are Monday through Friday from 4:00 a.m. to 2:30 p.m. Second processing shift operating hours are 3:00 p.m. to 11:30 p.m. The facility closes for three holidays during each year: Thanksgiving, Christmas and New Years Day. From time to time, it may be necessary to add time or days to shift operations. The facility is permitted for processing 24 hours per day for increased flexibility. Shift hours will not be changed without an amendment to the operations plan, but the second shift may be down-staffed or eliminated at any time if deemed appropriate by plant management.

Based on need and permit limitations, the facility may also be opened for processing, administrative activities and outbound materials transport only during earlier or later hours on Monday through Friday, or on designated Saturdays.

**EXHIBIT 3**

**SFD RECYCLING SERVICE OPERATIONS PLANS**

Days and hours of materials receipt:

Materials are typically received at the facility Monday through Friday between the hours of 6:00 a.m. and 7:00 p.m. The facility is permitted to accept materials during these same hours on Saturdays.

Days and hours of materials departure:

Materials are typically shipped at the facility Monday through Friday between the hours of 6:00 a.m. and 7:00 p.m. The facility is permitted to ship materials during these same hours on Saturdays.

**MAINTENANCE**

**INTERNAL**

Processing plant:

Internal facility maintenance largely consists of keeping the floor and related work areas free of excessive amounts of debris. Special attention is given to keeping walkways clear. Given the nature of materials recovery operations, the presence of a certain amount of debris on the floor is unavoidable.  At a minimum the floor is swept once per shift, at the end of each shift. Beyond this set schedule, additional sweeping may occur when upon visual inspection  the Plant Manager or Plant Supervisor determines that the level of debris buildup presents an unsafe situation, in which case operations may be stopped to clear walkways. Additionally, the floor may also be swept when there is equipment or other operational downtime.

The facility is equipped with a misting system for control of dust and odor. Primary maintenance of this system consists of clearing clogs as needed. Spare nozzles are kept on site to do immediate repairs. A contractor is brought in as needed to do overall system cleaning and check-up.

Administrative offices and employee rest areas:

Once daily, a contracted janitorial service cleans all restrooms, empties all waste receptacles, mops the employee break room floor, and vacuums building carpeting.

**EXTERNAL**

Litter:

CWS strives to prevent litter from migrating off-site through the following actions:

- On-site Collection - CWS utilizes a company-owned 8-foot Lay-Mor Sweeper that circulates around the main drive area at a minimum of once daily, no later than the end of the first shift. Additional circulations may be

**EXHIBIT 3**

## SFD RECYCLING SERVICE OPERATIONS PLANS

required under windy conditions, precipitation is expected or there is a high level of vehicle traffic generating additional litter.

- Gate Control – An automatic rear gate controlled by a remote control maintained in the scale house prevents litter from blowing outside the fence line.

- As a general rule, the gate remains open when trucks are entering the yard. The gate will remain closed when there is no truck traffic.

- The scale house operator has a clear view of the gate, and will allow for ingress and egress of trucks as needed.

- The areas surrounding storm drains are included in the regular exterior sweeping schedule. Also, weather conditions direct additional efforts related to litter around storm drains. During the summer, particularly during windy conditions, drains may be covered with plastic to protect them from litter. During rainy weather, litter tends to stick to the ground and not blow or migrate. Storm drains are cleaned and inspected on the regular basis required by storm drain management regulations.

The following actions address off-site litter:

- CWS employs one fulltime employee who is dedicated to continuously patrolling the building inside, yard internal and external perimeter as well as the neighboring property along Yard Court and Timothy Drive during the daytime operating hours.

- During the second shift, a sorter may be reassigned to address litter issues as needed and available.

- Each employee assigned to this responsibility is directed to pick-up any observed litter near the CWS facility.

Landscaping:
Exterior landscaping consists of grass, ground cover and trees. Grass is watered daily with an automatic sprinkler system. A contracted gardening service maintains all exterior landscaping bi-weekly.

Building Appearance:
CWS regularly monitors the condition of the building exterior and has contractors immediately available to paint and repair as needed.

**EXHIBIT 3**

**SFD RECYCLING SERVICE OPERATIONS PLANS**

### EQUIPMENT INVENTORY

The following equipment in Table 6 is in use at the Timothy MRF. Equipment will be replaced as necessary and appropriate.

**Table 6**

**Processing Equipment**

| Equipment Type | Age (years) |
|---|---|
| 1 950 Caterpillar Loader, 8 cubic yard capacity | 2004 |
| 1 928G Caterpillar Loader, 4.5 cubic yard capacity | 2003 |
| 1 906 Caterpillar Loader, 2 cubic yard capacity | 2004 |
| Machinex, single-stream sorting system, rated at 50 tons per hour | 2002 |
| 2 Enterprise double ram baler | Purchased 1/06 |
| 5 Forklifts, Toyota 5,000 pound lifts, One with rotating forks | 2002 |
| 3 Lindy Forklifts | Purchased 1/06 |
| Lay-Mor Sweeper | 2002 |
| Debris boxes and bins for recyclables | Various ages |

The Machinex single-stream sorting system was purchased new and consists of many components including the following equipment:

- Two inclined infeed conveyors
- Two Presort conveyors with 22 sorting station
- Five fiber rigid sorting screens
- Sorting conveyors
- The main sorting platform has 25 sorting stations
- A container sorting line with 5 sorting stations
- An eddy current separator
- A four compartment container bunker
- An aluminum bunker
- Five bunkers for temporary storage of OCC and other fibers and trash

**EXHIBIT 3**

**SFD RECYCLING SERVICE OPERATIONS PLANS**

- Glass fines bunker
- The two balers referenced above

# EXHIBIT 3

## SFD RECYCLING SERVICE OPERATIONS PLANS

### PLANT SPECIFICATIONS

Plant equipment specifications are listed below.

## PRODUCTION CAPACITY

Overview

CWS' single-stream equipment is rated at 50 tons per hour (TPH) with a clean single-stream of materials. A clean single-stream is defined as 10% or less non-recyclable material present in incoming material. This equipment, which includes two belts, is typically run at a combined average speed of approximately 45 TPH. Belt speed may be adjusted as necessary by the Plant Manager and/or Plant Supervisor based on the quality of incoming material.

These decisions are relative and based on the staffing level at a specific point in time, and quality/composition of the materials, which may vary by load on a daily basis. Factors that influence the speed, and therefore system capacity may include, but not be limited to materials' moisture content, amounts of materials that must be removed, and residual content (more or less then 10%).

Belt Speed

Belt speed determines the amount of material processed through the system.

If belts are moving too fast, the material balls up and rollback occurs. In a "rollback" situation, material gets hung up in an area of the conveyor and does not break free. The material on the bottom of the ball comes out very thin, and material approaching the ball only adds to the ball. Belt speed is adjusted to avoid this problem, and allow material to flow smoothly through the plant.

Based on the condition and content of incoming materials, the Plant Supervisor and/or Plant Manager determine(s) and direct(s) the speed at which belts run, as well as the amount of material loaded onto infeed belts, two critical determinations that are important in managing the process. This allows materials to spread out on the presort lines, rendering most major contaminants, scrap metals and corrugated cardboard visible to the materials classifiers who are working on the presort line. Note that presort lines move faster than infeed lines, so that materials do not move down the presort lines at the same height at which they are loaded onto the infeed belts.

**EXHIBIT 3**

**SFD RECYCLING SERVICE OPERATIONS PLANS**

Examples of factors that influence belt speed determinations include, but may not be limited to:

- Presence of contamination above 10%
- Material moisture content
- Material compaction or fluffiness
- System overload
- Screen(s) efficiency in separating the material
- Consistency in flow
- Screen(s) overload

Balers

There are two double ram balers installed in the MRF that can operate at the rate of 25 tons per hour each.

Maintenance

Preventive maintenance is done on a regularly scheduled maintenance program as outlined by the manufacturer. Each piece of equipment has specific continual and periodic requirements. The manufacturer, Machinex, has forms for each piece of equipment describing the actions to be taken and a schedule for those actions. These forms are filled out as maintenance occurs and they are maintained in the CWS archives.

Training

Employees are trained in facility and equipment operation commensurate with job responsibilities. Training includes procedures for plant start-up and shut-down, material classification, safety, hazardous materials recognition, and emergency procedures.

# EXHIBIT 3

## SFD RECYCLING SERVICE OPERATIONS PLANS

### MATERIAL RECOVERY

**STAFFING**

Table 7 presents the number, types, and primary responsibilities of regular day and evening shift employees. The evening shift is subject to change according to material volumes.

**Table 7**

**Staffing**

| Title | Day Employees | Evening Employees | Primary Job Responsibilities |
|---|---|---|---|
| Plant Manager | 1 | | Oversee all plant activities and personnel |
| Supervisor | 1 | 1 | Supervise facility operations |
| Scale House Operator | 1 | 1 | Supervise & conduct scale house operations; control litter gate |
| Forklift/Sweeper Operator | 3 | 3 | Operate the forklift and keep inside gates clear of litter |
| Loader Operator | 2 | 2 | Operate the wheel loader in the materials unloading area |
| Baler Operators | 1 | 1 | Operate balers |
| Sorters | 26* | 26 | Sort materials on the processing conveyors |
| Litter Patrol Monitor | 1 | Reassigned as needed | Keep premises, streets and neighboring business clear of litter |
| Bale Cleaners | 1 | 1 | Prepare bales for market |

\* Of these, 12 sorters are stationed on the pre-sort lines, 6 per line.

# EXHIBIT 3

## SFD RECYCLING SERVICE OPERATIONS PLANS

**WORK SCHEDULE**

First Shift:

Materials receiving and processing related activities will generally be conducted in two work shifts that include staggered start times. From time to time, it may be necessary to extend shift operations. In these instances, a work schedule and staffing will be defined according to need and required duration. The Plant Manager will determine overtime and supplemental shift construction. It should be further noted that break and lunch times are approximate and subject to adjustment according to workflow and plant conditions. The Plant Manager and Supervisor are responsible for notifying employees of deviations in this schedule. No advance notice is required.

Second Shift:

The work schedule for the second shift does not contain staggered hours.

Overtime**:**

From time to time, overtime work may be required to compensate for processing time lost due to plant shutdowns, equipment failures, or belt slow-downs due to delivery of highly contaminated materials and resulting tipping floor back-up. The Plant Manager makes the decision to operate and authorize overtime, based on the volume of materials on the tipping floor and prognosis for keeping the floor adequately cleared from day to day. In cases where the need for overtime is identified, the Plant Manager is authorized to approve it only for the period necessary to clean the tip floor or catch up from a close-down.

Overtime employees may be engaged according to one of two possible methodologies:

1) Use of a voluntary sign-up sheet for employees desiring to work overtime.

2) Mandatory calls to work that require a twenty-four hour advanced notice to employees.

It should be noted that as management staff, the Plant Manager does not have a defined schedule. The person in that position is present during the day shift, but may also work additional hours as needed.

## PROCESSING

A narrative description of the materials recovery process is provided below.

## MATERIALS IDENTIFICATION

The term Materials as herein used refers to:

**EXHIBIT 3**

**SFD RECYCLING SERVICE OPERATIONS PLANS**

Program Materials:

CWS is required to follow the City of San José programs with regard to required material recovery. Material(s) not included in the program may be extracted at the discretion of CWS. Other recyclables, not covered by the Recycle Plus program, are listed in the Agreement.

## LOAD SCREENING

CWS' goal is to have all loads contain no more than 10 percent residual garbage. Residual garbage refers to all material remaining after program materials have been removed. CWS has extensive experience with the presence of hazardous and prohibited wastes detected in San Jose's recycling materials.

Employees assigned to the tipping floor are trained to evaluate loads as they are brought in and deposited on the tipping floor. Additionally, management is on the tipping floor on a regular basis. If an unacceptably bad load, or portion thereof, is suspected, the loader operator is directed to notify a supervisor through the use of plant radios. In addition, personnel on the pre-sort line remove any hazardous or prohibited wastes remaining in the recyclables.

One tool used for evaluating incoming loads is the 10 percent visual guideline provided by the California Integrated Waste Management Board (CIWMB). The image was adapted from CIWMB LEA Advisory Number 58 (Revised April 18, 2003), and is available on-line at: (http://www.ciwmb.ca.gov/LEAAdvisory/58/default.htm), Attachment 2A, Comparison Chart for Estimating Percentage Composition. CWS has adapted this visual as a tool to provide a comparison of the percent contamination in a load of solid waste.

## LOAD ASSESSMENT

Upon visual inspection before unloading or when the material is deposited on the ground, CWS makes an assessment of the load. The assessment is based primarily upon visual observations of the load. CWS personnel will observe the load for indicators of the presence of prohibited materials, such as container shapes or labels. Prohibited materials include materials that are not on the City of San José's list of recyclable program materials, including garbage and hazardous materials.

Either the loader operator or a spotter will conduct this assessment. Workers must exercise caution and use safety precautions when observing loads from the rear of the vehicle. If necessary, the driver will be instructed to wait before discharging the load. This observation can be made from a distance and from

**EXHIBIT 3**

**SFD RECYCLING SERVICE OPERATIONS PLANS**

the side of the vehicle.  The spotter should be constantly aware of other incoming vehicles and equipment.

If a prohibited material is suspected, the spotter will instruct the driver to not discharge the load until a further investigation is conducted, or will secure the area around the deposited material until the material can be safely returned to the tipping floor or placed in a container for off site disposal. Based upon that assessment, CWS personnel may segregate partial or full loads as follows:

- Rejection of the entire load

- Redirect truck to alternative unloading area

- Load is partially unloaded before rejecting the remainder of the load

- Entire load is unloaded

## LOAD REJECTION:

An entire load is subject to rejection if it contains garbage far in excess of the ten percent contamination level, hazardous wastes, medical wastes, radioactive wastes, or other prohibited wastes that are observed when the hopper is raised. If the loader operator or spotter deems that the contamination is so extensive that separation of acceptable materials would be too time intensive or dangerous the entire load is rejected. If the load has not been dumped, the driver will be instructed to close the hopper and move the truck to a designated area to await further instructions.  If the load has been dumped, the material will be inspected and either processed or placed in containers for off-site disposal under conditions and in a facility appropriate to the material. An example would be the presence of drums containing hazardous wastes.

Prohibited wastes include hazardous, medical, radioactive, or other materials that this facility is not permitted to process.  Although this assessment is only for a small portion of the load, the presence of significant amounts of these materials would make the acceptability of the entire load questionable.  In such an instance, the driver will be instructed to close the hopper and move the truck to a designated area to await further instructions.  These instructions could range from directing the vehicle to another disposal facility or to await the arrival of regulatory agency emergency response personnel.

## LOAD REDIRECTION:

A filled or partially filled delivery truck is subject to redirection to an alternative loading area, such as at the western end of the tipping area, if an additional content evaluation effort is deemed necessary. Redirection may occur when the load appears to contain contamination above 10 percent or the presence of hazardous or other prohibited materials is suspected.  This redirection allows for

**EXHIBIT 3**

an extended sorting operation without impacting on incoming vehicles. When time allows, the operator attempts to remove the worst materials from the load. Hazardous, medical or other prohibited wastes are to be removed and handled according to permit requirements prior to pushing the inspected material onto the conveyor.

## PARTIALLY UNLOADED REJECTION:

If a prohibited material is suspected when the load is partially discharged, the supervisor may instruct the driver to cease discharging and close the tailgate. Personnel can reject a load or partial load based upon a suspicion that prohibited materials are present. For example, the presence of drums with hazardous waste labels and liquid contents are cause for rejection without verifying that hazardous wastes are contained in the container. In such cases, the subject truck will be directed to follow the CWS' protocol for handling, transporting and disposing of hazardous materials. The unloaded portion will either be processed or a portion of the load will be sent to the container for contaminated material.

## ENTIRELY UNLOADED REJECTION:

CWS may elect to unload the entire contents of the compartment even if significant contamination is observed. The entire load may be loaded on the conveyor for processing or the loader operator may cleave off a portion of the load. This removed portion will be loaded into a debris box or other container. CWS will seek to minimize the loss of recyclable materials but given the imprecise nature of the loader, this removed portion may contain some recyclable program materials. The containerized material will either be processed later if there is sufficient time and capacity, or the load will be disposed of off-site.

## NOTIFICATION

CWS' plant manager or his/her designee will notify the driver, route supervisor and designated City representative when an unacceptably contaminated load arrives and it is determined that the load will be or should be rejected. This notification will occur as soon as the determination is made. Route supervisor shall confer with driver and route auditor so as to find the source of the contamination and implement an education campaign to promote clean recyclables.

## SORTING

CWS' strives to process material in the most effective and efficient manner, segregating final marketable product, MSW, and hazardous waste. Materials may be baled or bulk shipped depending upon the available market. Material is typically processed on a first-in, first-out basis so that specific material is not on site longer than 48 hours.

# EXHIBIT 3

## SFD RECYCLING SERVICE OPERATIONS PLANS

Once materials are dumped on the tipping floor the sorting process is as follows:

- Facility personnel will scan the materials for the presence of hazardous and other prohibited wastes including tires, cylinders, hoses, wood, metal, concrete, and large items. These materials will be removed to the appropriate storage location.

- Materials are loaded onto two infeed conveyor belts that transport them up to two pre-sort conveyor lines.

- Pre-sort activities are designed to separate cardboard, scrap metals, textiles, film plastic, prohibited wastes, and municipal solid waste (MSW). Sorters remove these items from the conveyor line and place them in chutes to the designated bunker or in containers. This is the primary point for removal of large items and difficult to handle items.

- Remaining materials from the presort flow into a series of sorting machines with fiber rigid screens that mechanically separate newspaper and mixed paper from other materials such as plastic containers and aluminum cans.

- Separated paper goes to a final sort line for removal of any residual MSW and maybe sorted to various marketable commodity levels.

- Mixed paper and newspaper are consolidated into bunkers and when enough of either material is available, it is directed onto one of the two baler infeed conveyors for baling.

- Recyclable materials from the paper reclaiming process go onto a transfer conveyer, where they are then taken to the container sort line.

- The container sort line is designed to separate three types of plastics, aluminum cans, ferrous metal scraps and cans, textiles, trash and glass.

- Ferrous metals, aluminum, and plastic types are accumulated in their respected bunkers until enough of each respective material type has accumulated for baling or bulk shipment.

- Each material is then directed onto a baler infeed conveyor for baling or is deposited in a container for bulk shipping.

- Glass is directed to a glass sort line where it is stored in bunkers. It is then loaded into end-dump trailers for sale. CWS has received a grant from CIWMB to subsidize the cost of the machinery needed to process glass bottles and jars to a greater degree.

- Baler productivity varies by material type and is dependent on the physical properties and quantity of each material being baled.

**EXHIBIT 3**

**SFD RECYCLING SERVICE OPERATIONS PLANS**

<span style="color:blue">**HAZARDOUS AND OTHER PROHIBITED WASTE**</span>

Once the incoming materials are unloaded on the receiving area and throughout the sorting process, any potentially hazardous or other prohibited wastes that are detected will be removed from the incoming materials and placed in the designated staging area.  As necessary, or at the end of each day's shift, collected hazardous or prohibited wastes will be moved to the designated outside storage area.  Hazardous wastes include those materials deemed to be hazardous pursuant to federal, state, or local requirements.  Typical characteristics of hazardous wastes include toxicity, corrosivity, flammability, and reactivity.  Examples may include: lead acid batteries, cathode ray tubes, compressed gas containers, used oil and filters, solvents, paints, and pesticides.  Containers that meet the regulatory definition of "empty" are not considered hazardous.  Many of these prohibited wastes are diverted as recyclable materials.

The determination of a hazardous waste is based upon visual observations of containers and labels.  If suspicious odors or reactions are observed, personnel will utilize caution when investigating the material and follow its hazardous waste protocol.

**MEDICAL WASTES**

Prohibited medical waste includes those materials deemed as regulated medical waste and certain non-regulated wastes.  Non-regulated medical wastes can include sharps, needles, and other items from sources exempt from regulation such as households.  Regulated medical waste could include biohazardous or infectious wastes from the treatment of humans or animals, and materials used in research or testing that contain body fluids.

**SOLID WASTES**

Any prohibited municipal solid waste detected in the incoming material, either at the tipping area on the presort line, will be removed.  Rejected materials are placed either into a storage container or designated bunker. Prohibited solid wastes include any putrescible and nonputrescible solid and semisolid waste material, including garbage and rubbish and any other non-program materials that are not accepted into the City-designated recycling cart.

<span style="color:blue">**STORAGE**</span>

CWS contains material in a lawful manner and strives to do so as effectively and efficiently as possible. Permitted storage areas are designated on site maps that have been approved by the City of San José and are a part of the Conditional Use Permit, Fire Permits, and the Hazardous Materials Business Plan. The types

**EXHIBIT 3**

of materials received and processed at the facility are not expected to contain materials that produce significant odors.

Potential nuisances are eliminated or minimized by thoroughly cleaning the station, prompt loading of wastes into containers or trailers, transferring the wastes to the landfill within forty-eight hours, and implementing litter control programs. A dust suppression system is installed in the unloading area. This system also serves to reduce potential odors and may be used in conjunction with an odor suppressant or neutralizer. The processing area is typically cleaned of potentially odorous material on a nightly basis.

## INCOMING RAW MATERIAL

Material is processed according to a first-in, first-out (FIFO) model. CWS is not currently processing material from any other jurisdiction in its San José MRF and all materials are therefore accounted for as being from San Jose

Prior to any future CWS acceptance of any materials other than those collected through San Jose's Recycle Plus program, the City and CWS will determine a protocol for creating and maintaining separate documentation and reporting consistent with the City's AB 939 reporting requirements.

Unprocessed materials that have not been transported up to the pre-sort line remain on the tip floor overnight. The following morning, unprocessed materials are moved from the back of the tipping floor area to the front of the tipping floor area, to insure that it is processed in a timely fashion (the "front" of the tipping area is defined as the area near the pit conveyers and the "back" is defined as the area towards the loading dock). A concerted effort is made to clear all conveyor belts of materials by the end of the shift. All recyclables materials/residual wastes received during an operating day shall be removed from the site within 48 hours of arrival.

## OUTGOING PRODUCT AND RESIDUE

Bales of paper, aluminum and other metals, plastic, textiles, and other recyclable materials are stored awaiting transport to offsite facilities. Stored bales must be placed so that there is a minimum of three feet clearance from the facility walls. Walkways between bales will be at least 44 inches wide. Outside storage areas have been authorized by a conditional use permit and subsequent amendments with no outside bale storage located within 10 feet of the property line.

Outgoing Residue is staged near the back area of the tipping floor, under the canopy, awaiting pickup. It is then hauled to a landfill or alternative disposal facility that meets all environmental regulations.

# EXHIBIT 3

## SFD RECYCLING SERVICE OPERATIONS PLANS

Bales stored outside must not be higher than six feet and bales stored inside must not be higher than twelve feet unless permitted under a high pile permit from the Fire Prevention Bureau. Areas designated for bale storage are noted on the Site Plan.

### HAZARDOUS WASTE

Any hazardous materials removed from incoming materials will be stored in the designated area. Materials deemed as hazardous waste must be labeled with the contents and accumulation date. Once sufficient quantities are accumulated, CWS will contract with a hauler or a transporter to schedule a removal. Records of these removals will be retained on site for at least three years.

### DISRUPTIONS

Significant disruptions may occur in several ways, including:

- Failure of equipment due to introduction of non-recyclable materials, non-compliant (non-programmatic) materials (e.g. large metals, chemicals, etc. getting into the system
- Failure of equipment due to normal operating stresses that may be avoided by preventive maintenance or may occur in spite of appropriate preventative maintenance measures
- Hazardous materials incidents
- Regulatory actions
- Fires, earthquakes, floods, labor actions, etc.
- Loss of markets, shipping capacity, fuel, power, etc.

### RESPONSE

Significant disruptions in processing ability detrimentally impact the company's operations, marketing, labor relations and customer relations. Such disruptions may also cause recyclables to be reduced in value or lost to contamination. CWS will notify the City Representative within two hours of any significant event that negatively impacts its ability to process materials

CWS regards any disruption of more than four hours to be significant. One of the first tasks of the Plant Manager in evaluating a processing disruption is to determine the probable duration of the disruption. The criteria by which the impact of the disruption is to be judged are as follows:

- Level of hazard associated with the disruption and its cause
- Probable duration of the disruption
- Available space on the tipping floor relative to amount of material anticipated during the probable duration of the disruption

**EXHIBIT 3**

**SFD RECYCLING SERVICE OPERATIONS PLANS**

- Available outlets for the current and anticipated inventories of processed and unprocessed materials during the disruption

Mitigation of the disruption begins immediately upon its discovery. If the situation presents a hazard or permit violation situation, CWS will take all prudent action. The order of priority in handling materials in a processing disruption is as follows:

- If the disruption does not allow for partial operation of the sorting system and there is more than four hours of storage available on the tipping floor, then store unprocessed materials on the tipping floor to its capacity

- If the disruption is significant but partial and processing throughput will be reduced but not ceased, reschedule processing to allow for longer hours at lower throughput sufficient to process all materials

- If there is insufficient space on the tipping floor for storage then contact City Representative to request permission to ship materials to CWS' Alternative Processing Facility

- If the alternative processing facility is unable to accept the material, then contact City Representative to request permission to ship to a second approved Alternative Processing Facility

## EMERGENCIES

Emergency response situations may occur at the facility. Potential emergency situations would include power outages, natural disasters, fire, and hazardous materials releases. CWS has implemented emergency response procedures. During an emergency, the designated emergency coordinator for the shift initiates the evacuation procedures by activating the emergency alarm or horn. The shift supervisor is responsible for notifying emergency services and starting the emergency procedures. Additionally, if as a result of an emergency storm drains are threatened by discharge the, openings are covered with a plastic cover.

Emergency coordinators and shift supervisors receive periodic training on emergency response. Each shift periodically practices evacuation drills.

Emergency incidents are recorded in the Log of Special Occurrences required for solid waste facilities.

## BASIC RESPONSE

Whenever there is an indication of imminent or actual emergency situation, the following steps are taken:

- Designated emergency coordinator conducts an assessment of the nature and extent of the emergency

**EXHIBIT 3**

**SFD RECYCLING SERVICE OPERATIONS PLANS**

- If determined necessary, emergency communications are activated to instruct employees to evacuate the facility

- Facility shut-down procedures are initiated if necessary

- Emergency response agencies are notified as appropriate and identified in the CWS Emergency Response Plan

- Facility emergency personnel take appropriate measures to resolve the situation or minimize the spread to other parts of the facility

- If storm drains might be impacted by any emergency release, specified personnel seal off the potentially impacted drains. Storm Drain emergency response protocols are contained in storm drain management documentation

Prior to commencing operations after an emergency situation, designated management personnel will assess the facility to ascertain that the hazard has been mitigated.
Designated management personnel will review the incident and determine if any changes to the emergency procedures are necessary.

CWS' MRF at 3300 Wood Street in Oakland has been proposed as the primary Alternative Processing Facility if in the case of an emergency or any other unavailability of the Timothy Drive facility.  Upon approval, the secondary Alternative Processing Facility would be CWS' MRF at 1820 Tenth St., Oakland. On or before June 30 of each year, CWS will propose an Alternate Processing Facility and a secondary Alternate Processing Facility.  City will utilize the agreed upon criteria in deciding whether to approve the facilities.  Once approved, the designation will be valid for one year.  However, CWS will still be required to obtain written permission to use the Alternate Facilities on an as needed basis.

**EQUIPMENT**

The following equipment is available for responding to emergencies:

- Fire extinguishers are located throughout the facility

- Emergency eye wash stations

- First aid kits

- Stormwater spill carts containing

    o Absorbent

    o Spill pillows

    o Spill boom

**EXHIBIT 3**

**SFD RECYCLING SERVICE OPERATIONS PLANS**

- o Personal protective equipment
- o Baking soda absorbent for battery storage area
- o Storm drain cover
- Radios for emergency communication
- Personal protective equipment

In addition, loaders and other site equipment can assist with emergency response efforts.

## TRAINING

Training for emergency response situations will be commensurate with an employee's responsibility. Employees will be directed that they are not to respond to any emergency situation where they are not comfortable. Training topics will include:

- Evacuation procedures
- Assessment of response situations
- Facility shutdown procedures
- Use of fire extinguishers
- Spill prevention and response
- Personal protective equipment
- Notification of emergency agencies
- Cleanup and mitigation of spills

Records of employee training will be documented and maintained.

## TRANSPORTATION

Traffic entering the facility property can generally be classified into three types: Incoming loads of unprocessed materials, outgoing loads of processed materials, and personnel, visitors and tradesmen arriving and leaving the facility grounds. Since this site is private property, only vehicles belonging to people with business with CWS are authorized to park in the designated parking areas. If an unauthorized vehicle is inappropriately parked it may be subject to towing.

The facility is capable of handling approximately 36 collection trucks at any one time. This consists of the following as depicted in the Site Plan (Appendices). It should be noted that parking of vehicles other than designated trucks is not allowed in this area.

- Seven trucks queuing behind the 70' entrance scale
- One truck on the 70' entrance scale

**EXHIBIT 3**

**SFD RECYCLING SERVICE OPERATIONS PLANS**

- Six trucks unloading on the unloading area
- Twenty-two trucks queuing in the parking spaces at the northeast side of the property

## INBOUND TRUCK TRAFFIC

Trucks bringing unprocessed materials to the facility constitute the greatest impact on the facility in terms of traffic, noise and hazard. All of these trucks are to enter the facility grounds from Timothy Drive and are instructed to approach the facility from the south end of Timothy and not to turn onto Timothy from Mabury. Once on site, collection trucks proceed to the 70' entrance scale. After being weighed, collection trucks maneuver to the unloading area to discharge materials.

## OUTBOUND TRUCK TRAFFIC

Trucks arriving empty to remove processed materials are usually 18-wheel tractor-trailer combinations or roll-off trucks. These trucks shall enter the facility from Timothy Drive and proceed to the designated area within the site for loading. The 18-wheel tractor-trailer combinations shall weigh in and out on the scale closest to Timothy Drive and shall exit onto Timothy Drive turning left only. Roll-off trucks may exit on Yard Court as they are likely to be pointing in that direction.

## TRUCK QUEUING

Trucks traveling to CWS Timothy Drive facility are not permitted to queue in the streets. At any time when the truck queue appears to be approaching the entrance, the loader operators and the scale operators are to direct trucks on the scales to the back staging area of the facility until the queue clears.

## TRUCK STAGING

Trucks staged at the back of the facility will back into their parking spots and remain until instructed by authorized facility personnel to proceed to the scales (if they have not been weighed) or to the tipping floor (if they have been weighed) to continue their unloading sequence. In general, the facility operates on a first-in first-out basis.

## CLOSING AND NOTIFICATIONS

If for any reason truck staging is overflowing and no room is available for the trucks to dump, materials delivery trucks will be turned away and the gate closed. In the unlikely event that such a closing should occur or appears imminent, CWS will notify all drivers immediately and request that they keep their trucks on the routes until the jam is cleared at the facility.

**EXHIBIT 3**

**SFD RECYCLING SERVICE OPERATIONS PLANS**

**PASSENGER AND LIGHT COMMERCIAL VEHICLE TRAFFIC**

Personnel, tradesmen and visitors will almost exclusively enter the facility from Timothy Drive and are not proscribed from turning right when exiting onto Timothy. With clearance from responsible company personnel, tradesmen may enter the Yard Court gate.

**HAZARDOUS WASTE TRANSPORT VEHICLES**

Only authorized haulers are utilized for removal of any recyclable hazardous, universal, and any other wastes from the facility.  CWS will be contractually responsible for arranging for the disposal of prohibited wastes.  CWS will retain documentation on the removal of these wastes.

**PERMITS AND LICENSES**

A listing of site and operational permits and licenses is provided below:

- Solid Waste Facility Permit, 43-AN-0024
- Conditional Use Permit, City of San Jose, CP 01-12-108
- Building Permit, City of San Jose – Application submitted
- Occupancy Permit, City of San Jose
- Environmental Protection Identification Number CAL000266187
- Hazardous Materials Business Plan, City of San Jose, Bureau of Fire Prevention
- Hazardous Waste Generator Permit, County of Santa Clara, Department of Environmental Health
- Combustible Material Storage Permit, City of San Jose, Bureau of Fire Prevention
- Places of Assembly Permit, City of San Jose, Bureau of Fire Prevention
- Liquefied Petroleum Gas (LPG) Permit, City of San Jose, Bureau of Fire Prevention
- Air Pressure Tank Permit, District of Occupational Safety and Health,
- Industrial Storm Water General Permit Order 97-03-DWQ, State Water Resources Control Board, Facility WDID No. 2 43S017556

**CERTIFICATIONS**

Facility scales are certified by Santa Clara County according to their standards and methodology. The County schedule is to certify annually.

**REPORTING**

CWS will provide all reports as required in the Service Agreement and in conformance with Exhibit 8 of the City's Service Agreement.

**EXHIBIT 3**

**SFD RECYCLING SERVICE OPERATIONS PLANS**

**SALES AND MARKETING PLAN**

CWS has been in the business of operating MRFs for 14 years. The company's principals have been in the business for more than 25 years and the combined recycling industry experience of the five key managers is more than 120 years. All these years of experience, however, are not enough to ensure that recyclables get recycled both for the highest and best use and for the highest dollar value if that experience is not continuously updated.

As a recycling company, CWS has always derived significant revenues from commodity sales. Because of the uncertainty of markets and the company's reliance on those uncertain returns, the company's principals have committed to work with all markets -- but especially emerging foreign markets – to ensure that while the rest of the industry may be experiencing radical fluctuations in price and demand, CWS can always move materials.

Now more than ever, the ability to sell materials in foreign markets is critical to the success of any recycling endeavor, as we see increasing American reliance on Asian paper and plastics markets while domestic markets weaken and tighten. Through extensive and regular visits to Asian commodity end users and through his own brokering business, CWS' president, David Duong, makes sure that CWS' materials move.

CWS' marketing model has a wide array of tools so the material moves during both high and low demand cycles.  CWS relies on long-term supply contracts, aggregation of orders from multiple plants, brokerage, off-site storage, and is in an Associate Partnership with a paper mill in Vietnam for fiber products. Through these techniques, CWS distinguishes itself as a leader in the secondary materials supply market in the western United States.

Among the materials CWS markets are:

**EXHIBIT 3**

**SFD RECYCLING SERVICE OPERATIONS PLANS**

- Newspaper (6-8)
- Telephone books (#1)
- Mixed paper (1)
- NCR computer paper
- Carbon computer paper
- Laser computer paper
- Laser-free computer paper
- White ledger paper
- Colored ledger paper
- Card stock
- Boxboard furnish
- Coated white overruns
- News scrap
- Glass bottles and jars in three colors
- Aluminium cans
- Aluminium foil
- Non-ferrous scrap
- Tin, steel, bi-metal cans
- Ferrous scrap
- PET clear
- PET colored
- HDPE natural
- HDPE colored
- Mixed plastics 3-7
- Injection molded HDPE of miscellaneous types
- LDPE natural film
- LLDPE films
- HDPE films
- Specialty polymers
- Wood
- Textiles
- Lead acid batteries
- Tires
- Compressed gas cylinders
- Inerts (glass fines for ADC, asphalt, concrete, dirt, rock, brick)
- White goods and small appliances
- E-waste including CRTs and integrated circuit boards
- Used motor oil
- Used motor oil filters

**EXHIBIT 3**

**SFD RECYCLING SERVICE OPERATIONS PLANS**

## COLLECTION EQUIPMENT

The number of collection vehicles and support vehicles for recycling collection in Districts A and C are provided in Table 1 and 2 in the Collection Equipment Plan. The staffing requirements necessary to collect recyclables are shown in Table 3. The specific plans for this equipment are provided in the following paragraphs.

## COLLECTION VEHICLES

CWS will purchase new collection vehicles to collect recyclables. These vehicles will meet all the requirements of the agreement.

A single collection vehicle with a single-compartment body will be assigned to collect recyclables from each route. These trucks will be automated side-loaders with low-level hoppers to facilitate manual loading of items such as extra materials and separately-bagged textiles. The specifications for the collection vehicles selected are:

- Chasses:     Peterbilt 320 single-steer, right-hand sit-down
- Bodies:       McNeilus, StreetForce, 31 cubic yard

These trucks will be equipped with engines that meet the California Air Resources Board Heavy Duty Engine Standards as proposed to be in CCR Title 13, Section 2021 et seq, and the Federal EPA Highway Diesel Fuel Sulfur regulations. Some of the vehicles have low-entry cabs with stand up right-hand drive. The collection vehicles will be equipped with enclosed racks to hold empty used oil containers, full used oil containers, and oil filters lined with oil absorbent pads as we currently operate in the City of Oakland. These features minimize the effort by the operators when they leave the cab to service bagged materials, on-premise collection and disability collection. This produces the advantage of increasing operator efficiency, lowering the potential for fatigue and injury and lowering overall operational costs.

All the CWS collection vehicles and collection support vehicles will be equipped with radio frequency identification (RFID) units and global positioning system (GPS) location equipment. The RFID will allow the collection vehicles to be positively identified as they enter processing and/or disposal facilities so that the scale systems can maintain tare weights for each vehicle. This reduces queuing requirements and speeds collection vehicle turnaround at this facility. The GPS system will allow CWS to track the location of each collection vehicle in real time. This capability will assist in assuring that CWS crews minimize missed collections and facilitate the Route Supervisors ability to provide the quality assurance for collection and provide support needed for the crews. The collection vehicles will be painted with the San José logo graphic.

## EXHIBIT 3

## SFD RECYCLING SERVICE OPERATIONS PLANS

For large item collection, CWS will use a 22-foot bed open body truck with a hydraulic knuckle boom crane and a lift gate for loading.

CWS will purchase these collection vehicles from the local Peterbilt dealer, Coast Counties Truck & Equipment Co., located in San José, California. The Peterbilt chasses will be delivered to McNeilus to be fitted with the bodies prior to delivery to Coast Counties for quality control, final prep and licensing. The binding purchase contract between CWS and Coast Counties specifies the cost of the collection vehicles which are shown in Table 8.

**Table 8**

**Collection Equipment and Costs**

| Type | Model | Cost Per Unit |
|------|-------|---------------|
| Collection Vehicle, Single Compartment | Peterbilt 320 McNeilus | $262,700 |
| Large Item Collection Vehicle | Peterbilt 335 | $134,000 |
| Supervisor Pick-up | Chevrolet 2500 | $37,000 |
| Cart Vehicle | Ford 450 | $45,000 |

### CARTS

The RFP indicates that the number of damaged carts averaged 14,412 units for Fiscal Year 2004-2005. These are divided between garbage and recycling at 8,448 and 5,964 respectively. In addition, the RFP indicates that the growth is 750 new stops per year. Each of these new stops will require a garbage cart and a recyclables cart. CWS, for planning purposes, has assumed that the distribution of the new and replacement carts by size will follow the size and color distribution presented in the RFP. CWS has made arrangements to purchase the recyclable carts from the OTTO Environmental Systems. CWS has an established relationship with OTTO based on the purchase of 40,000 Otto carts for the roll out of the single-stream curbside program in Oakland. These carts will meet all the requirements of the agreement.

CWS will maintain several months of cart inventory to ensure that sufficient inventory is maintained at all times. These carts will be delivered to the CWS Vehicle Yard.

**EXHIBIT 3**

**SFD RECYCLING SERVICE OPERATIONS PLANS**

CWS plans to field a single cart repair and replacement vehicle to service the carts in Districts A and C.  This vehicle will be equipped with storage containers for storage of spare parts for all the different carts.  The parts carried will include wheels, axles, nuts, and lids.  The vehicle will be sufficient in size to accommodate the carts needed for replacement service orders for the day, based on the data provided in the RFP for new placements, repairs and replacements.  The cart vehicle will be painted with the San José logo graphic as discussed in the Public Education and Outreach Plan.

## EMPLOYEE AND LABOR RELATIONS

The Employee and Labor Relations Plan for collection in Districts A and C are discussed below:

CWS recognizes the important role and tremendous contribution made by the current employees to the successful operation of the current San José solid waste collection system. CWS will offer employment to every non-exempt facility employees subject to the terms of the RFP and consequent service agreement. CWS has experience in hiring displaced workers in solid waste contracts and has no desire to upset the working and personal lives of current employees. CWS understands the uncertainty that workers feel when contracts are bid and believes it is essential that the employees understand that they will be retained and judged on their merits with a clean record going forward. If the current contractor has to have employed them full-time and continuously for 120 calendar days immediately before the effective date of the new agreement, CWS believes that they should be retained with no exceptional conditions.

### UNION RELATIONS

CWS currently has employees represented by Teamsters Local 70, Teamsters Local 350, ILWU Local 6, and Machinists Local 190. The company has four separate collective bargaining agreements and excellent relations with all unions. We are willing and able to respect and work cooperatively with all unions and all employees, whether working under collective bargaining agreements or not.

# EXHIBIT 4

# RECYCLE PLUS SERVICE DISTRICTS



EXHIBIT 4 PAGE 1 OF 1

Page 163

**EXHIBIT 5**

**CENTRAL BUSINESS DISTRICT AND TRANSIT MALL ZONE**

**Central Business District**

The boundaries of the Central Business District are as follows: Commencing at Market and Julian Streets; east on Julian to Fourth Street; then south on Fourth Street to San Salvador; then west on San Salvador to South Market Street; then northwest on Market Street to San Carlos Street; then west on San Carlos to Almaden Boulevard; then north on Almaden Boulevard to Santa Clara Street; then east on Santa Clara Street to Market Street; then north on Market Street to West Julian Street, the point of beginning. Premises on both sides of the boundary streets shall be included in the Central Business District.

Recyclables collection from premises located within the Central Business District shall take place between the hours required by the San Jose Municipal Code, the same day, except within the Transit Mall Zone (see below). Streets within the Central Business District are swept by City crews and are not normally swept by the residential street sweeping contractors. Solid waste collection regulations for the Central Business District are contained in the San José Municipal Code.

**Transit Mall Zone**

The boundaries of the Transit Mall Zone are as follows:  Commencing at Market and Julian Streets; then east on Julian Street to Third Street; then south on Third Street to San Carlos Street; then west on San Carlos Street to Market Street; then north on Market Street to Julian Street, the point of beginning; but excluding any premises which face Julian, Third, San Carlos, or Market Streets.

Recyclables collection from premises located within the Transit Mall Zone shall take place between the hours required by the San José Municipal Code.  Streets within the Transit Mall Zone are swept by City crews and are not normally swept by the residential street sweeping contractors.  Solid waste collection regulations for the Transit Mall Zone are contained in the San José Municipal Code.

EXHIBIT 5 PAGE 1 OF 2
Page 164

# EXHIBIT 5

## CENTRAL BUSINESS DISTRICT AND TRANSIT MALL ZONE



EXHIBIT 5 PAGE 2 OF 2
Page 165

# EXHIBIT 6

## SMALL CIVIC SERVICE UNITS

CONTRACTOR shall provide SFD Recycling Collection Services at the Small Civic Service Units listed in Service Districts A and C.

|   | Department | Facility Name | Facility Address | Facility Street | Facility Zip | Service District |
|---|---|---|---|---|---|---|
| 1 | DOT | 4th Street Garage | 50 | N 4th St | 95113 | A |
| 2 | Fire | Station 7 | 800 | Emory St | 95126 | A |
| 3 | Fire | Station 8 | 802 | E Santa Clara St | 95112 | A |
| 4 | Fire | Station 11 | 2840 | The Villages Parkway | 95135 | A |
| 5 | Fire | Station 19 | 3292 | Sierra Rd | 95132 | A |
| 6 | Fire | Station 21 | 1749 | Mt Pleasant Rd | 95148 | A |
| 7 | Fire | Station 23 | 1771 | Via Cinco de Mayo | 95132 | A |
| 8 | Fire | Station 25 | 5125 | Wilson Way | 95002 | A |
| 9 | Fire | Station 31 | 3200 | Ruby Ave | 95135 | A |
| 10 | Fire | Station 6 | 1386 | Cherry Ave | 95125 | B |
| 11 | Fire | Station 15 | 1248 | Blaney Ave | 95129 | B |
| 12 | Fire | Station 12 | 5912 | Cahalan Ave | 95123 | C |
| 13 | Fire | Station 17 | 5170 | Coniston Way | 95118 | C |
| 14 | Fire | Station 22 | 6461 | Bose Lane | 95120 | C |
| 15 | Fire | Station 27 | 6027 | San Ignacio Ave | 95119 | C |
| 16 | Fire | Station 28 | 19911 | McKean Rd | 95120 | C |
| 17 | Fire | Station 35 | 135 | Poughkeepsie Rd | 95123 | C |

CITY may add or delete Small Civic Service Units to the list above upon written notice to CONTRACTOR, or as updated in the Customer Service System.

EXHIBIT 6 PAGE 1 OF 1
Page 166

**EXHIBIT 7**

**APPROVED SUBCONTRACTORS**

The subcontractors listed below are hereby approved by CITY as to the scope of work specified for each listed subcontractor.  CONTRACTOR may employ additional subcontractors only with the prior written approval of CITY's Director of Environmental Services as to the subcontractor(s) and the scope of work to be performed by the subcontractor(s).

| Name of Company/Firm | Address | Area of Responsibility |
|---|---|---|
| Kneal Resource System, Inc. | | Public Education & Outreach |
| Beyond Compliance | | Permitting & Regulatory Compliance |
| Paul Rottenberg | | Contract Compliance, Materials Marketing & Processing |

**EXHIBIT 8**

**DATA AND REPORTING**

**I. DAILY COLLECTION DATA**

CONTRACTOR shall compile data on a daily basis and report the following information monthly by electronic format within ten (10) calendar days of the end of each month following the month in which the service was completed.

**A. Load Data for Recycling and Used Oil Collection Services**

For Recyclable Materials, Used Oil and Used Oil Filters, CONTRACTOR shall provide data for each load collected and delivered to the Materials Recovery Facility. Data shall include, at a minimum, the following information:

1. Name of the Materials Recovery Facility receiving load

2. Weight tag number (unique, non-repeating number)

3. Date of collection

4. Day of week collected

5. Date delivered to the Materials Recovery Facility

6. Time of arrival at facility

7. Truck number

8. Net weight of load (in tons)

9. Route number(s)

10. District(s) serviced

11. Number of set-outs

12. Number of Used Oil Containers collected

13. Number of Used Oil Filter Containers collected

14. Time on route(s) (collection, transport, and downtime)

**B. Load Data for Large Item Collection Services**

For Large Item Collection Service, CONTRACTOR shall provide data for each load collected and delivered to the Materials Recovery Facility. Data shall include, at a minimum, the following information:

1. Name of Materials Recovery Facility receiving load

**EXHIBIT 8**

**DATA AND REPORTING**

2.      Weight tag number (unique, non-repeating number)

3.      Date of collection

4.      Day of week collected

5.      Date delivered to the Materials Recovery Facility

6.      Time of arrival at facility

7.      Truck number

8.      Net weight of load (in tons)

9.      District(s) serviced

10.     Number of scheduled set-outs collected (in billable units, up to 3 Large Items per set-out)

11.     Number of unscheduled set-outs collected (in billable units, up to 3 Large Items per set-out)

12.     Number of items collected (by type: white goods-CFC, white goods-other, brown goods, mattresses, furniture, upholstered furniture, E-Waste, other)

**C. Non-Collection Notice Data**

CONTRACTOR shall provide data for each Non-Collection Notice issued.  Data shall include, at a minimum, the following information:

1.      NCN work order number entered in Customer Service System (unique, non-repeating number)

2.      Date issued

3.      Day of the week issued

4.      Route number

5.      Recipient address

6.      Service District

7.      Reason for Non-Collection (codes and definitions of codes to be provided by CITY)

**D. Courtesy Notice Data**

CONTRACTOR shall provide data for each Courtesy Notice issued.  Data must include, at a minimum, the following information:

**EXHIBIT 8**

**DATA AND REPORTING**

1. Date issued

2. Total number of notices issued

**E. Cross Jurisdictional Vehicle Use Data**

In the event that Recycle Plus vehicles are providing services outside of San Jose or for non-Recycle Plus Program activities, or if non-Recycle Plus Program vehicles are used inside San Jose for Recycle Plus Program activities, CONTRACTOR shall report vehicle origin, vehicle number, jurisdiction used, and date of use.

**II. PROCESSING DATA**

CONTRACTOR shall report monthly by electronic format within ten (10) calendar days of the end of each month following the month in which the service was provided, all data described in Articles 6 and 8 of this Agreement, including the following:

**A. Recycling, Used Oil, and Used Oil Filter Processing**

CONTRACTOR shall provide processing data for Recyclable Materials and Used Oil and Used Oil Filters.  Data shall include, at a minimum, the following information:

1. Tons of Recyclable Materials processed (by commodity)

2. Tons of residue that is delivered to the Disposal Facility

     i. Name of the Disposal Facility receiving load

     ii. CONTRACTOR weight tag number (unique, non-repeating number)

     iii. Disposal Facility weight tag number (unique, non-repeating number)

     iv. Date delivered to Disposal Facility

     v. Time of arrival at facility

     vi. Truck number

     vii. Net weight of load (in tons)

     viii. Material type (San Jose residential recycling Residue)

3. Gallons of Used Oil processed

**EXHIBIT 8**

**DATA AND REPORTING**

4.    Tons of Used Oil Filters processed

5.    Gallons of Used Oil and number of Used Oil Filters that could not be Recycled and were disposed

6.    Material sales information:

    i.      type of material

    ii.     buyer

    iii.    date purchased

    iv.    tons shipped

    v.     price

    vi.    invoice number

    vii.   weight tag number

    viii.  freight cost

    ix.    number of bales

    x.     total revenue

7.    Processing Equipment Breakdown Report (for significant events)

    i.      date of breakdown

    ii.     type of equipment

    iii.    duration of breakdown

    iv.    reason for breakdown

    v.     impacts, if any, to processing operations

    vi.    mitigation measures taken to avoid similar breakdowns

8.    Rejected Loads Report

    i.      date

    ii.     time

    iii.    route number (if known)

    iv.    estimated percentage of load rejected

    v.     tons rejected

    vi.    final disposition of material

EXHIBIT 8

DATA AND REPORTING

**B. Large Item Processing**

CONTRACTOR shall provide processing data for Large Items.  Data shall include, at a minimum, the following information:

1. Number of items received by type (CFC white goods, other white goods, brown goods, mattresses, furniture, upholstered furniture, E-Waste, other)

2. Tons collected

3. Tons material reused

4. Tons material Recycled

5. Tons disposed

## III.  DATA RECONCILIATION

CONTRACTOR shall compare the CITY's Service Unit data with the CONTRACTOR's Service Unit data and resolve all discrepancies within thirty (30) calendar days of receipt of CITY's Service Unit data.  Reconciliations shall be completed annually by March 15 of each year and shall include reconciliation of premise ID, service address, cart type, cart size, and any special services (on-premise, disabled on-premise).  CONTRACTOR shall notify CITY ten (10) Work Days prior to commencing the data reconciliation, by requesting Service Unit data from the CITY's Customer Service System.  The CITY shall provide data within ten (10) Work Days of the request.  If a large number of discrepancies are discovered during the data comparison, the CITY may defer resolution of discrepancies until the next annual route audit.  CONTRACTOR may choose to replace their Service Unit data with CITY Service Unit data instead of conducting a data comparison.  CONTRACTOR shall replace their data with CITY provided data within five (5) Work Days of data receipt, and notify CITY when complete.

## IV.  REPORT REQUIREMENTS

### A.  Monthly Reports

CONTRACTOR shall submit Monthly Reports within ten (10) days of the end of each calendar month.  The Monthly Report shall follow the report format requested by the City Representative.

# EXHIBIT 8

# DATA AND REPORTING

## B. Quarterly Reports

CONTRACTOR shall submit Quarterly Reports within thirty (30) days of the end of the previous calendar quarter. The Quarterly Report shall follow the report outline below, focusing on analysis and narrative of quarterly activity, with trend comparisons to previous quarter and same quarter of previous year, if applicable.

## C. Annual Reports

CONTRACTOR shall submit Annual Reports on or before February 15th for the previous calendar year. The final report covering the last six months of service under this Agreement shall be submitted by August 15th following the end of service. Annual Reports shall follow the outline below, with analysis and narrative to cover the reporting year activity.

## D. On-Request Reports

1.  Strike Contingency

    If CONTRACTOR'S employees are represented by a collective bargaining unit, CONTRACTOR shall detail how normal operations will be maintained if a labor strike should occur. The Strike Contingency Plan shall include, but not be limited to, the steps to be taken to have replacement labor to maintain operations, to maintain facility security, to protect non-union personnel and the public, and a point of contact or spokesperson for media relations.

2.  Additional Customer and Operation Information

    From time to time, CITY may request additional information in order to evaluate a potential redesign of the Recycle Plus Program services including, but not limited to the following:

    a.  *Routes by Service Type*
    ▪ Number of routes per day;
    ▪ Types of vehicles;
    ▪ Crew size per route;
    ▪ Number of full time equivalent (FTE) routes; and
    ▪ Number of accounts per route.

**EXHIBIT 8**

**DATA AND REPORTING**

b.   *Personnel*

- Organizational chart;

- Job classifications and number of employees (e.g. administrative, customer service representatives, drivers, supervisors, educational staff);

- Wages by job classification;

- Number of full time equivalents (FTE) positions for each job classification; and

- Number of hours per job classification per year.

c.   *Productivity Statistics*

- Number of Service Units per day per route;

- Representative number of setouts per day per route of actual data or based on annual route audit; and

- Average tons per day per route.

d.   *Education Activities*

- List of all public education efforts performed in the last 12-month period including, but not limited to: mailers, newsletters, bill inserts, and announcements on bills. For each item listed, identify the date and method of distribution, the customers or parties that received the materials, the total number distributed, and a copy of the material distributed; and

- Dates, times, and group names of meetings attended.

e.   *Large Item/E-Waste*

- Tonnage by Large Item and E-Waste service;

- Number of Large Item pick-ups and E-Waste pick-ups during each month of the most recent 12-month period;

- Disposal tonnage;

- Diversion tonnage, listed by vendor or Processing site;

- Number of stops serviced by a third party re-use vendor;

- List of re-use vendors collecting reusable items; and

- Number and type of vehicles used to perform the collections,

**EXHIBIT 8**

**DATA AND REPORTING**

average route hours per week; number of personnel and average labor hours per week during a one-month period.

3. <u>Regulatory Compliance for Vehicles</u>

CONTRACTOR shall provide the CITY Representative with copies of any documentation demonstrating compliance with the following regulatory requirements:

a. Clean air vehicle regulations as set forth in Section 11.3.3

b. Registration, licensing, and inspection as set forth in Section 11.3.8

c. Vehicle certification as set forth in Section 11.5

**E. Report Outline for Quarterly and Annual Reports**

The following provides an outline of the Quarterly and Annual Report requirements. The purpose of the reports is to provide an analysis of activities and significant events, including service delivery, CONTRACTOR performance, waste stream analysis, commodity prices, and community outreach and relations.

**EXHIBIT 8**

**DATA AND REPORTING**

**REPORT OUTLINE**

## SECTION I - DATA

### A. Collected Tonnage

This section shall include analysis of tons of Recyclable Materials collected and apparent trends and causes for any tonnage changes.

### B. Residue Tonnage Disposed

This section shall include analysis of residue levels at the MRF, and apparent trends and causes for any tonnage changes.

### C. Recyclable Tonnage Collected and Sold

This section shall focus on detailed analysis of the Recyclable Materials collected and sold (by major commodity), diversion, apparent trends and causes, and any challenges in the marketing of material.

### D. Commodity Prices and Revenue

This section shall focus on detailed analysis of the recyclable markets and sales activity, apparent trends and causes.

### E. Large Item Collection

This section shall focus on detailed analysis of the Large Item collection program, diversion, and apparent trends and causes. Additional analysis shall be provided on the following specific program aspects:

- Number of items collected by type (white goods-CFC, white goods-other, brown goods, mattresses, furniture, upholstered furniture, E-Waste, other)
- Tons collected
- Material reused (tons and type)
- Material Recycled (tons and type)
- Tons disposed

# EXHIBIT 8

## DATA AND REPORTING

### F. Used Oil and Used Oil Filter Collection

This section shall include analysis of amounts of Used Oil and Used Oil Filters collected and apparent trends and causes for any significant changes.

### G. Non-Collection and Courtesy Notices

This section shall focus on detailed analysis of Non-Collection and Courtesy Notice activity, by the dates issued, and apparent trends and causes for any significant changes.

### H. Missed Collections

This section shall focus on detailed analysis of the number of missed collections, apparent trends and causes and possible remedies.

### I. Cart Activity

This section shall focus on detailed analysis of Recycling Cart activity; apparent trends and causes for significant changes; and approximate quantities, by size, of CONTRACTOR's inventory of Recycling Carts available for deliveries, repairs and exchanges.

### J. Customer Calls

This section shall focus on detailed analysis of customer service activity, apparent trends, major issues and causes. Additional analysis shall be provided on specific service requests and complaint calls.

## SECTION II – ROUTE AUDITS

In this section, CONTRACTOR shall include the route audits conducted during the quarter and the findings from the route audits. This section shall include all of the route audit information required in Article 10 of this Agreement.

## SECTION III - VEHICLE INFORMATION

### A. Vehicle Inventory and Compliance Reports

### B. Vehicle Mileage Report

### C. Vehicle Maintenance/Preventative Maintenance Activity

**EXHIBIT 8**

**DATA AND REPORTING**

**D. Status of State Inspection Requirements**

**E. Alternative Fuel Vehicle (AFV) Usage and Performance**

1. Monthly AFV Reports shall include the following information:

    - Biodiesel purchase documentation, including blend information (e.g., B20, B50, etc.)

    - Biodiesel usage information including gallons

    - Quantity of vehicles operating on biodiesel

2. Quarterly AFV Reports shall include the following information, if applicable:

    - Discussion of Biodiesel performance; including but not limited to, average fuel economy, issues with power and speed, and any unusual noise or fumes.

    - Operational issues

    - Maintenance issues

    - Fuel supply issues

    - Analysis and narrative of results from testing the use of alternative fuels in collection vehicles

3. In addition to the above, Annual AFV Reports shall include:

    - Summary of Quarterly Reports

    - Emissions ratings

    - Grant status

    - Fuel purchase and delivery documentation

**SECTION IV – COMMUNITY OUTREACH SUMMARY**

**A. List of Events**

**B. Outreach Pieces, Distribution, Targeted Audiences**

**C. Number of Customers Reached Through Each Campaign**

**D. Results of Outreach Efforts**

**EXHIBIT 8**

**DATA AND REPORTING**

## SECTION V - SIGNIFICANT EVENTS

This section shall discuss any significant events occurring in the organization.

## SECTION VII - CALENDAR

    **A.  Reports Delivered This Quarter**

    **B.  Reports Due Next Quarter**

**END REPORT OUTLINE**

END OF EXHIBIT 8

**EXHIBIT 9**

**OUTREACH**

**SFD Recycling Collection Services**

### A. Annual Outreach Plan

CONTRACTOR shall submit an annual Public Education and Outreach Program Plan ("PEOP") for each calendar year of the term of this Agreement. The PEOP must be submitted by September 30th of the preceding calendar year and must be approved by the City Representative. The PEOP shall include a minimum of four public education and outreach campaigns designed to increase diversion. Campaigns should target certain recyclable materials or "problem" areas of CONTRACTOR's service area where improvements can be maximized. Targets of outreach should be based on local trends and recycling patterns based on information obtained by both CITY and CONTRACTOR staff. Required elements of the annual plan include:

1. One direct mail piece. The piece must be submitted with the Plan, and must be approved by the City Representative before publication. CONTRACTOR shall distribute the piece to all SFD households, either through direct mail or by hand-delivery. Upon the mutual agreement of CONTRACTOR and the City Representative, CONTRACTOR may fulfill this requirement by contributing to the production and distribution costs of a direct mail piece produced by CITY.

2. Promote and support specific Recycle Plus programs as directed by the City Representative.

3. Grass roots, door to door interaction with residents.

4. A list of community events such as fairs, workshops, and cultural festivals CONTRACTOR will attend to promote the Recycle Plus program, as needed or directed by the City Representative.

5. Attendance at community and neighborhood association meetings as needed or directed by the City Representative.

6. School presentations.

7. Distribute City-developed collateral materials at events, schools, community meetings, etc.

8. Creation of display materials for events and school presentations.

**EXHIBIT 9**

9.  Placement of CITY-provided signs on collection vehicles

10. Distribute, or contribute to the distribution of, CITY-developed Annual Collection Service Notice.

11. Distribute, or contribute to the distribution of, CITY-developed Collection Calendar.

12. Maintenance of a Website with direct links to City's Recycle Plus Website (www.sjrecycles.org).  The Website must include relevant program information with regular updates as needed, or as directed by the City Representative.  The Website must also allow for customer comments and questions.

## B.  Quarterly Coordination Meetings

CONTRACTOR shall attend quarterly coordination meetings with CITY. CONTRACTOR will report on outreach efforts, including quantifiable results and budget status.  CITY staff will report on CITY outreach efforts, and provide input regarding CONTRACTOR's public education programs.

## C.  Additional Outreach Materials

CONTRACTOR may develop or distribute informational or promotional materials about the program for CONTRACTOR's own use only with the express written permission of the City Representative.  All materials shall be reviewed and approved by the City Representative prior to publication or distribution.  All such materials developed by CONTRACTOR shall be printed at CONTRACTOR's expense without compensation from CITY.

END OF EXHIBIT 9

**EXHIBIT 10**

**ALTERNATIVE FUEL VEHICLE CONVERSION PLAN AND TIMELINE**

**BIODIESEL VEHICLE REQUIREMENT**

All CONTRACTOR's collection vehicles shall use an equivalent of not less than ULS-B20 biodiesel, in a blend consistent with EPA and Department of Energy standards for alternative fuel, or an equivalent mutually agreed upon alternative fuel (including, but not limited to CNG). CONTRACTOR shall notify the City Representative immediately in the event non-alternative fuel is used in any of its collection vehicles. Transition to use of ULS-B20 biodiesel fuel for CONTRACTOR's collection vehicles shall be completed no later than January 1, 2015.

**REPLACEMENT OF LIGHT DUTY VEHICLES WITH HYBRID DRIVE TECHNOLOGY**

All CONTRACTOR's supervisor and light duty vehicles (non-collection vehicles) shall be replaced with hybrid-drive technology by January 1, 2015. Acceptable hybrid-drive technology must meet the CITY's intent of improving air quality and reducing greenhouse gas emissions.

Attach list of current supervisor and light duty vehicles listed by:

- Make, model, year of manufacture
- Engine/fuel type
- Length of manufacturer's warranty
- Current mileage
- Estimated remaining useful life; estimate date of replacement

**REPORTING REQUIREMENTS**

A discussion of Biodiesel performance shall be included in Monthly, Quarterly and Annual Reports provided to CITY as described in Exhibit 8.

**EXHIBIT 11**

**ELECTRONIC INTERFACE REQUIREMENTS**

# CONTRACTOR BACK-END INTEGRATION INTERFACE FUNCTIONAL REQUIREMENTS AND DESIGN

**EXHIBIT 11**

**ELECTRONIC INTERFACE REQUIREMENTS**

# 1 FUNCTIONAL REQUIREMENTS

## 1.1 OVERVIEW

PeopleSoft RM provides the ability for users (City and Hauler staff) to create and dispatch Field Activities from within the application / portal.  However, residential contractors may use an interface (inbound) to process Service Orders created within their applications. This reduces duplicative data entry by hauler staff and minimizes the need for Contractor Customer Service Representatives (CSR) to be versatile in two applications. For Field Activities created by the City CSR (for Contractors), a set of interfaces (outbound/inbound) is required. Although a real-time interface is desired, the Contractors could be faced with technology challenges in performing a point to point integration with PeopleSoft RM. Considering this and the cost of a real-time interface, a near real-time interface using batch processes is the preferred option.

# 2 FUNCTIONAL DESIGN

## 2.1 APPROACH

### For Field Activities (FA) created by City CSR:

The following diagram illustrates the processes involved in the creation of the flat file that is interfaced to each Hauler.



### FDS – Create Download Staging

This process looks for all field orders that are marked for extraction (a field order gets marked for extraction when it is first created if its dispatch group is dispatchable). For each record found, the system creates a field order download staging record.

Each download staging record is marked with a batch control ID & run number when it's created.

# EXHIBIT 11

## ELECTRONIC INTERFACE REQUIREMENTS

• The batch control ID comes from the field order's dispatch group. This ID corresponds with a specific extraction method.

• The run number is the batch control ID's current run number.

### FDL – Create Download Flat File

This process reads all download staging records marked with a given batch control ID & run number, and creates the flat files for the Haulers. This process is re-runnable and the flat-files can be reproduced at any time. The no. of files created in each run is dependant on the distinct Distributor Ids (Haulers) for the batch and run number being processed. The file structure is as follows:

| PeopleSoft RM Field Name | Structure | Comments |
|---|---|---|
| FA_ID | AN (10) | The Field Activity ID in PeopleSoft Revenue Management |
| FA_TYPE_CD | AN (8) | The Field Activity type code |
| FA_DESCR | AN (30) | The corresponding FA Description. |
| SP_ID | AN (10) | The Service Point ID associated to the Field Activity |
| SP_TYPE_CD | AN (8) | The SP Type Code for the SP_ID that is referenced on the FA. Since the same FA Type can be used across all services, the combination of the FA Description with the SP Type Code will indicate for which service the activity is being performed for. |
| EXTRACT_DTTM | DATE (26) | CI_FO.EXTRACT_DTTM |
| SCHED_DT | DATE (10) | • CI_FO.SCHED_DT |
| SCHED_TM | TIME (15) | • CI_FO.SCHED_TM |
| FA_STATUS_FLG | AN (2) | "P" → Pending |
| INSTRUCTIONS | AN (254) | For applicable FA Types, the current and new Multi-Information will be transferred. This is only applicable for single-row SFDs or Yard Trimming/Street Sweeping Service. For e.g. multi-row SDF and MFDs, the user (City CSR) is required to manually input the instruction for the Hauler. |

# EXHIBIT 11

## ELECTRONIC INTERFACE REQUIREMENTS

| PeopleSoft RM Field Name | Structure | Comments |
|---|---|---|
| DESCR254 | AN (254) | Additional Comments. |
| PREM_ID | AN (10) | CI_PREM.PREM_ID |
| CU_LEGACY_SLN | AN (50) | Legacy Service Location Number CI_PREM_GEO.GEO_VAL Where GEO_TYPE_CD = 'SLN' (only populate if available) |
| CU_APN | AN (50) | Current Parcel Number |
| CU_SVC_ADDRESS | AN (150) | Custom Field. Service Address made up of the following fields: Address1\|\|Address2\|\|City\|\|State\|\|Zip |
| FR_ITEM_TYPE | AN (8) | Will be populated if current (Effective Date <= SYSDATE) SP Multi-Item has a single row. |
| FR_ITEM_CNT | NBR (11,2) | Count associated to the ITEM TYPE CODE above |
| TO_ITEM_TYPE | AN (8) | Will be populated if new (Effective Date > SYSDATE) SP Multi-Item has a single row. |
| TO_ITEM_CNT | NBR (11,2) | Count associated to the ITEM TYPE CODE above |
| CU_OWNER_NAME | AN (50) | Owner's Primary Name. |
| CU_OWNER_PHONE | AN (24) | Owner's Primary Phone Number. |
| CU_ALERT | AN (50) | |
| CU_OCCUPANT_NAME | AN (50) | Person in Occupant table or Account Relationship for MAIN_CUST_SW = 'Y'. Identify Account from Premise's SA/SP Link. |
| CU_OCCUPANT_PHONE | AN (24) | Occupant's Primary Phone Number. |
| BATCH_CD | AN (8) | PeopleSoft RM Batch Code for extract process |
| BATCH_NBR | NUM (10) | PeopleSoft RM Batch Number that corresponds to the extract |

# EXHIBIT 11

## ELECTRONIC INTERFACE REQUIREMENTS

Field Order Completion Upload Background Processes:

The following diagram illustrates the processes involved in the uploading of field order completion, from the Hauler.

The required data from the Hauler, upon completing or closing a Service Order (FA) is reflected below:



| PeopleSoft RM Field Name | Structure | Comments |
|---|---|---|
| CU_FA_CRE_TYPE | AN (3) | If this record corresponds to a Field Activity created by City CSR, the value 'PRM' should be populated. If this record corresponds to a Field Activity created by the Hauler, the value 'HAL' should be populated. |
| CU_SVC_ORDER_ID | AN (20) | If this record corresponds to a Field Activity created by City CSR, the FA_ID field should be populated. If this record corresponds to a Field Activity created by Hauler, the Unique Service Order ID prefixed by either 'GT', 'GW' or 'CW' should be populated. GT→ Green Team, GW → Green Waste, CW → California Waste Solutions. |
| FA_STATUS_FLG | AN (2) | e.g. "C" → *Completed* "X" → *Cancelled* |
| WORK_DTTM | DATE (26) | Only Populated if the FA_STATUS_FLG = 'C'. The date and time the Service Order was completed |
| DESCR254 | AN (254) | Field Comments |
| CAN_RSN_CD | AN (4) | Only Populated if the FA_STATUS_FLG = 'X'. The record has to correspond to a value configured in PeopleSoft RM. |

In the event the Service Order is created by the Hauler, the above records will only be processed if a Field Activity record exists in PeopleSoft. Otherwise, an exception record is created in a custom table. The structure of this exception table is discussed in the next section. Completed FA will be processed through the FA Upload staging process.

# EXHIBIT 11

## ELECTRONIC INTERFACE REQUIREMENTS

### For Service Orders created by Haulers:

Haulers are required to transmit data in the following format (Fixed Length format) for Service Orders generated in their systems. For the City of San José to accurately track and respond to customer requests, it is a requirement for Haulers to transmit the Service Orders in a flat file every fifteen minutes. These files will be deposited within an FTP (File Transfer Protocol) site.

| PeopleSoft RM Field Name | Structure | Comments |
|---|---|---|
| CU_SVC_ORDER_ID | AN (20) | Corresponds to a Field Activity created by Hauler, the Unique Service Order ID prefixed by either 'GT', 'GW' or 'CW' should be populated. GT→ Green Team, GW → Green Waste,  CW → California Waste Solutions. |
| FA_TYPE_CD | AN (8) | The Field Activity Type configured in PeopleSoft RM. The Hauler has to cross reference this value from the Service Order code in the Hauler's application. |
| SP_TYPE_CD | AN (8) | The Service Point Type configured in PeopleSoft RM. The Hauler has to cross-reference this value from the Service code (e.g. Garbage, Re-cycling, Yard-Trimming, Street Sweeping) in the Hauler's application. |
| PREM_ID | AN (10) | Hauler will need to store the PeopleSoft RM Premise ID for each Premise being serviced. This together with the Service Point Type will be used as the primary identifier in locating the SP to create the Field Activity on. |
| CU_LEGACY_SLN | AN (50) | Legacy Service Location Number, if PREM_ID is not available. |
| SCHED_DATE | DATE (26) | The Schedule Date of Service |
| SCHED_TIME | | The Scheduled Time of Service |
| FA_STATUS_FLG | AN (2) | "P" → Pending |
| INSTRUCTIONS | AN (254) | Hauler CSR to provide details on the Service to be performed. This is required for e.g. multi-row SFDs and MFDs. |

**EXHIBIT 11**

**ELECTRONIC INTERFACE REQUIREMENTS**

| PeopleSoft RM Field Name | Structure | Comments |
|---|---|---|
| DESCR254 | AN (254) | Field Comments |
| RM_ITEM_TYPE | AN (8) | This value will be populated if the existing item is required to be removed/exchanged. Should only be populated if service corresponds to a single-row SFD or a single-row Yard trimming/ Street Sweeping Service. To be used for removing SP multi-items. DO NOT POPULATE THIS FOR MFD SERVICES. MFD change requests should be reflected in the INSTRUCTIONS FIELD. |
| RM_ITEM_CNT | NBR (11,2) | Count associated to the ITEM TYPE CODE above |
| AS_ITEM_TYPE | AN (8) | This value will be populated if a new item is required to be added/exchanged. Should only be populated if service corresponds to a single-row SFD or a single-row Yard trimming/ Street Sweeping Service. To be used for adding SP multi-items. DO NOT POPULATE THIS FOR MFD SERVICES. MFD change requests should be reflected in the INSTRUCTIONS FIELD. |
| AS_ITEM_CNT | NBR (11,2) | Count associated to the ITEM TYPE CODE above |

Each record is processed by invoking the Field Activity, Field Order and SP Multi-Item creation routines. The Hauler's Service Order ID is stored as an Adhoc Characteristic value, which will be used as an identifier when completing the Field Activity.

The CU_LEGACY_SLN maybe passed if the PREM_ID is not available.

A log will be generated for each file processed, and maybe sent to the respective Haulers via e-mail or FTP (automated). The log will contain the status of each Service Order processed. For Service Order with an exception, an exception description will be reflected next to the Service Order. Also the log file will contain the list of Field Activities cancelled in the Application (non Hauler generated) that have not been notified.

For Garbage Service, the RM_ITEM_TYPE and RM_ITEM_CNT if populated will be evaluated to see if the value matches the current setup in the application. If a mismatch occurs, and exception will be created for the Service Order.

# EXHIBIT 11

## ELECTRONIC INTERFACE REQUIREMENTS

**Exceptions:**

All exceptions will be inserted into the following table, and can be queried by the Haulers. The above components will not be created for 'Pending' records reflected in the exception table.

| PeopleSoft RM Field Name | Structure | Comments |
|---|---|---|
| DISTRIBUTOR_ID | AN (10) | Hauler's ID |
| CU_FA_CRE_TYPE | AN (3) | If this record corresponds to a Field Activity created by City CSR, the value 'PRM' should be populated. If this record corresponds to a Field Activity created by the Hauler, the value 'HAL' should be populated. |
| CU_SVC_ORDER_ID | AN (20) | If this record corresponds to a Field Activity created by City CSR, the FA_ID field should be populated. If this record corresponds to a Field Activity created by Hauler, the Unique Service Order ID prefixed by either 'GT', 'GW' or 'CW' should be populated. GT→ Green Team, GW → Green Waste, CW → California Waste Solutions. |
| FA_STATUS_FLG | AN (2) | "P" → Pending, "X" → Cancelled, "C" → Completed. The value from the inbound file. |
| CRE_DTTM | AN (26) | Exception creation Date/Time |
| DESCR254 | AN (254) | Exception description |

**Cancel Reasons Currently in System:**

Customer Request (used for rescheduling Large Item Collections, etc.)

SA Start/Stop cancelled (sale of house did not go through)

END OF EXHIBIT 11

# EXHIBIT 12

## LARGE ITEMS

CONTRACTOR shall collect the following materials as "Large Items". This list of Large Items may be amended by the mutual agreement of CONTRACTOR and the City Representative. Any such amendments shall be in writing and shall be signed by the City Representative and CONTRACTOR.

| Item | Description |
|---|---|
| Basketball hoops | Disassembled |
| Bathtub | Porcelain, cast iron (incl. Clawfoot). |
| BBQ grills large | No ashes (cold or hot). No propane tanks. |
| Bicycle | |
| Bird bath | Ceramic or concrete. No large fountains. |
| Box of items | Total weight of box and contents not to exceed 60 pounds and dimensions of box not to exceed 4'x4'x2'. No Garbage or Hazardous Waste. |
| Box spring | See "Mattress" |
| Camper shell | Must be a shell (not a full camper) from a passenger-sized vehicle (not commercial). Shell must be no larger than 4' wide x 8' long and no higher than cab of truck. No homemade or hardwood shells. Aluminum or fiberglass shells are acceptable. |
| Carpet | Dry: Must be rolled with a length no longer than 6' and diameter no larger than 2'. Wet: Must be rolled with a length no longer than 4' and diameter no larger than 2'. Carpets must be bundled or tied and manageable by one person. One roll equals one item. Padding separate item. |
| Chairs | Upholstered, wood, plastic or aluminum okay. If chairs are designed to stack or nest (e.g. white plastic lawn or aluminum chairs), then 4 stacked chairs is 1 item. |

**EXHIBIT 12**

**LARGE ITEMS**

| Item | Description |
|------|-------------|
| Compactors (trash) | Clean and empty. |
| Computer | Home computer with components (monitor, printer and CPU counts as one item). |
| Copier | Desktop or household only. |
| Counter tops | Length no longer than 8'; each 8' length counts as one item. |
| Dishwashers | No water. |
| Dog house | |
| Doors (closet, front/back door) | No all-mirrored or whole-glass doors. Small glass insert in a front/back door is acceptable. |
| Dresser | |
| Dryer | |
| Electronic Components | Can include any or all of the following up to *five* items per collection: Stereo receiver, turntable, two speakers, cd player, and/or VCR. |
| Fax machine | |
| Fences/Gate | Length of sections must be no longer than 8'. No more than 60 pounds. Each bundle is one item. Chainlink should be rolled and bundled. No entire fences, construction debris or wood/cement posts. |
| Fireplace inserts | No ashes (cold or hot). |
| Fluorescent tubes | 6 tubes taped or tied together is 1 item |
| Freezer | No longer than 6'. Chest or upright, empty (residential type only – no commercial). |
| Furnace | |
| Garage door opener | Disassembled and bundled. |
| Garbage disposal (appliance) | |
| Grandfather clock | |

# EXHIBIT 12

## LARGE ITEMS

| Item | Description |
|---|---|
| Hot tub/spa | Small (2-3 person) size. No water. Deck counts as separate item(s). |
| Hutch | |
| Kitchen cabinets | Length no longer than 6'. |
| Ladder | |
| Large Yard Trimmings | Oversized Yard Trimmings such as tree trunks and branches, weight no greater than 60 pounds and length no longer than 5' and diameter no larger than 2', which are attributed to the normal activities of a Service Unit. |
| Lawn furniture | See "chairs" "picnic table" and "wood spool" sections. |
| Lawn mower | Either with or without motor. No fluids. |
| Light fixture | Must be placed in a box for collection. See also "box of items." |
| Mattress | Mattress and box spring are separate items. King mattress and box springs (2) count as two items. |
| | |
| Minibike/moped | Either with or without motor. No fluids. |
| Oven | Empty. |
| Pallets (wood) | Each pallet counts as 1 item. No cement or construction and demolition. |
| Piano or organ | No grand pianos. Upright is acceptable and counts as three items. |
| Picnic table | Detached benches are extra items. See also "chairs" and "wood spool" sections. |
| Ping pong table | Folded in half. |
| Plastic pools | Disassembled and bundled |

**EXHIBIT 12**

**LARGE ITEMS**

| Item | Description |
|------|-------------|
| Pool cover | Prepared like carpet. |
| Pool table | |
| Pot belly stoves | No ashes (cold or hot). |
| Refrigerators | Empty.  Doors must be removed or secured closed.  Counts as one item (including removed door).  Residential only, no commercial refrigerators. |
| Shed | Disassembled and bundled.  Prefabricated only.  Weight no greater than 60 pounds. |
| Sink | Household size, no commercial sinks. |
| Sofa | If sofa is a sectional, each section counts as one item. |
| Solar panels | Drained, each unit or panel is one item (like countertops). |
| Spa cover | See also "hot tub/spa" section. |
| Speakers | See "Electronic Components" |
| Stereo | See "Electronic Components" |
| Stereo cabinets/hi-fi | See "Electronic Components" |
| Stove | Empty. Loose items secured. |
| Swing set | Simple, A-frame with slide is acceptable.  Jungle gyms must be disassembled.  Each 60-pound bundle counts as one item. |
| Table saw | Household garage type, not commercial or industrial. |
| Television | See "Electronic Components" |
| Tables | Table leaves may be included, but must be bundled.  Each table with up to three leaves counts as one item. |
| Tires | Passenger vehicle and pickup truck tires only.  May have rims included.  One tire is one item, or |

# EXHIBIT 12

## LARGE ITEMS

| Item | Description |
|------|-------------|
|  | one tire/rim is one item or one rim separated from the tire is one item. May add 4th tire for same cost. |
| Toilet |  |
| Tree stump | Weight no greater than 60 pounds and length no longer than 5' and diameter no larger than 2'. |
| VCR | See "Electronic Components" |
| Vehicle body parts | Disassembled. Items such as car door, hood, fender, car seat, and camper shell. No glass windshields or engine parts. See also "tires" and "camper shell" sections. |
| Video arcade/pinball machines | Limited to one per household. |
| Washer | Drained. |
| Water bed | Drained. |
| Water heater | Drained. |
| Wheel barrow |  |
| White goods | Inoperative or discarded refrigerators, ranges, water heaters, freezers, and other similar household appliances. |
| Window/door frames | Frames must be without glass. Window screens are acceptable. |
| Wood scrap (scrap lumber) | Bundled with a weight no more than 60 pounds and dimensions no greater than 5'x2'x2'. Must be secured. Each bundle is one item. |
| Wood spool | Small spool only, similar in size to household picnic furniture. |

END OF EXHIBIT 12

# EXHIBIT 13

## CONTAINER SPECIFICATIONS AND PERFORMANCE CRITERIA

CONTRACTOR shall provide Recycling Carts that meet the following specifications and minimum performance criteria.

| Specifications and Performance Criteria For 32-, 64-, and 96-Gallon Capacity | |
|---|---|
| **Volumetric Capacity – Recycling Carts** | • 32-gallons +/- 12%, 64-gallons +/- 12%, and 96-gallons +/- 12%, excluding volume resulting from a crowned lid in the closed position |
| **Minimum Load Rating** | • 32-gal: 100 lb.<br>• 64-gal: 175 lb.<br>• 96-gal: 250 lb. |
| **Compatibility** | • Compatible with commercially available fully automated lifting mechanisms that are or will be used in San José |
| **Standards of Design** | • Designed to meet all relevant sections of American National Standards Institute (ANSI) Z245.30-1999 and Z245.60-1999<br>• Designed such that wastes flow freely out of the cart when dumped by a fully automated lifting mechanism |
| **Materials of Construction & Recycled Content** | • Body of cart: HDPE<br>• At least 20% post-consumer recycled content |
| **Dimensions & Design** | • Body of cart -- nestable for economic bulk transportation and to facilitate distribution to users<br>• Maximum width of 31" including lid and wheels<br>• Leak proof |

# EXHIBIT 13

## CONTAINER SPECIFICATIONS AND PERFORMANCE CRITERIA

| Specifications and Performance Criteria For 32-, 64-, and 96-Gallon Capacity | |
|---|---|
| **Lid** | • Manufactured from the same material as the body of the cart.<br>• Rotate at least 270 degrees<br>• Watertight, must prevent rain entry when closed, with or without latches<br>• Snug-fitting and must overlap the cart rim<br>• Self-draining |
| **Handle** | • Handle mounts must either:<br>  1. be an integrally molded part of the cart body; or<br>  2. if bolt-on handle mounts are used, they must be designed such as to prevent them from working loose over the active life of the cart |
| **Wheels** | • Minimum tire diameter: 10 inches for 64- and 96-gal carts, 8 inches for 32-gal carts<br>• Minimum tread width: 1.5 inches<br>• Tire material must be natural rubber or polymeric compound<br>• Each wheel must be rated for the minimum load rating of the carts and not deform plastically when subjected to the rated load of the carts<br>• Axle must pass through the cart body outside of the area for waste storage<br>• Wheels must have a locking device to secure them to the cart axle |
| **Fasteners** | • No fasteners are to penetrate the body of the cart where waste will be contained<br>• All fasteners are to be corrosion resistant and free of sharp edges |

# EXHIBIT 13

## CONTAINER SPECIFICATIONS AND PERFORMANCE CRITERIA

| Specifications and Performance Criteria For 32-, 64-, and 96-Gallon Capacity | |
|---|---|
| **Finish Surfaces** | • Interior surface must be smooth with a semi- or high-gloss finish<br><br>• Exterior surface must be suitable for hot stamping on lid and body<br><br>• Exterior must be free of sharp edges and corners, protrusions, or other structures that could pose a nuisance or hazard to humans |
| **Assembly** | • Carts must be easy to assemble<br><br>• Nuts must be self-locking<br><br>• Nuts and/or rivets must be designed such that they cannot be removed with ordinary tools by the public |
| **Performance** | • Carts must pass ANSI standards 245.30-1999, clauses 7.2.4.2 (testing requirements for two-wheeled carts) for the following parameters:<br><br>  1. volumetric loading capacity<br><br>  2. slope stability<br><br>  3. durability during pulling<br><br>  4. loading and unloading (cycle test)<br><br>  5. center of balance position<br><br>  6. force to tip cart<br><br>  7. lid (collapse)<br><br>• All metal components of the cart must meet the corrosion resistance requirements of 500 hours of salt spray exposure as described in ASTM B117<br><br>• Carts must pass the Leakage performance test (Appendix A)<br><br>• Empty carts must pass the Wind Stability performance test (Appendix A) |

**EXHIBIT 13**

**CONTAINER SPECIFICATIONS AND PERFORMANCE CRITERIA**

| Specifications and Performance Criteria For 32-, 64-, and 96-Gallon Capacity | |
|---|---|
| **Testing** | • Performance testing of production samples shall be conducted at a frequency of 3 per 1000 units manufactured |
| **Environmental** | • Ultra-violet stability:  All plastic components must contain UV inhibitors and the cart must maintain performance during the warranty period when exposed to ultra-violet radiation of the sun<br><br>• Temperature stability:  Cart must not plastically deform when subjected to temperatures in the range of 25 deg F to 170 deg F and a compressive load of 200 lb |
| **Identification & Markings** | • The lid must have a suitable area to affix a label for recycling education<br><br>• The following must be hot-stamped on the lid:<br><br>  1.  facing street arrow<br><br>• The following must be hot-stamped on the cart body:<br><br>  1.  CITY's logo<br><br>  2.  serial number (sequentially numbered)<br><br>  3.  production batch number and date<br><br>  4.  maximum load weight rating<br><br>  5.  cart type, per clause 4.2.1f of ANSI Z245.30-99 |
| **Color** | • Recycling:  Gray body with blue lid |
| **Warranty** | • Minimum 10 years for all parts of cart; not prorated; any failure under warranty shall be replaced with a newly manufactured whole cart, which is defined to be the body of the cart, wheel, lid, handles, other ancillary features and fasteners |

# EXHIBIT 13

## CONTAINER SPECIFICATIONS AND PERFORMANCE CRITERIA

### Appendix A

Performance Tests

### Wind Stability

This test is designed to assure that a cart will remain stationary and in the upright position under severe wind conditions.

The cart must be able to remain upright and stationary in a wind flow of 25 mph. The test surface shall be a flat finished asphalt surface. Place one sidewall of cart perpendicular to a horizontal flow of air at 25 mph for one minute. Record whether or not the cart tips over and distance, if any, the cart slides or rolls. Repeat the test for each of the other sides.

To pass this test, the cart shall not tip over, or slide or roll more than 6.0 in., in any of the tests.

### Leakage

The purpose of this test is to determine if the cart is designed to minimize leakage.

The cart shall be filled with water to a level within 8 in. from the inside bottom of the container. The container shall be covered with its own lid. The filled container shall then be placed in a covered area over a dry drip pan to collect any leakage and allowed to stand for a period of 24 hours exposed to temperatures within the range of 65 to 75 F. The water level within the container after the test shall be measured and recorded to within the nearest 0.1 in. The results of the test shall be reported in terms of final water level, ambient temperature, visible leakage, and quantity of water collected in the drip pan. Containers that exhibit any leakage shall fail the test.

# EXHIBIT 14

## FORM OF PERFORMANCE BOND

### RECYCLE PLUS SFD RECYCLING COLLECTION SERVICES

### FOR THE

### CITY OF SAN JOSE, CALIFORNIA

**KNOW ALL MEN BY THESE PRESENTS**: that

(here insert full name and address or legal title of contractor)

as Principal, hereinafter called Contractor, and, _____ (Name of insurer)

as Surety, hereinafter called Surety, are held firmly bound unto the CITY OF SAN JOSE, CALIFORNIA as Obligee, hereinafter called the City, in the amount of THREE MILLION EIGHT HUNDRED THOUSAND DOLLARS ($3,800,000) for the payment whereof Contractor and Surety bind themselves, their heirs, executors, administrators, successors and assigns, jointly and severally, firmly by these presents.

WHEREAS, Contractor has by written agreement dated _____,2011, entered into an Agreement with the City for providing Recycling Collection Services in accordance with Agreement of the CITY OF SAN JOSE, CALIFORNIA, which Agreement is by reference made a part hereof, and is hereinafter referred to as the Agreement.

NOW, THEREFORE, THE CONDITION OF THIS OBLIGATION is such that, if Contractor shall promptly and faithfully perform said Agreement, then this obligation shall be null and void; otherwise it shall remain in full force and effect.

The Surety hereby waives notice of any alteration or extension of time made by the City.

Whenever Contractor shall be, and declared by the City to be in default under the Agreement, the City having performed the City's obligations thereunder, the Surety may promptly remedy the default, or shall promptly perform one of the following:

1.      Complete the Agreement in accordance with its terms and conditions.

**EXHIBIT 14**

**FORM OF PERFORMANCE BOND**

2.　　Obtain a bid or bids for completing the Agreement in accordance with the terms and conditions, and upon determination by the Surety of the lowest responsible bidder, or if the City elects, upon determination by the City and the Surety jointly of the lowest responsible bidder, arrange for an agreement between such bidder and the City, and make available as work progresses (even though there should be a default or a succession of defaults under the Agreement or Agreements of completion arranged under this paragraph) sufficient funds to pay the cost of completion less the balance of the Agreement price; but not exceeding, including costs and damages for which the Surety may be liable hereunder, the amount set forth in the first paragraph hereof.  The term "balance of the Agreement price," as used in this paragraph, shall mean the total amount payable by the City to Contractor under the Agreement and any amendments thereto, less the amount properly paid by the City to Contractor.

Any suit under this bond must be instituted before the expiration date of the Agreement or if extended for an additional term by the City, the expiration of the extended term.

No right of action shall accrue on this bond to or for the use of any person or corporation other than the City named herein or the executor, administrator or successors of the City of San José, California.

Signed and sealed this _____day of_____, 2011.


(Principal)　　　　(Seal)

(Witness)

_____
(Title)


Surety　　　　　　(Seal)
　　　　　　　(Name of Insurer)

(Witness)

By:

_____
(Attorney-in-Fact)

**EXHIBIT 15**

**WAGE POLICY**

Pursuant to City of San José Prevailing Wage policy, CONTRACTOR and any of CONTRACTOR's subcontractors shall be obligated to pay not less than the prevailing wage as set forth in this Exhibit.

## I. CITY COUNCIL WAGE POLICY

### A. PREVAILING WAGE POLICY

California Labor Code and/or Resolutions of the City of San José require the payment of not less than the general prevailing rate of per diem wages and rates for holiday and overtime and adherence to all labor standards and regulations.

Prevailing Wages established by the California Department of Industrial Relations shall be the General Prevailing Wage Determination made by the Director of Industrial Relations pursuant to California Labor Code Part 7, Chapter 1, Article 2, Sections 1770, 1773 and 1773.1. The General Prevailing Wage Rates may be adjusted throughout the term of this Agreement.

Prevailing Wages established by the City of San José shall mean the wages paid under a collective bargaining agreement between CONTRACTOR and a recognized union representing workers who perform services pursuant to this Agreement; or, if there is no collective bargaining agreement, not less than the prevailing rate of per diem wages for the employee craft/classification as determined by the City of San José's Office of Equality Assurance.

The City Prevailing Wage will be subject to annual adjustment on the first day of each July during the term of this Agreement. Adjustments will be based on the United States Department of Labor, Bureau of Labor Statistics Consumer Price Index, All Items, for all Urban Consumers [CPI-U] for San Francisco-Oakland-San José).

### B. REPORTS

The Office of Equality Assurance will monitor the payment of prevailing wage by requiring CONTRACTOR and all subcontractors to file a LABOR COMPLIANCE WORKFORCE STATEMENT and LABOR COMPLIANCE FRINGE BENEFIT STATEMENT with supporting documentation. CONTRACTOR shall submit all such reports as requested by the Office of Equality Assurance.

CONTRACTOR and covered subcontractors shall also report such other additional information, including certified payrolls, as requested by the Director of Equality Assurance to ensure adherence to the Policy.

**EXHIBIT 15**

**WAGE POLICY**

Annual labor compliance statements must be filed in the Office of Equality Assurance no later than July 10 at the address below.

City of San José
Office of Equality Assurance
200 East Santa Clara Street
Fifth Floor
San José, CA  95113
Phone: 408.535-8430

**C.    EMPLOYMENT OF DISPLACED WORKERS**

1.    Obligations Upon Termination

Upon termination of this Agreement CONTRACTOR shall fully cooperate with all CITY requests regarding contacts with CONTRACTOR's employees to enable a transition in the workforce to a new service provider.

**D.    LABOR PEACE**

CITY's Office of Equality Assurance has determined that the level of vulnerability of the Agreement to service or labor disputes is sufficient to warrant that labor peace is essential to the propriety interests of CITY.  Therefore, CONTRACTOR shall at all times comply with the provisions of CONTRACTOR's Employee and Labor Relations Plan set forth in Exhibit 3 to this Agreement.

**E.    ENFORCEMENT**

**1.    General**

CONTRACTOR acknowledges it has read and understands that, pursuant to the terms and conditions of this Agreement, it is required to pay workers prevailing wage ("Wage Provision") and to submit certain documentation to CITY establishing its compliance with such requirement.  ("Documentation Provision.")  CONTRACTOR further acknowledges that CITY has determined that the Wage Provision promotes each of the following (collectively "Goals"):

a)    It protects job opportunities and stimulates CITY's economy by reducing the incentive to recruit and pay a substandard wage to labor from distant, cheap-labor areas.

b)    It benefits the public through the superior efficiency of well-paid employees, whereas the payment of inadequate compensation tends to negatively affect the quality of services to CITY by fostering high turnover and instability in the workplace.

EXHIBIT 15

WAGE POLICY

c) Paying workers a wage that enables them not to live in poverty is beneficial to the health and welfare of all citizens of San Jose because it increases the ability of such workers to attain sustenance, decreases the amount of poverty and reduces the amount of taxpayer funded social services in San Jose.

d) It increases competition by promoting a more level playing field among contractors with regard to the wages paid to workers.

2. **Remedies for CONTRACTOR's breach of prevailing wage/living wage provisions**

a) **Suspension or termination:** suspend and/or terminate the Agreement or financial assistance **agreement for cause;**

b) **Restitution:** require CONTRACTOR to pay any amounts underpaid in violation of the required payments and CITY's administrative costs and liquidated damages, and in the case of financial assistance to refund any sums disbursed by CITY.

c) **Debarment:** debar CONTRACTOR or its subcontractor from future CITY contracts and/or deem the recipient ineligible for future financial assistance.

d) **Withholding of payment:** CONTRACTOR agrees that the documentation provision is critical to CITY's ability to monitor CONTRACTOR's compliance with the wage provision and to ultimately achieve the goals. CONTRACTOR further agrees its breach of the documentation provision results in the need for additional enforcement action to verify compliance with the wage provision. In light of the critical importance of the documentation provision, CITY and CONTRACTOR agree that CONTRACTOR's compliance with this provision, as well as the wage provision, is an express condition of CITY's obligation to make each payment due to CONTRACTOR pursuant to this Agreement. CITY is not obligated to make any payment due to CONTRACTOR until CONTRACTOR has performed all of its obligations under these provisions. Any payment by CITY despite CONTRACTOR's failure to fully perform its obligations under these provisions shall not be deemed to be a waiver of any other term or condition contained in this Agreement nor a waiver of the right to withhold payment for any subsequent breach of the wage provision or the documentation provision.

# EXHIBIT 15

## WAGE POLICY

e) **Liquidated damages for breach of wage provision:** CONTRACTOR agrees its breach of the wage provision would cause CITY damage by undermining the goals, and CITY's damage would not be remedied merely by CONTRACTOR's payment of restitution to the workers who were paid a substandard wage. CONTRACTOR further agrees that such damage would increase the greater the number of employees not paid the applicable prevailing wage and the longer the amount of time over which such wages were not paid. CITY and CONTRACTOR mutually agree that making a precise determination of the amount of CITY's damages as a result of CONTRACTOR's breach of the wage provision would be impractical and/or extremely difficult. Therefore, the parties agree that, in the event of such a breach, CONTRACTOR shall pay to CITY as liquidated damages the sum of three (3) times the difference between the actual amount of wages paid and the amount of wages that should be paid.

## F.    AUDIT RIGHTS

All records or documents required to be kept pursuant to this Agreement to verify compliance with the Wage Provision shall be made available for audit at no cost to CITY, at any time during regular business hours, upon written request by the City Attorney, City Auditor, City Manager, or a designated representative of any of these officers. Copies of such records or documents shall be provided to CITY for audit at City Hall when it is practical to do so. Otherwise, unless an alternative is mutually agreed upon, the records or documents shall be available at CONTRACTOR's address indicated for receipt of notices in this Agreement.

## G.    COEXISTENCE WITH ANY OTHER EMPLOYEE RIGHTS

These provisions shall not be construed to limit an employee's ability to bring any legal action for violation of any rights of the employee.

**EXHIBIT 15**

**WAGE POLICY**

**WAGE DETERMINATION**

**FOR CITY CONTRACTED SOLID WASTE SERVICES**

**EFFECTIVE DATE: July 1, 2010**

| Classification | Basic Hourly Pay Rate | Health Welfare & Pension | Vacation Minimum (7 Days) | Paid Sick Leave (11 days) | Paid Holidays (12 Days) | Total Hourly Pay* |
|---|---|---|---|---|---|---|
| Recycle Driver | $27.74 | $8.18 | $.75 | $1.18 | $1.28 | $39.13 |

| Breakdown of Benefits | | |
|---|---|---|
| Paid Vacation Days | After 1 year | 7 Days –  56 Hours |
| | After 5 years | 15 Days – 120 Hours |
| | After 10 years | 20 Days – 160 Hours |
| | After 15 years | 25 Days – 200 Hours |
| | After 20 years | 30 Days – 240 Hours |
| | After 25 years | 35 Days – 280 Hours |
| | After 30 years | 40 Days – 320 Hours |
| Paid Sick Leave | Eleven (11) paid Sick Days | |
| Paid Holidays | Twelve (12) paid Holidays | |

# EXHIBIT 15

## WAGE POLICY

### MATERIAL RECOVERY FACILITY OPERATIONS

| Classification | Basic Hourly Pay Rate | Health Welfare & Pension | Vacation Minimum (6 Days) | Paid Sick Leave (7 days) | Paid Holidays (8 Days) | Total Hourly Pay* |
|---|---|---|---|---|---|---|
| Sorter | $13.49 | $3.91 | $.40 | $.47 | $.53 | $18.80 |
| Floor Sorter / Raker | $20.15 | $3.91 | $.55 | $.64 | $.74 | $25.99 |
| Spotter | $15.71 | $3.91 | $.45 | $.52 | $.60 | $21.19 |
| Buy Back Operator | $18.50 | $3.91 | $.51 | $.60 | $.69 | $24.21 |
| Mechanic | $32.02 | $3.91 | $.83 | $.97 | $1.11 | $38.84 |
| Equipment Operator | $19.98 | $3.91 | $.55 | $.64 | $.74 | $25.82 |
| Baler Operator | $20.11 | $3.91 | $.55 | $.64 | $.74 | $25.95 |
| Scale Operator | $21.21 | $3.91 | $.58 | $.67 | $.78 | $27.15 |

| Breakdown of Benefits | | |
|---|---|---|
| Paid Vacation Days | After 1 year | 6 Days –   48 Hours |
| | After 5 years | 15 Days – 120 Hours |
| | After 10 years | 20 Days – 160 Hours |
| | After 15 years | 25 Days – 200 Hours |
| | After 20 years | 30 Days – 240 Hours |
| | After 25 years | 35 Days – 280 Hours |
| Paid Sick Leave | Seven (7) paid Sick Days | |
| Paid Holidays | Eight (8) paid Holidays | |

**EXHIBIT 15**

**WAGE POLICY**

> NOTE: Pursuant to the Labor Code and/or City Resolution, the awarding body is responsible for determining classifications to be used on Construction, Maintenance, Service and other contracts subject to prevailing wage and/or living wage requirements. Upon award of contract, the successful contractor/service provider will be required to submit: (1) <u>Labor Compliance Workforce Statement;</u> (2) <u>Labor Compliance Fringe Benefit Statement</u> with supporting documentation. As a condition of its contract, this firm may also be required to submit certified payrolls as requested by the Office of Equality Assurance.

**Determination Notes**

*The full amount of the total hourly wage must be paid directly to the worker, UNLESS the Contractor is making payments to a benefit plan. If the Contractor is making payments to a benefit plan but the benefits being paid do not add up to the full amount of benefits identified, the Contractor must pay the difference directly to the worker.

Hours and Days of Work

**(Industrial Welfare Commission Order No. 16-2001)**

Employees shall not be employed more than eight (8) hours in any workday or more than 40 hours in any workweek unless the employee receives one and one-half (1 ½) times such employee's regular rate of pay for all hours worked over 40 hours in the workweek. Employment beyond eight (8) hours in any workday or more than six (6) days in any workweek is permissible provided the employee is compensated for such overtime at not less than:

One and one-half (1 ½) times the employee's regular rate of pay for all hours worked in excess of eight (8) hours up to and including 12 hours in any workday, and for the first eight (8) hours worked on the seventh (7th) consecutive day of work in a workweek; and

Double the employee's regular rate of pay for all hours worked in excess of 12 hours in any workday and for all hours worked in excess of eight (8) on the seventh (7th) consecutive day of work in a workweek.

**EXHIBIT 15**

**WAGE POLICY**

**LABOR COMPLIANCE WORKFORCE STATEMENT**

**CONTRACTOR NAME:**

**CITY CONTRACTED SOLID WASTE SERVICES**

In the chart below, list the name, prevailing wage or living wage classification(s) to be used, and rate of pay and hire date for each employee expected to work on the above Agreement. See example below.

| EMPLOYEE NAME | CRAFT/TRADE CLASSIFICATION | BASIC HOURLY RATE OF PAY (On City of San José Agreement) | DATE OF HIRE (Indenture Date If Apprentice) |
|---|---|---|---|
| *Example:  Bob Jones* | *Garbage Driver* | *$25.06* | *6/1/2002* |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Questions regarding classifications allowed on San José projects should be directed to the Office of Equality Assurance at 408-535-8430.

# EXHIBIT 15

## WAGE POLICY

## LABOR COMPLIANCE FRINGE BENEFIT STATEMENT

**CONTRACTOR NAME**:

## CITY CONTRACTED SOLID WASTE SERVICES

I certify under penalty of perjury that fringe benefits are paid to the approved plans, funds, or programs as listed below:

| Classification | Fringe Benefit Hourly Amount | Name of the Plan or Fund (Attach Premium Transmittal) |
|---|---|---|
| 1. | Vacation $ | |
| ***Documentation of Plan contribution must be returned with this statement*** Please attach a copy of your most recent transmission into each medical, pension, or profit sharing plan account indicating worker name and amount of contribution. | Health & Welfare $ | |
| | Pension $ | |
| | Apprentice $ | |
| | Other (specify) $ | |
| 2. | Vacation $ | |
| | Health & Welfare $ | |
| | Pension $ | |
| | Apprentice $ | |
| | Other (specify) $ | |
| 3. | Vacation $ | |
| | Health & Welfare $ | |
| | Pension $ | |
| | Apprentice $ | |
| | Other (specify) $ | |

☐ All (or some) fringes are paid in cash by adding the amount to the employee's basic hourly rate.

_____
Company Name (Please Print)

_____
Name and Title (Please Print)

**EXHIBIT 15**

**WAGE POLICY**

_____       _____
Date                                         Signature

**EXHIBIT 16**

**ALTERNATE PROCESSING FACILITY**

The alternate processing facility information outlined below shall be submitted by
CONTRACTOR in order to secure processing capacity at an alternative facility, subject to
approval by City Representative.

A.     <u>Facility Information</u>

- Name and location of facility
- Permitted capacity of facility (to ensure additional tonnage is allowed under
  current permit
- Average tons currently processed at facility (daily, not including San Jose tons)
- Types of material to be processed at the facility
- Hours of operation at facility
- Hours of operation for processing San Jose material

B.     <u>Operations Plan</u>

- Estimated number of tons delivered to facilities (daily)
- How long will material be processed at alternative MRF?  If longer than five days,
  more information will be required (see items C and D below).
- Type of material (SFD, MFD)
- Identify if material be stored, processed and sold separately?
- Identify how will material be delivered (direct, transferred)?
- If transferred, describe transfer operations.
- Description of how contractual reporting requirements will be maintained
- Reason material needs to be processed at alternative MRF.  Plan to restore
  operations at San Jose MRF
- How will the alternative MRF accommodate the increased tonnage: (additional
  shifts, more employees)
- How will the material be processed (going through entire sort system)

**As mentioned above, if the material is processed for longer than five days, the following
additional information will be required in the alternative MRF plan:**

C.     <u>A detailed site plan that clearly identifies the following:</u>

- Location materials are to be unloaded.
- Storage location for unprocessed materials.
- Location of sorting activities.
- Location of residue storage.
- Storage location of loose and baled recyclables.

D.     <u>Additions to Operations Plan</u>

**EXHIBIT 16**

**ALTERNATE PROCESSING FACILITY**

If San Jose material is being commingled, stored, processed and sold:
- Provide sampling procedure to determine residue rate at alternative facility.
- If processing both SFD and MFD material, separate samples will be required.

If San Jose material is stored, processed and sold separately from other material:
- How San Jose will keep its materials separate from other materials
- How residue will be kept separate and collected, weighed, and transported
- Tracking sales data as outlined in the Agreement

# EXHIBIT 17

## LARGE ITEM COLLECTION BILLING SERVICES

This exhibit outlines the requirements that shall be in place and the tasks to be completed prior to transitioning Large Item Billing Services from the CITY to the CONTRACTOR.

**Implementation:**

There will be an implementation period commencing on the day after written notification to the CONTRACTOR to transition Large Item Billing Services to the CONTRACTOR. Implementation will be completed upon approval by the CITY of CONTRACTOR requirements. Upon completion of implementation, CITY will set the Go-Live date. An overview of the timeline is outlined below.

| Large Item Billing Services Implementation Timeline | | |
|---|---|---|
| **Phases** | **Timeline** | **Tasks** |
| Written Notification | Kick off large item billing services transition | CITY sends written notification to Large Item Billing Services CONTRACTOR |
| | | CONTRACTOR starts implementation of all items required for Go-Live |
| Implementation | Starts day after notification | Testing by CONTRACTOR |
| | | Verification by CITY |
| | | CITY coordinates Large Item Billing Services with both Large Item Collection service providers |
| Go/No Go Meeting | Approx 18 calendar days before Go-Live | CONTRACTOR completes all tasks required for Go-Live |
| | | CITY to approve/disapprove tasks by CONTRACTOR |
| | | CITY to set date for Go-Live |
| | | CONTRACTOR finalizes all pending FA s |
| Moratorium on Field Activities | 14 calendar days before Go-Live | No new FA s |
| | | Finalize post Go-Live CITY business procedures |
| | | Finalize CONTRACTOR requirements |
| Go-Live | CONTRACTOR takes over billing | CONTRACTOR discontinues FA interface with CITY |
| | | CITY discontinues billing |

**CONTRACTOR shall provide the following services, processes and/or documentation:**

### *Customer Service*

- Collect payment directly from customers for Large Item Collections and related fees.
- Provide customers with a receipt for cash payment and upon request for other types of payments.
- Provide all customer service relating to Large Item Billing Services.
- Comply with CITY direction in resolution of all escalated customer complaints.
- Exempt customers from prepayment on a case-by-case basis. For example, CONTRACTOR may develop a billing option for customers that routinely have

# EXHIBIT 17

# LARGE ITEM COLLECTION BILLING SERVICES

numerous large item orders. If applicable, notify customers of any related fees such as a fee for returned payment for insufficient funds.

### Data Security and Privacy

- Safeguard/protect customers' credit card and other personal information in accordance with PCI Data Security Standard (PCI DSS) and comply with Red Flag rules.
- Implement an identity theft prevention program as required by the FTC.
- Restrict use of customer information.  Do not sell, share, or use customer information for any non-billing purpose.

### Reporting and Recordkeeping

- Maintain records so the CITY can verify customers are being charged the correct Large Item Collection rate and fees.
- Provide monthly reports showing customer charges and related large item pickup counts.
- Track Field Activities for Large Item Collection and provide CITY with monthly reports on the item counts and work completion timeframes for CONTRACTOR performance compliance.  Data should include service address, date of customer request, date completed and items collected.
- Retain records for five (5) years after the expiration or earlier termination of this Agreement.

### After Go-Live CITY shall:

- Discontinue paying CONTRACTOR for Large Item Collection services.
- Discontinue billing customers for Large Item Collection services.
- Maintain administrative oversight.
- Review escalated customer complaints and make final determination as to the resolution of the disputes.
- Conduct periodic reviews to ensure fees and charges are implemented accurately and resolution of escalated customer complaints follow CITY direction.

## Future Billing Problems

After Go-Live, the CONTRACTOR assumes all risks associated with Large Item Billing Services.

**TABLE OF CONTENTS**

Article 1.　　DEFINITIONS ............................................................................................ 2

Article 2.　　TERM OF AGREEMENT ...........................................................................11

Article 3.　　REPRESENTATIONS AND WARRANTIES OF CONTRACTOR................ 12

Article 4.　　GENERAL SERVICES .............................................................................. 14

Article 5.　　SERVICE UNITS ....................................................................................... 18

Article 6.　　SFD RECYCLING COLLECTION SERVICES ............................................ 20

Article 7.　　LARGE ITEM BILLING SERVICES .......................................................... 29

Article 8.　　RECYCLABLE MATERIAL PROCESSING ................................................ 33

Article 9.　　ADDITIONAL SERVICES .......................................................................... 38

Article 10.　　COLLECTION ROUTES .......................................................................... 43

Article 11.　　PERSONNEL, EQUIPMENT, AND FACILITIES ......................................... 48

Article 12.　　DISPOSAL .............................................................................................. 54

Article 13.　　CUSTOMER SERVICE ............................................................................ 56

Article 14.　　REPORTING AND RECORDKEEPING ..................................................... 59

Article 15.　　FUND APPROPRIATION .......................................................................... 61

Article 16.　　DIVERSION STANDARDS........................................................................ 62

Article 17.　　COMPENSATION..................................................................................... 65

Article 18.　　QUALITY OF PERFORMANCE OF CONTRACTOR.................................. 71

Article 19.　　DEFAULT OF AGREEMENT .................................................................... 76

Article 20.　　NONDISCRIMINATION, WAGE POLICY ................................................... 80

Article 21.　　FINANCIAL ASSURANCE ....................................................................... 81

Article 22.　　INSURANCE............................................................................................ 83

Article 23.　　MISCELLANEOUS PROVISIONS ............................................................ 87

**EXHIBIT LIST**

EXHIBIT 1    COMPENSATION

EXHIBIT 2    REFUSE RATE INDEX

EXHIBIT 3    SFD RECYCLING SERVICE OPERATIONS PLANS

EXHIBIT 4    RECYCLE PLUS SERVICE DISTRICTS

EXHIBIT 5    CENTRAL BUSINESS DISTRICT AND TRANSIT MALL ZONE

EXHIBIT 6    SMALL CIVIC SERVICE UNITS

EXHIBIT 7    APPROVED SUBCONTRACTORS

EXHIBIT 8    DATA AND REPORTING

EXHIBIT 9    OUTREACH

EXHIBIT 10   ALTERNATIVE FUEL VEHICLE CONVERSION PLAN AND TIMELINE

EXHIBIT 11   ELECTRONIC INTERFACE REQUIREMENT

EXHIBIT 12   LARGE ITEMS

EXHIBIT 13   CONTAINER SPECIFICATIONS AND PERFORMANCE CRITERIA

EXHIBIT 14   FORM OF PERFORMANCE BOND

EXHIBIT 15   WAGE POLICY

EXHIBIT 16   ALTERNATE PROCESSING FACILITY

EXHIBIT 17   LARGE ITEM COLLECTION BILLING SERVICES

# EXHIBIT B

# EXHIBIT B



# CLAIM AGAINST THE
# CITY OF SAN JOSE, CA

(For Damages to Persons or Personal Property)

Office of the City Clerk Timestamp

#_____

**Office of the City Clerk**
**200 East Santa Clara Street**
**Tower 14th Floor**
**San José, CA 95113**

Received by: _____
Via:    U.S. Mail          _____
         Interoffice Mail   _____
         Over the Counter  _____

(Please do not write above this line – for City use only)

Generally, a claim against the City of San José for damages to persons or personal property must be filed with the City Clerk of the City of San José within six months after the incident occurred. See Government Code 911.2. Completed claims **must be mailed or delivered to: Office of the City Clerk, City of San José, 200 E. Santa Clara Street, Tower, 14th Floor, San José, CA 95113, telephone:** (408) 535-1260. Attach copies of any receipts or other documentation to the original claim form.

TO THE CITY CLERK of the City of San José, California:

The undersigned respectfully submits the following claim and information relative to damage to persons and/or personal property:

| NAME OF CLAIMANT | CALIFORNIA WASTE SOLUTIONS, INC. | | DATE OF BIRTH: | N/A |

| ADDRESS OF CLAIMANT | 1005 Timothy Drive | CITY San Jose | STATE CA | ZIP CODE 95133 |

| HOME PHONE ( )  N/A | WORK PHONE ( 408 )  292-0830 | DRIVER'S LICENSE STATE AND NUMBER  N/A |

SEND NOTICES REGARDING THIS CLAIM TO: (List name, mailing address and phone number if not same as above.)

| DATE OF INCIDENT OR OCCURRENCE CAUSING CLAIM | June 30, 2021 | PLACE (Exact and specific location of incident.) | Throughout Claimant's Service Area in City of San Jose |

CIRCUMSTANCES (Specify the occurrence, event, act, or omission which you claim caused the injury or damage for which you are submitting this claim. Where space is insufficient, attach an additional page with the claimant's name on the page.)

SEE ATTACHMENT A

CITY'S ACTION (Specify action by City or its employees which caused alleged damage or injury.)

SEE ATTACHMENT A

CITY EMPLOYEES' NAMES OR CITY DEPARTMENT INVOLVED IN ALLEGED ACCIDENT OR INCIDENT.

SEE ATTACHMENT A

# CLAIM AGAINST THE
# CITY OF SAN JOSE, CA

DESCRIPTION OF LOSS (Describe injury, property damage or loss, so far as is known at this time.  If there were no injuries, state "NO INJURIES.")

Monetary Losses.   SEE ATTACHMENT A for details.

OTHER INJURED PERSONS (list names and addresses)

N/A

OWNER OF PROPERTY DAMAGED (if different from claimant)

AMOUNT CLAIMED:

| | |
|---|---|
| Amount claimed as of this date: | $ 34,286,262 estimated |
| Estimated amount of future costs: | $ -0- |
| Total amount claimed: | $ 34,286,262 estimated |

Basis for computation of amounts claimed (include copies of bills, invoices, estimates, etc.):

SEE ATTACHMENT A

WITNESSES, HOSPITALS, DOCTORS, ETC. (list names and addresses):

SEE ATTACHMENT A

ADDITIONAL INFORMATION (List any additional information that might be helpful in considering your claim.):

**WARNING!  IT IS A CRIMINAL OFFENSE TO FILE A FALSE CLAIM** (Penal Code Section 72)

I have read the matters and statements made in the above claim and I know the same to be true of my own knowledge, except to those matters stated upon information or belief and as to such matters I believe the same to be true.  I certify under penalty of perjury that the foregoing is TRUE and CORRECT.

Signed this _____ day of _____ June _____ , 20 22 ___     _____

Claimant's Signature

<u>**ATTACHMENT A**</u>

GOVERNMENT CLAIM OF CALIFORNIA WASTE SOLUTIONS, INC.

California Waste Solutions, Inc. ("CWS") collected material that residents of the City of San Jose placed in their recycling containers under an "Agreement Between the City of San Jose and California Waste Solutions, Inc. For Recycle Plus SFD Recycling Collection Services" (the "Agreement") for a time period that ended June 30, 2021. The purpose of the Agreement was to allow City of San Jose ("City") residents to dispose of recyclable materials in appropriate recycling containers and for CWS to collect and process those recyclable materials.

Per the Agreement's title, CWS was to provide "Recycling Collection Services." Section 1.31 of the Agreement defined a "Recycling Cart" as a container to be used for "SFD Recycling Service." Section 1.29 defined "Recyclable Material." And Section 1.42 confirmed that "SFD Recycling Service" involved "collection of Recyclable Material." CWS was "to provide SFD Recycling Collection Services" in its Service Area. Section 4.1.

Unfortunately, many City residents began misusing their recycling containers by putting large amounts of garbage (non-recyclable materials) in their recycling containers. The problem became so bad that close to half the volume of material placed in recycling containers collected by CWS in the City was garbage rather than recyclable material.

This abuse by City residents of the recycling system was extremely costly and damaging to CWS. These impacts included the following:

- The Agreement required CWS to pay for the landfill disposal of all garbage placed in recycling container. The greater the amount of garbage improperly placed in the recycling containers, the greater the expense to CWS. CWS' extra disposal expense due to excessive garbage in recycling containers exceeded six million dollars.
- CWS' collection costs for picking up and empting recycling containers were greatly increased by the many tens of thousands of tons of garbage that CWS was forced to collect from recycling containers. The additional expense to CWS exceeded $14 million dollars.
- CWS' processing costs for recycling materials were radically increased because large amounts of extra labor and equipment were required to separate the huge amounts of garbage from the recyclable material. CWS' extra expense was more than ten million dollars.
- The amount of recoverable recyclable material was substantially reduced because otherwise recyclable material was contaminated by food waste, used diapers and many other types of putrescible garbage improperly placed in the recycling containers.
- CWS could not possibly meet diversion and performance standards in the Agreement, which cost CWS more than $2.5 million.

CWS estimates its losses and extra expenses under the Agreement due to the excessive garbage exceed $34 million.

The City Department of Environmental Services breached the Agreement and the covenant of good faith and fair dealing that was part of the Agreement in multiple respects continuously and on an ongoing basis through June 30, 2021. The City's breaches included, but are not limited to, the following:

- The City effectively prevented CWS from declining to empty and collect contaminated recycling containers even though the Agreement gave CWS express authority to take this step. Section 6.2.3 expressly provided that CWS "shall not be required to collect Recyclable Material if it is not segregated from garbage. Despite this plain language, the City threatened to terminate the Agreement if CWS did not empty and collect the thousands of contaminated containers in question. The City falsely claimed that the containers were not contaminated with garbage and that CWS was exaggerating the problem. Even after the City's own studies proved CWS was correct, the City refused to change its position.

- The City refused to allow CWS to use Non-Collection Notices to explain to City residents why their contaminated recycling containers were not being emptied and collected even though the Agreement gave CWS express authority to take this step. Again, section 6.2.3 of the Agreement plainly gave CWS the right to use these Notices. Again, the City disregarded the governing language and threatened to terminate the Agreement if CWS kept delivering Non-Collection Notices. The City falsely claimed that the containers were not contaminated with garbage and that CWS was exaggerating the problem. Even after the City's own studies proved CWS was correct, the City refused to change its position.

- The City refused to educate or allow CWS to educate City residents about the importance of not putting garbage in recycling containers. The City falsely claimed that the containers were not contaminated with garbage and that CWS was exaggerating the problem. Even after the City's own studies proved CWS was correct, the City refused to change its position.

- The City rejected without reasonable grounds CWS' request that City residents be provided larger garbage containers so that City residents could fit their garbage in their garbage containers and not improperly use their recycling containers for garbage. The City falsely claimed that the containers were not contaminated with garbage and that CWS was exaggerating the problem. Even after the City's own studies proved CWS was correct, the City refused to change its position.

Through each of these means and others, the City breached both the express terms of the Agreement and the implied covenant of good faith and fair dealing. The purpose of the Agreement was to allow City residents to dispose of *recyclable materials* and allow CWS to collect and process *recyclable materials.* When the Agreement was formed, the parties did not intend for CWS to become a de facto *garbage* collector. The City had separate contractual arrangements for collection of garbage and disposal that did not involve CWS.

The City appeared to have two motivations for its wrongful conduct. First, the City and its residents benefited monetarily by abusing the recycling containers. The City was required to pay for landfill disposal costs for garbage collected by the City's garbage collector. In contrast, CWS paid for the garbage disposal costs for garbage placed in recycling containers. Thus, the

more garbage went into recycling containers, the greater the savings to the City (and the greater the expense to CWS).

Similarly, the City was well aware that City residents were using under-sized garbage containers and placing their garbage in recycling containers. This saved City residents money and, again, cost CWS heavily.

The City's second motivation for breaching its contract-based obligations was even more nefarious than the City's improper desire to shift tens of millions of dollars of costs from the City to CWS. CWS is a minority-owned business, 100% owned by immigrants to this country from Vietnam. CWS is proud of its history—hard work and perseverance turned an informal, casual recycling operation into a successful, professional company. Unfortunately, what should be a great American success story is tainted by another American legacy—racial discrimination.

CWS was one of three recycling collection companies who had contracts with the City. CWS was routinely treated more unfavorably and harshly than the other two companies—neither of which is minority-owned. The City was more flexible in adjusting contract terms with CWS' non-minority competitors. The City did not attack the non-minority companies as dishonest and incompetent the way the City falsely attacked CWS. In total, the City did not deprive these other non-minority companies of the benefits of their recycling contracts in the same way that the City deprived CWS of the benefits of the Agreement.

Witnesses to the above events include:
- CWS owners and employees including David Duong, Victor Duong, Kristina Duong and many others.
- City Environmental Services Division employees, City attorneys and City elected officials.
- Personnel at other non-minority owned recycling companies.
- Many other persons.

# EXHIBIT C

# EXHIBIT C



# CITY OF SAN JOSE
## CAPITAL OF SILICON VALLEY

Office of the City Attorney
200 East Santa Clara Street, 16th Floor, San José, CA 95113

**RECEIVED**
**JUL 11 2022**

Paul Kady

**DIRECTOR OF OPERATIONS**

California Waste Solutions, Inc.
1005 Timothy Dr.
San Jose, CA 95133

SE13321046 0016



US POSTAGE

ZIP 95113
02 1N
0001409922 JUL 07 2022

$ 000.73 0



CITY OF
# SAN JOSE
CAPITAL OF SILICON VALLEY

*Office of the City Attorney*
NORA FRIMANN, CITY ATTORNEY

## RETURN OF PORTION OF CLAIM NOT TIMELY FILED

July 7, 2022

California Waste Solutions, Inc.
1005 Timothy Dr.
San Jose, CA 95133

Re:  Claim No.:       C-43338-22
     Claimant:        California Waste Solutions, Inc.

NOTICE IS HEREBY GIVEN that the claim which you presented to the City Clerk on 6/28/2022 has been returned, and no action taken, **for any claim for damages arising prior to 6/28/2021** because it was not presented within one year after the event or occurrence as required by law. See Sections 901 and 911.2 of the California Government Code.

Very truly yours,

NORA FRIMANN, City Attorney

By ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
   Barry Witt (Jul 7, 2022 10:12 PDT)
   Barry D. Witt, Investigator

### PROOF OF SERVICE BY MAIL

I am a citizen of the United States, over 18 years of age, employed in Santa Clara County, and not a party to the within action. My business address is 200 East Santa Clara Street, San Jose, California 95113-1905, and is located in the county where the service described below occurred. I caused to be served a copy of the above notice by MAIL, by depositing it into a sealed envelope, with postage fully prepaid, and causing the envelope to be deposited for collection and mailing on the date indicated below. I further declare that I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. Said correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on 07-07-2026 at San Jose, California.

J. Nguyen

Enclosure:  Claim



**CITY OF**

# SAN JOSE

CAPITAL OF SILICON VALLEY

## CLAIM AGAINST THE
## CITY OF SAN JOSE, CA

(For Damages to Persons or Personal Property)

#_____

Office of the City Clerk
200 East Santa Clara Street
Tower 14th Floor
San José, CA 95113

Office of the City Clerk Timestamp

RECEIVED
San Jose City Clerk
2022 JUN 29 AM 10: 29

Received by: [signature]
Via:    U.S. Mail _____
        Interoffice Mail _____
        Over the Counter ✓

(Please do not write above this line – for City use only)

Generally, a claim against the City of San José for damages to persons or personal property must be filed with the City Clerk of the City of San José within six months after the incident occurred. See Government Code 911.2. Completed claims **must be mailed or delivered to: Office of the City Clerk, City of San José, 200 E. Santa Clara Street, Tower, 14th Floor, San José, CA 95113, telephone:** (408) 535-1260. Attach copies of any receipts or other documentation to the original claim form.

TO THE CITY CLERK of the City of San José, California:
The undersigned respectfully submits the following claim and information relative to damage to persons and/or personal property:

| | | |
|---|---|---|
| NAME OF CLAIMANT | CALIFORNIA WASTE SOLUTIONS, INC. | DATE OF BIRTH: N/A |

| | | | | |
|---|---|---|---|---|
| ADDRESS OF CLAIMANT | 1005 Timothy Drive | CITY San Jose | STATE CA | ZIP CODE 95133 |

| | | |
|---|---|---|
| HOME PHONE ( ) N/A | WORK PHONE ( 408 ) 292-0830 | DRIVER'S LICENSE STATE AND NUMBER N/A |

SEND NOTICES REGARDING THIS CLAIM TO: (List name, mailing address and phone number if not same as above.)

| | |
|---|---|
| DATE OF INCIDENT OR OCCURRENCE CAUSING CLAIM June 30, 2021 | PLACE (Exact and specific location of incident.) Throughout Claimant's Service Area in City of San Jose |

CIRCUMSTANCES (Specify the occurrence, event, act, or omission which you claim caused the injury or damage for which you are submitting this claim. Where space is insufficient, attach an additional page with the claimant's name on the page.)

SEE ATTACHMENT A

CITY'S ACTION (Specify action by City or its employees which caused alleged damage or injury.)

SEE ATTACHMENT A

CITY EMPLOYEES' NAMES OR CITY DEPARTMENT INVOLVED IN ALLEGED ACCIDENT OR INCIDENT.

SEE ATTACHMENT A

Page 228

# CLAIM AGAINST THE
# CITY OF SAN JOSE, CA

DESCRIPTION OF LOSS (Describe injury, property damage or loss, so far as is known at this time.  If there were no injuries, state "NO INJURIES.")

Monetary Losses.   SEE ATTACHMENT A for details.

OTHER INJURED PERSONS (list names and addresses)
N/A

OWNER OF PROPERTY DAMAGED (if different from claimant)

AMOUNT CLAIMED:

Amount claimed as of this date:      $   34,286,262 estimated
Estimated amount of future costs:      $   -0-
Total amount claimed:      $   34,286,262 estimated

Basis for computation of amounts claimed (include copies of bills, invoices, estimates, etc.):

SEE ATTACHMENT A

WITNESSES, HOSPITALS, DOCTORS, ETC. (list names and addresses):

SEE ATTACHMENT A

ADDITIONAL INFORMATION (List any additional information that might be helpful in considering your claim.):

**WARNING!  IT IS A CRIMINAL OFFENSE TO FILE A FALSE CLAIM** (Penal Code Section 72)

I have read the matters and statements made in the above claim and I know the same to be true of my own knowledge, except to those matters stated upon information or belief and as to such matters I believe the same to be true.  I certify under penalty of perjury that the foregoing is TRUE and CORRECT.

Signed this __28th__ day of ____June____ , 20 _22_

_____
Claimant's Signature

Revised 10/1/2015

## ATTACHMENT A

GOVERNMENT CLAIM OF CALIFORNIA WASTE SOLUTIONS, INC.

California Waste Solutions, Inc. ("CWS") collected material that residents of the City of San Jose placed in their recycling containers under an "Agreement Between the City of San Jose and California Waste Solutions, Inc. For Recycle Plus SFD Recycling Collection Services" (the "Agreement") for a time period that ended June 30, 2021. The purpose of the Agreement was to allow City of San Jose ("City") residents to dispose of recyclable materials in appropriate recycling containers and for CWS to collect and process those recyclable materials.

Per the Agreement's title, CWS was to provide "Recycling Collection Services." Section 1.31 of the Agreement defined a "Recycling Cart" as a container to be used for "SFD Recycling Service." Section 1.29 defined "Recyclable Material." And Section 1.42 confirmed that "SFD Recycling Service" involved "collection of Recyclable Material." CWS was "to provide SFD Recycling Collection Services" in its Service Area. Section 4.1.

Unfortunately, many City residents began misusing their recycling containers by putting large amounts of garbage (non-recyclable materials) in their recycling containers. The problem became so bad that close to half the volume of material placed in recycling containers collected by CWS in the City was garbage rather than recyclable material.

This abuse by City residents of the recycling system was extremely costly and damaging to CWS. These impacts included the following:

- The Agreement required CWS to pay for the landfill disposal of all garbage placed in recycling container. The greater the amount of garbage improperly placed in the recycling containers, the greater the expense to CWS. CWS' extra disposal expense due to excessive garbage in recycling containers exceeded six million dollars.
- CWS' collection costs for picking up and empting recycling containers were greatly increased by the many tens of thousands of tons of garbage that CWS was forced to collect from recycling containers. The additional expense to CWS exceeded $14 million dollars.
- CWS' processing costs for recycling materials were radically increased because large amounts of extra labor and equipment were required to separate the huge amounts of garbage from the recyclable material. CWS' extra expense was more than ten million dollars.
- The amount of recoverable recyclable material was substantially reduced because otherwise recyclable material was contaminated by food waste, used diapers and many other types of putrescible garbage improperly placed in the recycling containers.
- CWS could not possibly meet diversion and performance standards in the Agreement, which cost CWS more than $2.5 million.

CWS estimates its losses and extra expenses under the Agreement due to the excessive garbage exceed over $34 million.

The City Department of Environmental Services breached the Agreement and the covenant of good faith and fair dealing that was part of the Agreement in multiple respects continuously and on an ongoing basis through June 30, 2021. The City's breaches included, but are not limited to, the following:

- The City effectively prevented CWS from declining to empty and collect contaminated recycling containers even though the Agreement gave CWS express authority to take this step. Section 6.2.3 expressly provided that CWS "shall not be required to collect Recyclable Material if it is not segregated from garbage. Despite this plain language, the City threatened to terminate the Agreement if CWS did not empty and collect the thousands of contaminated containers in question. The City falsely claimed that the containers were not contaminated with garbage and that CWS was exaggerating the problem. Even after the City's own studies proved CWS was correct, the City refused to change its position.

- The City refused to allow CWS to use Non-Collection Notices to explain to City residents why their contaminated recycling containers were not being emptied and collected even though the Agreement gave CWS express authority to take this step. Again, section 6.2.3 of the Agreement plainly gave CWS the right to use these Notices. Again, the City disregarded the governing language and threatened to terminate the Agreement if CWS kept delivering Non-Collection Notices. The City falsely claimed that the containers were not contaminated with garbage and that CWS was exaggerating the problem. Even after the City's own studies proved CWS was correct, the City refused to change its position.

- The City refused to educate or allow CWS to educate City residents about the importance of not putting garbage in recycling containers. The City falsely claimed that the containers were not contaminated with garbage and that CWS was exaggerating the problem. Even after the City's own studies proved CWS was correct, the City refused to change its position.

- The City rejected without reasonable grounds CWS' request that City residents be provided larger garbage containers so that City residents could fit their garbage in their garbage containers and not improperly use their recycling containers for garbage. The City falsely claimed that the containers were not contaminated with garbage and that CWS was exaggerating the problem. Even after the City's own studies proved CWS was correct, the City refused to change its position.

Through each of these means and others, the City breached both the express terms of the Agreement and the implied covenant of good faith and fair dealing. The purpose of the Agreement was to allow City residents to dispose of *recyclable materials* and allow CWS to collect and process *recyclable materials.* When the Agreement was formed, the parties did not intend for CWS to become a de facto *garbage* collector. The City had separate contractual arrangements for collection of garbage and disposal that did not involve CWS.

The City appeared to have two motivations for its wrongful conduct. First, the City and its residents benefited monetarily by abusing the recycling containers. The City was required to pay for landfill disposal costs for garbage collected by the City's garbage collector. In contrast, CWS paid for the garbage disposal costs for garbage placed in recycling containers. Thus, the

more garbage went into recycling containers, the greater the savings to the City (and the greater the expense to CWS).

Similarly, the City was well aware that City residents were using under-sized garbage containers and placing their garbage in recycling containers. This saved City residents money and, again, cost CWS heavily.

The City's second motivation for breaching its contract-based obligations was even more nefarious than the City's improper desire to shift tens of millions of dollars of costs from the City to CWS. CWS is a minority-owned business, 100% owned by immigrants to this country from Vietnam. CWS is proud of its history—hard work and perseverance turned an informal, casual recycling operation into a successful, professional company. Unfortunately, what should be a great American success story is tainted by another American legacy—racial discrimination.

CWS was one of three recycling collection companies who had contracts with the City. CWS was routinely treated more unfavorably and harshly than the other two companies—neither of which is minority-owned. The City was more flexible in adjusting contract terms with CWS' non-minority competitors. The City did not attack the non-minority companies as dishonest and incompetent the way the City falsely attacked CWS. In total, the City did not deprive these other non-minority companies of the benefits of their recycling contracts in the same way that the City deprived CWS of the benefits of the Agreement.

Witnesses to the above events include:
- CWS owners and employees including David Duong, Victor Duong, Kristina Duong and many others.
- City Environmental Services Division employees, City attorneys and City elected officials.
- Personnel at other non-minority owned recycling companies.
- Many other persons.

BN 71332856v1

RECEIVED
San Jose City Clerk
FEDEX
2022 JUN 29 AM 10: 29

**WA RBKA**

TRK# 7772 5436 5229
0201

WED - 29 JUN 10:30A
PRIORITY OVERNIGHT

CA-US SJC
95113

FedEx
Express

J223202204129.tuv

ORIGIN ID:BSA    (510) 823-8111
CALIFORNIA WASTE SOLUTIONS
CALIFORNIA WASTE SOLUTION
1211 EMBARCADERO SITE 300

OAKLAND, CA 94606
UNITED STATES US

TO OFFICE OF THE CITY CLERK

200 EAST SANTA CLARA STREET
TOWER 14TH FLOOR
SAN JOSE CA 95113

(408) 535-1260
INV:
PO:
REF:

DEPT:

SHIP DATE: 28JUN22
ACTWGT: 1.00 LB
CAD: 110462628/INET4494

BILL SENDER

581J2/274F/FE4A

---

After printing this label:
**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

Use of this system constitutes your agreement to the service conditions in the current
fedex.com. FedEx will not be responsible for any claim in excess of $100 per
delay, non-delivery, misdelivery, or misinformation, unless you declare a higher
your actual loss and file a timely claim. Limitations found in the current
FedEx for any loss, including intrinsic value of the package, loss of sales
other forms of damage whether direct, incidental, consequential, or special
declared value. Recovery cannot exceed actual documented loss. Maximum
jewelry, precious metals, negotiable instruments and other items listed
within strict time limits, see current FedEx Service Guide.

(310) 792-1801
COMPEX LEGAL SERVICES, LLC.
325 MAPLE AVE
TORRANCE CA 90503-2602

**1 LBS**

1 OF 1

SHIP TO:
OFFICE OF THE CITY ATTORNEY OF SAN
OFFICE OF THE CITY ATTORNEY OF SAN
200 E. SANTA CLARA STREET, 16TH FLO
**SAN JOSE CA 95113**

**CA 951 9 – 10**

**UPS GROUND**
TRACKING #: 1Z 14A T56 03 4375 7331

BILLING: P/P

REF 1:3804338
REF 4:CA1096206-002

SEE NOTICE ON REVERSE regarding UPS terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and
customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration
Regulations. Diversion contrary to law is prohibited.

For information about UPS's privacy practices or to opt out from the sale of personal information, please see the UPS Privacy Notice at www.ups.com

# EXHIBIT D

# EXHIBIT D



CITY OF
SAN JOSE
CAPITAL OF SILICON VALLEY

Office of the City Attorney
200 East Santa Clara Street, 16th Floor, San José, CA 95113

RECEIVED
JUL 2 0 2022
DIRECTOR OF OPERATIONS

SAN JOSE CA 950
18 JUL 2022 PM 4 L

California Waste Solutions, Inc.
1005 Timothy Dr.
San Jose, CA 95133

95133-104305

US POSTAGE
ZIP 95113
$ 000.57°
2022

RECEIVED
JUL 1 9 REC'D

BY



CITY OF
# SAN JOSE
CAPITAL OF SILICON VALLEY


*Office of the City Attorney*

NORA FRIMANN, CITY ATTORNEY

## NOTICE OF REJECTION OF PURPORTED CLAIM

July 18, 2022

California Waste Solutions, Inc.
1005 Timothy Dr.
San Jose, CA 95133

Re:  Claim No.:        C-43338-22
     DOI:              6/30/2022
     Claimant:         California Waste Solutions, Inc.

NOTICE IS HEREBY GIVEN that the purported claim which you presented to the City Clerk of the City of San José on 6/28/2022 was rejected by the City of San José relative to any event or occurrence that took place on or after June 28, 2021.

### W A R N I N G

Subject to certain exceptions, you have only six (6) months from the date this notice was personally delivered or deposited in the United States mail to file a court action on the stated causes of action contained within this claim.  *See* California Government Code Section 945.6. This warning does not apply to federal causes of action and does not extend any statutes of limitations for federal causes of action.

You may seek the advice of an attorney of your choice in connection with this matter.  If you desire to consult an attorney, you should do so immediately.

Very truly yours,

NORA FRIMANN, City Attorney

By _____
   Barry Witt (Jul 18, 2022 11:27 PDT)
   Barry D. Witt, Investigator

### PROOF OF SERVICE BY MAIL

I am a citizen of the United States, over 18 years of age, employed in Santa Clara County, and not a party to the within action.  My business address is 200 East Santa Clara Street, San Jose, California  95113-1905, and is located in the county where the service described below occurred.  I caused to be served a copy of the above notice by MAIL, by depositing it into a sealed envelope, with postage fully prepaid, and causing the envelope to be deposited for collection and mailing on the date indicated below.  I further declare that I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service.  Said correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on ___Jul 18, 2022_____, at San Jose, California.

                                              *Tina Nasseri*

                                              Tina Nasseri

# NOR - CA Waste Solutions-1939753

Final Audit Report

2022-07-18

| | |
|---|---|
| Created: | 2022-07-18 |
| By: | Julie Nguyen (julie.nguyen@sanjoseca.gov) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAt89ffHTtBpIYUc7jzt7tAFuMpr0ovrKw |

## "NOR - CA Waste Solutions-1939753" History

📄 Document created by Julie Nguyen (julie.nguyen@sanjoseca.gov)
2022-07-18 - 6:25:43 PM GMT- IP address: 156.39.0.199

📧 Document emailed to Barry Witt (barry.witt@sanjoseca.gov) for signature
2022-07-18 - 6:26:18 PM GMT

📄 Email viewed by Barry Witt (barry.witt@sanjoseca.gov)
2022-07-18 - 6:26:55 PM GMT- IP address: 104.47.65.254

✒ Document e-signed by Barry Witt (barry.witt@sanjoseca.gov)
Signature Date: 2022-07-18 - 6:27:07 PM GMT - Time Source: server- IP address: 156.39.0.199

📧 Document emailed to tina nasseri (tina.nasseri@sanjoseca.gov) for signature
2022-07-18 - 6:27:09 PM GMT

📄 Email viewed by tina nasseri (tina.nasseri@sanjoseca.gov)
2022-07-18 - 6:29:56 PM GMT- IP address: 156.39.0.199

✒ Document e-signed by tina nasseri (tina.nasseri@sanjoseca.gov)
Signature Date: 2022-07-18 - 6:32:19 PM GMT - Time Source: server- IP address: 156.39.0.199

✔ Agreement completed.
2022-07-18 - 6:32:19 PM GMT



Adobe Acrobat Sign