EXHIBIT B

NORA FRIMANN, City Attorney (93249)
ARDELL JOHNSON, Assistant City Attorney (95340)
ELISA T. TOLENTINO, Chief Deputy City Attorney (245962)
NANA KNIGHT, Sr. Deputy City Attorney (266719)
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail Address: cao.main@sanjoseca.gov

Attorneys for CITY OF SAN JOSE

# SUPERIOR COURT OF CALIFORNIA

## COUNTY OF SANTA CLARA

| | |
|---|---|
| CALIFORNIA WASTE SOLUTIONS, INC., <br><br>Plaintiff, <br><br>v. <br><br>CITY OF SAN JOSE, and DOES 1 to 50, inclusive, <br><br>Defendants. | Case Number: 23cv409641 <br><br>**NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT** |

TO PLAINTIFF AND THEIR ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that A Notice of Removal of this action was filed in the United States District Court for the Northern District of California, San Jose Division on April 6, 2023. A copy of the Notice of Removal is attached as **Exhibit B** to this Notice and is served and filed herewith.

Dated: April 6, 2023

Respectfully submitted,

NORA FRIMANN, City Attorney

By: */s/ Nana Knight*
 NANA KNIGHT
 Sr. Deputy City Attorney

Attorneys for CITY OF SAN JOSE

# PROOF OF SERVICE

CASE NAME:   California Waste Solutions, Inc., v. City of San Jose, et al.,

CASE NO.:   23-cv409641

I, the undersigned declare as follows:

I am over 18 years of age and not a party to this action. My business address is 200 East Santa Clara Street, San Jose, California 95113-1905, and is located in the county where the service described below occurred.

On April 6, 2023, I caused to be served the within:

**NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT**

☒ by MAIL, with a copy of this declaration, by depositing them into a sealed envelope, with postage fully prepaid, and causing the envelope to be deposited for collection and mailing on the date indicated above.
I further declare that I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. Said correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business.

☐ by PERSONAL DELIVERY, with a copy of this declaration, by causing to be personally delivered a true copy thereof to the person at the address set forth below.

☐ by FACSIMILE TRANSMISSION, with a copy of this declaration, to a facsimile machine at the facsimile machine telephone number listed below.

The above-described transmission was reported as complete without error by a transmission report issued by the facsimile machine immediately following the transmission.

☐ by ELECTRONIC SERVICE listed below, transmitted using the One Legal Process Service electronic filing system. The document(s) listed above was/were electronically served to the electronic address(es) below

☒ by ELECTRONIC TRANSMISSION, with a copy of this declaration, to an electronic address listed below.

I further declare that the electronic transmission was sent on April 6, 2023, before 5:30 p.m., and that the City of San Jose, City Attorney's electronic address is CAO.Main@sanjoseca.gov.

The above-described transmission was reported as sent by a transmission report available for printing from the computer.

☐ by EXPRESS MAIL, with a copy of this declaration, by depositing them into a sealed envelope, with postage fully prepaid, and causing the envelope to be deposited for collection and mailing on the date indicated above.

I further declare that I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. Said correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business.

3
NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT    Case Number: 23cv409641
2011205

| | |
|---|---|
| 1 | ☐ by OVERNIGHT DELIVERY, with a copy of this declaration, by depositing them into a sealed envelope/package, with delivery fees fully prepaid/provided for, and |
| 2 | ☐ causing the envelope/package to be deposited for collection |
| 3 | ☐ causing the envelope/package to be delivered to an authorized courier or driver to receive the envelope/package |
| 4 | designated by the express service carrier for next day delivery. |

I further declare that I am readily familiar with the business' practice for collection and processing of correspondence for overnight delivery by an express courier service. Such correspondence would be deposited with the express service or delivered to the authorized express service courier/driver to receive an envelope/package for the express service that same day in the ordinary course of business.

Addressed as follows:

| | |
|---|---|
| Buchalter<br>Douglas C. Straus<br>Randall Manvitz<br>Debra Fong<br>Alyssa Kern<br>425 Market Street, Suite 2900<br>San Francisco CA 94105<br>Tel:  (415) 227-0900<br>Fax: (415) 227-0770<br>Email: dstraus@buchalter.com<br>rmanvitz@buchalter.com<br>dforn@buchalter.com<br>akern@buchalter.com | Attorneys for Plaintiff, California Waste Solutions Inc. |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on April 6, 2023, at San Jose, California.

/s/ Yolanda Singletary
Yolanda Singletary