EXHIBIT C

R. Fleming

| Attorney or Party without Attorney: | | *For Court Use Only* |
|---|---|---|
| DOUGLAS C. STRAUS (SBN 96301)<br>BUCHALTER, A Professional Corporation<br>425 Market Street SUITE 2900<br>San Francisco, CA 94105<br>  Telephone No: 415-227-0900<br><br>  Attorney For:  Plaintiff | | **Electronically Filed<br>by Superior Court of CA,<br>County of Santa Clara,<br>on 3/8/2023 4:42 PM<br>Reviewed By: R. Fleming<br>Case #23CV409641<br>Envelope: 11385914** |

| | *Ref. No. or File No.:*<br>C0633-0011 | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| SUPERIOR COURT FOR THE STATE OF CALIFORNIA COUNTY OF SANTA CLARA |

| *Plaintiff:*  CALIFORNIA WASTE SOLUTIONS, INC. |
|---|
| *Defendant:*  CITY OF SAN JOSE |

| **PROOF OF SERVICE<br>SUMMONS** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>23CV409641 |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS; COMPLAINT; CIVIL CASE COVER SHEET

3.  *a.  Party served:*      CITY OF SAN JOSE
    *b.  Person served:*    GRACE TURNER, CITY CLERK. AUTHORIZED TO ACCEPT SERVICE OF PROCESS

4. *Address where the party was served:*    200 E SANTA CLARA ST 14th FL, SAN JOSE, CA 95113

5. *I served the party:*
    a. **by personal service.**    I personally delivered the documents listed in item 2 to the party or person authorized to receive
    service of process for the party (1) on *(date):* Wed, Mar 08 2023 (2) at *(time):* 11:31 AM

    (1)  [ X ]  **(business)**
    (2)  [   ]  **(home)**
    (3)  [   ]  **(other)** :

6. The "Notice to the Person Served" (on the summons) was completed as follows:
    a.  [   ]  as an individual defendant.
    b.  [   ]  as the person sued under the fictitious name of *(specify)*:
    c.  [   ]  as occupant.
    d.  [ X ]  On behalf of *(specify):*   CITY OF SAN JOSE
    under the following Code of Civil Procedure section:

    | | |
    |---|---|
    | [   ]  416.10 (corporation) | [   ]  415.95 (business organization, form unknown) |
    | [   ]  416.20 (defunct corporation) | [   ]  416.60 (minor) |
    | [   ]  416.30 (joint stock company/association) | [   ]  416.70 (ward or conservatee) |
    | [   ]  416.40 (association or partnership) | [   ]  416.90 (authorized person) |
    | [ X ]  416.50 (public entity) | [   ]  415.46 (occupant) |
    | [   ]  other: | |



Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

**PROOF OF
SERVICE
SUMMONS**

*8509573
(16115711)*
Page 1 of 2

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| DOUGLAS C. STRAUS (SBN 96301)<br>BUCHALTER, A Professional Corporation<br>425 Market Street SUITE 2900<br>San Francisco, CA 94105<br>Telephone No: 415-227-0900 | | |
| Attorney For: Plaintiff | Ref. No. or File No.:<br>C0633-0011 | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| SUPERIOR COURT FOR THE STATE OF CALIFORNIA COUNTY OF SANTA CLARA |

| Plaintiff: CALIFORNIA WASTE SOLUTIONS, INC. |
|---|
| Defendant: CITY OF SAN JOSE |

| PROOF OF SERVICE<br>SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number:<br>23CV409641 |
|---|---|---|---|---|

Recoverable cost Per CCP 1033.5(a)(4)(B)

7. **Person who served papers**
   a. Name:                    Miles Blundon
   b. Address:              **FIRST LEGAL**
                             1814 I Street
                             SACRAMENTO, CA 95814
   c. Telephone number:      (916) 444-5111
   d. **The fee** for service was:     429.14
   e. I am:
      (1) ☐   not a registered California process server.
      (2) ☐   exempt from registration under Business and Professions Code section 22350(b).
      (3) ☒   a registered California process server:
         (i) ☐ owner    ☐ employee    ☒ independent contractor
         (ii) Registration No:   PS1798, Santa Clara County
         (iii) County:   Santa Clara

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*



03/08/2023

*(Date)*

Miles Blundon



Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

**PROOF OF
SERVICE
SUMMONS**

*8509573*
*(16115711)*
**Page 2 of 2**