BUCHALTER
A Professional Corporation
DOUGLAS C. STRAUS (SBN: 96301)
RANDALL L. MANVITZ (SBN: 224598)
TIFFANY F. NG (SBN: 301436)
425 Market Street, Suite 2900
San Francisco, California 94105-2491
Tel: (415) 227-0900
Fax: (415) 227-0770
Email:   dstraus@buchalter.com
         rmanvitz@buchalter.com
         tng@buchalter.com

Attorneys for Plaintiff California Waste Solutions, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA WASTE SOLUTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF SAN JOSE, and DOES 1 to 50, <br><br> Defendants. | CASE NO.: 3:23-cv-01647-MMC <br><br> **STIPULATED REQUEST AND [PROPOSED] ORDER CHANGING TIME FOR HEARING ON MOTION TO COMPEL AND FOR DATES RELATED TO FACT AND EXPERT DISCOVERY** <br><br> **Date:** TBD <br> **Time:** TBD <br> **Location:** Courtroom 7 – 19th Floor <br> **Judge:** Hon. Maxine M. Chesney |

**STIPULATED REQUEST FOR ORDER CHANGING TIME
FOR HEARING ON MOTION TO COMPEL AND FOR
DATES RELATED TO FACT AND EXPERT DISCOVERY**

Counsel for Plaintiff California Waste Solutions, Inc. ("CWS" or "Plaintiff") and Defendant City of San Jose ("City" or "Defendant") have conferred and stipulated and hereby respectfully request, pursuant to Local Rule 6-2, that the Court enter an Order Changing Time as further described below. Specifically, the parties request an Order (a) shortening time and accelerating the date for the hearing on Plaintiff's Motion to Compel Production of Documents, (b) enlarging time and extending the dates related to fact and expert discovery, and (c) maintaining

1 the current trial date, with all other related dates unchanged.

2       WHEREAS, this case involves Plaintiff's claims against the City for breach of contract and racial discrimination in connection with a contract for Plaintiff to provide residential recycling collection services to over 300,000 residents of the City over an eleven-year period. Plaintiff claims damages in excess of $34 million;

      WHEREAS, the parties emerged several months ago from ongoing settlement discussions, including in the wake of the most recent settlement conference in September, 2024 – all of which have been unsuccessful to date – and the parties are now fully engaged in the discovery necessary to prepare this case for trial;

      WHEREAS, Plaintiff served its First Set of Requests for Production of Documents (the "RPD") on the City on May 19, 2025;

      WHEREAS, the City provided its written responses to the RPD on June 25, 2025, stating that, with limited exceptions, all responsive documents in the City's possession or control would be produced;

      WHEREAS, the volume of relevant electronically stored information responsive to the RPD maintained by the City is very substantial, the City has produced only a small percentage of such information to date, and the City has substantial additional work to do in order to complete its production of all documents responsive to the RPD;

      WHEREAS, the parties have been engaged in extensive meet-and-confer discussions regarding the City's obligation to timely produce all documents responsive to the RPD but were unable to reach agreement on setting a deadline by which the City would produce all responsive documents;

      WHEREAS, on July 23, 2025, Plaintiff filed a Motion to Compel Production of Documents, seeking an Order compelling the City to promptly complete its production of all responsive documents in response to the RPD. Pursuant to Local Rule 7-2, the hearing on the Motion was required to be set no earlier than August 29, 2025, and accordingly the Motion was set for hearing on that date;

      WHEREAS, the fact (percipient) discovery cut-off date in this matter is currently set for

August 29, 2025 – the same date as the hearing currently set for the Motion to Compel;

WHEREAS, a series of more than ten depositions are currently scheduled in the early to mid-August 2025 timeframe;

WHEREAS, the parties recognize and acknowledge that attempting to take depositions before the bulk of the City's documents have been produced would be inefficient and problematic;

WHEREAS, the expert designation date is currently set for no later than September 19, 2025, the rebuttal expert designation date is currently set for no later than October 10, 2025 and the expert discovery cut-off date in this matter is currently set for October 31, 2025;

WHEREAS, the trial date in this matter is currently set for March 2, 2026 – and will not be modified by this stipulated request and proposed order;

WHEREAS, the parties request modest adjustments to the current pre-trial schedule, so that discovery and pre-trial preparations may proceed in a sensible and efficient manner;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between all parties and their respective counsel, pursuant to Local Rules 6-2(a) and 7-12, as follows:

(1) The hearing date on Plaintiff's Motion to Compel Production of Documents should be accelerated from August 29, 2025 to August 8, 2025, with Defendants provided seven (7) calendar days from motion filing date (July 23, 2025) to file opposition papers on July 30, 2025, and with Plaintiffs provided five (5) calendar days thereafter to file reply papers on August 4, 2025;

(2) The fact (percipient) discovery cutoff date for discovery propounded prior to July 23, 2025 should be extended from August 29, 2025 to October 17, 2025 (49 days);

(3) The expert disclosure date should be extended from not later than September 19, 2025 to November 7, 2025 (49 days);

(4) The rebuttal expert disclosure date should be extended from not later than October 10, 2025 to November 28, 2025 (49 days);

(5) The expert discovery cutoff date should be extended from October 31, 2025 to December 19, 2025 (49 days); and

(6) The trial date should remain on March 2, 2026, with all other related dates unchanged.

IT IS SO STIPULATED AND REQUESTED.

Respectfully submitted,

Dated: July 23, 2025

BUCHALTER
A Professional Corporation

By: */s/ Douglas C. Straus*
    DOUGLAS C. STRAUS
    RANDALL L. MANVITZ
    Attorneys for Plaintiff
    California Waste Solutions, Inc.

Dated: July 23, 2025

OFFICE OF CITY ATTORNEY

By: */s/ Elisa Tolentino*
    NORA FRIMANN, City Attorney
    ARDELL JOHNSON, Assistant City Attorney
    ELISA TOLENTINO, Sr. Deputy City Attorney
    Attorneys for Defendant
    City of San Jose

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED, as to the extension of discovery deadlines only. Additionally, the parties are hereby advised that the dispositive motion filing deadline will remain unchanged.

The Honorable Maxine M. Chesney
United States District Judge