UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA WASTE SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CITY OF SAN JOSE, <br><br> Defendant. | Case No. 3:23-cv-01647-MMC  (KAW) <br><br> ORDER OF RECUSAL RE: DISCOVERY REFERRAL |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court was referred this case for discovery purposes. On its own motion, the Court recuses itself from any and all further proceedings in this matter.

The case will be referred to another magistrate judge for discovery. That judge will resolve the pending discovery dispute (Dkt. No. 66).

IT IS SO ORDERED.

Dated: August 12, 2025

_____
KANDIS A. WESTMORE
United States Magistrate Judge