UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| CALIFORNIA WASTE SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CITY OF SAN JOSE, <br><br> Defendant. | Case No. 23-cv-01647-MMC (RMI) <br><br> **ORDER ON DISCOVERY LETTER BRIEFS** <br><br> Re: Dkt. Nos. 72, 73 |

Upon consideration of the Joint Letter briefs, the court ORDERS as follows:

**GreenTeam Letter Brief dkt. 72**

RPD No. 5: Responses shall be produced to Plaintiff with the following limitations: GreenTeam need only search the emails of the top two GreenTeam custodians most likely to have relevant communications with the city within the 2010–2021 timeframe. Further, the parties are instructed to meet and confer and agree to a set of targeted search terms.

With these limitations in place and considering that the request is only as to communications between GreenTeam and the City that discuss or refer to Plaintiff, the court is satisfied that the burden to GreenTeam is minimal.

**GreenWaste Letter Brief dkt. 73**

RPD No. 1: Responses shall be produced to Plaintiff under an "Attorneys Eyes Only" designation that would also exclude all in-house counsel. If after review, Plaintiff's outside counsel wishes to reveal portions of the documents to in-house counsel, they must first confer with and seek agreement to that effect from GreenWaste. If the parties cannot agree, they can submit

1  the disputed materials under seal to the court for a determination.

2  RPD No. 8: Reponses shall be produced to Plaintiff with the limitations that the request
3  covers only agreement(s) with GreenTeam (no other vendors) and only the actual contracts
4  themselves, which shall be produced under the same "Attorneys Eyes Only" designation as
5  described above.

6  The court finds that these provisions shall adequately protect this information, which
7  Plaintiff has shown to be relevant and subject to discovery.

8  **IT IS SO ORDERED.**

10 Dated: September 18, 2025

_____
ROBERT M. ILLMAN
United States Magistrate Judge