BUCHALTER
A Professional Corporation
DOUGLAS C. STRAUS (SBN: 96301)
RANDALL L. MANVITZ (SBN: 224598)
TIFFANY F. NG (SBN: 301436)
425 Market Street, Suite 2900
San Francisco, California 94105-2491
Tel: (415) 227-0900
Fax: (415) 227-0770
Email:   dstraus@buchalter.com
         rmanvitz@buchalter.com
         tng@buchalter.com

Attorneys for Plaintiff California Waste Solutions, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA WASTE SOLUTIONS, INC., <br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SAN JOSE, and DOES 1 to 50,<br><br>Defendants. | CASE NO.: 3:23-cv-01647-MMC <br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER CHANGING DATES RELATED TO EXPERT DISCOVERY AND** REQUEST TO MOVE TRIAL DATE ONE MONTH SUBJECT TO COURT'S AVAILABILITY **PRETRIAL**<br><br>**Date:** TBD<br>**Time:** TBD<br>**Location:** Courtroom 7 – 19th Floor<br>**Judge:** Hon. Maxine M. Chesney |

Counsel for Plaintiff California Waste Solutions, Inc. ("CWS" or "Plaintiff") and Defendant City of San Jose ("City" or "Defendant") have conferred and stipulated and hereby respectfully request, pursuant to Local Rule 6-2, that the Court enter an Order Changing Time as further described below. Specifically, the parties request an Order (a) enlarging time and extending the dates related to expert discovery, and (b) not contingent on extending the expert deadlines and subject to the Court's availability, continuing the pretrial conference and/or start of trial by 30 days with all other related dates remaining unchanged.

WHEREAS, the expert designation date is currently set for no later than November 7,

1  2025, the rebuttal expert designation date is currently set for no later than November 28, 2025,
2  and the expert discovery cut-off date in this matter is currently set for December 19, 2025
3  following a previously requested modification of the schedule [Dkt. 63];

4  WHEREAS, the pretrial conference in this matter is currently set for February 10, 2026;

5  WHEREAS, the trial date in this matter is currently set for March 2, 2026;

6  WHEREAS, CWS needs until December 2, 2025 to provide its expert disclosures because
7  of a scheduling error and expert's schedule which causes the rebuttal and expert discovery cutoff
8  to need to be extended to December 23, 2025 and January 23, 2026, respectively;

9  WHEREAS, the City is concerned that the proposed extended expert discovery cutoff
10 deadline may create a tight schedule for the pretrial documents due in advance of the pretrial
11 conference scheduled for February 10, 2026 [Dkt. 47];

12 THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between all parties
13 and their respective counsel, pursuant to Local Rules 6-2(a) and 7-12, as follows:

14 (1) The expert disclosure date should be extended from not later than November 7,
15 2025 to December 2, 2025;

16 (2) The rebuttal expert disclosure date should be extended from not later than
17 November 28, 2025 to December 23, 2025;

18 (3) The expert discovery cutoff date should be extended from December 19, 2025
19 to January 23, 2026; and

20 (4) Not contingent on the aforementioned changes, and subject to the convenience
21 and schedule of the Court, the parties jointly request a brief continuance of the
22 pretrial conference and, or approximately 30-day extension of the trial date
23 from March 2, 2026, with all other related dates unchanged.

24 ///
25 ///
26 ///
27 ///
28 ///

IT IS SO STIPULATED AND REQUESTED.

                Respectfully submitted,

Dated: October 24, 2025      BUCHALTER
A Professional Corporation

By: _____
    DOUGLAS C. STRAUS
    RANDALL L. MANVITZ
    Attorneys for Plaintiff
    California Waste Solutions, Inc.

Dated: October 24, 2025      OFFICE OF CITY ATTORNEY

By: */s/ Elisa Tolentino*_____
    NORA FRIMANN, City Attorney
    ARDELL JOHNSON, Assistant City Attorney
    ELISA TOLENTINO, Sr. Deputy City Attorney
    Attorneys for Defendant
    City of San Jose

### [PROPOSED] ORDER

(1) The expert disclosure date should be extended from not later than November 7, 2025 to December 2, 2025;

(2) The rebuttal expert disclosure date should be extended from not later than November 28, 2025 to December 23, 2025;*

(3) The expert discovery cutoff date should be extended from December 19, 2025 to January 23, 2026;

(4) The pretrial conference is rescheduled from February 10, 2026 to February 17, 2026;

(5) The trial date is not rescheduled from March 2, 2026, there being no available trial dates in the period requested or for a number of weeks thereafter.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 29, 2025

_____
The Honorable Maxine M. Chesney
United States District Judge

* Further, the Court extends the meet and confer deadline. Lead trial counsel shall meet and confer no later than January 20, 2026.

**ATTESTATION OF CONCURRENCE**

I, Randall L. Manvitz, as the ECF user and filer of this document, attest that, pursuant to Local Rule 5-1(i)(3), concurrence in the filing of this document has been obtained from all of the above signatories.

Dated:  October 24, 2025

By: _____
Randall L. Manvitz
BUCHALTER, A Professional Corporation
Attorneys for Plaintiff
California Waste Solutions, Inc.