NORA FRIMANN, City Attorney (93249)
ARDELL JOHNSON, Assistant City Attorney (95340)
ELISA T. TOLENTINO, Sr. Deputy City Attorney (245962)
NICHOLAS SYMPSON, Sr. Deputy City Attorney (295535)
THOMAS J. GRAY, Sr. Deputy City Attorney (191411)
STEPHANIE DAVIN, Deputy City Attorney (307911)
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California  95113-1905
Telephone Number: (408) 535-1900
Facsimile Number:  (408) 998-3131
E-Mail Address:  cao.main@sanjoseca.gov

Attorneys for CITY OF SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA WASTE SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CITY OF SAN JOSE, and DOES 1 to 50, inclusive, <br><br> Defendants. | Case Number:  3:23-cv-01647-MMC <br><br> **DEFENDANT CITY OF SAN JOSE'S NOTICE OF MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** <br><br> DATE:       December 12, 2025 <br> TIME:       9:00 a.m <br> DEPT:       Courtroom 7, 19th Floor <br> JUDGE:     Hon. Maxine M. Chesney |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on December 12, 2025 at 9:00 a.m., or as soon thereafter as counsel may be heard in Courtroom 7 of the U.S. District Court of the Northern District of California, located at 280 S. First Street, San Jose, CA 95113, Defendant City of San José will and hereby move the court for an order granting summary judgment, or in the alternative, summary adjudication, in their favor with respect to Plaintiff's claims. This Motion is based on the Memorandum of Points and Authorities, the various declarations and exhibits submitted contemporaneously with this motion, the pleadings, records and files in this action, and such other written or oral argument as may be presented or considered by the Court

Respectfully submitted,

Dated: November 7, 2025                NORA FRIMANN, City Attorney

By: /s/ Thomas J. Gray
THOMAS J. GRAY
Sr. Deputy City Attorney
Attorneys for CITY OF SAN JOSE