NORA FRIMANN, City Attorney (93249)
ARDELL JOHNSON, Assistant City Attorney (95340)
ELISA T. TOLENTINO, Chief Deputy City Attorney (245962)
THOMAS J. GRAY, Sr. Deputy City Attorney (191411)
NICHOLAS E. SYMPSON, Sr. Deputy City Attorney (295535)
STEPHANIE DAVIN, Deputy City Attorney (307911)
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail Address:  cao.main@sanjoseca.gov

Attorneys for CITY OF SAN JOSE

SUPERIOR COURT OF CALIFORNIA

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA WASTE SOLUTIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN JOSE, and DOES 1 to 50, inclusive,<br><br>Defendants. | Case Number:  3:23-cv-01647-MMC<br><br>**DECLARATION OF TONI TABER IN SUPPORT OF CITY OF SAN JOSE'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>Date: December 12, 2025<br>Time: 9:00 a.m.<br>Courtroom: 7, 19th Floor, San Francisco<br>Judge: Hon.  Maxine M. Chesney |

**DECLARATION OF TONI TABER**

I, Toni Taber, declare as follows:

1. I am the City Clerk for the City of San José ("City"), a position I have held since 2013.  I oversee the Office of the City Clerk.  I have personal knowledge of the facts set forth in this declaration.

1

DECLARATION OF TONI TABER IN SUPPORT OF CITY OF SAN JOSE'S
MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL
SUMMARY JUDGMENT

Case Number: 23-cv-01647-MMC

2260449

2. The City Clerk's Office is responsible for maintaining official City records, including City ordinances and resolutions and City contracts. The City Clerk's Office is also responsible for creating and maintaining agendas and minutes of City Council meetings. Under the San José City Charter, the City Clerk is responsible for keeping an accurate record of the proceedings of the Council. The City Clerk's Office maintains memoranda and other documents submitted to the Council for its consideration of meeting agenda items.

3. Attached as <u>Exhibit A</u> is a true and correct copy of the Agreement Between the City of San Jose and California Waste Solutions, Inc. for Recycle Plus SFD Recycling Collection Services, which was entered into on December 14, 2011.

4. Attached as <u>Exhibit B</u> is a true and correct copy of the First Amendment to Agreement Between the City of San Jose and California Waste Solutions, Inc. for Recycle Plus SFD Recycling Collection Services, which was made on March 28, 2017.

5. Attached as <u>Exhibit C</u> is a true and correct copy of the Second Amendment to Agreement Between the City of San Jose and California Waste Solutions, Inc. for Recycle Plus SFD Recycling Collection Services, which was entered into on June 18, 2019.

6. Attached as <u>Exhibit D</u> is a true and correct copy of City of San José Resolution No. 78955.

7. Attached as <u>Exhibit E</u> is a true and correct copy of City of San José Resolution No. 80238.

8. Attached as <u>Exhibit F</u> is a true and correct copy of a memorandum dated September 15, 2021 and entitled "Adoption of Resolution Apologizing to Chinese Immigrants and Their Descendants." This memorandum was submitted in relation to Item 3.5 on the agenda for the September 28, 2021 meeting of the San José City Council.

9. The City Clerk's Office is also responsible for accepting, recording, and logging all claims that are filed against the City or any of its employees in accordance with the California Government Claims Act, California Government Code sections 905 *et seq*.

10. I am familiar with the City's process for accepting, logging, maintaining, retrieving, and certifying government claims.

11. I conducted a thorough and diligent search of all records maintained by the City Clerk for government claims filed with the City. I searched for any and all claims filed by California

2

DECLARATION OF TONI TABER IN SUPPORT OF CITY OF SAN JOSE'S          Case Number: 23-cv-01647-MMC
MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL
SUMMARY JUDGMENT                                                     2260449

1    Waste Solutions from December 2011 to the present. The City received a claim from

2    California Waste Solutions on June 29, 2022. A true and correct copy of that claim is

3    attached as Exhibit G.

4

5    I declare under the penalty of perjury under the laws of the United States of America that

6    the foregoing is true and correct.

7    Executed November 7, 2025.

8

9    _____
     TONI TABER

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF TONI TABER IN SUPPORT OF CITY OF SAN JOSE'S    Case Number: 23-cv-01647-MMC
MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL
SUMMARY JUDGMENT    2260449

EXHIBIT A

RD:RLT
12/08/11

ORIG1NAL

# AGREEMENT BETWEEN THE CITY OF SAN JOSE AND CALIFORNIA WASTE SOLUTIONS, INC. FOR RECYCLE PLUS SFD RECYCLING COLLECTION SERVICES ₥

**THIS AGREEMENT** is made and entered into effective the 14th day of December, 2011 (the "Effective Date"), by and between the City of San José, a municipal corporation of the State of California, ("CITY") and California Waste Solutions, Inc. ("CONTRACTOR").

**WHEREAS,** CITY and CONTRACTOR have entered into that certain AGREEMENT BETWEEN THE CITY OF SAN JOSE AND CALIFORNIA WASTE SOLUTIONS, INC. FOR RECYCLE PLUS INTEGRATED WASTE MANAGEMENT SERVICES whereby CONTRACTOR provides integrated waste management services for the Recycle Plus Program from November 21, 2006 through June 30, 2013 with options to extend to June 30, 2015; and

**WHEREAS,** a new solid waste service agreement would be beneficial to the CITY through reductions in certain solid waste service costs; and

**WHEREAS,** CONTRACTOR agrees to upgrade their collection fleets to biodiesel fuel, improve recyclable material processing, and simplify day-to-day management of the Recycle Plus program through administrative adjustments; and

**WHEREAS,** the continuation of solid waste services with CONTRACTOR through June 30, 2021 would ensure continuity of service for the CITY's more than 300,000 Recycle Plus customers; and

**WHEREAS,** CITY and CONTRACTOR desire to enter into a new agreement for a term through June 30, 2021 to supersede any and all prior agreements for the collection of recyclable material from single-family dwellings in Districts A and C; and

**WHEREAS,** the Negative Declaration prepared for this project under File No. PP10-055 was adopted on June 18, 2010 in accordance with the requirements of the California Environmental Quality Act;

**NOW, THEREFORE, IN CONSIDERATION OF THE MUTUAL COVENANTS, AGREEMENTS AND CONSIDERATIONS CONTAINED HEREIN, CITY AND CONTRACTOR HEREBY AGREE AS FOLLOWS:**

T-20367/811615.doc

California Waste Solutions

RD:RLT
12/08/11

# ARTICLE 1.    DEFINITIONS

For the purpose of this Agreement, the definitions contained in this Article shall apply unless otherwise specifically stated.  If a word or phrase is not defined in this Article, the definition of such word or phrase as contained in Chapter 9.10 of the San José Municipal Code shall control.  When not inconsistent with the context, words used in the present tense include the future, words in the plural include the singular, and words in the singular include the plural.  Use of the masculine gender shall include the feminine gender.

## 1.1    **Business.**

All retail, professional, wholesale and industrial facilities and any other commercial enterprises offering goods or services to the public.

## 1.2    **Business Day.**

Any day Monday through Friday that is not designated as the following public or bank holiday. Holidays as of the date of this Agreement include: New Year's Day, Martin Luther King, Jr., Day, President's Day, Memorial Day, Independence Day, Labor Day, Columbus Day, Veterans Day, Thanksgiving Day, and Christmas Day.

## 1.3    **Business Service Unit.**

Any Business located in a Mixed-Use Dwelling that elects to utilize Collection Services and is approved for such service under CITY's Recycle Plus Program requirements, or any Small Commercial Business.

## 1.4    **Central Business District.**

The Central Business District as described in San José Municipal Code Section 9.10.1500 and as set forth in Exhibit 5 ("CENTRAL BUSINESS DISTRICT AND TRANSIT MALL ZONE") to this Agreement.

## 1.5    **City Representative.**

The person, or the person's designee(s), who is designated by the City Manager to administer and monitor the provisions of this Agreement.

## 1.6    **Compostable Waste.**

Vegetable and other food scraps including meat, dairy products, kitchen grease and bones; paper and cardboard that have been contaminated with food, fat or kitchen grease; compostable paper associated with food preparation or food consumption such as paper towels, paper plates, tissue, waxed paper and waxed cardboard; and other materials designated by the City Representative that are capable of being composted.

- 2 -

RD:RLT
12/08/11

1  **1.7  <u>Courtesy Notice</u>.**

2      A form approved by the City Representative and used by CONTRACTOR to
3  inform Service Recipients that a courtesy collection occurred even though containers
4  may not have been set out by the Service Recipient according to program instructions.

5  **1.8  <u>Customer Service System</u>.**

6      The computer-based system designated by CITY for service records, billing,
7  reporting and other operations data for the Recycle Plus program.

8  **1.9  <u>Disposal Facility</u>.**

9      The Newby Island Landfill, located at 1601 Dixon Landing Road, San José, CA.

10  **1.10  <u>Dwelling Unit</u>.**

11      Any individual living unit in a single-family dwelling (SFD), multi-family dwelling
12  (MFD), or Mixed-Use Dwelling (MUD) intended for or capable of being utilized for,
13  residential living.  Dwelling Unit does not include an individual living unit in a hotel or
14  motel, guesthouse, residential care facility, extended care facility, sorority or fraternity
15  house, school, dormitory, residential service facility, emergency residential shelter,
16  hospital, convent, or monastery, as determined by the City Representative.

17  **1.11  <u>E-Waste</u>.**

18      Discarded electronics equipment such as cell phones, computers, monitors,
19  televisions, and other items containing cathode ray tubes (CRTs).

20  **1.12  <u>Exempt Waste</u>.**

21      Biohazardous or biomedical waste, which may cause disease or reasonably be
22  suspected of harboring pathogenic organisms including human and animal parts,
23  contaminated bandages, pathological specimens, hypodermic needles, sharps,
24  contaminated clothing and surgical gloves from the operation of medical clinics,
25  hospitals, and other facilities that process this waste; Hazardous Waste; the
26  accumulated solids, Residues, and precipitates generated as a result of waste
27  treatment or processing, including wastewater treatment, water supply treatment, or
28  operation of an air pollution control facility, and mixed liquids and solids pumped from
29  septic tanks, grease traps, privies, or similar disposal appurtenances or any other such
30  waste having similar characteristics or effects (biosolid); stable matter; yard trimmings
31  or lumber that is more than five (5) feet in length in its longest dimension or more than
32  two (2) feet in diameter, automobiles, automobile parts, boats, boat parts, boat trailers,
33  internal combustion engines, lead-acid batteries, and those wastes under the control of
34  the Nuclear Regulatory Commission, but not including those materials defined as Large
35  Items or Recyclable Material.

36  **1.13  <u>Garbage</u>.**

37      All putrescible waste which generally includes, but is not limited to, kitchen and
38  table food waste, animal, vegetative, food or any organic waste that is attendant with, or

- 3 -

RD:RLT
12/08/11

results from the storage, preparation, cooking or handling of food materials attributed to normal activities of a Service Unit.  Garbage must be generated at the Service Unit from which the Garbage is collected.  Garbage does not include those items defined as Exempt Waste, and does not include materials collected as Compostable Waste.

**1.14  <u>Go-Live.</u>**

Date upon which CONTRACTOR begins live operation of Large Item Billing Services as set forth in Article 7 ("Large Item Billing Services").

**1.15  <u>Hazardous Waste.</u>**

Any material which is defined as a hazardous waste under California or United States law or any regulations promulgated pursuant to such law, as such law or regulations may be amended from time to time, but not including materials defined as E-Waste, Used Oil or Used Oil Filters that can be Recycled.

**1.16  <u>Homeowners Association.</u>**

A corporation of residential owners joined in an association to govern and manage the shared real estate of a multi-unit property, which has the authority to sign service agreements on behalf of the property owner.

**1.17  <u>Large Items.</u>**

Those materials listed in Exhibit 12 ("LARGE ITEMS") to this Agreement.  Large Items must be generated at the Service Unit from which the Large Items are collected.

**1.18  <u>Large Item Billing Services.</u>**

The administration of processes or systems necessary to provide customer service, bill production, bill mailing and distribution services, remittance processing, refunds processing, recordkeeping, and other services related to SFD Large Item Collection Service as set forth in Article 7 ("Large Item Billing Services").

**1.19  <u>Large Yard Trimmings.</u>**

Oversized Yard Trimmings such as tree trunks and branches with a diameter between six (6) inches and two (2) feet, and a length not more than five (5) feet in its longest dimension, which are attributed to the normal activities of a Service Unit.  Large Yard Trimmings must be generated at the Service Unit from which the Large Yard Trimmings are collected.

**1.20  <u>Market Specifications.</u>**

Those specifications identified in the Institute of Scrap Recycling Industries, Inc. (ISRI), "Scrap Specifications, Circular 2011 (or the most current version of this document), guideline for Nonferrous Scrap, Ferrous Scrap, Glass Cullet, Paper Stock, Plastic Scrap, Electronics Scrap, Tire Scrap, or such other set of market standards as may be  designated  by the CITY.

- 4 -

RD:RLT
12/08/11

1  **1.21    Materials Recovery Facility.**

2  The facility operated by CONTRACTOR and located at 1005 Timothy Drive, San
3  Jose, CA 95133, or such other facility that is approved in advance by CITY's Director of
4  Environmental Services and that is designed, operated, and legally permitted for the
5  purpose of receiving, sorting, processing, storing, or preparing Recyclable Material for
6  sale.

7  **1.22    Mixed-Use Dwelling.**

8  A building or structure which contains both Business(es) and Dwelling Unit(s).

9  **1.23    Non-Collection Notice.**

10  A form approved by the City Representative and used by CONTRACTOR to
11  notify Service Recipients of the reason for non-collection of materials set out by the
12  Service Recipient for collection by CONTRACTOR pursuant to this Agreement.

13  **1.24    Non-Program Materials.**

14  Those materials which are collected as part of the provision of SFD Recycling
15  Services or SFD Used Oil Collection services and have been approved by the Director
16  of ESD for inclusion in the RRM diversion standard calculation set forth in Article 16 of
17  this Agreement. Materials include Post-Processing Commingled Recyclable Material,
18  Used Oil, Used Oil Filters, car batteries, E-Waste, tires, concrete, Yard Trimmings,
19  Compostable Waste, wood, helium or propane compressed gas tanks or cylinders.
20  Non-Program Material must be generated at the Service Unit from which the Non-
21  Program Material is collected.

22  **1.25    Post-Processing Commingled Recyclable Material.**

23  Materials identified as "Overs," and sold as Mixed Plastics 1-7, collected as part
24  of the SFD Recycling Service that cannot be separated by categories as defined by the
25  Institute of Scrap Recycling Industries, Inc. (ISRI) "Scrap Specifications Circular 2011"
26  or the most current version of this document. No material except "Overs" shall be
27  considered Post-Processing Commingled Recyclable Material.

28  **1.26    Process.**

29  The act of separating Recyclable Material collected under the terms of this
30  Agreement by type, in accordance with the procedures set forth in, the MRF Processing
31  Operations Plan included in Exhibit 3 ("SFD RECYCLING SERVICE OPERATIONS
32  PLANS"), such that each material type meets Market Specifications and can be sold for
33  its highest and best use. The MRF Processing Operations Plan may be modified from
34  time to time by the mutual written agreement of CONTRACTOR and the City
35  Representative. Processing includes the separation of Recyclable Material during the
36  "pre-sort" process as described in the MRF Processing Operations Plan. Processing
37  begins at the time Recyclable Material is delivered to the CONTRACTOR's Materials

- 5 -

RD:RLT
12/08/11

1  Recovery Facility and ends when the Processed Recyclable Material is separated in
2  accordance with the MRF Processing Operations Plan.

3  **1.27  Property Manager.**

4       The person that manages residential property with multiple units and has the
5  authority to sign a service agreement on behalf of the property owner.

6  **1.28  Rebuilt Vehicle.**

7       A vehicle with replaced parts, and reconditioned or replaced hydraulic systems,
8  transmissions, differentials, electrical systems, engines, and brake systems.  The
9  Rebuilt Vehicle must also be repainted and its tires must have at least eighty-five
10  percent (85%) of tread remaining.

11  **1.29  Recyclable Material.**

12       Newsprint (including inserts); mixed paper (including magazines, catalogs,
13  envelopes, junk mail, corrugated cardboard, Kraft brown bags and paper, paperboard,
14  paper egg cartons, office ledger paper, and telephone books); glass containers;
15  aluminum beverage containers; small scrap and cast aluminum (not exceeding sixty
16  (60) pounds in weight nor two (2) feet in any dimension for any single item); steel
17  including "tin" cans and small scrap (not exceeding sixty (60) pounds in weight nor two
18  (2) feet in any dimension for any single item); bimetal containers; mixed plastics such
19  as plastic bags, plastic film, plastics (1-7), bottles including containers made of HDPE,
20  LDPE, PET, or PVC, and mixed rigid plastics; textiles; aseptic containers; and other
21  materials (except Non-Program Material) that are capable of being Recycled and that
22  would otherwise be disposed of as Residential Solid Waste as mutually agreed upon in
23  writing by CONTRACTOR and the City Representative. Recyclable Material must be
24  generated at the Service Unit from which the Recyclable Material is collected and does
25  not include items defined as Exempt Waste.

26  **1.30  Recycle.**

27       Process and market in a manner that meets the requirements of the California
28  Integrated Waste Management Act, Public Resources Code Section 40000 *et seq.*, for
29  inclusion of the materials in the calculation of diversion from landfill disposal for the
30  purposes of the solid waste diversion requirements of the Act.  Recycle does not
31  include transformation as described in Public Resources Code Section 40201, and
32  does not include stockpiling or storage by CONTRACTOR or any other person.

33  **1.31  Recycling Cart.**

34       A heavy plastic receptacle having a hinged tight-fitting lid and wheels that is
35  approved by the City Representative for use by Service Recipients for SFD Recycling
36  Service and that is appropriately labeled as a Recycling Cart.  The specifications for
37  Recycling Carts, including capacity, are set forth in Exhibit 13 ("CONTAINER
38  SPECIFICATIONS AND PERFORMANCE CRITERIA") to this Agreement.

- 6 -

RD:RLT
12/08/11

**1.32   <u>Residential Solid Waste.</u>**

Garbage and Rubbish resulting from the normal activities of a SFD Service Unit. Residential Solid Waste must be generated at the SFD Service Unit from which the Residential Solid Waste is collected and does not include items defined as Exempt Waste.

**1.33   <u>Residue</u>.**

Recyclable Material that is delivered to the CONTRACTOR's Material Recovery Facility for Processing, but which were not Processed by the CONTRACTOR in a manner that meets Market Specifications, and was subsequently removed from the CONTRACTOR's Materials Recovery Facility and disposed.  Residue may also contain Recyclable Material that were contaminated, and may contain *de minimus* amount of clean material that escaped sorting; and Residential Solid Waste which is placed in the Recycling Cart.

**1.34   <u>Roll-Off Collection Service.</u>**

The collection of Roll-Off Containers containing material other than Residential Solid Waste from SFD Service Units, Small Civic Service Units or Businesses from SFD Service Units, Small Civic Service Units or Businesses, and transported to an appropriate facility.

**1.35   <u>Roll-Off Container.</u>**

A metal container that is normally loaded onto a motor vehicle.

**1.36   <u>Rubbish.</u>**

All refuse, accumulation of paper, excelsior, rags, wooden boxes and containers, sweep-ups and all other accumulations of a nature other than Garbage and Yard Trimmings, resulting from the normal activities of a Service Unit.  Rubbish must be generated at the Service Unit from which the Rubbish is collected.  Rubbish does not include items defined as Exempt Waste.

**1.37   <u>Service Districts.</u>**

Those areas designated as District A and District C on the map set out in Exhibit 4 ("RECYCLE PLUS SERVICE DISTRICTS") to this Agreement.

**1.38   <u>Service Recipient.</u>**

A Business Service Unit, a Small Civic Service Unit, or a resident of the City of San José residing in a SFD Service Unit that receives services pursuant to this Agreement.

**1.39   <u>Service Unit</u>.**

Any Business Service Unit or SFD Service Unit.

- 7 -

RD:RLT
12/08/11

1    **1.40**    <u>**SFD Recycling Collection Services**</u>.

2       SFD Recycling Service, SFD Large Item Collection Service, and SFD Used Oil
3 Collection Service ("Collection Services").

4    **1.41**    <u>**SFD Large Item Collection Service**</u>.

5       The periodic on-call collection of Large Items from SFD Service Units in the
6 Service District(s) and the delivery of those Large Items to the Disposal Facility,
7 Materials Recovery Facility or such other facility as are appropriate under the terms of
8 this Agreement and approved in advance by the City Representative. SFD Large Item
9 Collection Service does not include the collection of Large Items through the use of
10 Roll-Off Containers.

11    **1.42**    <u>**SFD Recycling Service**</u>.

12       The collection of Recyclable Material from Service Units in the Service District(s),
13 the delivery of those Recyclable Material to a Materials Recovery Facility, and the
14 processing and marketing of those Recyclable Material.

15    **1.43**    <u>**SFD Service Unit**</u>.

16       Any Dwelling Unit or Small Civic Service Unit in the Service District(s) utilizing a
17 Garbage Cart, any Dwelling Units in a Mixed Use Dwelling, or any combination of
18 Dwelling Units sharing Garbage Carts, for the accumulation and set-out of Residential
19 Solid Waste.

20    **1.44**    <u>**SFD Used Oil Collection Service**</u>.

21       The collection of Used Oil in Used Oil Containers and Used Oil Filters in Used
22 Oil Filter Containers from Service Units and the appropriate disposition of the Used Oil
23 and Used Oil Filters in accordance with the requirements of this Agreement.

24    **1.45**    <u>**Small Civic Service Unit**</u>.

25       Those neighborhood parks, fire stations, and other CITY properties as set forth
26 in Exhibit 6 ("SMALL CIVIC SERVICE UNITS") to this Agreement.

27    **1.46**    <u>**Small Commercial Business**</u>.

28       A Business that generates less than one (1) cubic yard solid waste per week,
29 and is included in the residential collection program.

30    **1.47**    <u>**Sold**</u>.

31       A market based transaction when the ownership of Recyclable Material changes
32 from one legal entity to another, that is documented through the use of a "bill of sale",
33 "sales agreement", "cancelled checks", "invoice", or other appropriate written
34 documentation.

- 8 -

RD:RLT
12/08/11

**1.48**    **Transit Mall Zone.**

The Transit Mall Zone described in San José Municipal Code Section 9.10.1510 and as set forth in Exhibit 5 to this Agreement.

**1.49**    **Used Oil.**

Any oil that has been refined from crude oil or has been synthetically produced, and is no longer useful because of extended storage, spillage or contamination with non-hazardous impurities such as dirt or water; or has been used and as a result of such use has been contaminated with non-hazardous physical or chemical impurities. Used Oil must be generated at the Service Unit from which the Used Oil is collected. Used Oil does not include transmission fluid.

**1.50**    **Used Oil Container.**

A plain copoly container that is at least four (4) quarts in capacity, leak-proof, has a screw-on lid, has a label designating it for use as a Used Oil Container, is approved by the City Representative, and is provided by CONTRACTOR for the accumulation of Used Oil.

**1.51**    **Used Oil Filter.**

Any oil filter that is no longer useful because of extended storage, spillage or contamination with non-hazardous impurities such as dirt or water; or has been used and as a result of such use has been contaminated with non-hazardous physical or chemical impurities.  Used Oil Filters must be generated at the Service Unit from which the Used Oil Filter is collected.

**1.52**    **Used Oil Filter Container.**

A six (6) mil poly bag with double track seal with dimensions of at least fourteen and one-half (14.5) inches by eight (8) inches that has a label designating it for use as a Used Oil Filter Container, is approved by the City Representative, and is provided by CONTRACTOR for the accumulation of Used Oil Filters.

**1.53**    **Work Day.**

Any day, Monday through Friday that is not designated as a holiday under this Agreement, and any Saturday on which collection occurs because of the holiday schedule adjustment described in Section 4.6 of this Agreement.

**1.54**    **Yard Trimmings.**

Any vegetative matter resulting from normal yard and/or landscaping maintenance that is not more than five (5) feet in its longest dimension or six (6) inches in diameter or weighs more than sixty (60) pounds and any natural Christmas tree regardless of size and weight.  Yard Trimmings includes sod; plant debris such as palm, yucca and cactus; grass clippings; leaves; prunings; weeds; branches; brush; Christmas trees; and other forms of horticultural waste generated at the Service Unit

RD:RLT
12/08/11

1   from which the Yard Trimmings are collected.  Yard Trimmings do not include items
2   defined as Exempt Waste, or Large Yard Trimmings.

T-20367/811615.doc                                              California Waste Solutions

RD:RLT
12/08/11

1                   **ARTICLE 2.     TERM OF AGREEMENT**

2  **2.1   Term.**

3         The term of this Agreement shall be for a period beginning on July 1, 2010 and

4  terminating June 30, 2021. This agreement may be terminated pursuant to Article 19.

RD:RLT
12/08/11

1   **ARTICLE 3.    REPRESENTATIONS AND WARRANTIES OF CONTRACTOR**

2   **3.1    Organizational Status.**

3   CONTRACTOR is a corporation duly organized, validly existing and in good
4   standing under the laws of the State of California. It is qualified to transact business in
5   the State of California and has the power to own its properties and to carry on its
6   business as now owned and operated and as required by this Agreement.

7   **3.2    Authorization.**

8   CONTRACTOR has the authority to enter into and perform its obligations under
9   this Agreement. David Duong, President of California Waste Solutions, Inc., has taken
10  all actions required by law, its section of incorporation, its bylaws, or otherwise, to
11  authorize the execution of this Agreement. The real person(s) signing this Agreement
12  on behalf of CONTRACTOR has/have authority to do so.

13  **3.3    No Conflict with Applicable Law or Other Documents.**

14  CONTRACTOR's performance of its obligations under this Agreement does not
15  conflict with, violate, or result in breach of any existing applicable law; or any term or
16  condition of any judgment, order or decree of any court, administrative agency or other
17  governmental authority, or any agreement or instrument to which CONTRACTOR is a
18  party or by which CONTRACTOR or any of its properties or assets are bound.

19  **3.4    No Litigation.**

20  There is no action, suit, proceeding or investigation at law or in equity, before or
21  by any court or governmental entity, pending or threatened against CONTRACTOR or
22  its partners, or otherwise affecting CONTRACTOR or its partners, wherein an
23  unfavorable decision, ruling, or finding, in any single case or in the aggregate, would
24  materially adversely affect CONTRACTOR's performance hereunder, or which, in any
25  way, would adversely affect the validity or enforceability of this Agreement, or which
26  would have a material adverse effect on the financial condition of CONTRACTOR or its
27  partners.

28  **3.5    Expertise.**

29  CONTRACTOR has the expertise and professional and technical capability to
30  perform all of its obligations under this Agreement and is ready, willing and able to so
31  perform.

32  **3.6    Acknowledgement of Legal Representation.**

33  It is acknowledged that each party was, or had the opportunity to be, represented
34  by counsel in the preparation and negotiation of this Agreement and had the opportunity
35  to contribute to the terms and conditions of this Agreement and, accordingly, the rule
36  that a contract shall be interpreted strictly against the party preparing the same shall not
37  apply herein due to the joint contributions of both parties.

- 12 -

RD:RLT
12/08/11

1   **3.7    <u>Financial Interest Representation</u>.**

2         CONTRACTOR warrants and represents that no elected official, officer, agent or
3   employee of CITY has a financial interest, directly or indirectly, in this Agreement or the
4   compensation to be paid under it and, further, that no CITY employee who acts as a
5   "purchasing agent" as defined in the appropriate Section of California Statutes, nor any
6   elected or appointed officer of CITY, nor any spouse or child of such purchasing agent,
7   employee or elected or appointed officer, is a partner, officer, director or proprietor of
8   CONTRACTOR and, further, that no such CITY employee, purchasing agent, CITY
9   elected or appointed officer, or the spouse or child of any of them, alone or in
10  combination, has a material interest in CONTRACTOR.  Material interest means direct
11  or indirect ownership of more than five percent (5%) of the total assets or capital stock
12  of CONTRACTOR.

RD:RLT
12/08/11

# ARTICLE 4.    GENERAL SERVICES

**4.1    Grant of Exclusive Agreement.**

CONTRACTOR is hereby granted an exclusive agreement to provide SFD Recycling Collection Services at all Service Units within the Service Districts.  No other services, including Roll-Off Collection Service, shall be exclusive to CONTRACTOR.

**4.2    Limitations to Exclusive Agreement.**

4.2.1    Exceptions to Exclusive Agreement.

Nothing in this Agreement shall be construed to limit the collection, processing, and disposal of the following material to CONTRACTOR:

- Used Oil Collection
- Material collected from temporary residential clean-outs with Roll-Off or front-load containers
- Recyclable Material transported by the generator (self-hauled waste)
- Large Items
- Donated material for which the material and any services related to the collection, processing, or disposal of the material does not involve financial consideration
- Compostable Waste composted on the real property where it is generated
- Exempt Waste
- Material which is set aside for destruction and recycling for security purposes (secure document shredding)
- Rock, concrete, asphalt and dirt (inert material)
- Construction and demolition debris
- Rubber and tires

Nothing in this Agreement shall be construed as requiring Service Recipients to set out the above material for collection by CONTRACTOR. Service Recipients may dispose of these materials by other appropriate means including, but not limited to, taking the material to drop-off facilities and donating or selling such items to private or public entities.

**4.3    Service Standards.**

CONTRACTOR shall perform all services under this Agreement in a thorough and professional manner.  Except for emergency collection services as provided in

- 14 -

RD:RLT
12/08/11

Article 9, all SFD Recycling Collection Services described in this Agreement shall be performed regardless of weather conditions or difficulty of collection. CONTRACTOR shall perform all additional services described in this Agreement professionally, promptly and courteously.

**4.4    Significant Events.**

Significant events may occur including, but not limited to, failure of equipment, hazardous materials incident, regulatory actions, fires, earthquakes, floods, or labor actions that detrimentally impact the CONTRACTOR's operations, marketing, labor relations and customer relations. CONTRACTOR will notify the City Representative within two hours of any significant events that negatively impacts its ability to collect, process, or dispose of the material. CITY considers any disruption of more than four hours to be significant.

**4.5    Labor and Equipment.**

CONTRACTOR shall provide and maintain all labor, equipment, tools, facilities, and personnel supervision required for the performance of CONTRACTOR's obligations under this Agreement. The enumeration of, and specification of requirements for, particular items of labor or equipment does not relieve CONTRACTOR of the duty to furnish all others that may be required, whether enumerated or not. CONTRACTOR shall at all times have sufficient backup equipment and labor to fulfill CONTRACTOR's obligations under this Agreement. No compensation for CONTRACTOR's services or for CONTRACTOR's supply of labor, equipment, tools, facilities or supervision shall be provided or paid to CONTRACTOR by CITY or by any Service Recipient except as expressly provided by this Agreement.

**4.6    Holiday Service.**

CITY observes Thanksgiving Day, December 25th, and January 1st as legal holidays ("Holidays"). CONTRACTOR shall not be required to provide services under this Agreement or to maintain office hours on Holidays. In any week in which one of these Holidays falls on a Work Day, SFD Recycling Collection Services for the holiday and each Work Day thereafter will be delayed one Work Day for the remainder of the week with normally scheduled Friday SFD Recycling Collection Services being performed on Saturday.

**4.7    Ownership of Materials.**

Title to Recyclable Material, Large Items, and Used Oil and Used Oil Filters shall pass to CONTRACTOR at the time the materials are set out for collection, except for Recyclable Material selected for inclusion in a waste characterization study specified in Article 10, in which case title shall pass to the CITY at the time the Recyclable Material is set out for collection.

- 15 -

RD:RLT
12/08/11

### 4.8    Hours of Collection.

Except as set forth below, CONTRACTOR shall provide SFD Recycling Collection Services commencing no earlier than 6:00 a.m. and terminating no later than 6:00 p.m., Monday through Friday, with no service on Saturday (except for holiday service) or Sunday.

Collection in the Central Business District and the Transit Mall Zone shall take place between the hours required by the San Jose Municipal Code. A map of the Central Business District and the Transit Mall Zone is included in Exhibit 5 to this Agreement.

The hours, days, or both of collection set out above may be extended due to extraordinary circumstances or conditions with the prior consent of the City Representative. If such consent is given in any manner other than by written notice, the City Representative shall provide written confirmation to CONTRACTOR within three (3) Work Days.

Notwithstanding the above requirements, delivery of collected materials to the Disposal Facility, Materials Recovery Facility or other appropriate facility shall occur during the normal business hours of such facility unless other arrangements have been made with the facility and have been approved in advance by the City Representative.

### 4.9    Spillage and Litter.

CONTRACTOR shall not litter premises in the process of providing SFD Recycling Collection Services or while its vehicles are on the road. CONTRACTOR shall transport all Recyclable Material, Large Items, or Used Oil and Used Oil Filters in such a manner as to prevent the spilling or blowing of such waste from CONTRACTOR's vehicle. CONTRACTOR shall exercise all reasonable care and diligence in providing SFD Recycling Collection Services so as to prevent spilling or dropping of Recyclable Material, Large Items, or Used Oil and Used Oil Filters during collection activity and shall immediately, at the time of occurrence, clean up such spilled materials.

CONTRACTOR shall immediately cover with petroleum-absorbent material, all oil, hydraulic fluids, spilled paint, or any other liquid or debris resulting from CONTRACTOR's operations or equipment repair and shall remove the debris and the petroleum-absorbent material from the street surface before the end of the calendar day immediately following the day of the spill. CONTRACTOR shall clean up any spillage or litter caused by CONTRACTOR within two (2) hours after the occurrence.

When necessary, CONTRACTOR shall apply a suitable cleaning agent to the street surface to provide adequate cleaning. To facilitate cleanup, CONTRACTOR's vehicles shall at all times carry sufficient quantities of petroleum-absorbent materials, brooms and shovels, and other appropriate cleanup materials or equipment.

- 16 -

RD:RLT
12/08/11

1    **4.10    <u>Commingling of Materials Prohibited.</u>**

2    4.10.1 <u>Residential Waste and Recyclable Material</u>.

3    CONTRACTOR shall not at any time commingle any Recyclable
4    Material collected pursuant to this Agreement with any Residential Solid Waste
5    without the express prior written authorization of the City Representative.

6    4.10.2    <u>Non- San José Recyclable Material</u>.

7    CONTRACTOR shall not commingle, at any time, including at
8    CONTRACTOR's Materials Recovery Facility, Recyclable Material collected
9    pursuant to this Agreement with any other materials, whether collected by
10    CONTRACTOR or any other person, without the express prior written
11    authorization of the City Representative.

12    4.10.3    <u>Used Oil</u>.

13    CONTRACTOR shall at all time keep all Used Oil and Used Oil Filters
14    collected from SFD Service Units pursuant to this Agreement segregated from
15    other materials.  CONTRACTOR shall also keep all Used Oil and Used Oil Filters
16    collected from SFD Service Units pursuant to this Agreement segregated from all
17    other Used Oil and Used Oil Filters collected by CONTRACTOR or generated by
18    CONTRACTOR until all CITY-required data has been collected and recorded by
19    CONTRACTOR.  Such segregation includes segregation in the collection
20    vehicles, in the holding tanks at the processing facility and all times the Used Oil
21    and Used Oil Filters are in CONTRACTOR's possession.

22    4.10.4    <u>Large Item Material</u>.

23    CONTRACTOR shall not commingle the Large Item material with
24    materials from any other source prior to weighing the Large Item material,
25    without the express prior written authorization of the City Representative.

- 17 -

RD:RLT
12/08/11

# ARTICLE 5.    SERVICE UNITS

## 5.1    Service Units.

Categories of premises and all such premises which may be added during the term of this Agreement by means of annexation, new construction, or as otherwise set forth in this Agreement include SFD Service Units and Business Service Units.

Any question as to whether a premise falls within one of these categories shall be determined by the City Representative and written notification of those premises to be included as Service Units shall be provided by CITY to CONTRACTOR.  The determination of the City Representative shall be final.

## 5.2    Service Unit Changes.

CITY and CONTRACTOR acknowledge that during the term of this Agreement it may be necessary or desirable to add or delete Service Units for which CONTRACTOR will provide SFD Recycling Collection Services.

### 5.2.1    Additions.

CONTRACTOR shall provide SFD Recycling Collection Services described in this Agreement to new Service Units in CONTRACTOR's Service District(s) within ten (10) Work Days of receipt of notice from CITY to begin such SFD Recycling Collection Services.  Service Units may also be added at the request of CONTRACTOR with written approval of the City Representative or at the request of the Service Unit and written approval of eligibility by the City Representative.

### 5.2.2    Deletions.

CONTRACTOR shall immediately cease providing SFD Recycling Collection Services upon receipt of notice from CITY to stop such service. Service Units may also be deleted because of a determination by the City Representative that the premises are not located in the Service Districts, or that the premises do not qualify for SFD Recycling Collection Services.

### 5.2.3    Route Maps.

CONTRACTOR shall revise the Service Unit route maps to show the addition or deletion of Service Units as provided above and shall provide such maps in an  electronic format compatible with the ESRI Shapefile Technical Description "An ESRI White Paper—July 1998" (or the most current version of this document).

## 5.3    Annexation.

If during the term of this Agreement, additional territory within or adjacent to the Service Districts is acquired by CITY through purchase, annexation, eminent domain, or other procedures, the City Representative may designate such additional territory as

- 18 -

RD:RLT
12/08/11

1  part of the Service Districts. If the additional territory is so designated, CONTRACTOR
2  shall provide SFD Recycling Collection Services, as determined by City Representative,
3  in such additional territory in accordance with the provisions and service rates set forth
4  in this Agreement. Such SFD Recycling Collection Services shall begin within ten (10)
5  Work Days of receipt of written notice from the City Representative. CONTRACTOR
6  shall not begin SFD Recycling Collection Services in any additional territory without
7  written authorization from the City Representative.

8         If at the time of acquisition by CITY, the additional territory contains more than
9  five hundred (500) Service Units for which CONTRACTOR will provide SFD Recycling
10  Collection Services, CONTRACTOR may phase in the distribution of Recycling Carts on
11  a schedule approved by the City Representative; provided that CONTRACTOR shall
12  complete the distribution of all Recycling Carts within ninety (90) calendar days after
13  CONTRACTOR receives notification to begin SFD Recycling Collection Services in the
14  additional territory.

T-20367/811615.doc                                      California Waste Solutions

RD:RLT
12/08/11

1        **ARTICLE 6.        SFD RECYCLING COLLECTION SERVICES**

2        CONTRACTOR shall provide SFD Recycling Collection Services to all Service
3    Units in the Service Districts in accordance with the terms and conditions of this
4    Agreement.

5    **6.1    General Provisions.**

6        6.1.1    Frequency of Service.

7        CONTRACTOR shall provide SFD Recycling Collection Services to
8    each Service Unit in the Service Districts once every week on a scheduled route
9    basis.  CONTRACTOR shall provide SFD Used Oil Collection Services to each
10    SFD Service Unit in the Service Districts once every week on a scheduled route
11    basis.  CONTRACTOR shall provide collection of Recyclable Material, Used Oil
12    and Used Oil Filters on the same Work Day as the collection of Residential Solid
13    Waste to that Service Unit is scheduled.  Where the scheduled collection day
14    falls on a holiday, CONTRACTOR shall adjust the route schedule as set forth in
15    this Agreement.

16        6.1.2    Accessibility to Street.

17        In those instances where a public or private street within the Service
18    Districts is temporarily closed to vehicular traffic but is accessible to pedestrian
19    traffic, CONTRACTOR shall utilize pedestrian access to provide SFD Used Oil
20    Collection Service and SFD Recycling Service with no disruption of service to the
21    Service Units.  In those instances where a public or private street within the
22    Service Districts is temporarily closed to vehicular traffic, CONTRACTOR shall
23    not be required to utilize pedestrian access to provide SFD Large Item Collection
24    Service, but shall reschedule collection and shall notify the Service Recipient of
25    the rescheduled collection date.

26        6.1.3    Service Agreement.

27        Upon request, CITY will provide CONTRACTOR with a list of private
28    streets in the Service Districts, and shall provide updated lists as additional
29    streets are added or additional information is available.  CONTRACTOR shall
30    obtain a signed service agreement from each SFD Service Unit complex or
31    development that requires the CONTRACTOR to enter upon private streets to
32    perform SFD Recycling Collection Services, and that has a Property Manager
33    and/or Homeowner's Association.  CONTRACTOR shall provide the City
34    Representative with copies of all signed service agreements within ten (10) Work
35    Days of receipt by CONTRACTOR.  The service agreements will contain at least
36    the following information:  Name and address of the complex, development, or
37    homeowners' association; name, address and phone number of the contact
38    person for the complex, development, or homeowners' association; permission

- 20 -

RD:RLT
12/08/11

for CONTRACTOR to enter the private streets; number and size of Recycling Carts; and collection location if not curbside.

6.1.4    Manner of Collection.

CONTRACTOR shall provide all SFD Recycling Collection Services with as little disturbance as possible.  CONTRACTOR shall leave any Recycling Cart in an upright position at the same point from which its contents were collected and shall leave replacement Used Oil Containers and Used Oil Filter Containers at the point of collection, without obstructing alleys, roadways, driveways, sidewalks or mail boxes.

CONTRACTOR's employees providing SFD Recycling Collection Services shall follow the regular walk for pedestrians while on private property and shall not trespass nor cross property to the adjoining premises unless the occupant or owner of both properties has given permission.  Care shall be taken to prevent damage to property, including flowers, shrubs, and other plantings.

6.1.5    Holiday Contingency Plan.

On or before September 30th of each year, CONTRACTOR shall submit an annual plan outlining collection strategies to handle increased tonnages during the fall/winter holiday season.  The plan should list any additional vehicles which will be utilized including ID#, type, license number and material that will be collected; strategy for fluctuation in the labor force; and how excess material delivered to CONTRACTOR's processing facility will be processed.

**6.2    SFD Recycling Service and SFD Used Oil Collection Services.**

CONTRACTOR shall perform SFD Recycling Service and SFD Used Oil Collection Service in accordance with the following terms and conditions:

6.2.1    Conditions of Service.

CONTRACTOR shall provide SFD Recycling Service and SFD Used Oil Collection Service to all Service Units (other than Business Service Units for Used Oil Collection) in the Service Districts when the:

- Recyclable Material is properly deposited in a Recycling Cart; and the Recycling Cart is placed within three (3) feet of the curb, swale, paved surface of the public roadway, closest accessible roadway, or other such location agreed to by CONTRACTOR and the Service Recipient, that will provide safe and efficient accessibility to the CONTRACTOR's collection crew and vehicle.  In the event the Service Recipient produces more Recyclable Material than can fit in the Recycling Cart, CONTRACTOR shall collect corrugated cardboard placed beside the Recycling Cart and such excess Recyclable Material as is set out beside the Recycling Cart in an

- 21 -

RD:RLT
12/08/11

additional container whose loaded weight does not exceed sixty
(60) pounds.

- Used Oil Containers and Used Oil Filter Containers have been
  placed within three (3) feet of the curb, swale, paved surface of the
  public roadway, closest accessible roadway, or other such location
  agreed to by CONTRACTOR and the Service Recipient, that will
  provide safe and efficient accessibility to the CONTRACTOR's
  collection crew and vehicle.

6.2.2    Courtesy Notice.

CONTRACTOR shall be required to collect any Recyclables Materials
that are placed in a Recycling Cart even if placement of cart causes
CONTRACTOR to move it to facilitate collection. CONTRACTOR may affix to the
Recycling Cart a Courtesy Notice.

CONTRACTOR may also affix to the Recycling Cart a Courtesy Notice
if corrugated cardboard is placed beside the Recycling Cart and cart is not full.
In the event a courtesy notice is left more than three (3) times during a rolling
twelve (12) month period for the same reason, the City Representative will work
with CONTRACTOR to resolve the situation.

6.2.3    Non-Collection of Recyclable Material and Used Oil.

CONTRACTOR shall not be required to collect Recyclable Material if
the Service Recipient does not segregate the Recyclable Material from
Residential Solid Waste.  If Recyclable Material is contaminated through
commingling with Residential Solid Waste, CONTRACTOR shall, if practical,
separate the Residential Solid Waste from the Recyclable Material.  The
Recyclable Material shall then be collected and the Residential Solid Waste shall
be left in the Recycling Cart along with a Non-Collection Notice explaining why
the Residential Solid Waste is not considered a Recyclable Material.  However,
in the event the Recyclable Material and Residential Solid Waste are
commingled to the extent that they cannot easily be separated by
CONTRACTOR or the nature of the Residential Solid Waste renders the entire
contents of the Recycling Cart contaminated, CONTRACTOR will leave a Non-
Collection Notice that contains instructions to the Service Recipient on the proper
procedures for setting out Recyclable Material, and how to request collection of
Recyclable Material as Residential Solid Waste.

CONTRACTOR shall not be required to collect material placed in Used
Oil Containers or Used Oil Filter Containers unless the material is Used Oil or
Used Oil Filters, respectively.  In the event of non-collection, CONTRACTOR
shall affix to the Used Oil Container or Used Oil Filter Container a Non-Collection
Notice explaining why collection was not made.  If non-collection is because the
material placed in the Used Oil Container or the Used Oil Filter Container was

- 22 -

RD:RLT
12/08/11

identified by CONTRACTOR as a Hazardous Waste, CONTRACTOR shall notify CITY's Division of Code Enforcement of the non-collection prior to leaving the Service Unit.  If non-collection is because the Used Oil or Used Oil Filter was placed in an improper container, CONTRACTOR shall also leave Used Oil Containers or Used Oil Filter Containers in a number sufficient to contain the uncollected Used Oil (but not exceeding sixteen (16) quarts) or Used Oil Filters (but not exceeding two (2) Used Oil Filters) along with the Non-Collection Notice.

6.2.4    Reporting of Problems and Non-Collections.

CONTRACTOR shall document in the Customer Service System on a daily basis all situations that prevent or hinder collection; all instances of non-collection and the reason for non-collection; and all replacements, repairs and exchanges of Recycling Carts.  Except as otherwise provided in this Agreement, to the extent possible, CONTRACTOR shall make such reports by the end of the Work Day in which the event occurred; where it is not possible to make such reports by the end of the Work Day, CONTRACTOR shall report such events no later than the end of the next Work Day.

In the event CONTRACTOR leaves the Recycling Cart un-emptied, CONTRACTOR shall provide the City Representative with the details of the excess contamination.  In the event the Recycling Cart is left un-emptied more than three (3) times during three (3) consecutive months, the City Representative will work with CONTRACTOR to resolve the situation.

6.2.5    Recyclable Material Overflow.

In the case of repeated set-outs of excess Recyclable Material, CONTRACTOR shall contact the Service Recipient to arrange for an appropriate change in Recycling Cart size or the provision of additional Recycling Carts.

In the event CONTRACTOR cannot successfully contact the Service Recipient after three attempts, or cannot reach an agreement with such Service Recipient regarding the change in service, CONTRACTOR shall utilize the Customer Service System to provide the City Representative with the details of the set-outs of excess Recyclable Material, and the attempts at communication with the Service Recipient.  The City Representative shall respond to CONTRACTOR's report and make a final written determination.  Within ten (10) Work Days of receipt of the City Representative's written determination, CONTRACTOR shall exchange the Recycling Cart or shall provide additional Recycling Carts to the extent required by such written determination.

**6.3    Disposition of Recyclable Material and Used Oil.**

6.3.1    Materials Recovery Facility.

CONTRACTOR shall transport and deliver all Recyclable Material collected as a result of performing SFD Recycling Services to the Materials

- 23 -

RD:RLT
12/08/11

Recovery Facility. In the event the Materials Recovery Facility is unable to accept delivery of the Recyclable Material, CONTRACTOR shall deliver the Recyclable Material to such other appropriate facility as is approved in advance by the City Representative.  CONTRACTOR's failure to comply with this provision shall result in the levy of liquidated damages as specified in Article 18 of this Agreement and may result in CONTRACTOR being in default under this Agreement.

6.3.2    Used Oil Processing.

CONTRACTOR shall Recycle the Used Oil and Used Oil Filters only with persons who are authorized by the State of California to Recycle oil. CONTRACTOR shall Recycle all such Used Oil and Used Oil Filters to the extent feasible and, in accordance with applicable state and federal law and at CONTRACTOR's own cost and expense, shall properly dispose of all Used Oil and Used Oil Filters that cannot be Recycled. CONTRACTOR shall report any Used Oil or Used Oil Filters that cannot be Recycled and requires disposal in CONTRACTOR's quarterly report to the CITY.

**6.4    Provision and Maintenance of Recycling Carts and Used Oil Containers.**

6.4.1    Inventory.

CONTRACTOR shall maintain an inventory of Recycling Carts, Used Oil Containers and Used Oil Filter Containers in sufficient number for CONTRACTOR to perform deliveries, repairs and exchanges of such equipment in a timely manner.

6.4.2    Purchase and Distribution of Recycling Carts and Used Oil Containers.

CONTRACTOR shall purchase and distribute fully assembled and functional Recycling Carts to those Service Units in or added to the Service Districts during the term of this Agreement.  The number of Recycling Carts and the size of the Recycling Cart to be distributed will be in accordance with the information provided by the City Representative to CONTRACTOR.

CONTRACTOR shall complete the distribution of the Recycling Carts within ten (10) Work Days of receipt of the information from the City Representative.  If directed by the City Representative, CONTRACTOR will provide multiple Recycling Carts to a Service Unit.  Recycling Carts shall meet the specifications set forth in Exhibit 13.

Within ten (10) Work Days of receipt of a verbal request from CITY or a Service Recipient (other than at a Business Service Unit), CONTRACTOR shall, at CONTRACTOR's sole cost and expense, provide the SFD Service Unit or the Small Civic Service Unit with Used Oil Containers and Used Oil Filter Containers in the number requested but not exceeding a number sufficient to hold sixteen (16) quarts of Used Oil and two (2) Used Oil Filters.

- 24 -

RD:RLT
12/08/11

At the time CONTRACTOR collects Used Oil from a SFD Service Unit or a Small Civic Service Unit, CONTRACTOR shall, at CONTRACTOR's sole cost and expense, leave at the premises one (1) Used Oil Container for each Used Oil Container collected and one (1) Used Oil Filter Container for each Used Oil Filter Container collected.  CONTRACTOR shall keep the outside of all Used Oil Containers and Used Oil Filter Containers clean and may re-use the containers until the condition of the container makes it inappropriate for re-use.

6.4.3    <u>Replacement or Exchange of Recycling Carts</u>.

All replacement, exchange, removal, or repair of Recycling Carts must be completed within ten (10) Work Days of receiving notification from the City Representative or Service Recipient.

Under the following circumstances, CONTRACTOR shall replace or exchange each Recycling Cart at no cost or inconvenience to the Service Recipient, and at no cost to the CITY:

- Damage by CONTRACTOR

- Normal Wear and Tear

- Mandatory Service Level Change Initiated by the CITY

Under the following circumstances, CONTRACTOR shall be compensated for the replacement or exchange of each Recycling Cart in accordance with Exhibit 1, as adjusted under the terms of this Agreement. CONTRACTOR acknowledges that it will not be compensated for (1) customer initiated Recycling Cart exchanges for District A between 0.114% and 2.807% of the average number of households in a fiscal year, and (2) customer initiated Recycling Cart exchanges for District C between 0.034% and 2.064% of the average number of households in a fiscal year.  Recycling Cart exchanges below or above these ranges shall be compensated by the CITY in the June invoice. Cart exchange counts shall be rounded to the nearest whole number.

- Stolen or Lost Carts

- Voluntary Service Level Change Initiated by the Service Recipient

- Damage not by CONTRACTOR

6.4.4    <u>Ownership of Recycling Carts</u>.

Recycling Carts in the possession of a Service Unit as of July 1, 2010, and all Recycling Carts distributed by CONTRACTOR during the term of this Agreement shall be the property of CONTRACTOR.  CONTRACTOR shall retain ownership of such Recycling Carts during the term of this Agreement.  Upon the expiration or termination of this Agreement, CONTRACTOR shall transfer to CITY and CITY shall obtain ownership of all Recycling Carts that are in the possession of a Service Unit on the date of such expiration or termination.

- 25 -

RD:RLT
12/08/11

CONTRACTOR shall retain ownership of all Recycling Carts in CONTRACTOR's possession at the expiration or termination of this Agreement.

**6.5** **On-Premises Service.**

    6.5.1    Non-Subscription On-Premises Service.

CONTRACTOR shall provide on-premises collection of Recyclable Material and Used Oil to a SFD Service Unit if all adult Service Recipients residing therein have disabilities that prevent them from setting the Recycling Cart or Used Oil Container and Used Oil Filter Container at the curb for collection and if a request for non-subscription on-premises service has been made to, and approved in the manner required by, CITY. The City Representative or agent shall notify CONTRACTOR of any SFD Service Units requiring non-subscription on-premises service; along with the date such service is to begin. No additional monies shall be due to CONTRACTOR for the provision of non-subscription onpremises service.

CONTRACTOR may at any time, but not more often than twice in any Agreement Year, request that the City Representative or agent verify the eligibility of a SFD Service Unit for non-subscription on-premises service. Upon receipt of CONTRACTOR's request, the City Representative or agent shall make a determination as to whether the SFD Service Unit meets the eligibility requirements and shall notify CONTRACTOR of such determination within sixty (60) calendar days of CONTRACTOR's request. At the time CONTRACTOR makes the request for verification of eligibility, CONTRACTOR may submit to the City Representative or agent any information relevant to the determination.

    6.5.2    Subscription On-Premises Service.

CONTRACTOR shall provide subscription on-premises collection of Recyclable Material and Used Oil to those SFD Service Units subscribing to such service, except that subscription on-premises collection service shall not be available in those instances where the on-premises collection location of the Recycling Cart is more than one hundred (100) yards from the normal curbside set out location. The City Representative shall notify CONTRACTOR of any SFD Service Units subscribing to subscription on-premises collection service, along with the date such service is to begin.

    6.5.3    Manner of Collection.

In the case of on-premises service, CONTRACTOR shall remove the Recycling Cart and Used Oil and Used Oil Filter Containers from the back or side of the Service Unit (or from such other location as agreed to by CONTRACTOR and the Service Recipient), shall empty the contents into the collection vehicle, and shall return the Recycling Cart and replacement Used Oil and Used Oil Filter Containers to the location from which they were removed.

- 26 -

RD:RLT
12/08/11

6.5.4  <u>Collection Day</u>.

CONTRACTOR shall provide on-premises SFD Recycling Service and Used Oil Collection Service on the same Work Day that curbside collection would otherwise be provided to the SFD Service Unit.

**6.6  <u>Hard-to-Serve Service Units</u>.**

CONTRACTOR shall provide Collection Service to Service Units in locations that may not be accessible to a standard collection vehicle through use of smaller vehicles and/or alternative collection methods. The service rates for these locations are to be mutually agreed upon by the CONTRACTOR and CITY.

**6.7  <u>SFD Large Item Collection Service</u>.**

CONTRACTOR shall perform SFD Large Item Collection Service to Small Civic Service Units and SFD Service Units in accordance with the following terms and conditions:

6.7.1  <u>Frequency of Service</u>.

CONTRACTOR shall provide SFD Large Item Collection Service on an on-call basis to those SFD Service Units in the Service District requesting the service. CITY or Service Recipient will notify CONTRACTOR of a request for SFD Large Item Collection Service. Collection shall be made from the curbside within two (2) scheduled collection days of notification to CONTRACTOR by CITY or Service Recipient, unless an alternate date is mutually agreed upon by Service Recipient and CONTRACTOR.

6.7.2  <u>Conditions of Service</u>.

CONTRACTOR shall provide on-call SFD Large Item Collection Service to all SFD Service Units whose Large Items have been placed within three (3) feet of the curb, swale, paved surface of the public roadway, closest accessible roadway, or other such location agreed to by CONTRACTOR and the Service Recipient, that will provide safe and efficient accessibility to the CONTRACTOR's collection crew and vehicle. CONTRACTOR shall notify the Service Recipient in advance; either in writing or by telephone, of the specific Work Day the service will be provided. Each set-out of up to three (3) Large Items shall be considered a single collection for the purposes of invoicing.

6.7.3  <u>Large-Item Collection Service to City</u>.

CONTRACTOR agrees to provide SFD Large Item Collection Services to be determined by the City Representative up to ten (10) times per fiscal year through the term of this Agreement. Each set-out of up to three (3) Large Items shall be considered a single collection. The SFD Large Item Collection Services will be at no charge to the CITY or Service Recipient.

- 27 -

RD:RLT
12/08/11

6.7.4    Non-Collection.

CONTRACTOR shall not be required to collect more Large Items than specified by the requestor of the service. In the event of non-collection, CONTRACTOR shall affix a Non-Collection Notice to the uncollected Large Item(s) explaining why collection was not made.

6.7.5    Maximum Reuse and Recycling.

CONTRACTOR shall process Large Items in accordance with the following hierarchy:

- Reuse as is (where energy efficiency is not compromised)
- Disassemble for reuse or Recycling
- Recycle
- Disposal

CONTRACTOR shall not landfill such Large Items unless the Large Items cannot be reused or Recycled.

6.7.6    Large Items Containing Freon.

In the event CONTRACTOR collects Large Items that contain freon, CONTRACTOR shall handle such Large Items in a manner such that the Large Items are not subject to regulation as Hazardous Waste under applicable state and federal laws or regulations.

6.7.7    CITY Direction of Large Items.

CITY reserves the right to direct CONTRACTOR to take Large Items collected from SFD Service Units or Small Civic Service Units to designated site(s) within fifty (50) miles of the city limits of the City of San José for the purpose of permitting persons who will reuse or Recycle such Large Items to obtain the Large Items at no cost. CONTRACTOR shall have no obligation to dispose of the Large Items or Large Item Residue remaining at the site or sites after reusers and recyclers have removed reusable or recyclable Large Items.

- 28 -

RD:RLT
12/08/11

## ARTICLE 7.    LARGE ITEM BILLING SERVICES

**7.1    Option for Large Item Billing Services.**

At the CITY's option, on a date mutually agreed upon, CONTRACTOR shall provide Large Item Billing Services in CONTRACTOR's Service Districts in accordance with the terms and conditions of this Agreement.

**7.2    Conditions of Service.**

CONTRACTOR shall have no obligation to provide Large Item Billing Services unless and until CITY exercises the option described in this Section.

**7.3    General Provisions.**

7.3.1    Customer Data and Privacy Protection.

CONTRACTOR is prohibited from selling or sharing customer and billing information with third parties including other Recycle Plus service providers without the express prior written authorization of the City Representative.  CONTRACTOR may share customer and billing information with financial institutions and payment processing agencies for the sole purpose of processing and collecting payments. CONTRACTOR shall implement data protection and privacy procedures according to standard industry practices.  In addition, CONTRACTOR shall perform a reference and criminal background investigation on all CONTRACTOR personnel with access to customer financial data.  CONTRACTOR shall not permit any of its employees who have been convicted of a crime of dishonesty, breach of trust, or money laundering to provide Large Item Billing Services under this Agreement, or to have access to any confidential information on customer financial data.

7.3.2    Customer Confidentiality.

CONTRACTOR shall protect all customer information and treat such information as confidential. CONTRACTOR shall not voluntarily disclose such information or use such information for purposes other than for the provision of services set forth in this Agreement, except as otherwise required by law. At the request of the CITY, CONTRACTOR shall provide a copy of its written policies and procedures regarding the use and protection of customer information.

7.3.3    Identity Theft Prevention.

CONTRACTOR shall obtain and maintain all customers' personal, payment and credit information with appropriate privacy controls in accordance with Payment Card Industry Data Security Standard (PCI DSS).  CONTRACTOR shall maintain an identity theft prevention program as required by the Federal Trade Commission's Red Flag Rules (pursuant to the Fair and Accurate Credit Transactions Act of 2003 and 16 CFR §§ 681.1 and 681.2).  Prior to Go-Live, CONTRACTOR shall provide a copy of its written policies and procedures to

- 29 -

RD:RLT
12/08/11

detect, prevent and mitigate identity theft in accordance with the most current Federal Trade Commission's Red Flag Rules for approval by the City Representative.

7.3.4    Review of Policies and Procedures.

CITY reserves the right to conduct audits of CONTRACTOR's Large Item Billing Services operations pursuant to this Agreement to ensure that CONTRACTOR is in compliance with written policies and procedures to maintain customer information confidentiality and to detect, prevent and mitigate identity theft. CONTRACTOR shall cooperate with CITY in connection therewith. Such audits shall be at no cost to CITY other than labor costs for CITY staff.

**7.4    Systems Transition.**

CONTRACTOR shall cooperate with the CITY to provide a smooth transition of Large Item Billing Services in accordance with the requirements set forth in Exhibit 17 ("Large Item Billing Services"). CONTRACTOR shall provide the transition services without disrupting or negatively impacting the SFD Recycling Collection Services and existing operations of the CITY.

**7.5    Large Item Collection Service Billing.**

CONTRACTOR shall collect payment from Service Recipients for SFD Large Item Collection Service provided according to the terms set forth in this Agreement. All revenue collected by CONTRACTOR for providing SFD Large Item Collection Service shall be retained by CONTRACTOR. CONTRACTOR may require payment from the Service Recipient prior to providing service. Article 17 and Exhibit 1 notwithstanding, CITY shall not be responsible to compensate CONTRACTOR for SFD Large Item Collection Service upon Go-Live.

7.5.1    Customer Rates and Fees.

CONTRACTOR shall charge Service Recipients for SFD Large Item Collection Service at the rate provided by the CITY in accordance with the Recycle Plus Rate Resolution approved by the City Council. CONTRACTOR may apply late payment, returned payment and insufficient funds charges provided these charges do not exceed those amounts set forth in the CITY's Schedule of Fees and Charges. When changes in rates and fees are proposed by the CITY, the CITY shall provide the proposed rates and fees to CONTRACTOR no less than thirty (30) calendar days prior to the effective date using the newly proposed rates and fees, and approved rate and fee changes shall be provided to the CONTRACTOR no less than five (5) Work Days prior to the effective date of the approved rates and fees.

7.5.2    Payment Methods and Types.

CONTRACTOR shall make arrangements to accept payment by walk-ins at the CONTRACTOR's office, pay-by-phone, or mail. CONTRACTOR shall

- 30 -

RD:RLT
12/08/11

accept payment in multiple tender types including but not limited to check, electronic check, money order, cash, debit card and credit card. CONTRACTOR shall not assess additional fees for any specific tender type, such as credit card processing fees and convenience charges.

7.5.3    Payment Confirmation and Receipts.

CONTRACTOR shall make arrangements to provide confirmation to Service Recipients upon receiving payment for SFD Large Item Collection Services. CONTRACTOR shall provide a receipt to Service Recipients for all cash transactions. For all other payment types, CONTRACTOR shall provide a receipt upon the request of the Service Recipient.

7.5.4    Debt Collection.

CONTRACTOR shall be responsible for the collection of payment and any debt related to Large Item Collection Services. CONTRACTOR agrees to comply with any applicable federal or California fair debt collection practices laws, including, without limitation, the Fair Debt Collection Practices Act. CONTRACTOR shall not transfer any debt related to SFD Large Item Collection Service to the CITY's lien process.

7.5.5    Service Changes and Cancellations.

CONTRACTOR shall accommodate Service Recipient requests to change the number or type of Large Items to be collected by CONTRACTOR when the Service Recipient makes the request prior to 3:00 p.m. one (1) Business Day before the scheduled pickup. If the request for service changes requires an additional payment by the Service Recipient, CONTRACTOR may schedule a different collection day for the additional Large Items.

CONTRACTOR shall cancel previously scheduled Large Item Collection Service when the Service Recipient makes the request for cancellation prior to 3:00 p.m. one (1) Business Day before the scheduled pickup. Where Service Recipient requests cancellation by the deadline above, CONTRACTOR shall refund pre-payments to Service Recipient within fifteen (15) Business Days of the date of the Service Recipient request to cancel service.

In the event of a returned payment, CONTRACTOR shall not be required to provide Large Item Collection Service until the Billing Customer has pre-paid for the service including any applicable late payment, returned payment, or insufficient funds charges incurred by the CONTRACTOR due to the Billing Customer's late or insufficient payment.

7.5.6    Customer Service and Complaint Resolution.

The provisions set forth in Article 13 ("Customer Service") of this Agreement shall apply to Large Item Billing Services. Prior to Go-Live,

- 31 -

RD:RLT
12/08/11

1　　　CONTRACTOR shall designate an office within the municipal limits of the City of
2　　San José where payments, inquiries and complaints can be received. Such office
3　　shall be open during the hours set forth in Section 13.1 of this Agreement.

4　　　7.5.7　　Separate Accounting and Recordkeeping.

5　　　　　CONTRACTOR shall establish and maintain separate accounting and
6　　recordkeeping for Large Item Billing Services pursuant to this Agreement. Such
7　　billing and payment records shall not be commingled with any non-Recycle Plus
8　　Large Item Billing Services accounting system.

9　　　7.5.8　　Reporting.

10　　　　CONTRACTOR shall submit reports to the City Representative for
11　　Large Item Collection Service as set forth in Exhibit 8.  CONTRACTOR shall not
12　　change the format, sections or categories of these reports without written
13　　approval by the City Representative.

14　**7.6**　**Significant Events.**

15　　　　CONTRACTOR will notify the City Representative within two (2) hours of
16　discovering any significant event that negatively impacts CONTRACTOR's ability to
17　accept service requests and process payments for a period longer than one (1) Work
18　Day.  Within twenty-four (24) hours of discovery, CONTRACTOR shall present a
19　resolution plan to the CITY for approval.  The plan shall document CONTRACTOR's
20　course of action and timelines to mitigate the impact of any errors to the customer and
21　to include measures addressing customer satisfaction. CONTRACTOR shall implement
22　the resolution plan according to the timeline approved by the CITY.

T-20367/811615.doc                                   California Waste Solutions

RD:RLT
12/08/11

# ARTICLE 8.  RECYCLABLE MATERIAL PROCESSING

## 8.1  Materials Recovery Facility.

CONTRACTOR shall provide the Materials Recovery Facility for processing all Recyclable Material collected pursuant to this Agreement.  CONTACTOR shall Process all Recyclable Material in the manner set forth in Exhibit 3, of this Agreement to meet Market Specifications.  CONTRACTOR acknowledges that it will Process all incoming materials in a manner that meets the terms and intent of the Agreement. CONTRACTOR further acknowledges that many material markets (end-users, paper mills, etc.) have mill or user-specific specifications that may be more stringent than the ISRI specifications, and CONTRACTOR further acknowledges that it shall be responsible for meeting any such other more stringent specifications in order to meet the diversion standards as specified in Article 16 of this Agreement.

## 8.2  Processing of Recyclable Material.

CONTRACTOR acknowledges that all Recyclable Material collected under the terms of this Agreement are to be Processed unless written authorization to not Process a specific Recyclable Material is received from the City Representative. CONTRACTOR shall Process Recyclable Material in accordance with this Agreement.  CONTRACTOR acknowledges that Processing some Recyclable Material may not be profitable but CONTRACTOR nevertheless shall Process Recyclable Material as required hereunder. CITY acknowledges that CONTRACTOR's Residue may contain Recyclable Material that were contaminated, and may contain *de minimus* amount of clean material that escaped sorting.

CONTRACTOR shall not load materials from the tip floor for transport off-site without prior written authorization from the City Representative.  This restriction does not apply to materials that have been pulled from the tip floor as a result of the pre-sort operation, to materials that have been fully processed through the MRF, or to materials that are being transferred to an Alternative Processing Facility approved by the CITY pursuant to the Agreement.

## 8.3  Modification of Market Specifications.

Market Specifications may be modified by CITY based on input from CONTRACTOR, to accommodate material categories that are separated from and typical of a single stream recyclable program or that are either not listed by ISRI or cannot reasonably be processed to meet ISRI specifications.  In evaluating the need to modify Market Specifications, CITY shall consider the following criteria:

- the intent of the Agreement that Recyclable Material be separated in a manner so as to allow them to be sold for their highest and best use;

- 33 -

RD:RLT
12/08/11

- the commodity specifications required by a list of national commodity brokers located in the San Francisco Bay Area. This list and any amendments shall be developed by the CITY in consultation with CONTRACTOR;

- the commodity specifications used by the list of Peer Recyclable Material Facilities. This list and any amendments shall be developed by the CITY in consultation with CONTRACTOR; and

- information provided by CITY staff, consultants, and CONTRACTOR.

**8.4    Review of Market Specifications.**

On or before July 1, 2010 and semi-annually thereafter at CONTRACTOR's request, CITY will develop or update information that may be used to modify the Market Specifications. In obtaining this information, CITY will obtain information from the Peer Recyclable Material Facilities related to the standards to which the Peer Facilities are processing a material that is lower than the equivalent ISRI specification. The Peer Facility Specifications will be ranked and the median Peer Facility Specification may be used in place of ISRI specification for a temporary period to be agreed upon by the CONTRACTOR and City Representative.

**8.5    Approval of New Non-Program Materials.**

CONTRACTOR may request that additional items be added to the approved list of Non-Program Materials used to calculate the RRM diversion standards. The request shall be made in writing to the ESD Director and shall include a statement that the item was collected during the provision of SFD Residential Recycling Collection Services, a description of specifically how the material will be diverted, tonnage collected for the past six (6) months, to the extent available, tonnage projected to be collected over the next twelve (12) months, and such other information as may be requested by CITY. The Director shall review the request and respond to CONTRACTOR with in thirty (30) calendar days.

**8.6    Capacity and Reporting Requirements.**

CONTRACTOR shall ensure there is sufficient capacity at the Materials Recovery Facility to process, and store until marketed, all Recyclable Material collected by CONTRACTOR pursuant to this Agreement during any one week collection period. CONTRACTOR shall maintain procedures, records and internal controls to preclude the commingling of Recyclable Material collected pursuant to this Agreement with any and all other materials delivered to the Materials Recovery Facility and to ensure complete, accurate and timely recording and reporting of Recyclable Material processing. At a minimum, CONTRACTOR shall perform or shall cause to be performed, all of the following:

- All Recyclable Material shall be weighed upon delivery to the Materials Recovery Facility and all weight (gross and tare) and related delivery information, including date, time, material type, route and truck number,

- 34 -

RD:RLT
12/08/11

shall be recorded and reported to the CITY as specified in Exhibit 8 ("DATA AND REPORTING") of this Agreement;

- All processed Recyclable Material shall be weighed after baling, containerizing or other processing at the time of shipment from the MRF or Alternate Facility and the weights shall be recorded and reported to the CITY as specified in Exhibit 8;

- The weights of all materials received, the weights of all materials Processed, the weights of all materials sold, the number of bales stored, and weights of all materials disposed as residue shall be reconciled on a weekly basis;

- In the event an alternate storage facility is needed, the weights of all Processed materials transported for temporary storage and the storage location shall be reported upon each occurrence; and

- All scales shall be registered with the County Department of Weights and Measures and shall be regularly maintained to ensure their reliability and continued functioning.  Current certificates of registration, inspection reports and all maintenance records shall be made available for review by CITY upon receipt of written request from the City Representative.  Scales shall be operated in the same manner as required by State weigh master regulations.

**8.7    Disposition of Residue.**

CONTRACTOR shall properly dispose of any and all Residue remaining from the processing of Recyclable Material at the Disposal Facility.

**8.8    Alternate Facility.**

8.8.1    Alternate Processing Facility.

CONTRACTOR shall secure processing capacity at an alternative facility, approved by the City Representative, for use in the event the Materials Recovery Facility is closed on a Work Day because of the order of a regulatory agency having jurisdiction over the Materials Recovery Facility or the Materials Recovery Facility is unable to process Recyclable Material in accordance with the requirements of this Agreement.  CONTRACTOR shall submit an alternate processing facility plan in accordance with the outline set forth in Exhibit 16. CITY will make a final determination within thirty (30) calendar days of receipt of CONTRACTOR's alternate processing facility plan.

8.8.2    Alternative Storage Facility.

In the event the Materials Recovery Facility is unable to store the amount of material required by Section 8.6, CONTRACTOR, at CONTRACTOR's sole cost and expense, may arrange for alternate storage capacity at a facility

- 35 -

RD:RLT
12/08/11

approved in advance by the City Representative, provided that all material collected pursuant to this Agreement shall be kept segregated from all other material at the alternate facility.  The materials that were not Processed before transportation to the Alternate Facility shall be transported back to the Materials Recovery Facility for Processing unless another arrangement is approved in advance by the City Representative. Materials that were processed prior to the transfer to the Alternate Facility may be sold directly from the Alternate Facility, provided that the material shall not be commingled with any other materials prior to shipping offsite and provided that CONTRACTOR shall submit to CITY reports required by this Agreement segregated by Alternate Facility.

8.8.3     Temporary Use of Alternate Facility.

CONTRACTOR must notify the City Representative electronically or in writing, at least two hours in advance if materials are to be taken to the Alternate Facility.  CONTRACTOR may request approval to Process at the Alternate Facility for a maximum of 30 calendar days.  The CITY reserves the right to extend the duration of the approval; or rescind the approval if CONTRACTOR fails to comply with the terms of the Agreement.  The CITY's decision shall be in writing and shall address the following factors in determining whether or not to approve an alternative processing and/or storage facility:

- the rights afforded to  CITY with respect to access to the Alternate Facility and records;

- protocols to assure accurate weighing of incoming Recyclable Material;

- protocols to assure that Recyclable Material will be Processed at the Alternate Facility as required under this Agreement;

- in the event that Recyclable Material are commingled at the Alternate facility, a statistically reliable methodology for measuring total separated Recyclable Material and Residue subject to approval from the City Representative; and

- assurance that all reports required of CONTRACTOR pursuant to this Agreement could still be made on a timely basis for all activities occurring at the Alternate Facility.

8.8.4     Reporting of Alternate Facility.

In addition to CONTRACTOR's existing reporting requirements, CONTRACTOR must report daily, either electronically or in writing, the tonnage of material taken to the Alternate Facility.

8.8.5     Direction to Alternate Facility.

- 36 -

RD:RLT
12/08/11

In the event that CONTRACTOR is unable to comply with the processing requirement of this Agreement, the CITY reserves the right to require that CONTRACTOR deliver the material to an alternate facility (other than the Materials Recovery Facility or Alternate Facility).  The cost of processing for these services will be at CONTRACTOR's sole expense.  If CITY incurs costs to provide alternate processing services, the costs shall be deducted from CITY's monthly invoice payment(s) to CONTRACTOR for Recycle Plus Services.  Any revenues from the sale of the material would belong to the alternate facility.

**8.9    E-Waste Processing.**

CONTRACTOR shall cause the E-Waste to be processed with a person or entity in compliance with the Basel Action Network e-Stewardship Standard or another comparable standard approved by the CITY.

**8.10    Use as Alternative Daily Cover**.

CONTRACTOR shall ensure that the Recyclable Material collected pursuant to this Agreement is not disposed of in a landfill nor utilized as alternative daily cover (ADC) at a landfill or other landfill application without prior written approval of the CITY's Director of Environmental Services.

**8.11    Transformation of Recyclable Material.**

CONTRACTOR acknowledges that the California Integrated Waste Management Act requires solid waste diversion from landfill disposal and that transformation, as defined in Public Resources Code Section 40201, is not an acceptable method for meeting said diversion requirements.  CONTRACTOR shall not Process by means of transformation any Recyclable Material collected under this Agreement, nor shall CONTRACTOR ship, transport, deliver or otherwise make available any such Recyclable Material to any person for the purpose of transformation, without the express prior written authorization of CITY's Director of Environmental Services.  This restriction shall remain in force regardless of any change in the definition of transformation or in the ability of CITY to count transformation as diversion under State law.

RD:RLT
12/08/11

## ARTICLE 9.    ADDITIONAL SERVICES

### 9.1    Public Education and Outreach Program.

CONTRACTOR, at its own expense, shall prepare, submit and implement an annual Public Education and Outreach Program ("PEOP") that is in addition to CITY's public education and outreach program. CONTRACTOR shall submit the proposed PEOP, including a budget for each component, annually for CITY approval no later than September 30 for the next calendar year. The PEOP must include a minimum of four (4) public education campaigns per calendar year, designed to increase diversion and resident participation. Campaigns should target certain Recyclable Material, contamination, or "problem" areas of CONTRACTOR's Service Districts where improvements can be maximized. Targets of outreach should be based on local trends and recycling patterns based on information obtained by both CITY and CONTRACTOR staff. Required elements of the annual PEOP are listed in Exhibit 9 ("OUTREACH") to this Agreement. All public education and outreach material must be approved by the City Representative prior to distribution.

CONTRACTOR shall submit a report quarterly providing a summary of outreach activities that have taken place during the preceding quarter, the cost of those activities, and those that are planned for the upcoming quarter. Invoices for all outreach and public education activities undertaken as part of this Collection Service Agreement of the preceding quarter shall be included as part of the report.

#### 9.1.1    Public Education and Outreach Budget.

CONTRACTOR shall budget the following amounts each year for the PEOP:

| | |
|---|---|
| Calendar Year 2010 | $156,000 |
| Calendar Year 2011 | $156,000 |
| Calendar Year 2012 | $156,000 |
| Calendar Year 2013 | $156,000 |
| Calendar Year 2014 | $156,000 |
| Calendar Year 2015 | $156,000 |
| Calendar Year 2016 | $156,000 |
| Calendar Year 2017 | $156,000 |
| Calendar Year 2018 | $156,000 |
| Calendar Year 2019 | $156,000 |
| Calendar Year 2020 | $156,000 |

- 38 -

RD:RLT
12/08/11

Calendar Year 2021                    $78,000

Beginning calendar year 2010, funds allocated for each calendar year that are not expended for PEOP services on or before December 31st of the same year shall be deducted from the June invoice of the following year unless a PEOP plan to expend the funds in the subsequent calendar year is submitted by CONTRACTOR and approved by the City Representative. For calendar year 2021, any balance shall be deducted from the final invoice to CONTRACTOR.

The PEOP budget and actual expenditure for calendar years 2006 through 2009 are as follows:

| Calendar Year | Budget | Expenditure | Remaining Balance |
|---|---|---|---|
| 2006 | $12,000 | $24,841.87 | ($12,841.87) |
| 2007 | $400,000 | $251,759.49 | $148,240.51 |
| 2008 | $312,000 | $193,768.81 | $118,231.19 |
| 2009 | $156,000 | $200,362.20 | ($44,362.20) |
| **Total** | **$880,000** | **$670,732.37** | **$209,267.63** |

If prior year funding for PEOP services in the amount of $209,267.63, accrued in calendar years 2006 through 2009, is not fully expended for approved PEOP services by December 31, 2013, exclusive of PEOP budgets for calendar years 2010 through 2013, the unspent funds shall be deducted in twelve (12) equal monthly installments beginning from the March 2014 invoice through the February 2015 invoice.

9.1.2    Annual Collection Service Notice.

Each calendar year during the term of this Agreement, CITY may publish and CONTRACTOR shall distribute, or contribute financially at a proportional rate to the distribution of, a notice to all SFD Service Units regarding the SFD Recycling Collection Services programs. At the CITY's option, the notice may include a description of the materials to be collected; procedures for setting out the materials; maps of the Service Districts indicating the days for SFD Recycling Collection Service, SFD Used Oil Collection Service, and the CITY customer service phone number. The notice shall be provided in English, Spanish, Vietnamese, and other languages as reasonably directed by the City Representative and shall be distributed by CONTRACTOR no later than November 1 of each calendar year.

9.1.3    Collection Calendar.

Each calendar year during the term of this Agreement, CONTRACTOR shall produce and distribute, or contribute to the production and distribution of, a calendar to the SFD Service Units. The calendar shall describe the days of the

- 39 -

RD:RLT
12/08/11

1     month on which Recycle Plus Program Services will be provided.
2     CONTRACTOR shall submit the design of the calendar for approval by the City
3     Representative prior to production.  The calendar shall be distributed no later
4     than November 1 of each calendar year.

5     9.1.4    <u>Alternative Material</u>.

6     CITY may request that CONTRACTOR produce and distribute
7     alternative outreach material to the annual collection service notice and/or
8     calendar provided the cost of production and distribution does not exceed the
9     cost of the annual collection service notice and collection calendar required
10    above.

11    **9.2**    <u>**News Media Relations**</u>.

12    CONTRACTOR shall notify the City Representative by email or phone of all
13    requests for news media interviews related to the Recycle Plus Program within twenty-
14    four (24) hours of CONTRACTOR's receipt of the request.  Before responding to any
15    inquiries involving Recycle Plus-related issues or any issues likely to affect participation
16    or Service Recipient perception of services, CONTRACTOR will discuss
17    CONTRACTOR's proposed response with the City Representative.

18    Copies of draft news releases or proposed trade journal articles shall be
19    submitted to the City Representative for prior review and approval at least five (5) Work
20    Days in advance of release, except where CONTRACTOR is required by any law or
21    regulation to submit materials to any regulatory agency in a shorter period of time, in
22    which case CONTRACTOR shall submit such materials to the City Representative
23    simultaneously with CONTRACTOR's submittal to such regulatory agency.

24    Copies of articles resulting from media interviews or news releases related to
25    CONTRACTOR's providing services under this Agreement shall be provided to the City
26    Representative within five (5) Work Days after publication.

27    **9.3**    <u>**Pilot Programs**</u>.

28    9.3.1    <u>Residential Service</u>.

29    CITY may request CONTRACTOR to conduct pilot test programs that
30    temporarily change the collection method, the type of service, or the service
31    schedule for a portion of the Service Units in CONTRACTOR's Service Districts.
32    A pilot test program shall be limited to no more than ten percent (10%) of the
33    Service Units in the Service Districts and to a term of no more than eighteen (18)
34    months unless otherwise specifically agreed by CONTRACTOR and CITY's
35    Director of Environmental Services.

- 40 -

RD:RLT
12/08/11

9.3.2     <u>Recordkeeping</u>.

CONTRACTOR shall perform any additional record keeping required by a pilot test program. If CONTRACTOR agrees to perform a pilot test program, CONTRACTOR and CITY's Director of Environmental Services shall execute a letter of agreement prior to the start of the pilot test program. The letter of agreement shall set forth the terms of the pilot test program including program costs, program operating parameters, and program duration.

9.3.3     <u>Letter Agreement</u>.

If a pilot test program affects the cost of providing Collection Services, the program costs set forth in the letter of agreement may include an adjustment to the monthly payments otherwise payable to CONTRACTOR under this Agreement to reflect the benefits and/or burdens of the pilot test program. The adjustment shall be set so as to capture any increase or decrease in CONTRACTOR's direct operating costs resulting from the pilot test program. "Direct operating costs" include planning costs; labor expense, including supervision (wages, employment taxes, and fringe benefits); materials, supplies and fuel; and amortized costs of new equipment purchased or equipment modified for the pilot test program. Any increases in direct operating costs must be established by CONTRACTOR and must be capable of verification by an independent auditor.

**9.4     <u>Other Programs and Services</u>.**

CONTRACTOR shall provide other services and programs related to the Recycle Plus Program as requested by CITY at a price to be mutually agreed upon between CONTRACTOR and the Director of Environmental Services. In the event CONTRACTOR and the Director of Environmental Services cannot reach a mutually agreed upon price for the requested service or program within sixty (60) calendar days of CITY's request, CITY shall have the right to procure the service of other vendors or contractors to provide the requested service.

**9.5     <u>Natural Disaster</u>.**

In the event of a tornado, major storm, earthquake, fire, natural disaster, or other such event, the City Representative may grant CONTRACTOR a variance from regular routes and schedules. As soon as practicable after such event, CONTRACTOR shall advise the City Representative when it is anticipated that normal routes and schedules can be resumed. The City Representative shall make an effort through the local news media to inform the public when regular services may be resumed. Clean-up from some events may require that CONTRACTOR hire additional equipment, employ additional personnel, or work existing personnel on overtime hours to clean debris resulting from the event. CONTRACTOR shall receive additional compensation, above

- 41 -

RD:RLT
12/08/11

1 the normal compensation contained in this Agreement, to cover the costs of rental
2 equipment, additional personnel, overtime hours and other documented expenses
3 based on the rates set forth in Exhibit 1 to this Agreement, provided CONTRACTOR
4 has first secured written authorization and approval from the City Representative.

5 **9.6    Emergency Collection Services.**

6       CONTRACTOR may be required to provide SFD Recycling Collection Services
7 on an emergency services basis.  If CITY requires CONTRACTOR to provide such
8 emergency services, CONTRACTOR shall be compensated for such services at the
9 service rates set forth on Exhibit 1 to this Agreement.

RD:RLT
12/08/11

1      **ARTICLE 10.    COLLECTION ROUTES**

2    **10.1    Collection Routes.**

3          CONTRACTOR shall provide the City Representative with maps precisely
4    defining CONTRACTOR's collection routes, together with the days and the times within
5    ten (10) Work Days of the CITY's request .  The maps shall be printed and in an
6    electronic format compatible with the ESRI Shapefile Technical Description "An ESRI
7    White Paper—July 1998" (or the most current version of this document).  For purposes
8    of this Section, "compatible" means the ability to import and export data between
9    computer systems without the need for custom translation software.  CITY shall provide
10   CONTRACTOR with updated base maps of CONTRACTOR's Service Districts in the
11   electronic format referenced above.

12         CONTRACTOR shall provide the City Representative with an electronic
13   spreadsheet containing route numbers, collection days, street sweeping weeks (if
14   applicable), Customer Service System identification number, and service address for all
15   Service Units.  This data shall be provided annually by October 15 of each year.

16   **10.2    Collection Route Changes.**

17         CONTRACTOR shall submit to the City Representative, in writing, any proposed
18   route change (including printed and electronic maps) not less than sixty (60) Work Days
19   prior to the proposed date of implementation.  The City Representative may provide
20   written comments on such proposed change to CONTRACTOR no later than ten (10)
21   Work Days after receipt of the proposal, and in such event, CONTRACTOR shall revise
22   the routes to reflect such comments and return them to the City Representative for
23   CITY corroboration within ten (10) Work Days after receipt of the City Representative's
24   comments.  CONTRACTOR shall not implement any route changes without the prior
25   approval of the City Representative.  CITY will not unreasonably withhold approval of
26   route change requests if new route designs meet customer service and performance
27   requirements.

28          Route change requests must include the following information in order to be
29   considered for approval:

30      1.    A table comparing, side by side, projected data for the proposed routes
31            with the following information contained in the most recent Collection
32            Route Audit data identified in Section 10.3 of this Agreement:

33            a.    The route number, the date of the audit, and the starting and
34                  ending times of collection during the audit.

35            b.    The number of Service Units on the route.

36            c.    The number of trips made by each vehicle to the Materials
37                  Recovery Facility.

- 43 -

RD:RLT
12/08/11

       d. The tonnage of Recyclable Materials, and the time of arrival and departure of each vehicle at the Materials Recovery Facility.

       e. The average number of hours per route per day and distribution of work hours amongst the drivers

2. A narrative proposal detailing how the following will be addressed:

       a. Impacts to upcoming County pocket annexations, if applicable

       b. Impacts to CONTRACTOR's Materials Recovery Facility

       c. Plans for unused collection vehicles

       d. Truck maintenance plan changes, if any

       e. CONTRACTOR's plans to ensure:

          i. labor peace is maintained

          ii. drivers do not exceed 45 hour rule

          iii. excellent customer service is maintained

          iv. no additional missed collections

          v. no increase in hold times for customer calls

       f. Details on routing to accommodate traffic impacts around schools

If the approved route change will change the collection day for a Service Unit, or will change the time of collection from morning to afternoon or vice versa, CONTRACTOR shall provide notice of the route change, in a manner approved by the City Representative, to the affected Service Units not less than thirty (30) Work Days before the proposed date of implementation.

If the route change will change the collection day for a Service Unit, CONTRACTOR shall first coordinate the proposed change with other Recycle Plus service providers and submit to the CITY a transition plan for the route change, and provide a weekly status on the plan. Specifically, the plan must address how CONTRACTOR will resolve missed collections and respond to increase in calls from Service Recipients.

**10.3  Route Audits.**

    10.3.1  Collection Route Audits.

        All collection routes shall be audited annually in a manner subject to the approval of the City Representative. CONTRACTOR shall conduct an annual route audit for each of CONTRACTOR's SFD Recycling Service collection routes. The route audits shall be conducted once each calendar year during the term of this Agreement, with each route and Service Unit being audited in a different quarter each year so that all routes and Service Units are audited in each of the four (4) quarters.

- 44 -

RD:RLT
12/08/11

CONTRACTOR shall conduct audits of all routes served by one collection vehicle on five (5) consecutive Work Days.  Not later than sixty (60) Work Days prior to the first route audit in each year, CONTRACTOR shall submit to the City Representative a schedule of route audits to be conducted in that year together with a description of the audit methodology.

CITY reserves the right to determine which routes will be audited in a particular week and, if CITY exercises this right, shall notify CONTRACTOR of the routes not less than ten (10) Work Days in advance.  CONTRACTOR shall report audit findings in an electronic format within thirty (30) calendar days of the audit and summarize the results in CONTRACTOR's quarterly reports.

Upon request by CONTRACTOR, CITY shall provide Service Unit data from the Customer Service System within five (5) Work Days of the request.  CONTRACTOR must begin the route audits within five (5) Work Days of receiving the Customer Service System data.

CITY reserves the right to request that CONTRACTOR defer the annual collection route audit in exchange for devoting the same resources to an alternative audit or other measure of program and performance at a time to be determined by the City Representative.

10.3.2    <u>Audit Information</u>.

The route audits shall include the following information for each collection route:

<u>Collection Route Information</u>.

- The name(s), telephone number(s), and signature(s) of the persons performing each route audit;
- The route number, the date of the audit, and the starting and ending times of collection during the audit;
- A description of the route location, including the names of the streets covered;
- The number of Service Units on the route;
- The number of Service Units participating on the date of the audit and the number and type (Recyclable Material, Used Oil & Used Oil Filters) of collection;
- The number of over filled Recycling Carts;
- The number of Recycling Carts that need repair or replacement;
- The tonnage of Recyclable Material the volume of Used Oil, and the number of Used Oil Filters delivered per vehicle trip and the

- 45 -

RD:RLT
12/08/11

time of arrival and departure of each vehicle at the Materials Recovery Facility; and

- The number of collection vehicles used on the route by vehicle type (e.g., rear loader recycling truck, side-loading recycling truck), the tare weight of each vehicle, the weight of each vehicle each trip, the capacity of each vehicle by weight and volume, and the number of trips made by each vehicle to the Materials Recovery Facility.

Service Unit Information.

- Customer Service System Identification Number (Prem ID);
- Service Recipient address;
- Recycling Cart size, quantity, and if the carts require repair or replacement;
- Recyclable Material placed beside the carts;
- Overflowing and/or contaminated Recycling Carts; and
- Number of Used Oil Containers and Used Oil Filter Containers collected.

**10.4    Special Route Audits.**

CITY may request performance of special route audits in addition to the route audits conducted pursuant to Section 10.3.  Within fifteen (15) calendar days of receipt of a written request for a special route audit, CONTRACTOR shall provide to the City Representative a written cost proposal for performance of the special route audit.  If the City Representative accepts CONTRACTOR's cost proposal, CONTRACTOR shall conduct the special route audit and CITY shall compensate CONTRACTOR at the rate described in CONTRACTOR's cost proposal.

**10.5    Waste Characterization Study.**

CITY may require that a waste characterization study be undertaken by the CONTRACTOR, or the City may elect to conduct the study.  In the event the CITY requests participation of the CONTRACTOR, CONTRACTOR shall within fifteen (15) calendar days of receipt of a written request for a waste characterization study, provide to the City Representative a written cost proposal for performance of the waste characterization study.  If the City Representative accepts CONTRACTOR's cost proposal, CONTRACTOR shall participate in the waste characterization study to the extent set forth in the approved study plan, and CITY shall compensate CONTRACTOR at the rate described in CONTRACTOR's cost proposal.  In the event CITY elects to conduct the waste characterization study itself, CONTRACTOR shall cooperate with the CITY in conducting the study.  Cooperation shall include, but not be limited to, providing route and collection data to assist in the selection of the test samples, and coordinating collection routes and activities so as not to interfere with the study.

- 46 -

RD:RLT
12/08/11

1 **10.6    CITY-Conducted Collection Route Audits.**

2          CITY reserves the right to conduct audits of CONTRACTOR's collection route
3    audits.  CONTRACTOR shall cooperate with CITY in connection therewith, including
4    permitting CITY employees or agents, designated by the City Representative, to ride in
5    the collection vehicles during the conduct of audits.  CONTRACTOR shall have no
6    responsibility or liability for the salary, wages, benefits or Worker's Compensation
7    claims of any person designated by the City Representative to conduct such audits.

- 47 -

California Waste Solutions

RD:RLT
12/08/11

ARTICLE 11.    PERSONNEL, EQUIPMENT, AND FACILITIES

**11.1    Personnel Requirements.**

CONTRACTOR shall employ and assign qualified personnel to perform all services set forth herein.  CONTRACTOR shall be responsible for ensuring that its employees comply with all applicable laws and regulations and meet all federal, state and local requirements related to their employment and position.

- CITY may request the transfer of any employee of CONTRACTOR who materially violates any provision of this Agreement, or who is wanton, negligent, or discourteous in the performance of his or her duties.

- CONTRACTOR shall require its field operations personnel to wear a clean uniform shirt bearing CONTRACTOR's name.  CONTRACTOR's employees, who normally come into direct contact with the public, including drivers, shall bear some means of individual photographic identification such as a name tag or identification card.

- Each driver of a collection vehicle shall at all times carry a valid California driver's license and all other required licenses for the type of vehicle that is being operated.

- Each driver of a collection vehicle shall at all times comply with all applicable local, state and federal laws, regulations and requirements.

- CONTRACTOR's employees, officers, and agents shall at all times conduct themselves in a professional manner, and must be qualified and appropriately trained for the assigned responsibilities.

- CONTRACTOR's employees, officers, and agents shall at no time be allowed to identify themselves or in any way represent themselves as being employees of CITY.

**11.2    Equipment Specifications.**

11.2.1    Collection Equipment.

All collection equipment used by CONTRACTOR in the performance of services under this Agreement shall be of high quality.

11.2.2    Vehicle Useful Life.

CONTRACTOR shall not use any collection vehicle older than model year 2006. In addition, CONTRACTOR may not use any vehicles that have more than 250,000 miles without the written approval of the City Representative provided CONTRACTOR can demonstrate the vehicle is operating properly on an annual basis pursuant to the certification process described in Section 11.5.

**11.3    Collection Vehicles.**

- 48 -

RD:RLT
12/08/11

11.3.1    Vehicle Specification.

The vehicles shall be designed and operated so as to prevent collected materials from escaping from the vehicles. Hoppers shall be closed on top and on all sides with screening material to prevent collected materials from leaking, blowing or falling from the vehicles. All trucks and containers shall be watertight and shall be operated so that liquids do not spill during collection or in transit.

Except in the case of collection of Large Items, all collection vehicles utilized by CONTRACTOR pursuant to this Agreement shall provide fully-automated collection except where such service is not feasible because of topographic or other physical factors. The determination that fully-automated collection vehicles are not feasible shall be made by the City Representative after consultation with CONTRACTOR. Where fully-automated services are not feasible, CONTRACTOR shall consult with the City Representative regarding the collection equipment to be utilized.

11.3.2    Dedicated Vehicles.

CONTRACTOR shall dedicate SFD Recycling Service collection vehicles to exclusively provide Collection Service pursuant to this Agreement except as otherwise approved in writing by the City Representative in advance of each occurrence, and shall report these occurrences in the monthly report as set forth in Exhibit 8 ("DATA AND REPORTING").

11.3.3    Clean Air Vehicles.

CONTRACTOR shall provide that its Collection Service vehicles are in full compliance with local, State and federal clean air requirements including, but not limited to, the California Air Resources Board Heavy Duty Engine Standards; the Federal Environmental Protection Agency's Highway Diesel Sulfur regulations and any other applicable air pollution control laws.

11.3.4    Alternative Fuel Vehicles.

CONTRACTOR shall implement the use of alternative fuel vehicles used in the performance of services under this Agreement no later than January 1, 2015 in accordance with CONTRACTOR's Alternative Fuel Vehicle (AFV) Conversion Plan and Timeline set out in Exhibit 10 to this Agreement.

11.3.5    Cooperation and Testing.

The PARTIES agree to cooperate in seeking grant opportunities for alternative fuel vehicle conversion, facility installations, or deployment of new vehicle technologies. Cooperation may extend to assistance in the preparation and submission of grant requests. CITY may also request that CONTRACTOR participate in testing the use of alternative fuel vehicles and other new vehicle technologies as part of CONTRACTOR's Collection Services. Where vehicle

- 49 -

California Waste Solutions

RD:RLT
12/08/11

testing involves the use of existing vehicles providing Collection Services under this Agreement, the existing vehicles must be in good working order.  Testing of alternative fuels in existing vehicles shall not be required if such testing voids a manufacturer's warranty.  CONTRACTOR shall report the results of the testing in CONTRACTOR's Quarterly Report to the CITY.

11.3.6    <u>Lubricants</u>.

Except as approved in writing by the City Representative on an individual vehicle basis, CONTRACTOR shall utilize re-refined motor oil and re-refined hydraulic oil in all vehicles used by CONTRACTOR in the performance of this Agreement, to the extent that such re-refined lubricants are available and do not void a manufacturers warranty.

11.3.7    <u>Large Items</u>.

Vehicles used for collection of Large Items shall not use compaction mechanisms or mechanical handling equipment that may damage reusable goods or release freon or other gases from pressurized appliances, prior to sorting by a CITY-approved process.

11.3.8    <u>Registration</u>.

All vehicles used by CONTRACTOR in providing Collection Services under this Agreement, except those vehicles used solely on CONTRACTOR's premises, shall be registered with the California Department of Motor Vehicles.

11.3.9    <u>Safety Markings and Devices</u>.

All collection equipment used by CONTRACTOR shall have appropriate safety markings including, but not limited to, highway lighting, flashing and warning lights, and clearance lights.  All such safety markings and devices shall be in accordance with the requirements of the California Vehicle Code, as may be amended from time to time, and shall be subject to the approval of the City Representative.

11.3.10    <u>Vehicle Signage and Painting</u>.

Collection vehicles shall be painted and numbered consecutively without repetition and shall have CONTRACTOR's name, CITY's customer service telephone number as  provided to CONTRACTOR by the City Representative, and the number of the vehicle painted in letters of contrasting color, at least four (4) inches high, on each side and the rear of each vehicle. CITY may specify the format of the alpha-numeric numbering sequence to be used, so that all vehicles have a unique identifier.  No advertising shall be permitted on the collection vehicles other than the name of CONTRACTOR and promotional advertisement of the Recycle Plus Program.  Collection vehicles shall be painted white, or such other color as has been approved in writing by the City Representative and vehicle striping and logos shall be painted

- 50 -

RD:RLT
12/08/11

CONTRACTOR's primary corporate colors.  CONTRACTOR shall repaint all collection vehicles (including the vehicles' striping) to the satisfaction of the City Representative by December 31, 2011.  During the remaining term of this Agreement, CONTRACTOR shall repaint all collection vehicles to the satisfaction of the City Representative on a frequency as necessary to maintain a positive public image as reasonably determined by the City Representative, but not less often than every thirty (30) months beginning January 1, 2012.

Collection vehicles shall be identified as City of San José Recycle Plus collection vehicles through the use of interchangeable signs.  These signs will contain Recycle Plus-related announcements in English, Spanish, Vietnamese, or other languages as directed by the City Representative.  CONTRACTOR shall be responsible for equipping both sides of the collection vehicles with frames capable of securing signs of dimensions 29-3/16" high by 93-3/16" wide or other dimensions designated by the City Representative.  CITY shall provide such signs to CONTRACTOR with a minimum of one (1) week's notice prior to design changes.  CONTRACTOR shall install the signs in the frames.  CITY shall not require sign changes more frequently than once every quarter.

**11.4  <u>Collection Vehicle Noise Level.</u>**

The noise level generated by collection vehicles using compaction mechanisms during the stationary compaction process shall not exceed seventy-five (75) decibels at a distance of twenty-five (25) feet from the collection vehicle measured at an elevation of five (5) feet above ground level using the "A" scale of the standard sound level meter at slow response.  CONTRACTOR shall cause each collection vehicle to be tested no less than once every three (3) years during the months of March and April. CONTRACTOR shall maintain copies of certificates of testing showing the results of the vehicle testing and shall make such certificates available for inspection upon request by the City Representative.  CONTRACTOR shall not use any collection vehicle that does not meet the noise level limitations of this Section.

**11. 5  <u>Vehicle Certification.</u>**

All vehicles used by CONTRACTOR in the performance of services under this Agreement shall be in compliance with all applicable State and Federal laws and regulations including, without limitation, requirements of the California Health and Safety Code, the California Vehicle Code, and the regulations promulgated under each of them.  CONTRACTOR shall maintain copies of all certificates and reports evidencing compliance, and shall make such certificates and reports available for inspection upon request by the City Representative.

**11. 6  <u>Equipment Maintenance.</u>**

CONTRACTOR shall maintain all collection equipment in a clean condition, free of graffiti and in good repair at all times.  All parts and systems of the collection equipment shall operate properly and be maintained in good working order.

- 51 -

RD:RLT
12/08/11

1　CONTRACTOR shall wash all collection vehicles at least once a week using recycled
2　water. All washings shall be conducted in a manner that conforms to the BMP
3　Guidelines for Non-Point Source Pollutants in the publication entitled *Storm Water Best*
4　*Management Practices Handbook for Industrial Commercial.*

5　**11. 7　Maintenance Log.**

6　　　CONTRACTOR shall maintain a maintenance log for all collection vehicles. The
7　log shall at all times be accessible to CITY via computer, or by physical inspection upon
8　request of the City Representative, and shall show, at a minimum, each vehicle's
9　CONTRACTOR-assigned identification number, date purchased or initial lease, dates of
10　performance of routine maintenance, dates of performance of any additional
11　maintenance, and description of additional maintenance performed.

12　**11. 8　Equipment Inventory.**

13　　　CONTRACTOR shall provide to the City Representative an inventory of
14　collection vehicles and major equipment (e.g. tractor trailers used for transporting
15　materials to the Disposal Facility) to be used by CONTRACTOR in the performance of
16　services under this Agreement. The inventory shall indicate each vehicle by make,
17　model, CONTRACTOR-assigned identification number, DMV license number, the age
18　of the chassis and body, mileage, type of fuel used, the type and capacity of each
19　vehicle, the number of vehicles by type, the date of acquisition, the decibel rating and
20　the maintenance and rebuilt status. CONTRACTOR shall submit on an annual basis an
21　updated inventory to CITY, at any time there is a change in vehicles or major
22　equipment, or more often at the request of the City Representative in an electronic
23　format specified by CITY. Each inventory shall also include the tare weight of each
24　vehicle as determined by weighing at a public scale and not at a disposal or other
25　facility scale used by CONTRACTOR. The specific procedure for performing the tare
26　weighing shall be subject to the approval of the City Representative. Each vehicle
27　inventory shall be accompanied by a certification by CONTRACTOR that all vehicles
28　meet the requirements of this Agreement.

29　**11. 9　Reserve Equipment.**

30　　　CONTRACTOR shall have available to it, at all times, reserve collection
31　equipment which can be put into service and operation within one (1) hour of any
32　breakdown. Such reserve equipment shall correspond in size and capacity to the
33　equipment used by CONTRACTOR to perform services pursuant to this Agreement.
34　CONTRACTOR shall provide the City Representative with the replacement vehicle
35　information including: the CONTRACTOR-assigned identification number, DMV license
36　number, tare weight of each vehicle as determined by weighing at a public scale, the
37　age of the chassis and body, type of fuel used, the type and capacity of each vehicle,
38　the number of vehicles by type, the date of acquisition, the decibel rating and the
39　maintenance and rebuild status.

40　**11. 10 Inspections.**

- 52 -

RD:RLT
12/08/11

1    CITY or a designated representative shall have the right to inspect
2  CONTRACTOR's Materials Recovery Facility (MRF) during the MRF's normal business
3  hours; all other facilities required to provide services pursuant to this Agreement except
4  those facilities used solely for administrative services; and CONTRACTOR's collection
5  vehicles and their contents at any time while operating inside or outside the City of San
6  José.

7    CONTRACTOR shall ensure or shall cause CONTRACTOR's subcontractors to
8  ensure, that representatives of CITY have complete access to the Materials Recovery
9  Facility or alternative facility, as appropriate and in accordance with the terms approved
10  by CITY in its approval of an alternate facility in Article 8, and their records of inbound
11  and outbound materials without exception, during normal business hours.

- 53 -

RD:RLT
12/08/11

# ARTICLE 12.    DISPOSAL

## 12.1    CITY'S Responsibility.

CITY shall arrange for sufficient landfill disposal capacity for the disposal of all Residue remaining from the processing of Recyclable Material provided the use does not cause CITY to exceed its disposal allocation under its disposal agreement with the Disposal Facility. CITY is not responsible for the cost of disposal. The rate for Fiscal Year beginning July 1, 2010 is $42.04 per unbaled ton and such rate shall be adjusted each fiscal year by the same percentage as the Refuse Rate Index established under Exhibit 2, incorporated herein and attached hereto. The additional cost to accept baled Residue for Fiscal Year beginning July 1, 2010 is $4.00 per ton. Residue from the Materials Recovery Facility that results from the processing of Recyclable Material collected by CONTRACTOR pursuant to this Agreement is designated Residential Solid Waste.

The compensation to CITY for the cost of disposal shall be deducted from CITY's monthly payment to CONTRACTOR for Recycle Plus Services. Within 30 days of executing this Agreement, and each month thereafter, CONTRACTOR shall submit a report stating the quantity of Residue delivered to the Disposal Facility with copies of scale tags from the Disposal Facility attached.

## 12.2    CONTRACTOR's Responsibility.

### 12.2.1    Delivery of Materials.

CONTRACTOR shall transport all Recyclable Material Residue, to the Disposal Facility or such other facilities as the City Representative may designate in writing. If the City Representative directs delivery of materials to a facility other than the Disposal Facility, CITY shall compensate CONTRACTOR for reasonable additional expenses incurred by CONTRACTOR and documented to the reasonable satisfaction of CITY's Director of Environmental Services.

### 12.2.2    Limitation on Use of CITY-Arranged Landfill Capacity.

CONTRACTOR shall not, under any circumstances whatsoever, utilize any CITY-arranged disposal capacity for the disposal of any material that was collected by CONTRACTOR or by any other person, other than the materials collected pursuant to this Agreement and specifically listed in this Article of this Agreement, without the express prior written authorization of the City Representative.

### 12.2.3    Compliance With Regulations.

CONTRACTOR shall observe and comply with all regulations in effect at the Disposal Facility, or any other CITY-designated facility, at the time CONTRACTOR transports the materials on the site. CONTRACTOR shall at all

- 54 -

RD:RLT
12/08/11

1    times while at the Disposal Facility, or any other CITY-designated facility, operate
2    according to safe industry practices.

3    **12.3   CONTRACTOR's Acknowledgement.**

4    CONTRACTOR acknowledges that CITY will not pay for, but the CITY may
5    arrange for, the disposal of Residue from Large Items (except those directed to another
6    location pursuant to Article 6) or Used Oil processing.  The rates for these services
7    include compensation to the CONTRACTOR for the cost of disposal.  CONTRACTOR
8    acknowledges that the disposal of all such materials is the sole responsibility of
9    CONTRACTOR, and that CONTRACTOR will not receive additional payment for the
10    cost of disposal.

- 55 -

RD:RLT
12/08/11

# ARTICLE 13.    CUSTOMER SERVICE

## 13.1  CONTRACTOR's Office.

CONTRACTOR shall maintain an office within the municipal limits of the City of San José where inquiries and complaints can be received.  Such office shall be open during the normal business hours of 8:00 a.m. to 6:00 p.m. on all Work Days, and during any and all collection activities on the Saturdays and Sundays when Collection Services are performed pursuant to this Agreement.

## 13.2  Telephone Requirements.

CONTRACTOR's office shall be equipped with sufficient telephones that all Collection Service-related calls received during normal business hours are answered by an employee within five (5) rings.. CONTRACTOR shall provide either a telephone answering service or mechanical device to receive Service Recipient inquiries during those times when CONTRACTOR's office is closed.  Calls received after normal business hours shall be addressed before 12:00 noon on the next Work Day.

## 13.3  Emergency Contact.

CONTRACTOR shall provide the City Representative with an emergency phone number where CONTRACTOR's representative authorized to act on CONTRACTOR's behalf can be reached outside of the required office hours.

## 13.4  Multilingual/TDD Service.

CONTRACTOR shall at all times maintain the capability of responding to telephone calls in English, Spanish, Vietnamese and such other languages as the City Representative may reasonably require.  CONTRACTOR shall at all times maintain the capability of responding to telephone calls through Telecommunications Device for the Deaf (TDD) Services.

## 13.5  Service Recipient Calls.

During normal business hours, CONTRACTOR shall maintain a telephone answering system capable of accepting at least fifteen (15) incoming calls at one time. CITY will direct service inquiries and complaints to CONTRACTOR through the Customer Service System.  CONTRACTOR shall record all calls including any inquiries, service requests and complaints into the Customer Service System.  Any such call received via CONTRACTOR's answering service shall be recorded in the Customer Service System no later than 12:00 noon on the following Work Day.

CONTRACTOR shall answer all incoming calls within five (5) rings.  Any caller "on-hold" in excess of one and one-half (1.5) minutes shall have the option to remain "on-hold" or to be switched to a message center where the caller can leave a message. CONTRACTOR's customer service representatives shall return Service Recipient calls as provided in this Section.  For all messages left before 3:00 p.m., CONTRACTOR shall attempt all "call backs" at least one time prior to 6:00 p.m. on the day of the call.

- 56 -

RD:RLT
12/08/11

For messages left after 3:00 p.m., CONTRACTOR shall attempt all "call backs" at least one time prior to noon the next Work Day. CONTRACTOR shall make a minimum of three (3) attempts within twenty-four (24) hours of the receipt of the call. If CONTRACTOR is unable to reach the Service Recipient on the next Work Day, CONTRACTOR shall send a postcard to the Service Recipient on the second Work Day after the call was received, indicating that CONTRACTOR has attempted to return the call. All attempts to contact the caller shall be recorded in the Customer Service System.

**13.6** **Service Complaints.**

CONTRACTOR shall handle all service complaints in a prompt and efficient manner. In the case of a dispute between CONTRACTOR and a Service Recipient, CONTRACTOR will refer the matter to the City Representative for review. The City Representative will review the matter and make a determination as to the resolution of the dispute.

For those complaints related to missed collections that are received by CONTRACTOR by 3:00 p.m. on a Work Day, CONTRACTOR will return to the Service Unit address and collect the missed materials before leaving the Service District for the day. For those complaints related to missed collections that are received after 3:00 p.m. on a Work Day, CONTRACTOR shall have until the end of the following Work Day to collect the materials. For those complaints related to repair or replacement of carts, the appropriate provisions of Article 6 of this Agreement shall apply. At the end of each Work Day CONTRACTOR shall utilize the Customer Service System to provide the City Representative with a response to each complaint which was received from a Service Recipient, or CITY in the event the complaint was made by CITY, during the preceding Work Day.

**13.7** **Missed Collections.**

CONTRACTOR acknowledges and agrees that it is in the best interest of CITY that all Residential Waste, Recyclable Material, and Yard Trimmings be collected on the scheduled collection day. Accordingly, CONTRACTOR will remedy missed collections as set forth in Section 13.6 regardless of the reason that the collection was missed. However, in the event a Service Recipient requests missed collection service more than two (2) times in any consecutive two (2) month period, CITY will work with CONTRACTOR to determine an appropriate resolution to that situation. In the event CONTRACTOR believes any complaint to be without merit, CONTRACTOR shall use the Customer Service System to notify the City Representative immediately. The City Representative will investigate all disputed complaints and render a written determination within ten (10) Work Days of receipt of CONTRACTOR's notification.

- 57 -

RD:RLT
12/08/11

**13.8  Customer Service Representative Training.**

All of CONTRACTOR's customer service representatives shall be required to attend training as may be provided by CITY. The City Representative shall coordinate with CONTRACTOR to schedule such training.

**13.9  Requirements.**

CONTRACTOR shall provide and record operating and customer service data elements as set forth in Exhibit 8 of this Agreement. CONTRACTOR is required to communicate with the Customer Service System either via an internet portal or using an electronic interface as described in Exhibit 11 ("ELECTRONIC INTERFACE REQUIREMENTS") of this Agreement.

The Customer Service System includes the basic functions CONTRACTOR needs in order to perform its customer service and specific operational services. CONTRACTOR access is limited to customer information, service location service type and service level information, collection days, and field activities. CITY shall have access to all the information available to CONTRACTOR and, additionally, will control access to the financial and billing functions of the Customer Service System, except for Large Item Collection Service.

All service location, property owner information, and property owner record updates, shall be maintained in the Customer Information System by the CITY or its agent.

**13.10  Field Activities.**

Field activities and service requests that are received by CONTRACTOR by 3:00 p.m. on a Work Day will count as being received on that particular Work Day. Field activities and service requests that are received after 3:00 p.m. on a Work Day will count as being received the following Work Day.

**13.11  Field Activity Descriptions.**

CONTRACTOR shall use the field activity descriptions from the Customer Service System by CITY. CITY will provide field activity descriptions for all the services provided under this Agreement.

- 58 -

RD:RLT
12/08/11

# ARTICLE 14.    REPORTING AND RECORDKEEPING

## 14.1    Reports.

### 14.1.1    Operational Reports.

Operational reports, monthly invoice, and other information will first be generated to support payment to CONTRACTOR. The Customer Service System (CSS) shall have information related to the Service Districts that are necessary, as determined by the City Representative, for CONTRACTOR's operations and for providing information requested by CITY.

### 14.1.2    CONTRACTOR Reports.

CONTRACTOR shall submit reports through the Customer Service System for daily collection data and processing data as described in Exhibit 8. CONTRACTOR shall submit to the City Representative daily, monthly, quarterly and annual reports containing the information, in the format, and at the times described in Exhibit 8. CONTRACTOR may not change the format, sections or categories of these reports without written approval of CITY.

### 14.1.3    Customer Data Reconciliation.

CONTRACTOR shall compare the CITY's Service Unit data with the CONTRACTOR's Service Unit data and resolve all discrepancies within thirty (30) calendar days of receipt of CITY's Service Unit data. Reconciliations shall be completed annually by March 15 of each year and shall include reconciliation of premise ID, service address, cart type, cart size, and any special services (on-premise, disabled on-premise). CONTRACTOR shall notify CITY ten (10) Work Days prior to commencing the data reconciliation, by requesting Service Unit data from the Customer Service System. The CITY shall provide data within ten (10) Work Days of the request. If a large number of discrepancies are discovered during the data comparison, the CITY may defer resolution of discrepancies until the next annual route audit. CONTRACTOR may choose to replace their Service Unit data with CITY Service Unit data instead of conducting a data comparison. CONTRACTOR shall replace their data with CITY provided data within five (5) Work Days of data receipt, and notify CITY when complete.

## 14.2    Recordkeeping.

### 14.2.1    CONTRACTOR shall maintain any and all letters, books of account, invoices, vouchers, canceled checks, and other records or documents evidencing or relating to charges for services or expenditures and disbursements charged to CITY for a minimum period of five (5) years, or for any longer period required by law, from the date of final payment to CONTRACTOR pursuant to this Agreement.

- 59 -

RD:RLT
12/08/11

14.2.2    CONTRACTOR shall maintain all documents and records which demonstrate performance under this Agreement for a minimum period of five (5) years, or for any longer period required by law, from the date of termination or completion of this Agreement.

14.2.3    Any records or documents required to be maintained pursuant to this Agreement shall be made available for inspection or audit, at any time during regular business hours, upon written request by the City Representative, the Director of Environmental Services, City Attorney, City Auditor, City Manager, or a designated representative of any of these officers.  Copies of such documents shall be provided to CITY for inspection at the Environmental Services Department office when it is practical to do so.  Otherwise, unless an alternative site is mutually agreed upon, the records shall be available at CONTRACTOR's address indicated for receipt of notices in this Agreement.

14.2.4    Where CITY has reason to believe that such records or documents may be lost or discarded due to the dissolution, disbandment or termination of CONTRACTOR's business, CITY may, by written request or demand of any of the above named officers, require that custody of the records be given to CITY and that the records and documents be maintained in City Hall.  Access to such records and documents shall be granted to any party authorized by CONTRACTOR, CONTRACTOR's representatives, or CONTRACTOR's successor-in-interest.

- 60 -

RD:RLT
12/08/11

## ARTICLE 15.    FUND APPROPRIATION

### 15.1    <u>Fiscal Year Authorization.</u>

CONTRACTOR understands and agrees that CITY, during any fiscal year, is not authorized to expend money, incur any liability or enter into any contract which, by its terms, involves the expenditure of money in excess of the amounts budgeted as available for expenditure during such fiscal year; and that any contract or agreement, verbal or written, made in violation of this Article is null and void; and that consequently, no money may be paid on such contract or agreement beyond such limits.  Nothing contained in this Agreement shall prevent the making of agreements or contracts for periods exceeding one (1) year, but any agreement or contract so made shall be executory only for the value of the services to be rendered or agreed to be paid for in succeeding fiscal years.  If the City Council does not appropriate funds for the services under this Agreement by June 30 of each year, CITY shall so notify CONTRACTOR and CONTRACTOR shall suspend services under this Agreement until CITY provides written verification that the funds necessary for CONTRACTOR's compensation and other necessary expenditures are appropriated and available within the appropriate fiscal year budget.

### 15.2    <u>Adoption.</u>

CITY does not represent that said appropriation item will be actually adopted, said determination being the determination of the City Council at the adoption of the appropriation.

- 61 -

T-20367/811615.doc                                          California Waste Solutions

RD:RLT
12/08/11

1        **ARTICLE 16.         DIVERSION STANDARDS**

2    **16.1    Diversion Standards.**

3         In Service District A, the minimum Residential Recyclable Material ("RRM")
4    diversion standard is thirty percent (30%);

5         In Service District C, the minimum Residential Recyclable Material ("RRM")
6    diversion standard is thirty-five percent (35%); and

7         The minimum Large Item diversion standard is seventy-five percent (75%).

8    **16.2    Annual Calculation of Diversion Standards.**

9    Beginning January 1, 2011, CONTRACTOR shall achieve a diversion standard of not
10   less than thirty percent (30%) in Service District A and thirty five percent (35%) in
11   Service District C per calendar year for SFD RRM.

12        The diversion will be calculated individually for each Service District on a
13   calendar year basis.

14        16.2.1    SFD RRM Diversion Standard.

15             The Residential Recyclable Material diversion for each Service District
16        will be measured as the tons of Recyclable Material and Non-Program Material
17        attributable to that district that are Recycled, Processed, and Sold divided by the
18        sum of the tons of Residential Solid Waste (RSW) collected by the CITY's SFD
19        Solid Waste Contractor for the same Service District and the Recyclable Material
20        and Non-Program Material collected from the same Service District in the
21        calendar year:

SFD RRM Diversion Rate  =      (Tons of Recyclable Material and Non-Program Material
Recycled, Processed and Sold) ÷

(Tons RSW collected + Tons Recyclable Material and Non-
Program Material collected)

22             For   the   purpose   of   calculating   the   SFD   RRM   diversion,
23        CONTRACTOR may not include any Post-Processing Commingled Recyclable
24        Material in excess of ten percent (10%) of the total Recyclable Material and Non-
25        Program Material collected.

26        16.2.2    Large Item Diversion Standard.

27             Beginning   January   1,   2011,   CONTRACTOR   shall   achieve   a   Large
28        Item diversion standard of not less than seventy five percent (75%) per calendar
29        year in CONTRACTOR's Service Districts.

- 62 -

RD:RLT
12/08/11

The Large Item diversion for each district (Service District A and Service District C) will be calculated as the tons of Large Items collected through the provision of Large Item Collection Services and attributable to the Service District that are Recycled, Processed, and Sold, or delivered to a recycler or reuser, as required by this Agreement, divided by the total tons of Large Items collected from the Service District in the calendar year:

Large Item Diversion Rate  =  (Tons of Large Items Recycled, Processed, and Sold, or delivered) ÷

(Tons Large Items collected)

16.2.3     The protocol for determining the tons of materials Sold, the tons of materials collected, and the tons of materials that are attributable to each Service District will be determined by CITY in consultation with CONTRACTOR.

**16.3     Failure To Meet Minimum Large Item Diversion Standard.**

CONTRACTOR's failure to meet the minimum diversion standard for Large Item Collection Services in SFD Service Districts A and C as set forth in Section 16.2.2 will not be considered a basis for default and termination under Section 19.1.

**16.4     RRM Diversion Incentive Payment Calculation.**

16.4.1     CITY shall pay CONTRACTOR a Residential Recyclable Material (RRM) Diversion Incentive Payment for each calendar year in which CONTRACTOR exceeds the applicable RRM diversion standard. CONTRACTOR's eligibility for the annual RRM Diversion Incentive Payment shall be determined by CITY based on the results of the data submitted by CONTRACTOR during the calendar year, as verified by CITY.  CONTRACTOR's eligibility for the annual RRM Diversion Incentive Payment shall be determined separately for each District.  In the event CONTRACTOR is determined to be eligible for the RRM Diversion Incentive Payment, such payment shall be calculated as follows:

- For each one percent (1%) above the RRM diversion standard, CONTRACTOR will receive an amount equal to one-half percent (.5%) of the prior calendar year payments made by CITY to CONTRACTOR.

16.4.2     If CONTRACTOR meets the eligibility requirements for the RRM Diversion Incentive Payment for a particular calendar year, CITY shall make the RRM Diversion Incentive Payment to CONTRACTOR on or before August 1st following the end of the calendar year in which the Diversion Incentive Payment was earned.

- 63 -

RD:RLT
12/08/11

The Large Item diversion for each district (Service District A and Service District C) will be calculated as the tons of Large Items collected through the provision of Large Item Collection Services and attributable to the Service District that are Recycled, Processed, and Sold, or delivered to a recycler or reuser, as required by this Agreement, divided by the total tons of Large Items collected from the Service District in the calendar year:

Large Item Diversion Rate  =  (Tons of Large Items Recycled, Processed, and Sold, or delivered) ÷

(Tons Large Items collected)

16.2.3   The protocol for determining the tons of materials Sold, the tons of materials collected, and the tons of materials that are attributable to each Service District will be determined by CITY in consultation with CONTRACTOR.

**16.3   Failure To Meet Minimum Large Item Diversion Standard.**

CONTRACTOR's failure to meet the minimum diversion standard for Large Item Collection Services in SFD Service Districts A and C as set forth in Section 16.2.2 will not be considered a basis for default and termination under Section 19.1.

**16.4   RRM Diversion Incentive Payment Calculation.**

16.4.1   CITY shall pay CONTRACTOR a Residential Recyclable Material (RRM) Diversion Incentive Payment for each calendar year in which CONTRACTOR exceeds the applicable RRM diversion standard. CONTRACTOR's eligibility for the annual RRM Diversion Incentive Payment shall be determined by CITY based on the results of the data submitted by CONTRACTOR during the calendar year, as verified by CITY.  CONTRACTOR's eligibility for the annual RRM Diversion Incentive Payment shall be determined separately for each District.  In the event CONTRACTOR is determined to be eligible for the RRM Diversion Incentive Payment, such payment shall be calculated as follows:

- For each one percent (1%) above the RRM diversion standard, CONTRACTOR will receive an amount equal to one-half percent (.5%) of the prior calendar year payments made by CITY to CONTRACTOR.

16.4.2   If CONTRACTOR meets the eligibility requirements for the RRM Diversion Incentive Payment for a particular calendar year, CITY shall make the RRM Diversion Incentive Payment to CONTRACTOR on or before August 1st following the end of the calendar year in which the Diversion Incentive Payment was earned.

- 63 -

RD:RLT
12/08/11

16.4.3    Diversion incentive payments would not apply to diversion of Post-Processing Commingled Recyclable Material above six (6) percent for the particular calendar year.

**16.5    RRM Diversion Disincentive Deduction Calculation.**

16.5.1    CITY shall make a Residential Recyclable Material Diversion Disincentive deduction for each calendar year in which CONTRACTOR fails to achieve the applicable RRM diversion standard.  CONTRACTOR's annual RRM Diversion Disincentive deduction shall be determined by CITY based on the results of the data submitted by CONTRACTOR through the Customer Service System during the preceding calendar year, as verified by CITY. CONTRACTOR's annual RRM Diversion Disincentive deduction shall be determined separately for each District.  In the event CONTRACTOR is determined to owe the annual RRM Diversion Disincentive deduction for a District, such deduction shall be calculated as follows:

- For each one percent (1%) below the applicable RRM diversion standard, CITY will deduct an amount equal to one-half percent (.5%) of the prior calendar year payments made by CITY to CONTRACTOR.

16.5.2    If CONTRACTOR fails to meet the applicable RRM diversion standard for a particular calendar year, CITY shall make a RRM Diversion Disincentive deduction from payments due to CONTRACTOR on or before March 1st following the end of the calendar year in which CONTRACTOR did not meet the RRM diversion standard.

T-20367/811615.doc                                    California Waste Solutions

RD:RLT
12/08/11

## ARTICLE 17.    COMPENSATION

### 17.1  Billing and Collection of Payments.

CITY shall be responsible for the billing and collection of payments from Service Units for all SFD Recycling Collection Services, with the exception of SFD Large Item Collection Service.

### 17.2  Monthly Invoices.

CONTRACTOR shall provide a monthly report no later than the tenth (10th) day of each month following the month such services were rendered; and complete service data entry into the Customer Service System.  Upon receipt of the report and access to complete service data, CITY shall then produce a preliminary monthly invoice for all services received under this Agreement no later than the fifteenth (15th) day of the month following the month such services were rendered.

17.2.1  Review of Monthly Invoice by CONTRACTOR.

CONTRACTOR shall review the monthly invoice prepared by CITY and within ten (10) Work Days of receipt of the invoice, CONTRACTOR shall notify the City Representative of any discrepancies or deficiencies in said invoice.

17.2.2  Resolution Of Discrepancies.

CONTRACTOR shall meet with the City Representative within ten (10) Work Days of CITY's receipt of notice of discrepancies or deficiencies to resolve any such discrepancies or deficiencies and shall provide to the City Representative any and all documentation relating to the discrepancy or deficiency that is requested by the City Representative or which CONTRACTOR wishes to provide in support of CONTRACTOR's calculations.  Within fifteen (15) calendar days of the receipt of documentation requested in writing by the City Representative or within fifteen (15) calendar days of the meeting between CONTRACTOR and the City Representative, whichever occurs later, the City Representative shall notify CONTRACTOR in writing of the City Representative's resolution of the discrepancies or deficiencies.  The City Representative's determination shall be final unless within ten (10) calendar days of the date of the determination CONTRACTOR requests a review by the Director of Environmental Services.

If CONTRACTOR timely requests a review by the Director of Environmental Services, the Director shall review the City Representative's determination, all relevant documentation presented to the City Representative, and any additional relevant information provided by CONTRACTOR at the time of CONTRACTOR's request for review.  If requested by CONTRACTOR, the Director of Environmental Services shall meet with CONTRACTOR within fifteen

RD:RLT
12/08/11

(15) calendar days of CONTRACTOR's request for review.  The Director of Environmental Services shall render a written decision to CONTRACTOR sustaining or reversing the City Representative's determination, in whole or in part, within thirty (30) calendar days of receipt of CONTRACTOR's request for review.

17.2.3    Partial Month Service.

If, during a month, a Service Unit is added to or deleted from CONTRACTOR's Service Unit list, the billing for such Service Unit shall be pro-rated as follows: (1) if the Service Unit was eligible to receive SFD Recycling Service for at least sixteen (16) calendar days during the month, CONTRACTOR shall be compensated for that Service Unit at the full monthly rate set out in Exhibit 1; and (2) if the Service Unit was eligible to receive SFD Recycling Service for less than sixteen (16) calendar days during the month, CONTRACTOR shall not be compensated for that Service Unit for that month.

17.2.4    Payments.

CITY shall make no payment for any SFD Service Unit, and Business Service Unit that is not included on the list maintained by the CITY.

**17.3    Payments to CONTRACTOR.**

CITY shall pay CONTRACTOR for services performed in accordance with this Agreement at the service rates set forth in Exhibit 1 ("COMPENSATION") as such rates may be adjusted pursuant to this Agreement.  Except as otherwise provided in this Agreement, CITY shall make monthly payments to CONTRACTOR within thirty (30) calendar days of CONTRACTOR's approval of CITY's invoice.  In the event there are any amounts listed on the invoice which remain in dispute after CONTRACTOR and CITY complete the Resolution of Discrepancies process set forth in Section 17.2.2 above, CITY shall pay to CONTRACTOR the amounts accepted as appropriate by the Director of Environmental Services.

17.3.1    Wire Transfers.

CITY will make monthly invoice payments and/or additional payments by wire transfer to CONTRACTOR's bank account or accounts as are designated by CONTRACTOR.  CITY may deduct CITY's costs of the wire transfers from the monthly payment otherwise due to CONTRACTOR.

**17.4    Refuse Rate Index (RRI) Adjustment Process.**

The rates for services set forth in Sections 17.5.1 and 17.5.2 shall be increased or decreased by the percentage change in the Refuse Rate Index (RRI) from the base month, which shall be December of the prior preceding year, to December of the immediately preceding year as contained in the most recent publication of the source documents listed in Exhibit 2 ("REFUSE RATE INDEX"), to this Agreement.

- 66 -

RD:RLT
12/08/11

17.4.1    CONTRACTOR shall deliver to CITY financial information for the specific services performed under this Agreement for the preceding calendar year. Such financial information shall be the information described in the "Non-Processing Operating Cost Statement – Description" portion of Exhibit 2 and shall be in the format described in Exhibit 2, as may be revised by CITY from time to time. CONTRACTOR agrees to provide the CITY a description of all items classified as "Other Operating Expenses" for purpose of making the indexed adjustment calculation. If CONTRACTOR fails to submit the financial information in the required format prior to February 15th, it is agreed that CONTRACTOR shall be deemed to have waived the right to the RRI rate adjustment for that year. CONTRACTOR's failure to provide the financial information shall not preclude CITY from applying the RRI using the prior year's financial data, or pro forma data if no prior year financial data is available, if that application would result in a decrease in the affected service rates.

The BLS or source indices shall be truncated at four (4) decimal places for adjustment calculations. The resulting RRI value from the adjustment calculations may be rounded to four (4) decimal places for use in the final RRI compensation rate adjustment. Annual compensation rate adjustments shall be made only in units of one cent ($0.01). Fractions of less than one cent ($0.01) shall not be considered in making compensation rate adjustments. For example:

- RRI value of 0.03587 shall be rounded to 0.0359, or 3.59%

- Dollar amount of $1.235 shall be truncated to $1.23

17.4.2    If CONTRACTOR's failure to submit the financial information required by Section 17.4.1 is the result of extraordinary or unusual circumstances as demonstrated by CONTRACTOR to the satisfaction of the City Representative, CITY at its sole discretion may consider the request for the annual RRI rate adjustment.

17.4.3    On or before June 1 of each year, the City Representative shall notify CONTRACTOR of the RRI adjustment to the affected service rates to take place beginning July 1 of that same year.

## 17.5    Adjustments To Rates Using Refuse Rate Index (RRI).

The adjustments to rates may result in an increase or decrease to the rates. If the adjustment results in an increase greater than six percent (6%), CONTRACTOR may be required to defer the increase in excess of six percent (6%) to the following year and up to three years thereafter. Any amount of the deferred increase in cost remaining on the fourth year would be included in the fourth year adjustment of the service rates.

If the adjustment results in a negative number, CITY will defer that portion of the savings which would cause CONTRACTOR's then current compensation to decrease to

- 67 -

RD:RLT
12/08/11

1  the following year, and up to three years thereafter.  Any savings not realized by the
2  fourth year would be included in the fourth year adjustment to the service rates.

3        Notwithstanding this section, any adjustments to rates that result in an increase
4  or decrease to the rates for the last year of this Agreement (2020-2021) shall fully
5  include any deferred increase or savings not previously realized in the previous years'
6  rates.

7        17.5.1    <u>SFD Rates</u>.

8        CONTRACTOR shall, subject to compliance with all provisions of this
9  Article, receive an annual adjustment in the following service rates as set forth in
10  the SFD RECYCLING COLLECTION SERVICE and RESIDUE DISPOSAL
11  ADJUSTMENT section of Exhibit 1 to this Agreement:

12        • SFD Recycling Service, collection (line A.1)

13        • SFD Used Oil Collection Service (line A.2.)

14        • Subscription On-Premises Collection (line B.1)

15        • Excess Cart Exchange (line B.2)

16        • Large Item Collection, if applicable (line B.3)

17        • Hard to Serve Premise (line B.4)

18        • Residue Disposal Reimbursement Rates (Section III)

19        17.5.2    <u>Large Item Collection Rates</u>.

20        The customer rate for Large Item Collection Service is $25 per three-
21  item collection through June 30, 2012.  CONTRACTOR waives any RRI increase
22  for Large Item customer rates for FY 2010-2011 and FY 2011-2012.  For FY
23  2012-2013, the RRI for that year will be applied.  As the large item rate is a
24  citywide rate, the larger RRI positive adjustment for the hauler that provides
25  Large Item Collection Service shall be the Large Item Collection rate citywide.  In
26  the event the RRI is a negative adjustment, the Large Item Collection rate shall
27  remain the same for the subsequent fiscal year.

28  **17.6    <u>Service Unit Counts</u>.**

29        CITY will utilize the Customer Service System to maintain the customer database
30  from which the SFD Service Unit counts will be derived.  In the event CONTRACTOR
31  does not agree with any of the SFD Service Unit counts as maintained by CITY,
32  CONTRACTOR may at any time, but not more often than once per Agreement Year,
33  request that CITY and CONTRACTOR perform a joint route audit of the Service Unit
34  count at issue.  Such audit shall be at no cost to CITY other than labor costs for CITY
35  staff.

- 68 -

RD:RLT
12/08/11

**17.7    Reconciliation.**

The CITY and CONTRACTOR may review compensation payments made to CONTRACTOR pursuant to services provided under that certain AGREEMENT BETWEEN THE CITY OF SAN JOSE AND CALIFORNIA WASTE SOLUTIONS, INC. FOR RECYCLE PLUS RECYCLING SERVICES whereby CONTRACTOR provides integrated waste management services for the Recycle Plus Program from November 21, 2006 through June 30, 2013. The request for reconciliation is limited to the period from November 21, 2006 through June 30, 2010, and the reconciliation process must be completed on or before June 30, 2012, except as mutually agreed upon in writing by the parties.

The potential compensation adjustments may be due to, but are not limited to, the discovery of Customer Service System errors, discrepancies in Service Unit counts or on-call services already paid to CONTRACTOR, Refuse Rate Index adjustment errors, liquidated damages, administrative charges, or other overpayments or underpayments made to CONTRACTOR's invoice. The City Representative shall issue a written notice to CONTRACTOR of the compensation adjustment and the basis for the assessment. CONTRACTOR may request a review of the compensation adjustments by following the protocols set forth in Section 17.2.2 ("Resolution of Discrepancies") or Section 18.3 ("Procedure for Review of Liquidated Damages"), as appropriate.

**17.8    Withholding of Payment.**

In addition to express provisions contained elsewhere in this Agreement, CITY may withhold from any payment otherwise due to CONTRACTOR such amount as reasonably determined by CITY as necessary to protect CITY's interest, or, if CITY so elects, may withhold or retain all or a portion of any monthly payment or refund payment for any of the following reasons. CITY shall provide written notice to CONTRACTOR of the reason for withholding of payments.

- Unsatisfactory progress of the work not caused by any condition beyond the CONTRACTOR's control;

- Defective work not corrected;

- CONTRACTOR's failure to carry out instructions or orders of the City Representative;

- Execution of work not in accordance with this Agreement;

- Claims filed by or against CONTRACTOR or reasonable evidence indicating probable filing of claims;

- Failure of CONTRACTOR to make payments to any subcontractor for material or labor;

- Unsafe working conditions allowed to persist by CONTRACTOR;

- 69 -

RD:RLT
12/08/11

1        • Failure of CONTRACTOR to provide route schedules and other reports as
2          required by CITY;

3        • Use of any subcontractors without CITY's prior written approval.

4  **17.9**   **Payment Of Withheld Amounts.**

5      Upon CONTRACTOR's remedy of the above-listed grounds for withholding
6  payment and demonstration of the remedy to the reasonable satisfaction of the City
7  Representative, CITY shall pay all withheld amounts within ten (10) Work Days.  CITY
8  shall not be liable for interest on any delayed or late payment.

- 70 -

RD:RLT
12/08/11

# ARTICLE 18.    QUALITY OF PERFORMANCE OF CONTRACTOR

## 18.1  Intent.

CONTRACTOR acknowledges and agrees that the CITY's primary goals in entering into this Agreement are to ensure that the SFD Recycling Collection Services and Large Item Billing Services are of the highest caliber, that Service Recipient and Billing Customer satisfaction remains at the highest level, that all services performed under this Agreement are both timely and accurate, that maximum diversion levels are achieved, and that materials collected are put to the highest and best use to the extent possible.

CONTRACTOR agrees its failure to perform the services as set forth in this Agreement would cause CITY damage.  CITY and CONTRACTOR mutually agree that making a precise determination of the amount of CITY's damages as a result of CONTRACTOR's failure would be impractical and/or extremely difficult. Therefore, the parties agree that, in the event of such failure, CONTRACTOR shall pay to CITY as liquidated damages the amounts listed in Section 18.2.

## 18.2  Liquidated Damages.

It shall be the duty of CONTRACTOR to perform services under this Agreement in such a manner as to implement practices, policies and procedures designed to achieve the goals set forth in Section 18.1 above.  In the event CONTRACTOR fails to perform the services as set forth in this Agreement, CONTRACTOR agrees that CITY may deduct liquidated damages from any monies due or which may become due to CONTRACTOR in the following amounts:

| List of Liquidated Damages (Applies to Each Service District) | |
|---|---|
| a. | Failure or neglect to resolve each complaint within the time set forth in this Agreement. | $500.00 per incident per Service Recipient. |
| b. | Failure to clean up spillage or litter caused by CONTRACTOR. | $300.00 per incident per location. |
| c. | Failure to repair damage to customer property caused by CONTRACTOR or its personnel. | $500.00 per incident per location. |
| d. | Failure to maintain equipment in a clean, safe, and sanitary manner. | $500.00 per incident per Work Day. |
| e. | Failure to have a vehicle operator properly licensed. | $500.00 per incident per Work Day. |

T-20367/811615.doc                                    California Waste Solutions

RD:RLT
12/08/11

| List of Liquidated Damages (Applies to Each Service District) | | |
|---|---|---|
| f. | Failure to maintain office hours as required by this Agreement. | $500.00 per incident per Work Day. |
| g. | Failure to maintain or timely submit to CITY all documents and reports required under the provisions of this Agreement. | $500.00 per incident per Work Day. |
| h. | Failure to properly cover materials in collection vehicles. | $500.00 per incident. |
| i. | Failure to display CONTRACTOR's name and CITY's customer service phone number on collection vehicles. | $500.00 per incident per Work Day. |
| j. | Failure to comply with the hours of operation as required by this Agreement. | $500.00 per incident per Work Day. |
| k. | Failure or neglect to complete at least 90 percent of each route on the regular scheduled collection Work Day. | $1,000.00 for each route not completed. |
| l. | Changing routes without proper notification to the City Representative. | $500.00 per incident per Work Day. |
| m. | Commingling Residential Solid Waste with Recyclable Material. | $5,000.00 per incident. |
| n. | Commingling of materials in collection vehicles collected inside and outside the City of San José. | $5,000.00 per incident. |
| o. | Failure to repair or replace damaged carts within the time required by this Agreement. | $100.00 per incident per Work Day. |
| p. | Failure to deliver or exchange carts within the time required by this Agreement. | $100.00 per incident per Work Day. |
| q. | Failure to pick-up Large Items within the time required by this Agreement. | $100.00 per incident per Work Day. |
| r. | Failure to provide adequate primary and alternate capacity to accept and process Recyclable Material. | $1,000.00 per Work Day. |
| s. | Failure of CONTRACTOR's field personnel to carry photographic identification or wear uniform shirts. | $100.00 per incident per Work Day. |

T-20367/811615.doc                                        California Waste Solutions

RD:RLT
12/08/11

| List of Liquidated Damages (Applies to Each Service District) | | |
|---|---|---|
| t. | Disposal of Recyclable Material or Residue in the Disposal Facility without first obtaining the required permission of CITY. | $500.00 per occurrence |
| u. | Failure to provide required communications equipment. | $100.00 per incident per Work Day. |
| v. | Failure to deliver any collected materials to the Disposal Facility, as appropriate, except as otherwise expressly provided in this Agreement. | $5,000 first failure $25,000 each subsequent failure |
| w. | Failure to deliver any collected materials to the Materials Recovery Facility except as otherwise expressly provided in this Agreement. | $5,000 first failure $25,000 each subsequent failure |
| x. | Failure to meet the minimum Large Item diversion requirements of this Agreement (calculated per calendar year per Service District). | $10,000 for shortfall of 25% or more |
| y. | Failure to comply with the provisions of the "plans" set forth in Exhibit 3 to this Agreement. | $500 per incident per Work Day. |
| z. | Failure to follow the Materials Recovery Delivery and Processing protocol of this Agreement. | $1,000 per incident per Work Day |
| aa. | Failure to provide access for CITY (CITY Staff or CITY agent) to CONTRACTOR'S or Subcontractors operating or Processing Facilities. | $1,000 per incident per Work Day |
| bb. | Failure to complete any item in the annual outreach plan by the due date set forth therein. | $500 per item per month overdue |
| cc. | Distribution of public education and outreach material prior to approval by the City Representative. | $1,000 per incident |
| dd. | Shipment or sale of unprocessed Recyclable Material | $5,000 per incident |
| ee. | Failure to use a biodiesel fuel (B20 grade or higher) in Recycle Plus collection fleet set forth in Exhibit 10 | $5,000 per month |

1    **18.3    Procedure for Review of Liquidated Damages.**

2           If liquidated damages are applicable, the City Representative shall issue a
3    written notice to CONTRACTOR ("Notice of Nonperformance") that lists the liquidated
4    damages associated with the nonperformance, and the nature of the nonperformance.

- 73 -

RD:RLT
12/08/11

18.3.1    The liquidated damages shall become final unless, within ten (10) calendar days of the date of the Notice of Nonperformance, CONTRACTOR provides a written request for a meeting with the Director of Environmental Services ("Director") to present evidence that the liquidated damages should not be applied.

18.3.2    The City Representative shall schedule a meeting between CONTRACTOR and the Director or the Director's designee as soon as reasonably possible after timely receipt of CONTRACTOR's request.

18.3.3    The Director or the Director's designee shall review CONTRACTOR's evidence and render a decision sustaining or reversing the liquidated damages as soon as reasonably possible after the meeting.  Written notice of the decision shall be provided to CONTRACTOR.

18.3.4    In the event CONTRACTOR does not submit a written request for a meeting within ten (10) calendar days of the date of the Notice of Nonperformance, the City Representative's determination shall be final and CITY may deduct the liquidated damages from amounts otherwise due to CONTRACTOR.

18.3.5    CITY's collection of liquidated damages shall not prevent CITY from exercising any other right or remedy, including the right to terminate this Agreement, for CONTRACTOR's failure to perform the work and services in the manner set forth in this Agreement.

**18.4    Application of Liquidated Damages**.

In the determination of the total liquidated damages imposed during a calendar year, the liquidated damages shall be deemed imposed in the calendar year in which the event giving rise to the liquidated damages occurred.  However, the liquidated damages shall not be deemed effective until the Procedure for Review of Liquidated Damages set forth in Section 18.3 has been completed or the time for initiating review has lapsed, whichever occurs later.

**18.5    Service Supervisor.**

CONTRACTOR shall assign supervisor(s) to be in charge of the SFD Recycling Collection Services and shall provide the name of that person or those persons in writing to the City Representative annually by July 1 of each year of the term of this Agreement, and any other time the person(s) in that position changes.  The supervisor(s) shall be physically located in the geographic boundaries of the Service Districts and available to the contract manager through the use of telecommunication equipment at all times that CONTRACTOR is providing SFD Recycling Collection Services.  In the event the supervisor is unavailable due to illness or vacation, CONTRACTOR shall designate an acceptable substitute who shall be available and who has the authority to act in the same capacity as the supervisor.

- 74 -

RD:RLT
12/08/11

**18.6   Contract Manager.**

CONTRACTOR shall designate a contract manager and shall provide the name of that person in writing to the City Representative within thirty (30) calendar days of the Effective Date of this Agreement and annually by July 1 of each subsequent Agreement Year of this Agreement and any other time the person in that position changes.  The contract manager shall be available to the City Representative, the City Manager and CITY's Director of Environmental Services through the use of telecommunications equipment at all times that CONTRACTOR is providing SFD Recycling Collection Services.  The contract manager shall provide CITY with an emergency phone number where the contract manager can be reached outside of normal business hours.

- 75 -

RD:RLT
12/08/11

1           **ARTICLE 19.    DEFAULT OF AGREEMENT**

2     **19.1   Termination.**

3           CITY may terminate this Agreement, except as otherwise provided below in this
4     Article, by giving CONTRACTOR thirty (30) calendar days advance written notice, to be
5     served as provided in Section 23.17, upon the happening of any one of the following
6     events:

7           19.1.1    CONTRACTOR shall take the benefit of any present or future
8           insolvency statute, or shall make a general assignment for the benefit of
9           creditors, or file a voluntary petition in bankruptcy (court) or a petition or answer
10          seeking an arrangement for its reorganization or the readjustment of its
11          indebtedness under the Federal bankruptcy laws or under any other law or
12          statute of the United States or any state thereof, or consent to the appointment of
13          a receiver, trustee or liquidator of all or substantially all of its property; or

14          19.1.2    By order or decree of a Court, CONTRACTOR shall be adjudged
15          bankrupt or an order shall be made approving a petition filed by any of its
16          creditors or by any of the stockholders of CONTRACTOR, seeking its
17          reorganization or the readjustment of its indebtedness under the Federal
18          bankruptcy laws or under any law or statute of the United States or of any state
19          thereof, provided that if any such judgment or order is stayed or vacated within
20          sixty (60) calendar days after the entry thereof, any notice of default shall be and
21          become null, void and of no effect; unless such stayed judgment or order is
22          reinstated in which case, said default shall be deemed immediate; or

23          19.1.3    By, or pursuant to, or under the authority of any legislative act,
24          resolution or rule or any order or decree of any Court or governmental board,
25          agency or officer having jurisdiction, a receiver, trustee or liquidator shall take
26          possession or control of all or substantially all of the property of CONTRACTOR,
27          and such possession or control shall continue in effect for a period of sixty (60)
28          calendar days; or

29          19.1.4    CONTRACTOR has defaulted, by failing or refusing to pay in a timely
30          manner the liquidated damages or other monies due CITY and said default is not
31          cured within thirty (30) calendar days of receipt of written notice by CITY to do
32          so; or

33          19.1.5    CONTRACTOR has defaulted by allowing any final judgment for the
34          payment of money to stand against it unsatisfied and said default is not cured
35          within thirty (30) calendar days of receipt of written notice by CITY to do so; or

36          19.1.6    In the event that the monies due CITY under Section 19.1.4 or an
37          unsatisfied final judgment under Section 19.1.5 is the subject of a judicial
38          proceeding, CONTRACTOR shall not be in default if the sum of money is
39          bonded.  All bonds shall be in a form acceptable to the City Attorney; or

- 76 -

RD:RLT
12/08/11

19.1.7    CONTRACTOR has defaulted, by failing or refusing to perform or observe the terms, conditions or covenants in this Agreement or any of the rules and regulations promulgated by CITY pursuant thereto or has wrongfully failed or refused to comply with the instructions of the City Representative relative thereto and said default is not cured within thirty (30) calendar days of receipt of written notice from CITY to do so, or if by reason of the nature of such default, the same cannot be remedied within thirty (30) calendar days following receipt by CONTRACTOR of written demand from CITY to do so, CONTRACTOR fails to commence the remedy of such default within said thirty (30) calendar days following such written notice or having so commenced shall fail thereafter to continue with diligence the curing thereof (with CONTRACTOR having the burden of proof to demonstrate (a) that the default cannot be cured within thirty (30) calendar days, and (b) that it is proceeding with diligence to cure said default, and such default will be cured within a reasonable period of time).

However, notwithstanding anything contained herein to the contrary, for the failure of CONTRACTOR to provide SFD Recycling Collection Services for a period of three (3) consecutive Work Days, CITY may secure CONTRACTOR's records and equipment on the fourth (4th) Work Day in order to provide interim SFD Recycling Collection Services until such time as the matter is resolved and CONTRACTOR is again able to perform pursuant to this Agreement; provided, however, if CONTRACTOR is unable for any reason or cause to resume performance at the end of thirty (30) calendar days all liability of CITY under this Agreement to CONTRACTOR shall cease and this Agreement may be deemed terminated upon notice by the City Manager.  In the event CITY secures CONTRACTOR's equipment in order to provide interim services, ownership of such equipment shall remain with CONTRACTOR and shall not transfer to CITY but CITY shall be obligated to make the outstanding debt payments, if any, on such equipment attributable to the interim period and CITY shall make all payments that would otherwise have been made by CONTRACTOR for vehicle operations (including insurance, fuel and repairs) required to comply with CONTRACTOR's debt obligation to CONTRACTOR's lenders.  CITY's responsibility for such outstanding debt payments and other payments shall end at such time as CITY ceases use of such equipment to provide interim services.  In the event CITY secures CONTRACTOR's equipment, CITY may utilize CONTRACTOR's office, corporation yard and other facilities on the same terms as for the use of CONTRACTOR's equipment; provided, however, that such use shall not include use of CONTRACTOR's MRF, any Alternate Facility (if applicable), the equipment located at such facilities, other facilities or equipment owned by CONTRACTOR but not employed in the performance of this Agreement, or any real property that is owned by CONTRACTOR or CONTRACTOR's affiliated companies.

- 77 -

RD:RLT
12/08/11

**19.2** **Violations.**

Notwithstanding the foregoing and as supplemental and additional means of termination of this Agreement under this Article, in the event that CONTRACTOR's record of performance shows that CONTRACTOR has frequently, regularly or repetitively defaulted in the performance of any of the covenants and conditions required herein to be kept and performed by CONTRACTOR, in the opinion of the City Manager and regardless of whether CONTRACTOR has corrected each individual condition of default, CONTRACTOR shall be deemed a "habitual violator", shall be deemed to have waived the right to any further notice or grace period to correct, and all of said defaults shall be considered cumulative and collectively shall constitute a condition of irredeemable default. The City Manager shall thereupon issue CONTRACTOR a final warning citing the circumstances therefore, and any single default by CONTRACTOR of whatever nature, subsequent to the occurrence of the last of said cumulative defaults, shall be grounds for immediate termination of the Agreement. In the event of any such subsequent default, the City Manager may terminate this Agreement upon giving of written final notice to CONTRACTOR, such termination to be effective upon the date specified in the City Manager's written notice to CONTRACTOR. Upon such termination, all contractual fees due hereunder plus any and all charges and interest, if any, shall be payable to the date of termination, and CONTRACTOR shall have no further rights hereunder. Immediately upon the specified date in such final notice CONTRACTOR shall cease any further performance of SFD Recycling Collection Services, as specified in the City Manager's notice, under this Agreement.

**19.3** **Effective Date of Termination.**

In the event of the aforesaid events specified in Sections 19.1 and 19.2 above, and except as otherwise provided in said Sections, termination shall be effective upon the date specified in the City Manager's written notice to CONTRACTOR and upon said date this Agreement shall be deemed immediately terminated and upon such termination all liability of CITY under this Agreement to CONTRACTOR, other than payment of moneys due, shall cease, and CITY shall have the right to call the Performance Bond and shall be free to negotiate with other contractors for the performance of the services specified in this Agreement. In the event of CONTRACTOR's failure to perform, CONTRACTOR shall reimburse CITY for all direct and indirect costs of providing interim SFD Recycling Collection Services.

**19.4** **Immediate Termination.**

CITY may terminate this Agreement immediately upon written notice to CONTRACTOR in the event CONTRACTOR fails to provide and maintain the Performance Bond or Letter of Credit or other alternative form of collateral acceptable to CONTRACTOR and approved by the CITY prior to the expiration of the Performance Bond or Letter of Credit as required by this Agreement, CONTRACTOR fails to obtain or maintain insurance policies endorsements as required by this Agreement,

- 78 -

California Waste Solutions

RD:RLT
12/08/11

1  CONTRACTOR fails to provide the proof of insurance as required by this Agreement, or
2  CONTRACTOR offers or gives any gift prohibited by Chapter 12.08 of the San José
3  Municipal Code.

4  **19.5**   **Termination Cumulative.**

5       CITY's right to terminate this Agreement is cumulative to any other rights and
6  remedies provided by law or by this Agreement.

- 79 -

RD:RLT
12/08/11

1 ### ARTICLE 20.    NONDISCRIMINATION, WAGE POLICY

2 **20.1** **Nondiscrimination.**

3       In the performance of all work and services under this Agreement,
4 CONTRACTOR shall not discriminate against any person on the basis of such person's
5 race, sex, color, national origin, religion, marital status, sexual orientation or disability.
6 CONTRACTOR shall comply with all applicable local, state and federal laws and
7 regulations regarding nondiscrimination, including those prohibiting discrimination in
8 employment.

9 **20.2** **Wage Policy**.

10       CONTRACTOR shall pay, and ensure its subcontractors to pay those employees
11 performing work related to this Agreement those specified wage rates as set forth in
12 Exhibit 15 ("WAGE POLICY") and shall meet the documentation and reporting
13 requirements set forth therein.

- 80 -

California Waste Solutions

RD:RLT
12/08/11

1            **ARTICLE 21.    FINANCIAL ASSURANCE**

2    **21.1    Performance Bond.**

3            CONTRACTOR shall keep current, a performance bond in a form substantially
4    as set forth in Exhibit 14 ("FORM OF PERFORMANCE BOND") to this Agreement or in
5    such other form as is acceptable to the City Attorney, for the faithful performance of this
6    Agreement and all obligations arising hereunder in the following amount:

7            21.1.1    For the term of this Agreement, an amount not less than Three Million
8            Eight Hundred Thousand Dollars ($3,800,000).

9    **21.2    Licensed Surety.**

10           The performance bond shall be executed by a surety company licensed to do
11   business in the State of California; having an "A-" or better rating by A. M. Best or
12   Standard and Poors; and included on the list of surety companies approved by the
13   Treasurer of the United States. If the term of the performance bond is shorter than the
14   term of this Agreement, CONTRACTOR shall submit proof of renewal or extension at
15   least thirty (30) calendar days prior to the Performance Bond expiration date.

16   **21.3    Letter of Credit.**

17           As an alternative to the Performance Bond required by Section 21.1, if approved
18   by the City Manager or designee Director of Environmental Services, CONTRACTOR
19   may deposit with CITY an irrevocable letter of credit in an amount as set forth in Section
20   21.1. If allowed, the letter of credit must be issued by an FDIC insured banking
21   institution chartered to do business in the State of California, in CITY's name, and must
22   be callable at the discretion of CITY.

23   **21.4    Indemnification.**

24           CONTRACTOR shall indemnify and hold harmless CITY, CITY's contractors, and
25   CITY's public officials, officers, directors, employees, agents and other contractors of
26   each of them, from and against any and all claims, costs, losses and damages
27   (including but not limited to all fees and charges of engineers, architects, attorneys and
28   other professionals as well as all Court or other dispute resolution costs), liabilities,
29   expenditures or causes of action of any kind (including negligent, reckless, willful or
30   intentional acts or omissions of CONTRACTOR, any subcontractor, any supplier, any
31   person or organization directly or indirectly employed by any of them to perform or
32   furnish any services or anyone for whose acts any of them may be liable), arising from,
33   relative to or caused by the performance of the services under this Agreement. This
34   indemnity includes but is not limited to claims attributable to bodily injury, sickness,
35   disease or death and to injury or destruction of tangible property. CONTRACTOR
36   agrees, at CONTRACTOR's expense, after written notice from the City Attorney, to
37   defend any action against CITY that falls within the scope of this indemnity, or CITY, at
38   CITY's option, may elect not to tender such defense and may elect instead to secure its

- 81 -

RD:RLT
12/08/11

own attorneys to defend any such action and the reasonable costs and expenses of such attorneys incurred in defending such action shall be payable by CONTRACTOR. Additionally, if CONTRACTOR, after receipt of written notice from the CITY, fails to make any payment due under this Agreement to CITY, CONTRACTOR shall pay any reasonable attorneys' fees or costs incurred by CITY in securing any such payment from CONTRACTOR. Payment of any amount due pursuant to the foregoing indemnity shall, after receipt of written notice by CONTRACTOR from CITY that such amount is due, be made by CONTRACTOR prior to CITY being required to pay same, or in the alternative, CITY, at CITY's option, may make payment of an amount so due and CONTRACTOR shall promptly reimburse CITY for same.

**21.5    Consideration.**

It is specifically understood and agreed that the consideration inuring to CONTRACTOR for the execution of this Agreement includes the promises, payments, covenants, rights and responsibilities contained in this Agreement.

**21.6    Obligation.**

The execution of this Agreement by CONTRACTOR shall obligate CONTRACTOR to comply with the foregoing indemnification provision; however, the collateral obligation of providing insurance must also be complied with as set forth in Article 22.

**21.7    Subcontractors.**

CONTRACTOR shall require all subcontractors to enter into a contract containing the provisions set forth in Section 21.4 in which contract the subcontractor fully indemnifies CITY in accordance with this Article.

**21.8    Exception.**

Notwithstanding Sections 21.1, 21.2, 21.3 and 21.4 above, CONTRACTOR's obligation to indemnify, hold harmless and defend CITY, its officers and employees shall not extend to any loss, liability, penalty, complaint, damage, action or suit arising or resulting from acts or omissions constituting willful misconduct or gross negligence on the part of CITY, its officers or employees.

**21.9    Damage by CONTRACTOR.**

If CONTRACTOR's employees or subcontractors cause any injury, damage or loss to CITY property, including but not limited to CITY streets or curbs (excepting normal wear and tear), CONTRACTOR shall reimburse CITY for CITY's cost of repairing such injury, damage or loss. Such reimbursement is not in derogation of any right of CITY to be indemnified by CONTRACTOR for any such injury, damage or loss. With the prior written approval of CITY's Director of Environmental Services, CONTRACTOR may repair the damage at CONTRACTOR's sole cost and expense.

- 82 -

RD:RLT
12/08/11

# ARTICLE 22.    INSURANCE

## 22.1    Insurance Policies.

CONTRACTOR shall secure and maintain throughout the term of this Agreement insurance against claims for injuries to persons or damages to property which may arise from or in connection with CONTRACTOR's performance of work or services under this Agreement.  CONTRACTOR's performance of work or services shall include performance by CONTRACTOR's employees, agents, representatives and subcontractors.

## 22.2    Minimum Scope of Insurance.

There shall be no endorsement reducing the scope of the coverage required below unless approved by the CITY's Risk Manager.  Insurance coverage shall be at least as broad as:

22.2.1    The coverage provided by Insurance Office Commercial General Liability coverage ("occurrence" form CG 0001); and

22.2.2    The coverage provided by Insurance Services Office Form No. CA 0001 covering Automobile Liability.  Coverage shall be included for all owned, non-owned and hired automobiles; and

22.2.3    Workers' Compensation insurance as required by the California Labor Code and Employers Liability Insurance; and

22.2.4    Hazardous Waste and Environmental Impairment Liability Insurance; and

22.2.5    Crime Coverage, upon implementation of Large Item billing.

## 22.3    Minimum Limits of Insurance.

CONTRACTOR shall maintain insurance limits no less than:

22.3.1    Commercial General Liability: $3,000,000 combined single limit per occurrence for bodily injury, personal injury and property damage.  If Commercial General Liability Insurance or other form with a general aggregate limit is used, either the general aggregate limit shall apply separately to this Agreement or the general aggregate limit shall be $5,000,000; and

22.3.2    Automobile Liability:  $3,000,000 combined single limit per accident for bodily injury and property damage; and

22.3.3    Worker's Compensation and Employers Liability:  Worker's Compensation limits as required by the California Labor Code and Employers Liability limits of $3,000,000 per accident; and

22.3.4    Hazardous Waste and Environmental Impairment Liability: $3,000,000 per occurrence; and

- 83 -

RD:RLT
12/08/11

22.3.5    <u>Crime Coverage</u>.

A Combination Crime policy with minimum limits not less than $5,000 per occurrence upon implementation of Large Item billing for Employee Dishonesty (Form A); Forgery or Alteration (Form B); Theft, Disappearance, Destruction Inside/Outside Premises (Form C); and Robbery and Safe Burglary Inside/Outside of Premises (Form D).

**22.4    <u>Deductibles and Self-Insured Retention.</u>**

Any deductibles or self-insured retention must be declared to, and approved by, CITY's Risk Manager. At the option of CITY, either: the insurer shall reduce or eliminate such deductibles or self-insured retention as respects CITY, its officers, employees, agents and contractors; or CONTRACTOR shall procure a bond guaranteeing payment of losses and related investigations, claim administration and defense expenses in an amount specified by CITY's Risk Manager.

**22.5    <u>Endorsements.</u>**

The General Liability and Automobile Liability Coverage policies are to contain, or be endorsed to contain, the following provisions:

22.5.1    The City of San José, its officers, employees, agents and contractors are to be covered as additional insureds as respects: Liability arising out of activities performed by, or on behalf of, CONTRACTOR; products and completed operations of CONTRACTOR; premises owned, leased or used by CONTRACTOR; and automobiles owned, leased, hired or borrowed by CONTRACTOR.  The coverage shall contain no special limitations on the scope of protection afforded to CITY, its officers, employees, agents and contractors.

22.5.2    CONTRACTOR's insurance coverage shall be primary insurance as respects CITY, its officers, employees, agents and contractors.  Any insurance or self-insurance maintained by CITY, its officers, employees, agents or contractors shall be in excess of CONTRACTOR's insurance and shall not contribute with it.

22.5.3    Any failure to comply with reporting provisions of the policies shall not affect coverage provided to CITY, its officers, employees, agents, or contractors.

22.5.4    Coverage shall state that CONTRACTOR's insurance shall apply separately to each insured against whom claim is made or suit is brought, except with respect to the limits of the insurer's liability.

22.5.5    Coverage shall contain a waiver of subrogation in favor of CITY, its officials, employees, agents and contractors.

The Workers' Compensation and Employers' Liability Coverage shall contain waiver of subrogation in favor of the City of San Jose, its officers, employees, agents and contractors.

- 84 -

RD:RLT
12/08/11

**22.6  <u>All Coverages</u>.**

Each insurance policy required by this Agreement shall be endorsed to state that coverage shall not be suspended, voided, cancelled, or reduced in limits except after thirty (30) days prior written notice has been given to CITY's Risk Manager, except that ten (10) days prior written notice shall be required in the event of cancellation for non-payment of premium.

**22.7  <u>Acceptability of Insurers</u>.**

Insurance is to be placed with insurers acceptable to CITY's Risk Manager.

**22.8  <u>Verification of Coverage</u>.**

CONTRACTOR shall furnish CITY with certificates of insurance and with original endorsements affecting coverage required by this Agreement.  The certificates and endorsement for each insurance policy are to be signed by a person authorized by that insurer to bind coverage on its behalf.  CONTRACTOR shall furnish CITY with a new certificate of insurance and endorsements on each renewal of coverage or change of insurers.

Proof of insurance shall be either emailed in an electronic format to: Riskmgmt@sanjoseca.gov with a copy to the City Representative, or mailed to the following postal address (or any subsequent email or postal address as may be directed in writing by the Risk Manager):

> City of San Jose – Human Resources
>
> Risk Management
>
> 200 East Santa Clara Street, 2nd Floor Wing
>
> San Jose, CA 95113-1905

**22.9  <u>Subcontractors</u>.**

CONTRACTOR shall include all subcontractors as insureds under its policies or shall obtain separate certificates and endorsements for each subcontractor.

**22.10  <u>Modification of Insurance Requirements</u>.**

The insurance requirements provided in this Agreement may be modified or waived by CITY's Risk Manager, in writing, upon the request of CONTRACTOR if CITY's Risk Manager determines such modification or waiver is in the best interest of CITY considering all relevant factors, including exposure to CITY.

**22.11  <u>Rights of Subrogation</u>.**

All required insurance policies shall preclude any underwriter's rights of recovery or subrogation against CITY with the express intention of the parties being that the required insurance coverage protects both parties as the primary coverage for any and all losses covered by the above-described insurance.  CONTRACTOR shall ensure that

- 85 -

RD:RLT
12/08/11

1   any companies issuing insurance to cover the requirements contained in this
2   Agreement agree that they shall have no recourse against CITY for payment or
3   assessments in any form on any policy of insurance.  The clauses "Other Insurance
4   Provisions" and "Insured Duties in the Event of an Occurrence, Claim or Suit" as it
5   appears in any policy of insurance in which CITY is named as an additional insured
6   shall not apply to CITY.
7

- 86 -

RD:RLT
12/08/11

1           **ARTICLE 23.    MISCELLANEOUS PROVISIONS**

2    **23.1  <u>Modifications</u>.**

3          CITY shall have the power to make changes in this Agreement as the result of
4    changes in law, changes in the City of San José Municipal Code, or both, to impose
5    new rules and regulations on CONTRACTOR under this Agreement relative to the
6    scope and methods of providing SFD Recycling Collection Services as shall from time-
7    to-time be necessary and desirable for the public welfare.  CITY shall give
8    CONTRACTOR notice of any proposed change and an opportunity to be heard
9    concerning those matters.  The scope and method of providing SFD Recycling
10   Collection Services as referenced herein shall also be liberally construed to include, but
11   is not limited to the manner, procedures, operations and obligations, financial or
12   otherwise, of CONTRACTOR.

13   **23.2  <u>Change in Law</u>.**

14         CITY and CONTRACTOR understand and agree that the California Legislature
15   has the authority to make comprehensive changes in Solid Waste Management
16   legislation and that these and other changes in law in the future which mandate certain
17   actions or programs for counties or municipalities may require changes or modifications
18   in some of the terms, conditions or obligations under this Agreement.  CONTRACTOR
19   agrees that the terms and provisions of the San José Municipal Code, as it now exists
20   or as it may be amended in the future, shall apply to all of the provisions of this
21   Agreement and the Service Recipients of CONTRACTOR located within the Service
22   Districts.  In the event any future change in the San José Municipal Code materially
23   alters the obligations of CONTRACTOR, then the affected service rates, as established
24   in Exhibit 1 of this Agreement shall be adjusted.  Nothing contained in this Agreement
25   shall require any party to perform any act or function contrary to law.  CITY and
26   CONTRACTOR agree to enter into good faith negotiations regarding modifications to
27   this Agreement which may be required in order to implement changes in the interest of
28   the public welfare or due to change in law.  When such modifications are made to this
29   Agreement, CITY and CONTRACTOR shall negotiate in good faith, a reasonable and
30   appropriate compensation adjustment for any increase or decrease in the services or
31   other obligations required of CONTRACTOR due to any modification in the Agreement
32   under this Article.  CITY and CONTRACTOR shall not unreasonably withhold
33   agreement to such compensation adjustment.

34   **23.3  <u>Exempt Waste</u>.**

35         CONTRACTOR shall not be required to collect Exempt Waste, but may offer
36   such services to Service Recipients.  Collection and disposal of Exempt Waste is not
37   regulated under this Agreement, but if provided by CONTRACTOR shall be in strict
38   compliance with all federal, state and local laws and regulations.

- 87 -

RD:RLT
12/08/11

1 **23.4  Independent Contractor.**

2      In the performance of services pursuant to this Agreement, CONTRACTOR shall
3 be an independent contractor and not an officer, agent, servant or employee of CITY.
4 CONTRACTOR shall have exclusive control of the details of the services and work
5 performed and over all persons performing such services and work.  CONTRACTOR
6 shall be solely responsible for the acts and omissions of its officers, agents, employees,
7 contractors and subcontractors, if any.  Neither CONTRACTOR nor its officers,
8 employees, agents, contractors or subcontractors shall obtain any right to retirement
9 benefits, Workers' Compensation benefits, or any other benefits which accrue to CITY
10 employees and CONTRACTOR expressly waives any claim it may have or acquire to
11 such benefits.

12 **23.5  Law To Govern.**

13      The law of the State of California shall govern the rights, obligations, duties and
14 liabilities of CITY and CONTRACTOR under this Agreement and shall govern the
15 interpretation of this Agreement.

16 **23.6  Venue.**

17      Any litigation between CITY and CONTRACTOR concerning or arising out of this
18 Agreement shall be filed and maintained exclusively in the Superior Courts of Santa
19 Clara County, State of California, or in the United States District Court for the Northern
20 District of California to the fullest extent permissible by law.  Each party consents to
21 service of process in any manner authorized by California law.

22 **23.7  Assignment.**

23      No assignment of this Agreement or any right occurring under this Agreement
24 shall be made in whole or in part by CONTRACTOR without the express written
25 consent of the Director of Environmental Services.  CITY shall have full discretion to
26 approve or deny, with or without cause, any proposed or actual assignment by
27 CONTRACTOR.  Any assignment of this Agreement made by CONTRACTOR without
28 the express written consent of the Director shall be null and void and shall be grounds
29 for CITY to declare a default of this Agreement and immediately terminate this
30 Agreement by giving written notice to CONTRACTOR, and upon the date of such notice
31 this Agreement shall be deemed immediately terminated, and upon such termination all
32 liability of CITY under this Agreement to CONTRACTOR, other than the payment of
33 moneys due as of the date of termination, shall cease, and CITY shall have the right to
34 call the Performance Bond or Letter of Credit and shall be free to negotiate with other
35 contractors, CONTRACTOR, or any other person or company for the service which is
36 the subject of this Agreement.  In the event of any assignment, the assignee shall fully
37 assume all the liabilities of CONTRACTOR.

RD:RLT
12/08/11

**23.8   Subcontractors.**

The use of a subcontractor to perform services under this Agreement shall not constitute delegation of CONTRACTOR's duties provided that CONTRACTOR has received prior written authorization from the Director of Environmental Services to subcontract such services and the Director has approved a subcontractor who will perform such services.  CONTRACTOR shall be responsible for directing the work of CONTRACTOR's subcontractors and any compensation due or payable to CONTRACTOR's subcontractor shall be the sole responsibility of CONTRACTOR.  The Director shall have the right to require the removal of any approved subcontractor for reasonable cause.  The subcontractors listed in Exhibit 7 to this Agreement, are hereby approved by CITY as to the scope of work specified in Exhibit 7 for each such subcontractor.  Additional subcontractors may be used upon the written approval of the Director in accordance with this Section.

**23.9   Compliance With Laws.**

In the performance of this Agreement, CONTRACTOR shall comply with all applicable laws, regulations, ordinances and codes of the federal, state and local governments, including without limitation the Charter of the City of San José and the San José Municipal Code.

**23.10  Amendments To Municipal Code.**

CITY shall provide written notice to CONTRACTOR of any planned amendment to Chapter 9.10 of the San José Municipal Code that would substantially affect the performance of CONTRACTOR's services pursuant to this Agreement.  Except where such amendment is adopted as an urgency measure, such notice shall be provided at least thirty (30) calendar days prior to the City Council's approval of such an amendment.

**23.11  Permits And Licenses.**

CONTRACTOR shall obtain, at its own expense, all permits and licenses required by law or ordinance and maintain same in full force and effect throughout the term of this Agreement.  CONTRACTOR shall provide proof of such permits, licenses or approvals and shall demonstrate compliance with the terms and conditions of such permits, licenses and approvals upon the request of the City Representative.

**23.12  Ownership Of Written Materials.**

All reports, documents, brochures, public education materials, and other written, printed, electronic or photographic materials developed by CITY or CONTRACTOR in connection with the services to be performed under this Agreement or in connection with the Recycle Plus Program, whether developed directly or indirectly by CITY or CONTRACTOR shall be and shall remain the property of CITY without limitation or restrictions on the use of such materials by CITY.  CONTRACTOR shall not use such materials in connection with any project not connected with this Agreement without the

- 89 -

RD:RLT
12/08/11

1  prior written consent of the City Representative.  This Section does not apply to ideas or
2  concepts described in such materials and do not apply to the format of such materials.

3  **23.13 Waiver.**

4  The waiver by CITY or CONTRACTOR of any breach for violation of any term
5  covenant or condition of this Agreement shall not be deemed to be a waiver of any
6  other term, covenant or condition or any subsequent breach or violation of the same or
7  of any other term, covenant or condition.  The subsequent acceptance by CITY of any
8  fee, tax, or any other monies which may become due from CONTRACTOR to CITY
9  shall not be deemed to be a waiver by CITY of any breach for violation of any term,
10 covenant or condition of this Agreement.

11 **23.14 Prohibition Against Gifts.**

12 CONTRACTOR represents that CONTRACTOR is familiar with CITY's
13 prohibition against the acceptance of any gift by a CITY officer or employee, which
14 prohibition is found in Chapter 12.08 of the San José Municipal Code.  CONTRACTOR
15 shall not offer any CITY officer or designated employee any gift prohibited by said
16 Chapter.  The offer or giving of any gift prohibited by Chapter 12.08 shall constitute a
17 material breach of this Agreement and, in addition to any other remedy CITY may have
18 in law or in equity, CITY may terminate this Agreement for such breach as provided in
19 Section 19.4 of this Agreement.

20 **23.15 Disqualification Of Former Employees.**

21 CONTRACTOR represents that CONTRACTOR is familiar with the provisions of
22 Chapter 12.10 of the San José Municipal Code relating to the disqualification of former
23 officers and employees of CITY in matters that are connected with former duties or
24 official responsibilities (the "Revolving Door Ordinance").  CONTRACTOR shall not
25 utilize, either directly or indirectly, any officer, employee, or agent of CONTRACTOR to
26 perform services under this Agreement, if in the performance of such services the
27 officer, employee or agent would be in violation of the Revolving Door Ordinance.

28 **23.16 Point Of Contact.**

29 The day-to-day dealings between CONTRACTOR and CITY with respect to this
30 Agreement shall be between CONTRACTOR's General Manager and the City
31 Representative.

32 **23.17 Notices.**

33 Except as otherwise provided in this Agreement, whenever either party desires to
34 give notice to the other, the notice must be in writing and given as provided in this
35 Section.  For the present, the parties designate the following as the respective persons
36 and places for giving of notice:

37                          To CITY:
38                          Director
39                          Department of Environmental Services

- 90 -

RD:RLT
12/08/11

1      200 East Santa Clara Street, 10th Floor
2      San José, CA 95113
3
4      With a copy to:
5          City Representative
6          Recycle Plus Program
7          Department of Environmental Services
8          200 East Santa Clara Street, 10th Floor
9          San José, CA 95113
10
11     To CONTRACTOR:
12         Kristina Duong, Chief Financial Officer
13         1005 Timothy Street
14         San Jose, CA 95133
15     With a copy to:
16         Joel Corona, Director of Operations
17         1005 Timothy Street
18         San Jose, CA 95133

19     Notices shall be effective when deposited in the U. S. mail, postage prepaid, or
20 when personally delivered to the address specified above or to such other address as
21 designated by a party by providing written notice of a change in address.  Notice may
22 also be sent by electronic mail and shall be effective when received, provided that
23 electronic mail received after 4:30 p.m. or on weekends or holidays, will be deemed
24 received on the next Work Day.  The original of items that are transmitted by electronic
25 mail must also be mailed or personally delivered as provided above within three (3)
26 Work Days of the electronic mail transmittal.

27     **23.18 <u>Transition to Third Party Billing</u>.**

28     In the event that CITY retains a third party to provide billing, customer service,
29 and remittance processing services, CONTRACTOR shall:

30     •     Provide service data updates and information to the third party;

31     •     Modify customer service and electronic interface requirements to conform
32           with the CITY's and third party system requirements;

33     •     Provide the CITY with read only access to CONTRACTOR's customer
34           information system; and

35     •     Participate in the development and reconciliation process to resolve data
36           discrepancy issues including, but not limited to, assisting the CITY to
37           review of documentation from Service Recipients.

38     **23.19 <u>Transition to Next Contractor</u>.**

39     In the event CONTRACTOR is not awarded an agreement to continue to provide
40 SFD Recycling Collection Services following the expiration or early termination of this

- 91 -

RD:RLT
12/08/11

1  Agreement, CONTRACTOR shall cooperate fully with CITY and any subsequent
2  contractor(s) to assure a smooth transition of services described in this Agreement.
3  Such cooperation shall include but not be limited to transfer of computer data, files and
4  tapes; providing routing information, route maps, vehicle fleet information, and list of
5  Service Recipients; providing applicable detailed Service Recipient information,
6  including but not limited to Service Unit, account and billing information; not less than
7  one hundred twenty (120) calendar days prior to the termination of this Agreement,
8  providing a list of workers who will be displaced by the transfer of services to a
9  successor contractor; allowing employees to be available for interviews and training by
10 the new contractor provided the request is consistent with the bargaining agreement, if
11 applicable; providing a complete inventory of all Recycling Carts; providing adequate
12 labor and equipment to complete performance of all SFD Recycling Collection Services
13 required under this Agreement; taking all actions necessary to transfer ownership of
14 Recycling Carts, as appropriate, to CITY; including transporting such containers to a
15 location designated by the City Representative; removing containers in accordance with
16 a schedule approved by the City Representative; coordinating collection of materials set
17 out in new containers if new containers are provided for a subsequent Agreement and
18 providing other reports and data required by this Agreement. CONTRACTOR shall not
19 be responsible for costs incurred by subsequent contractor to interview prospective
20 employees or train new employees.

21    23.19.1  Temporary Leasing of Facility and Rental of Collection Fleet.

22            In order to transition services to another contractor, the CITY reserves
23       the right to lease any facilities and rent collection vehicles used to provide
24       services under this Agreement. The terms and conditions of the lease and rental
25       shall be set forth in a written agreement no later than six (6) months prior to the
26       termination of this Agreement. The cost to lease the facilities may not be more
27       than the actual cost when the facilities were used to provide services under this
28       Agreement, or the reasonable comparable cost to lease similar facilities in this
29       geographic service area. The collection vehicle rental price shall be $100.00 per
30       hour per vehicle, and the terms and conditions of the rental shall be those
31       customary in the rental of solid waste collection equipment.

32 **23.20 Use Of Recycled Products.**

33      For services rendered pursuant to this Agreement, CONTRACTOR shall use
34 recycled paper for all printed material such as brochures, reports, studies, and
35 promotional literature, that exceeds ten (10) pages, or if the cumulative total number of
36 pages per document or printed material times the number of copies made is in excess
37 of ten (10) pages.

38    23.20.1  For the purposes of this Section, "recycled paper" means a paper or
39       wood pulp product with not less than fifty percent (50%) off its total weight
40       consisting of secondary and post consumer waste and with not less than thirty
41       percent (30%) of its total weight consisting of post consumer waste. "Post

- 92 -

RD:RLT
12/08/11

consumer waste" means a finished material that would normally be disposed of as a solid waste, having completed its life cycle as a consumer item. "Secondary waste" means fragments of products or finished products of a manufacturing process that has converted a virgin resource into a commodity of real economic value and includes post consumer waste but does not include fibrous waste generated during the manufacturing process such as fibers recovered from waste water or trimmings of paper machine rolls (mill broke), wood slabs, chips, sawdust, or other wood Residue from a manufacturing process.

23.20.2    CONTRACTOR may request an exemption from the requirements of this Section by submitting such request in writing to CITY's Director of Environmental Services.  Such a request may be approved or denied, in whole or in part, at said Director's sole discretion.  CONTRACTOR shall not use, in the performance of services under this Agreement, any product or material that does not meet the standards set forth above without the prior written approval of said Director.

**23.21  Entire Agreement.**

This Agreement and the Exhibits attached hereto constitute the entire agreement and understanding between the parties hereto, and this Agreement shall not be considered modified, altered, changed or amended in any respect unless in writing and signed by the parties hereto.  This Agreement incorporates and includes all prior negotiations, correspondence, conversations, agreements and understandings applicable to the matters contained in this Agreement and the parties agree that there are no commitments, agreements or understandings concerning the subject matter of this Agreement that are not contained in this document.  Accordingly, it is agreed that no deviation from the terms of this Agreement shall be predicated upon any prior representations or agreements, whether oral or written.

**23.22  Severability.**

If any provision of this Agreement or the application of it to any person or situation shall to any extent be held invalid or unenforceable, the remainder of this Agreement and the application of such provisions to persons or situations other than those as to which it shall have been held invalid or unenforceable, shall not be affected, shall continue in full force and effect, and shall be enforced to the fullest extent permitted by law.

**23.23  Right To Require Performance.**

The failure of CITY at any time to require performance by CONTRACTOR of any provision hereof shall in no way affect the right of CITY thereafter to enforce same.  Nor shall waiver by CITY of any breach of any provision hereof be taken or held to be a waiver of any succeeding breach of such provision or as a waiver of any provision itself.

- 93 -

RD:RLT
12/08/11

1  **23.24  <u>Headings</u>.**

2      Headings in this document are for convenience of reference only and are not to
3  be considered in any interpretation of this Agreement.

4  **23.25  <u>Exhibits</u>.**

5      Each Exhibit referred to in this Agreement forms an essential part of this
6  Agreement.  Each such Exhibit is a part of this Agreement and each is incorporated by
7  this reference.

8      **IN WITNESS WHEREOF,** CITY and CONTRACTOR have executed this
9  Agreement on the respective date(s) below each signature.

APPROVED AS TO FORM                    CITY OF SAN JOSE, a municipal corporation


_____        By: _____
ROSA TSONGTAATARII                         Norberto Duenas
Deputy City Attorney                       Deputy City Manager
                                           City Manager

                                       Date: _____12/14/11_____


                                       CALIFORNIA WASTE SOLUTIONS,
                                       INC.

                                       By: _____
                                           DAVID DUONG
                                           President


                                       Date: _____12/8/2011_____


- 94 -

# EXHIBIT 1

## COMPENSATION

Beginning for services performed in July 2010, CITY shall compensate CONTRACTOR for services performed in accordance with this Agreement at the following rates:

## I. SFD RECYCLING COLLECTION SERVICES

CONTRACTOR shall be compensated for SFD Recycling Collection Services in accordance with the following table.

| SFD COMPENSATION | District A | District C |
|---|---|---|
| **A. BASE SERVICE RATES** | | |
| 1. SFD Recycling Service[1] | $8.18/Service Unit/Mo. | $8.80/Service Unit/Mo. |
| 2. SFD Used Oil Collection Service[1] | $0.00/Service Unit/Mo. | $0.00/Service Unit/Mo. |
| **3. TOTAL BASE SERVICE RATE (Nos. 1. – 2.)** | $8.18/Service Unit/Mo. | $8.80/Service Unit/Mo. |
| **B. ADDITIONAL SERVICE RATES** | | |
| 1. Subscription On-Premises Collection of all Base Service Collection Elements [2] | $30.08/Service Unit/Mo. | $30.08/Service Unit/Mo. |
| 2. Excess Cart Exchanges [3] | $60.22/Occurrence | $92.58/Occurrence |
| 3. Large Item Collection (Increments of up to 3 Items) [4] | $20.72/Occurence | $20.72/Occurence |
| 4. Hard-to-Serve Premises [5] | $TBD/Service Unit/Mo. | $TBD/Service Unit/Mo. |

---

[1]    For a SFD Service Unit that consists of a combination of Dwelling Units and receives Garbage collection services from shared Garbage carts, CONTRACTOR's compensation for SFD Recycling Service is based on the number of Garbage carts at the Service Unit, regardless of the number of Recycling carts and compensation for SFD Used Oil Collection Service is the compensation listed regardless of the number of containers.

[2]    This rate will be added to the Base Service Rate (line A.3) for each Service Unit receiving Subscription On-Premises Collection Services.

[3]    CONTRACTOR will not be compensated for (1) customer initiated Recycling Cart exchanges for District A between 0.114% and 2.807% of the average number of households in a fiscal year, and (2) customer initiated Recycling Cart exchanges for District C between 0.034% and 2.064% of the average number of households in a fiscal year.  Recycling Cart exchanges below or above these ranges shall be compensated by the CITY in the June invoice.  Cart exchange counts shall be rounded to the nearest whole number.

[4]    CITY compensation to CONTRACTOR for Large Item Collection services shall end upon CONTRACTOR assuming billing responsibilities for Large Item Collection.

[5]    CONTRACTOR will cooperate with the CITY if it chooses to implement a hard-to-serve rate for existing customers or customers located in new developments.  This may include assisting the CITY in the identification of hard-to-serve areas and negotiating with the CITY in good faith to arrive at an appropriate rate for said units.

# EXHIBIT 1

## COMPENSATION

## II.    EXAMPLES OF EXCESS CART EXCHANGE CALCULATIONS

Recycling Cart exchanges in **District A** will be paid for up to 0.114% and over 2.807% of the average house counts.

Average house counts are the sum of the house counts from the monthly invoices divided by twelve. Jul house counts + Aug house counts … + Jun house counts
$$\frac{}{12}$$
**Example: total exchanges = 2,700        average house count = 93,600**

Exchanges will be paid for, **up to** 0.114% of 93,600 = .00114 x 93600 = 107 exchanges
Exchanges will be paid for, **over** 2.807% of 93,600 = .02807 x 93600 = 2627 exchanges

Pay **up to** 107 exchanges                            pay     107

Pay **over** 2627        → total exchanges (2700) – 2627 = 73     +73
                                                                         ----------
**Total paid**                                    =        **180 exchanges**
**Payment = 180 exchanges x $60.22/exchange        =        $10,839.60**
Recycling Cart exchanges in **District C** will be paid for up to 0.034% and over 2.064% of the average house counts.

Average house counts are the sum of the house counts from the monthly invoices divided by twelve. Jul house counts + Aug house counts … + Jun house counts
$$\frac{}{12}$$
**Example: total exchanges = 1,000        average house count = 67,000**

Exchanges will be paid for, **up to** 0.034% of 67,000 = .00034 x 67000 = 23 exchanges
Exchanges will be paid for, **over** 2.064% of 67,000 = .02064 x 67000 = 1383 exchanges

Pay **up to** 23 exchanges                            pay     23

Pay **over** 1383        → total exchanges (1000) – 1383 = -383     + 0     none over
                                                                         ----------
**Total paid**                                    =        **23 exchanges**
**Payment = 23 exchanges x $92.58/exchange        =        $2,129.34**

## III. RESIDUE DISPOSAL ADJUSTMENT

The costs associated with the disposal of SFD Recyclable Material residue at the Disposal Facility shall be deducted from the compensation to CONTRACTOR at least once every six (6) months and will be reflected in the monthly invoices.

## EXHIBIT 1

## COMPENSATION

| RESIDUE DISPOSAL REIMBURSEMENT RATES | |
|---|---|
| Loose Residue Disposal at Disposal Facility | $42.04/ton |
| Additional charge for baled material | $4.00/ton[1] |

[1] This additional charge for baled material is not adjusted by RRI.

## IV. PROGRAM SAVINGS AND INVOICE ADJUSTMENTS

CONTRACTOR shall reimburse CITY for program cost savings and the additional charge for disposal of baled residue material in the amount of $218,182 for each fiscal year through the term of this Agreement. This amount is inclusive of the savings from the discontinuation of the MRF Monitoring Program which shall be deducted from each month's invoice in the amount of $2,500 beginning July 1, 2010. The invoice adjustments to recognize the additional charge for disposal of baled residue material shall be consistent with Section III above. Any balance remaining from the amount of $218,182 shall be deducted annually in the June invoice.

If prior year funding for PEOP services in the amount of $209,267.63, accrued in calendar years 2006 through 2009, is not fully expended for approved PEOP services by December 31, 2013, exclusive of PEOP budgets for calendar years 2010 through 2013, the unspent funds shall be deducted in twelve (12) equal monthly installments beginning from the March 2014 invoice through the February 2015 invoice.

## V. EMERGENCY SERVICE RATES

CITY shall compensate CONTRACTOR for services performed in accordance with this Agreement at the following rates.

| Labor Position or Equipment Type | Make & Model | Hourly Rate |
|---|---|---|
| Driver and fully automated side loader | Peterbilt 320 –McNeilus 30yd Street Force | $156.95 |
| Driver and Knuckleboom Loader | Peterbilt 335 – 22 foot stake | $144.16 |
| Driver and Cart Delivery Truck | Ford 450 - CNG | $141.89 |
| Supervisor and Pick-Up | Chevy 2500 - CNG | $116.32 |
| Driver CDL Class B | N/A | $81.40 |

**EXHIBIT 1**

**COMPENSATION**

| Labor Position or Equipment Type | Make & Model | Hourly Rate |
|---|---|---|
| Laborer | N/A | $62.90 |

END OF EXHIBIT 1

**EXHIBIT 2**

**REFUSE RATE INDEX**

The "Refuse Rate Index" adjustment shall be calculated in the following manner:

1.  The expenses of the collection services (processing costs excluded) for the designated fiscal period shall be prepared in the format set forth below:

### Non-Processing Operating Cost Statement - Description

**Labor:**          List all administrative, officer, operation and maintenance salary accounts.

List payroll tax accounts directly related to the above salary accounts.

**Diesel Fuel:**          List all diesel fuel accounts.

**Biodiesel Fuel:**          List all biodiesel fuel accounts.

**Vehicle Replacement:**

List all collection and collection related vehicle depreciation accounts.

List all vehicle lease or rental accounts related to collection or collection related vehicles.

**Vehicle Maintenance:**

List all collection or collection related vehicle parts accounts.

**Other Operating Expenses:**

List all other expense accounts related to the services provided under this Agreement by each category. These categories may include, but not be limited to, all insurance including general liability, fire, truck damage, extended coverage and employee group medical and life; rent on property, truck licenses and permits; real and personal property taxes; telephone and other utilities; employee uniforms; safety equipment; general yard repairs and maintenance; non-diesel fuel; office supplies; postage; trade association dues and subscription; advertising; employee retirement or profit sharing contributions; and miscellaneous other expenses.

2.  The expenses of the collection services (processing costs excluded) shall be broken down into the following six cost categories: Labor; Diesel Fuel;

## EXHIBIT 2

## REFUSE RATE INDEX

Biodiesel Fuel; Vehicle Replacement; Maintenance and Other Operating Expenses. Each cost category is assigned a weighted percentage factor on that cost category's proportionate share of the total of the costs shown for all cost categories.

3.  The following indices published by the United States Department of Labor, Bureau of Labor Statistics (BLS), are used to calculate the adjustment for each cost category. The change in each index is calculated on a twelve-month fiscal period in accordance with the terms of the Agreement. In the event any index is discontinued, a successor index shall be used. Successor indices shall be those indices that are most closely equivalent to the discontinued indices as recommended by the BLS.

| Cost Category | Index |
|---|---|
| Labor | Series ID: cis201s000000000i; Service-Producing Industries |
| Diesel Fuel | Series ID: WPU057303; Commodity Code 0573-03, #2 Diesel Fuel |
| Biodiesel Fuel | Biodiesel fuel index published by the BLS. Until a biodiesel fuel index is published by the BLS, 100% of Consumer Price Index, Series ID: CUUR0000SA0, CPI-All Urban Consumers, All Items (or such other relevant index as is mutually agreed by the City Representative and CONTRACTOR) |
| Vehicle Replacement | Series ID: WPU141301; Group: Transportation Equipment; Item: Truck and bus bodies sold separately |
| Vehicle Maintenance | Series ID: WPU11440378 Group: Machinery and equipment; Item: Parts and attachments for industrial trucks and tractors |
| Other Operating Expenses | 75% of Consumer Price Index, Series ID: CUUR0000SA0, CPI-All Urban Consumers, All Items |

4.  The percentage weight for each cost category is multiplied by the change in each appropriate index to calculate a weighted percentage for each cost category. The weighted percentage changes for each cost category are added together to calculate the Refuse Rate Index (see Example).

## EXHIBIT 2

## REFUSE RATE INDEX

### Example

| Item # | Category | Data Source | Percentage Change (1) | Item Weight (2) | Weighted Percentage Change (3) |
|---|---|---|---|---|---|
| 1 | Labor | Monthly Labor Review<br>Series ID: cis201s000000000i<br>Service-Producing Industries | 1.28% | 47.72% | 0.61% |
| 2 | Diesel Fuel | Producer Price Index<br>Series ID: WPU057303<br>Commodity Code 0573-03<br>#2 Diesel Fuel | 22.08% | 0.04% | 0.01% |
| 3 | Biodiesel Fuel | Monthly Labor Review<br>Series ID: CUUR0000SA0<br>CPI-All Urban Consumers,<br>All Items | 2.72% | 0.13% | 0.00% |
| 4 | Vehicle Replacement | Producer Price Index<br>Series ID: WPU141301<br>Industry: Transportation Equipment<br>Product: Truck and bus bodies sold separately | -1.53% | 5.92% | -0.09% |
| 5 | Vehicle Maintenance | Producer Price Index<br>Series ID: WPU11440378<br>Group: Machinery and equipment; Item: Parts and attachments for industrial trucks and tractors | 6.21% | 5.56% | 0.35% |
| 6 | Other Operating Expenses | Monthly Labor Review<br>Series ID: CUUR0000SA0<br>75% of CPI-All Urban Consumers,<br>All Items | 2.04% | 40.63% | 0.83% |
| Refuse Rate Index | | | | 100.00%. | 1.71% |

(1)  Assume these are the percentage changes in the indices from year to year.

(2)  Assume the categories represent these percentages as a total of CONTRACTOR's operating costs.

(3)  Product of Percentage Change x Item Weight (including 75% of Category Item #7, CPI All Items)

In this example, the Refuse Rate Index is 1.71%.

### END OF EXHIBIT

**EXHIBIT 3**

**SFD RECYCLING SERVICE OPERATIONS PLANS**

The SFD RECYCLING SERVICE OPERATION PLANS included below have been carried over from the 2006 Agreement.  At minimum, this Agreement requires the same level of resource commitment.  References to actions to be performed on or before July 1, 2010 must be reviewed for its continued applicability.  Where conflicts exist between the Plans and the Agreement, the Agreement shall prevail.

| | |
|---|---|
| A. | Diversion (Page 3 of 42) |
| B. | Public Education and Outreach (Page 5 of 42) |
| C. | Customer Service (Page 8 of 42) |
| D. | Collection Operations (Page 10 of 42) |
| E. | Processing Operations (Page 17 of 42) |
| F. | Collection Equipment (Page 40 of 42) |
| G. | Employee and Labor Relations (Page 42 of 42) |

**EXHIBIT 3**

**SFD RECYCLING SERVICE OPERATIONS PLANS**



**City Of San José**

**Recycle Plus Agreement for Recycling Services**

**EXHIBIT 3**

**SFD RECYCLING SERVICE OPERATIONS PLANS**

**DIVERSION**

CWS has a business incentive to limit contamination and diminish the amount of trash in recycling carts, and increase the amount of recyclables and number of set-outs. Individual programs that will be implemented for recycling services during the transition period and service contract are listed in the table below with the estimated annual diversion tonnage for Each District. Table 1 is only provided as an estimated diversion by each program and is not intended as a success measurement for each program.

In order to receive diversion credit for processed materials, CWS must meet the requirements specified in the Agreement. Only those recyclable items approved by the City will receive diversion credit. CWS can request City approval to include additional approved materials. Materials not approved in advance will be considered residue when calculating CWS' annual diversion rate.

### Recycling Awareness Training

CWS is a recycling company and as such places an emphasis on recycling starting with the set out at the curb. CWS will train its recycling collection vehicle operators to view their positions as having a powerful influence on the success of the program. This will, when reinforced by Route Auditors, supervisors, and management, result in less contamination of recyclables by garbage and vice versa. CWS estimates that it will reduce the residue in Districts A and C recyclables by two percent with half of that becoming marketable recyclables.

CWS will use route auditors to train and assist drivers to provide notice to and work with residents who place prohibited material in their recycling carts. These route auditors will also assist with direct verification of acceptable materials placed in carts and one-on-one educating customers where warranted. During the first two years of the franchise, CWS will employ two full-time route auditors. Route auditor effectiveness will be evaluated at or near the end of this period to determine how, whether and with how many FTE's this function will continue.

# EXHIBIT 3

## SFD RECYCLING SERVICE OPERATIONS PLANS

### Table 1

### Estimated Diversion by Program for Recycling Services

| Program Description | Estimated Diversion (Tons per Year) | |
|---|---|---|
| | Districts A | District C |
| Driver Recycling Sensitivity Training | 824 | 544 |
| Multi-Service Benefit | 824 | 544 |
| Glass Clean-Up System | 1500 | 990 |
| Optical Sorting System for Plastics | 200 | 132 |
| Diversion and Recycling | 1,600 | 1,960 |
| Large Item Diversion | 430 | 450 |
| Plastic Bag Recycling at the MRF | 6 | 4 |
| Bag the Bag (Plastic bag recycling education) | 240 | 160 |
| Recycling Dollars | 5,400 | 3,500 |
| Textile Bag Program | 200 | 120 |
| **Total** | **11,224** | **8,404** |

### TIMOTHY MRF IMPROVEMENTS

The Timothy MRF improvements were completed.

## EXHIBIT 3

## SFD RECYCLING SERVICE OPERATIONS PLANS

### PUBLIC EDUCATION AND OUTREACH
### PUBLIC EDUCATION

CWS is focused on reducing the current contamination levels in San José's recycling carts and believes that the two-pronged approach of public education and route auditors are the key to this success.

CWS will partner with ESD to develop education programs to inform residents of the pending change in collectors and program education campaigns to reduce the contamination of Recyclable Material set out by households. CWS will be supported in these activities by contracted public education experts.

Strategy, content and implementation details of the Public Education and Outreach Plan (PEOP) for Recycling will be developed from meetings with the City, Best Practices research, and defined goals and objectives aimed at reducing the amount of contaminates in carts as well as increasing recycling participation overall. Proposed plans may also address specific campaigns focused on innovations that may be proposed by CWS.

CWS will propose and present a PEOP to ESD for annual approvals outlined in the contract.

### OBJECTIVES

Preliminary objectives may include:

- Ensure high compliance with residents' cart set-out instructions
- Reduce contamination in the recycling carts.
- Reduce number of customer service calls
- Increase overall citizen participation in recycling

### TACTICS

Tactics may include:

- Reviewing City-provided materials on "problem" areas of service area
- Engaging key community influencers
- Creating greater awareness among children of the importance of participating in recycling
- Developing specific information materials in appropriate languages to be distributed door-to-door in areas with low participation and/or high contamination
- Creating appropriate community information presentations in multiple languages

**EXHIBIT 3**

**SFD RECYCLING SERVICE OPERATIONS PLANS**

- Developing hand-out materials in multiple languages for distribution at community meetings.
- Establishing relationships with neighborhood and other community organizations within service areas.
- Staffing information table/kiosk at street fairs, fiestas, parades, other community events to distribute informational materials.
- Participating in the Bay Area "Stop Junk Mail" campaign, with publicity and advertising on how residents can remove their names from direct mail lists.
- Creating and maintaining a Web site linked to City's Recycle Plus site that includes relevant information and regularly updated content.
- Developing an interactive section of the CWS Web site that offers engaging and lively activities for children 5 through 10 years of age.

### CAMPAIGNS

Specific education campaigns might be developed using various themes and could utilize ethnic newspapers, radio PSA ads and other publicly visible media as well as tie-ins with retailers, etc. Following are examples of topics, themes or strategies that such campaigns might address or include.

- A visibility campaign built around collection vehicle drivers, featuring 3-4 actual drivers in service area.  City-approved posters with photo of driver to be attached to trucks with personal statements of their pride in their job and requests for help from residents with reducing litter, complying with universal and hazardous waste requirements, etc.
- Educational ads and publicity on how to dispose of plastic shopping bags correctly
- Universal and Hazardous Waste campaign to create awareness of what should not be placed in waste carts – tie in with major electronics retailers such as Fry's, Best Buy, and CompUSA to create awareness of alternatives to inappropriate disposal.
- Earth Day - each year develop a unique theme to increase awareness of and participation in recycling activities.  This campaign could be tied to the children's poster contest.
- The issue of electronic waste/recycling might be addressed by including in the Earth Day campaign elements of Pass It On Week  (April 16 to 23) and/or 100 Percent Day, an outreach effort to collect 100,000 personal computers throughout the US.
- America Recycles Day– each year develops a theme for America Recycles day to motivate participation specifically for reusable items.  Campaign could encourage pre-holiday donation of textiles and other

**EXHIBIT 3**

**SFD RECYCLING SERVICE OPERATIONS PLANS**

reusable items through the curbside recycling program. A media event that includes prominent San Jose elected officials, community leaders and other citizens could kick off the drive that would culminate in another event during which the total collected for re-use would be announced

## EXHIBIT 3

## SFD RECYCLING SERVICE OPERATIONS PLANS

### CUSTOMER SERVICE

Customer service involves the front line interaction of our collection crews and our customer call center.

### CALL CENTER

CWS currently operates a customer call center for Oakland. An additional call center will be established at the San José headquarters for the Recycle Plus contract and our Customer Service Technicians are trained to treat callers with the utmost professionalism. As previously noted, CWS uses the Tower software system, including the customer service package, and will develop the data interface between Tower and the City's Consolidated Utility Billing System (PeopleSoft RM) in accordance with the requirements of the agreement.

It takes skill to make the most difficult caller feel that the interaction has been positive; an outcome that could reduce repeat calls. To achieve the goal of one hundred percent customer satisfaction, the Customer Service Representatives will be trained in response best practices. A Customer Call Center Coach will continually motivate the Customer Service Technicians to provide optimal customer support in a courteous, helpful, and solution-oriented manner.

The Customer Service Department in San José will be staffed by four staff members adequately trained to handle calls coming in from Districts A and C. CWS will cross train other office staff that are members of the approved bargaining unit to assist with CSR duties as necessary and CWS will have access to bargaining unit qualified casual pool workers to assist in providing additional staffing as needed.

### CURRICULA

Training will be on-going to continually improve and streamline processes. CWS will review and develop training material on safety, recycling awareness, substance abuse, equipment review, obstacle course driving, customer service, sexual harassment, diversity, GPS, routes, and mechanics. Most of these materials will be compiled in the first quarter of 2007 and updated as necessary.

### SYSTEMS

Systems will be installed and tested and the Customer Service Representatives completely trained on them before the first collection occurs. Prior to the first collection, CWS will complete upgrades to the existing customer center with the necessary number of phone lines, adequate broadband internet access, and any required modifications to the CWS Tower customer service software system. This equipment will allow the Customer Service Representatives to look up addresses and provide immediate information on collection day, large item collection appointments and C-UBS work order information.

**EXHIBIT 3**

**SFD RECYCLING SERVICE OPERATIONS PLANS**

Since CWS' Tower Customer Service System allows for expanded reporting, incoming calls will be tracked by type, location, and date and service route. These reports will enhance CWS' ability to refine services. With assistance from Tower software engineers, CWS will develop an interface with the C-UBS system to meet the reporting and coordination requirements in the Service Agreement. The systems will be modified and tested and the Customer Service Representatives completely trained.

## EXHIBIT 3

## SFD RECYCLING SERVICE OPERATIONS PLANS

## COLLECTION OPERATIONS
## VEHICLES

The planned numbers of collection and support vehicles are provided in Tables 2 and 3 below.  As described more fully below in the Collection Equipment Plan, CWS will use a single collection vehicle with a single-compartment body.  These vehicles will be operated by a single driver with the required level of California driver's license and who meets all other federal, State of California and CWS requirements.  The routes for these collection vehicles will be developed using GIS-based, RouteSmart™ route optimization software currently owned by CWS.  Routes will be adjusted for balance during the initial operating period; specifically with regard to load size and the goal of keeping the current day assignments.  The driver will be provided with specific route path maps, driving instructions and customer sequence lists.

### Table 2
### Daily Collection Vehicles

| Type | Districts A and  C |
|------|--------------------|
| Collection Vehicle | 38 |
| Large Item Collection Vehicle | 2 |
| Supervisor Pick-up | 4 |
| Cart Vehicle | 1 |

## EXHIBIT 3

### SFD RECYCLING SERVICE OPERATIONS PLANS

#### Table 3

#### Back-up Collection Vehicles

| Type | Districts A and C |
|------|-------------------|
| Collection Vehicle | 6 |
| Large Item Collection Vehicle | 1 |

Staffing requirements necessary to collect recyclables from Districts A and C are shown in Table 4.  Reserve staffing will be available on a part-time basis as necessary.

#### Table 4

#### Recycling Collection Staffing Requirements

| Position Description | Districts A and C | Reserve Staff (%) |
|----------------------|-------------------|-------------------|
| Collection Vehicle Operator | 38 | 18 |
| Large Item Vehicle Operator | 2 | 18 |
| Supervisor/ Route Auditor | 4 | |
| Cart Vehicle Operator | 1 | 18 |
| Total | 45 | |

## EXHIBIT 3

## SFD RECYCLING SERVICE OPERATIONS PLANS

### USED OIL

Used oil containers and oil filters will be stored on racks under the collection vehicle body. These leak proof racks with oil absorbent pads on the bottom will hold 24 one-gallon oil containers. They will be sized to store a full day's collection and unloaded at the vehicle storage yard. The used oil containers will empty into a 3,000 gallon tank in secondary containment. An oil filter crusher will extract remaining oil from the filters that will also be recycled. The oil filters will be sent to an approved recycling facility. The extracted oil will be added to the oil collection tank.

### LARGE ITEMS

CWS will have a vehicle to collect large items in response to call-in requests delivered by the City to CWS. Routes will be developed daily and trucks will be staffed by two qualified drivers. The number of collection and support vehicles is provided above in Tables 1 & 2.

Potentially reusable or recyclable items will be inspected and categorized by the facility staff, segregated, graded and prepared for shipment at the designated CWS Large Item area. Preliminary arrangements were discussed with Goodwill Industries to take usable items such as furniture, tools, recreational equipment and other items. Usable construction materials, dimensional lumber, plywood sheets, sinks, toilets, etc. will be taken for reuse. White goods and other appliances containing environmentally harmful materials such as CFCs will be processed for removal of these materials by a licensed and certified staff member. CFCs will be captured and marketed. Other hazardous wastes from appliances, such as mercury switches and capacitors, will be sent for proper treatment or disposal. All items and materials that are not reusable or directly recyclable will be disposed of in an environmentally safe and regulated manner.

If the City of San José establishes a Reuse Center, CWS will provide the City with the right of first refusal for all usable items.

# EXHIBIT 3

## SFD RECYCLING SERVICE OPERATIONS PLANS

### MATERIALS DISPOSITION

Collected materials will be marketed and otherwise directed as shown in Table 5 below.

### Table 5
### Disposal Arrangements with Facility Locations

| Material | Disposal Facility Name | Location | Facility Type | Fee (Per Ton) |
|---|---|---|---|---|
| Mixed Fiber | Domestic & International Markets | | Warehouse | Market Value |
| Mixed Plastics | Domestic & International Markets | | Warehouse | Market Value |
| Aluminum Cans | Domestic & International Markets | | Warehouse | Market Value |
| Tin/Bimetals | American Metal & Iron | 11665 Berryessa Road San Jose, CA 95133 | Warehouse | Market Value |
| Glass | CRA | 31775 Hayman St Hayward, CA 94544 | Warehouse | Market Value |
| Scrap Metal | American Metal & Iron | 11665 Berryessa Road San Jose, CA 95133 | Warehouse | Market Value |
| Sharps | Stericycle Inc | 1345 Doolittle Dr , San Leandro, CA 94577 | Warehouse | TBD |
| Used Oil | Evergreen Environmental | 6880 Smith Avenue Newark, CA 94650 | Yard | TBD |
| Used Oil Filters | Evergreen Environmental | 6880 Smith Avenue Newark, CA 94650 | Yard | TBD |
| Large Items | American Metal & Iron | 11665 Berryessa Road San Jose, CA 95133 | Warehouse | TBD |
| Appliances | American Metal & Iron | 11665 Berryessa Road San Jose, CA 95133 | Metals Processor | TBD |
| Freon, CFC | Freon Free | PO Box 5607 Vacaville, CA 95696 | Yard | TBD |
| Furniture, etc | Goodwill, Salvation Army, etc. | | Warehouse | TBD |
| Electronics | American Metal & Iron | 1165 Berryessa Road San Jose, CA 95133 | Warehouse | TBD |

## EXHIBIT 3

## SFD RECYCLING SERVICE OPERATIONS PLANS

| Material | Disposal Facility Name | Location | Facility Type | Fee (Per Ton) |
|----------|------------------------|----------|---------------|---------------|
| Tires | Roman Tires | 800 Laurelwood Road Santa Clara, CA 95054 | Yard | TBD |
| CRTs | American Metal & Iron | 1165 Berryessa Road San Jose, CA 95133 | Warehouse | TBD |
| Batteries | American Best Battery | 29588 Mission Blvd. Hayward, CA 94544 | Warehouse | TBD |
| Antifreeze/Coolant | Evergreen Environmental | 6880 Smith Avenue Newark, CA 94650 | Warehouse | TBD |
| Propane/ Helium Tanks | Freon Free | PO Box 5607 Vacaville, CA 95606 | Yard | TBD |
| Hazard Waste | Teris, LLC | 880 West Verdulera St. Camarillo, CA 93010 | Warehouse | TBD |

### OFFICE AND YARD LOCATIONS

The CWS corporate headquarters and management staff for the Recycle Plus Program are located at 1005 Timothy Drive, San José, California 95133. The collection vehicle storage yard is located at 1120 Berryessa Road, San José, CA 95133.

### OPERATIONS SCHEDULE

It is anticipated that collection vehicles and large item vehicles will be unloaded twice per day, or as necessary.

### PHYSICAL EXAMINATIONS

CWS has physical examination requirements for collection employees and prospective employees. These are designed to protect workers and provide assurance that collection employees are capable of meeting the strenuous demands of this job. Specific requirements are contained in the CWS Physical Examination Policy. The responsibility for managing these requirements rests with the CWS Human Resources Manager.

### SUBSTANCE ABUSE

CWS maintains a drug-free workplace and requires drug screening for employees and prospective employees. These screenings are designed to protect employees and provide assurance to CWS that its employees are meeting the drug free policy. Responsibility for managing these requirements rests with the CWS Human Resources Manager aided by individual supervisors and line mangers as noted in the policy.

The CWS policies on physical examinations and drug testing meet all federal and State of California requirements.

## EXHIBIT 3

## SFD RECYCLING SERVICE OPERATIONS PLANS

### VEHICLE MAINTENANCE AND REPAIR

CWS purchased new collection vehicles from Coast Counties Truck and Equipment Co. with a six-year comprehensive warranty. This warranty covers all major maintenance items and during the covered period major warranty repairs will be performed at their facility centrally located on North 4th Street at the junction of Highways 880 & 101. This site is more than five acres, with ample room for staging equipment prior to delivery with a 24-bay maintenance facility. The service and parts departments are open from 7:30 a.m. to 6:30 p.m. Monday thru Friday; with parts also open on Saturday morning. In addition, Coast Counties has outside repair capabilities with their thoroughly outfitted mobile maintenance trucks.

During the contract period, CWS will perform oil changes and other preventive maintenance functions on the schedule provided by the equipment manufacturers and Coast Counties. The goal of the CWS fleet maintenance approach is to minimize unscheduled repairs. CWS will perform maintenance activities on a scheduled basis in keeping with fleet operation Best Practices.

Road service will be performed by Coast Counties and CWS. Estimated response time will be a maximum of 60 minutes for replacement in the southern portion of Districts A. Should a breakdown occur while a vehicle is in service, the operator will notify the CWS Collection Supervisor who will generate a Service Order. This will be transmitted from CWS to Coast Counties to fix the vehicle. Replacement collection vehicles will be dispatched by CWS from the vehicle storage yard and specific time for any replacement will be determined by breakdown location and traffic conditions. The number of spare collection vehicles and other vehicles required for each proposed option are shown in Table 2.

Road service tires for CWS vehicles will be provided through the maintenance Service Order system. CWS estimates that the tire service response time will be a maximum of 60 minutes for replacement response from each District.

Maintenance records will be kept on all vehicles by CWS.

Major item repair records will be generated and maintained by Coast Counties using automated fleet maintenance software provided by TruckCare Connect. These repair records will be transmitted to CWS so that the Collection Supervisor has a complete file on each vehicle to aid in predicting availability and anticipating related issues.

**EXHIBIT 3**

**SFD RECYCLING SERVICE OPERATIONS PLANS**

Collection vehicle cleaning will be done at the CWS Collection Vehicle Yard using a portable pressure washer system once per week.  Individual drivers are responsible for keeping cabs clean as part of their daily post trip inspection.

## MECHANICAL SUPPORT

CWS will hire four mechanics to operate the light duty vehicle shop for minor maintenance such as oil changes, replacement of air filters, hoses, and repairs to brakes and tires. Coast Counties Peterbilt will do all warranty work on collection vehicles.

## EXHIBIT 3

## SFD RECYCLING SERVICE OPERATIONS PLANS

### PROCESSING OPERATIONS

This Processing Operations Plan sets out the operational and contingency plans for the CWS facility at 1005 Timothy Drive, San José, California. It may be subject to reasonable revisions by CWS management over time and as circumstances dictate, to conform to changed conditions, incorporate new operations, techniques and practices, facilitate the acceptance of materials from other sources, or to address other operational issues. Revisions to the Processing Operations Plan are subject to review and approval by the City of San José in accordance to Article 8 of the Agreement.

CWS and ESD have developed criteria to be used in selecting Alternative Processing and/or Storage Facilities for processing materials when the Timothy Drive MRF is unable to fully process the incoming materials. City pre-approval is required prior to use of any alternative facility. CWS will not load materials from the tip floor into transport or storage containers without prior written authorization from the City Representative

CWS is committed to labor peace and will maintain collective bargaining agreements with its local unions and/or ensure that not less than the prevailing wage is paid at all times for all classes of non-exempt workers

### FACILITY

### ACCESS

Days & hours of operation:

The normal processing operations day shift days and hours are Monday through Friday from 4:00 a.m. to 2:30 p.m. Second processing shift operating hours are 3:00 p.m. to 11:30 p.m. The facility closes for three holidays during each year: Thanksgiving, Christmas and New Years Day. From time to time, it may be necessary to add time or days to shift operations. The facility is permitted for processing 24 hours per day for increased flexibility. Shift hours will not be changed without an amendment to the operations plan, but the second shift may be down-staffed or eliminated at any time if deemed appropriate by plant management.

Based on need and permit limitations, the facility may also be opened for processing, administrative activities and outbound materials transport only during earlier or later hours on Monday through Friday, or on designated Saturdays.

**EXHIBIT 3**

**SFD RECYCLING SERVICE OPERATIONS PLANS**

Days and hours of materials receipt:

Materials are typically received at the facility Monday through Friday between the hours of 6:00 a.m. and 7:00 p.m. The facility is permitted to accept materials during these same hours on Saturdays.

Days and hours of materials departure:

Materials are typically shipped at the facility Monday through Friday between the hours of 6:00 a.m. and 7:00 p.m. The facility is permitted to ship materials during these same hours on Saturdays.

**MAINTENANCE**

**INTERNAL**

Processing plant:

Internal facility maintenance largely consists of keeping the floor and related work areas free of excessive amounts of debris. Special attention is given to keeping walkways clear. Given the nature of materials recovery operations, the presence of a certain amount of debris on the floor is unavoidable.  At a minimum the floor is swept once per shift, at the end of each shift. Beyond this set schedule, additional sweeping may occur when upon visual inspection  the Plant Manager or Plant Supervisor determines that the level of debris buildup presents an unsafe situation, in which case operations may be stopped to clear walkways. Additionally, the floor may also be swept when there is equipment or other operational downtime.

The facility is equipped with a misting system for control of dust and odor. Primary maintenance of this system consists of clearing clogs as needed. Spare nozzles are kept on site to do immediate repairs. A contractor is brought in as needed to do overall system cleaning and check-up.

Administrative offices and employee rest areas:

Once daily, a contracted janitorial service cleans all restrooms, empties all waste receptacles, mops the employee break room floor, and vacuums building carpeting.

**EXTERNAL**

Litter:

CWS strives to prevent litter from migrating off-site through the following actions:

- On-site Collection - CWS utilizes a company-owned 8-foot Lay-Mor Sweeper that circulates around the main drive area at a minimum of once daily, no later than the end of the first shift. Additional circulations may be

**EXHIBIT 3**

**SFD RECYCLING SERVICE OPERATIONS PLANS**

required under windy conditions, precipitation is expected or there is a high level of vehicle traffic generating additional litter.

- Gate Control – An automatic rear gate controlled by a remote control maintained in the scale house prevents litter from blowing outside the fence line.

- As a general rule, the gate remains open when trucks are entering the yard. The gate will remain closed when there is no truck traffic.

- The scale house operator has a clear view of the gate, and will allow for ingress and egress of trucks as needed.

- The areas surrounding storm drains are included in the regular exterior sweeping schedule. Also, weather conditions direct additional efforts related to litter around storm drains. During the summer, particularly during windy conditions, drains may be covered with plastic to protect them from litter. During rainy weather, litter tends to stick to the ground and not blow or migrate. Storm drains are cleaned and inspected on the regular basis required by storm drain management regulations.

The following actions address off-site litter:

- CWS employs one fulltime employee who is dedicated to continuously patrolling the building inside, yard internal and external perimeter as well as the neighboring property along Yard Court and Timothy Drive during the daytime operating hours.

- During the second shift, a sorter may be reassigned to address litter issues as needed and available.

- Each employee assigned to this responsibility is directed to pick-up any observed litter near the CWS facility.

Landscaping:
Exterior landscaping consists of grass, ground cover and trees. Grass is watered daily with an automatic sprinkler system. A contracted gardening service maintains all exterior landscaping bi-weekly.

Building Appearance:
CWS regularly monitors the condition of the building exterior and has contractors immediately available to paint and repair as needed.

## EXHIBIT 3

## SFD RECYCLING SERVICE OPERATIONS PLANS

### EQUIPMENT INVENTORY

The following equipment in Table 6 is in use at the Timothy MRF. Equipment will be replaced as necessary and appropriate.

**Table 6**

**Processing Equipment**

| Equipment Type | Age (years) |
|---|---|
| 1 950 Caterpillar Loader, 8 cubic yard capacity | 2004 |
| 1 928G Caterpillar Loader, 4.5 cubic yard capacity | 2003 |
| 1 906 Caterpillar Loader, 2 cubic yard capacity | 2004 |
| Machinex, single-stream sorting system, rated at 50 tons per hour | 2002 |
| 2 Enterprise double ram baler | Purchased 1/06 |
| 5 Forklifts, Toyota 5,000 pound lifts, One with rotating forks | 2002 |
| 3 Lindy Forklifts | Purchased 1/06 |
| Lay-Mor Sweeper | 2002 |
| Debris boxes and bins for recyclables | Various ages |

The Machinex single-stream sorting system was purchased new and consists of many components including the following equipment:

- Two inclined infeed conveyors
- Two Presort conveyors with 22 sorting station
- Five fiber rigid sorting screens
- Sorting conveyors
- The main sorting platform has 25 sorting stations
- A container sorting line with 5 sorting stations
- An eddy current separator
- A four compartment container bunker
- An aluminum bunker
- Five bunkers for temporary storage of OCC and other fibers and trash

**EXHIBIT 3**

**SFD RECYCLING SERVICE OPERATIONS PLANS**

- Glass fines bunker
- The two balers referenced above

## EXHIBIT 3

## SFD RECYCLING SERVICE OPERATIONS PLANS

## PLANT SPECIFICATIONS

Plant equipment specifications are listed below.

## PRODUCTION CAPACITY

Overview

CWS' single-stream equipment is rated at 50 tons per hour (TPH) with a clean single-stream of materials. A clean single-stream is defined as 10% or less non-recyclable material present in incoming material.  This equipment, which includes two belts, is typically run at a combined average speed of approximately 45 TPH. Belt speed may be adjusted as necessary by the Plant Manager and/or Plant Supervisor based on the quality of incoming material.

These decisions are relative and based on the staffing level at a specific point in time, and quality/composition of the materials, which may vary by load on a daily basis.  Factors that influence the speed, and therefore system capacity may include, but not be limited to materials' moisture content, amounts of materials that must be removed, and residual content (more or less then 10%).

Belt Speed

Belt speed determines the amount of material processed through the system.

If belts are moving too fast, the material balls up and rollback occurs. In a "rollback" situation, material gets hung up in an area of the conveyor and does not break free. The material on the bottom of the ball comes out very thin, and material approaching the ball only adds to the ball. Belt speed is adjusted to avoid this problem, and allow material to flow smoothly through the plant.

Based on the condition and content of incoming materials, the Plant Supervisor and/or Plant Manager determine(s) and direct(s) the speed at which belts run, as well as the amount of material loaded onto infeed belts, two critical determinations that are important in managing the process. This allows materials to spread out on the presort lines, rendering most major contaminants, scrap metals and corrugated cardboard visible to the materials classifiers who are working on the presort line. Note that presort lines move faster than infeed lines, so that materials do not move down the presort lines at the same height at which they are loaded onto the infeed belts.

**EXHIBIT 3**

**SFD RECYCLING SERVICE OPERATIONS PLANS**

Examples of factors that influence belt speed determinations include, but may not be limited to:

- Presence of contamination above 10%
- Material moisture content
- Material compaction or fluffiness
- System overload
- Screen(s) efficiency in separating the material
- Consistency in flow
- Screen(s) overload

Balers

There are two double ram balers installed in the MRF that can operate at the rate of 25 tons per hour each.

Maintenance

Preventive maintenance is done on a regularly scheduled maintenance program as outlined by the manufacturer. Each piece of equipment has specific continual and periodic requirements. The manufacturer, Machinex, has forms for each piece of equipment describing the actions to be taken and a schedule for those actions. These forms are filled out as maintenance occurs and they are maintained in the CWS archives.

Training

Employees are trained in facility and equipment operation commensurate with job responsibilities. Training includes procedures for plant start-up and shut-down, material classification, safety, hazardous materials recognition, and emergency procedures.

# EXHIBIT 3

## SFD RECYCLING SERVICE OPERATIONS PLANS

### MATERIAL RECOVERY

**STAFFING**

Table 7 presents the number, types, and primary responsibilities of regular day and evening shift employees. The evening shift is subject to change according to material volumes.

### Table 7

### Staffing

| Title | Day Employees | Evening Employees | Primary Job Responsibilities |
|---|---|---|---|
| Plant Manager | 1 | | Oversee all plant activities and personnel |
| Supervisor | 1 | 1 | Supervise facility operations |
| Scale House Operator | 1 | 1 | Supervise & conduct scale house operations; control litter gate |
| Forklift/Sweeper Operator | 3 | 3 | Operate the forklift and keep inside gates clear of litter |
| Loader Operator | 2 | 2 | Operate the wheel loader in the materials unloading area |
| Baler Operators | 1 | 1 | Operate balers |
| Sorters | 26* | 26 | Sort materials on the processing conveyors |
| Litter Patrol Monitor | 1 | Reassigned as needed | Keep premises, streets and neighboring business clear of litter |
| Bale Cleaners | 1 | 1 | Prepare bales for market |

\* Of these, 12 sorters are stationed on the pre-sort lines, 6 per line.

**EXHIBIT 3**

**SFD RECYCLING SERVICE OPERATIONS PLANS**

**WORK SCHEDULE**

First Shift:

Materials receiving and processing related activities will generally be conducted in two work shifts that include staggered start times. From time to time, it may be necessary to extend shift operations. In these instances, a work schedule and staffing will be defined according to need and required duration. The Plant Manager will determine overtime and supplemental shift construction. It should be further noted that break and lunch times are approximate and subject to adjustment according to workflow and plant conditions. The Plant Manager and Supervisor are responsible for notifying employees of deviations in this schedule. No advance notice is required.

Second Shift:

The work schedule for the second shift does not contain staggered hours.

Overtime:

From time to time, overtime work may be required to compensate for processing time lost due to plant shutdowns, equipment failures, or belt slow-downs due to delivery of highly contaminated materials and resulting tipping floor back-up. The Plant Manager makes the decision to operate and authorize overtime, based on the volume of materials on the tipping floor and prognosis for keeping the floor adequately cleared from day to day. In cases where the need for overtime is identified, the Plant Manager is authorized to approve it only for the period necessary to clean the tip floor or catch up from a close-down.

Overtime employees may be engaged according to one of two possible methodologies:

1) Use of a voluntary sign-up sheet for employees desiring to work overtime.
2) Mandatory calls to work that require a twenty-four hour advanced notice to employees.

It should be noted that as management staff, the Plant Manager does not have a defined schedule. The person in that position is present during the day shift, but may also work additional hours as needed.

**PROCESSING**

A narrative description of the materials recovery process is provided below.

**MATERIALS IDENTIFICATION**

The term Materials as herein used refers to:

## EXHIBIT 3

## SFD RECYCLING SERVICE OPERATIONS PLANS

Program Materials:

CWS is required to follow the City of San José programs with regard to required material recovery. Material(s) not included in the program may be extracted at the discretion of CWS. Other recyclables, not covered by the Recycle Plus program, are listed in the Agreement.

## LOAD SCREENING

CWS' goal is to have all loads contain no more than 10 percent residual garbage. Residual garbage refers to all material remaining after program materials have been removed. CWS has extensive experience with the presence of hazardous and prohibited wastes detected in San Jose's recycling materials.

Employees assigned to the tipping floor are trained to evaluate loads as they are brought in and deposited on the tipping floor. Additionally, management is on the tipping floor on a regular basis. If an unacceptably bad load, or portion thereof, is suspected, the loader operator is directed to notify a supervisor through the use of plant radios. In addition, personnel on the pre-sort line remove any hazardous or prohibited wastes remaining in the recyclables.

One tool used for evaluating incoming loads is the 10 percent visual guideline provided by the California Integrated Waste Management Board (CIWMB). The image was adapted from CIWMB LEA Advisory Number 58 (Revised April 18, 2003), and is available on-line at: (http://www.ciwmb.ca.gov/LEAAdvisory/58/default.htm), Attachment 2A, Comparison Chart for Estimating Percentage Composition. CWS has adapted this visual as a tool to provide a comparison of the percent contamination in a load of solid waste.

## LOAD ASSESSMENT

Upon visual inspection before unloading or when the material is deposited on the ground, CWS makes an assessment of the load. The assessment is based primarily upon visual observations of the load. CWS personnel will observe the load for indicators of the presence of prohibited materials, such as container shapes or labels. Prohibited materials include materials that are not on the City of San José's list of recyclable program materials, including garbage and hazardous materials.

Either the loader operator or a spotter will conduct this assessment. Workers must exercise caution and use safety precautions when observing loads from the rear of the vehicle. If necessary, the driver will be instructed to wait before discharging the load. This observation can be made from a distance and from

## EXHIBIT 3

## SFD RECYCLING SERVICE OPERATIONS PLANS

the side of the vehicle.  The spotter should be constantly aware of other incoming vehicles and equipment.

If a prohibited material is suspected, the spotter will instruct the driver to not discharge the load until a further investigation is conducted, or will secure the area around the deposited material until the material can be safely returned to the tipping floor or placed in a container for off site disposal. Based upon that assessment, CWS personnel may segregate partial or full loads as follows:

- Rejection of the entire load
- Redirect truck to alternative unloading area
- Load is partially unloaded before rejecting the remainder of the load
- Entire load is unloaded

**LOAD REJECTION:**

An entire load is subject to rejection if it contains garbage far in excess of the ten percent contamination level, hazardous wastes, medical wastes, radioactive wastes, or other prohibited wastes that are observed when the hopper is raised. If the loader operator or spotter deems that the contamination is so extensive that separation of acceptable materials would be too time intensive or dangerous the entire load is rejected. If the load has not been dumped, the driver will be instructed to close the hopper and move the truck to a designated area to await further instructions.  If the load has been dumped, the material will be inspected and either processed or placed in containers for off-site disposal under conditions and in a facility appropriate to the material. An example would be the presence of drums containing hazardous wastes.

Prohibited wastes include hazardous, medical, radioactive, or other materials that this facility is not permitted to process.  Although this assessment is only for a small portion of the load, the presence of significant amounts of these materials would make the acceptability of the entire load questionable.  In such an instance, the driver will be instructed to close the hopper and move the truck to a designated area to await further instructions.  These instructions could range from directing the vehicle to another disposal facility or to await the arrival of regulatory agency emergency response personnel.

**LOAD REDIRECTION:**

A filled or partially filled delivery truck is subject to redirection to an alternative loading area, such as at the western end of the tipping area, if an additional content evaluation effort is deemed necessary. Redirection may occur when the load appears to contain contamination above 10 percent or the presence of hazardous or other prohibited materials is suspected.  This redirection allows for

EXHIBIT 3

**SFD RECYCLING SERVICE OPERATIONS PLANS**

an extended sorting operation without impacting on incoming vehicles. When time allows, the operator attempts to remove the worst materials from the load. Hazardous, medical or other prohibited wastes are to be removed and handled according to permit requirements prior to pushing the inspected material onto the conveyor.

**PARTIALLY UNLOADED REJECTION:**

If a prohibited material is suspected when the load is partially discharged, the supervisor may instruct the driver to cease discharging and close the tailgate. Personnel can reject a load or partial load based upon a suspicion that prohibited materials are present. For example, the presence of drums with hazardous waste labels and liquid contents are cause for rejection without verifying that hazardous wastes are contained in the container. In such cases, the subject truck will be directed to follow the CWS' protocol for handling, transporting and disposing of hazardous materials. The unloaded portion will either be processed or a portion of the load will be sent to the container for contaminated material.

**ENTIRELY UNLOADED REJECTION:**

CWS may elect to unload the entire contents of the compartment even if significant contamination is observed. The entire load may be loaded on the conveyor for processing or the loader operator may cleave off a portion of the load. This removed portion will be loaded into a debris box or other container. CWS will seek to minimize the loss of recyclable materials but given the imprecise nature of the loader, this removed portion may contain some recyclable program materials. The containerized material will either be processed later if there is sufficient time and capacity, or the load will be disposed of off-site.

**NOTIFICATION**

CWS' plant manager or his/her designee will notify the driver, route supervisor and designated City representative when an unacceptably contaminated load arrives and it is determined that the load will be or should be rejected. This notification will occur as soon as the determination is made. Route supervisor shall confer with driver and route auditor so as to find the source of the contamination and implement an education campaign to promote clean recyclables.

**SORTING**

CWS' strives to process material in the most effective and efficient manner, segregating final marketable product, MSW, and hazardous waste. Materials may be baled or bulk shipped depending upon the available market. Material is

**EXHIBIT 3**

**SFD RECYCLING SERVICE OPERATIONS PLANS**

typically processed on a first-in, first-out basis so that specific material is not on site longer than 48 hours.

Once materials are dumped on the tipping floor the sorting process is as follows:

- Facility personnel will scan the materials for the presence of hazardous and other prohibited wastes including tires, cylinders, hoses, wood, metal, concrete, and large items. These materials will be removed to the appropriate storage location.

- Materials are loaded onto two infeed conveyor belts that transport them up to two pre-sort conveyor lines.

- Pre-sort activities are designed to separate cardboard, scrap metals, textiles, film plastic, prohibited wastes, and municipal solid waste (MSW). Sorters remove these items from the conveyor line and place them in chutes to the designated bunker or in containers. This is the primary point for removal of large items and difficult to handle items.

- Remaining materials from the presort flow into a series of sorting machines with fiber rigid screens that mechanically separate newspaper and mixed paper from other materials such as plastic containers and aluminum cans.

- Separated paper goes to a final sort line for removal of any residual MSW and maybe sorted to various marketable commodity levels.

- Mixed paper and newspaper are consolidated into bunkers and when enough of either material is available, it is directed onto one of the two baler infeed conveyors for baling.

- Recyclable materials from the paper reclaiming process go onto a transfer conveyer, where they are then taken to the container sort line.

- The container sort line is designed to separate three types of plastics, aluminum cans, ferrous metal scraps and cans, textiles, trash and glass.

- Ferrous metals, aluminum, and plastic types are accumulated in their respected bunkers until enough of each respective material type has accumulated for baling or bulk shipment.

- Each material is then directed onto a baler infeed conveyor for baling or is deposited in a container for bulk shipping.

- Glass is directed to a glass sort line where it is stored in bunkers. It is then loaded into end-dump trailers for sale. CWS has received a grant from CIWMB to subsidize the cost of the machinery needed to process glass bottles and jars to a greater degree.

- Baler productivity varies by material type and is dependent on the physical properties and quantity of each material being baled.

## EXHIBIT 3

## SFD RECYCLING SERVICE OPERATIONS PLANS

### HAZARDOUS AND OTHER PROHIBITED WASTE

Once the incoming materials are unloaded on the receiving area and throughout the sorting process, any potentially hazardous or other prohibited wastes that are detected will be removed from the incoming materials and placed in the designated staging area.  As necessary, or at the end of each day's shift, collected hazardous or prohibited wastes will be moved to the designated outside storage area.  Hazardous wastes include those materials deemed to be hazardous pursuant to federal, state, or local requirements.  Typical characteristics of hazardous wastes include toxicity, corrosivity, flammability, and reactivity.  Examples may include: lead acid batteries, cathode ray tubes, compressed gas containers, used oil and filters, solvents, paints, and pesticides.  Containers that meet the regulatory definition of "empty" are not considered hazardous.  Many of these prohibited wastes are diverted as recyclable materials.

The determination of a hazardous waste is based upon visual observations of containers and labels.  If suspicious odors or reactions are observed, personnel will utilize caution when investigating the material and follow its hazardous waste protocol.

### MEDICAL WASTES

Prohibited medical waste includes those materials deemed as regulated medical waste and certain non-regulated wastes.  Non-regulated medical wastes can include sharps, needles, and other items from sources exempt from regulation such as households.  Regulated medical waste could include biohazardous or infectious wastes from the treatment of humans or animals, and materials used in research or testing that contain body fluids.

### SOLID WASTES

Any prohibited municipal solid waste detected in the incoming material, either at the tipping area on the presort line, will be removed.  Rejected materials are placed either into a storage container or designated bunker. Prohibited solid wastes include any putrescible and nonputrescible solid and semisolid waste material, including garbage and rubbish and any other non-program materials that are not accepted into the City-designated recycling cart.

### STORAGE

CWS contains material in a lawful manner and strives to do so as effectively and efficiently as possible. Permitted storage areas are designated on site maps that have been approved by the City of San José and are a part of the Conditional Use Permit, Fire Permits, and the Hazardous Materials Business Plan. The types

## EXHIBIT 3

## SFD RECYCLING SERVICE OPERATIONS PLANS

of materials received and processed at the facility are not expected to contain materials that produce significant odors.

Potential nuisances are eliminated or minimized by thoroughly cleaning the station, prompt loading of wastes into containers or trailers, transferring the wastes to the landfill within forty-eight hours, and implementing litter control programs. A dust suppression system is installed in the unloading area. This system also serves to reduce potential odors and may be used in conjunction with an odor suppressant or neutralizer. The processing area is typically cleaned of potentially odorous material on a nightly basis.

### INCOMING RAW MATERIAL

Material is processed according to a first-in, first-out (FIFO) model. CWS is not currently processing material from any other jurisdiction in its San José MRF and all materials are therefore accounted for as being from San Jose

Prior to any future CWS acceptance of any materials other than those collected through San Jose's Recycle Plus program, the City and CWS will determine a protocol for creating and maintaining separate documentation and reporting consistent with the City's AB 939 reporting requirements.

Unprocessed materials that have not been transported up to the pre-sort line remain on the tip floor overnight. The following morning, unprocessed materials are moved from the back of the tipping floor area to the front of the tipping floor area, to insure that it is processed in a timely fashion (the "front" of the tipping area is defined as the area near the pit conveyers and the "back" is defined as the area towards the loading dock). A concerted effort is made to clear all conveyor belts of materials by the end of the shift. All recyclables materials/residual wastes received during an operating day shall be removed from the site within 48 hours of arrival.

### OUTGOING PRODUCT AND RESIDUE

Bales of paper, aluminum and other metals, plastic, textiles, and other recyclable materials are stored awaiting transport to offsite facilities. Stored bales must be placed so that there is a minimum of three feet clearance from the facility walls. Walkways between bales will be at least 44 inches wide. Outside storage areas have been authorized by a conditional use permit and subsequent amendments with no outside bale storage located within 10 feet of the property line.

Outgoing Residue is staged near the back area of the tipping floor, under the canopy, awaiting pickup. It is then hauled to a landfill or alternative disposal facility that meets all environmental regulations.

## EXHIBIT 3

## SFD RECYCLING SERVICE OPERATIONS PLANS

of materials received and processed at the facility are not expected to contain materials that produce significant odors.

Potential nuisances are eliminated or minimized by thoroughly cleaning the station, prompt loading of wastes into containers or trailers, transferring the wastes to the landfill within forty-eight hours, and implementing litter control programs. A dust suppression system is installed in the unloading area. This system also serves to reduce potential odors and may be used in conjunction with an odor suppressant or neutralizer. The processing area is typically cleaned of potentially odorous material on a nightly basis.

### INCOMING RAW MATERIAL

Material is processed according to a first-in, first-out (FIFO) model. CWS is not currently processing material from any other jurisdiction in its San José MRF and all materials are therefore accounted for as being from San Jose

Prior to any future CWS acceptance of any materials other than those collected through San Jose's Recycle Plus program, the City and CWS will determine a protocol for creating and maintaining separate documentation and reporting consistent with the City's AB 939 reporting requirements.

Unprocessed materials that have not been transported up to the pre-sort line remain on the tip floor overnight. The following morning, unprocessed materials are moved from the back of the tipping floor area to the front of the tipping floor area, to insure that it is processed in a timely fashion (the "front" of the tipping area is defined as the area near the pit conveyers and the "back" is defined as the area towards the loading dock). A concerted effort is made to clear all conveyor belts of materials by the end of the shift. All recyclables materials/residual wastes received during an operating day shall be removed from the site within 48 hours of arrival.

### OUTGOING PRODUCT AND RESIDUE

Bales of paper, aluminum and other metals, plastic, textiles, and other recyclable materials are stored awaiting transport to offsite facilities. Stored bales must be placed so that there is a minimum of three feet clearance from the facility walls. Walkways between bales will be at least 44 inches wide. Outside storage areas have been authorized by a conditional use permit and subsequent amendments with no outside bale storage located within 10 feet of the property line.

Outgoing Residue is staged near the back area of the tipping floor, under the canopy, awaiting pickup. It is then hauled to a landfill or alternative disposal facility that meets all environmental regulations.

## EXHIBIT 3

## SFD RECYCLING SERVICE OPERATIONS PLANS

Bales stored outside must not be higher than six feet and bales stored inside must not be higher than twelve feet unless permitted under a high pile permit from the Fire Prevention Bureau. Areas designated for bale storage are noted on the Site Plan.

### HAZARDOUS WASTE

Any hazardous materials removed from incoming materials will be stored in the designated area. Materials deemed as hazardous waste must be labeled with the contents and accumulation date. Once sufficient quantities are accumulated, CWS will contract with a hauler or a transporter to schedule a removal. Records of these removals will be retained on site for at least three years.

### DISRUPTIONS

Significant disruptions may occur in several ways, including:

- Failure of equipment due to introduction of non-recyclable materials, non-compliant (non-programmatic) materials (e.g. large metals, chemicals, etc. getting into the system
- Failure of equipment due to normal operating stresses that may be avoided by preventive maintenance or may occur in spite of appropriate preventative maintenance measures
- Hazardous materials incidents
- Regulatory actions
- Fires, earthquakes, floods, labor actions, etc.
- Loss of markets, shipping capacity, fuel, power, etc.

### RESPONSE

Significant disruptions in processing ability detrimentally impact the company's operations, marketing, labor relations and customer relations. Such disruptions may also cause recyclables to be reduced in value or lost to contamination. CWS will notify the City Representative within two hours of any significant event that negatively impacts its ability to process materials

CWS regards any disruption of more than four hours to be significant. One of the first tasks of the Plant Manager in evaluating a processing disruption is to determine the probable duration of the disruption. The criteria by which the impact of the disruption is to be judged are as follows:

- Level of hazard associated with the disruption and its cause
- Probable duration of the disruption
- Available space on the tipping floor relative to amount of material anticipated during the probable duration of the disruption

**EXHIBIT 3**

**SFD RECYCLING SERVICE OPERATIONS PLANS**

- Available outlets for the current and anticipated inventories of processed and unprocessed materials during the disruption

Mitigation of the disruption begins immediately upon its discovery. If the situation presents a hazard or permit violation situation, CWS will take all prudent action. The order of priority in handling materials in a processing disruption is as follows:

- If the disruption does not allow for partial operation of the sorting system and there is more than four hours of storage available on the tipping floor, then store unprocessed materials on the tipping floor to its capacity

- If the disruption is significant but partial and processing throughput will be reduced but not ceased, reschedule processing to allow for longer hours at lower throughput sufficient to process all materials

- If there is insufficient space on the tipping floor for storage then contact City Representative to request permission to ship materials to CWS' Alternative Processing Facility

- If the alternative processing facility is unable to accept the material, then contact City Representative to request permission to ship to a second approved Alternative Processing Facility

## EMERGENCIES

Emergency response situations may occur at the facility. Potential emergency situations would include power outages, natural disasters, fire, and hazardous materials releases. CWS has implemented emergency response procedures. During an emergency, the designated emergency coordinator for the shift initiates the evacuation procedures by activating the emergency alarm or horn. The shift supervisor is responsible for notifying emergency services and starting the emergency procedures. Additionally, if as a result of an emergency storm drains are threatened by discharge the, openings are covered with a plastic cover.

Emergency coordinators and shift supervisors receive periodic training on emergency response. Each shift periodically practices evacuation drills.

Emergency incidents are recorded in the Log of Special Occurrences required for solid waste facilities.

## BASIC RESPONSE

Whenever there is an indication of imminent or actual emergency situation, the following steps are taken:

- Designated emergency coordinator conducts an assessment of the nature and extent of the emergency

**EXHIBIT 3**

**SFD RECYCLING SERVICE OPERATIONS PLANS**

- If determined necessary, emergency communications are activated to instruct employees to evacuate the facility
- Facility shut-down procedures are initiated if necessary
- Emergency response agencies are notified as appropriate and identified in the CWS Emergency Response Plan
- Facility emergency personnel take appropriate measures to resolve the situation or minimize the spread to other parts of the facility
- If storm drains might be impacted by any emergency release, specified personnel seal off the potentially impacted drains. Storm Drain emergency response protocols are contained in storm drain management documentation

Prior to commencing operations after an emergency situation, designated management personnel will assess the facility to ascertain that the hazard has been mitigated.
Designated management personnel will review the incident and determine if any changes to the emergency procedures are necessary.

CWS' MRF at 3300 Wood Street in Oakland has been proposed as the primary Alternative Processing Facility if in the case of an emergency or any other unavailability of the Timothy Drive facility.  Upon approval, the secondary Alternative Processing Facility would be CWS' MRF at 1820 Tenth St., Oakland.  On or before June 30 of each year, CWS will propose an Alternate Processing Facility and a secondary Alternate Processing Facility.  City will utilize the agreed upon criteria in deciding whether to approve the facilities.  Once approved, the designation will be valid for one year.  However, CWS will still be required to obtain written permission to use the Alternate Facilities on an as needed basis.

**EQUIPMENT**

The following equipment is available for responding to emergencies:
- Fire extinguishers are located throughout the facility
- Emergency eye wash stations
- First aid kits
- Stormwater spill carts containing
  - Absorbent
  - Spill pillows
  - Spill boom

**EXHIBIT 3**

**SFD RECYCLING SERVICE OPERATIONS PLANS**

- o Personal protective equipment
- o Baking soda absorbent for battery storage area
- o Storm drain cover
- Radios for emergency communication
- Personal protective equipment

In addition, loaders and other site equipment can assist with emergency response efforts.

**TRAINING**

Training for emergency response situations will be commensurate with an employee's responsibility. Employees will be directed that they are not to respond to any emergency situation where they are not comfortable. Training topics will include:

- Evacuation procedures
- Assessment of response situations
- Facility shutdown procedures
- Use of fire extinguishers
- Spill prevention and response
- Personal protective equipment
- Notification of emergency agencies
- Cleanup and mitigation of spills

Records of employee training will be documented and maintained.

**TRANSPORTATION**

Traffic entering the facility property can generally be classified into three types: Incoming loads of unprocessed materials, outgoing loads of processed materials, and personnel, visitors and tradesmen arriving and leaving the facility grounds. Since this site is private property, only vehicles belonging to people with business with CWS are authorized to park in the designated parking areas. If an unauthorized vehicle is inappropriately parked it may be subject to towing.

The facility is capable of handling approximately 36 collection trucks at any one time. This consists of the following as depicted in the Site Plan (Appendices). It should be noted that parking of vehicles other than designated trucks is not allowed in this area.

- Seven trucks queuing behind the 70' entrance scale
- One truck on the 70' entrance scale

**EXHIBIT 3**

**SFD RECYCLING SERVICE OPERATIONS PLANS**

- Six trucks unloading on the unloading area
- Twenty-two trucks queuing in the parking spaces at the northeast side of the property

## INBOUND TRUCK TRAFFIC

Trucks bringing unprocessed materials to the facility constitute the greatest impact on the facility in terms of traffic, noise and hazard. All of these trucks are to enter the facility grounds from Timothy Drive and are instructed to approach the facility from the south end of Timothy and not to turn onto Timothy from Mabury. Once on site, collection trucks proceed to the 70' entrance scale. After being weighed, collection trucks maneuver to the unloading area to discharge materials.

## OUTBOUND TRUCK TRAFFIC

Trucks arriving empty to remove processed materials are usually 18-wheel tractor-trailer combinations or roll-off trucks. These trucks shall enter the facility from Timothy Drive and proceed to the designated area within the site for loading. The 18-wheel tractor-trailer combinations shall weigh in and out on the scale closest to Timothy Drive and shall exit onto Timothy Drive turning left only. Roll-off trucks may exit on Yard Court as they are likely to be pointing in that direction.

## TRUCK QUEUING

Trucks traveling to CWS Timothy Drive facility are not permitted to queue in the streets. At any time when the truck queue appears to be approaching the entrance, the loader operators and the scale operators are to direct trucks on the scales to the back staging area of the facility until the queue clears.

## TRUCK STAGING

Trucks staged at the back of the facility will back into their parking spots and remain until instructed by authorized facility personnel to proceed to the scales (if they have not been weighed) or to the tipping floor (if they have been weighed) to continue their unloading sequence. In general, the facility operates on a first-in first-out basis.

## CLOSING AND NOTIFICATIONS

If for any reason truck staging is overflowing and no room is available for the trucks to dump, materials delivery trucks will be turned away and the gate closed. In the unlikely event that such a closing should occur or appears imminent, CWS will notify all drivers immediately and request that they keep their trucks on the routes until the jam is cleared at the facility.

## EXHIBIT 3

### SFD RECYCLING SERVICE OPERATIONS PLANS

**PASSENGER AND LIGHT COMMERCIAL VEHICLE TRAFFIC**

Personnel, tradesmen and visitors will almost exclusively enter the facility from Timothy Drive and are not proscribed from turning right when exiting onto Timothy. With clearance from responsible company personnel, tradesmen may enter the Yard Court gate.

**HAZARDOUS WASTE TRANSPORT VEHICLES**

Only authorized haulers are utilized for removal of any recyclable hazardous, universal, and any other wastes from the facility. CWS will be contractually responsible for arranging for the disposal of prohibited wastes. CWS will retain documentation on the removal of these wastes.

### PERMITS AND LICENSES

A listing of site and operational permits and licenses is provided below:

- Solid Waste Facility Permit, 43-AN-0024
- Conditional Use Permit, City of San Jose, CP 01-12-108
- Building Permit, City of San Jose – Application submitted
- Occupancy Permit, City of San Jose
- Environmental Protection Identification Number CAL000266187
- Hazardous Materials Business Plan, City of San Jose, Bureau of Fire Prevention
- Hazardous Waste Generator Permit, County of Santa Clara, Department of Environmental Health
- Combustible Material Storage Permit, City of San Jose, Bureau of Fire Prevention
- Places of Assembly Permit, City of San Jose, Bureau of Fire Prevention
- Liquefied Petroleum Gas (LPG) Permit, City of San Jose, Bureau of Fire Prevention
- Air Pressure Tank Permit, District of Occupational Safety and Health,
- Industrial Storm Water General Permit Order 97-03-DWQ, State Water Resources Control Board, Facility WDID No. 2 43S017556

### CERTIFICATIONS

Facility scales are certified by Santa Clara County according to their standards and methodology. The County schedule is to certify annually.

### REPORTING

CWS will provide all reports as required in the Service Agreement and in conformance with Exhibit 8 of the City's Service Agreement.

## EXHIBIT 3

## SFD RECYCLING SERVICE OPERATIONS PLANS

### SALES AND MARKETING PLAN

CWS has been in the business of operating MRFs for 14 years. The company's principals have been in the business for more than 25 years and the combined recycling industry experience of the five key managers is more than 120 years. All these years of experience, however, are not enough to ensure that recyclables get recycled both for the highest and best use and for the highest dollar value if that experience is not continuously updated.

As a recycling company, CWS has always derived significant revenues from commodity sales. Because of the uncertainty of markets and the company's reliance on those uncertain returns, the company's principals have committed to work with all markets -- but especially emerging foreign markets – to ensure that while the rest of the industry may be experiencing radical fluctuations in price and demand, CWS can always move materials.

Now more than ever, the ability to sell materials in foreign markets is critical to the success of any recycling endeavor, as we see increasing American reliance on Asian paper and plastics markets while domestic markets weaken and tighten. Through extensive and regular visits to Asian commodity end users and through his own brokering business, CWS' president, David Duong, makes sure that CWS' materials move.

CWS' marketing model has a wide array of tools so the material moves during both high and low demand cycles.  CWS relies on long-term supply contracts, aggregation of orders from multiple plants, brokerage, off-site storage, and is in an Associate Partnership with a paper mill in Vietnam for fiber products. Through these techniques, CWS distinguishes itself as a leader in the secondary materials supply market in the western United States.

Among the materials CWS markets are:

**EXHIBIT 3**

**SFD RECYCLING SERVICE OPERATIONS PLANS**

- Newspaper (6-8)
- Telephone books (#1)
- Mixed paper (1)
- NCR computer paper
- Carbon computer paper
- Laser computer paper
- Laser-free computer paper
- White ledger paper
- Colored ledger paper
- Card stock
- Boxboard furnish
- Coated white overruns
- News scrap
- Glass bottles and jars in three colors
- Aluminium cans
- Aluminium foil
- Non-ferrous scrap
- Tin, steel, bi-metal cans
- Ferrous scrap
- PET clear

- PET colored
- HDPE natural
- HDPE colored
- Mixed plastics 3-7
- Injection molded HDPE of miscellaneous types
- LDPE natural film
- LLDPE films
- HDPE films
- Specialty polymers
- Wood
- Textiles
- Lead acid batteries
- Tires
- Compressed gas cylinders
- Inerts (glass fines for ADC, asphalt, concrete, dirt, rock, brick)
- White goods and small appliances
- E-waste including CRTs and integrated circuit boards
- Used motor oil
- Used motor oil filters

**EXHIBIT 3**

**SFD RECYCLING SERVICE OPERATIONS PLANS**

**COLLECTION EQUIPMENT**

The number of collection vehicles and support vehicles for recycling collection in Districts A and C are provided in Table 1 and 2 in the Collection Equipment Plan.  The staffing requirements necessary to collect recyclables are shown in Table 3. The specific plans for this equipment are provided in the following paragraphs.

**COLLECTION VEHICLES**

CWS will purchase new collection vehicles to collect recyclables.  These vehicles will meet all the requirements of the agreement.

A single collection vehicle with a single-compartment body will be assigned to collect recyclables from each route. These trucks will be automated side-loaders with low-level hoppers to facilitate manual loading of items such as extra materials and separately-bagged textiles.  The specifications for the collection vehicles selected are:

- Chasses:    Peterbilt 320 single-steer, right-hand sit-down
- Bodies:    McNeilus, StreetForce, 31 cubic yard

These trucks will be equipped with engines that meet the California Air Resources Board Heavy Duty Engine Standards as proposed to be in CCR Title 13, Section 2021 et seq, and the Federal EPA Highway Diesel Fuel Sulfur regulations.  Some of the vehicles have low-entry cabs with stand up right-hand drive.  The collection vehicles will be equipped with enclosed racks to hold empty used oil containers, full used oil containers, and oil filters lined with oil absorbent pads as we currently operate in the City of Oakland. These features minimize the effort by the operators when they leave the cab to service bagged materials, on-premise collection and disability collection. This produces the advantage of increasing operator efficiency, lowering the potential for fatigue and injury and lowering overall operational costs.

All the CWS collection vehicles and collection support vehicles will be equipped with radio frequency identification (RFID) units and global positioning system (GPS) location equipment.  The RFID will allow the collection vehicles to be positively identified as they enter processing and/or disposal facilities so that the scale systems can maintain tare weights for each vehicle.  This reduces queuing requirements and speeds collection vehicle turnaround at this facility.  The GPS system will allow CWS to track the location of each collection vehicle in real time.  This capability will assist in assuring that CWS crews minimize missed collections and facilitate the Route Supervisors ability to provide the quality assurance for collection and provide support needed for the crews.   The collection vehicles will be painted with the San José logo graphic.

## EXHIBIT 3

## SFD RECYCLING SERVICE OPERATIONS PLANS

For large item collection, CWS will use a 22-foot bed open body truck with a hydraulic knuckle boom crane and a lift gate for loading.

CWS will purchase these collection vehicles from the local Peterbilt dealer, Coast Counties Truck & Equipment Co., located in San José, California. The Peterbilt chasses will be delivered to McNeilus to be fitted with the bodies prior to delivery to Coast Counties for quality control, final prep and licensing. The binding purchase contract between CWS and Coast Counties specifies the cost of the collection vehicles which are shown in Table 8.

**Table 8**
**Collection Equipment and Costs**

| Type | Model | Cost Per Unit |
|------|-------|---------------|
| Collection Vehicle, Single Compartment | Peterbilt 320 McNeilus | $262,700 |
| Large Item Collection Vehicle | Peterbilt 335 | $134,000 |
| Supervisor Pick-up | Chevrolet 2500 | $37,000 |
| Cart Vehicle | Ford 450 | $45,000 |

## CARTS

The RFP indicates that the number of damaged carts averaged 14,412 units for Fiscal Year 2004-2005. These are divided between garbage and recycling at 8,448 and 5,964 respectively. In addition, the RFP indicates that the growth is 750 new stops per year. Each of these new stops will require a garbage cart and a recyclables cart. CWS, for planning purposes, has assumed that the distribution of the new and replacement carts by size will follow the size and color distribution presented in the RFP. CWS has made arrangements to purchase the recyclable carts from the OTTO Environmental Systems. CWS has an established relationship with OTTO based on the purchase of 40,000 Otto carts for the roll out of the single-stream curbside program in Oakland. These carts will meet all the requirements of the agreement.

CWS will maintain several months of cart inventory to ensure that sufficient inventory is maintained at all times. These carts will be delivered to the CWS Vehicle Yard.

## EXHIBIT 3

## SFD RECYCLING SERVICE OPERATIONS PLANS

CWS plans to field a single cart repair and replacement vehicle to service the carts in Districts A and C. This vehicle will be equipped with storage containers for storage of spare parts for all the different carts. The parts carried will include wheels, axles, nuts, and lids. The vehicle will be sufficient in size to accommodate the carts needed for replacement service orders for the day, based on the data provided in the RFP for new placements, repairs and replacements. The cart vehicle will be painted with the San José logo graphic as discussed in the Public Education and Outreach Plan.

## EMPLOYEE AND LABOR RELATIONS

The Employee and Labor Relations Plan for collection in Districts A and C are discussed below:

CWS recognizes the important role and tremendous contribution made by the current employees to the successful operation of the current San José solid waste collection system. CWS will offer employment to every non-exempt facility employees subject to the terms of the RFP and consequent service agreement. CWS has experience in hiring displaced workers in solid waste contracts and has no desire to upset the working and personal lives of current employees. CWS understands the uncertainty that workers feel when contracts are bid and believes it is essential that the employees understand that they will be retained and judged on their merits with a clean record going forward. If the current contractor has to have employed them full-time and continuously for 120 calendar days immediately before the effective date of the new agreement, CWS believes that they should be retained with no exceptional conditions.

## UNION RELATIONS

CWS currently has employees represented by Teamsters Local 70, Teamsters Local 350, ILWU Local 6, and Machinists Local 190. The company has four separate collective bargaining agreements and excellent relations with all unions. We are willing and able to respect and work cooperatively with all unions and all employees, whether working under collective bargaining agreements or not.

# EXHIBIT 4

## RECYCLE PLUS SERVICE DISTRICTS



EXHIBIT 4 PAGE 1 OF 1

**EXHIBIT 5**

**CENTRAL BUSINESS DISTRICT AND TRANSIT MALL ZONE**

**Central Business District**
The boundaries of the Central Business District are as follows: Commencing at Market and Julian Streets; east on Julian to Fourth Street; then south on Fourth Street to San Salvador; then west on San Salvador to South Market Street; then northwest on Market Street to San Carlos Street; then west on San Carlos to Almaden Boulevard; then north on Almaden Boulevard to Santa Clara Street; then east on Santa Clara Street to Market Street; then north on Market Street to West Julian Street, the point of beginning. Premises on both sides of the boundary streets shall be included in the Central Business District.

Recyclables collection from premises located within the Central Business District shall take place between the hours required by the San Jose Municipal Code, the same day, except within the Transit Mall Zone (see below). Streets within the Central Business District are swept by City crews and are not normally swept by the residential street sweeping contractors. Solid waste collection regulations for the Central Business District are contained in the San José Municipal Code.

**Transit Mall Zone**
The boundaries of the Transit Mall Zone are as follows: Commencing at Market and Julian Streets; then east on Julian Street to Third Street; then south on Third Street to San Carlos Street; then west on San Carlos Street to Market Street; then north on Market Street to Julian Street, the point of beginning; but excluding any premises which face Julian, Third, San Carlos, or Market Streets.

Recyclables collection from premises located within the Transit Mall Zone shall take place between the hours required by the San José Municipal Code. Streets within the Transit Mall Zone are swept by City crews and are not normally swept by the residential street sweeping contractors. Solid waste collection regulations for the Transit Mall Zone are contained in the San José Municipal Code.

EXHIBIT 5 PAGE 1 OF 2

**EXHIBIT 5**

**CENTRAL BUSINESS DISTRICT AND TRANSIT MALL ZONE**



EXHIBIT 5 PAGE 2 OF 2

# EXHIBIT 6

## SMALL CIVIC SERVICE UNITS

CONTRACTOR shall provide SFD Recycling Collection Services at the Small Civic Service Units listed in Service Districts A and C.

| | Department | Facility Name | Facility Address | Facility Street | Facility Zip | Service District |
|---|---|---|---|---|---|---|
| 1 | DOT | 4th Street Garage | 50 | N 4th St | 95113 | A |
| 2 | Fire | Station 7 | 800 | Emory St | 95126 | A |
| 3 | Fire | Station 8 | 802 | E Santa Clara St | 95112 | A |
| 4 | Fire | Station 11 | 2840 | The Villages Parkway | 95135 | A |
| 5 | Fire | Station 19 | 3292 | Sierra Rd | 95132 | A |
| 6 | Fire | Station 21 | 1749 | Mt Pleasant Rd | 95148 | A |
| 7 | Fire | Station 23 | 1771 | Via Cinco de Mayo | 95132 | A |
| 8 | Fire | Station 25 | 5125 | Wilson Way | 95002 | A |
| 9 | Fire | Station 31 | 3200 | Ruby Ave | 95135 | A |
| 10 | Fire | Station 6 | 1386 | Cherry Ave | 95125 | B |
| 11 | Fire | Station 15 | 1248 | Blaney Ave | 95129 | B |
| 12 | Fire | Station 12 | 5912 | Cahalan Ave | 95123 | C |
| 13 | Fire | Station 17 | 5170 | Coniston Way | 95118 | C |
| 14 | Fire | Station 22 | 6461 | Bose Lane | 95120 | C |
| 15 | Fire | Station 27 | 6027 | San Ignacio Ave | 95119 | C |
| 16 | Fire | Station 28 | 19911 | McKean Rd | 95120 | C |
| 17 | Fire | Station 35 | 135 | Poughkeepsie Rd | 95123 | C |

CITY may add or delete Small Civic Service Units to the list above upon written notice to CONTRACTOR, or as updated in the Customer Service System.

EXHIBIT 6 PAGE 1 OF 1

**EXHIBIT 7**

**APPROVED SUBCONTRACTORS**

The subcontractors listed below are hereby approved by CITY as to the scope of work specified for each listed subcontractor. CONTRACTOR may employ additional subcontractors only with the prior written approval of CITY's Director of Environmental Services as to the subcontractor(s) and the scope of work to be performed by the subcontractor(s).

| Name of Company/Firm | Address | Area of Responsibility |
|---|---|---|
| Kneal Resource System, Inc. | | Public Education & Outreach |
| Beyond Compliance | | Permitting & Regulatory Compliance |
| Paul Rottenberg | | Contract Compliance, Materials Marketing & Processing |

**EXHIBIT 8**

**DATA AND REPORTING**

## I. DAILY COLLECTION DATA

CONTRACTOR shall compile data on a daily basis and report the following information monthly by electronic format within ten (10) calendar days of the end of each month following the month in which the service was completed.

### A. Load Data for Recycling and Used Oil Collection Services

For Recyclable Materials, Used Oil and Used Oil Filters, CONTRACTOR shall provide data for each load collected and delivered to the Materials Recovery Facility. Data shall include, at a minimum, the following information:

1.      Name of the Materials Recovery Facility receiving load

2.      Weight tag number (unique, non-repeating number)

3.      Date of collection

4.      Day of week collected

5.      Date delivered to the Materials Recovery Facility

6.      Time of arrival at facility

7.      Truck number

8.      Net weight of load (in tons)

9.      Route number(s)

10.     District(s) serviced

11.     Number of set-outs

12.     Number of Used Oil Containers collected

13.     Number of Used Oil Filter Containers collected

14.     Time on route(s) (collection, transport, and downtime)

### B. Load Data for Large Item Collection Services

For Large Item Collection Service, CONTRACTOR shall provide data for each load collected and delivered to the Materials Recovery Facility. Data shall include, at a minimum, the following information:

1.      Name of Materials Recovery Facility receiving load

**EXHIBIT 8**

**DATA AND REPORTING**

2.    Weight tag number (unique, non-repeating number)

3.    Date of collection

4.    Day of week collected

5.    Date delivered to the Materials Recovery Facility

6.    Time of arrival at facility

7.    Truck number

8.    Net weight of load (in tons)

9.    District(s) serviced

10.    Number of scheduled set-outs collected (in billable units, up to 3 Large Items per set-out)

11.    Number of unscheduled set-outs collected (in billable units, up to 3 Large Items per set-out)

12.    Number of items collected (by type: white goods-CFC, white goods-other, brown goods, mattresses, furniture, upholstered furniture, E-Waste, other)

**C. Non-Collection Notice Data**

CONTRACTOR shall provide data for each Non-Collection Notice issued. Data shall include, at a minimum, the following information:

1.    NCN work order number entered in Customer Service System (unique, non-repeating number)

2.    Date issued

3.    Day of the week issued

4.    Route number

5.    Recipient address

6.    Service District

7.    Reason for Non-Collection (codes and definitions of codes to be provided by CITY)

**D. Courtesy Notice Data**

CONTRACTOR shall provide data for each Courtesy Notice issued. Data must include, at a minimum, the following information:

**EXHIBIT 8**

**DATA AND REPORTING**

1.    Date issued

2.    Total number of notices issued

**E. Cross Jurisdictional Vehicle Use Data**

In the event that Recycle Plus vehicles are providing services outside of San Jose or for non-Recycle Plus Program activities, or if non-Recycle Plus Program vehicles are used inside San Jose for Recycle Plus Program activities, CONTRACTOR shall report vehicle origin, vehicle number, jurisdiction used, and date of use.

## II. PROCESSING DATA

CONTRACTOR shall report monthly by electronic format within ten (10) calendar days of the end of each month following the month in which the service was provided, all data described in Articles 6 and 8 of this Agreement, including the following:

**A. Recycling, Used Oil, and Used Oil Filter Processing**

CONTRACTOR shall provide processing data for Recyclable Materials and Used Oil and Used Oil Filters.  Data shall include, at a minimum, the following information:

1.    Tons of Recyclable Materials processed (by commodity)

2.    Tons of residue that is delivered to the Disposal Facility

       i.     Name of the Disposal Facility receiving load

      ii.     CONTRACTOR weight tag number (unique, non-repeating number)

     iii.     Disposal Facility weight tag number (unique, non-repeating number)

     iv.     Date delivered to Disposal Facility

      v.     Time of arrival at facility

     vi.     Truck number

    vii.     Net weight of load (in tons)

   viii.     Material type (San Jose residential recycling Residue)

3.    Gallons of Used Oil processed

**EXHIBIT 8**

**DATA AND REPORTING**

4.   Tons of Used Oil Filters processed

5.   Gallons of Used Oil and number of Used Oil Filters that could not be Recycled and were disposed

6.   Material sales information:

    i.      type of material

    ii.     buyer

    iii.    date purchased

    iv.    tons shipped

    v.     price

    vi.    invoice number

    vii.   weight tag number

    viii.  freight cost

    ix.    number of bales

    x.     total revenue

7.   Processing Equipment Breakdown Report (for significant events)

    i.      date of breakdown

    ii.     type of equipment

    iii.    duration of breakdown

    iv.    reason for breakdown

    v.     impacts, if any, to processing operations

    vi.    mitigation measures taken to avoid similar breakdowns

8.   Rejected Loads Report

    i.      date

    ii.     time

    iii.    route number (if known)

    iv.    estimated percentage of load rejected

    v.     tons rejected

    vi.    final disposition of material

**EXHIBIT 8**

**DATA AND REPORTING**

### B. Large Item Processing

CONTRACTOR shall provide processing data for Large Items.  Data shall include, at a minimum, the following information:

1.    Number of items received by type (CFC white goods, other white goods, brown goods, mattresses, furniture, upholstered furniture, E-Waste, other)

2.    Tons collected

3.    Tons material reused

4.    Tons material Recycled

5.    Tons disposed

### III. DATA RECONCILIATION

CONTRACTOR shall compare the CITY's Service Unit data with the CONTRACTOR's Service Unit data and resolve all discrepancies within thirty (30) calendar days of receipt of CITY's Service Unit data.  Reconciliations shall be completed annually by March 15 of each year and shall include reconciliation of premise ID, service address, cart type, cart size, and any special services (on-premise, disabled on-premise). CONTRACTOR shall notify CITY ten (10) Work Days prior to commencing the data reconciliation, by requesting Service Unit data from the CITY's Customer Service System.  The CITY shall provide data within ten (10) Work Days of the request.  If a large number of discrepancies are discovered during the data comparison, the CITY may defer resolution of discrepancies until the next annual route audit.  CONTRACTOR may choose to replace their Service Unit data with CITY Service Unit data instead of conducting a data comparison.  CONTRACTOR shall replace their data with CITY provided data within five (5) Work Days of data receipt, and notify CITY when complete.

### IV. REPORT REQUIREMENTS

### A. Monthly Reports

CONTRACTOR shall submit Monthly Reports within ten (10) days of the end of each calendar month.  The Monthly Report shall follow the report format requested by the City Representative.

**EXHIBIT 8**

**DATA AND REPORTING**

## B. Quarterly Reports

CONTRACTOR shall submit Quarterly Reports within thirty (30) days of the end of the previous calendar quarter. The Quarterly Report shall follow the report outline below, focusing on analysis and narrative of quarterly activity, with trend comparisons to previous quarter and same quarter of previous year, if applicable.

## C. Annual Reports

CONTRACTOR shall submit Annual Reports on or before February 15th for the previous calendar year. The final report covering the last six months of service under this Agreement shall be submitted by August 15th following the end of service. Annual Reports shall follow the outline below, with analysis and narrative to cover the reporting year activity.

## D. On-Request Reports

1.  Strike Contingency

    If CONTRACTOR'S employees are represented by a collective bargaining unit, CONTRACTOR shall detail how normal operations will be maintained if a labor strike should occur. The Strike Contingency Plan shall include, but not be limited to, the steps to be taken to have replacement labor to maintain operations, to maintain facility security, to protect non-union personnel and the public, and a point of contact or spokesperson for media relations.

2.  Additional Customer and Operation Information

    From time to time, CITY may request additional information in order to evaluate a potential redesign of the Recycle Plus Program services including, but not limited to the following:

    a.  *Routes by Service Type*
    - Number of routes per day;
    - Types of vehicles;
    - Crew size per route;
    - Number of full time equivalent (FTE) routes; and
    - Number of accounts per route.

**EXHIBIT 8**

**DATA AND REPORTING**

b.    *Personnel*
- Organizational chart;
- Job classifications and number of employees (e.g. administrative, customer service representatives, drivers, supervisors, educational staff);
- Wages by job classification;
- Number of full time equivalents (FTE) positions for each job classification; and
- Number of hours per job classification per year.

c.    *Productivity Statistics*
- Number of Service Units per day per route;
- Representative number of setouts per day per route of actual data or based on annual route audit; and
- Average tons per day per route.

d.    *Education Activities*
- List of all public education efforts performed in the last 12-month period including, but not limited to: mailers, newsletters, bill inserts, and announcements on bills. For each item listed, identify the date and method of distribution, the customers or parties that received the materials, the total number distributed, and a copy of the material distributed; and
- Dates, times, and group names of meetings attended.

e.    *Large Item/E-Waste*
- Tonnage by Large Item and E-Waste service;
- Number of Large Item pick-ups and E-Waste pick-ups during each month of the most recent 12-month period;
- Disposal tonnage;
- Diversion tonnage, listed by vendor or Processing site;
- Number of stops serviced by a third party re-use vendor;
- List of re-use vendors collecting reusable items; and
- Number and type of vehicles used to perform the collections,

**EXHIBIT 8**

**DATA AND REPORTING**

average route hours per week; number of personnel and average labor hours per week during a one-month period.

3.  <u>Regulatory Compliance for Vehicles</u>

CONTRACTOR shall provide the CITY Representative with copies of any documentation demonstrating compliance with the following regulatory requirements:
a.    Clean air vehicle regulations as set forth in Section 11.3.3
b.    Registration, licensing, and inspection as set forth in Section 11.3.8
c.    Vehicle certification as set forth in Section 11.5

**E. Report Outline for Quarterly and Annual Reports**

The following provides an outline of the Quarterly and Annual Report requirements.  The purpose of the reports is to provide an analysis of activities and significant events, including service delivery, CONTRACTOR performance, waste stream analysis, commodity prices, and community outreach and relations.

**EXHIBIT 8**

**DATA AND REPORTING**

**REPORT OUTLINE**

**SECTION I - DATA**

**A. Collected Tonnage**

This section shall include analysis of tons of Recyclable Materials collected and apparent trends and causes for any tonnage changes.

**B. Residue Tonnage Disposed**

This section shall include analysis of residue levels at the MRF, and apparent trends and causes for any tonnage changes.

**C. Recyclable Tonnage Collected and Sold**

This section shall focus on detailed analysis of the Recyclable Materials collected and sold (by major commodity), diversion, apparent trends and causes, and any challenges in the marketing of material.

**D. Commodity Prices and Revenue**

This section shall focus on detailed analysis of the recyclable markets and sales activity, apparent trends and causes.

**E. Large Item Collection**

This section shall focus on detailed analysis of the Large Item collection program, diversion, and apparent trends and causes. Additional analysis shall be provided on the following specific program aspects:

- Number of items collected by type (white goods-CFC, white goods-other, brown goods, mattresses, furniture, upholstered furniture, E-Waste, other)
- Tons collected
- Material reused (tons and type)
- Material Recycled (tons and type)
- Tons disposed

## EXHIBIT 8

## DATA AND REPORTING

### F. Used Oil and Used Oil Filter Collection

This section shall include analysis of amounts of Used Oil and Used Oil Filters collected and apparent trends and causes for any significant changes.

### G. Non-Collection and Courtesy Notices

This section shall focus on detailed analysis of Non-Collection and Courtesy Notice activity, by the dates issued, and apparent trends and causes for any significant changes.

### H. Missed Collections

This section shall focus on detailed analysis of the number of missed collections, apparent trends and causes and possible remedies.

### I. Cart Activity

This section shall focus on detailed analysis of Recycling Cart activity; apparent trends and causes for significant changes; and approximate quantities, by size, of CONTRACTOR's inventory of Recycling Carts available for deliveries, repairs and exchanges.

### J. Customer Calls

This section shall focus on detailed analysis of customer service activity, apparent trends, major issues and causes. Additional analysis shall be provided on specific service requests and complaint calls.

## SECTION II – ROUTE AUDITS

In this section, CONTRACTOR shall include the route audits conducted during the quarter and the findings from the route audits. This section shall include all of the route audit information required in Article 10 of this Agreement.

## SECTION III - VEHICLE INFORMATION

### A. Vehicle Inventory and Compliance Reports

### B. Vehicle Mileage Report

### C. Vehicle Maintenance/Preventative Maintenance Activity

**EXHIBIT 8**

**DATA AND REPORTING**

**D. Status of State Inspection Requirements**

**E. Alternative Fuel Vehicle (AFV) Usage and Performance**

    1.    Monthly AFV Reports shall include the following information:

- Biodiesel purchase documentation, including blend information (e.g., B20, B50, etc.)
- Biodiesel usage information including gallons
- Quantity of vehicles operating on biodiesel

    2.    Quarterly AFV Reports shall include the following information, if applicable:

- Discussion of Biodiesel performance; including but not limited to, average fuel economy, issues with power and speed, and any unusual noise or fumes.
- Operational issues
- Maintenance issues
- Fuel supply issues
- Analysis and narrative of results from testing the use of alternative fuels in collection vehicles

    3.    In addition to the above, Annual AFV Reports shall include:

- Summary of Quarterly Reports
- Emissions ratings
- Grant status
- Fuel purchase and delivery documentation

**SECTION IV – COMMUNITY OUTREACH SUMMARY**

**A. List of Events**

**B. Outreach Pieces, Distribution, Targeted Audiences**

**C. Number of Customers Reached Through Each Campaign**

**D. Results of Outreach Efforts**

**EXHIBIT 8**

**DATA AND REPORTING**

## SECTION V - SIGNIFICANT EVENTS

This section shall discuss any significant events occurring in the organization.

## SECTION VII - CALENDAR

**A. Reports Delivered This Quarter**

**B. Reports Due Next Quarter**

**END REPORT OUTLINE**

END OF EXHIBIT 8

**EXHIBIT 9**

**OUTREACH**

**SFD Recycling Collection Services**

**A. Annual Outreach Plan**

CONTRACTOR shall submit an annual Public Education and Outreach Program Plan ("PEOP") for each calendar year of the term of this Agreement. The PEOP must be submitted by September 30th of the preceding calendar year and must be approved by the City Representative. The PEOP shall include a minimum of four public education and outreach campaigns designed to increase diversion. Campaigns should target certain recyclable materials or "problem" areas of CONTRACTOR's service area where improvements can be maximized. Targets of outreach should be based on local trends and recycling patterns based on information obtained by both CITY and CONTRACTOR staff. Required elements of the annual plan include:

1. One direct mail piece. The piece must be submitted with the Plan, and must be approved by the City Representative before publication. CONTRACTOR shall distribute the piece to all SFD households, either through direct mail or by hand-delivery. Upon the mutual agreement of CONTRACTOR and the City Representative, CONTRACTOR may fulfill this requirement by contributing to the production and distribution costs of a direct mail piece produced by CITY.

2. Promote and support specific Recycle Plus programs as directed by the City Representative.

3. Grass roots, door to door interaction with residents.

4. A list of community events such as fairs, workshops, and cultural festivals CONTRACTOR will attend to promote the Recycle Plus program, as needed or directed by the City Representative.

5. Attendance at community and neighborhood association meetings as needed or directed by the City Representative.

6. School presentations.

7. Distribute City-developed collateral materials at events, schools, community meetings, etc.

8. Creation of display materials for events and school presentations.

**EXHIBIT 9**

**OUTREACH**

9.  Placement of CITY-provided signs on collection vehicles

10. Distribute, or contribute to the distribution of, CITY-developed Annual Collection Service Notice.

11. Distribute, or contribute to the distribution of, CITY-developed Collection Calendar.

12. Maintenance of a Website with direct links to City's Recycle Plus Website (www.sjrecycles.org).  The Website must include relevant program information with regular updates as needed, or as directed by the City Representative.  The Website must also allow for customer comments and questions.

**B. Quarterly Coordination Meetings**

CONTRACTOR shall attend quarterly coordination meetings with CITY. CONTRACTOR will report on outreach efforts, including quantifiable results and budget status.  CITY staff will report on CITY outreach efforts, and provide input regarding CONTRACTOR's public education programs.

**C. Additional Outreach Materials**

CONTRACTOR may develop or distribute informational or promotional materials about the program for CONTRACTOR's own use only with the express written permission of the City Representative.  All materials shall be reviewed and approved by the City Representative prior to publication or distribution.  All such materials developed by CONTRACTOR shall be printed at CONTRACTOR's expense without compensation from CITY.

END OF EXHIBIT 9

# EXHIBIT 10

## ALTERNATIVE FUEL VEHICLE CONVERSION PLAN AND TIMELINE

**BIODIESEL VEHICLE REQUIREMENT**

All CONTRACTOR's collection vehicles shall use an equivalent of not less than ULS-B20 biodiesel, in a blend consistent with EPA and Department of Energy standards for alternative fuel, or an equivalent mutually agreed upon alternative fuel (including, but not limited to CNG). CONTRACTOR shall notify the City Representative immediately in the event non-alternative fuel is used in any of its collection vehicles. Transition to use of ULS-B20 biodiesel fuel for CONTRACTOR's collection vehicles shall be completed no later than January 1, 2015.

**REPLACEMENT OF LIGHT DUTY VEHICLES WITH HYBRID DRIVE TECHNOLOGY**

All CONTRACTOR's supervisor and light duty vehicles (non-collection vehicles) shall be replaced with hybrid-drive technology by January 1, 2015. Acceptable hybrid-drive technology must meet the CITY's intent of improving air quality and reducing greenhouse gas emissions.

Attach list of current supervisor and light duty vehicles listed by:

- Make, model, year of manufacture
- Engine/fuel type
- Length of manufacturer's warranty
- Current mileage
- Estimated remaining useful life; estimate date of replacement

**REPORTING REQUIREMENTS**

A discussion of Biodiesel performance shall be included in Monthly, Quarterly and Annual Reports provided to CITY as described in Exhibit 8.

**EXHIBIT 11**

**ELECTRONIC INTERFACE REQUIREMENTS**

# CONTRACTOR BACK-END INTEGRATION

# INTERFACE FUNCTIONAL

# REQUIREMENTS AND DESIGN

**EXHIBIT 11**

**ELECTRONIC INTERFACE REQUIREMENTS**

# 1  FUNCTIONAL REQUIREMENTS

## 1.1  OVERVIEW

PeopleSoft RM provides the ability for users (City and Hauler staff) to create and dispatch Field Activities from within the application / portal. However, residential contractors may use an interface (inbound) to process Service Orders created within their applications. This reduces duplicative data entry by hauler staff and minimizes the need for Contractor Customer Service Representatives (CSR) to be versatile in two applications. For Field Activities created by the City CSR (for Contractors), a set of interfaces (outbound/inbound) is required. Although a real-time interface is desired, the Contractors could be faced with technology challenges in performing a point to point integration with PeopleSoft RM. Considering this and the cost of a real-time interface, a near real-time interface using batch processes is the preferred option.

# 2  FUNCTIONAL DESIGN

## 2.1  APPROACH

### For Field Activities (FA) created by City CSR:

The following diagram illustrates the processes involved in the creation of the flat file that is interfaced to each Hauler.



### FDS – Create Download Staging

This process looks for all field orders that are marked for extraction (a field order gets marked for extraction when it is first created if its dispatch group is dispatchable). For each record found, the system creates a field order download staging record.

Each download staging record is marked with a batch control ID & run number when it's created.

**EXHIBIT 11**

**ELECTRONIC INTERFACE REQUIREMENTS**

• The batch control ID comes from the field order's dispatch group. This ID corresponds with a specific extraction method.

• The run number is the batch control ID's current run number.

**FDL – Create Download Flat File**

This process reads all download staging records marked with a given batch control ID & run number, and creates the flat files for the Haulers. This process is re-runnable and the flat-files can be reproduced at any time. The no. of files created in each run is dependant on the distinct Distributor Ids (Haulers) for the batch and run number being processed. The file structure is as follows:

| PeopleSoft RM Field Name | Structure | Comments |
|---|---|---|
| FA_ID | AN (10) | The Field Activity ID in PeopleSoft Revenue Management |
| FA_TYPE_CD | AN (8) | The Field Activity type code |
| FA_DESCR | AN (30) | The corresponding FA Description. |
| SP_ID | AN (10) | The Service Point ID associated to the Field Activity |
| SP_TYPE_CD | AN (8) | The SP Type Code for the SP_ID that is referenced on the FA. Since the same FA Type can be used across all services, the combination of the FA Description with the SP Type Code will indicate for which service the activity is being performed for. |
| EXTRACT_DTTM | DATE (26) | CI_FO.EXTRACT_DTTM |
| SCHED_DT | DATE (10) | • CI_FO.SCHED_DT |
| SCHED_TM | TIME (15) | • CI_FO.SCHED_TM |
| FA_STATUS_FLG | AN (2) | "P" → Pending |
| INSTRUCTIONS | AN (254) | For applicable FA Types, the current and new Multi-Information will be transferred. This is only applicable for single-row SFDs or Yard Trimming/Street Sweeping Service. For e.g. multi-row SDF and MFDs, the user (City CSR) is required to manually input the instruction for the Hauler. |

**EXHIBIT 11**

**ELECTRONIC INTERFACE REQUIREMENTS**

| PeopleSoft RM Field Name | Structure | Comments |
|---|---|---|
| DESCR254 | AN (254) | Additional Comments. |
| PREM_ID | AN (10) | CI_PREM.PREM_ID |
| CU_LEGACY_SLN | AN (50) | Legacy Service Location Number<br>CI_PREM_GEO.GEO_VAL<br>Where GEO_TYPE_CD = 'SLN'<br>(only populate if available) |
| CU_APN | AN (50) | Current Parcel Number |
| CU_SVC_ADDRESS | AN (150) | Custom Field. Service Address made up of the following fields:<br>Address1\|\|Address2\|\|City\|\|State\|\|Zip |
| FR_ITEM_TYPE | AN (8) | Will be populated if current (Effective Date <= SYSDATE) SP Multi-Item has a single row. |
| FR_ITEM_CNT | NBR (11,2) | Count associated to the ITEM TYPE CODE above |
| TO_ITEM_TYPE | AN (8) | Will be populated if new (Effective Date > SYSDATE) SP Multi-Item has a single row. |
| TO_ITEM_CNT | NBR (11,2) | Count associated to the ITEM TYPE CODE above |
| CU_OWNER_NAME | AN (50) | Owner's Primary Name. |
| CU_OWNER_PHONE | AN (24) | Owner's Primary Phone Number. |
| CU_ALERT | AN (50) | |
| CU_OCCUPANT_NAME | AN (50) | Person in Occupant table or Account Relationship for MAIN_CUST_SW = 'Y'. Identify Account from Premise's SA/SP Link. |
| CU_OCCUPANT_PHONE | AN (24) | Occupant's Primary Phone Number. |
| BATCH_CD | AN (8) | PeopleSoft RM Batch Code for extract process |
| BATCH_NBR | NUM (10) | PeopleSoft RM Batch Number that corresponds to the extract |

# EXHIBIT 11

## ELECTRONIC INTERFACE REQUIREMENTS

Field Order Completion Upload Background Processes:

The following diagram illustrates the processes involved in the uploading of field order completion, from the Hauler.

The required data from the Hauler, upon completing or closing a Service Order (FA) is reflected below:



| PeopleSoft RM Field Name | Structure | Comments |
|---|---|---|
| CU_FA_CRE_TYPE | AN (3) | If this record corresponds to a Field Activity created by City CSR, the value 'PRM' should be populated. If this record corresponds to a Field Activity created by the Hauler, the value 'HAL' should be populated. |
| CU_SVC_ORDER_ID | AN (20) | If this record corresponds to a Field Activity created by City CSR, the FA_ID field should be populated. If this record corresponds to a Field Activity created by Hauler, the Unique Service Order ID prefixed by either 'GT', 'GW' or 'CW' should be populated. GT→ Green Team, GW → Green Waste, CW → California Waste Solutions. |
| FA_STATUS_FLG | AN (2) | e.g. "C" → *Completed*  "X" → *Cancelled* |
| WORK_DTTM | DATE (26) | Only Populated if the FA_STATUS_FLG = 'C'. The date and time the Service Order was completed |
| DESCR254 | AN (254) | Field Comments |
| CAN_RSN_CD | AN (4) | Only Populated if the FA_STATUS_FLG = 'X'. The record has to correspond to a value configured in PeopleSoft RM. |

In the event the Service Order is created by the Hauler, the above records will only be processed if a Field Activity record exists in PeopleSoft. Otherwise, an exception record is created in a custom table. The structure of this exception table is discussed in the next section. Completed FA will be processed through the FA Upload staging process.

**EXHIBIT 11**

**ELECTRONIC INTERFACE REQUIREMENTS**

**For Service Orders created by Haulers:**

Haulers are required to transmit data in the following format (Fixed Length format) for Service Orders generated in their systems. For the City of San José to accurately track and respond to customer requests, it is a requirement for Haulers to transmit the Service Orders in a flat file every fifteen minutes. These files will be deposited within an FTP (File Transfer Protocol) site.

| PeopleSoft RM Field Name | Structure | Comments |
|---|---|---|
| CU_SVC_ORDER_ID | AN (20) | Corresponds to a Field Activity created by Hauler, the Unique Service Order ID prefixed by either 'GT', 'GW' or 'CW' should be populated. GT→ Green Team, GW → Green Waste, CW → California Waste Solutions. |
| FA_TYPE_CD | AN (8) | The Field Activity Type configured in PeopleSoft RM. The Hauler has to cross reference this value from the Service Order code in the Hauler's application. |
| SP_TYPE_CD | AN (8) | The Service Point Type configured in PeopleSoft RM. The Hauler has to cross-reference this value from the Service code (e.g. Garbage, Re-cycling, Yard-Trimming, Street Sweeping) in the Hauler's application. |
| PREM_ID | AN (10) | Hauler will need to store the PeopleSoft RM Premise ID for each Premise being serviced. This together with the Service Point Type will be used as the primary identifier in locating the SP to create the Field Activity on. |
| CU_LEGACY_SLN | AN (50) | Legacy Service Location Number, if PREM_ID is not available. |
| SCHED_DATE | DATE (26) | The Schedule Date of Service |
| SCHED_TIME | | The Scheduled Time of Service |
| FA_STATUS_FLG | AN (2) | "P" → Pending |
| INSTRUCTIONS | AN (254) | Hauler CSR to provide details on the Service to be performed. This is required for e.g. multi-row SFDs and MFDs. |
| DESCR254 | AN (254) | Field Comments |

**EXHIBIT 11**

**ELECTRONIC INTERFACE REQUIREMENTS**

| PeopleSoft RM Field Name | Structure | Comments |
|---|---|---|
| RM_ITEM_TYPE | AN (8) | This value will be populated if the existing item is required to be removed/exchanged. Should only be populated if service corresponds to a single-row SFD or a single-row Yard trimming/ Street Sweeping Service.<br>To be used for removing SP multi-items.<br>DO NOT POPULATE THIS FOR MFD SERVICES. MFD change requests should be reflected in the INSTRUCTIONS FIELD. |
| RM_ITEM_CNT | NBR (11,2) | Count associated to the ITEM TYPE CODE above |
| AS_ITEM_TYPE | AN (8) | This value will be populated if a new item is required to be added/exchanged. Should only be populated if service corresponds to a single-row SFD or a single-row Yard trimming/ Street Sweeping Service.<br><br>To be used for adding SP multi-items.<br><br>DO NOT POPULATE THIS FOR MFD SERVICES. MFD change requests should be reflected in the INSTRUCTIONS FIELD. |
| AS_ITEM_CNT | NBR (11,2) | Count associated to the ITEM TYPE CODE above |

Each record is processed by invoking the Field Activity, Field Order and SP Multi-Item creation routines. The Hauler's Service Order ID is stored as an Adhoc Characteristic value, which will be used as an identifier when completing the Field Activity.

The CU_LEGACY_SLN maybe passed if the PREM_ID is not available.

A log will be generated for each file processed, and maybe sent to the respective Haulers via e-mail or FTP (automated). The log will contain the status of each Service Order processed. For Service Order with an exception, an exception description will be reflected next to the Service Order. Also the log file will contain the list of Field Activities cancelled in the Application (non Hauler generated) that have not been notified.

For Garbage Service, the RM_ITEM_TYPE and RM_ITEM_CNT if populated will be evaluated to see if the value matches the current setup in the application. If a mismatch occurs, and exception will be created for the Service Order.

# EXHIBIT 11

## ELECTRONIC INTERFACE REQUIREMENTS

### Exceptions:

All exceptions will be inserted into the following table, and can be queried by the Haulers. The above components will not be created for 'Pending' records reflected in the exception table.

| PeopleSoft RM Field Name | Structure | Comments |
|---|---|---|
| DISTRIBUTOR_ID | AN (10) | Hauler's ID |
| CU_FA_CRE_TYPE | AN (3) | If this record corresponds to a Field Activity created by City CSR, the value 'PRM' should be populated. If this record corresponds to a Field Activity created by the Hauler, the value 'HAL' should be populated. |
| CU_SVC_ORDER_ID | AN (20) | If this record corresponds to a Field Activity created by City CSR, the FA_ID field should be populated. If this record corresponds to a Field Activity created by Hauler, the Unique Service Order ID prefixed by either 'GT', 'GW' or 'CW' should be populated. GT→ Green Team, GW → Green Waste, CW → California Waste Solutions. |
| FA_STATUS_FLG | AN (2) | "P" → Pending, "X" → Cancelled, "C" → Completed. The value from the inbound file. |
| CRE_DTTM | AN (26) | Exception creation Date/Time |
| DESCR254 | AN (254) | Exception description |

### Cancel Reasons Currently in System:

Customer Request (used for rescheduling Large Item Collections, etc.)

SA Start/Stop cancelled (sale of house did not go through)

END OF EXHIBIT 11

# EXHIBIT 12

## LARGE ITEMS

CONTRACTOR shall collect the following materials as "Large Items". This list of Large Items may be amended by the mutual agreement of CONTRACTOR and the City Representative. Any such amendments shall be in writing and shall be signed by the City Representative and CONTRACTOR.

| Item | Description |
|---|---|
| Basketball hoops | Disassembled |
| Bathtub | Porcelain, cast iron (incl. Clawfoot). |
| BBQ grills large | No ashes (cold or hot). No propane tanks. |
| Bicycle | |
| Bird bath | Ceramic or concrete. No large fountains. |
| Box of items | Total weight of box and contents not to exceed 60 pounds and dimensions of box not to exceed 4'x4'x2'. No Garbage or Hazardous Waste. |
| Box spring | See "Mattress" |
| Camper shell | Must be a shell (not a full camper) from a passenger-sized vehicle (not commercial). Shell must be no larger than 4' wide x 8' long and no higher than cab of truck. No homemade or hardwood shells. Aluminum or fiberglass shells are acceptable. |
| Carpet | Dry: Must be rolled with a length no longer than 6' and diameter no larger than 2'. Wet: Must be rolled with a length no longer than 4' and diameter no larger than 2'. Carpets must be bundled or tied and manageable by one person. One roll equals one item. Padding separate item. |
| Chairs | Upholstered, wood, plastic or aluminum okay. If chairs are designed to stack or nest (e.g. white plastic lawn or aluminum chairs), then 4 stacked chairs is 1 item. |

EXHIBIT 12

LARGE ITEMS

| Item | Description |
|---|---|
| Compactors (trash) | Clean and empty. |
| Computer | Home computer with components (monitor, printer and CPU counts as one item). |
| Copier | Desktop or household only. |
| Counter tops | Length no longer than 8'; each 8' length counts as one item. |
| Dishwashers | No water. |
| Dog house | |
| Doors (closet, front/back door) | No all-mirrored or whole-glass doors.  Small glass insert in a front/back door is acceptable. |
| Dresser | |
| Dryer | |
| Electronic Components | Can include any or all of the following up to *five* items per collection: Stereo receiver, turntable, two speakers, cd player, and/or VCR. |
| Fax machine | |
| Fences/Gate | Length of sections must be no longer than 8'. No more than 60 pounds.  Each bundle is one item.  Chainlink should be rolled and bundled. No entire fences, construction debris or wood/cement posts. |
| Fireplace inserts | No ashes (cold or hot). |
| Fluorescent tubes | 6 tubes taped or tied together is 1 item |
| Freezer | No longer than 6'. Chest or upright, empty (residential type only – no commercial). |
| Furnace | |
| Garage door opener | Disassembled and bundled. |
| Garbage disposal (appliance) | |
| Grandfather clock | |

## EXHIBIT 12

## LARGE ITEMS

| Item | Description |
|---|---|
| Hot tub/spa | Small (2-3 person) size. No water. Deck counts as separate item(s). |
| Hutch | |
| Kitchen cabinets | Length no longer than 6'. |
| Ladder | |
| Large Yard Trimmings | Oversized Yard Trimmings such as tree trunks and branches, weight no greater than 60 pounds and length no longer than 5' and diameter no larger than 2', which are attributed to the normal activities of a Service Unit. |
| Lawn furniture | See "chairs" "picnic table" and "wood spool" sections. |
| Lawn mower | Either with or without motor. No fluids. |
| Light fixture | Must be placed in a box for collection. See also "box of items." |
| Mattress | Mattress and box spring are separate items. King mattress and box springs (2) count as two items. |
| | |
| Minibike/moped | Either with or without motor. No fluids. |
| Oven | Empty. |
| Pallets (wood) | Each pallet counts as 1 item. No cement or construction and demolition. |
| Piano or organ | No grand pianos. Upright is acceptable and counts as three items. |
| Picnic table | Detached benches are extra items. See also "chairs" and "wood spool" sections. |
| Ping pong table | Folded in half. |
| Plastic pools | Disassembled and bundled |

**EXHIBIT 12**

**LARGE ITEMS**

| Item | Description |
|---|---|
| Pool cover | Prepared like carpet. |
| Pool table | |
| Pot belly stoves | No ashes (cold or hot). |
| Refrigerators | Empty. Doors must be removed or secured closed. Counts as one item (including removed door). Residential only, no commercial refrigerators. |
| Shed | Disassembled and bundled. Prefabricated only. Weight no greater than 60 pounds. |
| Sink | Household size, no commercial sinks. |
| Sofa | If sofa is a sectional, each section counts as one item. |
| Solar panels | Drained, each unit or panel is one item (like countertops). |
| Spa cover | See also "hot tub/spa" section. |
| Speakers | See "Electronic Components" |
| Stereo | See "Electronic Components" |
| Stereo cabinets/hi-fi | See "Electronic Components" |
| Stove | Empty. Loose items secured. |
| Swing set | Simple, A-frame with slide is acceptable. Jungle gyms must be disassembled. Each 60-pound bundle counts as one item. |
| Table saw | Household garage type, not commercial or industrial. |
| Television | See "Electronic Components" |
| Tables | Table leaves may be included, but must be bundled. Each table with up to three leaves counts as one item. |
| Tires | Passenger vehicle and pickup truck tires only. May have rims included. One tire is one item, or |

**EXHIBIT 12**

**LARGE ITEMS**

| Item | Description |
|------|-------------|
| | one tire/rim is one item or one rim separated from the tire is one item. May add 4th tire for same cost. |
| Toilet | |
| Tree stump | Weight no greater than 60 pounds and length no longer than 5' and diameter no larger than 2'. |
| VCR | See "Electronic Components" |
| Vehicle body parts | Disassembled. Items such as car door, hood, fender, car seat, and camper shell. No glass windshields or engine parts. See also "tires" and "camper shell" sections. |
| Video arcade/pinball machines | Limited to one per household. |
| Washer | Drained. |
| Water bed | Drained. |
| Water heater | Drained. |
| Wheel barrow | |
| White goods | Inoperative or discarded refrigerators, ranges, water heaters, freezers, and other similar household appliances. |
| Window/door frames | Frames must be without glass. Window screens are acceptable. |
| Wood scrap (scrap lumber) | Bundled with a weight no more than 60 pounds and dimensions no greater than 5'x2'x2'. Must be secured. Each bundle is one item. |
| Wood spool | Small spool only, similar in size to household picnic furniture. |

**END OF EXHIBIT 12**

# EXHIBIT 13

## CONTAINER SPECIFICATIONS AND PERFORMANCE CRITERIA

CONTRACTOR shall provide Recycling Carts that meet the following specifications and minimum performance criteria.

| Specifications and Performance Criteria For 32-, 64-, and 96-Gallon Capacity | |
|---|---|
| **Volumetric Capacity – Recycling Carts** | • 32-gallons +/- 12%, 64-gallons +/- 12%, and 96-gallons +/- 12%, excluding volume resulting from a crowned lid in the closed position |
| **Minimum Load Rating** | • 32-gal: 100 lb.<br>• 64-gal: 175 lb.<br>• 96-gal: 250 lb. |
| **Compatibility** | • Compatible with commercially available fully automated lifting mechanisms that are or will be used in San José |
| **Standards of Design** | • Designed to meet all relevant sections of American National Standards Institute (ANSI) Z245.30-1999 and Z245.60-1999<br>• Designed such that wastes flow freely out of the cart when dumped by a fully automated lifting mechanism |
| **Materials of Construction & Recycled Content** | • Body of cart: HDPE<br>• At least 20% post-consumer recycled content |
| **Dimensions & Design** | • Body of cart -- nestable for economic bulk transportation and to facilitate distribution to users<br>• Maximum width of 31" including lid and wheels<br>• Leak proof |

## EXHIBIT 13

## CONTAINER SPECIFICATIONS AND PERFORMANCE CRITERIA

| Specifications and Performance Criteria For 32-, 64-, and 96-Gallon Capacity | |
|---|---|
| **Lid** | • Manufactured from the same material as the body of the cart.<br>• Rotate at least 270 degrees<br>• Watertight, must prevent rain entry when closed, with or without latches<br>• Snug-fitting and must overlap the cart rim<br>• Self-draining |
| **Handle** | • Handle mounts must either:<br>  1. be an integrally molded part of the cart body; or<br>  2. if bolt-on handle mounts are used, they must be designed such as to prevent them from working loose over the active life of the cart |
| **Wheels** | • Minimum tire diameter: 10 inches for 64- and 96-gal carts, 8 inches for 32-gal carts<br>• Minimum tread width: 1.5 inches<br>• Tire material must be natural rubber or polymeric compound<br>• Each wheel must be rated for the minimum load rating of the carts and not deform plastically when subjected to the rated load of the carts<br>• Axle must pass through the cart body outside of the area for waste storage<br>• Wheels must have a locking device to secure them to the cart axle |
| **Fasteners** | • No fasteners are to penetrate the body of the cart where waste will be contained<br>• All fasteners are to be corrosion resistant and free of sharp edges |

## EXHIBIT 13

## CONTAINER SPECIFICATIONS AND PERFORMANCE CRITERIA

| Specifications and Performance Criteria For 32-, 64-, and 96-Gallon Capacity | |
|---|---|
| **Finish Surfaces** | • Interior surface must be smooth with a semi- or high-gloss finish<br><br>• Exterior surface must be suitable for hot stamping on lid and body<br><br>• Exterior must be free of sharp edges and corners, protrusions, or other structures that could pose a nuisance or hazard to humans |
| **Assembly** | • Carts must be easy to assemble<br><br>• Nuts must be self-locking<br><br>• Nuts and/or rivets must be designed such that they cannot be removed with ordinary tools by the public |
| **Performance** | • Carts must pass ANSI standards 245.30-1999, clauses 7.2.4.2 (testing requirements for two-wheeled carts) for the following parameters:<br><br>   1. volumetric loading capacity<br><br>   2. slope stability<br><br>   3. durability during pulling<br><br>   4. loading and unloading (cycle test)<br><br>   5. center of balance position<br><br>   6. force to tip cart<br><br>   7. lid (collapse)<br><br>• All metal components of the cart must meet the corrosion resistance requirements of 500 hours of salt spray exposure as described in ASTM B117<br><br>• Carts must pass the Leakage performance test (Appendix A)<br><br>• Empty carts must pass the Wind Stability performance test (Appendix A) |

**EXHIBIT 13**

**CONTAINER SPECIFICATIONS AND PERFORMANCE CRITERIA**

| Specifications and Performance Criteria For 32-, 64-, and 96-Gallon Capacity | |
|---|---|
| **Testing** | • Performance testing of production samples shall be conducted at a frequency of 3 per 1000 units manufactured |
| **Environmental** | • Ultra-violet stability: All plastic components must contain UV inhibitors and the cart must maintain performance during the warranty period when exposed to ultra-violet radiation of the sun<br><br>• Temperature stability: Cart must not plastically deform when subjected to temperatures in the range of 25 deg F to 170 deg F and a compressive load of 200 lb |
| **Identification & Markings** | • The lid must have a suitable area to affix a label for recycling education<br><br>• The following must be hot-stamped on the lid:<br>  1. facing street arrow<br><br>• The following must be hot-stamped on the cart body:<br>  1. CITY's logo<br>  2. serial number (sequentially numbered)<br>  3. production batch number and date<br>  4. maximum load weight rating<br>  5. cart type, per clause 4.2.1f of ANSI Z245.30-99 |
| **Color** | • Recycling: Gray body with blue lid |
| **Warranty** | • Minimum 10 years for all parts of cart; not prorated; any failure under warranty shall be replaced with a newly manufactured whole cart, which is defined to be the body of the cart, wheel, lid, handles, other ancillary features and fasteners |

**EXHIBIT 13**

**CONTAINER SPECIFICATIONS AND PERFORMANCE CRITERIA**

**Appendix A**

**Performance Tests**

**Wind Stability**

This test is designed to assure that a cart will remain stationary and in the upright position under severe wind conditions.

The cart must be able to remain upright and stationary in a wind flow of 25 mph. The test surface shall be a flat finished asphalt surface. Place one sidewall of cart perpendicular to a horizontal flow of air at 25 mph for one minute. Record whether or not the cart tips over and distance, if any, the cart slides or rolls. Repeat the test for each of the other sides.

To pass this test, the cart shall not tip over, or slide or roll more than 6.0 in., in any of the tests.

**Leakage**

The purpose of this test is to determine if the cart is designed to minimize leakage.

The cart shall be filled with water to a level within 8 in. from the inside bottom of the container. The container shall be covered with its own lid. The filled container shall then be placed in a covered area over a dry drip pan to collect any leakage and allowed to stand for a period of 24 hours exposed to temperatures within the range of 65 to 75 F. The water level within the container after the test shall be measured and recorded to within the nearest 0.1 in. The results of the test shall be reported in terms of final water level, ambient temperature, visible leakage, and quantity of water collected in the drip pan. Containers that exhibit any leakage shall fail the test.

**EXHIBIT 14**

**FORM OF PERFORMANCE BOND**

**RECYCLE PLUS SFD RECYCLING COLLECTION SERVICES**

**FOR THE**

**CITY OF SAN JOSE, CALIFORNIA**

**KNOW ALL MEN BY THESE PRESENTS**: that

(here insert full name and address or legal title of contractor)

as Principal, hereinafter called Contractor, and, _____ (Name of insurer)

as Surety, hereinafter called Surety, are held firmly bound unto the CITY OF SAN JOSE, CALIFORNIA as Obligee, hereinafter called the City, in the amount of THREE MILLION EIGHT HUNDRED THOUSAND DOLLARS ($3,800,000) for the payment whereof Contractor and Surety bind themselves, their heirs, executors, administrators, successors and assigns, jointly and severally, firmly by these presents.

WHEREAS, Contractor has by written agreement dated _____,2011, entered into an Agreement with the City for providing Recycling Collection Services in accordance with Agreement of the CITY OF SAN JOSE, CALIFORNIA, which Agreement is by reference made a part hereof, and is hereinafter referred to as the Agreement.

NOW, THEREFORE, THE CONDITION OF THIS OBLIGATION is such that, if Contractor shall promptly and faithfully perform said Agreement, then this obligation shall be null and void; otherwise it shall remain in full force and effect.

The Surety hereby waives notice of any alteration or extension of time made by the City.

Whenever Contractor shall be, and declared by the City to be in default under the Agreement, the City having performed the City's obligations thereunder, the Surety may promptly remedy the default, or shall promptly perform one of the following:

1.    Complete the Agreement in accordance with its terms and conditions.

## EXHIBIT 14

## FORM OF PERFORMANCE BOND

2.     Obtain a bid or bids for completing the Agreement in accordance with the terms and conditions, and upon determination by the Surety of the lowest responsible bidder, or if the City elects, upon determination by the City and the Surety jointly of the lowest responsible bidder, arrange for an agreement between such bidder and the City, and make available as work progresses (even though there should be a default or a succession of defaults under the Agreement or Agreements of completion arranged under this paragraph) sufficient funds to pay the cost of completion less the balance of the Agreement price; but not exceeding, including costs and damages for which the Surety may be liable hereunder, the amount set forth in the first paragraph hereof.  The term "balance of the Agreement price," as used in this paragraph, shall mean the total amount payable by the City to Contractor under the Agreement and any amendments thereto, less the amount properly paid by the City to Contractor.

Any suit under this bond must be instituted before the expiration date of the Agreement or if extended for an additional term by the City, the expiration of the extended term.

No right of action shall accrue on this bond to or for the use of any person or corporation other than the City named herein or the executor, administrator or successors of the City of San José, California.

Signed and sealed this _____day of_____, 2011.

(Principal)     (Seal)

(Witness)

_____

(Title)

Surety     (Seal)
(Name of Insurer)

(Witness)

By:

_____

(Attorney-in-Fact)

**EXHIBIT 15**

**WAGE POLICY**

Pursuant to City of San José Prevailing Wage policy, CONTRACTOR and any of CONTRACTOR's subcontractors shall be obligated to pay not less than the prevailing wage as set forth in this Exhibit.

## I.  CITY COUNCIL WAGE POLICY

### A.  PREVAILING WAGE POLICY

California Labor Code and/or Resolutions of the City of San José require the payment of not less than the general prevailing rate of per diem wages and rates for holiday and overtime and adherence to all labor standards and regulations.

Prevailing Wages established by the California Department of Industrial Relations shall be the General Prevailing Wage Determination made by the Director of Industrial Relations pursuant to California Labor Code Part 7, Chapter 1, Article 2, Sections 1770, 1773 and 1773.1.  The General Prevailing Wage Rates may be adjusted throughout the term of this Agreement.

Prevailing Wages established by the City of San José shall mean the wages paid under a collective bargaining agreement between CONTRACTOR and a recognized union representing workers who perform services pursuant to this Agreement; or, if there is no collective bargaining agreement, not less than the prevailing rate of per diem wages for the employee craft/classification as determined by the City of San José's Office of Equality Assurance.

The City Prevailing Wage will be subject to annual adjustment on the first day of each July during the term of this Agreement.  Adjustments will be based on the United States Department of Labor, Bureau of Labor Statistics Consumer Price Index, All Items, for all Urban Consumers [CPI-U] for San Francisco-Oakland-San José).

### B.  REPORTS

The Office of Equality Assurance will monitor the payment of prevailing wage by requiring CONTRACTOR and all subcontractors to file a LABOR COMPLIANCE WORKFORCE STATEMENT and LABOR COMPLIANCE FRINGE BENEFIT STATEMENT with supporting documentation.  CONTRACTOR shall submit all such reports as requested by the Office of Equality Assurance.

CONTRACTOR and covered subcontractors shall also report such other additional information, including certified payrolls, as requested by the Director of Equality Assurance to ensure adherence to the Policy.

**EXHIBIT 15**

**WAGE POLICY**

Annual labor compliance statements must be filed in the Office of Equality Assurance no later than July 10 at the address below.

City of San José
Office of Equality Assurance
200 East Santa Clara Street
Fifth Floor
San José, CA 95113
Phone: 408.535-8430

**C.     EMPLOYMENT OF DISPLACED WORKERS**

1.    Obligations Upon Termination

Upon termination of this Agreement CONTRACTOR shall fully cooperate with all CITY requests regarding contacts with CONTRACTOR's employees to enable a transition in the workforce to a new service provider.

**D.     LABOR PEACE**

CITY's Office of Equality Assurance has determined that the level of vulnerability of the Agreement to service or labor disputes is sufficient to warrant that labor peace is essential to the propriety interests of CITY.  Therefore, CONTRACTOR shall at all times comply with the provisions of CONTRACTOR's Employee and Labor Relations Plan set forth in Exhibit 3 to this Agreement.

**E.     ENFORCEMENT**

**1.    General**

CONTRACTOR acknowledges it has read and understands that, pursuant to the terms and conditions of this Agreement, it is required to pay workers prevailing wage ("Wage Provision") and to submit certain documentation to CITY establishing its compliance with such requirement.  ("Documentation Provision.")  CONTRACTOR further acknowledges that CITY has determined that the Wage Provision promotes each of the following (collectively "Goals"):

a)    It protects job opportunities and stimulates CITY's economy by reducing the incentive to recruit and pay a substandard wage to labor from distant, cheap-labor areas.

b)    It benefits the public through the superior efficiency of well-paid employees, whereas the payment of inadequate compensation tends to negatively affect the quality of services to CITY by fostering high turnover and instability in the workplace.

**EXHIBIT 15**

**WAGE POLICY**

c)  Paying workers a wage that enables them not to live in poverty is beneficial to the health and welfare of all citizens of San Jose because it increases the ability of such workers to attain sustenance, decreases the amount of poverty and reduces the amount of taxpayer funded social services in San Jose.

d)  It increases competition by promoting a more level playing field among contractors with regard to the wages paid to workers.

2.  **Remedies for CONTRACTOR's breach of prevailing wage/living wage provisions**

a)  **Suspension or termination:** suspend and/or terminate the Agreement or financial assistance **agreement for cause;**

b)  **Restitution:** require CONTRACTOR to pay any amounts underpaid in violation of the required payments and CITY's administrative costs and liquidated damages, and in the case of financial assistance to refund any sums disbursed by CITY.

c)  **Debarment:** debar CONTRACTOR or its subcontractor from future CITY contracts and/or deem the recipient ineligible for future financial assistance.

d)  **Withholding of payment:** CONTRACTOR agrees that the documentation provision is critical to CITY's ability to monitor CONTRACTOR's compliance with the wage provision and to ultimately achieve the goals.  CONTRACTOR further agrees its breach of the documentation provision results in the need for additional enforcement action to verify compliance with the wage provision.  In light of the critical importance of the documentation provision, CITY and CONTRACTOR agree that CONTRACTOR's compliance with this provision, as well as the wage provision, is an express condition of CITY's obligation to make each payment due to CONTRACTOR pursuant to this Agreement.  CITY is not obligated to make any payment due to CONTRACTOR until CONTRACTOR has performed all of its obligations under these provisions.  Any payment by CITY despite CONTRACTOR's failure to fully perform its obligations under these provisions shall not be deemed to be a waiver of any other term or condition contained in this Agreement nor a waiver of the right to withhold payment for any subsequent breach of the wage provision or the documentation provision.

EXHIBIT 15

WAGE POLICY

e) **Liquidated damages for breach of wage provision:** CONTRACTOR agrees its breach of the wage provision would cause CITY damage by undermining the goals, and CITY's damage would not be remedied merely by CONTRACTOR's payment of restitution to the workers who were paid a substandard wage. CONTRACTOR further agrees that such damage would increase the greater the number of employees not paid the applicable prevailing wage and the longer the amount of time over which such wages were not paid. CITY and CONTRACTOR mutually agree that making a precise determination of the amount of CITY's damages as a result of CONTRACTOR's breach of the wage provision would be impractical and/or extremely difficult. Therefore, the parties agree that, in the event of such a breach, CONTRACTOR shall pay to CITY as liquidated damages the sum of three (3) times the difference between the actual amount of wages paid and the amount of wages that should be paid.

## F.  AUDIT RIGHTS

All records or documents required to be kept pursuant to this Agreement to verify compliance with the Wage Provision shall be made available for audit at no cost to CITY, at any time during regular business hours, upon written request by the City Attorney, City Auditor, City Manager, or a designated representative of any of these officers. Copies of such records or documents shall be provided to CITY for audit at City Hall when it is practical to do so. Otherwise, unless an alternative is mutually agreed upon, the records or documents shall be available at CONTRACTOR's address indicated for receipt of notices in this Agreement.

## G.  COEXISTENCE WITH ANY OTHER EMPLOYEE RIGHTS

These provisions shall not be construed to limit an employee's ability to bring any legal action for violation of any rights of the employee.

**EXHIBIT 15**

**WAGE POLICY**

**WAGE DETERMINATION**

**FOR CITY CONTRACTED SOLID WASTE SERVICES**

**EFFECTIVE DATE:  July 1, 2010**

| Classification | Basic Hourly Pay Rate | Health Welfare & Pension | Vacation Minimum (7 Days) | Paid Sick Leave (11 days) | Paid Holidays (12 Days) | Total Hourly Pay* |
|---|---|---|---|---|---|---|
| Recycle Driver | $27.74 | $8.18 | $.75 | $1.18 | $1.28 | $39.13 |

| Breakdown of Benefits | | |
|---|---|---|
| Paid Vacation Days | After 1 year | 7 Days –  56 Hours |
| | After 5 years | 15 Days – 120 Hours |
| | After 10 years | 20 Days – 160 Hours |
| | After 15 years | 25 Days – 200 Hours |
| | After 20 years | 30 Days – 240 Hours |
| | After 25 years | 35 Days – 280 Hours |
| | After 30 years | 40 Days – 320 Hours |
| Paid Sick Leave | Eleven (11) paid Sick Days | |
| Paid Holidays | Twelve (12) paid Holidays | |

**EXHIBIT 15**

**WAGE POLICY**

**MATERIAL RECOVERY FACILITY OPERATIONS**

| Classification | Basic Hourly Pay Rate | Health Welfare & Pension | Vacation Minimum (6 Days) | Paid Sick Leave (7 days) | Paid Holidays (8 Days) | Total Hourly Pay* |
|---|---|---|---|---|---|---|
| Sorter | $13.49 | $3.91 | $.40 | $.47 | $.53 | $18.80 |
| Floor Sorter / Raker | $20.15 | $3.91 | $.55 | $.64 | $.74 | $25.99 |
| Spotter | $15.71 | $3.91 | $.45 | $.52 | $.60 | $21.19 |
| Buy Back Operator | $18.50 | $3.91 | $.51 | $.60 | $.69 | $24.21 |
| Mechanic | $32.02 | $3.91 | $.83 | $.97 | $1.11 | $38.84 |
| Equipment Operator | $19.98 | $3.91 | $.55 | $.64 | $.74 | $25.82 |
| Baler Operator | $20.11 | $3.91 | $.55 | $.64 | $.74 | $25.95 |
| Scale Operator | $21.21 | $3.91 | $.58 | $.67 | $.78 | $27.15 |

| Breakdown of Benefits | | |
|---|---|---|
| Paid Vacation Days | After 1 year | 6 Days –  48 Hours |
| | After 5 years | 15 Days – 120 Hours |
| | After 10 years | 20 Days – 160 Hours |
| | After 15 years | 25 Days – 200 Hours |
| | After 20 years | 30 Days – 240 Hours |
| | After 25 years | 35 Days – 280 Hours |
| Paid Sick Leave | Seven (7) paid Sick Days | |
| Paid Holidays | Eight (8) paid Holidays | |

# EXHIBIT 15

## WAGE POLICY

NOTE: Pursuant to the Labor Code and/or City Resolution, the awarding body is responsible for determining classifications to be used on Construction, Maintenance, Service and other contracts subject to prevailing wage and/or living wage requirements. Upon award of contract, the successful contractor/service provider will be required to submit: (1) Labor Compliance Workforce Statement; (2) Labor Compliance Fringe Benefit Statement with supporting documentation. As a condition of its contract, this firm may also be required to submit certified payrolls as requested by the Office of Equality Assurance.

**Determination Notes**

*The full amount of the total hourly wage must be paid directly to the worker, UNLESS the Contractor is making payments to a benefit plan. If the Contractor is making payments to a benefit plan but the benefits being paid do not add up to the full amount of benefits identified, the Contractor must pay the difference directly to the worker.

Hours and Days of Work

**(Industrial Welfare Commission Order No. 16-2001)**

Employees shall not be employed more than eight (8) hours in any workday or more than 40 hours in any workweek unless the employee receives one and one-half (1 ½) times such employee's regular rate of pay for all hours worked over 40 hours in the workweek. Employment beyond eight (8) hours in any workday or more than six (6) days in any workweek is permissible provided the employee is compensated for such overtime at not less than:

One and one-half (1 ½) times the employee's regular rate of pay for all hours worked in excess of eight (8) hours up to and including 12 hours in any workday, and for the first eight (8) hours worked on the seventh (7th) consecutive day of work in a workweek; and

Double the employee's regular rate of pay for all hours worked in excess of 12 hours in any workday and for all hours worked in excess of eight (8) on the seventh (7th) consecutive day of work in a workweek.

# EXHIBIT 15

## WAGE POLICY

### LABOR COMPLIANCE WORKFORCE STATEMENT

**CONTRACTOR NAME:**

**CITY CONTRACTED SOLID WASTE SERVICES**

In the chart below, list the name, prevailing wage or living wage classification(s) to be used, and rate of pay and hire date for each employee expected to work on the above Agreement. See example below.

| EMPLOYEE NAME | CRAFT/TRADE CLASSIFICATION | BASIC HOURLY RATE OF PAY (On City of San José Agreement) | DATE OF HIRE (Indenture Date If Apprentice) |
|---|---|---|---|
| *Example:  Bob Jones* | *Garbage Driver* | *$25.06* | *6/1/2002* |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Questions regarding classifications allowed on San José projects should be directed to the Office of Equality Assurance at 408-535-8430.

## EXHIBIT 15

## WAGE POLICY

## LABOR COMPLIANCE FRINGE BENEFIT STATEMENT

**CONTRACTOR NAME:**

## CITY CONTRACTED SOLID WASTE SERVICES

I certify under penalty of perjury that fringe benefits are paid to the approved plans, funds, or programs as listed below:

| Classification | Fringe Benefit Hourly Amount | Name of the Plan or Fund (Attach Premium Transmittal) |
|---|---|---|
| 1. | Vacation $ | |
| *Documentation of Plan contribution __must__ be returned with this statement* Please attach a copy of your most recent transmission into each medical, pension, or profit sharing plan account indicating worker name and amount of contribution. | Health & Welfare $ | |
| | Pension $ | |
| | Apprentice $ | |
| | Other (specify) $ | |
| 2. _____ | Vacation $ | |
| | Health & Welfare $ | |
| | Pension $ | |
| | Apprentice $ | |
| | Other (specify) $ | |
| 3. _____ | Vacation $ | |
| | Health & Welfare $ | |
| | Pension $ | |
| | Apprentice $ | |
| | Other (specify) $ | |

☐ All (or some) fringes are paid in cash by adding the amount to the employee's basic hourly rate.

_____
Company Name (Please Print)

_____
Name and Title (Please Print)

_____
Date

_____
Signature

**EXHIBIT 16**

**ALTERNATE PROCESSING FACILITY**

The alternate processing facility information outlined below shall be submitted by CONTRACTOR in order to secure processing capacity at an alternative facility, subject to approval by City Representative.

**A.    Facility Information**

- Name and location of facility
- Permitted capacity of facility (to ensure additional tonnage is allowed under current permit
- Average tons currently processed at facility (daily, not including San Jose tons)
- Types of material to be processed at the facility
- Hours of operation at facility
- Hours of operation for processing San Jose material

**B.    Operations Plan**

- Estimated number of tons delivered to facilities (daily)
- How long will material be processed at alternative MRF?  If longer than five days, more information will be required (see items C and D below).
- Type of material (SFD, MFD)
- Identify if material be stored, processed and sold separately?
- Identify how will material be delivered (direct, transferred)?
- If transferred, describe transfer operations.
- Description of how contractual reporting requirements will be maintained
- Reason material needs to be processed at alternative MRF.  Plan to restore operations at San Jose MRF
- How will the alternative MRF accommodate the increased tonnage: (additional shifts, more employees)
- How will the material be processed (going through entire sort system)

**As mentioned above, if the material is processed for longer than five days, the following additional information will be required in the alternative MRF plan:**

**C.    A detailed site plan that clearly identifies the following:**

- Location materials are to be unloaded.
- Storage location for unprocessed materials.
- Location of sorting activities.
- Location of residue storage.
- Storage location of loose and baled recyclables.

**EXHIBIT 16**

**ALTERNATE PROCESSING FACILITY**

**D.**  **Additions to Operations Plan**

If San Jose material is being commingled, stored, processed and sold:
- Provide sampling procedure to determine residue rate at alternative facility.
- If processing both SFD and MFD material, separate samples will be required.

If San Jose material is stored, processed and sold separately from other material:
- How San Jose will keep its materials separate from other materials
- How residue will be kept separate and collected, weighed, and transported
- Tracking sales data as outlined in the Agreement

# EXHIBIT 17

## LARGE ITEM COLLECTION BILLING SERVICES

This exhibit outlines the requirements that shall be in place and the tasks to be completed prior to transitioning Large Item Billing Services from the CITY to the CONTRACTOR.

**Implementation:**
There will be an implementation period commencing on the day after written notification to the CONTRACTOR to transition Large Item Billing Services to the CONTRACTOR. Implementation will be completed upon approval by the CITY of CONTRACTOR requirements.  Upon completion of implementation, CITY will set the Go-Live date.  An overview of the timeline is outlined below.

| Large Item Billing Services Implementation Timeline | | |
|---|---|---|
| **Phases** | **Timeline** | **Tasks** |
| Written Notification | Kick off large item billing services transition | CITY sends written notification to Large Item Billing Services CONTRACTOR |
| Implementation | Starts day after notification | CONTRACTOR starts implementation of all items required for Go-Live<br><br>Testing by CONTRACTOR<br>Verification by CITY |
| Go/No Go Meeting | Approx 18 calendar days before Go-Live | CITY coordinates Large Item Billing Services with both Large Item Collection service providers<br><br>CONTRACTOR completes all tasks required for Go-Live<br><br>CITY to approve/disapprove tasks by CONTRACTOR<br>CITY to set date for Go-Live |
| Moratorium on Field Activities | 14 calendar days before Go-Live | CONTRACTOR finalizes all pending FA s<br>No new FA s<br>Finalize post Go-Live CITY business procedures<br>Finalize CONTRACTOR requirements |
| Go-Live | CONTRACTOR takes over billing | CONTRACTOR discontinues FA interface with CITY<br>CITY discontinues billing |

**CONTRACTOR shall provide the following services, processes and/or documentation:**

### *Customer Service*
- Collect payment directly from customers for Large Item Collections and related fees.
- Provide customers with a receipt for cash payment and upon request for other types of payments.
- Provide all customer service relating to Large Item Billing Services.
- Comply with CITY direction in resolution of all escalated customer complaints.

**EXHIBIT 17**

**LARGE ITEM COLLECTION BILLING SERVICES**

- Exempt customers from prepayment on a case-by-case basis. For example, CONTRACTOR may develop a billing option for customers that routinely have numerous large item orders. If applicable, notify customers of any related fees such as a fee for returned payment for insufficient funds.

*Data Security and Privacy*
- Safeguard/protect customers' credit card and other personal information in accordance with PCI Data Security Standard (PCI DSS) and comply with Red Flag rules.
- Implement an identity theft prevention program as required by the FTC.
- Restrict use of customer information. Do not sell, share, or use customer information for any non-billing purpose.

*Reporting and Recordkeeping*
- Maintain records so the CITY can verify customers are being charged the correct Large Item Collection rate and fees.
- Provide monthly reports showing customer charges and related large item pickup counts.
- Track Field Activities for Large Item Collection and provide CITY with monthly reports on the item counts and work completion timeframes for CONTRACTOR performance compliance. Data should include service address, date of customer request, date completed and items collected.
- Retain records for five (5) years after the expiration or earlier termination of this Agreement.

*After Go-Live CITY shall:*
- Discontinue paying CONTRACTOR for Large Item Collection services.
- Discontinue billing customers for Large Item Collection services.
- Maintain administrative oversight.
- Review escalated customer complaints and make final determination as to the resolution of the disputes.
- Conduct periodic reviews to ensure fees and charges are implemented accurately and resolution of escalated customer complaints follow CITY direction.

**Future Billing Problems**
After Go-Live, the CONTRACTOR assumes all risks associated with Large Item Billing Services.

## TABLE OF CONTENTS

Article 1.    DEFINITIONS ................................................................................. 2

Article 2.    TERM OF AGREEMENT .............................................................. 11

Article 3.    REPRESENTATIONS AND WARRANTIES OF CONTRACTOR .............. 12

Article 4.    GENERAL SERVICES ................................................................. 14

Article 5.    SERVICE UNITS ......................................................................... 18

Article 6.    SFD RECYCLING COLLECTION SERVICES ............................. 20

Article 7.    LARGE ITEM BILLING SERVICES ............................................. 29

Article 8.    RECYCLABLE MATERIAL PROCESSING ................................. 33

Article 9.    ADDITIONAL SERVICES ............................................................ 38

Article 10.   COLLECTION ROUTES ............................................................. 43

Article 11.   PERSONNEL, EQUIPMENT, AND FACILITIES ........................ 48

Article 12.   DISPOSAL ................................................................................. 54

Article 13.   CUSTOMER SERVICE .............................................................. 56

Article 14.   REPORTING AND RECORDKEEPING ..................................... 59

Article 15.   FUND APPROPRIATION ........................................................... 61

Article 16.   DIVERSION STANDARDS ......................................................... 62

Article 17.   COMPENSATION ....................................................................... 65

Article 18.   QUALITY OF PERFORMANCE OF CONTRACTOR ................. 71

Article 19.   DEFAULT OF AGREEMENT ..................................................... 76

Article 20.   NONDISCRIMINATION, WAGE POLICY ................................... 80

Article 21.   FINANCIAL ASSURANCE ......................................................... 81

Article 22.   INSURANCE ............................................................................... 83

Article 23.   MISCELLANEOUS PROVISIONS ............................................. 87

**EXHIBIT LIST**

EXHIBIT 1   COMPENSATION

EXHIBIT 2   REFUSE RATE INDEX

EXHIBIT 3   SFD RECYCLING SERVICE OPERATIONS PLANS

EXHIBIT 4   RECYCLE PLUS SERVICE DISTRICTS

EXHIBIT 5   CENTRAL BUSINESS DISTRICT AND TRANSIT MALL ZONE

EXHIBIT 6   SMALL CIVIC SERVICE UNITS

EXHIBIT 7   APPROVED SUBCONTRACTORS

EXHIBIT 8   DATA AND REPORTING

EXHIBIT 9   OUTREACH

EXHIBIT 10  ALTERNATIVE FUEL VEHICLE CONVERSION PLAN AND TIMELINE

EXHIBIT 11  ELECTRONIC INTERFACE REQUIREMENT

EXHIBIT 12  LARGE ITEMS

EXHIBIT 13  CONTAINER SPECIFICATIONS AND PERFORMANCE CRITERIA

EXHIBIT 14  FORM OF PERFORMANCE BOND

EXHIBIT 15  WAGE POLICY

EXHIBIT 16  ALTERNATE PROCESSING FACILITY

EXHIBIT 17  LARGE ITEM COLLECTION BILLING SERVICES



CITY OF
**SAN JOSE**
CAPITAL OF SILICON VALLEY

COUNCIL AGENDA:  06-22-10
ITEM:  7.1

# *Memorandum*

**TO:** HONORABLE MAYOR
AND CITY COUNCIL

**FROM:**  John Stufflebean

**SUBJECT: SOLID WASTE SERVICE
AGREEMENTS**

**DATE:**  06-01-10

Approved _____          Date  6/7/10

**COUNCIL DISTRICT:** <u>City-Wide</u>

## RECOMMENDATION

1. Adopt a resolution authorizing the City Manager to negotiate and execute the following agreements for solid waste services with terms from July 1, 2010 through June 30, 2021:

    a) California Waste Solutions for recyclables collection and processing for single-family dwellings in Districts A and C, for a total first year cost of $16,129,900.

    b) Garden City Sanitation, Inc. for single-family dwelling garbage collection in Districts A and C for a total first year cost of $18,314,800, with an option for providing billing and customer service for single-family dwellings in Districts A and C at an additional cost.

    c) GreenTeam of San Jose for collection of garbage and recyclables for multi-family dwellings Citywide, single-family dwellings in District B, neighborhood clean-up services in District B, and City Facility garbage and recycling collection and processing services, for a total first year cost of $28,924,989, with an option for providing billing and customer services for single-family dwellings in District B and multi-family dwellings Citywide at an additional cost.

    d) GreenWaste Recovery, Inc. for Citywide residential yard trimmings and street sweeping collection and processing, back-end processing of municipal solid waste where applicable, neighborhood clean-up services in Districts A and C, and Citywide public litter can collection and processing services, for a total first year cost of $22,847,700.

2. Direct staff to allocate a $2,000,000 savings realized from the proposed solid waste service agreement with GreenWaste Recovery in 2010-2011, originally recommended to mitigate Recycle Plus rate payer increases and to fund diversion activities, for the construction of a permanent Household Hazardous Waste facility in San Jose for the City's residential Recycle Plus customers.

HONORABLE MAYOR AND CITY COUNCIL
06-01-10
**Subject: Solid Waste Service Agreements**
Page 2

## OUTCOME

Approval of this recommendation would improve the City's integrated waste management program and advance the City's Green Vision and Zero Waste goals by using the savings from reducing the cost of existing services to pay for program improvement, by providing an option to transition the billing and customer service to the contractors, and by reducing emissions through the use of compressed natural gas (CNG) fuel.

Allocating the savings for Fiscal Year 2010-2011 from these new agreements to the construction of the Household Hazardous Waste Facility would provide San Jose residents a safe and convenient means to dispose of common toxic residential waste.

## BACKGROUND

On March 30, 2010, the Council directed staff to negotiate new agreements with California Waste Solutions (CWS), Garden City Sanitation (Garden City), GreenTeam of San Jose (GreenTeam) and GreenWaste Recovery, Inc. (GreenWaste), which included an option for contractor provided billing, customer service, and remittance processing services, and to return to Council with the proposed agreements. From March 30, 2010 to late May 2010, staff met with the contractors in several negotiation sessions to establish the terms of these new agreements.

The following table (**Table 1**) shows the current solid waste contractors, their collection districts, diversion requirements, and the services they provide.

HONORABLE MAYOR AND CITY COUNCIL
06-01-10
Subject: **Solid Waste Service Agreements**
Page 3

### TABLE 1: Current Solid Waste Agreements

| Service | Contractor | 2010-2011 Contract Budget | Diversion Requirement | District A (93,500 households) | District B (48,500 households) | District C (67,000 households) | Multi Family (3,300 complexes; 95,500 units) |
|---|---|---|---|---|---|---|---|
| Single-Family Dwelling (SFD) Garbage | Garden City | $18,314,800 | N/A | X | | X | |
| SFD Recycling | CWS | $16,129,900 | 30% A 35% C | X | | X | |
| SFD Garbage & Recycling | GreenTeam | $11,978,500 | 35% | | X | | |
| Multi-Family Dwelling (MFD) Garbage & Recycling | GreenTeam | $11,729,200 | 35% | | | | X |
| Yard Trimmings & Residential Street Sweeping | GreenWaste | $22,399,600 | 95% | X | X | X | |
| MFD Garbage Processing | GreenWaste | $3,924,800 | 70% | | | | X |
| Neighborhood Clean-Up (NCU) (Rubbish & Recycling) | GreenWaste | $448,100 | 75% | X | | X | |
| NCU (Rubbish & Recycling) | GreenTeam | $51,900 | 50% | | X | | |
| **Total Recycle Plus Contracts** | | **$84,976,800** | | | | | |
| City Facilities | GreenTeam | $1,240,589 | 70% | 155 City-owned and operated facilities | | | |
| Public Litter Cans (PLC) | GreenWaste | $0 | 70% | ~800 containers throughout the City | | | |
| **Total All Contracts** | | **$86,217,389** | | | | | |

## ANALYSIS

The proposed solid waste agreements provide for various financial, operational, programmatic, and administrative benefits. Financial benefits would be realized in the Integrated Waste Management (IWM) Fund due to negotiated reductions in certain solid waste costs and potentially in the option to switch to contractor-provided billing. These financial benefits could be utilized for various purposes, including mitigating future Recycle Plus rate increases, implementing program enhancements over the term of the new agreements, and provide key funding for the construction of a household hazardous waste (HHW) facility in San José. The contractors would upgrade their collection fleets to biodiesel or CNG, improve recyclables processing, and agree to various administrative adjustments to simplify the day-to-day management of the contracts. Finally, continuation of collection services with the current

HONORABLE MAYOR AND CITY COUNCIL
06-01-10
Subject: **Solid Waste Service Agreements**
Page 4

contractors through June 2021 would defer a transition to other contractors for the City's more than 300,000 Recycle Plus customers.

The terms of the new agreements are summarized in Table 2, and are further described following Table 2.

**TABLE 2: Benefits of Proposed Solid Waste Agreements (July 1, 2010 - June 30, 2021)**

| Contractor | 2010-2011 Ratepayer Savings | Eleven Year Ratepayer Savings | Detail of Ratepayer Savings | Additional Benefits |
|---|---|---|---|---|
| Garden City | $0 | $21,200,000 | Annual payments of $2,650,000 per year starting in 2013-2014 payable in installments which could include monthly invoice deductions beginning July 1, 2013 *(Savings: $21,200,000)* | Beginning in 2012-2013, phased-in repowering of entire 50 vehicle fleet from diesel to CNG *(Estimated Value: $7.5 to $8 million)* |
| GreenWaste | $2,600,000 | $8,434,061 | In 2015-2016, forego annual adjustment for Yard Trimmings, Street Sweeping, MFD Processing, and District A & C NCU services *(Estimated Compounded Savings: $5,834,061)* In 2010-2011, $2,000,000 cash payment upon agreement execution In 2010-2011, monthly invoice deductions *(Savings: $600,000)* | When needed, replace vehicles with CNG powered engines at no additional cost Option to process 100-150 tons per day of SFD garbage at an additional cost. From 2013-2014 to 2020-2014, no charge for processing residential street sweeping material, contingent upon the City sending SFD garbage tons for processing. Commitment to clean and domestic recycling of electronic waste at no additional cost Effective July 1, 2010, increase NCU diversion from 75% to 90% Provide 50 targeted NCU bins per year at no charge *(Estimated Value: $48,861 over 11 years)* During entire term, provide PLC services at no charge *(Estimated Value: $4,455,660)* |

HONORABLE MAYOR AND CITY COUNCIL
06-01-10
Subject: Solid Waste Service Agreements
Page 5

## TABLE 2 (Cont'd.)

| | | | | |
|---|---|---|---|---|
| CWS | $218,182 | $2,400,000 | Annually beginning in 2010-2011, savings of $218,182 accomplished by:<br>1. Assuming costs of sending baled residue to Newby Island Landfill *(Estimated Savings over 11 years: $613,800)*<br>2. Monthly invoice deductions *(Estimated Savings over 11 years: $330,000)*<br>3. Annual invoice deductions payable in June *(Estimated Savings over 11 years: $1,456,200)* | Effective July 1, 2010, increase Large Item diversion from 50% to 75%<br>During second half of 2014-2015, switch entire fleet from diesel to biodiesel or another mutually agreed upon alternative fuel at no additional cost<br>During second half of 2014-2015, replace all supervisor and appropriate light-duty vehicles to hybrid-drive technology<br>Commitment to clean and domestic recycling of electronic waste at no additional cost |
| GreenTeam | $17,400 | $191,400 | Starting in 2010-2011, assume costs of sending baled residue to Newby Island Landfill *(Total Estimated Savings: $191,400)* | Effective July 1, 2010, increase Large Item diversion from 50% to 75%<br>Effective July 1, 2010, increase NCU diversion from 50% to 75% at no additional cost<br>Beginning in 2011-2012, phased-in replacement of entire fleet from biodiesel to CNG and construction of a slow-fill CNG fueling station to allow vehicle conversions *(Estimated Value: $2.6 to $3 million)*<br>Effective July 1, 2010, process all recyclables to standards set by the Institute of Scrap Recyclers Industries, Inc.<br>Commitment to clean and domestic recycling of electronic waste at no additional cost<br>Provide 12 targeted NCU bins per year at no charge *(Estimated Value: $68,580 over 11 years)*<br>In 2010-2011, option to fund a Recycle Bank pilot for MFDs at an additional cost<br>In 2010, forego annual CPI adjustment for City Facilities collection *(Estimated Compounded Value through 2021: $495,666)* |
| Contractor | 2010-2011 Ratepayer Savings | Eleven Year Ratepayer Savings | Detail of Ratepayer Savings | Additional Benefits |
| Total Recycle Plus Ratepayer Savings | $2,835,582 | $32,225,461* | | |

\* Equivalent to 3.4% of the total contract value ($948 million) over the proposed eleven year term.

HONORABLE MAYOR AND CITY COUNCIL
06-01-10
**Subject: Solid Waste Service Agreements**
Page 6

**Financial Benefits**

- *Immediate Savings in 2010-2011 and Monthly Invoice Deductions Beyond 2010-2011* – The table above depicts immediate savings in 2010-2011 of $2.8 million. Of this amount, two million, which will be received as a cash payment in 2010-2011, is proposed to fund the construction of an HHW facility in San José. In the fall, staff plans to bring forward to Council budget actions to appropriate these savings as part of a memorandum on construction and funding strategies for the Household Hazardous Waste facility and Environmental Innovation Center. It is anticipated that the $2 million used to build the HHW facility would be returned to the IWM Fund over the life of the building in the form of lease payments made by non-City users of the facility (most likely the County of Santa Clara). Using the $2 million as described above would leave approximately $836,000 in immediate savings from the new agreement benefits in the IWM Fund balance. This $836,000 would mitigate the need for a one percent ratepayer increase in 2010-2011. It is important to note that avoided rate increases in 2010-2011, and the $32 million in ratepayer financial benefits, do not mean that customer rates will not increase over the entire term of the new agreements. The Recycle Plus rates are structured to provide the contractors recovery for all costs including changes in economic conditions (i.e. labor, fuel, and general inflation), contractual obligations and new program services. Furthermore, as noted in the footnote below Table 2, the financial benefits of the new agreements represent only 3.4% of the total contractual costs during the term of the new agreements. Therefore, even with $32 million in financial benefits over the eleven year term, rate increases will be necessary as early as 2011. The specific amounts can only be estimated until the annual cost of living contract adjustments are determined and any other impacts are incorporated into program costs in the annual budget preparation process.

- *Deferral of Annual Cost of Living Adjustments* – In the current terms of the Recycle Plus agreements, there are no limits (either up or down) to the annual Refuse Rate Increase (RRI). The RRI is similar to a cost of living adjustment that allows for cost increases (fuel, labor, etc.). Annual adjustments for contract costs are based on changes in indices published by the Bureau of Labor Statistics. No RRI limits can be problematic for a contractor that has experienced increased expenses despite a negative RRI, and conversely problematic to ratepayers if the RRI is exceptionally high. The proposed contracts would smooth out the impact by carrying over any RRI amount below zero percent or over six percent to the subsequent year. Positive RRIs over six percent will be deferred for a maximum of four years. Although this provision is not a strict limit to RRIs, it does serve to defer one-time spikes and drops in annual adjustments, thus providing protection to ratepayers and contractors.

- *Foregone Annual Adjustments (Refuse Rate Increase)* – Two contractors would forego one annual adjustment. In 2015-2016, GreenWaste would waive any increase to service rates for Citywide Yard Trimmings, Residential Street Sweeping, and MFD solid waste processing services, and for Neighborhood Clean-Up (NCU) collection and processing in Districts A and C. In calendar year 2010, GreenTeam would waive any increase to its annual cost of living adjustment for all City Facility collection services, valued at almost $26,000. When compounded through the end of the proposed term, the value of these offers total $5,841,720 for GreenWaste and $399,177 for GreenTeam.

HONORABLE MAYOR AND CITY COUNCIL
06-01-10
Subject: Solid Waste Service Agreements
Page 7

## Community Benefits

- *No Cost PLC Collection and Processing* – Historically, the City included PLC service in the residential solid waste service agreements, a practice which is common throughout municipalities in the Bay Area. By adding this service to the proposed Recycle Plus agreement scope of services, GreenWaste can provide PLC collection and processing services at no cost for the entire term of the new agreement, a value of nearly $4.5 million. In addition, the contract terms will allow for slight growth of PLCs over the years, capped at 1% per year.

- *No Cost Targeted NCU Bins* – The City's Code Enforcement Division assists public and private properties to perform targeted NCUs. In each contract year, GreenWaste would provide 50 targeted bins at no charge and GreenTeam would provide 12 targeted bins at no charge. The total value of these offers between both contractors is roughly $117,000 over the entire term of the contracts, and benefits the community by cleaning up properties outside of the regularly scheduled NCU rotation paid by ratepayers.

## Program Enhancements

- *Option to Increase Frequency of NCUs* – At the March 30, 2010 City Council meeting, Council directed staff to evaluate the costs involved with increasing the frequency of NCUs from the current three-year rotation to a two- or one-year rotation. The NCU contract with GreenWaste currently allows for the two-year rotation. New agreement language will include the flexibility to provide bin services on a two-year or one-year schedule should Council choose to increase NCU service levels. Staff, as requested by Council, will bring forth to the Transportation and Environment (T&E) Committee an analysis of the cost to expand the NCU program to a two-year or more frequent rotation in late 2010.

- *Option to Utilize Yard Trimmings Material for Demonstration Projects* – The new agreements would provide an option for the City to utilize up to 6,000 tons per year of yard trimmings and/or the pre-processed organics fraction of municipal solid waste to a facility within San Jose that is designated by the City to conduct pilot test programs for energy conversion technologies.

- *Future Opportunity for Containerized Yard Waste Collection* – Council could consider at a future date amending GreenWaste's contract with the City to provide all City residents with up to two yard trimmings carts for weekly collection of yard waste, and once monthly on-street pick-ups of yard waste. Staff is evaluating this collection method using data obtained through the organics pilots currently underway and scheduled for completion in August 2011 (discussed below). Therefore, the earliest possible implementation of the yard waste cart collection system citywide would be 2013.

## Improved Recycling Requirements

- *Option for Additional Garbage Processing* – In 2009-2010, the City implemented three organics pilots to determine the best methods for capturing food waste, yard trimmings, and other organics from residential garbage. The three pilots include a garbage processing pilot that sorted single-family garbage for recyclables; a yard trimmings cart pilot; and an organics cart pilot to collect bagged food waste in the yard trimmings cart. Staff proposes to

discontinue the garbage processing pilot effective June 30, 2010 and to reserve this service as an option in the new GreenWaste agreement. There will be no change in service to residents by discontinuing this pilot. Important data has been obtained from this pilot, which indicates that approximately 350 tons of recyclables were being diverted monthly. As a cost saving measure ($700,000 in 2010-2011), staff recommends resuming this processing of up to 150 tons per day when additional contract savings become available. The rate for this service is $75 per ton and GreenWaste has committed to a 75% diversion rate. In addition, should the City opt to implement this option, GreenWaste would process residential street sweeping waste at no additional cost to the City from 2013-2014 to 2020-2021. Currently, the City pays for disposal of this material at Newby Island Landfill, and this benefit would reduce the City's disposal costs.

- *Processing of All NCU Materials* – All material that is collected from NCU events and categorized as 'rubbish' is disposed of at the landfill. GreenTeam and GreenWaste would be required to sort the NCU material prior to disposal to increase diversion. GreenTeam's diversion requirement would increase from 50% to 75%, and GreenWaste's target would increase from 75% to 90%.

- *Recycling Processing Improvements* – To achieve the highest and best use of San Jose's recycling stream, CWS currently has a contract requirement to process all recyclables to standards set by the Institute of Scrap Recycling Industries, Inc. (ISRI). GreenTeam has agreed to incorporate this higher recycling standard into its new contract, resulting in consistent Citywide specifications for processing residential recyclables. Additionally, the new agreements will help to improve waste diversion by allowing for secondary processing of some recyclables. To ensure that initial processing is adequate, secondary processing of recyclables will be limited to a specified maximum percentage of the total recyclables collected.

- *Processing of All Large Item Collections* – Both GreenTeam and CWS will be required to divert 75% of the material collected under the Large Item Collection program. These new waste diversion standards represent a significant increase over the current 50% diversion standard. These diversion standards would not represent an extra charge to ratepayers; the costs would be fully borne by the contractors.

- *Processing of All E-Waste to City-Approved Standards* – CWS, GreenTeam, and GreenWaste currently recycle electronic waste collected as part of the NCU and Large Item Collection programs. The proposed contracts include more stringent processing standards for electronic waste by requiring the contractors to comply with the Basel Action Network e-Stewardship Standard and Pledge (Pledge). The Pledge is a commitment to clean recycling and disallows the export of hazardous e-waste to developing countries. Similar to the Large Item processing requirements, these diversion standards do not represent an extra charge to ratepayers, and any additional costs would be fully borne by the contractors. The California Electronics Recycling Act entitles the contractors to receive State funding via a refund from approved cathode ray tube (CRT) recyclers.

HONORABLE MAYOR AND CITY COUNCIL
06-01-10
Subject: Solid Waste Service Agreements
Page 9

**Equipment Improvements**

- *Truck Fuel Upgrades* – Garden City, GreenTeam, and GreenWaste will retrofit or replace vehicles to operate with CNG, and CWS will switch from using diesel to using a 20% biodiesel / 80% diesel blend (B20) and will replace light-duty vehicles with hybrid-drive technology. These proposals would allow the City to significantly reduce the carbon footprint of its residential solid waste collection fleet in the near term, resulting in a net reduction in greenhouse gas emissions of -547 metric tons per year compared to existing operations. Switching to alternative fuels will also result in a 56% decrease in nitric oxide and nitrogen dioxide (NOx) emissions and a 17% decrease in carbon dioxide emissions. Additionally, to accommodate more efficient fueling of the converted vehicles, GreenTeam will invest the capital necessary to build a slow-fill CNG fueling station at its corporation yard in North San Jose, at a date subject to completion of the City's permitting requirements.

**Administrative and Technical Adjustments**

The contractors have agreed to adjustments that streamline business processes and increase efficiencies for the contractor, the City's contract managers, and City staff involved with the Integrated Billing System (IBS). These adjustments include:

- Consolidation of contractor rates and elimination of extraneous, unused rates
- Consolidation of contracts to one per contractor
- Simplified disposal reconciliation procedure for NCUs
- Simplified payment methodology for cart exchanges and replacements
- Contractors bill and collect revenue directly from customers for on-demand Large Item Pickup services

Additionally, the contractors have agreed to provide additional detail on routes, personnel, productivity statistics, educational activities, tonnage reporting, and annual financial statements, and agree to contract language clarifications regarding the terms for transition to the next contractor. An additional technical adjustment in the GreenTeam contract will adjust the pricing structure for Multi-Family Dwelling (MFD) solid waste processing to ensure intended contractual compensation. Because staff has negotiated a "not to exceed" ceiling in the agreement, increases in waste diversion will not increase customer rates. Furthermore, GreenTeam in 2013-2015, and Garden City in 2013-2014, would not be required to re-paint their entire fleet of collection vehicles if, as determined by the City, the vehicles meet certain objective criteria for appearance and identification. Notwithstanding this waiver, contractors are still required to maintain their vehicles in compliance with all State or federal laws and regulations.

**Contractor-Provided Billing and Customer Service Option**

Although staff will be considering a broad array of options for contractor-provided billing, Garden City and GreenTeam have agreed to an optional "safety net" provision for customer service, billing, and delinquent account management. The contractors would require a twelve month implementation period to transition data, make facility modifications, and have staff in-place and trained to take over billing and customer service. A summary of the services is detailed in an attachment to this memorandum. This safety net option for billing and customer

HONORABLE MAYOR AND CITY COUNCIL
06-01-10
**Subject: Solid Waste Service Agreements**
Page 10

services is limited to the haulers that collect garbage (Garden City and GreenTeam) for the following reasons:

1. Residents are billed based on the level of garbage not recycling service;
2. GreenTeam and Garden City provide garbage service, and own and operate existing billing systems;
3. Since only Garden City and GreenTeam maintain and update garbage service information, using their systems for billing would be the most streamlined and pose the lowest risk for hauler billing options; and
4. GreenTeam and Garden City already have service locations and level of service on their systems for each customer in the City. The only additional information they would need to add is the customer account information for billing and property owner information as required to support the lien process.

Staff plans to return to Council in late 2010 with a preliminary IBS Technology Strategy and Business Case that provides further analysis of the contractor billing option and options for billing the other utilities that currently reside on IBS and recommends a course of action to address the estimated IBS end of life in 2015. A business case will consider the costs, benefits, risks, and business impact of each option. The provision of Recycle Plus billing and customer service by GreenTeam and Garden City is one of the options that will be considered. In this case, the business case will focus on the impact that adopting this option will have on each of the business functions currently provided by IBS and will recommend a business continuity strategy for each of the utilities billed. Implementation of the contractor-provided billing option in the GreenTeam and Garden City agreements would require a separate Council action after consideration of the IBS Technology Strategy. The City will incur costs from shifting the other utilities and Customer Relationship Management from IBS, which will be described in the business case. It is important to note, however, that significant costs for a billing alternative would likely be incurred even without implementing the contractor-provided billing solution due to the anticipated end of life of IBS in 2015.

The cost estimates for contractor provided billing and customer service options are highlighted in Table 3. The contractor-provided one-time start-up costs are significantly lower than the approximate costs to replace IBS in 2015 because rather than having to purchase a new full scale system, the contractors would be leveraging their existing billing systems. This billing solution also poses lower risk than outsourcing to a new contractor, as the haulers are already acclimated with the City's billing operations.

Also included in Table 3 are the approximate annual costs to Recycle Plus rate payers for the current in-house City-provided billing and customer service and an approximate City cost to replace IBS in 2015. This replacement cost estimate only considers contractual costs and excludes other City costs such as personal services and other resources. According to an Information Memorandum issued by the Finance Department to Council on April 24, 2009, the total one-time costs (including City staff) for implementing IBS for residential (single- and multi-family) garbage, storm and sanitary sewer, and municipal water billing and customer service expensed to the utility funds were just over $14 million, with the majority of these costs borne by the residential garbage ratepayers. Certain costs may require adjustment for inflation, depending on the final implementation schedule of the billing system.

**TABLE 3: Recycle Plus Billing and Customer Service Cost Information**

| Contractor-Provided Option | One-Time Start-Up Costs | Annual On-Going Costs (Some lien processing costs included) | Number of Accounts | Annual Revenue Billed |
|---|---|---|---|---|
| Garden City | $  1,221,000 | $ 3,299,000 | SFD  161,500 | $ 58,000,000 |
| GreenTeam | $   694,000 | $ 1,220,000 | SFD   48,500 MFD    3,300 | $ 39,500,000 |
| **Total** | **$ 1,915,000** | **$ 4,519,000** | **212,300** | **$ 97,500,000** |

| | |
|---|---|
| Current City Cost for Recycle Plus Billing & Customer Service  (Includes lien processing) | $ 6,300,000 |
| Approximate City Billing System Replacement Costs in 2015 | $ 10,000,000* |

\* These start-up costs are for the replacement of an entire billing system (including Recycle Plus, water, sanitary and storm sewer, and business tax billings).  Estimate does not include City costs such as personal services and other resources.

*Simplification of Billing Services* – As part of a near-term initiative, staff in the Information Technology, Finance and Environmental Services Departments have been reviewing possible efficiencies which can be implemented in 2010-2011 in order to save operational costs with limited impact to customer service, accuracy and accountability of the billing system, and its strategic goals.  Efficiencies requiring Council action or Municipal Code changes will be presented for Council consideration in a separate memorandum.

**Funds for a Permanent HHW Facility**
Providing safe and convenient disposal of common household waste (i.e., paint, pesticides, and cleaning chemicals) is a critical service for the City's residential solid waste program. An effective HHW collection program significantly reduces the likelihood of toxics entering the City's storm and sanitary systems, and prevents contamination of the San Francisco Bay and local groundwater supplies.  San José residents account for nearly 11,000 drop-offs annually at temporary sites in the City.  In 2008-2009, it is estimated that over 1.6 million pounds of HHW were collected from San José residents.  The temporary sites are not adequate to address the demand and staff has been developing plans to build a permanent HHW facility at the Las Plumas Environmental Innovation Center.  It is estimated that more than 25,000 annual drop-off appointments could be accommodated at this facility.  In January 2010, the Administration completed a Program Prioritization Process, in which 550 Citywide programs were reviewed and ranked by teams of staff and community stakeholders to inform the preparation of the 2010-2011 Proposed Operating Budget.  The HHW program was in the highest tier of programs ranked through this effort.

The allocation of savings for 2010-2011 from the new solid waste service agreements to the construction of this facility is the most advantageous of various potential funding strategies for

HONORABLE MAYOR AND CITY COUNCIL
06-01-10
**Subject: Solid Waste Service Agreements**
Page 12

the facility. Staff explored third-party loan options prior to identifying internal funds for facility construction. Third-party financing, however, would cause the City to incur increased total project costs due to higher interest payments and a shorter amortization period. Staff will seek Council approval to appropriate these funds in early fall 2010 at the same time they seek approval of an agreement to construct the facility.

Since the construction of the HHW facility will be funded by revenue from Recycle Plus ratepayers, any other jurisdictions using the facility must pay the fully-loaded apportioned share of the capital improvement and operational costs. Any revenue for services from this facility must be used toward programs limited to Recycle Plus ratepayers.

## EVALUATION AND FOLLOW-UP

As directed by Council on March 30, 2010, a staff evaluation of an evergreen contract option is included in the fall 2010 T&E workplan. The IBS Technology Strategy is under development for Council consideration in late 2010. The Code Enforcement Division will be returning to the T&E Committee and Council in late 2010 to present options for NCU services. Staff plans to evaluate Recycle Plus rate changes for 2011-2012 in fall 2010 and initiate a Recycle Plus Proposition 218 public rate increase notification process in late 2010.

## PUBLIC OUTREACH/INTEREST

✓   **Criteria 1:** Requires Council action on the use of public funds equal to $1 million or greater.
   **(Required: Website Posting)**

☐   **Criteria 2:** Adoption of a new or revised policy that may have implications for public health, safety, quality of life, or financial/economic vitality of the City. **(Required: E-mail and Website Posting)**

☐   **Criteria 3:** Consideration of proposed changes to service delivery, programs, staffing that may have impacts to community services and have been identified by staff, Council or a Community group that requires special outreach. **(Required: E-mail, Website Posting, Community Meetings, Notice in appropriate newspapers)**

This item meets Criteria #1: Requires Council action on the use of public funds equal to $1 million or greater.

## COORDINATION

This memorandum has been coordinated with the City Attorney's Office, the Finance, Information Technology, Transportation, and, Planning, Building, and Code Enforcement

HONORABLE MAYOR AND CITY COUNCIL
06-01-10
Subject: Solid Waste Service Agreements
Page 13

Departments, Airport, the City Manager's Budget Office, and the Office of Economic Development.

## COST SUMMARY/IMPLICATIONS

Approval of staff's recommendation to proceed with the new agreements would save the IWM Fund (423) approximately $32 million over the entire term of the agreements as described in the Analysis section of the memo. The savings reflected in Table 2 of approximately $835,000 for Fund 423 will be reflected in the 2010-2011 Operating Budget Annual Fall Clean-up. There is no impact to the cost of City Facility solid waste services to the other funds and Departments charged for this service.

## BUDGET REFERENCE

| Fund # | Appn # | Appn. Name | Total Appn. | Amt. of Contract (2010-2011) | Proposed 2010-2011 Operating Budget* |
|---|---|---|---|---|---|
| Amount of Recommendation (2010-2011) | | | | $86,217,389 | |
| 423 | 0764 | ESD MFD Recycle Plus | $15,654,000 | $15,654,000 | XI-47 |
| 423 | 0763 | ESD SFD Recycle Plus | $46,923,200 | $46,923,200 | XI-47 |
| 423 | 0766 | ESD Yard Trimming/Street Sweeping | $20,772,600 | $20,772,600 | XI-47 |
| Fund # | Appn # | Appn. Name | Total Appn. | Amt. of Contract (2010-2011) | Proposed 2010-2011 Operating Budget* |
| 446 | 0766 | Yard Trimmings/Street Sweeping | $1,627,000 | $1,627,000 | XI-82 |
| 423 | N/A* | City Facilities Recycle Plus | $791,989 | $791,989 | XI-47 |
| 423 | 0762 | ESD Non-Personal /Equipment | $2,878,867 | $15,000 | XI-47 |
| 515 | 0762 | ESD Non-Personal /Equipment | $18,263,559 | $6,000 | XI-88 |
| 541 | 0762 | ESD Non-Personal /Equipment | $245,398 | $32,000 | XI-78 |
| 513 | 0762 | ESD Non-Personal /Equipment | $25,020,618 | $149,100 | XI-75 |
| 446 | 0762 | ESD Non-Personal /Equipment | $4,339,491 | $5,000 | XI-82 |
| 523 | 0802 | Airport Non-Personal /Equipment | $42,146,543 | $236,000 | XI-3 |
| 290 | 2505 | Adult Workers Program | $3,487,936 | $2,425 | XI-90 |
| 290 | 2530 | Dislocated Workers Program | $4,681,062 | $1,517 | XI-90 |
| 290 | 2364 | Youth Workers | $4,236,110 | $1,283 | XI-90 |
| 290 | 2981 | Administration | $946,836 | $ 121 | XI-90 |
| 290 | 2983 | Rapid Response Grant | $717,721 | $ 154 | XI-90 |
| **Total Funding for Recommendation** | | | $192,732,930 | $86,217,389 | |

*The 2010-2011 Proposed Operating Budget is scheduled to be considered by the City Council on June 22, 2010.

HONORABLE MAYOR AND CITY COUNCIL
06-01-10
**Subject:  Solid Waste Service Agreements**
Page 14


## CEQA

2010 Solid Waste Service Agreements: Negative Declaration, file no. PP10-055.  May 26, 2010.
http://www.sanjoseca.gov/planning/eir/MND.asp

Household Hazardous Waste Facility: Mitigated Negative Declaration, file no. PP09-138.
Adopted December 1, 2009




/s/
JOHN STUFFLEBEAN
Director, Environmental Services

For questions, please contact Jo Zientek, Deputy Director, Environmental Services Department,
at (408) 535-8557.


Attachment:  Contractor Billing and Customer Service Option Summary

**ATTACHMENT**
**Contractor Billing and Scope of Services Option Summary**

First, customer data must be transferred to contractor Customer Information Systems and both parties must prepare their organizations for the deployment of the new business model. These activities are described in the table below and are referred to collectively as Implementation.

| Implementation | Acceptance Criteria |
|---|---|
| Full implementation services will be delivered by the contractor that include:<br>• Project management<br>• Data migration<br>• Business Process analysis and reengineering<br>• Modifications to the system to support City ordinances (including reports and any interfaces)<br>• Testing of modifications<br>• Training for City and contractor staff<br>• Acceptance testing of the entire solution, utilizing end-to-end business processes for both the City and the contractor<br>• Deployment | City participates in all activities and has joint responsibility for sign-off of each project deliverable and phase.<br><br>City accepts the entire solution at the end of Acceptance Testing. Acceptance Testing must prove that the solution as built will support live operation of the system and the business models to be used by both the City and the Contractor in the execution of their respective contractual responsibilities. |

Following Implementation, the contractor will deliver the following services. Associated with each service is a minimum service level that must be adhered. A failure to achieve a service level subjects the contractor to a financial penalty that is assessed against the contractor's invoice to the City.

| Business Service | Service Level to be achieved |
|---|---|
| Billing<br>• Manage financial information to support the calculation and billing of Garbage, Recycling Yard Trimmings and Street Sweeping services;<br>• Print and mail customer bills. | • Must reconcile field services delivered with billing to customer<br>• Must adhere to the billing schedule as agreed. |
| Customer Service<br>• Provide customer service for inquiries, complaints and problem resolution over the phone, web and in person. | • Must answer phone in average of 5 minutes or less.<br>• Complaints answered in an average of 2 days or less. |
| Revenue Collection<br>• Collect payments from customers on behalf of the City;<br>• Transfer cleared balances into the City's bank account daily. | • Must penny balance and reconcile daily receivables with deposits. |
| Management of Delinquent Accounts<br>• Provide collection services including monitoring of aging debt;<br>• Provide best practice collections: strategies | • Must adhere to collections schedule as specified. |

| | |
|---|---|
| for collecting outstanding A/R including bill messages, letters, late payment charges, phone calls and notice of intent to lien. | |
| Lien Processing<br>• Transfer control to City for the pursuit of outstanding A/R through a lien after normal collection processing has been exhausted. | • Must provide City with accurate customer information that complies with County's records. |
| Financial & Operational Compliance<br>• Comply with City's financial regulations and policy and permit auditing to determine compliance;<br>• Comply with Municipal Code and Federal & State laws, particularly relating to data security. | • Must comply with Municipal Code<br><br>• Must comply with data security and privacy laws. |
| Reporting & City Access to Data<br>• Provide reporting and access to data and systems to City to support the measurement of service levels and the appropriate financial and operational reporting. | • Read only access to all data granted to City staff, supported by reporting and technical support. |

The terms also address services that may be required of the contractor upon contract termination.

RECEIVED
SAN JOSE CITY CLERK
2025 JUN 25 AM10:16

O/C -d. A

Premium: $67,500.00 annually

## PERFORMANCE BOND
### (Annual Form)

**SiriusPoint America Insurance Company**
**285 Fulton Street, Ste 47J, New York, NY 10007**

Bond No. SPA151058  002

KNOW ALL MEN BY THESE PRESENTS, that we, California Waste Solutions, Inc., as Principal, and SiriusPoint America Insurance Company, licensed to do business in the State of California as Surety, are held and firmly bound unto City of San Jose, California (Obligee), in the penal sum Four Million Five Hundred Thousand and 00/100 Dollars ($4,500,000.00), lawful money of the United States of America, for the payment of which sum, well and truly to be made, the Principal and Surety do bind themselves, their heirs, executors, administrators, and successors and assigns, jointly and severally, firmly by these presents.

THE CONDITION OF THIS OBLIGATION IS SUCH, that whereas the above bounden Principal has entered into a certain written Contract with the above named Obligee, effective the 1ˢᵗ day of July, 2021, and terminating the 30th day of June, 2036, for Recycle Plus SFD Recycling Collection Services and more fully described in said Contract, a copy of which is attached, which Agreement is made a part hereof and incorporated herein by reference, except that nothing said therein shall alter, enlarge, expand or otherwise modify the term of the bond as set out below.

NOW, THEREFORE, if Principal, its executors, administrators, successors and assigns shall promptly and faithfully perform the Contract, according to the terms, stipulations or conditions thereof, then this obligation shall become null and void, otherwise to remain in full force and effect. This bond is executed by the Surety and accepted by the Obligee subject to the following express condition:

Notwithstanding the provisions of the Contract, the term of this bond shall apply from 30th day of June, 2025, until 30th day of June, 2026, and may be extended by the Surety by Continuation Certificate. However, neither nonrenewal by the Surety, nor the failure or inability of the Principal to file a replacement bond in the event of nonrenewal, shall itself constitute a loss to the obligee recoverable under this bond or any renewal or continuation thereof. The liability of the Surety under this bond and all continuation certificates issued in connection therewith shall not be cumulative and shall in no event exceed the amount as set forth in this bond or in any additions, riders, or endorsements properly issued by the Surety as supplements thereto.

Sealed with our seals and dated this 17th day of June, 2025.

**California Waste Solutions, Inc.**

_____          _____

Witness                                    , Title

**SiriusPoint America Insurance Company**

_____          _____

Witness                                    Elizabeth Collodi, Attorney-in-Fact

# ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _____ Butte _____

On _____ June 17, 2025 _____ before me, _____ Deanna Quintero, Notary Public _____
(insert name and title of the officer)

personally appeared _____ Elizabeth Collodi _____
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

DEANNA QUINTERO
COMM. # 2430368
NOTARY PUBLIC  CALIFORNIA
COUNTY OF BUTTE
Comm. Expires DEC. 12, 2026
ARS3

### POWER OF ATTORNEY
### SIRIUSPOINT AMERICA INSURANCE COMPANY
### NEW YORK

INTSAC01_1124

**KNOW ALL MEN BY THESE PRESENTS**: That SiriusPoint America Insurance Company (the "Company"), a New York corporation, having its principal office in the City of New York, pursuant to the following Resolution, which was adopted on August 27,2024 by Unanimous Written Consent of the Board of the Directors of the Company, to wit:

**RESOLVED**, that the President, Senior Vice President, Chief Financial Officer, Secretary or the Assistant Secretary is hereby authorized to execute Powers of Attorney appointing as attorneys-in-fact selected employees of certain surety companies who shall have the power for and on behalf of the Company to execute and affix the seal of the Company to surety contracts as co-surety. Such authority can be executed by use of facsimile signature.

Does hereby nominate, constitute and appoint:

Breanna Boatright, Kathleen Le, Elizabeth Collodi, Sara Walliser, Sharon Smith, Steven Williams, Steven Azevedo

Its true and lawful agent and attorney-in-fact, to make, execute, seal and deliver for and on its behalf, and its act and deed any and all bonds, contracts, agreements of indemnity and other undertakings in suretyship (NOT INCLUDING bonds without a fixed penalty or financial guarantee) and to bind the Company thereby as fully and to the same extent as of same were signed by the duly authorized officers of the Company, provided, however, that the penal sum of any one such instrument executed hereunder shall not exceed the sum of:

$62,687,000 single bond limit

All acts of said attorneys-in-fact pursuant to the authorities herein given are hereby ratified and confirmed. The President, Senior Vice President, Chief Financial Officer, Secretary or Assistant Secretary may from time to time and at any time remove such appointee and remove the power given to him or her.

The execution of such bonds or undertakings in pursuance of these presents, within one year of the date of these present, shall be binding under said Company, as fully and amply, to all intents and purposes, as if they had been duly executed and acknowledged by the regularly elected officers of the Company at its office in New York, New York, in their own proper persons.

**IN WITNESS WHEREOF**, SiriusPoint America Insurance Company has caused its corporate seal to be hereunto affixed and these presents to be signed by its President this tenth day of October, 2024.

SiriusPoint America Insurance Company

Paul Mihulka
President

State of New York
County of New York

On this tenth day of October 2024, before me a Notary Public of the State of New York, in and for the County of New York, duly commissioned and qualified, came Paul Mihulka, President, of SiriusPoint America Insurance Company, to me personally known to be the individual and officer described in, and who executed the preceding instrument, and acknowledged the execution of the same, and being by me duly sworn, deposed and said that he is the officer of the said Company aforesaid, and that the seal affixed to the preceding instrument is the Corporate Seal of said Company, and the said Corporate seal and his signature as officer were duly affixed and subscribed to the said instrument by the authority and direction of the said Company, referred to in the preceding instrument is now in force.

**IN TESTIMONY WHEREOF**, I have hereunto set my hand and affixed my official seal.

SUSAN HISCOCK
Notary Public - State of New York
NO. 01HI644797
Qualified in Richmond County
My Commission Expires Dec 5, 2026

Susan Hiscock
Notary Public
My Commission expires Dec. 5, 2026

STATE OF New York
COUNTY OF New York

I, Paul Mihulka, President of SiriusPoint America Insurance Company, a New York corporation, do hereby certify that the above and foregoing is a full, true and correct copy of Power of Attorney, is still in full force and effect and has not been revoked.

**IN WITNESS WHEREOF**, I have hereunto set my hand, and affixed the Seal of said Company, on the 17th day of June , 20 25



Paul Mihulka
President

EXHIBIT B

City of San Jose
Office of the City Clerk

RD:MJV:MJV
3/6/2017

☐ORIGINAL

MAR 2 9 2017

☑ ACCEPTED
☐ REJECTED

## FIRST AMENDMENT TO THE AGREEMENT BETWEEN THE CITY OF SAN JOSE AND CALIFORNIA WASTE SOLUTIONS, INC. FOR RECYCLE PLUS SFD RECYCLING COLLECTION SERVICES

This First Amendment to the Agreement Between the City of San José and California Waste Solutions, Inc. for Recycle Plus SFD Recycling Collection Services, dated December 14, 2011, ("FIRST AMENDMENT") is made this _____ 29ᵗʰ day of March, 2017.

### SECTION 1: RECITALS

1.1    The City of San José ("CITY") and California Waste Solutions, Inc. ("CONTRACTOR") entered into an Agreement Between the City of San José and California Waste Solutions, Inc. for Recycle Plus SFD Recycling Collection Services on December 14, 2011 for the collection of solid waste for the term of July 1, 2010 through June 30, 2021 (the "AGREEMENT");

1.2    For the purpose of this FIRST AMENDMENT, the definitions contained in the AGREEMENT will apply unless otherwise specifically stated in this FIRST AMENDMENT;

1.3    Under the AGREEMENT, CONTRACTOR is to perform SFD Large Item Collection Service for single-family dwellings in Service Districts A and C. CONTRACTOR is to be paid per occurrence, in increments of up to 3 items, for SFD Large Item Collection Service. When the AGREEMENT was executed, the service rate was $20.72 per occurrence subject to adjustment as specified in the AGREEMENT. The current service rate is $26.86 per occurrence;

1.4    Prior to FY 2015-2016, SFD Service Units directly paid the cost of SFD Large Item Collection Service;

1.5    Commencing on July 1, 2015, the CITY began a program to provide SFD Service Units with one annual collection of SFD Large Item Collection Service paid through customer monthly service rates. Beginning July 1, 2016 through June 30, 2017, the program expanded to two annual collections without separate charge to the SFD Service Units;

1.6    The City's implementation of this program has led to an increase in use of SFD Large Item Collection Service. This increase in use has led to increased operating costs for Contractor to meet demand;

1.7    The CITY and CONTRACTOR desire to amend the AGREEMENT to increase the compensation the CITY pays to CONTRACTOR for SFD Large Item

1

RD:MJV:MJV
3/6/2017

Collection Service to compensate CONTRACTOR for the increased costs in providing SFD Large Item Collection Service;

1.8     The CITY and CONTRACTOR also desire to amend the Agreement to provide service enhancements to SFD Large Item Collection Service program in the City at no additional cost to CITY;

1.9     A Negative Declaration for this project under File Number PP10-055 was adopted on June 18, 2010 in accordance with the requirements of the California Environmental Quality Act; AND

**NOW THEREFORE,** for good and valuable consideration, the amount and sufficiency of which are hereby acknowledged, the City and Contractor agree as follows:

## SECTION 2: AMENDMENTS

2.1     Exhibit 1, Paragraph I, Line B.3 is amended as follows:

| SFD COMPENSATION | District A | District C |
|---|---|---|
| **B. ADDITIONAL SERVICE RATES** | | |
| 3. Large Item Collection[4] | $46.00/Increments of up to 3 Large Items collected<br><br>$15.33/for each additional Large Item collected above 3 Large Items | $46.00/Increments of up to 3 Large Items collected<br><br>$15.33/each additional Large Item collected above 3 Large Items |

[4]     CITY compensation to CONTRACTOR for Large Item Collection services shall end upon CONTRACTOR assuming billing responsibilities for Large Item Collection.

2.2     Exhibit 12 is amended to add the following to Large Items:

| Item | Description |
|---|---|
| Polystyrene foam | Clean. Boxed or bagged. Each container will count as one item. |

2

RD:MJV:MJV
3/6/2017

2.3    Article 13 is amended to add a new section numbered 13.12 to read in full as follows:

13.12    Internet Requirements.  CONTRACTOR shall cooperate with the CITY in developing, implementing, and operating a web-based and mobile application platform for SFD Service Units to request and schedule SFD Large Item Collection Service over the internet.

13.12.1    Internet Platform.  CITY intends to develop a comprehensive web-based and mobile application internet platform so that SFD Service Units may request and schedule SFD Large Item Collection Service over the internet through a personal computer or mobile device. CONTRACTOR, at no additional cost to CITY, agrees to work with CITY to develop and implement processes so that service request information for SFD Large Item Collection Service is transferred from the CITY's internet platform and received by CONTRACTOR's Customer Service System. CONTRACTOR's total budget and a one-time cost for working with the CITY to develop and implement such internet platform shall be no more than $4,000.00. If the CITY modifies its internet platform or implements a different internet platform, CONTRACTOR, at no additional cost to CITY, will update its Customer Service System as necessary to ensure that its Customer Service System continues to receive transferred information from the CITY's modified or different internet platform prior to its public release.

13.12.2    Internet Requests.  CONTRACTOR shall respond to all service requests made over the internet in the same manner as required under the AGREEMENT.

2.4    The List of Liquidated Damages in Section 18.2 is amended to add a new section "ff" to read as follows:

| List of Liquidated Damages | |
| (Applies to Each Service District) | |
|---|---|---|
| ff. | Failure to maintain Customer Service System that receives transferred information from with City's web-based and mobile application internet platform for SFD Large Item Collection Service. | $100.00 per Work Day |

3

RD:MJV:MJV
3/6/2017

## SECTION 3: MISCELLANEOUS PROVISIONS

3.1    Incorporation of Recitals.  These recitals are incorporated by reference into the FIRST AMENDMENT and are made part of the FIRST AMENDMENT.

3.2    Effective Date of First Amendment.  This FIRST AMENDMENT is effective at such time as it is properly executed by the CITY and CONTRACTOR.

3.3    Effect of First Amendment.  All terms and conditions of the AGREEMENT not specifically amended by this FIRST AMENDMENT will remain in full force and effect throughout the term of the AGREEMENT.  Nothing in this FIRST AMENDMENT alters or extends the Term of the AGREEMENT.

3.4    Headings.  The headings in this FIRST AMENDMENT are for the convenience of reference only and are not to be considered in any interpretation of this FIRST AMENDMENT.

3.5    Agreement Mutually Negotiated.  This FIRST AMENDMENT has been negotiated by the CITY and CONTRACTOR, reviewed by their respective counsel, and CITY and CONTRACTOR has had an opportunity to make such changes as that party wished to make. In the event an ambiguity or a question of intent or interpretation arises, this FIRST AMENDMENT shall be construed as if drafted jointly by each of the parties hereto and no presumptions or burdens of proof shall arise favoring any party by virtue of the authorship of any provisions of this FIRST AMENDMENT.

3.6    Authority to Execute.  Each of the undersigned represents and warrants that he/she is appropriately authorized to execute this FIRST AMENDMENT and to bind the party for whom he/she is signing to the FIRST AMENDMENT.  Each of the undersigned further agrees to provide a corporate resolution or other legal documentation substantiating the authority to sign on behalf of and bind that entity to this FIRST AMENDMENT.

//

//

//

//

4

RD:MJV:MJV
3/6/2017

**WITNESS THE EXECUTION HEREOF** on the date written below each party's signature.

"CITY"

APPROVED AS TO FORM:

CITY OF SAN JOSÉ, a municipal corporation

_Mark Vanni_

By: _Christina Gutierrez_

Mark Vanni
Deputy City Attorney

Toni Taber, CMC
City Clerk

Date: _3/20/2017_

Date: _3/29/2017_

"CONTRACTOR"

CALIFORNIA WASTE SOLUTIONS, INC.

By: _David Duong_

David Duong
President

Date: _3/28/2017_

5

EXHIBIT C

RD:MJV
5/27/19

## SECOND AMENDMENT TO
## AGREEMENT
## BETWEEN
## THE CITY OF SAN JOSE
## AND
## CALIFORNIA WASTE SOLUTIONS, INC.
## FOR RECYCLE PLUS SFD RECYCLING COLLECTION SERVICES



This SECOND AMENDMENT TO AGREEMENT is entered into this _18th_ day of _June_, 2019, by the CITY OF SAN JOSE, a municipal corporation ("CITY"), and CALIFORNIA WASTE SOLUTIONS, INC., a California corporation. ("CONTRACTOR").

### RECITALS

**WHEREAS,** CITY and CONTRACTOR entered into an Agreement on December 14, 2011 whereby CONTRACTOR provides integrated waste management services for the Recycle Plus Program for a term beginning July 1, 2010 through June 30, 2021 (the "Agreement"); and

**WHEREAS,** on March 29, 2017, CITY and CONTRACTOR entered into a First Amendment to the Agreement to modify services related to Large Item Collection; and

**WHEREAS,** CITY and CONTRACTOR desire to further amend the Agreement to, among other things, change the circumstances under which CONTRACTOR may issue non-collection notices, change how diversion is measured and the disincentives for not meeting diversion targets, implement customer satisfaction standards, accommodate for regulations imposed by the State of California as provided under Senate Bill 1383, assign outreach functions to the CITY, implement a performance evaluation period beginning July 1, 2019 through June 30, 2020, and develop a "safety net" for changes in recycling markets; and

**WHEREAS,** for this Second Amendment, the definitions contained in the Agreement will apply unless otherwise specifically stated or amended in this Second Amendment; and

**WHEREAS,** a Negative Declaration for this project under File Number PP10-055 was adopted on June 18, 2010 in accordance with the requirements of the California Environmental Quality Act;

T-20367/1624367_2.docx

California Waste Solutions

638157-002

RD:MJV
5/27/19

**NOW, THEREFORE,** the parties agree to amend the amended Agreement as follows:

**SECTION 1.** ARTICLE 1, "DEFINTIONS" is amended to add new Sections to read as follows:

    **1.55**  **Director.** The Director of Environmental Services or designee.

    **1.56**  **Fiscal Year.** Each twelve (12) month period beginning July 1 and ending June 30 during the term of the Agreement.

**SECTION 2.** Section 1.24, "NON-PROGRAM MATERIALS" is amended to read as follows:

    **1.24**  **Non-Program Material.** Those materials which are collected as part of the provision of SFD Recycling Services or SFD Used Oil Collection services and have been approved by the Director for inclusion in the Material Recovery Standard (MRS) set forth in Article 16 of this Agreement. Materials include Post-Processing Commingled Recyclable Material, Used Oil, Used Oil Filters, car batteries, E-Waste, tires, concrete, Yard Trimmings, Compostable Waste, wood, helium or propane compressed gas tanks or cylinders. Non-Program Material must be generated at the Service Unit from which the Non-Program Material is collected.

**SECTION 3.** ARTICLE 2, "TERM OF AGREEMENT" is amended to read as follows:

    **2.1**  **Initial Term.** Subject to Article 19, the term of this Agreement is from July 1, 2010 through June 30, 2021 ("Initial Term").

    **2.2**  **Optional Term.** After the Initial Term, the CITY reserves the right, at its sole discretion, to extend the term of this Agreement for up to one (1) six-month term up through December 31, 2021 ("Option Term"), only if CONTRACTOR does not qualify for the 2036 extension as set forth in Section 2.3.1.

        2.2.1  Notice. The CITY shall provide the CONTRACTOR with no less than thirty (30) calendar days' prior written notice of its intention to exercise its option to extend the term of this Agreement.

        2.2.2  Appropriation of Funds Contingency. The CITY's funding of this Agreement shall be on a Fiscal Year basis and is subject

                               

RD:MJV
5/27/19

to annual appropriations of funds. The CONTRACTOR acknowledges that the CITY, a municipal corporation, is precluded by the California State Constitution and other laws from entering into obligations that financially bind future governing bodies, and that, therefore, nothing in this Agreement shall constitute an obligation of future legislative bodies of the CITY to appropriate funds for the purposes of this Agreement. Accordingly, the parties agree that any Option Term is contingent upon the appropriation of funds by the CITY. This Agreement will terminate immediately if funds necessary to continue the Agreement are not appropriated. Despite the foregoing, the CITY shall pay CONTRACTOR for any services performed in accordance with this Agreement up to the date of termination.

2.2.3  Notwithstanding any other definition for Fiscal Year, the period during the Option Term (July 1, 2021 through December 31, 2021), if exercised by the CITY, will be considered a Fiscal Year unless otherwise stated.

**2.3  Performance Evaluation Period.**

2.3.1  Beginning July 1, 2019 through June 30, 2020 ("Performance Period"), CONTRACTOR agrees to satisfy each of the following performance standards:

2.3.1.1  A Customer Satisfaction Standard, as established under Section 13.13 (see Section 12 of this Second Amendment), of at least 75 percent as determined by the annual average of third-party surveys conducted on a quarterly basis between July 1, 2019 and June 30, 2020.

2.3.1.2  A Service Delivery Standard, as established under Section 13.14 (see Section 12 of this Second Amendment), of not more than an aggregate of $30,000 in Liquidated Damages, accumulated during the Performance Period, related to any of the items on the List of Liquidated Damages: Service Delivery in Section 18.2, as amended in this Second Amendment.

3

RD:MJV
5/27/19

   2.3.1.3  Meet or exceed the Material Recovery Standard, as established under Article 16 (see Section 14 of this Second Amendment), during the Performance Period as determined by the average of third-party processing studies conducted in August 2019, October 2019, February 2020, and May 2020, or as soon thereafter as the third-party consultant retained by the CITY is able to conduct each study.

  2.3.2 If CONTRACTOR fully satisfies all of the performance standards in Section 2.3.1, the CITY and CONTRACTOR agree, subject to appropriation of funds, that they will enter into a new agreement for SFD Recycling Services to be effective July 1, 2021 through June 30, 2036 with substantially the same terms and conditions as are provided for in the SFD Recycling Services agreement for other areas of the CITY and the rates set forth in Exhibit 19 attached to this Second Amendment.

**SECTION 4.** Section 6.2.1, "CONDITIONS OF SERVICE" is amended to read as follows:

  6.2.1 <u>Conditions of Service.</u> CONTRACTOR shall provide SFD Recycling Service and SFD Used Oil Collection Service to all Service Units (other than Business Service Units for Used Oil Collection) in the Service Districts when the:

- The Recycling Cart is placed within three (3) feet of the curb, swale, paved surface of the public roadway, closest accessible roadway, or other such location agreed to by CONTRACTOR and the Service Recipient, that will provide safe and efficient accessibility to the CONTRACTOR's collection crew and vehicle. In the event the Service Recipient produces more Recyclable Material than can fit in the Recycling Cart, CONTRACTOR shall collect corrugated cardboard placed beside the Recycling Cart and such excess Recyclable Material as is set out beside the Recycling Cart in an additional container containing predominantly Recyclable Material whose loaded weight does not exceed sixty (60) pounds.

- Used Oil Containers and Used Oil Filter Containers have been placed within three (3) feet of the curb, swale, paved surface of the public roadway, closest accessible roadway, or other such location

4

RD:MJV
5/27/19

agreed to by CONTRACTOR and the Service Recipient, that will provide safe and efficient accessibility to the CONTRACTOR's collection crew and vehicle.

**SECTION 5.** Section 6.2.3, "NON-COLLECTION OF RECYCLABLE MATERIAL AND USED OIL" is amended to read as follows:

6.2.3   Non-Collection of Recyclable Materials and Used Oil.

6.2.3.1     Non-Collection of Recyclable Materials. CONTRACTOR shall not be required to collect Recyclable Material from a Recycling Cart that contains Hazardous Waste or Exempt Waste. If Recyclable Material is commingled with Hazardous Waste or Exempt Waste, CONTRACTOR shall affix a Non-Collection Notice to the Recycling Cart explaining why the Recycling Cart was not collected and providing instructions to the Service Recipient on the procedures for setting out Recyclable Material and the procedures for disposing Hazardous Waste or Exempt Waste. To the extent possible, CONTRACTOR shall also notify CITY's Environmental Services Department of the non-collection prior to leaving the Service Unit.

6.2.3.2     Non-Collection of Used Oil. CONTRACTOR shall not be required to collect material placed in Used Oil Containers or Used Oil Filter Containers unless the material is Used Oil or Used Oil Filters, respectively.  In the event of non-collection, CONTRACTOR shall affix to the Used Oil Container or Used Oil Filter Container a Non-Collection Notice explaining why collection was not made and providing instructions to the Service Recipient on the procedures for setting out Used Oil or Used Oil Filters.  If non-collection is because the material placed in the Used Oil Container or the Used Oil Filter Container was identified by CONTRACTOR as a Hazardous Waste, CONTRACTOR shall notify CITY's Environmental Services Department of the non-collection prior to leaving the Service Unit.  If non-collection is because the Used Oil or Used Oil Filter was placed in an improper container, CONTRACTOR shall also leave Used Oil Containers or Used Oil Filter Containers in a number sufficient to contain the uncollected Used Oil (but not exceeding sixteen (16) quarts) or Used Oil Filters (but not exceeding two (2) Used Oil Filters) along with the Non-Collection Notice.

T-20367/1624367_2.docx                                California Waste Solutions

RD:MJV
5/27/19

**SECTION 6.** Section 6.2.4, "REPORTING OF PROBLEMS AND NON-COLLECTIONS" is amended to read as follows:

6.2.4 <u>Reporting of Non-Collections and Problems.</u>

6.2.4.1 <u>Reporting of Non-Collections.</u> CONTRACTOR shall document in the Customer Service System all instances where a Non-Collection Notice was issued. Notwithstanding any other reporting obligation, CONTRACTOR shall to the extent possible report all Non-Collection Notices by the end of the next Work Day, but no later than two Work Days after the Non-Collection Notice was issued. When reporting Non-Collections Notices to the CITY, CONTRACTOR shall include the address of the Service Recipient and clear and convincing photographic documentation that supports the reason for the Non-Collection. CONTRACTOR shall submit all photographic documentation in an electronic format, approved by the City Representative, with the Service Recipient's address in the file title and the date, time, and GPS coordinates in the metadata of each electronic file. Failure to properly document and report a Non-Collection will subject CONTRACTOR to Liquidated Damages as set forth in this Agreement.

6.2.4.2 <u>Reporting of Problems.</u> In addition to reporting Non-Collections, CONTRACTOR shall on a daily basis document in the Customer Service System all other situations that prevent or hinder collection and all replacements, repairs and exchanges of Garbage Carts; and all replacements, repairs and exchanges of Recycling Carts.  Except as otherwise provided in this Agreement, to the extent possible, CONTRACTOR shall make such reports by the end of the Work Day in which the event occurred. Where it is not possible to make such reports by the end of the Work Day, CONTRACTOR shall report such events no later than the end of the next Work Day.

**SECTION 7.** Section 6.7, "SFD LARGE ITEM COLLECTION SERVICE" is amended to include a new Subsection to read as follows:

6.7.8 <u>CITY Option to Terminate SFD Large Item Collection Service.</u> Notwithstanding any other termination provision in the Agreement, the CITY, at its sole option, may terminate SFD Large Item Collection Service with six (6) months' notice to CONTRACTOR.

T-20367/1624367_2.docx                                                                California Waste Solutions

RD:MJV
5/27/19

**SECTION 8.** Section 8.5, "APPROVAL OF NEW NON-PROGRAM MATERIALS" is deleted in its entirety.

**SECTION 9.** ARTICLE 8, "RECYCLABLE MATERIALS PROCESSING" is amended to include a new Section to read as follows:

    **8.12**   **Recycling Markets "Safety Net"**:
CONTRACTOR and CITY will maintain a "safety net" for recycling commodity markets for the remaining term of the Agreement commencing on July 1, 2019.

The commodity markets for recyclables experience cyclical changes and fluctuations in market price due to supply and demand, periodic strikes, transportation issues, and other reasonably foreseeable events ("Market Forces"). The "safety net" specified in this Section 8.12 will not address market price fluctuations or other changes due to Market Forces. If market prices for recyclables fluctuate as a result of Market Forces, CONTRACTOR shall be solely responsible for mitigating any potential economic impacts.

However, if recyclable commodity markets become not reasonably available, or there are other unforeseeable events related to the recyclable commodity that cause ongoing economic impact, CONTRACTOR and CITY will meet to discuss a reasonable modification to the provisions of the new Material Recovery Standard and/or other adjustments to Contractor's recycling obligations under the agreement with the City.

**SECTION 10.** Section 9.1, "PUBLIC EDUCATION AND OUTREACH PROGRAM" is deleted in its entirety.

**SECTION 11.** ARTICLE 12, "DISPOSAL" is amended to include a new Section to read as follows:

    **12.4**   **Senate Bill 1383.** CONTRACTOR is aware that Senate Bill (SB) 1383, establishing methane emissions reduction targets in a statewide effort to reduce emissions of short-lived climate pollutants, became law in 2016. CONTRACTOR agrees that the passage of this law and the regulations implemented under it will not present a Change in Law. The City and CONTRACTOR will provide for the program support and reporting required by SB 1383 and its regulations. If CONTRACTOR is required to provide significant changes to services in response to SB 1383, CITY and CONTRACTOR will mutually agree to the appropriate scope and compensation for such services subject to appropriation of funds.

           California Waste Solutions

RD:MJV
5/27/19

**SECTION 12.** ARTICLE 13, "CUSTOMER SERVICE" is amended to include new Sections to read as follows:

13.13 **Customer Satisfaction Standard.** CONTRACTOR shall meet a standard of at least 75 percent (75%) overall customer satisfaction each Fiscal Year as determined by an average of quarterly surveys of Service Recipients conducted during the Fiscal Year.

13.13.1     Quarterly surveys will be conducted by a third-party consultant retained by the CITY to perform surveys of the customers of all contractors providing residential Recycle Plus services under contract with the CITY.

The procurement process will follow the CITY's procurement policies and procedures, as may be amended. The third-party consultant will be selected by a panel consisting of: one representative from CONTRACTOR, a representative from all other contractors providing residential Recycle Plus services under contract to the CITY, and members of CITY staff sufficient to constitute a majority of the overall members on the selection panel.

The term of the agreement for the selected third-party consultant will be for 3 years. CITY shall pay the cost of the surveys.

13.13.2     For these surveys, Service Recipients who express no opinion or state "don't know" in response to questions about CONTRACTOR's customer service will be excluded from survey results. The results of the survey shall be final and binding on both parties.

Seventy-five percent (75%) overall customer satisfaction means that 75 percent (75%) of survey respondents, who had an opinion, rated CWS' overall service as satisfactory or better. For the purpose of this Customer Satisfaction Standard, "satisfactory or better" equals a rating of 3 or better on a 5-point scale.

13.14 **Service Delivery Standard.** CONTRACTOR shall meet a Service Delivery Standard related to customer service and performance as set forth in this Section.

8

T-20367/1624367_2.docx                                      California Waste Solutions

RD:MJV
5/27/19

13.14.1.    CONTRACTOR fails to meet the Service Delivery Standard by accumulating an aggregate of more than $30,000 in Liquidated Damages in a Fiscal Year related to any of the items on the List of Liquidated Damages: Service Delivery in Section 18.2, as amended in this Second Amendment.

13.14.2    For the purpose of the Option Term, if exercised by the CITY, CONTRACTOR fails to meet the Service Delivery Standard by accumulating an aggregate of more than $15,000 in Liquidated Damages related to any of the items on the List of Liquidated Damages: Service Delivery in Section 18.2, as amended in this Second Amendment.

13.14.3    To evaluate CONTRACTOR's call center, a third-party consultant, procured independently by the CITY, may conduct anonymous, "secret shopper" assessments of CONTRACTOR's call center. To the extent possible, information regarding any such "secret shopper" calls (including but not limited to, any recordings of such calls, summaries of the calls, the date/time of the call, the names of CONTRACTOR employees who were spoken with and results and assessments of CWS performance on the calls) will be shared with CONTRACTOR as soon as reasonably possible following each such call to assist CONTRACTOR in its quality control efforts for its call center.

**13.15 <u>Customer Service Deduction.</u>** If CONTRACTOR fails to meet the Customer Satisfaction Standard (CSS) and Service Delivery Standard (SDS) in a Fiscal Year, CITY will make a deduction from the payment due to CONTRACTOR on or before October 1 of the following Fiscal Year in which CONTRACTOR did not meet the Customer Satisfaction Standard and Service Delivery Standard as follows:

- One Fiscal Year: -$0.15/unit/month
- Second Consecutive Fiscal Year: -$0.30/unit/month
- Third Consecutive Fiscal Year: -$0.45/unit/month*

9

California Waste Solutions

RD:MJV
5/27/19

**Example deduction methodology** *(for illustrative purposes only)*

| Fiscal Year | 2019-2020 (July–June) | 2020-2021 (July–June) | 2021 (July–Dec)* |
|---|---|---|---|
| **Result** | CSS & SDS not met | CSS & SDS not met | CSS or SDS met |
| **Deduction rate (per unit per month)** | $0.15 | $0.30 | NA |

*Extension at City's Option

*Example calculation for example Fiscal Year 2019-2020 result*
CONTRACTOR does not meet CSS & SDS for one Fiscal Year:
Deduction = $0.15 x 166,000 (total SFD units) x 12 months = $298,800

*Example calculation for example 2020-2021 result*
CONTRACTOR does not meet CSS & SDS for second consecutive Fiscal Year: Deduction = $0.30 x 166,000 (total SFD units) x 12 months = $597,600

**SECTION 13.** Section 14.1.2, "CONTRACTOR REPORTS" is amended to read as follows to read as follows:

14.1.2 <u>CONTRACTOR Reports.</u> CONTRACTOR shall submit reports through the Customer Service System for daily collection data and processing data as described in Exhibit 8. CONTRACTOR shall submit to the City Representative daily, monthly, quarterly and annual reports containing the information, in the format, and at the times required in Exhibit 8. CONTRACTOR may not change the format, sections or categories of these reports without written approval of the City Representative.

As directed by the City Representative CONTRACTOR shall submit any additional reports to the CITY that are required by law and, if applicable, as may be amended. CONTRACTOR shall submit such reports in the format and timeframe as directed and approved by the City Representative.

T-20367/1624367_2.docx                                    California Waste Solutions

RD:MJV
5/27/19

**SECTION 14.** ARTICLE 16, "DIVERSION STANDARDS" is amended to read as follows:

**16.1    Diversion Standards.** The diversion requirements for this Agreement are as follows:

16.1.1  A minimum Material Recovery Standard for SFD Recycling that is less than 20% of Residential Recyclables for Studies ("RRFS)" (as defined in this Article), by weight, present in Residue;

16.1.2 A minimum Large Item diversion standard of at least seventy-five percent (75%).

16.1.3 A minimum Marketed Rate of at least eighty-five percent (85%).

**16.2    Material Recovery Standard for SFD Recycling.**

16.2.1 Annual Assessment of Material Recovery Standard. CONTRACTOR'S compliance with its diversion requirement for SFD Recycling will be assessed using a "Material Recovery Standard" ("MRS"). Under the MRS, processing studies will be performed four (4) times per Fiscal Year to determine the percentage of RRFS, by weight, present in Residue. CONTRACTOR fails to meet its diversion requirement in the Fiscal Year in which the quarterly studies are performed if an annual average of 20 percent (20%) or more of RRFS, by weight, is present in Residue.

If any one processing study results in 20% or more RRFS Material, by weight, present in Residue, CONTRACTOR shall submit a plan to CITY, for approval, to decrease RRFS present in Residue to less than 20% in the following study period. If the City Representative approves CONTRACTOR'S submitted plan, CONTRACTOR shall implement the plan for the following study period.

16.2.2 Processing Studies. Processing studies will be performed by a third-party consultant to determine adherence to the MRS. The results of any processing study will be conducted in the timeframe specified in this Section, will be conducted and completed to the satisfaction of the CITY, and will be final and binding on CONTRACTOR.

16.2.2.1    Selection of Third-Party Consultant. The CITY will retain a third-party consultant to perform processing studies on all contractors providing residential recycling services under contract with the CITY.

11

RD:MJV
5/27/19

The procurement process will follow the CITY's procurement policies and procedures, as may be amended. The third-party consultant will be selected by a panel consisting of: the CITY's Recycle Plus Program Manager, one representative from CONTRACTOR, a representative from each of the other contractors providing residential recycling services under contract to the CITY, a CITY employee appointed by the City Manager, and an individual who is not a CITY employee selected by the City Manager.

The term of the agreement for the selected third-party consultant will be for 3 years. CITY shall pay the cost of the processing studies.

16.2.2.2    <u>Timing of Processing Studies.</u> CONTRACTOR shall permit the third-party consultant to perform processing studies at any facilities performing services under this Agreement in February, May, August, and October, or as soon thereafter as the third-party consultant retained by the CITY is able to conduct each study with reasonably sufficient notice to the CONTRACTOR. Any unreasonable failure on the part of CONTRACTOR to permit the third-party consultant to complete a processing study in the required timeframe may result in the assessment of Liquidated Damages as set forth in this Agreement, CITY withholding payment to CONTRACTOR, or both.

16.2.2.3    <u>CITY Satisfaction.</u> All processing studies shall be completed to the reasonable satisfaction of the CITY. Any failure on the part of CONTRACTOR to permit the third-party consultant to complete a processing study to the CITY's reasonable satisfaction may result in the assessment of Liquidated Damages as set forth in this Agreement, CITY withholding payment to CONTRACTOR, or both. CONTRACTOR shall also be required to permit the third-party consultant to perform any additional processing studies necessary to reasonably satisfy the CITY.

16.2.3  <u>Residential Recyclables for Studies ("RRFS") List.</u> For the purposes of determining appropriate compensation rates and adherence to the Material Recovery Standard, RRFS means recyclable paper,

12

RD:MJV
5/27/19

recyclable plastic, recyclable metal, recyclable glass, and recyclable textiles as described in the list below:

| RRFS List |
|---|
| **Recyclable Paper**<br>  1. Clean Newspaper<br>  2. Clean OCC<br>  3. Clean Mixed Paper<br>  4. Clean Aseptic and Polycoated Packaging<br><br>*Note: "Clean" recyclable paper is defined as material not soiled or contaminated that could reasonably be expected to be recycled without special processing or cleaning.*<br>*This category does not include Remainder/Composite Paper.* |
| **Recyclable Plastic**<br>  5. #1 PET Bottles and Containers<br>  6. #2 HDPE Bottles and Containers<br>  7. #3, #4, #5 and #7 Bottles and Containers<br>  8. Plastic Bags and Other Film<br>  9. Polystyrene<br> 10. Durable Plastic Items<br><br>*Note: Does not include Remainder/Composite Plastic.* |
| **Recyclable Metal**<br> 11. Aluminum Beverage Cans<br> 12. Aluminum Foil<br> 13. Steel (Tin) Cans<br> 14. Other Scrap Metal<br><br>*Note: Does not include Remainder/Composite Metal.* |
| **Recyclable Glass**<br> 15. Recyclable Glass<br><br>*Note: Does not include Remainder/Composite Glass.* |
| **Recyclable Textiles**<br> 16. Bagged Textiles<br> 17. Loose Textiles |

16.2.3.1    Amendment of the RRFS List. The material identified as RRFS in this Section may be amended to reflect recycling market conditions. To request an amendment, CONTRACTOR and all other contractors providing residential recycling services under contract with the CITY shall submit a joint request to the CITY

T-20367/1624367_2.docx                                    California Waste Solutions

RD:MJV
5/27/19

to add or remove items from the list of RRFS. The joint request must include:

a. Description of specifically how the material will be diverted (if item is added) or disposed (if item is removed);

b. Item tonnage data for the past six (6) months, to the extent available;

c. Item tonnage projected to be collected (if item is added) or disposed (if item is removed) over the next twelve (12) months;

d. For request to remove item(s), evidence of inability to market material, including third party indices showing drop in commodity pricing, evidence of rejected bales (if item is removed), communications from commodity buyers that are not proprietary and/or confidential in nature, and other pertinent information including proprietary and confidential buyer/broker communications which will be made available only for in-person inspection at CONTRACTOR's premises by CITY representatives but not for copying or note-taking that would reveal the identity of the confidential buyers and/or brokers;

e. Additional information as may be requested by CITY.

Any joint request shall be made in writing to the Director by November 1, 2019. The Director shall review the request and respond to CONTRACTOR within sixty (60) calendar days. If approved by the Director, the amended list will be applied, at a minimum, to all studies done for the remaining term of the Agreement. If the joint request is denied, all contractors may appeal the decision to the City Manager, whose decision will be final. If the joint

California Waste Solutions

RD:MJV
5/27/19

request is ultimately denied, the then-current RRFS List will stay in effect.

16.2.4  Approval of New Non-Program Materials. CONTRACTOR may request that items be added or removed to the approved list of Non-Program Materials used to calculate the Material Recovery Standard.  Requests to amend the Non-Program Material List shall be made in writing to the Director. If the request is to add an item to the Non-Program Materials List, CONTRACTOR shall include a statement in the request that the item was collected during the provision of SFD Residential Recycling Collection Services, a description of specifically how the material will be diverted, tonnage collected for the past six (6) months, to the extent available, tonnage projected to be collected over the next twelve (12) months, and such other information as may be requested by CITY.  The Director shall review the request and respond to CONTRACTOR with in thirty (30) calendar days, whose decision will be final.

16.2.5  Calculation of Material Recovery Standard. The MRS will be calculated using the average of the four processing studies conducted in each Fiscal Year. From the total tons of Residue sampled, the processing studies will produce data on the weight of the items on the then-current RRFS List, and the sum of these weights will provide the total amount of RRFS present in the Residue sampled.

Example (*for illustrative purposes only*):
- Total amount of Residue sampled for processing study: 1.0 ton
- Weight of items on RRFS list:

| Item | Tonnage |
|------|---------|
| Clean Paper | 0.10 |
| Plastic | 0.03 |
| Metal | 0.01 |
| Glass | 0.01 |
| Textiles | 0 |
| **TOTAL** | **0.15** |

- Result: Of 1.0-ton Residue sample, 0.15 tons RRFS

Any Non-Program Material CONTRACTOR Sold during the 3-month period prior to the processing study will be included in calculating the MRS. Residue tons will be adjusted by a factor of

RD:MJV
5/27/19

the percentage of Non-Program Material Sold in relation to the tons of Recycling Material collected.

---

**Material Recovery Standard Example Calculation**
*(for illustrative purposes only)*

- Of a 1.0-ton residue sample, 0.15 tons were RRFS.
- In the 3-month period prior to the residue sample, CONTRACTOR reported 25,000 tons of recycling cart material collected and 250 Non-Program Material tons sold.
- Non-Program Materials represent 1% of tons collected (250/25,000), making the adjustment factor 1.01.
- Material Recovery Standard calculation:

$$\frac{0.15 \text{ RRFS tons in Residue sample}}{1.0 \text{ tons of Residue sampled} \times 1.01 \text{ adjustment factor for Non-Program Materials sold}} = 14.85\%$$

---

16.2.6 <u>MRS Diversion Deduction.</u> If CONTRACTOR fails to meet the Material Recovery Standard for a Fiscal Year, CITY shall make a deduction from payments due to CONTRACTOR on or before October 1 following the Fiscal Year, in which CONTRACTOR did not meet the Material Recovery Standard as follows:

- One Fiscal Year: -$0.30/unit/month
- Second Consecutive Fiscal Year: -$0.60/unit/month
- Third Consecutive Fiscal Year: -$0.90/unit/month*

**Example deduction methodology** *(for illustrative purposes only)*

| Fiscal Year | 2019-2020 (July-June) | 2020-2021 (July-June) | 2021 (July-Dec)* |
|---|---|---|---|
| **MRS Result** | MRS not met | MRS not met | MRS met |
| **Deduction rate (per unit per month)** | $0.30 | $0.60 | NA |

*Extension at City's option

*Example calculation for example Fiscal Year 2019-2020 result*
CONTRACTOR does not meet MRS for one Fiscal Year:
Deduction = $0.30 x 166,000 (total SFD units) x 12 months = $597,600

California Waste Solutions

RD:MJV
5/27/19

*Example calculation for example 2020-2021 result*
CONTRACTOR does not meet MRS for second consecutive Fiscal Year:
Deduction = $0.60 x 166,000 (total SFD units) x 12 months = $1,195,200

**16.3** **Large Item Diversion Standard.** Beginning January 1, 2011, CONTRACTOR shall achieve a Large Item diversion standard of not less than seventy five percent (75%) per calendar year in CONTRACTOR's Service Districts.

    16.3.1    <u>Large Item Diversion Rate Calculation</u>. The Large Item diversion for each district (Service District A and Service District C) will be calculated as the tons of Large Items collected through the provision of Large Item Collection Services and attributable to the Service District that are Recycled, Processed, and Sold, or delivered to a recycler or reuser, as required by this Agreement, divided by the total tons of Large Items collected from the Service District in the calendar year:

| **Large Item Diversion Rate Calculation** |
| :---: |
| Large Item Diversion Rate = (Tons of Large Items Recycled, Processed, and Sold, or delivered) ÷ (Tons Large Items collected) |

    16.3.2    The protocol for determining the tons of materials Sold, the tons of materials collected, and the tons of materials that are attributable to each Service District will be determined by CITY in consultation with CONTRACTOR.

    16.3.3    <u>Failure to Meet Minimum Large Item Diversion Standard.</u> CONTRACTOR's failure to meet the minimum diversion standard for Large Item Collection Services in SFD Service Districts A and C as set forth in this Section will not be considered a basis for default and termination under Section 19.1.

**16.4** **Marketed Rate.** CONTRACTOR shall achieve a Marketed Rate of not less than eighty five percent (85%). If CONTRACTOR does not meet or exceed a Marketed Rate of 85%, CONTRACTOR fails to meet the Marketed Rate Standard.

The Marketed Rate will be calculated quarterly. The Marketed Rate will be calculated as the tons of Recyclable Material and Non-Program Material

17

                California Waste Solutions

RD:MJV
5/27/19

Sold, divided by the tons of Recyclable Material and Non-Program Material collected less the tons of Recyclable Material and Non-Program Material Residue. "Sold" shall be defined as "a market-based transaction when the ownership of recyclable material or non-program material changes from one legal entity to another, that is documented through the use of a bill of sale, sales agreement, cancelled checks, invoice or other appropriate written documentation." For the purposes of calculating the Marketed Rate, tonnages will not include any tons Sold or collected, nor any tons of Residue, attributable to Large Item collection.

---

**Marketed Rate Example Calculation**
*(for illustrative purposes only)*

Marketed Rate = (Tons of Recyclable Material sold + Non-Program Material sold) ÷

((Tons Recyclable Material Collected + Non-Program Material collected) −
(Tons of Recyclable Material Residue + Non-Program Material Residue))

---

**SECTION 15.**  Section 17.8, "WITHHOLDING OF PAYMENT" is amended to read as follows:

    **17.8**  **Withholding of Payment.** In addition to express provisions contained elsewhere in this Agreement, CITY may withhold from any payment otherwise due to CONTRACTOR such amount as reasonably determined by CITY as necessary to protect CITY's interest, or, if CITY so elects, may withhold or retain all or a portion of any monthly payment or refund payment for any of the following reasons.  CITY shall provide written notice to CONTRACTOR of the reason for withholding of payments.

- Unsatisfactory progress of the work not caused by any condition beyond the CONTRACTOR's control;
- Defective work not corrected;
- CONTRACTOR's failure to carry out instructions or orders of the City Representative;
- Failure to complete any processing study within the required timeframe;
- Failure to complete any processing study to the reasonable satisfaction of the CITY;
- Execution of work not in accordance with this Agreement;
- Claims filed by or against CONTRACTOR or reasonable evidence indicating probable filing of claims;
- Failure of CONTRACTOR to make payments to any subcontractor for material or labor;

18

RD:MJV
5/27/19

- Substantially unreasonable unsafe working conditions allowed to persist by CONTRACTOR;
- Failure of CONTRACTOR to provide route schedules and other reports as required by CITY;
- Use of any subcontractors without CITY's prior written approval, which shall not be unreasonably withheld.

**SECTION 16.** Section 17, "COMPENSATION" is amended to include a new Section to read as follows:

**17.10** **Incentive Payments**. CONTRACTOR may be eligible to receive annual incentive payments if CONTRACTOR meets the following criteria in a Fiscal Year.

17.10.1    Customer Satisfaction Incentive Payment. If CONTRACTOR meets the Customer Satisfaction Standard and Service Delivery Standard, set forth in Article 13 as amended by this Second Amendment, CONTRACTOR will receive an incentive payment as set forth in Exhibit 18 (see Section 23 of this Second Amendment).

17.10.2    Material Recovery Incentive Payment. If CONTRACTOR meets the Customer Satisfaction Standard and Service Delivery Standard (set forth in Article 13 as amended by this Second Amendment) and the Material Recovery Standard (set forth in Article 16 as amended by this Second Amendment) CONTRACTOR will receive an incentive payment as set forth in Exhibit 18 (see Section 23 of this Second Amendment).

17.10.3    Incentive payments will be paid within 30 days of CONTRACTOR meeting the standards in the prior Fiscal Year, pending completion of any required studies, final determination of any Liquidated Damages assessed during the applicable Fiscal Year, and receipt of any required information from CONTRACTOR.

**SECTION 17.** Section 18.2, "LIQUIDATED DAMAGES" is amended to read as follows:

**18.2** **Liquidated Damages**. It shall be the duty of CONTRACTOR to perform services under this Agreement in such a manner as to implement practices, policies and procedures designed to achieve the goals set forth in Section 18.1 above. In the event CONTRACTOR fails to perform the services as set forth in this Agreement, CONTRACTOR agrees that CITY

19

RD:MJV
5/27/19

may deduct Liquidated Damages from any monies due or which may
become due to CONTRACTOR in the following amounts:

|  | | |
|---|---|---|
| **List of Liquidated Damages: Service Delivery** **(Applies to Each Service District)** | | |
| a. | Failure or neglect to resolve each complaint within the time set forth in this Agreement. | $500.00 per incident per Service Recipient. |
| b. | Failure to clean up spillage or litter caused by CONTRACTOR. | $300.00 per incident per location. |
| c. | Failure to repair damage to customer property caused by CONTRACTOR or its personnel. | $500.00 per incident per location. |
| d. | Failure to maintain equipment in a clean, safe, and sanitary manner. | $500.00 per incident per Work Day. |
| e. | Failure to maintain office hours as required by this Agreement. | $500.00 per incident per Work Day. |
| f. | Failure to properly cover materials in collection vehicles. | $500.00 per incident. |
| g. | Failure to display CONTRACTOR's name and CITY's customer service phone number on collection vehicles. | $500.00 per incident per Work Day. |
| h. | Failure to comply with the hours of operation as required by this Agreement. | $500.00 per incident per Work Day. |
| i. | Failure to pick up material on scheduled day | $100.00 per 1 missed pickup per 1,000 service opportunities for SFD (service opportunity = cart/bin, oil, large item setout) |
| j. | Failure to repair or replace damaged carts within the time required by this Agreement. | $100.00 per incident per Work Day. |
| k. | Failure to deliver or exchange carts within the time required by this Agreement. | $100.00 per incident per Work Day. |
| l. | Failure to pick-up Large Items within the time required by this Agreement. | $100.00 per incident per Work Day. |
| m. | Failure of CONTRACTOR's field personnel to carry photographic identification or wear uniform shirts. | $100.00 per incident per Work Day. |
| n. | Failure to provide required communications equipment. | $100.00 per incident per Work Day. |

T-20367/1624367_2.docx                                    California Waste Solutions

RD:MJV
5/27/19

| List of Liquidated Damages: Service Delivery (Applies to Each Service District) | | |
|---|---|---|
| o. | Failure to achieve minimum average telephone delay time of 180 seconds or less, measured on a quarterly basis, for a caller to talk with a Customer Service Representative (CSR). "Delay time" means the time from first ring until caller speaks with CSR. | Minimum delay time: 180 seconds quarterly average. $5,000 per quarter if > 180 second avg. per quarter. |
| p. | Failure to achieve minimum telephone hold time of a cumulative of 10 minutes or less. "Hold time" means the cumulative time a caller is on-hold waiting to speak to a CSR or call abandoned while waiting to speak to a CSR. | Each call > 10 minutes total cumulative time on-hold or call abandoned after 10 minutes cumulative time on-hold: 0.3% or more of calls per quarter. $10,000 per quarter if total cumulative time on-hold or call abandoned after 10 minutes on hold is ≥ 0.3% of calls per quarter. |
| q. | Failure to achieve minimum acceptable score for call center service level quality. | $1,000 for not meeting minimum score of third-party quarterly assessment report; minimum score ≥ 80% per assessment/quarter |
| r. | Failure to provide customer self-service option (website, email) as specified in this Agreement. | $1,000 per day |
| s. | Failure to issue Non-Collection Notice as specified in this Agreement. | $100 per incident |
| t. | Failure to return empty carts to the point of collection, upright with lids closed and locks secured (if applicable), as specified in this Agreement. This penalty would be complaint-based and for situations with public health & safety implications (e.g., cart toppled, in the middle of the road). | $100 per incident |

T-20367/1624367_2.docx                                    California Waste Solutions

RD:MJV
5/27/19

| List of Liquidated Damages: All Other (Applies to Each Service District) | | |
|---|---|---|
| u. | Failure to have a vehicle operator properly licensed. | $500.00 per incident per Work Day. |
| v. | Failure to maintain or timely submit to CITY all documents and reports required under the provisions of this Agreement. | $500.00 per incident per Work Day. |
| w. | Changing routes without proper notification to the City Representative. | $500.00 per incident per Work Day. |
| x. | Commingling Recyclable Material with solid waste collected from sources other than a Recycling Cart. | $5,000.00 per incident. |
| y. | Commingling of materials in collection vehicles collected inside and outside the City of San José. | $5,000.00 per incident. |
| z. | Failure to provide adequate primary and alternate capacity to accept and process Recyclable Material. | $1,000.00 per Work Day. |
| aa. | Disposal of Recyclable Material or Residue in the Disposal Facility without first obtaining the required permission of CITY. | $500.00 per occurrence |
| bb. | Failure to deliver any collected materials to the Disposal Facility, as appropriate, except as otherwise expressly provided in this Agreement. | $5,000 first failure<br><br>$25,000 each subsequent failure |
| cc. | Failure to deliver any collected materials to the Materials Recovery Facility except as otherwise expressly provided in this Agreement. | $5,000 first failure<br><br>$25,000 each subsequent failure |
| dd. | Failure to meet the minimum Large Item diversion requirements of this Agreement (calculated per calendar year per Service District). | $10,000 for shortfall of 25% or more |
| ee. | Failure to comply with the provisions of the "plans" set forth in Exhibit 3 to this Agreement. | $500 per incident per Work Day. |
| ff. | Failure to follow the Materials Recovery Delivery and Processing protocol of this Agreement. | $1,000 per incident per Work Day |
| gg. | Failure to provide access for CITY (CITY Staff or CITY agent) to CONTRACTOR'S or Subcontractors operating or Processing Facilities. | $1,000 per incident per Work Day |

T-20367/1624367_2.docx                                    California Waste Solutions

RD:MJV
5/27/19

| List of Liquidated Damages: All Other (Applies to Each Service District) | | |
|---|---|---|
| hh. | Failure to maintain Customer Service System that receives transferred information from City's web-based and mobile application internet platform for SFD Large Item Collection Service. | $100.00 per Work Day |
| ii. | Distribution of public education and outreach material prior to approval by the City Representative. | $1,000 per incident |
| jj. | Shipment or sale of unprocessed Recyclable Material | $5,000 per incident |
| kk. | Failure to use a biodiesel fuel (B20 grade or higher) in Recycle Plus collection fleet set forth in Exhibit 10 | $5,000 per month |
| ll. | Unreasonable failure to permit the third-party consultant retained by the CITY to complete a processing study in the required timeframe. | $500 per incident per Work Day |
| mm. | Unreasonable failure to permit the third-party consultant retained by the CITY to complete a processing study to the satisfaction of the CITY. | $500 per incident per Work Day |

**SECTION 18.**  Section 21.4, "INDEMNIFICATION" is amended to read as follows:

21.4    **Indemnification.** CONTRACTOR shall indemnify and hold harmless CITY, CITY's contractors, and CITY's public officials, officers, directors, employees, agents and other contractors of each of them, from and against any and all claims, costs, losses and damages (including but not limited to all fees and charges of engineers, architects, attorneys and other professionals as well as all Court or other dispute resolution costs), liabilities, expenditures or causes of action of any kind (including negligent, reckless, willful or intentional acts or omissions of CONTRACTOR, any subcontractor, any supplier, any person or organization directly or indirectly employed by any of them to perform or furnish any services or anyone for whose acts any of them may be liable), arising from, relative to or caused by the performance of the services under this Agreement.  This indemnity includes but is not limited to claims attributable to bodily injury, sickness, disease or death and to injury or destruction of tangible property.  CONTRACTOR agrees, at CONTRACTOR's expense, after written notice from the City Attorney, to defend any action against CITY that falls within the scope of this indemnity, or CITY, at CITY's option, may elect not to tender such defense and may elect instead to secure its own attorneys to defend any such action and the reasonable costs and expenses of such attorneys incurred in defending such action shall be payable by CONTRACTOR.

T-20367/1624367_2.docx                                                    California Waste Solutions

RD:MJV
5/27/19

Additionally, if CONTRACTOR, after receipt of written notice from the CITY, fails to make any payment due under this Agreement to CITY, CONTRACTOR shall pay any reasonable attorneys' fees or costs incurred by CITY in securing any such payment from CONTRACTOR.  Payment of any amount due pursuant to the foregoing indemnity shall, after receipt of written notice by CONTRACTOR from CITY that such amount is due, be made by CONTRACTOR prior to CITY being required to pay same, or in the alternative, CITY, at CITY's option, may make payment of an amount so due and CONTRACTOR shall promptly reimburse CITY for same.

CONTRACTOR's obligations under this Section 21.4 includes the defense of any action against the CITY or the payment of any fines or penalties imposed on the CITY as a result of: (i) CONTRACTOR's failure to meet its obligations under this Agreement, or (ii) due to CONTRACTOR's delay in providing information that prevents CONTRACTOR or CITY from submitting timely reports as required by law.

**SECTION 19.**  ARTICLE 23, "MISCELLANEOUS PROVISIONS" is amended to include a new Section to read as follows:

23.26  **Request for Additional Services.** If requested by the CITY, CONTRACTOR shall take over other Recycle Plus services from other providers. If CITY makes such a request, CITY and CONTRACTOR will negotiate in good faith to determine appropriate compensation for such additional services, subject to appropriation of funds.

**SECTION 20.**  EXHIBIT 8, "DATA AND REPORTING," is amended as set forth in the Revised Exhibit 8, attached hereto, and incorporated into this Second Amendment.

**SECTION 21.**  EXHIBIT 9, "OUTREACH" is deleted in its entirety.

**SECTION 22.**  A new EXHIBIT 18, "INCENTIVE CALCULATION," attached hereto, is added to the Agreement and incorporated into this Second Amendment.

**SECTION 23.** A new Exhibit 19, "CONTRACTOR RATES FOR POTENTIAL FUTURE AGREEMENT," attached hereto, is added to the Agreement and incorporated into this Second Amendment.

**SECTION 24.**  All the terms and conditions of the amended Agreement not modified by this Second Amendment shall remain in full force and effect.

T-20367/1624367_2.docx                                              California Waste Solutions

RD:MJV
5/27/19

**SECTION 25.** The recitals set forth above are incorporated by reference into the Second Amendment and are made part of the Second Amendment.

**SECTION 26.** This Second Amendment is effective on July 1, 2019.

**SECTION 27.** This Second Amendment has been negotiated by the CITY and CONTRACTOR, reviewed by their respective counsel, and CITY and CONTRACTOR has had an opportunity to make such changes as that party wished to make. In the event an ambiguity or a question of intent or interpretation arises, this Second Amendment shall be construed as if drafted jointly by each of the parties hereto and no presumptions or burdens of proof shall arise favoring any party by virtue of the authorship of any provisions of this Second Amendment.

**WITNESS THE EXECUTION HEREOF** on the day and year first written above.

"CITY"

APPROVED AS TO FORM:

CITY OF SAN JOSE, a municipal corporation

MARK J. VANNI
Deputy City Attorney

By _____
Joy Rodriguez for Toni Taber
( City Clerk )

"CONTRACTOR"

CALIFORNIA WASTE SOLUTIONS, INC, a California corporation

By _____
DAVID DUONG
President

Date: June 16th, 2019

RECEIVED
San Jose City Clerk
2019 JUN 19 PM 4: 54

T-20367/1624367_2.docx

25

California Waste Solutions

**REVISED EXHIBIT 8**

**DATA AND REPORTING**

## I. DAILY COLLECTION DATA

CONTRACTOR shall compile data on a daily basis and report the following information monthly by electronic format within ten (10) calendar days of the end of each month following the month in which the service was completed.

CONTRACTOR shall provide data in the format approved or provided by the City Representative.

### A. Load Data for Recycling and Used Oil Collection Services

For Recyclable Materials, Used Oil and Used Oil Filters, CONTRACTOR shall provide data for each load collected and delivered to the Materials Recovery Facility. Data shall include, at a minimum, the following information:

1. Name of the Materials Recovery Facility receiving load
2. Weight tag number (unique, non-repeating number)
3. Date of collection
4. Day of week collected
5. Date delivered to the Materials Recovery Facility
6. Time of arrival at facility
7. Truck number
8. Net weight of load (in tons)
9. Route number(s)
10. District(s) serviced
11. Number of set-outs
12. Number of Used Oil Containers collected
13. Number of Used Oil Filter Containers collected

### B. Load Data for Large Item Collection Services

For Large Item Collection Service, CONTRACTOR shall provide data for each load collected and delivered to the Materials Recovery Facility. Data shall include, at a minimum, the following information:

1. Name of Materials Recovery Facility receiving load
2. Weight tag number (unique, non-repeating number)

**REVISED EXHIBIT 8**

**DATA AND REPORTING**

3.     Date of collection

4.     Day of week collected

5.     Date delivered to the Materials Recovery Facility

6.     Time of arrival at facility

7.     Truck number

8.     Net weight of load (in tons)

9.     District(s) serviced

10.    Number of scheduled set-outs collected (in billable units, up to 3 Large Items per set-out)

11.    Number of items collected (by type: white goods-CFC, white goods-other, brown goods, mattresses, furniture, upholstered furniture, E-Waste, other)

## C. Non-Collection Notice Data

In addition to any other reporting obligation under this Agreement, CONTRACTOR shall provide data for each Non-Collection Notice issued. Data shall include, at a minimum, the following information:

1.     NCN work order number entered in Customer Service System (unique, non-repeating number)

2.     Date issued

3.     Day of the week issued

4.     Route number

5.     Recipient address

6.     Service District

7.     Reason for Non-Collection (codes and definitions of codes to be provided by CITY)

## D. Courtesy Notice Data

CONTRACTOR shall provide data for each Courtesy Notice issued for the purpose of providing City with information for use in its public education, outreach and enforcement efforts.  Data must include, at a minimum, the following information:

1.     Date issued

**REVISED EXHIBIT 8**

**DATA AND REPORTING**

2.    Total number of notices issued

**E. Cross Jurisdictional Vehicle Use Data**

In the event that Recycle Plus vehicles are providing services outside of San Jose or for non-Recycle Plus Program activities, or if non-Recycle Plus Program vehicles are used inside San Jose for Recycle Plus Program activities, CONTRACTOR shall report vehicle origin, vehicle number, jurisdiction used, and date of use.

**F. MISSED COLLECTIONS**

CONTRACTOR shall provide data for all reported and non-reported missed pick-ups for each service type (garbage, recycling, yard trimming). Missed pick-ups of oil jugs and/or filters shall be counted as a recycling missed pick-up. Data shall include, at minimum, the following information:

1.    Address of each missed collection. If half-street or whole street missed collection, contractor shall provide a starting and ending range of addresses for each street missed

2.    Date of each missed collection

3.    Date collection was completed

4.    Quantity of carts/bins/jugs (per address or address range)

5.    Overall missed collection rate per collection day

a.  Ex: Monday, Garbage: 10 missed collections/10,000 carts on-route= 0.10% missed collection rate (MCR)

**II. PROCESSING DATA**

CONTRACTOR shall report monthly by electronic format within ten (10) calendar days of the end of each month following the month in which the service was provided, all data described in Articles 6 and 8 of this Agreement, including the following:

**A. Recycling, Used Oil, and Used Oil Filter Processing**

CONTRACTOR shall provide processing data for Recyclable Materials and Used Oil and Used Oil Filters.  Data shall include, at a minimum, the following information:

1.    Tons of Recyclable Materials processed (by commodity)

**REVISED EXHIBIT 8**

**DATA AND REPORTING**

2.    Tons of residue that is delivered to the Disposal Facility

        i.    Name of the Disposal Facility receiving load

        ii.    CONTRACTOR weight tag number (unique, non-repeating number)

        iii.    Disposal Facility weight tag number (unique, non-repeating number)

        iv.    Date delivered to Disposal Facility

        v.    Time of arrival at facility

        vi.    Truck number

        vii.    Net weight of load (in tons)

        viii.    Material type (San Jose residential recycling Residue)

3.    Gallons of Used Oil processed

4.    Tons of Used Oil Filters processed

5.    Material sales information:

        i.    type of material

        ii.    buyer

        iii.    date purchased

        iv.    tons shipped

        v.    price

        vi.    invoice number

        vii.    weight tag number

        viii.    freight cost

        ix.    number of bales

        x.    total revenue

7.    Processing Equipment Breakdown Report (for significant events)

        i.    date of breakdown

        ii.    type of equipment

        iii.    duration of breakdown

**REVISED EXHIBIT 8**

**DATA AND REPORTING**

    iv. reason for breakdown

    v. impacts, if any, to processing operations

    vi. mitigation measures taken to avoid similar breakdowns

  8. Rejected Loads Report

    i. date

    ii. time

    iii. route number (if known)

    iv. estimated percentage of load rejected

    v. tons rejected

    vi. final disposition of material

**B. Large Item Processing**

CONTRACTOR shall provide processing data for Large Items.  Data shall include, at a minimum, the following information:

  1. Number of items received by type (CFC white goods, other white goods, brown goods, mattresses, furniture, upholstered furniture, E-Waste, other)

  2. Tons collected

  3. Tons material reused

  4. Tons material Recycled

  5. Tons disposed

**REVISED EXHIBIT 8**

**DATA AND REPORTING**

## III. CUSTOMER SERVICE PERFORMANCE

CONTRACTOR shall submit detailed performance data of customer service activity for all incoming calls to haulers customer service center per Work Day and shall include a monthly summary of all calls received with at minimum the following data:

1. Total calls received

2. Total customer service representatives available

3. Number of calls on hold for 10.0 minutes or more (cumulative hold time for call)

4. Calls abandoned after 10 minutes or more on hold

5. In-call hold abandon rate (% of calls received)

6. Average delay time (first ring until customer speaks to a Customer Service Representative in mm:ss format)

## IV. DATA RECONCILIATION

CONTRACTOR shall compare the CITY's Service Unit data with the CONTRACTOR's Service Unit data and resolve all discrepancies within thirty (30) calendar days of receipt of CITY's Service Unit data. Reconciliations shall be completed annually by March 15 of each year and shall include reconciliation of premise ID, service address, cart type, cart size, and any special services (on-premise, disabled on-premise). CONTRACTOR shall notify CITY ten (10) Work Days prior to commencing the data reconciliation, by requesting Service Unit data from the CITY's Customer Service System. The CITY shall provide data within ten (10) Work Days of the request. If a large number of discrepancies are discovered during the data comparison, the CITY may defer resolution of discrepancies until the next annual route audit. CONTRACTOR may choose to replace their Service Unit data with CITY Service Unit data instead of conducting a data comparison. CONTRACTOR shall replace their data with CITY provided data within five (5) Work Days of data receipt, and notify CITY when complete.

## V. REPORT REQUIREMENTS

### A. Monthly Reports

CONTRACTOR shall submit Monthly Reports within ten (10) days of the end of each calendar month. The Monthly Report shall follow the report format requested by the City Representative.

**REVISED EXHIBIT 8**

**DATA AND REPORTING**

### B. Quarterly Reports

CONTRACTOR shall submit Quarterly Reports within thirty (30) days of the end of the previous calendar quarter. The Quarterly Report shall follow the report outline below, focusing on analysis and narrative of quarterly activity, with trend comparisons to previous quarter and same quarter of previous year, if applicable.

### C. Annual Reports

CONTRACTOR shall submit Annual Reports on or before February 15th for the previous calendar year. The final report covering the last six months of service under this Agreement shall be submitted by August 15th following the end of service. Annual Reports shall follow the outline below, with analysis and narrative to cover the reporting year activity.

### D. On-Request Reports

1. <u>Strike Contingency</u>

If CONTRACTOR'S employees are represented by a collective bargaining unit, CONTRACTOR shall detail how normal operations will be maintained if a labor strike should occur. The Strike Contingency Plan shall include, but not be limited to, the steps to be taken to have replacement labor to maintain operations, to maintain facility security, to protect non-union personnel and the public, and a point of contact or spokesperson for media relations.

2. <u>Additional Customer and Operation Information</u>

From time to time, CITY may request additional information in order to evaluate a potential redesign of the Recycle Plus Program services including, but not limited to the following:

a. *<u>Routes by Service Type</u>*

- Number of routes per day;
- Types of vehicles;
- Time on route(s) (collection, transport, and downtime);
- Crew size per route;
- Number of full time equivalent (FTE) routes; and
- Number of accounts per route.

b. *<u>Personnel</u>*

**REVISED EXHIBIT 8**

**DATA AND REPORTING**

- Organizational chart;
- Job classifications and number of employees (e.g. administrative, customer service representatives, drivers, supervisors, educational staff);
- Wages by job classification;
- Number of full-time equivalents (FTE) positions for each job classification; and
- Number of hours per job classification per year.

c.    *Productivity Statistics*

- Number of Service Units per day per route;
- Representative number of setouts per day per route of actual data or based on annual route audit; and
- Average tons per day per route.

d.    *Large Item/E-Waste*

- Tonnage by Large Item and E-Waste service;
- Number of Large Item pick-ups and E-Waste pick-ups during each month of the most recent 12-month period;
- Disposal tonnage;
- Diversion tonnage, listed by vendor or Processing site;
- Number of stops serviced by a third-party re-use vendor;
- List of re-use vendors collecting reusable items; and
- Number and type of vehicles used to perform the collections, average route hours per week; number of personnel and average labor hours per week during a one-month period.

3.    Regulatory Compliance for Vehicles

CONTRACTOR shall provide the CITY Representative with copies of any documentation demonstrating compliance with the following regulatory requirements:

a.    Clean air vehicle regulations as set forth in Section 11.3.3

b.    Registration, licensing, and inspection as set forth in Section 11.3.8

c.    Vehicle certification as set forth in Section 11.5

**REVISED EXHIBIT 8**

**DATA AND REPORTING**

**E. Report Outline for Quarterly and Annual Reports**

The following provides an outline of the Quarterly and Annual Report requirements.  The purpose of the reports is to provide an analysis of activities and significant events, including service delivery, CONTRACTOR performance, waste stream analysis, commodity prices, and community outreach and relations.

## REPORT OUTLINE

**SECTION I - DATA**

### A. Collected Tonnage

This section shall include analysis of tons of Recyclable Materials collected and apparent trends and causes for any tonnage changes.

### B. Residue Tonnage Disposed

This section shall include analysis of residue levels at the MRF, and apparent trends and causes for any tonnage changes.

### C. Recyclable Tonnage Collected and Sold

This section shall focus on detailed analysis of the Recyclable Materials collected and sold (by major commodity), diversion, apparent trends and causes, and any challenges in the marketing of material.

### D. Commodity Prices and Revenue

This section shall focus on detailed analysis of the recyclable markets and sales activity, apparent trends and causes.

### E. Large Item Collection

This section shall focus on detailed analysis of the Large Item collection program, diversion, and apparent trends and causes. Additional analysis shall be provided on the following specific program aspects:

- Number of items collected by type (white goods-CFC, white goods-other, brown goods, mattresses, furniture, upholstered furniture, E-Waste, other)
- Tons collected
- Material reused (tons and type)
- Material Recycled (tons and type)
- Tons disposed

### F. Used Oil and Used Oil Filter Collection

This section shall include analysis of amounts of Used Oil and Used Oil Filters collected and apparent trends and causes for any significant changes.

### G. Non-Collection and Courtesy Notices

This section shall focus on detailed analysis of Non-Collection and Courtesy Notice activity, by the dates issued, and apparent trends and causes for any significant changes.

### H. Missed Collections

This section shall focus on detailed analysis of the number of missed collections, apparent trends and causes and possible remedies.

**I. Cart Activity**

This section shall focus on detailed analysis of Recycling Cart activity; apparent trends and causes for significant changes; and approximate quantities, by size, of CONTRACTOR's inventory of Recycling Carts available for deliveries, repairs and exchanges.

**J. Customer Calls**

This section shall focus on detailed analysis of customer service activity, apparent trends, major issues and causes. Additional analysis shall be provided on specific service requests and complaint calls and shall include a summary of all calls received. To the extent possible, specific details on Customer Service Representative performance, training, and hiring shall be provided. CONTRACTOR shall include any trends in call center performance and actions taken to correct deficiencies.

## SECTION II – ROUTE AUDITS

In this section, CONTRACTOR shall include the route audits conducted during the quarter and the findings from the route audits. This section shall include all of the route audit information required in Article 10 of this Agreement.

## SECTION III - VEHICLE INFORMATION

**A. Vehicle Inventory and Compliance Reports**

**B. Vehicle Mileage Report**

**C. Vehicle Maintenance/Preventative Maintenance Activity**

**D. Status of State Inspection Requirements**

**E. Alternative Fuel Vehicle (AFV) Usage and Performance**

1. Monthly AFV Reports shall include the following information:

   - Biodiesel purchase documentation, including blend information (e.g., B20, B50, etc.)

   - Biodiesel usage information including gallons

   - Quantity of vehicles operating on biodiesel

2. Quarterly AFV Reports shall include the following information, if applicable:

- Discussion of Biodiesel performance; including but not limited to, average fuel economy, issues with power and speed, and any unusual noise or fumes.
- Operational issues
- Maintenance issues
- Fuel supply issues
- Analysis and narrative of results from testing the use of alternative fuels in collection vehicles

3. In addition to the above, Annual AFV Reports shall include:

- Summary of Quarterly Reports
- Emissions ratings
- Grant status
- Fuel purchase and delivery documentation

## SECTION IV - SIGNIFICANT EVENTS

This section shall discuss any significant events occurring in the organization.

## SECTION V - CALENDAR

**A. Reports Delivered This Quarter**

**B. Reports Due Next Quarter**

**END REPORT OUTLINE**

END OF EXHIBIT 8

**EXHIBIT 18**

**INCENTIVE PAYMENT CALCULATION**

1.    For Fiscal Year 2019-2020 (July 1, 2019 through June 30, 2020) and Fiscal Year 2020-2021 (July 1, 2020 through June 30, 2021), CONTRACTOR is eligible for performance incentive payments as set forth in Section 17.10, "COMPENSATION" (See Section 17 of this Second Amendment).

If applicable, incentive payments will be calculated in accordance with the following formulas:

<u>Customer Satisfaction Incentive Payment:</u>

50% of: ((Incentive Rate – District A SFD Recycling Service Rate) x District A SFD Service Units x 12 months) + ((Incentive Rate – District C SFD Recycling Service Rate) x District C SFD Service Units x 12 months)

<u>Material Recovery Incentive Payment:</u>

50% of: ((Incentive Rate – District A SFD Recycling Service Rate) x District A SFD Service Units x 12 months) + ((Incentive Rate – District C SFD Recycling Service Rate) x District C SFD Service Units x 12 months)

For the purposes of the calculations related to incentive payments:

- SFD Recycling Service Rate is the Fiscal Year rate effective for Fiscal Year under evaluation;
- Incentive Rate is $13.43/Service Unit/Month (2018-2019 dollars, adjusted annually); and
- Count of Service Units shall be the monthly average for the respective Fiscal Year for each District.

Example Calculations (*for illustrative purposes*):

*Assumptions: Incentive Rate of $13.43/Service Unit/Month, District A Recycling Service Rate of $9.37/Service Unit/Month, District A Service Unit count of 97,000, District C Recycling Service Rate of $10.09/Service Unit/Month, District C Service Unit count of 67,000*

Customer Satisfaction Incentive Payment = 50% x ((($13.43 - $9.37) x 97,000 x 12) + (($13.43 - $10.09) x 67,000 x 12))) = 50% x ($4,725,840 + 2,685,360) = 50% x $7,411,200 = $3,705,600

Material Recovery Incentive Payment = 50% x ((($13.43 - $9.37) x 97,000 x 12) + (($13.43 - $10.09) x 67,000 x 12))) = 50% x ($4,725,840 + 2,685,360) = 50% x $7,411,200 = $3,705,600

2.    <u>Annual Adjustment for Incentive Rate</u>. The Incentive Rate shall be adjusted annually for Fiscal Year 2019-2020 and Fiscal Year 2020-2021 using the following modifications to Refuse Rate Index (RRI) set forth in Exhibit 2 of the Agreement:

**EXHIBIT 18**

**INCENTIVE PAYMENT CALCULATION**

2.1    Updated indices published by the Bureau of Labor Statistics (BLS) that are specific to the San Francisco Bay Area. The following local indices will replace the current national indices:

a.  **Labor**
Employment Cost Index (NAICS)
Local: Series ID: CIU20100000000LKA
Not seasonally adjusted
Series Title:  Total compensation for private industry workers in the San Jose-San Francisco-Oakland, CA CSA, 12-month percent change
Ownership:    Private industry workers
Component:    Total compensation
Occupation:   All workers
Industry:     All workers
Subcategory:  All workers
Area:         San Jose-San Francisco-Oakland, CA CSA
Periodicity:  12-month percent change

b.  **Other Operating Expenses**
CPI-All Urban Consumers (Current Series)
Local: Series ID: CUURS49BSA0
Not Seasonally Adjusted
Series Title:  All items in San Francisco-Oakland-Hayward, CA, all urban consumers, not seasonally adjusted
Area:  San Francisco-Oakland-Hayward, CA
Item:  All items

In the event any index is discontinued, a successor index will be used. A successor index will be an index that is most equivalent to the discontinued index as recommended by the BLS.

2.2    In addition, for the purposes of the annual adjustment for the Incentive Rate:
- Changes in the index for in this Exhibit will be calculated using annual calendar year averages;
- For the local Employment Cost Index (see above "a. Labor" component), the average of the four quarters for the calendar year will be used to calculate this index change, due to BLS only publishing 12-month percent changes (quarter over quarter) and not the actual indices; and
- All labor-related costs (including wages, benefits, payroll taxes, workers compensation, pension, and health and welfare costs) included in Labor component.

**EXHIBIT 18**

**INCENTIVE PAYMENT CALCULATION**

3.    CONTRACTOR shall submit calendar year financial information in accordance with the annual adjustment for the Incentive Rate, to the CITY's satisfaction, by the following timeline:
- Calendar year 2018 financial information: prior to November 15, 2019
- Calendar year 2019 and calendar year 2020: prior to February 15th of the following calendar year; include with other financial information related to RRI Adjustment Process, as set forth in Section 17, "COMPENSATION.

**END OF EXHIBIT 18**

**EXHIBIT 19**

**CONTRACTOR RATES FOR POTENTIAL FUTURE AGREEMENT**

Potential maximum compensation rates for contracted services through June 30, 2036, are detailed in Section B below. The below rates will be incorporated into a future agreement through June 30, 2036 if CONTRACTOR satisfies the Performance Period requirements set forth in Section 2.3

**A. Adjustment of Potential Maximum Rates from 2017-2018 Dollars to 2021-2022 Dollars**

The rates given below are in 2017-2018 dollars and will be adjusted for each fiscal year until the effective date. The table below clarifies how the given rates will be adjusted for each fiscal year until the effective date.

|  | FY 2018-2019 | FY 2019-2020 | FY 2020-2021 | FY 2021-2022 |
|---|---|---|---|---|
| **RRI Methodology** | Current Agreement Methodology set forth in Exhibit 2 | New Methodology Summarized in Exhibit 18, 2. | New Methodology Summarized in Exhibit 18, 2. | New Methodology Summarized in Exhibit 18, 2. |

**B. Potential Maximum Rates for Services**

| District A | % Material Not on RRFS List* | Rate | Unit |
|---|---|---|---|
| *SFD Recycling Collection & Processing discount per household for each 2% below non-RRFS material baseline due to City efforts to reduce non-RRFS material in recycling* | 20.00-32.99% | $11.19 Plus $0.28/HH for every 2% incremental above 20% | Per Household |
| *SFD Recycling Collection & Processing* | 33.00-34.99% (33% Base level) | $13.15 | Per Household |
| *SFD Recycling Collection & Processing* | 35.00-36.99% | $13.43 | Per Household |
| *SFD Recycling Collection & Processing* | 37.00-38.99% | $13.71 | Per Household |
| *SFD Recycling Collection & Processing* | 39.00-40.99% | $13.99 | Per Household |
| *SFD Recycling Collection & Processing* | >40.99% | $14.27, plus $0.28/HH for Every 2% Incremental Above 40.99% | Per Household |

# EXHIBIT 19

## CONTRACTOR RATES FOR POTENTIAL FUTURE AGREEMENT

| District C | % Material Not on RRFS List * | Rate | Unit |
|---|---|---|---|
| *SFD Recycling Collection & Processing discount per household for each 2% below non-RRFS material baseline due to City efforts to reduce non-RRFS material in recycling* | 18.00-31.99% | $11.19 Plus $0.28/HH for every 2% incremental above 20% | Per Household |
| *SFD Recycling Collection & Processing* | 32.00-33.99% (32% Base level) | $13.15 | Per Household |
| *SFD Recycling Collection & Processing* | 34.00-35.99% | $13.43 | Per Household |
| *SFD Recycling Collection & Processing* | 36.00-37.99% | $13.71 | Per Household |
| *SFD Recycling Collection & Processing* | 38.00-39.99% | $13.99 | Per Household |
| *SFD Recycling Collection & Processing* | 40.00-41.99% | $14.27 | Per Household |
| *SFD Recycling Collection & Processing* | >41.99% | $14.55, plus $0.28/HH for Every 2% Incremental Above 41.99% | Per Household |

*Applicable rates based on the percentage of material not on RRFS list (RRFS defined in 16.2.3) found in recycling carts, per studies conducted once every two years.

END OF EXHIBIT 19

# EXHIBIT D

RD:MJV:LCP                                              RES. NO. 78955
11/8/2018

### RESOLUTION NO. 78955

**A RESOLUTION OF THE COUNCIL OF THE CITY OF SAN JOSE AUTHORIZING THE CITY MANAGER TO WAIVE ALL OR A PORTION OF THE CONTRACT DISINCENTIVES FOR THE RECYCLE PLUS HAULERS THAT DO NOT MEET THE CITY'S REQUIRED DIVERSION RATES FOR CALENDAR YEAR 2018 IF THE CITY MANAGER DETERMINES BY MARCH 1, 2019 THAT THE RECYCLE PLUS HAULERS CANNOT MEET THEIR REQUIRED DIVERSION RATES BECAUSE, DUE TO CHINA'S "NATIONAL SWORD" POLICY, THERE WERE NO REASONABLE ALTERNATIVES FOR DIVERTING RECYCLABLES MATERIALS HISTORICALLY EXPORTED TO CHINA**

**WHEREAS,** the City of San Jose ("City") provides recycling and garbage services to more than 320,000 residential households from both single-family and multi-family dwellings through agreements with four service providers: GreenTeam of San Jose, GreenWaste Recovery Inc., Garden City Sanitation, and California Waste Solutions; and

**WHEREAS,** starting on January 1, 2000, the State of California has mandated the implementation of an Integrated Waste Management Plan that would result in the diversion of at least 50% of all solid waste from landfill through source reduction, recycling, and composting activities (See Cal. Pub. Resources Code § 41780.); and

**WHEREAS,** to meet the State's diversion standards, the City's contracts with GreenTeam of San Jose, GreenWaste Recovery Inc., and California Waste Solutions (collectively "Recycle Plus Haulers") for the processing of solid waste and recyclable material, and requires each of them, as part of their contracts, to meet certain minimum Diversion Standards; and

RD:MJV:LCP
11/8/2018

RES. NO. 78955

**WHEREAS,** to encourage the Recycle Plus Haulers to meet the City's Diversion Standards, each contract has a disincentive payment in some form that may be assessed as liquidated damages or as a deduction from the City's annual payment if the City's minimum Diversion Standards are not met; and

**WHEREAS,** an essential part in diverting solid waste from landfill is the export of recyclable materials to foreign markets, like China, for reuse; and

**WHEREAS,** the California Department of Resources Recycling and Recovery (CalRecycle), as of January 16, 2018, estimates that a third of all recyclable material generated in California annually is exported to foreign markets, and 62 percent of that total is exported to China; and

**WHEREAS,** per CalRecycle, China has historically been the largest importer of recyclable material; and

**WHEREAS,** in July 2017, China announced a policy called "National Sword" to limit the import of contaminated recyclable commodities and to increase inspections of recyclable commodity imports; and

**WHEREAS,** under China's "National Sword" policy, many recyclable materials are now banned and may no longer be imported; or must meet strict new contamination limits as a condition of import into China that, in certain cases, may be unachievable; and

**WHEREAS,** news articles report that China's "National Sword" policy has led to a significant decline in exports of mixed paper, cardboard, and plastics that has disrupted the global market for recyclable materials. (Tita, Bob. "Recycling, Once Embraced by Businesses and Environmentalists, Now Under Siege." *Wall Street Journal* 13 May 2018. [https://www.wsj.com/articles/recycling-once-embraced-by-businesses-and-environmentalists-now-under-siege-1526209200]; de Freytas-Tamura, Kimiko. "Plastics

RD:MJV:LCP                                                RES. NO. 78955
11/8/2018

Pile Up as China Refuses to Take the West's Recycling." *New York Times* 11 Jan.
2018 [https://www.nytimes.com/2018/01/11/world/china-recyclables-ban.html]; Hook,
Leslie and Reed, John. "Why the world's recycling system stopped working." *Financial
Times* 26 Oct. 2018 [https://www.ft.com/content/360e2524-d71a-11e8-a854-
33d6f82e62f8].); and

**WHEREAS,** China's "National Sword" policy is affecting the Recycle Plus Haulers ability
to divert recyclable material from landfills, and is leading to the stockpiling of recyclable
materials as they seek alternative markets that could potentially pose a threat to public
health and safety; and

**WHEREAS,** the City recognizes that the current lack of available markets for one or
more type of recyclable materials, in the short term, is the result of circumstances
beyond the reasonable control of the Recycle Plus Haulers and the City; and

**WHEREAS,** in light of the China "National Sword" policy and its impact on the export of
recyclable materials, this Council wishes to delegate to the City Manager the authority
to waive all or a portion of the disincentives specified in the contracts with the Recycle
Plus Haulers if by March 1, 2019 the Recycle Plus Haulers are unable to meet the
City's minimum Diversion Standards;

**NOW, THEREFORE,** BE IT RESOLVED BY THE COUNCIL OF THE CITY OF SAN
JOSE THAT:

The City Manager is hereby authorized to waive all or a portion of the disincentives
specified in the contracts with the Recycle Plus Haulers for calendar year 2018 if the
City Manager determines by March 1, 2019 that the Recycle Plus Haulers cannot meet
the City's minimum Diversion Standard specified in their contracts because, due to
China's "National Sword" policy, there were no reasonable alternatives for diverting the
recyclable materials they historically would have exported to China.

RD:MJV:LCP
11/8/2018

RES. NO. 78955

ADOPTED this 15th day of January, 2019, by the following vote:

AYES:        ARENAS, CARRASCO, DAVIS, DIEP, ESPARZA,
             FOLEY, JONES, JIMENEZ, KHAMIS, PERALEZ;
             LICCARDO.
NOES:        NONE.

ABSENT:      NONE.

DISQUALIFIED:  NONE.

SAM LICCARDO
Mayor

ATTEST:

TONI J. TABER, CMC
City Clerk

EXHIBIT E

NVF:AFS:CLS                                                    RES. NO. 80238
9/8/2021

## RESOLUTION NO. 80238

## A RESOLUTION OF THE COUNCIL OF THE CITY OF SAN JOSE APOLOGIZING TO CHINESE IMMIGRANTS AND THEIR DESCENDANTS FOR ACTS OF FUNDAMENTAL INJUSTICE AND DISCRIMINATION, SEEKING FORGIVENESS AND COMMITTING TO THE RECTIFICATION OF PAST POLICIES AND MISDEEDS

**WHEREAS,** between 1849 and 1853 about 24,000 young Chinese men immigrated to California and by 1870 there were an estimated 63,000 Chinese in the United States, 77% of whom resided in California; and

**WHEREAS,** Chinese immigrants were the primary workforce in developing Santa Clara County as the "fruit bowl of America" and San José was home to five Chinatowns including the first Market Street Chinatown (1866-1870), the Vine Street Chinatown (1870-1872), the Second Market Street Chinatown (1872-1887), the Woolen Mills Chinatown (1887-1902), and Heinlenville (1887-1931); and

**WHEREAS,** San José was a center of agriculture, and Chinese immigrants were critical to the economy, industry and progress of Santa Clara Country including in manufacturing and heavy construction, notably as workers on the San José Railroad and Santa Cruz-Monterey Line in the 1870s; and

**WHEREAS,** Chinese immigrants were met with virulent racism, xenophobia and the violence of anti-Chinese forces in San José from early on and denied equal protection before the law; and

**WHEREAS,** in 1869, the First Methodist Episcopal Church on 2nd and Santa Clara streets which taught Sunday school to Chinese immigrants was burned to the ground and the minister, Thomas S. Dunn, received death threats; and

T-39042\ 1851282.doc                          1

NVF:AFS:CLS                                                                 RES. NO. 80238
9/8/2021

**WHEREAS,** after passage of the Chinese Exclusion Act of 1882, which denied naturalization to U.S. citizenship and restricted Chinese immigration, anti-Chinese acts became institutionalized and empowered by federal, state, and local acts and anti-Chinese conventions were held in San José, including the first State Convention of the Anti-Chinese League in 1886; and

**WHEREAS,** the policies, resolutions, and other actions of the City of San José ("City") and the City Council directly contributed to the xenophobic discrimination and racial violence faced by Chinese immigrants; and

**WHEREAS,** the City Council condemned all Chinese laundries on the basis they operated in wooden buildings after denying fourteen Chinese laundry operators who filed a petition on January 14, 1886 requesting to continue their laundry businesses, and Mayor G. T. Settle broke the tie vote and the motion before San José's City Council to condemn Chinese laundries was carried; and

**WHEREAS,** the City made plans to remove San José's Market Street Chinatown for the building of the new City Hall downtown and on March 25, 1887, an order declaring the Chinatown at Market and San Fernando Streets a public nuisance was unanimously approved by Mayor C. W. Breyfogle and the entire City Council; and

**WHEREAS,** the Market Street Chinatown succumbed to arson on May 4, 1887 before official action could be taken, leading to the destruction of homes and businesses and the displacement of 1,400 members of San José's Chinese community; and

**WHEREAS,** on June 2, 1887, after the burning of the Market Street Chinatown, when John Heinlen requested permits for building a new Chinatown on his property, his request was declared out of order by the Mayor; and

NVF:AFS:CLS                                                                RES. NO. 80238
9/8/2021

**WHEREAS,** on June 8, 1887 at a mass rally of citizens gathered on the corner of Fifth and Jackson Street to protest the building of a new Chinatown a resolution drafted by Mayor Breyfogle and the entire City Council was read to the crowd stating that a Chinatown is "a public nuisance, injurious to private property adjacent thereto, dangerous to the health and welfare of all citizens who live and have homes in its vicinity, and a standing menace to both public and private morals, peace, quiet and good order, and etc."; and

**WHEREAS,** on July 25, 1887 the City Council voted to allow only materials made by white labor in the construction of the new city hall; and

**WHEREAS,** in 1888, despite vehement opposition from the City and its citizenry, John Heinlen finished construction of the new Chinatown which would be known as Heinlenville and last for 44 years until 1931; and

**WHEREAS,** in 1949, the City voted to demolish the historic Ng Shing Gung Temple building and take over the property despite attempts by the Chinese community to save the temple as a historic landmark; and

**WHEREAS,** the City stored the historic Ng Shing Gung altar under the Municipal Stadium where it suffered damage from outdoor exposure for the next 40 years until the Chinese Historical and Cultural Project ("CHCP") was asked to work with the city on collection and maintenance of artifacts found in the building of the Fairmont Hotel in 1987; and

**WHEREAS,** the Chinese Exclusion Laws were repealed in 1943 and subsequent federal legislation officially banned racial bias in immigration and citizenship, a fundamental step in the struggle for racial equality and justice in the United States;

NVF:AFS:CLS                                              RES. NO. 80238
9/8/2021

**WHEREAS,** the CHCP built a replica of the historic temple building, installed exhibits of Chinese American history of the Santa Clara Valley, and gifted the Museum to the City as a token of friendship and forgiveness from the Chinese American community in 1991; and

**WHEREAS,** the recent rise in anti-Asian violence and racial discrimination demonstrates that xenophobia remains deeply rooted in our society; and

**WHEREAS,** Asian-Americans are still considered perpetual foreigners; and

**WHEREAS,** the story of Chinese immigrants and the dehumanizing atrocities committed against them in the 19th and early 20th century should not be purged from or minimized in the telling of San José's history; and

**WHEREAS,** the City must acknowledge and take responsibility for the legacy of discrimination against early Chinese immigrants as part of our collective consciousness that helps contribute to the current surge in anti-Asian and Pacific Islander hate; and

**WHEREAS,** a genuine apology for the role of the City in this history and legacy is an important and necessary step in the process of racial reconciliation; and

**WHEREAS,** an apology for grievous injustices cannot erase the past, but admission of the historic wrongdoings committed can aid us in solving the critical problems of racial discrimination facing America today;

**NOW, THEREFORE,** BE IT RESOLVED THAT THE COUNCIL OF THE CITY OF SAN JOSE:

NVF:AFS:CLS
9/8/2021

RES. NO. 80238

1)      Apologizes to all Chinese immigrants and their descendants who came to
        San José and were the victims of systemic and institutional racism, xenophobia,
        and discrimination;

2)      Acknowledges acts of fundamental injustice, terror, cruelty, and brutality,
        including the dismantling and destruction of the city's Chinatowns;

3)      Recognizes the contributions and resilience of the Chinese community and their
        commitment to fostering reconciliation and friendship; and

4)      Resolves to rectify the lingering consequences of the discriminatory policies of
        the City of San José, and to use this resolution as a teaching moment for the
        public to move forward towards justice for all.

ADOPTED this 28th day of September, 2021, by the following vote:

            AYES:           ARENAS, CARRASCO, COHEN, DAVIS, ESPARZA,
                            FOLEY, JONES, JIMENEZ, MAHAN, PERALEZ,
                            LICCARDO.
            NOES:           NONE.

            ABSENT:         NONE.

            DISQUALIFIED:   NONE.

                                                    _____
                                                    SAM LICCARDO
                                                    Mayor

ATTEST:

_____
TONI J. TABER, CMC
City Clerk

T-39042\ 1851282.doc                    5
Council Agenda: 9/28/2021
Item No.: 3.5

EXHIBIT F

COUNCIL AGENDA:  9/28/21
FILE:  21-2106
ITEM:  3.5


CITY OF
**SAN JOSE**
CAPITAL OF SILICON VALLEY

# *Memorandum*

**TO:** HONORABLE MAYOR
AND CITY COUNCIL

**FROM:**  Zulma Maciel

**SUBJECT: SEE BELOW**

**DATE:**  September 13, 2021

Approved

Date

**9/15/2021**

**SUBJECT:    ADOPTION OF RESOLUTION APOLOGIZING TO CHINESE
IMMIGRANTS AND THEIR DESCENDANTS**

## RECOMMENDATION

Adopt a resolution apologizing to Chinese immigrants and their descendants for the role of the
City of San José in systemic and institutional racism, acknowledging acts of fundamental
injustice, recognizing the contributions and resilience of the Chinese community and resolving to
rectify the lingering consequences of past discriminatory policies.

## OUTCOME

Adoption of the resolution will help reaffirm the City of San José's commitment to the
rectification of past policies and misdeeds and publicly acknowledge the City's role in acts of
historic injustice towards the community.

## BACKGROUND

In response to Council direction to staff, pursuant to Council Policy Manual 0-11, to return with
a resolution apologizing for the past destruction of Chinatown, this resolution would offer a
comprehensive acknowledgement and formal apology for the City's past role not only in the
destruction of the second Market Street Chinatown, but also the systemic racism and xenophobia
that characterized official City policies and actions towards the Chinese community.

Acknowledging and apologizing for the City's actions and the inhumane treatment of Chinese
immigrants and their descendants commits the City to rectifying the lingering consequences of
discriminatory policies and institutional racism towards this community and beyond at a time of
rising hate crimes targeting Asian and Pacific Islander communities. The resolution would also
serve as a recognition of the immense contributions of the Chinese community in San José to
fostering reconciliation and friendship which has been reflected in the ongoing work of

HONORABLE MAYOR AND CITY COUNCIL
September 13, 2021
**Subject:  Adoption of Resolution Apologizing to Chinese Immigrants and Their Descendants.**
Page 2

organizations such as the Chinese Historical & Cultural Project and the Chinese American Historical Museum in History Park.

## ANALYSIS

Between 1849 and 1853, 24,000 Chinese immigrants arrived in California and by 1870 there were an estimated 63,000 Chinese in the United States. The first Chinatown in San José was established in 1866 by the burgeoning Chinese community in the city. Over the next 65 years, San José would be home to a total of five Chinatowns, including the first Market Street Chinatown (1866-1870), the Vine Street Chinatown (1870-1872), the Second Market Street Chinatown (1872-1887), the Woolen Mills Chinatown (1887-1902), and Heinlenville (1887-1931).

These early Chinese immigrants were met with virulent, systematic racism, xenophobia and the violence of anti-Chinese forces from early on and were regularly denied equal protection before the law. In addition to federal legislation such as the Chinese Exclusion Act of 1882, City policies, resolutions, and other actions of the City of San José and the City Council directly contributed to the xenophobic discrimination and racial violence faced by Chinese immigrants.

The most well-known of San José's Chinatowns, the second Market Street Chinatown, succumbed to arson in 1887 after the City Council unanimously declared the site a public nuisance and ordered it removed to make way for the construction of the new City Hall. The burning of the second Market Street Chinatown led to the destruction of homes and businesses and the displacement of 1,400 members of San José's Chinese community. In 1987, a plaque was unveiled and dedicated at the Fairmont Hotel which sits on the site of the second Market Street Chinatown. Though the plaque acknowledges the former location of a large Chinatown in that spot, destroyed a century earlier, there has been no formal accountability for the City of San José's anti-Chinese policies of the era that created the incendiary climate which led to the arson nor for the numerous actions over many decades which actively discriminated against Chinese immigrants and their descendants.

## CONCLUSION

It is recommended that the Council adopt a resolution apologizing to Chinese immigrants and their descendants for the role of the City of San José in systemic and institutional racism, acknowledging acts of fundamental injustice, recognizing the contributions and resilience of the Chinese community and resolving to rectify the lingering consequences of past discriminatory policies. This action is intended to help reaffirm the City of San José's commitment to the rectification of past policies and misdeeds and publicly acknowledge the City's role in acts of historic injustice towards the community.

HONORABLE MAYOR AND CITY COUNCIL
September 13, 2021
**Subject:  Adoption of Resolution Apologizing to Chinese Immigrants and Their Descendants.**
Page 3

## EVALUATION AND FOLLOW-UP

No additional follow up action with the City Council is expected at this time.

## CLIMATE SMART SAN JOSE

The recommendation in this memo has no effect on Climate Smart San José energy, water, or mobility goals.

## PUBLIC OUTREACH

The resolution was drafted with the significant support and contributions of community stakeholders, local leaders, and historians, including Connie Young Yu of the Chinese Historical Society of America, and a local historian and author of *Chinatown, San Jose, USA*, and Gerrye Wong, co-founder of the Chinese Historical and Cultural Project and the Chinese American Historical Museum at History Park and co-author of *Chinese in San Jose and the Santa Clara Valley*.

This memorandum will be posted on the City's website for the September 28, 2021, City Council Agenda.

## COORDINATION

This memorandum was coordinated with the City Attorney's Office and the Office of Councilmember Raul Peralez.

## COMMISSION RECOMMENDATION/INPUT

No commission recommendation or input is associated with this action.

## CEQA

Not a Project, File No. PP17-010, City Organizational and Administrative activities resulting in no changes to the physical environment.

/s/
ZULMA MACIEL
Director, Office of Racial Equity

For questions, please contact Christopher Cambises, Immigrant Affairs Manager, at Christopher.Cambises@sanjoseca.gov.

EXHIBIT G



**CITY OF SAN JOSE**
CAPITAL OF SILICON VALLEY

# CLAIM AGAINST THE
# CITY OF SAN JOSE, CA

(For Damages to Persons or Personal Property)

Office of the City Clerk Timestamp

RECEIVED
San Jose City Clerk

2022 JUN 29 AM 10: 29

#_____

**Office of the City Clerk**
**200 East Santa Clara Street**
**Tower 14ᵗʰ Floor**
**San José, CA 95113**

Received by: _____
Via:    U.S. Mail
        Interoffice Mail
        Over the Counter    ✓

(Please do not write above this line – for City use only)

Generally, a claim against the City of San José for damages to persons or personal property must be filed with the City Clerk of the City of San José within six months after the incident occurred.  See Government Code 911.2.  Completed claims **must be mailed or delivered to:  Office of the City Clerk, City of San José, 200 E. Santa Clara Street, Tower, 14ᵗʰ Floor, San José, CA 95113, telephone: (408) 535-1260.**  Attach copies of any receipts or other documentation to the original claim form.

TO THE CITY CLERK of the City of San José, California:
The undersigned respectfully submits the following claim and information relative to damage to persons and/or personal property:

| | | |
|---|---|---|
| NAME OF CLAIMANT | CALIFORNIA WASTE SOLUTIONS, INC. | DATE OF BIRTH:    N/A |
| ADDRESS OF CLAIMANT | 1005 Timothy Drive    CITY San Jose | STATE  CA    ZIP CODE  95133 |
| HOME PHONE (    )  N/A | WORK PHONE ( 408 )  292-0830 | DRIVER'S LICENSE STATE AND NUMBER  N/A |

SEND NOTICES REGARDING THIS CLAIM TO:  (List name, mailing address and phone number if not same as above.)

| | | |
|---|---|---|
| DATE OF INCIDENT OR OCCURRENCE CAUSING CLAIM | June 30, 2021 | PLACE (Exact and specific location of incident.)    Throughout Claimant's Service Area in City of San Jose |

CIRCUMSTANCES (Specify the occurrence, event, act, or omission which you claim caused the injury or damage for which you are submitting this claim.  Where space is insufficient, attach an additional page with the claimant's name on the page.)

SEE ATTACHMENT A

CITY'S ACTION (Specify action by City or its employees which caused alleged damage or injury.)

SEE ATTACHMENT A

CITY EMPLOYEES' NAMES OR CITY DEPARTMENT INVOLVED IN ALLEGED ACCIDENT OR INCIDENT.

SEE ATTACHMENT A

# CLAIM AGAINST THE
# CITY OF SAN JOSE, CA

Page 2

DESCRIPTION OF LOSS (Describe injury, property damage or loss, so far as is known at this time.  If there were no injuries, state "NO INJURIES.")

Monetary Losses.   SEE ATTACHMENT A for details.

OTHER INJURED PERSONS (list names and addresses)
N/A

OWNER OF PROPERTY DAMAGED (if different from claimant)

AMOUNT CLAIMED:
Amount claimed as of this date:          $   34,286,262 estimated
Estimated amount of future costs:        $   -0-
Total amount claimed:                    $   34,286,262 estimated

Basis for computation of amounts claimed (include copies of bills, invoices, estimates, etc.):
SEE ATTACHMENT A

WITNESSES, HOSPITALS, DOCTORS, ETC. (list names and addresses):
SEE ATTACHMENT A

ADDITIONAL INFORMATION (List any additional information that might be helpful in considering your claim.):

**WARNING!  IT IS A CRIMINAL OFFENSE TO FILE A FALSE CLAIM** (Penal Code Section 72)
I have read the matters and statements made in the above claim and I know the same to be true of my own knowledge, except to those matters stated upon information or belief and as to such matters I believe the same to be true.  I certify under penalty of perjury that the foregoing is TRUE and CORRECT.

Signed this 28th day of _____June_____ , 20 22          _____
                                                          Claimant's Signature

Revised 10/1/2015

# ATTACHMENT A

GOVERNMENT CLAIM OF CALIFORNIA WASTE SOLUTIONS, INC.

California Waste Solutions, Inc. ("CWS") collected material that residents of the City of San Jose placed in their recycling containers under an "Agreement Between the City of San Jose and California Waste Solutions, Inc. For Recycle Plus SFD Recycling Collection Services" (the "Agreement") for a time period that ended June 30, 2021. The purpose of the Agreement was to allow City of San Jose ("City") residents to dispose of recyclable materials in appropriate recycling containers and for CWS to collect and process those recyclable materials.

Per the Agreement's title, CWS was to provide "Recycling Collection Services." Section 1.31 of the Agreement defined a "Recycling Cart" as a container to be used for "SFD Recycling Service." Section 1.29 defined "Recyclable Material." And Section 1.42 confirmed that "SFD Recycling Service" involved "collection of Recyclable Material." CWS was "to provide SFD Recycling Collection Services" in its Service Area. Section 4.1.

Unfortunately, many City residents began misusing their recycling containers by putting large amounts of garbage (non-recyclable materials) in their recycling containers. The problem became so bad that close to half the volume of material placed in recycling containers collected by CWS in the City was garbage rather than recyclable material.

This abuse by City residents of the recycling system was extremely costly and damaging to CWS. These impacts included the following:

- The Agreement required CWS to pay for the landfill disposal of all garbage placed in recycling container. The greater the amount of garbage improperly placed in the recycling containers, the greater the expense to CWS. CWS' extra disposal expense due to excessive garbage in recycling containers exceeded six million dollars.
- CWS' collection costs for picking up and empting recycling containers were greatly increased by the many tens of thousands of tons of garbage that CWS was forced to collect from recycling containers. The additional expense to CWS exceeded $14 million dollars.
- CWS' processing costs for recycling materials were radically increased because large amounts of extra labor and equipment were required to separate the huge amounts of garbage from the recyclable material. CWS' extra expense was more than ten million dollars.
- The amount of recoverable recyclable material was substantially reduced because otherwise recyclable material was contaminated by food waste, used diapers and many other types of putrescible garbage improperly placed in the recycling containers.
- CWS could not possibly meet diversion and performance standards in the Agreement, which cost CWS more than $2.5 million.

CWS estimates its losses and extra expenses under the Agreement due to the excessive garbage exceed over $34 million.

The City Department of Environmental Services breached the Agreement and the covenant of good faith and fair dealing that was part of the Agreement in multiple respects continuously and on an ongoing basis through June 30, 2021. The City's breaches included, but are not limited to, the following:

- The City effectively prevented CWS from declining to empty and collect contaminated recycling containers even though the Agreement gave CWS express authority to take this step. Section 6.2.3 expressly provided that CWS "shall not be required to collect Recyclable Material if it is not segregated from garbage. Despite this plain language, the City threatened to terminate the Agreement if CWS did not empty and collect the thousands of contaminated containers in question. The City falsely claimed that the containers were not contaminated with garbage and that CWS was exaggerating the problem. Even after the City's own studies proved CWS was correct, the City refused to change its position.

- The City refused to allow CWS to use Non-Collection Notices to explain to City residents why their contaminated recycling containers were not being emptied and collected even though the Agreement gave CWS express authority to take this step. Again, section 6.2.3 of the Agreement plainly gave CWS the right to use these Notices. Again, the City disregarded the governing language and threatened to terminate the Agreement if CWS kept delivering Non-Collection Notices. The City falsely claimed that the containers were not contaminated with garbage and that CWS was exaggerating the problem. Even after the City's own studies proved CWS was correct, the City refused to change its position.

- The City refused to educate or allow CWS to educate City residents about the importance of not putting garbage in recycling containers. The City falsely claimed that the containers were not contaminated with garbage and that CWS was exaggerating the problem. Even after the City's own studies proved CWS was correct, the City refused to change its position.

- The City rejected without reasonable grounds CWS' request that City residents be provided larger garbage containers so that City residents could fit their garbage in their garbage containers and not improperly use their recycling containers for garbage. The City falsely claimed that the containers were not contaminated with garbage and that CWS was exaggerating the problem. Even after the City's own studies proved CWS was correct, the City refused to change its position.

Through each of these means and others, the City breached both the express terms of the Agreement and the implied covenant of good faith and fair dealing. The purpose of the Agreement was to allow City residents to dispose of *recyclable materials* and allow CWS to collect and process *recyclable materials.* When the Agreement was formed, the parties did not intend for CWS to become a de facto *garbage* collector. The City had separate contractual arrangements for collection of garbage and disposal that did not involve CWS.

The City appeared to have two motivations for its wrongful conduct. First, the City and its residents benefited monetarily by abusing the recycling containers. The City was required to pay for landfill disposal costs for garbage collected by the City's garbage collector. In contrast, CWS paid for the garbage disposal costs for garbage placed in recycling containers. Thus, the

more garbage went into recycling containers, the greater the savings to the City (and the greater the expense to CWS).

Similarly, the City was well aware that City residents were using under-sized garbage containers and placing their garbage in recycling containers. This saved City residents money and, again, cost CWS heavily.

The City's second motivation for breaching its contract-based obligations was even more nefarious than the City's improper desire to shift tens of millions of dollars of costs from the City to CWS. CWS is a minority-owned business, 100% owned by immigrants to this country from Vietnam. CWS is proud of its history—hard work and perseverance turned an informal, casual recycling operation into a successful, professional company. Unfortunately, what should be a great American success story is tainted by another American legacy—racial discrimination.

CWS was one of three recycling collection companies who had contracts with the City. CWS was routinely treated more unfavorably and harshly than the other two companies—neither of which is minority-owned. The City was more flexible in adjusting contract terms with CWS' non-minority competitors. The City did not attack the non-minority companies as dishonest and incompetent the way the City falsely attacked CWS. In total, the City did not deprive these other non-minority companies of the benefits of their recycling contracts in the same way that the City deprived CWS of the benefits of the Agreement.

Witnesses to the above events include:
- CWS owners and employees including David Duong, Victor Duong, Kristina Duong and many others.
- City Environmental Services Division employees, City attorneys and City elected officials.
- Personnel at other non-minority owned recycling companies.
- Many other persons.

BN 71332856v1

WA RBKA

7772 5436 5229

WED - 29 JUN 10:30A
PRIORITY OVERNIGHT

95113
CA-US    SJC

RECEIVED
San Jose City Clerk
FEDEX
2022 JUN 29  AM 10: 29

ORIGIN ID:JBSA          (510) 832-8111
CALIFORNIA WASTE SOLUTIONS
CALIFORNIA WASTE SOLUTION
1211 EMBARCADERO STE 300

OAKLAND, CA 94606
UNITED STATES US

TO OFFICE OF THE CITY CLERK

200 EAST SANTA CLARA STREET
TOWER 14TH FLOOR
SAN JOSE CA 95113
(408) 535-1260

TRK#
[2D]

INV:
PO:                    REF:

DEPT:

SHIP DATE: 28JUN22
ACTWGT: 1.00 LB
CAD: 110446228/INET4494

BILL SENDER

FedEx
Express

E

J22203204120fuv        581J2/274F/FE4A

After printing this label:
**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

Use of this system constitutes your agreement to the service conditions in the current
fedex.com. FedEx will not be responsible for any claim in excess of $100 per package
delay, non-delivery, misdelivery, or misinformation, unless you declare a higher
your actual loss and file a timely claim. Limitations found in the current
FedEx for any loss, including intrinsic value of the package, loss of
other forms of damage whether direct, incidental, consequential
declared value. Recovery cannot exceed actual documented loss
jewelry, precious metals, negotiable instruments and other item
within strict time limits, see current FedEx Service Guide.

(310) 782-1801
COMPEX LEGAL SERVICES, LLC.
325 MAPLE AVE
TORRANCE CA 90503-2602

**1 LBS**

**1 OF 1**

**SHIP TO:**
OFFICE OF THE CITY ATTORNEY OF SAN
OFFICE OF THE CITY ATTORNEY OF SAN
200 E. SANTA CLARA STREET, 16TH FLO
**SAN JOSE CA 95113**





CA 951 9-10

**UPS GROUND**
TRACKING #: 1Z 14A T56 03 4375 7331



**BILLING:  P/P**

REF 1:3694338
REF 4:CA1096205-002

 WB  25.0.7 Zebra  ZP 450 26 0A 08/2022

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Unless a greater value is declared in writing on this shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.
For information about UPS's privacy practices or to opt out from the sale of personal information, please see the UPS Privacy Notice at www.ups.com

RFID R 0422