NORA FRIMANN, City Attorney (93249)
ARDELL JOHNSON, Assistant City Attorney (95340)
ELISA T. TOLENTINO, Chief Deputy City Attorney (245962)
THOMAS J. GRAY, Sr. Deputy City Attorney (191411)
NICHOLAS E. SYMPSON, Sr. Deputy City Attorney (295535)
STEPHANIE DAVIN, Deputy City Attorney (307911)
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail Address: cao.main@sanjoseca.gov

Attorneys for CITY OF SAN JOSE

SUPERIOR COURT OF CALIFORNIA

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA WASTE SOLUTIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN JOSE, and DOES 1 to 50,<br><br>Defendants. | Case Number: 3:23-cv-01647-MMC<br><br>**DECLARATION OF ZULMA MACIEL IN SUPPORT OF CITY OF SAN JOSE'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>Date: December 12, 2025<br>Time: 9:00 a.m.<br>Courtroom: 7, 19th Floor, San Francisco<br>Judge: Hon. Maxine M. Chesney |

**DECLARATION OF ZULMA MACIEL**

I, Zulma Maciel declare as follows:

1. I am the Director of the City of San Jose's Office of Racial and Social Equity ("Office"), which was formerly known as the Office of Racial Equity. I have held this position since October 2020, when the Office was first established. Prior to my appointment to this

---

1

DECLARATION OF ZULMA MACIEL IN SUPPORT OF CITY OF SAN JOSE'S    Case Number: 23-cv-01647-MMC
MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL
SUMMARY JUDGMENT                                                2260166

position, I served as the Director of the City's Office of Immigrant Affairs for five years. I have personal knowledge of each of the facts set forth in this declaration.

2. One component of the Office's work is promoting inclusion and belonging of people of all racial groups and identities. This work includes ensuring that the City is responsive to the needs and aspirations of immigrants in San Jose.

3. Another component of the Office's work is embedding an equity practice in the City organization. The Office trains and supports City departments and employees to be thoughtful and intentional in creating policy and programs that serve all San José residents.

4. The City of San José recognizes that institutional racism has contributed to persistent disparities in life outcomes, including economic, educational, housing, and health inequities. Institutional racism refers to the policies, practices, and procedures of institutions that—whether intentionally or unintentionally—create or maintain unequal access to opportunities and resources for communities of color. This form of racism is distinct from interpersonal racism, which occurs when an individual's personal racial beliefs or biases influence their behavior and interactions with others.

5. The City is engaged in systemic and timely reforms to promote equity in the creation of City policy, delivery of City services, distribution of City resources, and community engagement. The desired outcome is that race can no longer be used to predict life outcomes.

6. During the COVID-19 pandemic, the nation experienced a significant rise in violent crimes against people of Asian descent. In response to this, City Councilmember Raul Peralez recommended that the Council adopt a resolution condemning xenophobia against the Asian Pacific Islander community. The City Council approved the recommendation.

7. Before preparing a draft resolution, the Office engaged heavily with the Asian-American and Pacific Islander community. The Office engaged with no fewer than ten community organizations and hosted listening sessions in the spring of 2021.

8. Community members reported that they experienced "othering" or feeling as if they are different or do not belong. They reported feeling like foreigners, no matter how long they

2

DECLARATION OF ZULMA MACIEL IN SUPPORT OF CITY OF SAN JOSE'S   Case Number: 23-cv-01647-MMC
MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL
SUMMARY JUDGMENT                                              2260166

had been in the United States. The draft resolution recognized these sentiments in two clauses:

  a. "Whereas, the recent rise in anti-Asian violence and racial discrimination demonstrates that xenophobia still remains deeply rooted in our society;" and

  b. "Whereas, Asian-Americans are still considered perpetual foreigners..."

9. The draft resolution recognized the injustices experienced by the Chinese community over the course of San Jose's history, and it acknowledged the City's role in those injustices. Acknowledging and apologizing for past injustices is necessary to foster reconciliation with the community and build trust.

10. The resolution does not, and is not intended to, suggest that the City or any City employee discriminated against or harbored any racial animus toward any particular individual or entity.

11. The draft resolution was presented to the City Council. Together with the draft resolution, the Office submitted to the Council a memorandum titled "Adoption of Resolution Apologizing to Chinese Immigrants and Their Descendants" and dated September 13, 2021. The memorandum recommended adoption of the draft resolution and provided the reasons for that recommendation.

12. On September 28, 2021, the City Council adopted the draft resolution, which was numbered Resolution No. 80238.

13. Before San José adopted Resolution No. 80238, the City of Antioch passed a resolution apologizing to early Chinese immigrants and their descendants for acts of injustice. In the months following San José's adoption of Resolution No. 80238, other cities, such as San Francisco and Pacific Grove passed similar resolutions.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed November 6, 2025.

_____
ZULMA MACIEL

3

DECLARATION OF ZULMA MACIEL IN SUPPORT OF CITY OF SAN JOSE'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT

Case Number: 23-cv-01647-MMC

2260166