NORA FRIMANN, City Attorney (93249)
ARDELL JOHNSON, Assistant City Attorney (95340)
ELISA T. TOLENTINO, Chief Deputy City Attorney (245962)
THOMAS J. GRAY, Sr. Deputy City Attorney (191411)
NICHOLAS E. SYMPSON, Sr. Deputy City Attorney (295535)
STEPHANIE DAVIN, Deputy City Attorney (307911)
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail Address: cao.main@sanjoseca.gov

Attorneys for CITY OF SAN JOSE

SUPERIOR COURT OF CALIFORNIA

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA WASTE SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CITY OF SAN JOSE, and DOES 1 to 50, inclusive, <br><br> Defendants. | Case Number: 3:23-cv-01647-MMC <br><br> **DECLARATION OF JEFF ANDERSON IN SUPPORT OF CITY OF SAN JOSE'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** <br><br> Date: December 12, 2025 <br> Time: 9:00 a.m. <br> Courtroom: 7, 19th Floor, San Francisco <br> Judge: Hon. Maxine M. Chesney |

**DECLARATION OF JEFF ANDERSON**

I, Jeff Anderson declare as follows:

1. Before my retirement in February 2025, I was employed by the City of San Jose for 26 years, serving exclusively in the Environmental Services Department ("ESD"). I worked in

1

DECLARATION OF JEFF ANDERSON IN SUPPORT OF CITY OF SAN JOSE'S
MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL
SUMMARY JUDGMENT

Case Number: 23-cv-01647-MMC

2260131

ESD's Integrated Waste Management Division for 26 years and was responsible for managing residential recycling contracts, among other duties and assignments. As the residential services program manager, I oversaw the management of the City's contract with California Waste Solutions ("CWS") for 11 years, from 2014 until my retirement.

2. The City is divided into three service districts for the collection of residential garbage and recycling: District A, B, and C.

3. Beginning in approximately 2002, CWS processed recyclables collected in Districts A and C, as a subcontractor for Norcal, which at the time was the City's contractor for the collection of recyclables. CWS would receive materials collected by Norcal, discard non-recyclables, and recover recyclables for resale.

4. In 2006, the City Council awarded CWS a six-year contract for the collection and processing of recycling from residential properties in Districts A and C. In 2010, Council directed ESD staff to negotiated new 11-year agreements with all residential garbage and recycling contractors, including CWS.

5. The City utilizes long-term contracts with its garbage and recycling contractors to ensure certainty and reliability of service for its ratepayers. The long-term contracts also allow contractors' capital costs to be amortized over a longer period of time.

6. The City's contract with CWS was finalized on December 14, 2011. The term of the December 14, 2011 contract ("Contract"), was July 1, 2010 through June 30, 2021.

7. I and other members of the IWM team aimed to apply the terms of the Contract fairly and to work with contractors to facilitate the smooth and efficient delivery of service to the City's ratepayers. None of the actions taken by IWM in managing the contract were motivated by, or based on, CWS's status as a minority-owned business.

8. CWS had expressed concerns about contamination in recycling bins, the City's enforcement efforts, the diversion formula set forth in the Contract, and penalties as early as 2015.

///
///

2

DECLARATION OF JEFF ANDERSON IN SUPPORT OF CITY OF SAN JOSE'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT

Case Number: 23-cv-01647-MMC

2260131

9. I and the IWM team listened to concerns raised by CWS and attempted to find reasonable solutions.

   a. For example, in response to CWS's concerns about contamination (i.e., the presence of non-recyclable material) in residents' recycling carts, ESD utilized newly hired environmental inspectors.

   b. Under the Contract, CWS was responsible for preparing an annual Public Education and Outreach Plan ("PEOP"). During an audit of CWS's PEOPs for the years 2010 through 2013, it was discovered that CWS had underspent by approximately $55,000 in those years. Instead of penalizing CWS under the Contract, ESD allowed CWS to increase its PEOP budget for 2014 by the amount of its shortfall for 2010-2013.

   c. ESD has allowed CWS to pay for penalties over a period of time, instead of as a lump sum, in an effort to minimize financial hardship to CWS. For example, in June 2014, ESD allowed CWS to pay a diversion disincentive over a 12-month period.

   d. The Contract allows for the assessment of liquidated damages in the event of non-performance by CWS. On at least two occasions, ESD has reversed an assessment of liquidated damages. And on at least one occasion, ESD reduced a liquidated damages assessment.

10. The Contract also requires CWS to meet certain diversion standards, that is, to divert from the landfill a certain percentage of materials collected. The Contract provides a formula for calculating the required diversion rate. If the required diversion rate is not achieved, a diversion disincentive is applied. The Contract provides the mechanism for calculating the diversion disincentive. Throughout the term of the Agreement, ESD applied the diversion formula provided in the Contract and calculated diversion disincentive in accordance with the contract.

///
///
///

3

DECLARATION OF JEFF ANDERSON IN SUPPORT OF CITY OF SAN JOSE'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT

Case Number: 23-cv-01647-MMC

2260131

11. In March 2017, the City Council approved the First Amendment to the Contract with CWS. The First Amendment provided CWS with additional compensation for large-item collection.

12. In March 2017, ESD recommended, and Council authorized, beginning negotiations for the extension of contracts with the City's current garbage and recycling contractors. ESD was directed to return to Council with key service enhancements and cost provisions for the potential new service agreements. This was intended to be an alternative to initiating a procurement process; it was anticipated that incumbent contractors would provide service improvements and beneficial pricing, rendering a formal procurement unnecessary.

13. Starting in 2017 and through most of 2018, the City negotiated draft contract extensions with residential garbage and recycling contractors, including CWS.

14. Under the Contract, CWS is authorized to issue a non-collection notice ("NCN") if a particular cart is so contaminated that non-recyclables cannot be practically separated from recyclables. Starting in approximately June 2018, the number of NCNs issued by CWS increased dramatically, from approximately 4,500 per month to approximately 9,500 in a single month, peaking at over 14,000 in August 2018. IWM did not observe a comparable increase in NCNs issued by GreenTeam, the contractor who provided residential recycling collection services in District B

15. At a City Council meeting on January 15, 2019, ESD staff recommended that the City cease negotiations with CWS. This recommendation was based on the significant increase in compensation sought by CWS, concerns about CWS's performance, and customer complaints.

16. Prior to the January 15, 2019 City Council meeting, ESD submitted memos dated November 13, 2018 and January 10, 2019, which explained ESD's analysis and recommendation. I played a significant role in drafting both memos. Given the Council's direction in March 2017, the memos were prepared with a focus on potential new service enhancements and cost implications for the City's ratepayers. At the time each memo was submitted for Council review, I believed all statements contained in the memo to be true and accurate.

4

DECLARATION OF JEFF ANDERSON IN SUPPORT OF CITY OF SAN JOSE'S
MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL
SUMMARY JUDGMENT

Case Number: 23-cv-01647-MMC

2260131

17. Although ESD recommended ceasing negotiations for an extension of CWS's contract, ESD never considered terminating the Contract.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed November 5, 2025.

_____
JEFF ANDERSON

5

DECLARATION OF JEFF ANDERSON IN SUPPORT OF CITY OF SAN JOSE'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT

Case Number: 23-cv-01647-MMC

2260131