NORA FRIMANN, City Attorney (93249)
ARDELL JOHNSON, Assistant City Attorney (95340)
ELISA T. TOLENTINO, Chief Deputy City Attorney (245962)
THOMAS J. GRAY, Sr. Deputy City Attorney (191411)
NICHOLAS E. SYMPSON, Sr. Deputy City Attorney (295535)
STEPHANIE DAVIN, Deputy City Attorney (307911)
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail Address:  cao.main@sanjoseca.gov

Attorneys for CITY OF SAN JOSE

SUPERIOR COURT OF CALIFORNIA

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA WASTE SOLUTIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN JOSE, and DOES 1 to 50, inclusive,<br><br>Defendants. | Case Number:  3:23-cv-01647-MMC<br><br>**DECLARATION OF CECILIA RIOS IN SUPPORT OF CITY OF SAN JOSE'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>Date: December 12, 2025<br>Time: 9:00 a.m.<br>Courtroom: 7, 19th Floor, San Francisco<br>Judge: Hon.  Maxine M. Chesney |

**DECLARATION OF CECILIA RIOS**

I, Cecilia Rios, declare as follows:

1. I was a part of the Integrated Waste Management ("IWM" group in ESD for approximately nine years, from 2013 through 2019 as an Supervising Environmental Services Specialist. I

managed the City's contracts for residential recycling services. During this timeframe, the City had two contractors for recycling services: California Waste Solutions ("CWS") and GreenTeam.

2. I have personal knowledge of the facts stated in this declaration, except for facts stated on information and belief. As to the matters stated on information and belief, I believe them to be true, based on information I learned and relied on as a member of the IWM group and based on my review of official City documents and documents maintained by the IWM group.

3. The City is divided into three districts, based on geographical areas, for garbage and recycling services. Generally, District A encompasses the north and east parts of the city, District B encompasses the west side of the city, and District C encompasses the south side of the city. District B is the smallest of the three districts and includes approximately 25% of the city's single-family residences. Districts A and C are larger. Together, they include approximately 75% of the city's single-family residences.

4. During my tenure with IWM, CWS was responsible for the collection and processing of recyclables from single-family residences in Districts A and C. GreenTeam was responsible the collection and processing of recyclables from single-family residences in District B and all multi-family residences in the city.

5. Based on my review of City contracts and memoranda submitted to the City Council, I am informed and believe that in 2006, CWS was first awarded a contract to provide recycling collection and processing services for single-family homes in Districts A and C. In 2010, the City Council directed that new 11-year agreements be negotiated with CWS and GreenTeam. After extensive negotiating, CWS's contract was finalized on December 14, 2011.

6. The December 14, 2011 contract ("Contract") set forth a diversion rate that CWS was required to achieve. The diversion rate is a measure that represents the portion of the material collected by CWS that was recycled instead of being deposited in a landfill. If CWS

DECLARATION OF CECLIA RIOS IN SUPPORT OF CITY OF SAN JOSE'S    Case Number: 23-cv-01647-MMC
MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL
SUMMARY JUDGMENT

did not achieve the contractual diversion rate, it was required to take a diversion disincentive deduction, which was calculated according to a formula set forth in the Contract.

7. IWM staff calculated CWS's diversion rates and any applicable diversion disincentive deductions using the formulas provided in the Contract.

8. To ease the financial burden of a $283,664.47 diversion disincentive payment, in June 2014, ESD proposed that CWS make this payment over a 12-month period instead of in a single lump sum.

9. I am informed and believe that in 2008, Cascadia Consulting Group, an environmental consultant hired by the City, performed a study that determined the composition of residential set-outs (i.e., materials placed in recycling carts) in San José. Cascadia performed another waste characterization study in 2015 to determine the composition of recycling streams. A true and correct copy of the 2015 waste characterization study is attached as Exhibit A. The 2015 waste characterization study showed that the composition of single-family residential recycling streams were not significantly different in 2015 than in 2008.

10. In 2015, in response to CWS's complaints that recycling bins were contaminated with non-recyclables, ESD staff requested the City Auditor to conduct an audit of the City's recycling program.

11. The City considered issuing citations to residents whose recycling bins were contaminated with non-recyclable materials. The City ultimately determined that it would be unable to do so without proof that the resident had placed the non-recyclable material in their recycling cart.

12. The Contract allowed CWS to refuse to collect a recycling cart, and instead issue a non-collection notice ("NCN"), if non-recyclable material in the cart can not be easily separated from recyclables.

13. GreenTeam's contract includes an identical provision that also authorizes GreenTeam to issue an NCN if non-recyclable materials in a cart cannot be easily separated from recyclable materials.

3

DECLARATION OF CECLIA RIOS IN SUPPORT OF CITY OF SAN JOSE'S    Case Number: 23-cv-01647-MMC
MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL
SUMMARY JUDGMENT

14. Between May and June of 2018, the number of NCNs issued by CWS increased significantly, from approximately 4,500 per month to approximately 9,500 in a single month. In July 2018, this figure increased to over 14,000. In contrast, the number NCNs issued by GreenTeam remained relatively consistent throughout the same time period.

15. The Contract provides for the assessment of liquidated damages in the event of non-performance by CWS. The Contract also allows CWS to appeal an assessment to ESD's director.

16. In September 2017, the ESD Director reduced a $17,900 liquidated damages assessment to $16,700. The following month, the ESD director reversed an $18,000 assessment, and in December 2017, she reversed a $15,500 liquidated damages assessment.

17. In March 2017, ESD recommended to the City Council that instead of issuing a Request for Proposals for recycling and garbage services, the City should negotiate extensions of its contracts with CWS, GreenTeam, and the contractors providing residential garbage services at the time. The City Council approved this recommendation.

18. China adopted a "National Sword" policy, which reduced the amount of waste it accepted from outside the country. CWS raised concerns about this policy and its effect on CWS's ability to sell recyclable materials. In response to CWS's concerns, the City Council adopted a resolution authorizing the waiver of certain diversion disincentives. Following this resolution, ESD waived $262,562.08 in diversion disincentives for CWS.

19. The City did not consider terminating the Contract at any time before its term ended.

20. The City entered into a contract with GreenTeam in 2011 for the collection and processing of recyclables in all multi-family homes in the city and in single-family homes in District B. The contract was amended once before its expiration in June 30, 2021. In 2015, the City and GreenTeam agreed to amend the contract to exclude multi-family large item collection service from the maximum compensation limit, to allow for large items to be collected in roll-off bins to accommodate the needs of large multi-family complexes in the city, and to add an optional service rate for City facility locations that provide an enhanced compactor

service. No other amendments were made to the Green Team contract until June 2021, when it was amended and restarted for a term of July 1, 2021 through June 30, 2036.

21. The Green Team contract provided for the assessment of liquidated damages in the event Green Team did not achieve its required diversion rate. IWM calculated Green Team's diversion rate according to its contract and assessed liquidated damages when warranted.

22. The IWM team met regularly with each contractor. It held a quarterly coordination meeting with all contractors. Additionally, IWM contract managers met approximately monthly with each contractor, including CWS. IWM team listened to concerns raised by the contractors and aimed to resolve issues reasonably.

23. The IWM team aimed to apply the terms of both CWS's and Green Team's contracts fairly. The IWM team worked with all the contractors to facilitate the smooth and efficient delivery of service to the City's ratepayers. None of the actions taken by IWM in managing either the CWS or GreenTeam contract was motivated by, or based on, CWS's status as a minority-owned business.

I declare under the penalty of perjury under laws of the United States of America that the foregoing is true and correct.

Executed November 7, 2025.

_____
CECILIA RIOS

EXHIBIT A



City of San Jose

# Single Family Recyclables Characterization Study

2015 Report



CASCADIA
CONSULTING GROUP

This Page Intentionally Left Blank



# Table of Contents

1. Executive Summary ................................................................................................ 6
   Introduction & Study Objectives ............................................................................ 6
   Project Overview ..................................................................................................... 6
   Summary of Findings .............................................................................................. 6
2. Introduction & Summary ...................................................................................... 7
   Introduction and Study Objectives ........................................................................ 7
   Cascadia's Qualifications ........................................................................................ 7
   Project Overview ..................................................................................................... 7
   Document Map ........................................................................................................ 8
3. Summary of Methodology .................................................................................... 9
   Step 1. Developing Plan .......................................................................................... 9
   Step 2. Collecting Data ......................................................................................... 10
   Step 3. Analyzing Data .......................................................................................... 11
4. Findings ................................................................................................................ 12
   Organization of Findings ....................................................................................... 12
   Interpretation of Findings .................................................................................... 13
   Overall Incoming Single Family Residential Recycling .......................................... 15
   District A Incoming Single Family Residential Recycling....................................... 18
   District B Incoming Single Family Residential Recycling ....................................... 20
   District C Incoming Single Family Residential Recycling ....................................... 23
5. Comparison to Other Studies ............................................................................. 25
6. Comparison between the 2008 and 2015 Studies ............................................ 27
   Overall Comparison .............................................................................................. 28
   District A Comparison ........................................................................................... 30
   District B Comparison ........................................................................................... 32
   District C Comparison ........................................................................................... 34
Appendix A: Material Type Definitions ................................................................... 36
   2015 Material Type Definitions ............................................................................ 36
   2008 Material Type Definitions ............................................................................ 44
Appendix B: Study Design ....................................................................................... 48
   Study Objectives ................................................................................................... 48
   Sampling Universe and Substreams ...................................................................... 48
   Sampling Calendar and Substream Allocations .................................................... 49
   Obtaining and Sorting Samples ............................................................................ 49



Analysis ................................................................................................................. 55

**Appendix C: Characterization Calculations** ........................................................... **56**

Estimating Waste Composition ........................................................................... 56

**Appendix D: Example Field Forms** ......................................................................... **58**

**Appendix E. Complete List of Selected Routes** ...................................................... **62**



## Tables and Figures

Table 1. Planned Vs. Actual Samples Collected Overall by Substream and Service District .................................................. 9

Table 2. Tonnage Data by Collection District and Overall (7/1/14 – 6/30/15), Single Family Recyclables .......................... 11

Figure 1. Composition by Recoverability Group, 2015 San Jose Overall Incoming Single Family Residential Recycling ...... 15

Table 3. Five Most Prevalent Material Types, 2015 San Jose Overall Incoming Single Family Residential Recycling ......... 16

Table 4. Detailed Composition, 2015 San Jose Overall Incoming Single Family Residential Recycling .............................. 16

Figure 2. Inbound Material by Bag Type, by District ....................................................................................................... 17

Figure 3. Composition by Recoverability Group, 2015 San Jose District A Incoming Single Family Residential Recycling ... 19

Table 5. Five Most Prevalent Material Types, 2015 San Jose District A Incoming Single Family Residential Recycling ....... 19

Table 6. Detailed Composition, 2015 San Jose District A Incoming Single Family Residential Recycling ........................... 20

Figure 4. Composition by Recoverability Group, 2015 San Jose District B Incoming Single Family Residential Recycling ... 21

Table 7. Five Most Prevalent Material Types, 2015 San Jose District B Incoming Single Family Residential Recycling ....... 22

Table 8. Detailed Composition, 2015 San Jose District B Incoming Single Family Residential Recycling ........................... 22

Figure 5. Composition by Recoverability Group, 2015 San Jose District C Incoming Single Family Residential Recycling ... 23

Table 9. Five Most Prevalent Material Types, District C Incoming Single Family Residential Recycling............................. 24

Table 10. Detailed Composition, District C Incoming Single Family Residential Recycling ............................................... 24

Figure 6. Percent Composition by Material Class, San Jose Compared to Other Comparable Jurisdictions ..................... 26

Figure 7. Overall by Recoverability Group in 2015 vs. 2008 ........................................................................................... 28

Table 11. Detailed Composition in 2015 vs. 2008, San Jose Overall Incoming Single Family Residential Recyclables ....... 29

Figure 8. District A by Recoverability Group in 2015 vs. 2008 ......................................................................................... 30

Table 12. Detailed Composition in 2015 vs. 2008, San Jose District A Incoming Single Family Residential Recyclables..... 31

Figure 9. District B by Recoverability Group in 2015 vs. 2008 ......................................................................................... 32

Table 13. Detailed Composition in 2015 vs. 2008, San Jose District B Incoming Single Family Residential Recyclables...... 33

Figure 10. District C by Recoverability Group in 2015 vs. 2008 ....................................................................................... 34

Table 14. Detailed Composition in 2015 vs. 2008, San Jose District C Incoming Single Family Residential Recyclables ..... 35

Figure 11. Clean Materials ............................................................................................................................................. 38

Figure 12. Contaminated Materials ................................................................................................................................ 38

Figure 13. Aseptic and Polycoat Packaging Examples ..................................................................................................... 39

Table 15. Sampling Allocation by Substream and Service District ................................................................................... 49

Table 16. Selected Recycling Routes by Service District and Day ..................................................................................... 50

Figure 14.Sampling and Sorting Timeline ....................................................................................................................... 51

Figure 15. 16-Cell Grid for Sampling............................................................................................................................... 52

Figure 16. Tarped Sample with Sample Placard .............................................................................................................. 52

Figure 17.Example Vehicle Tracking Sheet for Pre-Selected Routes ................................................................................ 59

Figure 18. Example Sample Placard................................................................................................................................. 60

Figure 19. Example Material Weight Tally Sheet.............................................................................................................. 61

Table 17. Selected Single Family Residential Recyclables Routes ..................................................................................... 62

Table 17 Selected Single Family Residential Recyclables Routes, continued .................................................................... 63



*November 2015*

*City of San Jose Single Family Recyclables Characterization Study 2015*

# 1. Executive Summary

## Introduction & Study Objectives

In 2015, Cascadia Consulting Group performed a San Jose Single Family Recyclables Characterization Study. The objective of this study was to determine the composition of the single family curbside recycling stream. Cascadia brings more than 22 years of experience working with jurisdictions nationwide, including all of the major metropolitan areas on the West Coast, to characterize municipal waste streams.

Cascadia previously performed a San Jose characterization study in 2008, which included material characterization of commercial, residential, and self-hauled streams. Cascadia designed the 2015 study so that the results would be comparable with the single family curbside recycling stream portion of the 2008 study.

## Project Overview

During this study, the Cascadia team collected 70 samples from the City's three single family residential recyclables collection districts (Districts A, B, and C). The Cascadia team sorted each sample into 47 material types during September 2015.

Cascadia hand sorted all samples. Cascadia combined the composition (percent-by-weight) data from these sorts with annual quantity (tonnage) data provided by the City of San Jose for each collection district and overall to create the composition and quantity estimates presented throughout this report.

## Summary of Findings

1. Citywide, recoverable materials account for a little over 68 percent by weight of the single family recycling stream.
2. By contrast, about 32 percent by weight of the citywide single family recycling stream is non-marketable: 27 percent is **Non-Recyclable** materials and about 5 percent is **Compostable Organics.**
3. Between 2008 and 2015, there was little variation in the composition of single family recyclables by district and overall. Notably, for each district and overall, the proportion of **Recyclable Plastic** has increased (for example, from 6.7 percent in 2008 to 12.6 percent in 2015 in District A) and the proportion of **Recyclable Glass** has decreased (for example, from 12.5 percent in 2008 to 4.2 percent in 2015 in District C).



*November 2015*

## 2. Introduction & Summary

## Introduction and Study Objectives

Increasing waste diversion is a high priority for the City of San Jose: in 2008, the city published a Zero Waste Strategic Plan that described their proposed approach to achieve 75 percent diversion by 2013 and zero waste by 2022. In response to the City Auditor's recommendation, the City of San Jose obtained consulting services with Cascadia to conduct the 2015 Single Family Recyclables Characterization Study. The objective of this study was to determine the composition of the single family curbside recycling stream.

San Jose performed a characterization study in 2008, which included material characterization for commercial, residential, and self-hauled streams. Cascadia designed the 2015 study so that the results would be comparable with the single-family curbside recycling stream portion of the 2008 study.

## Cascadia's Qualifications

Cascadia brings a depth and breadth of experience to material characterization work. Cascadia brings more than 22 years of experience working with jurisdictions nationwide to characterize and model municipal and regional waste streams, identify reduction and diversion opportunities, and implement programs that achieve environmental and economic goals across sectors. Our focus on quality, consistency, and objectivity in research ensures reliable data and analysis that can be used with confidence to assess trends, measure progress, and invest in long term strategies.

Cascadia uses a sorting crew led and staffed by highly trained professionals. This professional sorting crew has sorted more than 10 million pounds of material in over 500 landfills, MRFs, and transfer stations nationwide. Using a sorting crew of full-time professionals instead of temporary employees ensures more accurate and consistent data collection across the City, facilitating comparison between collection districts and to other cities.

Cascadia has conducted characterization studies for eight of the ten largest metropolitan areas in the U.S. Past and repeat characterization study clients include the states of California, Connecticut, Delaware, Georgia, Illinois, Iowa, Oregon, Washington, and Wisconsin; the West Coast hubs of Los Angeles, Honolulu, Portland, Sacramento, San Francisco, San Diego, Santa Barbara, Santa Cruz, and Seattle; and other major U.S. cities including Chicago, Houston, New York, Philadelphia, and Phoenix.

## Project Overview

During this study, the Cascadia team characterized 70 samples from the City's three single family residential recyclables collection districts (Districts A, B, and C). The Cascadia team sorted the 70 samples into 47 material types during September 2015 (Appendix A: Material Type Definitions lists and defines these material types).

Sampling of single family recyclables from collection districts A and C took place at California Waste Solutions' (CWS) transfer station and processing facility. Sampling of single family recyclables from



collection district B took place at GreenWaste's transfer station and processing facility. Samples from all three districts were sorted at CWS' transfer station and processing facility (district B samples were transported to CWS after collection). Cascadia hand sorted all samples. Cascadia combined the composition (percent-by-weight) data from these sorts with annual quantity (tonnage) data for each collection district and overall to create the composition and quantity estimates presented throughout this report.

## Document Map

The remainder of this report is organized in the following sections:

- **Summary of Methodology** defines the material streams characterized for this study and summarizes our methodologies for developing a project plan, collecting data, and analyzing the results.

- **Study Results** presents key findings and composition results for incoming single family residential recyclables for each collection district and overall.

- **Appendices** follow the main body of the report. They provide definitions for all material types, a comparison of 2008 and 2015 study results, examples of field forms, an explanation of composition calculations, and a list of routes selected for participation in the study from each district.



*City of San Jose Single Family Recyclables Characterization Study 2015*

## 3. Summary of Methodology

Cascadia's methodology for conducting this study included:

1. Developing a plan for this study.
2. Collecting data through sampling and sorting.
3. Analyzing collected data to estimate compositions and quantities.

## Step 1. Developing Plan

### Substreams Sampled

This study was designed to examine the following two substreams:

- **Single family residential recycling** – Recyclables generated by single family residences located within the City of San Jose. Contracted hauler vehicles collect these materials curbside.
- **Single family residential recycling residuals** – The material that remains and is sent to the landfill after single family residential recyclables have been processed at a materials recovery facility (MRF).

The City is divided into three service districts: A, B, and C. In collection Districts A and C, California Waste Solutions both collects single family residential recyclables and processes them at their MRF. In Collection District B, GreenTeam collects single family residential recyclables, and the GreenWaste MRF processes them. This study allocated samples to and documented the composition of recyclables from each service district.

### Allocation of Samples

Table 1 summarizes the planned and actual sample numbers for recyclables by district.

**Table 1. Planned Vs. Actual Recyclables Samples Collected Overall by Service District**

| Substream | Service District | Actual | Planned |
|---|---|---|---|
| Single Family Residential Recyclables | A | 22 | 20-25 |
| Single Family Residential Recyclables | B | 23 | 20-25 |
| Single Family Residential Recyclables | C | 25 | 20-25 |
| **Total** | | **70** | **60-75** |

### Material Streams

The field crew sorted the samples into 47 unique material types which were divided among nine material classes: **Paper, Plastic, Glass, Metal, Organic Materials, Textiles, Other Potentially Recyclable Materials, Hazardous,** and **Other Materials.** Cascadia designed this list to expand on the material list from the 2008 study, ensuring that the additional material types included in 2015 could be "rolled up" for comparison with the 2008 study material list.


CASCADIA
CONSULTING GROUP

Please refer to Appendix A: Material Type Definitions for the division of material types into material classes and material type definitions.

## Coordination with City, Facility, and Hauler Staff

Prior to beginning fieldwork, Cascadia met with staff from the City of San Jose, GreenWaste (GW)/Green Team, and California Waste Solutions (CWS) to plan and coordinate study logistics such as identifying space at the GW and CWS facilities for sorting, finalizing vehicle selection strategies, and requesting assistance from scalehouse and other facility staff. Cascadia selected routes for sampling and sorted all material; operations staff at California Waste Solutions and Green Team coordinated the delivery of selected loads; and facility staff at California Waste Solutions and GreenWaste MRFs captured samples and delivered them to Cascadia.

## Field Work Schedule

The project team scheduled a single season of field work in September 2015. This field work spanned a single week from September 14th-18th 2015, with samples approximately evenly divided between days of the week.

# Step 2. Collecting Data

## Load Selection Protocol

For this study, the load selection procedure varied by substream. Cascadia pre-selected loads from regularly scheduled single family residential recyclables routes using route data provided by the contracted haulers for single family recyclables collection, GreenTeam and CWS. This route data included the collection day, the service district, and the route ID. Cascadia summarized selected routes for each sampling day on a *Vehicle Selection Sheet* and created an identifying *Sample Placard* for each route. The route supervisors at CWS and Green Team distributed *Sample Placards* to the drivers of the routes selected for sampling and reminded them to participate in the study each morning. The Cascadia field crew used the *Vehicle Selection Sheets* to facilitate vehicle identification when selected drivers arrived at the facilities.

A detailed list of selected routes is included in Appendix E. Complete List of Selected Routes. Examples of *Vehicle Selection Sheets* and *Sample Placards* appear in Appendix D: Example Field Forms. A detailed description of the load selection process is included in Appendix B: Study Design.

## Sample Selection and Sorting Protocol

The Cascadia field crew hand-sorted all samples. When a selected vehicle arrived at the transfer station, the Cascadia field supervisor collected the *Sample Placard*, verified the information noted on the *Sample Placard* with the driver, and directed the selected vehicle to the proper tipping location. After the vehicle dumped its load, the Cascadia field supervisor selected a random sample from the load by superimposing an imaginary 16-cell grid over the dumped material. The Cascadia field supervisor used a randomly generated cell number (noted on the *Sample Placard*) to determine from which single cell the transfer station's loader and operator would extract a sample from the tipped load.



*City of San Jose Single Family Recyclables Characterization Study 2015*

For a full description of the planned sample selection procedure, refer to Appendix B: Study Design.

Cascadia field staff utilized the following methodology to sort all samples.

- Segregate each sample into three piles:
    - o Loose material and material in transparent bags;
    - o Opaque bags filled with non-recyclable material; and
    - o Opaque bags filled with recyclable material.
- Photograph each pile.
- Sort each pile as though it were a separate sample. The sorting crew sorted each pile by material type into separate baskets. The individual members of the Cascadia sorting crew specialized in groups of materials, such as papers or plastics. The Cascadia crew manager monitored the homogeneity of material in the baskets as they accumulated and rejected any materials that were improperly classified. The material list and definitions that guided this sorting are presented in Appendix A: Material Type Definitions.
- This study included a subsort for clean and non-marketable (contaminated) versions of each of the material types in the **Paper** class. Appendix A: Material Type Definitions includes a description of the criteria Cascadia used for determining whether a paper material type was clean or non-marketable Cascadia also used this non-marketable sort criteria as part of the 2014 CalRecycle Statewide Characterization Study.
- The Cascadia sampling crew manager visually inspected the purity of each material as it was weighed in its basket using a pre-calibrated scale and recorded each material weight on a *Material Weight Tally Sheet*.

## Step 3. Analyzing Data

After completing field work, Cascadia staff entered all collected data into a customized database with built-in data validation protocols.

Cascadia used the tonnage data of incoming single family residential recyclable materials by collection district from July 1, 2014 to June 30, 2015. The tonnage data is listed in Table 2.

**Table 2. Tonnage Data by Collection District and Overall (7/1/14 – 6/30/15), Single Family Recyclables**

| District | Recyclables Collected Total Tons |
|---|---|
| A | 43,126 |
| B | 21,211 |
| C | 30,921 |
| Total Incoming | 95,257 |

The project team then developed detailed estimates of composition and quantities for incoming single family recyclables using the tonnage data and the methods described in Appendix C: Characterization Calculations.



*City of San Jose Single Family Recyclables Characterization Study 2015*

## 4.  Findings

## Organization of Findings

The findings include results for San Jose single family residential recycling overall and separate results for Districts A, B, and C. In each section, this report presents characterization results for sampled substreams in three ways:

- First, a pie chart presents an overview of composition by **Recoverability Group**. **Recoverability Groups** provide a summary-level analysis of the sub-stream's recoverability. They include **Recyclable Paper**, **Recyclable Plastic**, **Recyclable Glass**, **Recyclable Metal**, **Recyclable Textiles**, **Non-Recyclable (Landfill), and Compostable Organics (Landfill).**

- Next, the five most prevalent individual *material types*, by weight, are shown in a table.

- Finally, a detailed table lists the full composition and quantity results for the 47 *material types* by **Recoverability Group.** Please refer to Appendix A: Material Type Definitions for a list of definitions for *material types* used in the study.

In addition, the last figure in the overall section is a bar graph that presents the proportion of incoming materials loose or in clear bags; in opaque bags where the contents were garbage; and in opaque bags where the contents were recyclables.

The pie chart and the detailed composition table are structured by **Recoverability Group** to quantify diversion opportunities.

## Non-Marketable Paper and Opaque Bag Subsort

In the 2015 study, the study design included methodologies intended to collect additional data about:

- the amount of non-marketable paper in incoming loads of single family recyclables; and
- the composition of materials in opaque bags in incoming loads of single family recyclables (and, more broadly, whether these bags were filled with mostly recyclable material or non-recyclable material).

We incorporated these elements into our hand sorting methodology, as detailed in the Sample Selection and Sorting Protocol section of our methodology noted above.

In 2008, Cascadia's sorting methodology for incoming single family residential recyclables samples did not include either the non-marketable paper or opaque bag sub-sort. There were not separate clean and non-marketable categories for each paper material type. Instead, in 2008, the Cascadia team sorted all marketable and non-marketable paper types as **Recyclable Paper** regardless of contamination level and any incoming closed opaque bag of materials as **Non-Recyclable Materials**.

In the 2015 results presented in this section, materials that the Cascadia team sorted from opaque bags of incoming material were included as part of the total sample composition. Additionally, Cascadia categorized all marketable paper types (*clean newspaper, clean OCC (cardboard), clean mixed paper,*



*City of San Jose Single Family Recyclables Characterization Study 2015*

and *clean aseptic and polycoated packaging)* as **Recyclable Paper** and any non-marketable paper types (*contaminated newspaper, contaminated OCC, contaminated mixed paper*, and *contaminated aseptic and polycoated packaging*) as **Non-Recyclable Materials (Non-Marketable). Therefore, the results presented in this section are not directly comparable to the 2008 study results**, where we did not open or sort any opaque bags of incoming material, but rather sorted any closed opaque bag as **Non-Recyclable Materials**; and where we considered all marketable and non-marketable paper types as **Recyclable Paper**.

However, Cascadia designed the 2015 study so that its results could be modified for direct comparison to the 2008 results, if necessary. For a discussion of that modification and a comparison of 2008 and 2015 study year results for incoming single family residential recycling, reference the Comparison between the 2008 and 2015 Studies section of this report.

### Residuals Data

After completing residuals sampling at San Jose's single family recycling stream MRFs and reviewing sample data and associated photographs, Cascadia was concerned that the residuals composition data may not be representative of the residuals streams from San Jose's single family recycling MRFs. Therefore, this report does not present an analysis of residuals.

## Interpretation of Findings

This section includes background to assist readers in interpreting the findings presented in this report.

### Means and Error Ranges

The data from the characterization process for the sampled sub-streams were treated with a statistical procedure that provided two kinds of information for each of the *material types*:

- The estimated percent-by-weight composition of the samples; and
- The degree of precision of the composition estimates.

All estimates of precision were calculated at the 90% confidence level. An explanation of these calculations appears in Appendix C. Characterization Calculations.

The example below illustrates how the results should be interpreted. In this example, the estimated percent-by-weight of *clean newspaper* present in San Jose's overall single family residential recycling stream is 6.2%. The plus or minus figure 0.9% (confidence interval) reflects the precision of the estimate. When calculations are performed at the 90% confidence level, we are 90% certain that the true amount of *clean newspaper* is between 6.2% plus 0.9% and 6.2% minus 0.9%. In other words, we are 90% certain that the true amount of *clean newspaper* lies between 7.1% and 5.3%.



*November 2015*

*City of San Jose Single Family Recyclables Characterization Study 2015*

| Material Type | Estimated Percent | + / - |
|---------------|-------------------|-------|
| Clean Newspaper | 6.2% | 0.9% |

## Rounding

When interpreting the results presented in the tables and figures in this report, it is important to consider the **effect of rounding**.

To keep the composition tables and figures readable, estimated tonnages are rounded to the nearest tenth of a ton, and estimated percentages are rounded to the nearest hundredth of a percent. Tonnage subtotals and totals are rounded to the nearest ton. Percentage subtotals are rounded to the nearest tenth of a percent and totals to the nearest percent. Due to this rounding, the **tonnages** presented in the report, when added together, may not exactly match the subtotals and totals shown. Similarly, the **percentages**, when added together, may not exactly match the subtotals or totals shown. Percentages less than 0.005% are shown as 0.00%.

It is important to recognize that the tons throughout the report were calculated using the non-rounded percentages. Therefore, using the rounded percentages from the tables to calculate tonnages may yield tonnages that are slightly different than those shown in the report.

## Infrequent Material Types

Composition estimates for certain materials have a higher degree of uncertainty for two main reasons:

- The materials are infrequently recycled and, consequently, appear infrequently in samples. Examples of such materials include *medical waste*, *sharps*, and *chemicals.* Because the composition results are based on only a few instances of these materials, the results are less certain, as shown by the relatively large error range.
- The quantity of material is highly variable between samples. *Tires*, for example, are rarely found in samples. When tires are found in samples, they end up being a large portion of the sample because they are heavy. This variability also increases the error range.

As an example of how frequently materials are found affects degrees of uncertainty, *electronics* are estimated to make up 0.4% of San Jose's overall single family residential recycling stream with a 0.3% error range. In other words, *electronics* may be as much as 0.7% or as little as 0.1% of the waste stream. Small, lightweight materials that appear frequently in samples also make up a small percentage of the overall composition. These frequently-found materials, in contrast, have smaller relative confidence intervals. An example is *clean aseptic and polycoated packaging*, which make up a small percentage of the overall stream (0.5%) and have a relatively small confidence interval (0.1%).



*November 2015*

*City of San Jose Single Family Recyclables Characterization Study 2015*

## Overall Incoming Single Family Residential Recycling

The results in this section are based on the weighted average of all 70 single family residential recyclables samples collected from the three collection districts during the 2015 study. Annual single family recycling tonnages in each collection district are used to weight the results. For a comparison of 2008 and 2015 study year results for incoming single family residential recycling, reference the Comparison between the 2008 and 2015 Studies section of this report.

As shown in Figure 1, approximately 42 percent of the overall incoming single family residential recycling stream in San Jose is **Recyclable Paper**. About 12 percent is **Recyclable Plastic**, and smaller amounts are **Recyclable Glass** (5.5%), **Recyclable Metal** (4.5%), and **Recyclable Textiles** (3.9%). When combined, these recyclable **Recoverability Groups** account for a little over 68 percent of the materials in this stream. By contrast, about 27 percent of the stream is **Non-Recyclable (Non-Marketable)** and about 5 percent is **Compostable Organics**; together, they account for almost 32 percent of the stream.

For more information about the specific material types that make up each of these Recoverability Groups, refer to Table 4.

**Figure 1. Composition by Recoverability Group, 2015 San Jose Overall Incoming Single Family Residential Recycling**

Non-Recyclable (Non-Marketable) 27.0%

Recyclable Paper 42.0%

Compostable Organics 4.9%

Recyclable Textiles 3.9%

Recyclable Glass 5.5%

Recyclable Metal 4.5%

Recyclable Plastic 12.2%



*November 2015*

*City of San Jose Single Family Recyclables Characterization Study 2015*

The five most prevalent materials in this substream can be found in Table 3. As shown, *clean mixed paper* (22.5%), *clean OCC* (12.8%), and *clean newspaper* (6.2%) are the three most prevalent material types; together, they represent a little over 41 percent of the overall substream.

### Table 3. Five Most Prevalent Material Types, 2015 San Jose Overall Incoming Single Family Residential Recycling

| Material Type | Estimated Percent | Cumulative Percent | Estimated Tons |
|---|---|---|---|
| Clean Mixed Paper | 22.5% | 22.5% | 21,462 |
| Clean OCC | 12.8% | 35.3% | 12,174 |
| Clean Newspaper | 6.2% | 41.5% | 5,894 |
| Contaminated Mixed Paper | 6.1% | 47.6% | 5,781 |
| Recyclable Glass | 5.5% | 53.1% | 5,264 |
| *Subtotal* | *53.1%* | | *50,574* |
| All Other Materials | 46.9% | | 44,683 |
| Total | 100.0% | | 95,257 |

The detailed composition of the 2015 San Jose Overall Incoming Single Family Residential Recycling substream is shown in Table 4. The material types are divided by **Recoverability Group**.

### Table 4. Detailed Composition, 2015 San Jose Overall Incoming Single Family Residential Recycling

| Material | Estimated Percent | +/- | Estimated Tons | Material | Estimated Percent | +/- | Estimated Tons |
|---|---|---|---|---|---|---|---|
| **Recyclable Paper** | **42.0%** | | **40,006** | **Non-Recyclable Materials** | **27.0%** | | **25,695** |
| Clean Newspaper | 6.2% | 0.9% | 5,894 | Pizza Boxes | 0.8% | 0.1% | 800 |
| Clean OCC | 12.8% | 1.8% | 12,174 | Contaminated Newspaper | 1.4% | 0.6% | 1,310 |
| Clean Mixed Paper | 22.5% | 1.8% | 21,462 | Contaminated OCC | 3.4% | 0.9% | 3,276 |
| Clean Aseptic and Polycoated Packaging | 0.5% | 0.1% | 476 | Contaminated Mixed Paper | 6.1% | 1.3% | 5,781 |
| | | | | Contaminated Aseptic and Polycoated Packaging | 0.1% | 0.0% | 60 |
| **Recyclable Plastic** | **12.2%** | | **11,619** | Remainder/Composite Paper | 1.6% | 0.3% | 1,526 |
| #1 PET Bottles and Containers | 3.3% | 0.3% | 3,100 | Remainder/Composite Plastic | 2.2% | 0.6% | 2,093 |
| #2 HDPE Bottles and Containers | 2.7% | 0.3% | 2,586 | Remainder/Composite Metal | 1.1% | 0.4% | 1,015 |
| #3–#7 Bottles and Containers | 1.0% | 0.1% | 922 | Remainder Composite Glass | 2.0% | 1.0% | 1,929 |
| Plastic Bags and Other Film | 2.5% | 0.3% | 2,342 | Medical Waste | 0.0% | 0.0% | 10 |
| Polystyrene | 0.5% | 0.1% | 495 | Sharps | 0.0% | 0.0% | 0 |
| Durable Plastic Items | 2.3% | 0.5% | 2,174 | Chemicals | 0.0% | 0.0% | 17 |
| | | | | Personal Hygiene Products | 1.0% | 0.5% | 975 |
| **Recyclable Metal** | **4.5%** | | **4,328** | TV and CRT Monitors | 0.0% | 0.0% | 0 |
| Aluminum Beverage Cans | 0.4% | 0.1% | 359 | Electronics | 0.4% | 0.3% | 410 |
| Aluminum Foil | 0.2% | 0.1% | 186 | Automotive Batteries | 0.0% | 0.0% | 0 |
| Steel (Tin) Cans | 1.6% | 0.5% | 1,568 | Lithium Ion Batteries | 0.0% | 0.0% | 0 |
| Other Scrap Metal | 2.3% | 0.7% | 2,214 | Alkaline Batteries | 0.0% | 0.0% | 34 |
| | | | | Ni-Cad Batteries | 0.0% | 0.0% | 1 |
| **Recyclable Glass** | **5.5%** | | **5,264** | Tanks | 0.0% | 0.0% | 0 |
| Recyclable Glass | 5.5% | 1.0% | 5,264 | Tires | 0.0% | 0.0% | 0 |
| | | | | Oil Filters | 0.0% | 0.0% | 11 |
| **Compostable Organics** | **4.9%** | | **4,676** | Motor Oil | 0.0% | 0.0% | 0 |
| Food Waste | 3.1% | 0.8% | 2,921 | Wood | 1.5% | 0.0% | 1,452 |
| Yard Waste | 0.7% | 0.4% | 636 | Mercury Lamps | 0.0% | 0.0% | 7 |
| Compostable Paper | 1.2% | 0.2% | 1,119 | Other Universal Waste | 0.0% | 0.0% | 19 |
| | | | | Other Materials | 5.2% | 1.7% | 4,971 |
| **Recyclable Textiles** | **3.9%** | | **3,669** | | | | |
| Bagged Textiles | 0.3% | 0.2% | 327 | **Totals** | **100.0%** | | **95,257** |
| Loose Textiles | 3.5% | 0.9% | 3,342 | **Sample Count** | **70** | | |

*Confidence intervals calculated at the 90% confidence level. Percentages for material types may not total 100% due to rounding.*



*November 2015*

*City of San Jose Single Family Recyclables Characterization Study 2015*

Figure 2 presents the results of the opaque bag subsort by district. For the opaque bag subsort, the sort team opened and sorted any opaque bags in the sample and determined whether the contents were garbage or recyclables.

District C had the highest proportion of material loose or in clear bags at 93 percent of its incoming material. Also in District C, 3 percent of the materials were opaque bags filled with garbage, and 5 percent of the materials were opaque bags filled with recyclables. By contrast, District B had the lowest proportion of material loose or in clear bags, at 89 percent of the incoming material. Also in District B, 6 percent of the materials were opaque bags filled with garbage, and 4 percent of the materials were opaque bags filled with recyclables.

**Figure 2. Inbound Material by Bag Type, by District**





*City of San Jose Single Family Recyclables Characterization Study 2015*

## District A Incoming Single Family Residential Recycling[1]

The results in this section are based on all 22 single family recyclables samples collected from District A during the 2015 study. For a comparison of 2008 and 2015 study year results for District A incoming single family residential recycling, reference the Comparison between the 2008 and 2015 Studies section of this report.

As shown in Figure 3, approximately 38 percent of the District A incoming single family residential recycling stream is **Recyclable Paper**. About 14 percent is **Recyclable Plastic**, and smaller amounts are **Recyclable Metal** (5.7%), **Recyclable Glass** (4.7%), and **Recyclable Textiles** (3.8%). When combined, these recyclable **Recoverability Groups** account for a little over 66 percent of the materials in this stream. By contrast, about 28 percent of the stream is **Non-Recyclable (Non-Marketable)**, and about 5 percent is **Compostable Organics**; together, they account for almost 34 percent of the stream.

For more information about the specific material types that make up each of these recoverability groups, refer to Table 6.

---

[1] Garden City Sanitation implemented a food waste pilot study for District A households that coincided with the Single Family Recyclables Characterization Study. The pilot provided about 6.7 percent of the single family residential households in District A with a collection container for food waste. Since the pilot was in effect during sampling, some households may have put food waste materials in their pilot food waste collection containers rather than mistakenly placing these materials in their recycling container. Therefore, the pilot introduced the possibility that the amount of Non-Recyclable and Compostable Organic materials present in the recycling stream were underrepresented for the small number of households that were both participating in the pilot and on one of the routes selected for the study. The estimated proportion of Non-Recyclable materials in the District A samples from routes without food waste pilot participants was 3.7 percentage points higher than the estimated proportion of Non-Recyclable materials in the District A samples from routes that did include food waste pilot participants. The estimated proportion of Compostable Organics in the District A samples from routes without food waste pilot participants was 2.4 percentage points higher than the estimated proportion of Compostable Organics in the District A samples from routes that did include food waste pilot participants. Cascadia conducted an analysis and determined that it is highly unlikely that there is a statistically significant difference between the proportion of Non-Recyclable and Compostable Organics materials in samples from routes participating in the food waste pilot and routes outside the pilot areas.



*City of San Jose Single Family Recyclables Characterization Study 2015*



**Figure 3. Composition by Recoverability Group,
2015 San Jose District A Incoming Single Family Residential Recycling**

The five most prevalent materials in this substream can be found in Table 5. As shown, *clean mixed paper* (21.6%), *clean OCC* (10.8%), and *other materials* (6.8%) are the three most prevalent material types; together, they represent over 39 percent of the overall substream.

**Table 5. Five Most Prevalent Material Types,
2015 San Jose District A Incoming Single Family Residential Recycling**

| Material Type | Estimated Percent | Cumulative Percent | Estimated Tons |
|---|---|---|---|
| Clean Mixed Paper | 21.6% | 21.6% | 9,313 |
| Clean OCC | 10.8% | 32.4% | 4,668 |
| Other Materials | 6.8% | 39.2% | 2,931 |
| Contaminated Mixed Paper | 6.1% | 45.3% | 2,619 |
| Clean Newspaper | 5.5% | 50.8% | 2,357 |
| *Subtotal* | *50.8%* | | *21,889* |
| All Other Materials | 49.2% | | 21,236 |
| Total | 100.0% | | 43,126 |

The detailed composition of the 2015 San Jose District A Incoming Single Family Residential Recycling substream is shown in Table 6. The material types are divided by **Recoverability Group**.



*November 2015*

*City of San Jose Single Family Recyclables Characterization Study 2015*

**Table 6. Detailed Composition, 2015 San Jose District A Incoming Single Family Residential Recycling**

| Material | Estimated Percent | +/- | Estimated Tons | Material | Estimated Percent | +/- | Estimated Tons |
|---|---|---|---|---|---|---|---|
| **Recyclable Paper** | **38.3%** | | **16,532** | **Non-Recyclable Materials** | **28.3%** | | **12,188** |
| Clean Newspaper | 5.5% | 1.3% | 2,357 | Pizza Boxes | 0.9% | 0.2% | 385 |
| Clean OCC | 10.8% | 2.9% | 4,668 | Contaminated Newspaper | 1.5% | 0.8% | 643 |
| Clean Mixed Paper | 21.6% | 2.8% | 9,313 | Contaminated OCC | 3.8% | 1.3% | 1,634 |
| Clean Aseptic and Polycoated Packaging | 0.4% | 0.1% | 193 | Contaminated Mixed Paper | 6.1% | 2.0% | 2,619 |
| | | | | Contaminated Aseptic and Polycoated Packaging | 0.1% | 0.1% | 26 |
| **Recyclable Plastic** | **13.7%** | | **5,911** | Remainder/Composite Paper | 1.4% | 0.3% | 609 |
| #1 PET Bottles and Containers | 2.9% | 0.6% | 1,252 | Remainder/Composite Plastic | 2.3% | 1.1% | 977 |
| #2 HDPE Bottles and Containers | 3.0% | 0.6% | 1,311 | Remainder/Composite Metal | 0.9% | 0.5% | 371 |
| #3-#7 Bottles and Containers | 1.0% | 0.2% | 435 | Remainder Composite Glass | 2.0% | 1.8% | 861 |
| Plastic Bags and Other Film | 3.1% | 0.7% | 1,352 | Medical Waste | 0.0% | 0.0% | 0 |
| Polystyrene | 0.5% | 0.1% | 237 | Sharps | 0.0% | 0.0% | 0 |
| Durable Plastic Items | 3.1% | 1.0% | 1,324 | Chemicals | 0.0% | 0.0% | 0 |
| | | | | Personal Hygiene Products | 1.0% | 0.6% | 446 |
| **Recyclable Metal** | **5.7%** | | **2,477** | TV and CRT Monitors | 0.0% | 0.0% | 0 |
| Aluminum Beverage Cans | 0.4% | 0.1% | 153 | Electronics | 0.4% | 0.5% | 189 |
| Aluminum Foil | 0.2% | 0.1% | 75 | Automotive Batteries | 0.0% | 0.0% | 0 |
| Steel (Tin) Cans | 2.2% | 1.0% | 965 | Lithium Ion Batteries | 0.0% | 0.0% | 0 |
| Other Scrap Metal | 3.0% | 1.4% | 1,284 | Alkaline Batteries | 0.1% | 0.1% | 26 |
| | | | | Ni-Cad Batteries | 0.0% | 0.0% | 1 |
| **Recyclable Glass** | **4.7%** | | **2,039** | Tanks | 0.0% | 0.0% | 0 |
| Recyclable Glass | 4.7% | 1.8% | 2,039 | Tires | 0.0% | 0.0% | 0 |
| | | | | Oil Filters | 0.0% | 0.0% | 5 |
| **Compostable Organics** | **5.4%** | | **2,350** | Motor Oil | 0.0% | 0.0% | 0 |
| Food Waste | 3.5% | 1.5% | 1,497 | Wood | 1.0% | 0.4% | 443 |
| Yard Waste | 0.5% | 0.7% | 233 | Mercury Lamps | 0.0% | 0.0% | 5 |
| Compostable Paper | 1.4% | 0.5% | 621 | Other Universal Waste | 0.0% | 0.0% | 17 |
| | | | | Other Materials | 6.8% | 3.2% | 2,931 |
| **Recyclable Textiles** | **3.8%** | | **1,627** | | | | |
| Bagged Textiles | 0.2% | 0.1% | 80 | **Totals** | **100.0%** | | **43,126** |
| Loose Textiles | 3.6% | 1.6% | 1,548 | **Sample Count** | **22** | | |

*Confidence intervals calculated at the 90% confidence level. Percentages for material types may not total 100% due to rounding.*

## District B Incoming Single Family Residential Recycling

The results in this section are based on all 23 single family residential recyclables samples collected from District B during the 2015 study. For a comparison of 2008 and 2015 study year results for District B incoming single family residential recycling, reference the Comparison between the 2008 and 2015 Studies section of this report.

As shown in Figure 4, approximately 47 percent of the District B incoming single family residential recycling stream is **Recyclable Paper**. About 11 percent is **Recyclable Plastic**, and smaller amounts are **Recyclable Glass** (7.6%), **Recyclable Metal** (3.8%), and **Recyclable Textiles** (3.8%). When combined, these recyclable **Recoverability Groups** account for about 73 percent of the materials in this stream. By contrast, about 22 percent of the stream is **Non-Recyclable (Landfilled)**, and about 5 percent is **Compostable Organics (Landfilled)**; together, they account for almost 27 percent of the stream.

For more information about the specific material types that make up each of these recoverability groups, refer to Table 8.



*November 2015*

*City of San Jose Single Family Recyclables Characterization Study 2015*



**Figure 4. Composition by Recoverability Group,
2015 San Jose District B Incoming Single Family Residential Recycling**



*City of San Jose Single Family Recyclables Characterization Study 2015*

The five most prevalent materials in this substream can be found in Table 7. As shown, *clean mixed paper* (26.0%), *clean OCC* (12.4%), and *clean newspaper* (8.2%) are the three most prevalent material types; together, they represent about 47 percent of the overall substream.

### Table 7. Five Most Prevalent Material Types, 2015 San Jose District B Incoming Single Family Residential Recycling

| Material Type | Estimated Percent | Cumulative Percent | Estimated Tons |
|---|---|---|---|
| Clean Mixed Paper | 26.0% | 26.0% | 5,521 |
| Clean OCC | 12.4% | 38.5% | 2,639 |
| Clean Newspaper | 8.2% | 46.6% | 1,734 |
| Recyclable Glass | 7.6% | 54.2% | 1,605 |
| Other Materials | 4.9% | 59.1% | 1,033 |
| *Subtotal* | *59.1%* | | *12,532* |
| All Other Materials | 40.9% | | 8,678 |
| Total | 100.0% | | 21,211 |

The detailed composition of the 2015 San Jose District B Incoming Single Family Residential Recycling substream is shown in Table 8. The material types are divided by recoverability group.

### Table 8. Detailed Composition, 2015 San Jose District B Incoming Single Family Residential Recycling

| Material | Estimated Percent | +/- | Estimated Tons | Material | Estimated Percent | +/- | Estimated Tons |
|---|---|---|---|---|---|---|---|
| Recyclable Paper | 47.0% | | 9,972 | Non-Recyclable Materials | 21.7% | | 4,597 |
| Clean Newspaper | 8.2% | 2.2% | 1,734 | Pizza Boxes | 0.6% | 0.2% | 124 |
| Clean OCC | 12.4% | 2.6% | 2,639 | Contaminated Newspaper | 0.8% | 0.4% | 170 |
| Clean Mixed Paper | 26.0% | 3.5% | 5,521 | Contaminated OCC | 2.6% | 0.9% | 548 |
| Clean Aseptic and Polycoated Packaging | 0.4% | 0.1% | 78 | Contaminated Mixed Paper | 3.7% | 1.3% | 777 |
| | | | | Contaminated Aseptic and Polycoated Packaging | 0.0% | 0.0% | 6 |
| Recyclable Plastic | 10.9% | | 2,311 | Remainder/Composite Paper | 2.1% | 1.1% | 453 |
| #1 PET Bottles and Containers | 3.4% | 0.4% | 727 | Remainder/Composite Plastic | 2.6% | 0.7% | 546 |
| #2 HDPE Bottles and Containers | 2.4% | 0.4% | 510 | Remainder/Composite Metal | 0.7% | 0.5% | 139 |
| #3-#7 Bottles and Containers | 1.0% | 0.2% | 215 | Remainder Composite Glass | 1.5% | 1.1% | 326 |
| Plastic Bags and Other Film | 1.9% | 0.3% | 394 | Medical Waste | 0.0% | 0.0% | 0 |
| Polystyrene | 0.5% | 0.1% | 110 | Sharps | 0.0% | 0.0% | 0 |
| Durable Plastic Items | 1.7% | 0.5% | 356 | Chemicals | 0.1% | 0.1% | 13 |
| | | | | Personal Hygiene Products | 1.1% | 0.8% | 236 |
| Recyclable Metal | 3.8% | | 815 | TV and CRT Monitors | 0.0% | 0.0% | 0 |
| Aluminum Beverage Cans | 0.5% | 0.1% | 98 | Electronics | 0.4% | 0.3% | 86 |
| Aluminum Foil | 0.2% | 0.0% | 34 | Automotive Batteries | 0.0% | 0.0% | 0 |
| Steel (Tin) Cans | 1.1% | 0.5% | 231 | Lithium Ion Batteries | 0.0% | 0.0% | 0 |
| Other Scrap Metal | 2.1% | 0.9% | 452 | Alkaline Batteries | 0.0% | 0.0% | 2 |
| | | | | Ni-Cad Batteries | 0.0% | 0.0% | 0 |
| Recyclable Glass | 7.6% | | 1,605 | Tanks | 0.0% | 0.0% | 0 |
| Recyclable Glass | 7.6% | 1.6% | 1,605 | Tires | 0.0% | 0.0% | 0 |
| | | | | Oil Filters | 0.0% | 0.0% | 0 |
| Compostable Organics | 5.2% | | 1,107 | Motor Oil | 0.0% | 0.0% | 0 |
| Food Waste | 3.6% | 1.0% | 771 | Wood | 0.6% | 0.7% | 137 |
| Yard Waste | 0.5% | 0.4% | 102 | Mercury Lamps | 0.0% | 0.0% | 2 |
| Compostable Paper | 1.1% | 0.3% | 234 | Other Universal Waste | 0.0% | 0.0% | 0 |
| | | | | Other Materials | 4.9% | 2.9% | 1,033 |
| Recyclable Textiles | 3.8% | | 804 | | | | |
| Bagged Textiles | 0.8% | 0.8% | 160 | Totals | 100.0% | | 21,211 |
| Loose Textiles | 3.0% | 1.2% | 644 | Sample Count | 23 | | |

*Confidence intervals calculated at the 90% confidence level. Percentages for material types may not total 100% due to rounding.*



*City of San Jose Single Family Recyclables Characterization Study 2015*

## District C Incoming Single Family Residential Recycling

The results in this section are based on all 25 single family residential recyclables samples collected from District C during the 2015 study. For a comparison of 2008 and 2015 study year results for District C incoming single family residential recycling, reference the Comparison between the 2008 and 2015 Studies section of this report.

As shown in Figure 5, approximately 44 percent of the District C incoming single family residential recycling stream is **Recyclable Paper**. About 11 percent is **Recyclable Plastic**, and smaller amounts are **Recyclable Glass** (5.2%), **Recyclable Textiles** (4.0%), and **Recyclable Metal** (3.4%). When combined, these recyclable **Recoverability Groups** account for about 67 percent of the materials in this stream. By contrast, about 29 percent of the stream is **Non-Recyclable (Landfilled)**, and about 4 percent is **Compostable Organics (Landfilled)**; together, they account for almost 33 percent of the stream.

For more information about the specific material types that make up each of these recoverability groups, refer to Table 10.



**Figure 5. Composition by Recoverability Group,**
**2015 San Jose District C Incoming Single Family Residential Recycling**



*City of San Jose Single Family Recyclables Characterization Study 2015*

The five most prevalent materials in this substream can be found in Table 9. As shown, *clean mixed paper* (21.4%), *clean OCC* (15.7%), and *contaminated mixed paper* (7.7%) are the three most prevalent material types; together, they represent about 45 percent of the overall substream.

**Table 9. Five Most Prevalent Material Types,
District C Incoming Single Family Residential Recycling**

| Material Type | Estimated Percent | Cumulative Percent | Estimated Tons |
|---|---|---|---|
| Clean Mixed Paper | 21.4% | 21.4% | 6,628 |
| Clean OCC | 15.7% | 37.2% | 4,866 |
| Contaminated Mixed Paper | 7.7% | 44.9% | 2,385 |
| Clean Newspaper | 5.8% | 50.7% | 1,802 |
| Recyclable Glass | 5.2% | 56.0% | 1,619 |
| *Subtotal* | *56.0%* | | *17,301* |
| All Other Materials | 44.0% | | 13,620 |
| **Total** | **100.0%** | | **30,921** |

The detailed composition of the 2015 San Jose District C Incoming Single Family Residential Recycling substream is shown in Table 10. The material types are divided by **Recoverability Group**.

**Table 10. Detailed Composition, District C Incoming Single Family Residential Recycling**

| Material | Estimated Percent | +/- | Estimated Tons | Material | Estimated Percent | +/- | Estimated Tons |
|---|---|---|---|---|---|---|---|
| **Recyclable Paper** | **43.7%** | | **13,502** | **Non-Recyclable Materials** | **28.8%** | | **8,910** |
| Clean Newspaper | 5.8% | 1.6% | 1,802 | Pizza Boxes | 0.9% | 0.3% | 291 |
| Clean OCC | 15.7% | 3.5% | 4,866 | Contaminated Newspaper | 1.6% | 1.3% | 497 |
| Clean Mixed Paper | 21.4% | 3.3% | 6,628 | Contaminated OCC | 3.5% | 2.1% | 1,094 |
| Clean Aseptic and Polycoated Packaging | 0.7% | 0.2% | 205 | Contaminated Mixed Paper | 7.7% | 2.8% | 2,385 |
| | | | | Contaminated Aseptic and Polycoated Packaging | 0.1% | 0.1% | 28 |
| **Recyclable Plastic** | **11.0%** | | **3,397** | Remainder/Composite Paper | 1.5% | 0.6% | 464 |
| #1 PET Bottles and Containers | 3.6% | 0.6% | 1,122 | Remainder/Composite Plastic | 1.8% | 0.5% | 569 |
| #2 HDPE Bottles and Containers | 2.5% | 0.5% | 765 | Remainder/Composite Metal | 1.6% | 1.1% | 505 |
| #3-#7 Bottles and Containers | 0.9% | 0.2% | 272 | Remainder/Composite Glass | 2.4% | 1.7% | 742 |
| Plastic Bags and Other Film | 1.9% | 0.3% | 596 | Medical Waste | 0.0% | 0.1% | 10 |
| Polystyrene | 0.5% | 0.3% | 148 | Sharps | 0.0% | 0.0% | 0 |
| Durable Plastic Items | 1.6% | 0.6% | 494 | Chemicals | 0.0% | 0.0% | 4 |
| | | | | Personal Hygiene Products | 0.9% | 1.2% | 293 |
| **Recyclable Metal** | **3.4%** | | **1,036** | TV and CRT Monitors | 0.0% | 0.0% | 0 |
| Aluminum Beverage Cans | 0.4% | 0.1% | 109 | Electronics | 0.4% | 0.6% | 135 |
| Aluminum Foil | 0.3% | 0.1% | 78 | Automotive Batteries | 0.0% | 0.0% | 0 |
| Steel (Tin) Cans | 1.2% | 0.3% | 371 | Lithium Ion Batteries | 0.0% | 0.0% | 0 |
| Other Scrap Metal | 1.5% | 0.7% | 479 | Alkaline Batteries | 0.0% | 0.0% | 6 |
| | | | | Ni-Cad Batteries | 0.0% | 0.0% | 0 |
| **Recyclable Glass** | **5.2%** | | **1,619** | Tanks | 0.0% | 0.0% | 0 |
| Recyclable Glass | 5.2% | 1.6% | 1,619 | Tires | 0.0% | 0.0% | 0 |
| | | | | Oil Filters | 0.0% | 0.0% | 6 |
| **Compostable Organics** | **3.9%** | | **1,219** | Motor Oil | 0.0% | 0.0% | 0 |
| Food Waste | 2.1% | 0.9% | 653 | Wood | 2.8% | 3.1% | 873 |
| Yard Waste | 1.0% | 0.9% | 302 | Mercury Lamps | 0.0% | 0.0% | 0 |
| Compostable Paper | 0.9% | 0.4% | 264 | Other Universal Waste | 0.0% | 0.0% | 2 |
| | | | | Other Materials | 3.3% | 1.4% | 1,007 |
| **Recyclable Textiles** | **4.0%** | | **1,238** | | | | |
| Bagged Textiles | 0.3% | 0.2% | 87 | **Totals** | **100.0%** | | **30,921** |
| Loose Textiles | 3.7% | 1.4% | 1,151 | **Sample Count** | **25** | | |

*Confidence intervals calculated at the 90% confidence level. Percentages for material types may not total 100% due to rounding.*



*City of San Jose Single Family Recyclables Characterization Study 2015*

## 5. Comparison to Other Studies

This section includes comparisons between the overall 2015 San Jose single family residential recycling data, the overall 2008 San Jose single family residential recycling data, and the characterization data from other jurisdictions around the country that have completed single family residential recycling characterization studies within the past four years.

For the purposes of making comparisons, the material lists used in each study were "rolled up" to a common basic material list that included **Paper, Plastic, Metal, Glass, Organics, and Other Materials**.

As shown in Figure 6, the composition of recycled materials remains reasonably constant from jurisdiction to jurisdiction. San Jose has a smaller proportion of recyclable materials (**Paper, Plastic, Glass, and Metal**) and compostable materials (**Organics**) in their single family recycling stream than the other cities in this comparison. By contrast, San Jose has a larger proportion of **Other Materials** in their single family recycling stream than the other cities.

The most prevalent material type in San Jose's **Other Materials** class in 2008 was *non-recyclable materials,* which included items like household hazardous materials, plastic trash bags, paint, disposable diapers, hypodermic needles, ash, animal feces, furniture, contaminated textiles, shingles, drywall, and other construction materials. In 2008, this type also included closed opaque plastic bags with unknown contents. The most prevalent material types in San Jose's **Other Materials** class in 2015 were *loose textiles* (3.5%) and *non-recyclable materials* (5.2%). The *non-recyclable materials* type in 2015 included items like plastic trash bags, ceramics, ash, animal feces, furniture, contaminated textiles, medicines, shingles, drywall, and other construction materials.



*City of San Jose Single Family Recyclables Characterization Study 2015*

**Figure 6. Percent Composition by Material Class, San Jose Compared to Other Comparable Jurisdictions**





*City of San Jose Single Family Recyclables Characterization Study 2015*

## 6. Comparison between the 2008 and 2015 Studies

In this section, Cascadia has compared 2015 recoverability group pie charts with 2008 recoverability group pie charts by collection district and overall. **In this section, we modified the 2015 data to be comparable to the 2008 data by categorizing:**

- any material incoming in opaque bags as **Non-Recyclable (Non-Marketable);** and
- any marketable paper type (*newspaper*, *OCC*, and *mixed paper*) as **Recyclable Paper,** regardless of contamination level.

This section compares characterization results for incoming single family residential recycling in 2008 and 2015 by collection district and overall. These comparisons are presented in two ways:

- First, a pie chart presents an overview of waste composition by recoverability group.

- Then, a detailed table compares the full composition and quantity results for 2015 versus 2008 using the 31 *material types* from the 2008 study. A list of definitions for *material types* used in the 2008 study appear in Appendix A: Material Type Definitions.

The material list we utilized for this comparison is the material list from the 2008 study. As noted in the Substreams Sampled section of this report, Cascadia designed a more detailed material list for the 2015 study than for the 2008 study, but specifically designed the 2015 list to roll-up into the 2008 list for comparison purposes.



## Overall Comparison

This section compares results of the 2015 and 2008 studies for the overall incoming single family residential recycling stream.

Figure 7 presents the 2015 and 2008 composition by **Recoverability Group**.

**Figure 7. Overall by Recoverability Group in 2015 vs. 2008**







Table 11 presents the overall composition and quantity results for 2015 (at left) versus 2008 (at right), using the 31 *material types* from the 2008 study.

**Table 11: Detailed Composition in 2015 vs. 2008, San Jose Overall Incoming Single Family Residential Recyclables**

| Material | 2015 Estimated Percent | 2008 Estimated Percent | Material | 2015 Estimated Percent | 2008 Estimated Percent |
|---|---|---|---|---|---|
| **Paper** | **52.1%** | **53.2%** | **Organic Materials** | **3.3%** | **3.4%** |
| Mixed Papers | 27.5% | 26.4% | Compostable Paper | 0.7% | 0.5% |
| Newspaper | 7.1% | 16.0% | Food Waste | 2.1% | 2.2% |
| OCC | 16.0% | 10.1% | Yard Waste | 0.5% | 0.7% |
| Other Paper | 1.4% | 0.7% | | | |
| | | | **Textiles** | **3.5%** | **2.8%** |
| **Plastic** | **12.9%** | **7.9%** | Textiles | 3.5% | 2.8% |
| #1 PET Bottles and Containers | 2.9% | 2.0% | | | |
| #2 HDPE Bottles and Containers | 2.6% | 1.9% | **Other Potentially Recyclable Materials** | **2.0%** | **2.2%** |
| #3, #4, #5 and #7 Bottles and Containers | 0.8% | 0.7% | Automotive Batteries | 0.0% | 0.0% |
| Durable Plastic | 2.1% | 1.5% | Electronics | 0.4% | 0.3% |
| Plastic Bags and Other Film | 2.1% | 0.4% | Oil Filters | 0.0% | 0.0% |
| Polystyrene | 0.4% | 0.5% | Tanks | 0.0% | 0.1% |
| Other Plastic | 1.9% | 0.9% | Tires | 0.0% | 0.0% |
| | | | TVs and CRT Monitors | 0.0% | 0.0% |
| **Metal** | **5.1%** | **4.1%** | Wood | 1.5% | 1.0% |
| Aluminum Beverage Cans | 0.3% | 0.3% | Other Universal Waste | 0.1% | 0.8% |
| Aluminum Foil | 0.2% | 0.1% | | | |
| Steel (Tin) Cans | 1.5% | 1.3% | **Non-Recyclable Materials** | **14.2%** | **17.0%** |
| Other Scrap Metal | 2.1% | 1.5% | | | |
| Other Metal | 1.0% | 0.9% | | | |
| | | | | | |
| **Glass** | **6.9%** | **9.4%** | | | |
| Recyclable Glass | 4.9% | 9.1% | **Totals** | **100.0%** | **100.0%** |
| Other Glass | 2.0% | 0.3% | | | |

*Confidence intervals calculated at the 90% confidence level. Percentages for material types may not total 100% due to rounding.*



*November 2015*

## District A Comparison

This section compares results of the 2015 and 2008 studies for the District A incoming single family residential recycling stream.

Figure 8 presents the 2015 and 2008 composition by recoverability group.

**Figure 8. District A by Recoverability Group in 2015 vs. 2008**



District A Incoming 2015



District A Incoming 2008



November 2015

Table 12 presents the District A composition and quantity results for 2015 versus 2008, using the 31 *material types* from the 2008 study.

**Table 12. Detailed Composition in 2015 vs. 2008, San Jose District A Incoming Single Family Residential Recyclables**

| Material | 2015 Estimated Percent | 2008 Estimated Percent | Material | 2015 Estimated Percent | 2008 Estimated Percent |
|---|---|---|---|---|---|
| **Paper** | **49.0%** | **50.0%** | **Organic Materials** | **3.8%** | **5.1%** |
| Mixed Papers | 26.9% | 24.8% | Compostable Paper | 0.9% | 0.6% |
| Newspaper | 6.5% | 14.6% | Food Waste | 2.3% | 3.4% |
| OCC | 14.3% | 10.2% | Yard Waste | 0.5% | 1.0% |
| Other Paper | 1.2% | 0.5% | | | |
| | | | **Textiles** | **3.6%** | **2.8%** |
| **Plastic** | **14.6%** | **8.0%** | Textiles | 3.6% | 2.8% |
| #1 PET Bottles and Containers | 2.6% | 1.5% | | | |
| #2 HDPE Bottles and Containers | 2.9% | 2.0% | **Other Potentially Recyclable Materials** | **1.6%** | **2.5%** |
| #3, #4, #5 and #7 Bottles and Containers | 0.9% | 0.6% | Automotive Batteries | 0.0% | 0.0% |
| Durable Plastic | 3.0% | 1.4% | Electronics | 0.4% | 0.3% |
| Plastic Bags and Other Film | 2.7% | 0.4% | Oil Filters | 0.0% | 0.0% |
| Polystyrene | 0.5% | 0.7% | Tanks | 0.0% | 0.3% |
| Other Plastic | 2.1% | 1.2% | Tires | 0.0% | 0.0% |
| | | | TVs and CRT Monitors | 0.0% | 0.0% |
| **Metal** | **5.9%** | **4.6%** | Wood | 1.0% | 1.6% |
| Aluminum Beverage Cans | 0.3% | 0.2% | Other Universal Waste | 0.1% | 0.3% |
| Aluminum Foil | 0.1% | 0.0% | | | |
| Steel (Tin) Cans | 2.1% | 1.2% | **Non-Recyclable Materials** | **15.2%** | **20.6%** |
| Other Scrap Metal | 2.5% | 1.9% | | | |
| Other Metal | 0.8% | 1.2% | | | |
| | | | | | |
| **Glass** | **6.3%** | **6.5%** | | | |
| Recyclable Glass | 4.4% | 6.1% | **Totals** | **100.0%** | **100.0%** |
| Other Glass | 1.9% | 0.5% | | | |

*Confidence intervals calculated at the 90% confidence level. Percentages for material types may not total 100% due to rounding.*



*November 2015*

## District B Comparison

This section compares results of the 2015 and 2008 studies for the District B incoming single family residential recycling stream.

Figure 9 presents the 2015 and 2008 composition by recoverability group.

Figure 9. District B by Recoverability Group in 2015 vs. 2008





Table 13 presents the District B composition and quantity results for 2015 versus 2008, using the 31 *material types* from the 2008 study.

**Table 13. Detailed Composition in 2015 vs. 2008, San Jose District B Incoming Single Family Residential Recyclables**

| Material | 2015 Estimated Percent | 2008 Estimated Percent | Material | 2015 Estimated Percent | 2008 Estimated Percent |
|---|---|---|---|---|---|
| **Paper** | **52.6%** | **56.7%** | **Organic Materials** | **3.3%** | **2.3%** |
| Mixed Papers | 27.5% | 30.1% | Compostable Paper | 0.7% | 0.5% |
| Newspaper | 8.4% | 17.2% | Food Waste | 2.4% | 1.6% |
| OCC | 14.8% | 8.8% | Yard Waste | 0.3% | 0.2% |
| Other Paper | 1.9% | 0.7% | | | |
| | | | **Textiles** | **3.0%** | **2.0%** |
| **Plastic** | **11.5%** | **8.2%** | Textiles | 3.0% | 2.0% |
| #1 PET Bottles and Containers | 3.0% | 2.4% | | | |
| #2 HDPE Bottles and Containers | 2.2% | 1.7% | **Other Potentially Recyclable Materials** | **1.1%** | **3.6%** |
| #3, #4, #5 and #7 Bottles and Containers | 0.8% | 0.7% | Automotive Batteries | 0.0% | 0.0% |
| Durable Plastic | 1.6% | 1.5% | Electronics | 0.4% | 0.6% |
| Plastic Bags and Other Film | 1.5% | 0.6% | Oil Filters | 0.0% | 0.0% |
| Polystyrene | 0.4% | 0.3% | Tanks | 0.0% | 0.0% |
| Other Plastic | 2.0% | 0.9% | Tires | 0.0% | 0.0% |
| | | | TVs and CRT Monitors | 0.0% | 0.0% |
| **Metal** | **4.0%** | **3.9%** | Wood | 0.6% | 0.5% |
| Aluminum Beverage Cans | 0.3% | 0.2% | Other Universal Waste | 0.0% | 2.5% |
| Aluminum Foil | 0.1% | 0.1% | | | |
| Steel (Tin) Cans | 0.9% | 1.4% | **Non-Recyclable Materials** | **16.2%** | **13.5%** |
| Other Scrap Metal | 2.0% | 1.6% | | | |
| Other Metal | 0.6% | 0.5% | | | |
| | | | | | |
| **Glass** | **8.3%** | **9.8%** | | | |
| Recyclable Glass | 6.9% | 9.6% | **Totals** | **100.0%** | **100.0%** |
| Other Glass | 1.5% | 0.2% | | | |

*Confidence intervals calculated at the 90% confidence level. Percentages for material types may not total 100% due to rounding.*



*November 2015*

## District C Comparison

This section compares results of the 2008 and 2015 studies for the District C incoming single family residential recycling stream.

Figure 10 presents the 2015 and 2008 composition by recoverability group.

**Figure 10. District C by Recoverability Group in 2015 vs. 2008**





Table 14 presents the District C composition and quantity results for 2015 versus 2008, using the 31 *material types* from the 2008 study.

**Table 14. Detailed Composition in 2015 vs. 2008, San Jose District C Incoming Single Family Residential Recyclables**

| Material | 2015 Estimated Percent | 2008 Estimated Percent | Material | 2015 Estimated Percent | 2008 Estimated Percent |
|---|---|---|---|---|---|
| **Paper** | **56.1%** | **54.4%** | **Organic Materials** | **2.7%** | **2.1%** |
| Mixed Papers | 28.5% | 25.4% | Compostable Paper | 0.4% | 0.5% |
| Newspaper | 7.1% | 17.0% | Food Waste | 1.6% | 1.0% |
| OCC | 19.2% | 10.9% | Yard Waste | 0.7% | 0.6% |
| Other Paper | 1.3% | 1.0% | | | |
| | | | **Textiles** | **3.6%** | **3.5%** |
| **Plastic** | **11.4%** | **7.5%** | Textiles | 3.6% | 3.5% |
| #1 PET Bottles and Containers | 3.3% | 2.2% | | | |
| #2 HDPE Bottles and Containers | 2.4% | 1.7% | **Other Potentially Recyclable Materials** | **3.3%** | **0.8%** |
| #3, #4, #5 and #7 Bottles and Containers | 0.8% | 0.9% | Automotive Batteries | 0.0% | 0.0% |
| Durable Plastic | 1.3% | 1.4% | Electronics | 0.4% | 0.1% |
| Plastic Bags and Other Film | 1.7% | 0.3% | Oil Filters | 0.0% | 0.0% |
| Polystyrene | 0.4% | 0.4% | Tanks | 0.0% | 0.0% |
| Other Plastic | 1.7% | 0.6% | Tires | 0.0% | 0.0% |
| | | | TVs and CRT Monitors | 0.0% | 0.0% |
| **Metal** | **4.7%** | **3.6%** | Wood | 2.8% | 0.6% |
| Aluminum Beverage Cans | 0.3% | 0.5% | Other Universal Waste | 0.0% | 0.1% |
| Aluminum Foil | 0.2% | 0.1% | | | |
| Steel (Tin) Cans | 1.1% | 1.3% | **Non-Recyclable Materials** | **11.5%** | **15.3%** |
| Other Scrap Metal | 1.5% | 1.0% | | | |
| Other Metal | 1.6% | 0.7% | | | |
| | | | | | |
| **Glass** | **6.7%** | **12.8%** | | | |
| Recyclable Glass | 4.3% | 12.5% | Totals | 100.0% | 100.0% |
| Other Glass | 2.4% | 0.2% | | | |

*Confidence intervals calculated at the 90% confidence level. Percentages for material types may not total 100% due to rounding.*



## Appendix A: Material Type Definitions

## 2015 Material Type Definitions

Cascadia characterized all 2015 samples using the same material list and definitions, shown below.

### Organic Materials

1. **Food Waste** means food material resulting from the processing, storage, preparation, cooking, handling, or consumption of food. Examples include discarded meat scraps, dairy products, egg shells, fruit or vegetable peels, and other food items from homes, stores, and restaurants.

2. **Yard Waste** includes plant material from any public or private landscape. Examples include leaves, grass clippings, plants, prunings, shrubs, woody plant material, branches, and stumps.

3. **Compostable Paper** includes paper that is considered unsuitable for recycling, due to food contamination or human contact, but that is suitable for typical composting operations. Examples include waxed cardboard, paper towels, food-contaminated paper plates, waxed paper, tissues, and other papers that were soiled with food during use (e.g., paper clamshells).

### Paper

4. **Clean Newspaper** means paper used in newspapers. Examples include newspaper and glossy inserts, and all items made from newsprint, such as free advertising guides, election guides, plain news packing paper, stapled college schedules of classes, and tax instruction booklets. These materials are clean enough to be included in a commodity bale.

5. **Contaminated Newspaper** means paper used in newspapers. Examples include newspaper and glossy inserts, and all items made from newsprint, such as free advertising guides, election guides, plain news packing paper, stapled college schedules of classes, and tax instruction booklets. These materials appear to have been contaminated either through use prior to disposal or during collection and hauling. The contamination is sufficient to prevent the sale of the materials. More detail about the criteria for distinguishing clean from contaminated material is provided in Figure 11 and Figure 12.

6. **Clean OCC** means unwaxed corrugated cardboard containers/boxes. This type does not include pizza boxes. These materials are clean enough to be included in a commodity bale.

7. **Contaminated OCC** means unwaxed corrugated cardboard containers/boxes. This type does not include pizza boxes. These materials appear to have been contaminated either through use prior to disposal or during collection and hauling. The contamination is sufficient to prevent the sale of the materials. More detail about the criteria for distinguishing clean from contaminated material is provided in Figure 11 and Figure 12.



*November 2015*

8. **Clean Mixed Paper** means other types of recyclable papers. Examples include books (paperback), carbonless paper, catalogs, cereal and cracker boxes, colored paper, computer paper, construction paper, coupons, egg cartons, envelopes, gift wrap, junk mail, magazines, paper bags, shoe boxes, shopping bags, bags of shredded paper, telephone books, and white office paper. These materials are clean enough to be included in a commodity bale.

9. **Contaminated Mixed Paper** means other types of recyclable papers. Examples include books (paperback), carbonless paper, catalogs, cereal and cracker boxes, colored paper, computer paper, construction paper, coupons, egg cartons, envelopes, gift wrap, junk mail, magazines, paper bags, shoe boxes, shopping bags, post it notes, bags of shredded paper, telephone books, and white office paper. These materials appear to have been contaminated either through use prior to disposal or during collection and hauling. The contamination is sufficient to prevent the sale of the materials. More detail about the criteria for distinguishing clean from contaminated material is provided in Figure 11 and Figure 12.

10. **Clean Aseptic and Polycoated Packaging** means multi-layer paper packing designed to keep food and other putrescible contents fresh. Includes items like soy-milk containers, paper gable top containers, and paper soup cartons. These materials are clean enough to be included in a commodity bale. Figure 13 includes examples of aseptic and polycoated packaging.

11. **Contaminated Aseptic and Polycoated Packaging** means multi-layer paper packing designed to keep food and other putrescible contents fresh. Includes items like soy-milk containers, paper gable top containers, and paper soup cartons. These materials appear to have been contaminated either through use prior to disposal or during collection and hauling. The contamination is sufficient to prevent the sale of the materials. Figure 13 includes examples of aseptic and polycoated packaging. More detail about the criteria for distinguishing clean from contaminated material is provided in Figure 11 and Figure 12.



The methodology for differentiating clean from non-marketable paper materials is defined as follows:

**Figure 11. Clean Materials**



**Clean**. Material not soiled or contaminated that could reasonably be expected to be recycled in recycling programs targeting the material without special processing, cleaning, and/or repair. For example, dry office paper or a clean, dry, and still folded newspaper.

**Figure 12. Non-Marketable Materials**



**Non-Marketable**. Material that appears to have been contaminated after disposal, or through use prior to disposal. Typically these materials were contaminated with moisture or food, such as a newspaper wet from a leaked beverage, cardboard with a lot of tape, newspaper covered with paint used for masking, or newspaper used to wrap fish.

**Figure 13. Aseptic and Polycoat Packaging Examples**









12. **Pizza Boxes** means cardboard boxes used to store and transport fresh (not frozen) pizzas. This includes both clean and contaminated pizza boxes, and paper pizza box inserts.

13. **Remainder/Composite Paper** means items made mostly of paper that do not fit into any of the above types and may be combined with minor amounts of other materials such as wax or glues. Typically, this is paper with other materials attached in sufficient quantities that it would be considered to be contaminated by a typical MRF. Examples include three-ring binders containing paper, or plastic packaging glued to paper or cardboard, cigarette boxes, Tyvek, and papier mache.

## Glass

14. **Recyclable Glass** means brown, clear, green, or colored glass bottle and jars, whole or broken, of any size. Examples include clear soda bottles, brown beer bottles, green wine bottles, mayonnaise jars, and jam jars.

15. **Remainder/Composite Glass** means glass that cannot be put in any other type or subtype. It includes items made mostly of glass but combined with other materials. Examples include Pyrex, Corningware, crystal and other glass tableware, mirrors, non-fluorescent light bulbs, auto windshields, candle holders, and other glass not typically accepted by a MRF.

## Metal

16. **Aluminum Beverage Cans** means any food or beverage container that is made mainly of aluminum. Examples include most aluminum soda or beer cans.

17. **Aluminum Foil** means any thin non-ferrous metal item that is formable using hand pressure.

18. **Steel (Tin) Cans** means rigid containers made mainly of steel. These items will stick to a magnet and may be tin-coated. This subtype is used to store food, beverages, paint, and a variety of other household and consumer products. Examples include canned food and beverage containers, pet food cans, empty metal paint cans, empty spray paint and other aerosol containers, and bimetal containers with steel sides and aluminum ends.

19. **Other Scrap Metal** includes ferrous, non-ferrous, and mixed metal items, other than items described previously, These items may be made of aluminum, copper, brass, bronze, lead, zinc, iron, other metals, or a combination of metals. Examples include aluminum pie pans, aluminum furniture, appliances, small metal cast iron pans, doorknobs, metal lids and caps, pots and pans, metal. The "rule of thumb" for classifying an object in this type is that it must not fit in the recyclable metal categories described above, and metals must account for at least 80% of the object's weight.

20. **Remainder/Composite Metal** means metal that cannot be put in any other type or subtype. This type includes items made mostly of metal but combined with other materials and items made of both ferrous metals and non-ferrous metal combined. Examples include small non-electronic appliances such as toasters and hair dryers, motors, insulated wire, metal window blinds, and finished products that contain a mixture of metals and other materials, whose weight is derived significantly from the metal portion of its construction.



## Plastic

21. **#1 PET Bottles and Containers** means clear or colored PET containers. When marked for identification, it bears the number "1" in the center of the triangular recycling symbol and may also bear the letters "PETE" or "PET." The color is usually transparent green or clear. A PET container usually has a small dot left from the manufacturing process, not a seam. It does not turn white when bent. Examples include plastic soda, water, or juice bottles, dairy tubs, clamshell containers (both clear and non-clear), and salsa tubs.

22. **#2 HDPE Bottles and Containers** means natural and colored HDPE containers. This plastic is usually either cloudy white, allowing light to pass through it (natural) or a solid color, preventing light from passing through it (colored). When marked for identification, it bears the number "2" in the triangular recycling symbol and may also bear the letters "HDPE." Examples include milk jugs, water jugs, detergent bottles, some hair-care bottles, empty motor oil, empty antifreeze, and other empty vehicle and equipment fluid containers marked with the number "2".

23. **#3-#7 Bottles and Containers** means plastic containers made of types of plastic other than HDPE, PET, or polystyrene. When marked for identification, these items may bear the number "3", "4", "5", "6", or "7" in the triangular recycling symbol. This subtype also includes unmarked plastic bottles and containers. Examples include baby wipe containers, flower pots, food containers, household cleaner bottles, prescription bottles, and shampoo bottles.

24. **Plastic Bags and Other Film** means flexible plastic sheeting, uncontaminated with food or garbage residue. It is made from a variety of plastic resins including HDPE and LDPE. It can be easily contoured around an object by hand pressure. Examples includes grocery bags, shopping bags, dry-cleaning plastic bags intended for 1-time use, newspaper bags, produce bags, and film plastic used for large-scale packaging or transport packaging such as shrink-wrap, mattress bags, furniture wrap, and film bubble wrap. This type does not include garbage bags.

25. **Polystyrene** means non-food soiled Styrofoam containers and packing materials. Examples include cups and plates, egg cartons, foam packing, meat trays, packing "peanuts," take-out and other food and beverage containers.

26. **Durable Plastic Items** means products made entirely of plastic meant for multiple use. Examples include toys, toothbrushes, vinyl hose, milk crates, plastic pallets, eating utensils, plastic lawn furniture, fiberglass products, and foam carpet padding.

27. **Remainder/Composite Plastic** means plastic that cannot be put in any other type or subtype. They are usually recognized by their optical opacity. This type includes items made mostly of plastic but combined with other materials. Examples include disposable razors, pens, lighters, and plastic toys with a significant other material component.

## Textiles

28. **Bagged Textiles** means bagged items made of thread, yarn, fabric, or cloth. Examples include clothes, cotton, linen, polyester, rayon, wool, fabric trimmings, draperies, carpet, and all natural and synthetic cloth fibers. This type does not include cloth-covered furniture,


CASCADIA
CONSULTING GROUP

*November 2015*

mattresses, leather shoes, leather bags, or leather belts. This type does not include textiles that are wet, contaminated with food, chemicals, or other substances, or that are dirty.

29. **Loose Textiles** means unbagged items made of thread, yarn, fabric, or cloth. Examples include clothes, cotton, linen, polyester, rayon, wool, fabric trimmings, draperies, carpet, and all natural and synthetic cloth fibers. This type does not include cloth-covered furniture, mattresses, leather shoes, leather bags, or leather belts. This type does not include textiles that are wet, contaminated with food, chemicals, or other substances, or that are dirty.

## Other Potentially Recyclable Materials

30. **TVs and CRT Monitors** means items containing a cathode ray tube (CRT). Examples include televisions, CRT computer monitors, and other items containing a cathode ray tube (CRT).

31. **Electronics** means items containing a circuit board, including computers, electronic computer accessories, non-CRT TVs and monitors, and other consumer electronics

32. **Automotive Batteries** means any type of automotive battery including both dry cell and lead acid.

33. **Lithium Ion Batteries** means lightweight, high energy density batteries that are frequently used to power portable electronic devices (like cell phones, laptops, and digital cameras), power tools, and electric vehicles. They are often rechargeable. Batteries must be labeled as lithium ion to be included here.

34. **Alkaline Batteries** includes all battery chemistries, primarily alkaline batteries, including alkaline rechargeable batteries.

35. **Ni-Cad Batteries** includes all batteries, usually rechargeable, using a nickle cadmium chemistry. Batteries must be labeled as Ni-Cad to be included here.

36. **Tanks** means metal containers used for storing gasses. Examples include helium, and propane tanks, aerosol cans, and fire extinguishers.

37. **Tires** means vehicle tires. Examples include tires from trucks, automobiles, motorcycles, heavy equipments, and bicycles.

38. **Oil Filters** means metal oil filters used in motor vehicles and other engines, which contain a residue of used oil.

39. **Motor oil** means lubricating oil, either used or unused, primarily used in vehicles or internal combustion engines.

40. **Wood** means wood waste from non-yard waste sources. Examples include dimensional lumber, pallets, crates, and plywood.

41. **Mercury Lamps** means all tubes and bulbs with intentionally added mercury, includes fluorescent tubes and compact fluorescents, High Intensity Discharge (HID) bulbs, sodium vapor lamps, and neon signs. Does NOT include incandescent or halogen tubes or bulbs.

42. **Other Universal Waste** means hazardous wastes that may contain mercury, lead, and other substances hazardous to human and environmental health. Examples include thermostats, mercury-containing items, discharge lamps, and mercury vapor lamps.



## Hazardous

43. **Medical Waste** means materials used in medical processes, including tubing, surgical tray liners, exam table liners, and any materials in red biohazard bags. Includes both treated and untreated medical waste.

44. **Sharps** means needles, syringes, and lancets, used or unused. BUT epi-pens which still contain undispensed medicine are medicine, and will be sorted as Other Materials (empty epi-pens are sharps). Individual sharps will be counted.

45. **Chemicals** means pesticides, cleaning products, paint, and other chemicals hazardous to human and environmental health. Pesticides includes pesticides, insecticides, herbicides, and wood preservatives NOT packaged under pressure. Cleaning products includes consumer products intended for cleaning NOT packaged under pressure includes ammonia, bleach, "green" cleaners, waxes and polishes. Paint means latex paint, alkyd paint, oil-based paint, architectural paint, automotive and specialty (traffic marking) paint NOT packaged under pressure.

46. **Personal Hygiene Products** means disposable baby diapers, adult protective undergarments, and feminine hygiene products. Includes diaper and any contents.

## Other Materials

47. **Other Materials** means items not classified above. Examples of material in this type include mattresses, box springs, plastic trash bags, ceramics, animal carcasses, ash, animal feces, furniture, contaminated textiles, medicines, shingles, drywall, and other construction material.



*November 2015*

## 2008 Material Type Definitions

The detailed material tables in the Comparison between the 2008 and 2015 Studies section of this report use the 2008 material types for comparison. A list of and definitions for these material types are provided below.

### Organic Materials

1. **Food Waste** means food material resulting from the processing, storage, preparation, cooking, handling, or consumption of food. This type includes material from industrial, commercial, or residential sources. Examples include discarded meat scraps, dairy products, egg shells, fruit or vegetable peels, and other food items from homes, stores, and restaurants.

2. **Yard Waste** includes plant material from any public or private landscape.  Examples include leaves, grass clippings, plants, prunings, shrubs, woody plant material, branches, and stumps.

3. **Compostable Paper** includes paper that is considered unsuitable for recycling, due to food contamination or human contact, but that is suitable for typical composting operations. Examples include waxed cardboard, paper towels, food-contaminated paper plates, waxed paper, tissues, and other papers that were soiled with food during use (e.g., pizza box inserts).

### Paper

4. **Newspaper** means paper used in newspapers. Examples include newspaper and glossy inserts, and all items made from newsprint, such as free advertising guides, election guides, plain news packing paper, stapled college schedules of classes, and tax instruction booklets.

5. **OCC** means unwaxed corrugated cardboard containers/boxes.

6. **Mixed Papers** means all other types of papers accepted in the city's recycling program. Examples include books (paperback), carbonless paper, catalogs, cereal and cracker boxes, colored paper, computer paper, construction paper, coupons, egg cartons, envelopes, gift wrap, junk mail, magazines, paper bags, shoe boxes, shopping bags, telephone books, white office paper, juice boxes and cartons, and milk and cream cartons.

7. **Other paper** means items made mostly of paper that do not fit into any of the above types and may be combined with minor amounts of other materials such as wax or glues. Typically, this is paper with other materials attached in sufficient quantities that it would be considered to be contaminated by a typical MRF.  Examples include three-ring binders containing paper, or plastic packaging glued to paper or cardboard, cigarette boxes, Tyvek, and papier mache.



## Glass

8. **Recyclable Glass** means brown, clear, green, or colored glass bottle and jars, whole or broken, of any size.  Examples include clear soda bottles, brown beer bottles, green wine bottles, mayonnaise jars, and jam jars.

9. **Other glass** means glass that cannot be put in any other type or subtype. It includes items made mostly of glass but combined with other materials. Examples include Pyrex, Corningware, crystal and other glass tableware, mirrors, non-fluorescent light bulbs, auto windshields, candle holders, and other glass not typically accepted by a MRF.

## Metal

10. **Aluminum Beverage Cans** means any food or beverage container that is made mainly of aluminum.  Examples include most aluminum soda or beer cans.

11. **Aluminum Foil** means any thin non-ferrous metal item that is formable using hand pressure.

12. **Steel (Tin) Cans** means rigid containers made mainly of steel. These items will stick to a magnet and may be tin-coated. This subtype is used to store food, beverages, paint, and a variety of other household and consumer products. Examples include canned food and beverage containers, pet food cans, empty metal paint cans, empty spray paint and other aerosol containers, and bimetal containers with steel sides and aluminum ends.

13. **Other Scrap Metal** includes ferrous and non-ferrous metal items, other than items described previously, These items may be made of aluminum, copper, brass, bronze, lead, zinc, iron, or other metals. Examples include aluminum pie pans, aluminum furniture, appliances, small metal cast iron pans, metal lids and caps, pots and pans, metal. The "rule of thumb" for classifying an object in this type is that it must not fit in the recyclable metal categories described above, and the amount of metal in the object must outweigh the amount of non-metal materials that are part of the object.

14. **Other metal** means metal that cannot be put in any other type or subtype. This type includes items made mostly of metal but combined with other materials and items made of both ferrous metals and non-ferrous metal combined. Examples include small non-electronic appliances such as toasters and hair dryers, motors, insulated wire, metal window blinds, and finished products that contain a mixture of metals, or metals and other materials, whose weight is derived significantly from the metal portion of its construction.

## Plastic

15. **#1 PET Bottles and Containers** means clear or colored PET containers.  When marked for identification, it bears the number "1" in the center of the triangular recycling symbol and may also bear the letters "PETE" or "PET."  The color is usually transparent green or clear.  A PET container usually has a small dot left from the manufacturing process, not a seam.  It does not turn white when bent.  Examples include plastic soda, water, or juice bottles, dairy tubs, clamshell containers, and salsa tubs.



16. **#2 HDPE Bottles and Containers** means natural and colored HDPE containers. This plastic is usually either cloudy white, allowing light to pass through it (natural) or a solid color, preventing light from passing through it (colored).  When marked for identification, it bears the number "2" in the triangular recycling symbol and may also bear the letters "HDPE." Examples include milk jugs, water jugs, detergent bottles, some hair-care bottles, empty motor oil, empty antifreeze, and other empty vehicle and equipment fluid containers marked with Number "2".

17. **#3, #4, #5 and #7 Bottles and Containers** means plastic containers made of types of plastic other than HDPE, PET, or polystyrene.  Items may be made of PVC or PP. When marked for identification, these items may bear the number "3", "4", "5", or "7" in the triangular recycling symbol.  This subtype also includes unmarked plastic bottles and containers. Examples include baby wipe containers, flower pots, food containers, household cleaner bottles, prescription bottles, and shampoo bottles.

18. **Plastic Bags and Other Film** means flexible plastic sheeting, uncontaminated with food or garbage residue. It is made from a variety of plastic resins including HDPE and LDPE. It can be easily contoured around an object by hand pressure.  Examples includes grocery bags, shopping bags, dry-cleaning plastic bags intended for 1-time use, newspaper bags, produce bags, and film plastic used for large-scale packaging or transport packaging such as shrink-wrap, mattress bags, furniture wrap, and film bubble wrap. This type does not include garbage bags.

19. **Polystyrene** means non-food soiled Styrofoam containers and packing materials.  Examples include cups and plates, egg cartons, foam packing, meat trays, packing "peanuts," take-out and other food and beverage containers.

20. **Durable plastic items** means products made entirely of plastic meant for multiple use. Examples include toys, toothbrushes, vinyl hose, milk crates, plastic pallets, eating utensils, plastic lawn furniture, fiberglass products, and foam carpet padding.

21. **Other plastic** means plastic that cannot be put in any other type or subtype. They are usually recognized by their optical opacity.  This type includes items made mostly of plastic but combined with other materials.  Examples include disposable razors, pens, lighters, and plastic toys with a significant other material component.

## Textiles

22. **Textiles** means items made of thread, yarn, fabric, or cloth. Examples include clothes, cotton, linen, polyester, rayon, wool, fabric trimmings, draperies, carpet, and all natural and synthetic cloth fibers. This type does not include cloth-covered furniture, mattresses, leather shoes, leather bags, or leather belts. This type also does not include textiles that are wet, contaminated with food, chemicals, or other substances, or that are dirty.

## Other Potentially Recyclable Materials (not on city list)

23. **TVs and CRT Monitors** means items containing a cathode ray tube (CRT).  Examples include televisions, CRT computer monitors, and other items containing a cathode ray tube (CRT).



24. **Electronics** means items containing a circuit board, including computers, electronic computer accessories, and other consumer electronics.

25. **Automotive Batteries** means any type of automotive battery including both dry cell and lead acid.

26. **Tanks** means metal containers used for storing gasses.  Examples include helium and propane tanks.

27. **Tires** means vehicle tires. Examples include tires from trucks, automobiles, motorcycles, heavy equipments, and bicycles.

28. **Oil Filters** means metal oil filters used in motor vehicles and other engines, which contain a residue of used oil.

29. **Wood** means wood waste from non yard waste sources.  Examples include dimensional lumber, pallets, crates, and plywood.

30. **Other Universal Waste** means hazardous wastes that may contain mercury, lead, and other substances hazardous to human and environmental health. Examples include thermostats, mercury-containing items, non-automotive batteries, fluorescent tubes, discharge lamps, and mercury vapor lamps.

## Non-Recyclable Materials

31. **Non-recyclable materials** means items not classified above. Examples of material in this type include mattresses, box springs, household hazardous materials, plastic trash bags, paint, disposable diapers, hypodermic needles, ceramics, animal carcasses, ash, animal feces, furniture, contaminated textiles, shingles, drywall, and other construction materials. This type also includes closed opaque plastic bags with unknown contents.



## Appendix B: Study Design

This appendix includes the study design **as it was written prior to beginning field work**.

## Study Objectives

The City of San Jose is conducting the 2015 Single Family Recyclables Characterization Study to determine the composition of the single family curbside recycling stream. The information that this study collects will support the city in re-calibrating their recyclables collection and processing systems, with the end goal of supporting a single family curbside recycling program that will efficiently and effectively recover recyclable materials from the single family material stream in San Jose. The collected data may also inform educational outreach to residents as the city's recycling program moves forward.

This document presents the sampling and data collection plan that Cascadia has developed to achieve the city's objectives.

## Sampling Universe and Substreams

The first step in planning a material characterization study is to identify and carefully define the material streams that will be studied, or the "universe" of materials. In this study, the universe includes two substreams that our field team will characterize. A "substream" is a unique portion of the total material stream and is determined by its particular generation, collection, or composition characteristics.

In this study, the universe will include the following two substreams for characterization:

- **Single family residential recycling** – Recyclables generated by single family residences located within the City of San Jose. Contracted hauler vehicles collect these materials curbside.
- **Single family residential recycling residuals** – The material that are left (and subsequently sent to landfill) after single family residential recyclables have been fully processed at a materials recovery facility (MRF).

The City is divided into three service districts: A, B, and C. In Service Districts A and C, California Waste Solutions both collects single family residential recyclables and processes them at their MRF. In Service District B, GreenTeam collects single family residential recyclables, and the GreenWaste MRF processes them. Cascadia will allocate samples to and document the composition of recyclables from each service district.

The Cascadia team will coordinate with a number of stakeholders throughout this study to ensure that our work is successful. Roles, responsibilities, and contact information for these stakeholders are provided in Appendix D. Roles and Contact Information.



## Sampling Calendar and Substream Allocations

### Single Family Residential Recyclables

Sampling is scheduled to begin on September 14th and run through September 18th. Cascadia will have a team collecting samples from the GreenWaste MRF (Service District B) on Monday September 14th through Friday September 18th (for a full week of sample collection). Cascadia will have a separate team collecting samples from the California Waste Solutions MRF (Service Districts A and C) during the same time period. All single family residential recyclables sample sorting will occur at California Waste Solutions from September 14th-18th. Sampling dates are scheduled to avoid sampling on or near major holidays. We will collect 20-25 samples from each of the three service districts, for a total of 60-75 single family residential recyclables samples.

### Single Family Residential Recyclables Residuals

The single family residential recyclables residuals sampling and sorting is scheduled to begin on Tuesday September 15th. The sampling will include one day of residuals sampling and sorting at the GreenWaste MRF (because they only accept materials from service district B), and two days of residuals sampling and sorting at the CWS MRF (because they accept materials from two service districts, A and C). Field staff will collect and sort four samples from the GreenWaste MRF, and eight samples from the CWS MRF.

Table 15 summarizes the sample allocations by substream and service district.

Table 15. Sampling Allocation by Substream and Service District

| Substream | Service District | Sample Goals |
|---|---|---|
| Single Family Residential Recyclables | A | 20-25 |
| Single Family Residential Recyclables | B | 20-25 |
| Single Family Residential Recyclables | C | 20-25 |
| *Single Family Residential Recyclables subtotal* | | *60-75* |
| Single Family Residential Recyclables Residuals | A | 4 |
| Single Family Residential Recyclables Residuals | B | 4 |
| Single Family Residential Recyclables Residuals | C | 4 |
| *Single Family Residential Recyclables Residuals subtotal* | | *12* |
| **Total** | | **72-87** |

## Obtaining and Sorting Samples

### Route Selection

The first step in obtaining samples is to select random collection routes for sampling, and, in the case of residuals, random portions of the residuals stream for sampling. Cascadia will pre-select single family residential recyclables routes prior to the actual sampling date. Cascadia will work with the loader operators at the GreenWaste and CWS MRFs to randomly select portions of the residuals stream at each



facility for sampling. The following sections describe the methodology for each of these sampling procedures in more detail.

## Pre-selected Routes

Cascadia will pre-select regularly scheduled single family residential recyclables routes using route data provided by the contracted haulers for single family recyclables collection, GreenTeam and CWS. This route data will include the collection day, the service district, and the route ID.

Cascadia will pre-select routes for sampling data using the following three steps:

1. Compile a complete list of all routes using route data.
2. Assign each route a random number.
3. Select routes from this randomized list until the sample selection goals by service district and day are fulfilled.

Cascadia will summarize selected routes for each sampling day on a *Vehicle Selection Sheet* and will create an identifying *Sample Placard* for each route. The number of recycling routes selected from each service district and day of the week is summarized in Table 16. A detailed list of selected routes is included in Appendix C. Complete List of Selected Routes.

Table 16. Selected Recycling Routes by Service District and Day

|  | District | | | |
|---|---|---|---|---|
|  | A | B | C | Total |
| Monday | 5 | 5 | 5 | 15 |
| Tuesday | 5 | 5 | 5 | 15 |
| Wednesday | 5 | 5 | 5 | 15 |
| Thursday | 5 | 5 | 5 | 15 |
| Friday | 5 | 5 | 5 | 15 |
| Total | 25 | 25 | 25 | 75 |

Cascadia will distribute copies of the *Vehicle Selection Sheets* and *Sample Placards* to the GreenTeam and CWS route supervisors prior to sampling. The route supervisors will then distribute *Sample Placards* to the drivers of the routes selected for sampling and remind them to participate in the study. Each morning of the study, the route supervisors will note the truck numbers and estimated time of arrival for selected routes on the *Vehicle Selection Sheets* and transmit this information back to Cascadia. The field crew will use the *Vehicle Selection Sheets* to facilitate vehicle identification when selected drivers arrive at the sampling locations.

Examples of *Vehicle Selection Sheets* and *Sample Placards* appear in Appendix B. Example Field Forms.

## Residuals Sample Selection

Cascadia will work with loader operators at each MRF (GreenWaste and CWS) to take samples of residuals from the residuals ejection point at each facility at a pre-determined sampling interval. More detail about the residuals sample collection process is discussed below.



*November 2015*

## Sorting and Sampling Procedures

Cascadia's field team will hand-sort all samples for this study. Cascadia's health and safety plan for our field workers and the people that we interact with during this study is included in Appendix E. Field Health and Safety Plan.

Figure 14 provides an overview of when and where the field team will complete which sampling and sorting tasks.

**Figure 14.Sampling and Sorting Timeline**

|  | September | | | | |
|---|---|---|---|---|---|
|  | 14 | 15 | 16 | 17 | 18 |
| Single Family Residential Recyclables Sample Collection at GreenWaste MRF | ▓ | ▓ | ▓ | ▓ | ▓ |
| Single Family Residential Recyclables Sample Collection and Sorting at California Waste Solutions MRF | ▓ | ▓ | ▓ | ▓ | ▓ |
| Residuals Sample Collection and Sorting at GreenWaste MRF |  | ▓ |  |  |  |
| Residuals Sample Collection and Sorting at California Waste Solutions MRF |  |  | ▓ | ▓ |  |

More details about the sampling and sorting methodologies that Cascadia will employ for this study are listed below.

## Single Family Residential Recyclables Sample Selection Procedure

The field crew will select samples from selected single family residential recycling routes using the following procedure:

▪ The field supervisor will first collect the *Sample Placard* from the driver of a selected vehicle and verify the vehicle's description with the information on the *Vehicle Selection Sheet*.

▪ The driver will dump the selected load in an elongated pile. The sampling crew manager will select a sample from this pile using an imaginary 16-cell grid (as shown in Figure 15) superimposed over the dumped material. The sampling crew manager will determine which cell to extract a sample from, using a randomly generated number between one and sixteen that is pre-printed on the *Sample Placard*.



**Figure 15. 16-Cell Grid for Sampling**



- With the assistance of the sampling facility's loader and operator, the field crew will place a sample from the selected portion of the load on a tarp, and a sampling crew member will take a photograph of the sample using a digital camera. Samples will weigh between 125 and 150 pounds each. The *Sample Placard* that identifies each sample will be positioned so that it is visible in each photograph. Figure 16 shows a sample on a tarp with the *Sample Placard* visible.

**Figure 16. Tarped Sample with Sample Placard**



Cascadia will select samples of single family residential recyclables at two separate facilities: California Waste Solutions MRF and GreenWaste MRF. Cascadia will have two separate teams performing sample selection at these facilities. The team selecting samples from Service District B at the GreenWaste MRF will perform sample collection on Monday September 14th through Friday September 18th (for a full week of sample collection). A separate team selecting samples from Service Districts A and C will perform sample selection during the same time period at the CWS MRF. All single family residential recyclables sample sorting will occur at CWS.

The crew based at the CWS MRF will both select and sort samples from Service Districts A and C.

## Single Family Residential Recyclables Residuals Sample Selection Procedure

The residuals sample collection procedure will be different at each facility. At the GreenWaste MRF, GreenWaste will:

1. Shut off the feed from the mixed waste processing line so that only San Jose single stream materials collect in the residuals pile.
2. Run San Jose materials through the sort line.
3. Scoop all bulky residuals from the bunker at the beginning of the sort line and mix them in with the residuals from the end of the sort line. Place all materials in a roll-off container.
4. Collect four samples with guidance from Cascadia staff.

The City of San Jose will also complete their MRF auditing process during this time to reduce the impact on normal operations at the GreenWaste MRF. Cascadia staff will sort the collected residuals samples



onsite in the GreenWaste maintenance shed. GreenWaste will provide dumpsters for the sorting crew to dump sorted residuals into. The GreenWaste residuals sampling and sorting will take place on September 15th.

The CWS MRF only processes single family recyclables from San Jose, and there is only one ejection point at the facility. At CWS, Cascadia staff will coordinate with the loader and operator onsite to collect samples from the ejection point at regular intervals. To get eight total residuals samples from CWS during sampling onsite, these intervals will be in increments that will ensure that the team finishes work on time. The sampling interval will also be set so that samples are not collected concurrently, and so that the samples are collected from materials that pass through the facility over the course of a day.

When the pre-determined sampling time arrives, a field crew member will coordinate with the loader onsite to go to the residuals ejection point at the facility, collect a sample, and bring the sample back to the sorting crew. The CWS residuals sampling and sorting will take place on September 16th and 17th.

At both facilities, residuals samples will weigh between 125 and 150 pounds each. With assistance from a loader, the field crew will place the sample on a tarp, and a sampling crew member will take a photograph of the sample using a digital camera. The *Sample Placard* that identifies each sample will be positioned so that it is visible in each photograph.

## Hand-sort Procedure

The field crew will hand-sort all samples using the following procedure:

- Segregate each sample into three piles:
    - Loose material and material in transparent bags;
    - Opaque bags filled with non-recyclable material (material not explicitly accepted in San Jose's curbside recycling program, including heavily contaminated materials); and
    - Opaque bags filled with recyclable material (material explicitly accepted in San Jose's curbside recycling program).
- Photograph each pile (but not each bag).
- Sort each pile as though it were a separate sample. The sorting crew will sort each pile by material type into separate baskets. The individual members of the sorting crew typically specialize in groups of materials, such as papers or plastics. The crew manager will monitor the homogeneity of material in the baskets as they accumulate, rejecting any materials that are improperly classified. The material list and definitions that will guide this sorting are presented in Appendix A. Material List and Definitions.
- This study includes a subsort for clean and contaminated versions of each of the material types in the paper category. Appendix A. Material List and Definitions includes a description of the criteria Cascadia will use for determining when a paper material type is clean versus when it is contaminated. Cascadia used this contamination sort criteria as part of the just completed CalRecycle statewide characterization study.
    - The sampling crew manager will visually inspect the purity of each material as it is weighed in its basket using a pre-calibrated scale, and will record each material weight on a *Material Weight Tally Sheet.*



The field crew will complete a thorough clean-up effort after each day of work to ensure the site is left in good condition. The cleanup will include:

- Organizing and stowing sorting supplies in a designated location.
- Preparing all materials sorted throughout the day for disposal or recycling. (California Waste Solutions will provide the field crew with garbage, recycling, and hazardous waste disposal options for sorted materials. GreenWaste will provide the same for the residuals sorting crew operating onsite on September 15th.)
- Sweeping and cleaning the sort area to prevent windblown litter.
- Removing and properly disposing of any single-use personal protective equipment.
- Checking out with the facility manager each day.

At the conclusion of each sorting day, the crew manager will complete a quality control review of the data recorded on each *Material Weight Tally Sheet*. We will transport the completed sheets to the Cascadia office for data entry. Example data sheets are provided in Appendix D: Example Field Forms.

Also at the conclusion of each sorting day, the crew manager will assemble and send the City of San Jose a daily sampling update. This sampling update will include the number of samples collected and sorted by service district that day, overall progress towards project goals, and anything unusual that the field crew encountered that day.

The following daily schedule provides an overview of the timeline of onsite activities for each MRF (GreenWaste and California Waste Solutions):

Daily Schedule at GreenWaste MRF

- **5:00 a.m.** (9/14-9/18 only) Dispatchers from GreenTeam call or e-mail Jessica Coe to verify that drivers of selected routes have received their sample placards for the day. Dispatchers also provide Jessica with truck numbers for selected routes, and an ETA for each truck number.
- **7:30 a.m.** On 9/15 only, the single family residential recycling residuals sorting crew arrives, sets up for sorting, and requests their first residuals load of the day from the loader onsite.
- **9:00 a.m.** (approximate time, 9/14-9/18 only) Sampling crew arrives and begins to select incoming Service District B samples.
- **3:00 p.m.** (approximate time, 9/14-9/18 only) Sampling crew completes selection of the day's samples.
- **5:00 p.m.** (approximate time, 9/15 only) Sorting crew completes sorting of the day's samples.
- **Evening and early the next morning,** Jessica Coe prepares daily sampling update for submittal to the City. The sampling and sorting staff deliver *Vehicle Tracking Sheets* and *Material Weight Tally Sheets* to Jessica Coe, who reviews them for errors, scans them, and saves them to a centralized project file.



Daily Schedule at California Waste Solutions MRF

- **5:00 a.m.** (9/14-9/18 only) Dispatchers from California Waste Solutions call or e-mail Jessica Coe to verify that drivers of selected routes have received their sample placards for the day. Dispatchers also provide Jessica with truck numbers for selected routes, and an ETA for each truck.
- **9:00 a.m.** (9/14-9/18 only) Single family residential recycling recyclables sorting crew arrives at California Waste Solutions and sets up for sorting. (On 9/16 and 9/17 only, the single family residential recycling residuals sorting crew will also arrive and set up for sorting at this time.)
- **9:30 a.m.** (approximate time, 9/14-9/18 only) Sorting crew begins to select incoming CWS samples.
- **3:00 p.m.** Sampling crew from GreenWaste MRF delivers samples selected at Greenwaste that day.
- **5:00 p.m.** (approximate time, 9/14-9/18 only) Sorting crew completes sorting of the day's samples.
- **Evening and early the next morning** Jessica Coe prepares daily sampling update for submittal to the City. The sampling and sorting staff deliver *Vehicle Tracking Sheets* and *Material Weight Tally Sheets* to Jessica Coe, who reviews them for errors, scans them, and saves them to a centralized project file.

## Analysis

## Method to Obtain Tonnage Data

Cascadia requires annual tonnage information to complete the analysis. The City of San Jose will provide Cascadia with the following tonnage information from calendar year 2014 to support the analysis:

- Incoming single family residential recyclables tonnage by service district.
- Single family residential recyclables residuals tonnage by district[2].

---

[2] Service district A and service district C recyclables are commingled at the CWS MRF. This means the residuals from each service area are also commingled so the residuals quantities attributable to each service area are estimated by CWS using a methodology approved by the City. The analysis will be based on these estimated quantities for each service area.



*November 2015*

## Appendix C: Characterization Calculations

This section describes characterization calculations for all of the substreams that Cascadia sampled and hand sorted.

## Estimating Waste Composition

Cascadia calculated composition estimates using a method that gives equal weighting to each sample within a given substream. Confidence intervals (error ranges) were calculated based on assumptions of normality in the composition estimates.

Cascadia frequently uses the following variables in our composition calculations:

- $i$ denotes an individual sample;
- $j$ denotes the material type;
- $c_j$ is the weight of the material type $j$ in a sample;
- $w$ is the weight of an entire sample;
- $r_j$ is the composition estimate for material $j$;
- $s$ denotes a particular substream of the waste stream; and
- $n$ denotes the number of samples in the particular group that is being analyzed at that step.

### Estimating the Composition

For a given substream, the composition estimate denoted by $r_j$ represents the ratio of the component's weight to the total weight of all the samples in the substream. This estimate is derived by summing each component's weight across all of the selected samples belonging to a given substream and dividing by the sum of the total weight of waste for all of the samples in that substream, as shown in the following equation:

$$r_j = \frac{\sum_i c_{ij}}{\sum_i w_i}$$

where:

- $j$ = component material
- $c$ = weight of particular component;
- $w$ = sum of all component weights;
- for $i = 1$ to $n$, where $n$ = number of selected samples; and
- for $j = 1$ to $m$, where $m$ = number of components.



*November 2015*

For example, the following simplified scenario involves three samples. For the purposes of this example, only the weights of the component *carpet* are shown.

|  | Sample 1 | Sample 2 | Sample 3 |
|---|---|---|---|
| Weight ($c$) of carpet (in lbs) | 5 | 3 | 4 |
| Total Sample Weight ($w$) (in lbs) | 80 | 70 | 90 |

$$r_{Carpet} = \sum \frac{5 + 3 + 4}{80 + 70 + 90} = 0.05$$

To find the composition estimate for the component *carpet*, the weights for that material are added for all selected samples and divided by the total sample weights of those samples. The resulting composition is 0.05, or 5%. In other words, 5% of the sampled material, by weight, is *carpet*. This finding is then projected onto the substream being examined in this step of the analysis.

The confidence interval for this estimate is derived in two steps. First, the variance around the estimate is calculated, accounting for the fact that the ratio included two random variables (the component and total sample weights). The variance of the ratio estimator equation follows:

where:

$$\text{Var}(r_j) \approx \left(\frac{1}{n}\right)\left(\frac{1}{\overline{w}^2}\right)\left(\frac{\sum_i \left(c_{ij} - r_j w_i\right)^2}{n-1}\right)$$

$$\overline{w} = \frac{\sum_i w_i}{n}$$

(For more information regarding the variance equation refer to *Sampling Techniques, 3rd Edition* by William G. Cochran [John Wiley & Sons, Inc., 1977].)

Second, the confidence interval at the 90% confidence level will be calculated for a component's mean as follows:

$$r_j \pm \left(z\sqrt{\text{Var}(r_j)}\right)$$

where $z$ = the value of the $z$-statistic (1.645) corresponding to a 90% confidence level.



## Appendix D: Example Field Forms

This section includes a sample of each of the field forms that Cascadia used for this study. They include, in order of appearance:

- Vehicle Tracking Sheet
- Sample Placard
- Material Weight Tally Sheet



Figure 17.Example Vehicle Tracking Sheet for Pre-Selected Routes

| Route Number | Load | Hauler | District | Date | Truck Number | ETA to CWS/GreenWaste |
|---|---|---|---|---|---|---|
| 110 | 1 | CWS | A | 9/14 | | |
| 115 | 1 | CWS | A | 9/14 | | |
| 112 | 1 | CWS | A | 9/14 | | |
| 121 | 1 | CWS | A | 9/14 | | |
| 114 | 1 | CWS | A | 9/14 | | |
| 1905 | 1 | GT | B | 9/14 | | |
| 1907 | 1 | GT | B | 9/14 | | |
| 1902 | 1 | GT | B | 9/14 | | |
| 1888 | 1 | GT | B | 9/14 | | |
| 1906 | 1 | GT | B | 9/14 | | |
| 146 | 2 | CWS | C | 9/14 | | |
| 135 | 1 | CWS | C | 9/14 | | |
| 140 | 1 | CWS | C | 9/14 | | |
| 132 | 1 | CWS | C | 9/14 | | |
| 143 | 1 | CWS | C | 9/14 | | |



*November 2015*

Figure 18. Example Sample Placard

San Jose Waste Characterization Study

Hauler: CWS

Sample #:

# R-1

Day: Friday

District: A

Load:
**2**

Route Number: 509

Cell:
**2**



*November 2015*

## Figure 19. Example Material Weight Tally Sheet

**2015 San Jose Waste Composition Study**

*If found, please call Cascadia Consulting (206) 343-9759. Reward Offered*

| SAMPLE #: | | DATE: | |
|---|---|---|---|
| HAULER: | CWS | | Green Team |
| TRUCK # | | LOAD # | |
| ROUTE # | | DISTRCT | |
| Black Bag Weight: | | Photo ☐ | |
| # of Black Bags: | | | |

| PAPER | | | | | |
|---|---|---|---|---|---|
| | Clean Newspaper | | | | |
| | Contaminated Newspaper | | | | |
| | Clean OCC | | | | |
| | Contaminated OCC | | | | |
| | Clean Mixed Paper | | | | |
| | Contaminated Mixed Paper | | | | |
| | Clean Aseptic and Polycoated Packaging | | | | |
| | Contaminated Aseptic and Polycoated Packaging | | | | |
| | Pizza Boxes | | | | |
| | Remainder/Composite Paper | | | | |

| PLASTIC | | | | | |
|---|---|---|---|---|---|
| | #1 PET Bottles and Containers | | | | |
| | #2 HDPE Bottles and Containers | | | | |
| | #3-#7 Bottles and Containers | | | | |
| | Plastic Bags and Other Film | | | | |
| | Polystyrene | | | | |
| | Durable Plastic Items | | | | |
| | Remainder/Composite Plastic | | | | |

| METAL | | | | | |
|---|---|---|---|---|---|
| | Aluminum Beverage Cans | | | | |
| | Aluminum Foil | | | | |
| | Steel (Tin) Cans | | | | |
| | Other Scrap Metal | | | | |
| | Remainder/Composite Metal | | | | |

| GLASS | | | | | |
|---|---|---|---|---|---|
| | Recyclable Glass | | | | |
| | Remainder Composite Glass | | | | |

| ORGANICS | | | | | |
|---|---|---|---|---|---|
| | Food Waste | | | | |
| | Yard Waste | | | | |
| | Compostable Paper | | | | |

| TEXTILES | | | | | |
|---|---|---|---|---|---|
| | Bagged Textiles | | | | |
| | Loose Textiles | | | | |

| HAZARDOUS | | | | | |
|---|---|---|---|---|---|
| | Medical Waste | | | | |
| | Sharps | | | | |
| | Chemicals | | | | |
| | Personal Hygiene Products | | | | |

| OTHER POTENTIALLY RECYCLABLE MATERIALS | | | | | |
|---|---|---|---|---|---|
| | TV and CRT Monitors | | | | |
| | Electronics | | | | |
| | Automotive Batteries | | | | |
| | Lithium Ion Batteries | | | | |
| | Alkaline Batteries | | | | |
| | Ni-Cad Batteries | | | | |
| | Tanks | | | | |
| | Tires | | | | |
| | Oil Filters | | | | |
| | Motor Oil | | | | |
| | Wood | | | | |
| | Mercury Lamps | | | | |
| | Other Universal Waste | | | | |

| OTHER | | | | | |
|---|---|---|---|---|---|
| | Other Materials | | | | |

Notes:



*November 2015*

# Appendix E. Complete List of Selected Routes

**Table 17. Selected Single Family Residential Recyclables Routes**

| Day | District | Route# | Hauler | Load# |
|---|---|---|---|---|
| Monday | A | 110 | CWS | 1 |
| Monday | A | 115 | CWS | 1 |
| Monday | A | 112 | CWS | 1 |
| Monday | A | 121 | CWS | 1 |
| Monday | A | 114 | CWS | 1 |
| Monday | B | 1905 | Green Team | 1 |
| Monday | B | 1907 | Green Team | 1 |
| Monday | B | 1902 | Green Team | 1 |
| Monday | B | 1888 | Green Team | 1 |
| Monday | B | 1906 | Green Team | 1 |
| Monday | C | 146 | CWS | 2 |
| Monday | C | 135 | CWS | 1 |
| Monday | C | 140 | CWS | 1 |
| Monday | C | 132 | CWS | 1 |
| Monday | C | 143 | CWS | 1 |
| Tuesday | A | 208 | CWS | 1 |
| Tuesday | A | 219 | CWS | 2 |
| Tuesday | A | 203 | CWS | 1 |
| Tuesday | A | 202 | CWS | 1 |
| Tuesday | A | 204 | CWS | 1 |
| Tuesday | B | 2888 | Green Team | 1 |
| Tuesday | B | 2906 | Green Team | 1 |
| Tuesday | B | 2907 | Green Team | 1 |
| Tuesday | B | 2904 | Green Team | 1 |
| Tuesday | B | 2903 | Green Team | 1 |
| Tuesday | C | 237 | CWS | 1 |
| Tuesday | C | 240 | CWS | 1 |
| Tuesday | C | 234 | CWS | 1 |
| Tuesday | C | 245 | CWS | 2 |
| Tuesday | C | 245 | CWS | 1 |



Table 17 Selected Single Family Residential Recyclables Routes, continued

| Day | District | Route# | Hauler | Load# |
|---|---|---|---|---|
| Wednesday | A | 312 | CWS | 1 |
| Wednesday | A | 304 | CWS | 1 |
| Wednesday | A | 311 | CWS | 1 |
| Wednesday | A | 306 | CWS | 1 |
| Wednesday | A | 305 | CWS | 1 |
| Wednesday | B | 3888 | Green Team | 1 |
| Wednesday | B | 3902 | Green Team | 1 |
| Wednesday | B | 3903 | Green Team | 1 |
| Wednesday | B | 3907 | Green Team | 1 |
| Wednesday | B | 3906 | Green Team | 1 |
| Wednesday | C | 333 | CWS | 1 |
| Wednesday | C | 345 | CWS | 2 |
| Wednesday | C | 336 | CWS | 1 |
| Wednesday | C | 335 | CWS | 1 |
| Wednesday | C | 331 | CWS | 1 |
| Thursday | A | 409 | CWS | 2 |
| Thursday | A | 406 | CWS | 1 |
| Thursday | A | 416 | CWS | 2 |
| Thursday | A | 417 | CWS | 1 |
| Thursday | A | 406 | CWS | 2 |
| Thursday | B | 4906 | Green Team | 1 |
| Thursday | B | 4902 | Green Team | 1 |
| Thursday | B | 4907 | Green Team | 1 |
| Thursday | B | 4901 | Green Team | 1 |
| Thursday | B | 4903 | Green Team | 1 |
| Thursday | C | 432 | CWS | 1 |
| Thursday | C | 434 | CWS | 1 |
| Thursday | C | 436 | CWS | 1 |
| Thursday | C | 438 | CWS | 1 |
| Thursday | C | 440 | CWS | 1 |
| Friday | A | 502 | CWS | 1 |
| Friday | A | 519 | CWS | 2 |
| Friday | A | 503 | CWS | 1 |
| Friday | A | 514 | CWS | 1 |
| Friday | A | 516 | CWS | 1 |
| Friday | B | 5888 | Green Team | 1 |
| Friday | B | 5902 | Green Team | 1 |
| Friday | B | 5903 | Green Team | 1 |
| Friday | B | 5905 | Green Team | 1 |
| Friday | B | 5901 | Green Team | 1 |
| Friday | C | 535 | CWS | 1 |
| Friday | C | 545 | CWS | 2 |
| Friday | C | 541 | CWS | 1 |
| Friday | C | 546 | CWS | 1 |
| Friday | C | 544 | CWS | 1 |



November 2015