NORA FRIMANN, City Attorney (93249)
ARDELL JOHNSON, Assistant City Attorney (95340)
ELISA T. TOLENTINO, Chief Deputy City Attorney (245962)
THOMAS J. GRAY, Sr. Deputy City Attorney (191411)
NICHOLAS E. SYMPSON, Sr. Deputy City Attorney (295535)
STEPHANIE DAVIN, Deputy City Attorney (307911)
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail Address: cao.main@sanjoseca.gov

Attorneys for CITY OF SAN JOSE

SUPERIOR COURT OF CALIFORNIA

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA WASTE SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CITY OF SAN JOSE, and DOES 1 to 50, inclusive, <br><br> Defendants. | Case Number:  3:23-cv-01647-MMC <br><br> **DECLARATION OF THOMAS J. GRAY IN SUPPORT OF CITY OF SAN JOSE'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** <br><br> Date: December 12, 2025 <br> Time: 9:00 a.m. <br> Courtroom: 7, 19th Floor, San Francisco <br> Judge: Hon.  Maxine M. Chesney |

1

DECLARATION OF THOMAS J. GRAY IN SUPPORT OF CITY OF SAN JOSE'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT

Case Number: 23-cv-01647-MMC

2260169

I, THOMAS J. GRAY declare as follows:

1. I am a Senior Deputy City Attorney in the San José City Attorney's Office. I have been assigned to represent the City of San José in this action. I have personal knowledge of each of the facts stated in this declaration.

2. Attached as Exhibit A are true and correct copies of excerpts from the transcript of the deposition of David Duong, which was taken on August 28, 2025.

3. Attached as Exhibit B are true and correct copies of excerpts from the transcript of the deposition of Christopher "Kip" Harkness, which was taken on September 30, 2025.

I declare under the penalty of perjury under the laws of the United States of America that the following is true and correct, and that I signed this declaration on November 7, 2025.

    /s/ Thomas J. Gray
THOMAS J. GRAY

2

DECLARATION OF THOMAS J. GRAY IN SUPPORT OF CITY OF SAN JOSE'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT

Case Number: 23-cv-01647-MMC

2260169

# EXHIBIT A

```
            SUPERIOR COURT OF THE STATE OF CALIFORNIA

                 NORTHERN DISTRICT OF CALIFORNIA

                     SAN FRANCISCO DIVISION




CALIFORNIA WASTE SOLUTIONS,
INC.,

          Plaintiff,              CASE NO.
                                  3:23-cv-01647-MMC
-vs-

CITY OF SAN JOSE, and DOES
 to 50, inclusive,

          Defendant.


_____/




       VIDEOCONFERENCE DEPOSITION OF DAVID T. DUONG




Date:           Thursday, August 28, 2025

Time:           1:02 p.m.

Location:       VIDEOCONFERENCE

Reported        DEBORAH L. BURKE, CSR
by:             License Number 9657
```

**CERTIFIED TRANSCRIPT**

1

1    trial in this case.
2            Does that all make sense so far?
3        A.  Yes.
4        Q.  Okay.  Thank you.
5            So I want to kind of start off with just a little
6    bit of background information, but I'll start with your
7    role at CWS, California Waste Solutions.  Can you tell us
8    what your role is there?
9        A.  My role is president and CEO of the company.
10       Q.  And the CEO.  And you were actually one of the
11   founders of the company too; is that correct?
12       A.  That's correct.
13       Q.  And was it 1992 that CWS was founded?
14       A.  Yes.
15       Q.  Okay.  I want to ask a little bit about your life
16   before starting CWS.  What was -- founding CWS, was that
17   the first time that you were involved in the recycling or
18   collection or processing industry?
19       A.  No.  We have a company prior to that that where
20   we started from going and pick up, you know, garbage
21   recycling on the street in the garbage, you know, and pick
22   it up.  So we build it up.  First recycling called Cogido
23   Corporation.
24       Q.  So Cogido, you said that was the first company.
25   And did I hear you correct that that was collection



1    services and processing services?
2         A.   No.  Cogido is a company just doing the buy back.
3    That way we buying the material from people like collect
4    in the streets out to us.
5         Q.   Thank you.  Some of these terminology I'm not
6    quite familiar with, so I appreciate you explaining what
7    buy back meant.
8              So in that case, Cogido -- correct me if I'm
9    getting this wrong -- is essentially operated a processing
10   plant for the materials, but did not do the collection
11   themselves?
12        A.   Correct.
13        Q.   Okay.  Thank you.
14             When did you start -- well, let me ask you this
15   question.  Was Cogida, was that a company you started as
16   well?
17             MR. STRAUS:  The company name is Cogido.
18             MR. SYMPSON:  Oh, thank you.
19             THE WITNESS:  C-O-G-I-D-O.
20             MR. SYMPSON:  Thank you.
21        Q.   Is that a company you started?
22        A.   No.  It start with the family.  With my, my
23   parent, uncle and, you know, and I'm involved with that.
24        Q.   Okay.  So it was a family business that you were
25   involved with?



DEPONENT: DAVID T. DUONG                                      August 28, 2025
CALIFORNIA WASTE SOLUTIONS vs CITY OF SAN JOSE

1      A.   Correct.
2      Q.   Okay.  Prior to Cogido, did you have any other
3  experience prior to Cogido, working in the recycling
4  collection or processing industry?
5      A.   Do I have what?  Can you repeat that.
6      Q.   Sure.  So let me ask it this way.  When you
7  started working for Cogido, was that the first time you
8  ever worked in the recycling collection or processing
9  industry?
10     A.   No.  We, you know, we start, you know, our
11  background is one that my parent owned the largest paper
12  mill in South Vietnam.  And while going school, on the
13  weekend and on the day off, I also helping them going
14  around collecting recycle material that from, you know,
15  all the station who, you know, collecting and sell to us.
16          And then after that, then we start in U.S.  That
17  when we collecting recyclable material from the trash, and
18  then, you know, and then start, you know, selling it.  And
19  then when we starting the company, you know, we just
20  continue that, you know, you know, buy back from the
21  material, you know, processing and selling to the market.
22     Q.   Thank you.  I appreciate you helping me
23  understand that.
24          So going back to Cogido, correct me if my
25  understanding is wrong.  So while Cogido was operating,



1  was it solely just the processing, or did it some point

2  did Cogido do any collection?

3       A.  Cogido is processing.  We also do some

4  collection, but not, you know, not big.  Just like, you

5  know, those supermarket.  You know, when they baled

6  cardboard and/or maybe office, you know, that they source

7  the material like the paper from the office.  We do some

8  of those collection, but, you know, that's what the only

9  collecting like that, not residential.

10      Q.  Okay.  So would it be fair if I characterize that

11 as there was some like private clients like the

12 supermarkets or what have you that you would collect from

13 those, but you didn't have any public contracts to

14 collect?

15      A.  Correct.

16      Q.  Okay.  Thank you.  Now at some point, was Cogido

17 bought or sold or renamed to some other company?

18      A.  Yes.  We sold our company right by 19, I think

19 that's '89 or -- I don't recall the year.  But, yes, we

20 sold it a point where up till the earthquake in '97.

21      Q.  Okay.  That's a good timeline or way to track the

22 time.

23          Did the earthquake itself have any impact on your

24 decision to sell Cogido at that time?

25      A.  The earthquake damage some of our, you know,



DEPONENT: DAVID T. DUONG  August 28, 2025
CALIFORNIA WASTE SOLUTIONS vs CITY OF SAN JOSE

1  couldn't recall exactly but the late '80s; is that right?
2      A.  Yes, like up till like -- I don't recall the day,
3  the year, but right after the earthquake.
4      Q.  Okay.  Thank you.  That's a good way to remember
5  it.
6          Did you -- you said you weren't really familiar
7  with Norcal before they contacted you, wanting to purchase
8  Cogido.  After Norcal purchased Cogido, did you actually
9  work for Norcal?
10     A.  Yes.  We have contract to stay and work for them.
11     Q.  Okay.  And so you were an employee of Norcal at
12 that point?
13     A.  Correct.
14     Q.  What exactly was your role as an employee for
15 Norcal?
16     A.  Continue running the company that we sold it to
17 them.  And we be the manager, and then, you know, later on
18 they close down the plant.  They bought from us.  They
19 open a new plant in Oakland, and I continue being the
20 manager for, you know, those recycling facility for them.
21     Q.  Okay.  So I'll ask you about -- so it sounds to
22 me like basically they bought out the business, and, at
23 least to begin with, it's sort of like you keep running
24 the show like you've done before, it's just going to be
25 called Norcal now; is that how it began more or less?



DEPONENT: DAVID T. DUONG                                      August 28, 2025
CALIFORNIA WASTE SOLUTIONS vs CITY OF SAN JOSE

1          A.   Yes.
2          Q.   Okay.  Thank you.
3               So when you mentioned when they eventually closed
4    that plant, they kept you on to run another facility.  Was
5    that also in Oakland?
6          A.   No.  That -- yes, one in Oakland, and then later
7    on, the other one in San Jose.
8          Q.   So were you responsible for sort of both of those
9    sites when they were opened?
10         A.   I responsible for, you know, running the Oakland
11   one.  The San Jose I responsible for marketing recycling
12   material that they generate.
13         Q.   Thank you for helping clarify that.
14              So at any point while you were working for
15   Norcal, did you take any role in terms of collection
16   processes, or were you just more focused on managing the
17   processing facilities?
18              MR. STRAUS:  I'm sorry.  Can I -- election
19   processes?
20              MR. SYMPSON:  Collection.
21              MR. STRAUS:  Collection process.  Thank you.
22              THE WITNESS:  Yes.  I in charge of the Oakland
23   facility.  Like it shut down, the facility that they
24   bought from us, and they open a bigger.  They actually
25   acquired a facility in Oakland much bigger, and that



DEPONENT: DAVID T. DUONG                                              August 28, 2025
CALIFORNIA WASTE SOLUTIONS vs CITY OF SAN JOSE

1  all those processing.
2      Q.  Was that your first time being in charge of a
3  facility that also processed the recycling that was
4  collected by trucks?  Was that your first time operating a
5  facility like that?
6      A.  Yes, first time to do to process the facility
7  where equipment already and worked, you know, mix recycle
8  material, bring it in, yes.
9      Q.  Oh, that actually brings up a question.  When --
10 again, this terminology is kind of new to me.  So what's
11 the difference between, if there is one, mixed recycling
12 and versus single stream recycling for your purpose of
13 operating one of those facilities?
14     A.  Mixed recycling we do get, you know, all type
15 recyclable material mix in there, bottle, can, plastic,
16 paper, all type of paper.  All type of, you know, plastic,
17 and get some, you know, you know, garbage contaminate in
18 it.
19         We have single stream mean the resident already
20 sorts up everything and put it in to a separate bin like
21 you get.  Usually they have like where we in Oakland, for
22 when we first start that, with people put it in three
23 different bin.  You get, you know, newspaper, you get can,
24 bottled and then you get -- so there's separate bin for
25 resident that put it in separately, and we have truck



1    have contract, signing for us to do that, you know, one to
2    five year at a time.
3            MR. SYMPSON:   Q.   Thank you very much.
4            So I want to kind of move into now basically we
5    kind of talked through your work with Cogido and then with
6    Norcal.  When you started CWS, were you still employed
7    with Norcal in any capacity?
8       A.   No.  No.
9       Q.   Okay.  Sorry.  I just want to make sure you're
10   done answering before I start again.
11           What was the, you know, what led you to want to
12   once again start your own company and start CWS rather
13   than continue to work for Norcal?
14      A.   Well, because they bought the company under the
15   installment payment, and they didn't make their payment.
16   And we end up with -- we have to sue them and, you know,
17   in the lawsuit, part of that is finally it come to a
18   settlement that where we settle and we just walk away from
19   the employment and start our own company.
20      Q.   And I don't want to dig too much around that
21   lawsuit.  I just want to make sure I kind of understand
22   the basics of it.
23           Was the lawsuit related to ultimately the
24   purchase of Cogido and the payment installments that
25   Norcal was making; is that correct?



DEPONENT: DAVID T. DUONG                                          August 28, 2025
CALIFORNIA WASTE SOLUTIONS vs CITY OF SAN JOSE

1      A.  I don't remember, but I do know that, you know,
2  yeah, there are many company that deliver material to us
3  for processing.
4      Q.  Thank you very much.
5          Now, I want to start talking a little bit about,
6  I want to start talking about a little bit about when CWS
7  submitted a bid to the City of San Jose to provide the
8  collection and processing services that ultimately led to
9  the contract that we're disputing here today.
10         So I want to try to get a sense of -- let's see,
11 put it this way.  Is it accurate that CWS had been
12 operating at that point for over ten years before they
13 started to the bidding process for the contract with
14 San Jose?
15     A.  2007... What year did we?  We got the first
16 contract at San Jose, let me see...
17         MR. STRAUS:  Don't think out loud.  Think to
18 yourself.
19         THE WITNESS:  Yeah, I would say more than ten
20 years.
21         MR. SYMPSON:  Q.  And I've seen in various places
22 that CWS has been described as sort of a vertically
23 integrated company.  Are you familiar with that term?
24     A.  Can you reframe?
25     Q.  Yes.  I'm -- I might be able to hopefully where I



DEPONENT: DAVID T. DUONG  August 28, 2025
CALIFORNIA WASTE SOLUTIONS vs CITY OF SAN JOSE

1  STATE OF CALIFORNIA      )
2                           )
3  COUNTY OF ALAMEDA        )
4                    CERTIFICATE
5         I, DEBORAH L. BURKE, a Certified Shorthand
6  Reporter, License No. 9657, do hereby certify:
7         That prior to being examined, the witness
8  named in the foregoing deposition was by me duly sworn to
9  tell the truth, the whole truth, and nothing but the
10 truth;
11        That said deposition was reported by me in
12 machine shorthand at the time and place therein named
13 and was thereafter transcribed by means of computer-
14 aided transcription, and that it is a true, correct and
15 complete transcript of said proceedings.
16        I further certify that I am not of counsel nor
17 related to any of the parties hereto, nor in any
18 way interested in the outcome of these proceedings.
19        IN WITNESS WHEREOF, I have hereunto subscribed
20 my name this 7th day of September, 2025.
21
22
23 _____
24        DEBORAH L. BURKE
          CSR No. 9657
25



**TALTY COURT REPORTERS, INC.**
**408.244.1900 - www.taltys.com**

94

# EXHIBIT B

```
 1                UNITED STATES DISTRICT COURT
 2                NORTHERN DISTRICT OF CALIFORNIA
 3
 4    _____
                                       )
 5    CALIFORNIA WASTE SOLUTIONS, INC.,)
                                       )
 6              Plaintiff,             )
                                       )
 7    vs.                              ) No. 3:23-cv-01647-MMC
                                       )
 8    CITY OF SAN JOSE; and DOES 1 to  )
      50, inclusive,                   )
 9                                     )
                Defendant(s).          )
10    _____  )
11
12
13          DEPOSITION OF CHRISTOPHER "KIP" HARKNESS
14                  San Francisco, California
15                 Tuesday, September 30, 2025
16                          Volume I
17
18
19
20    Reported by:
      CATHERINE A. NOLASCO, RMR, CRR, BS
21    CSR No. 8239
22    Job No. SF 7600002
23
24    PAGES 1 - 96
25

                                                      Page 1
```

```
 1    contract, if possible, and I honestly don't recall
 2    having spent much time with the other contracts.
 3             MR. MANVITZ:  How are we doing?
 4             MS. TOLENTINO:  I was just going to say:  It's
 5    been about 75 minutes.  If we're at a good opportunity.
 6             MR. MANVITZ:  All right.  Let's take ten or
 7    whatever you want.
 8             (Recess.)
 9             MR. MANVITZ:  All right.  We're back on.
10        Q    I wanted to follow up on something you talked
11    about, the -- in -- somewhere in 2019, the City
12    directing you to stop using the old price -- the old
13    rate kind of as the starting-off point and negotiating
14    more along the lines of what GreenTeam -- GreenTeam --
15    you know, up to GreenTeam's rate.
16             Who was it that directed you or ESD originally
17    to use the CWS 2011 rate as the starting point?
18        A    So the city management interpretation of
19    council direction was that the city council, as a whole,
20    had directed us to -- as the contracts were coming to an
21    end, normally what we would do is we would go out for a
22    competitive procurement, colloquially known as "going
23    out to bid."  That process for something like a
24    integrated municipal waste series of contracts is a
25    multi-year process, which is very, very costly, and
```

Page 52

1  council directed the city administration, city manager,
2  to see if it was possible to extend the existing
3  contracts for another 15-year term, essentially saying
4  if an agreement -- reasonable agreement can be made
5  along with those contracts as the point of departure and
6  the starting point.
7         So we believed that -- from a city management
8  perspective, we believe that our direction from council
9  was to seek to renegotiate those contracts, if we could
10 do that using the existing contract as the base, if you
11 will.
12     Q   So when you say city management's
13 interpretation, who specifically?
14     A   Certainly the city manager and I were of that
15 opinion, and I think the Environmental Services
16 Department director and staff were of that opinion.
17     Q   And when you came into the negotiations in --
18 sometime in 2018, that was already the interpretation of
19 Kerrie Romanow in her negotiations with CSW [sic].
20         MS. TOLENTINO:  Call -- calls for speculation.
21         You can answer.
22         MR. MANVITZ:  CWS.
23         MS. TOLENTINO:  All these letters.
24         THE WITNESS:  That was certainly what was
25 conveyed to me by the staff, that the -- the point of

1  departure for all of the negotiations were the existing
2  contracts, which was a perspective with which I
3  concurred.
4  BY MR. MANVITZ:
5      Q   So when you came into the negotiations in
6  2018, the staff had already decided that the point of
7  departure was the old contract rate?
8      A   No, the city council had directed us that we
9  should begin with the existing contracts and see if we
10 can negotiate -- renegotiate those.
11     Q   And what document -- was there a document?
12 Was there a meeting?  What's your basis for that?
13     A   There are some memos.  I do not recall the
14 date of the memos or when that council meeting took
15 place.
16     Q   Was there a city council meeting where the
17 direction was to use the old rates as the basis?
18     A   That was prior to me coming on board.  I
19 believe there was.  I don't recall the exact date.
20     Q   You don't know -- do you know if you were part
21 of that --
22     A   I was absolutely not part of that.  It was not
23 my remit at the time.  So it would -- it was not
24 something I would have been paying attention to.  I'm
25 not even sure if I was at the City at the time that that

Page 54

```
 1          I, the undersigned, a Certified Shorthand Reporter
 2     of the State of California, do hereby certify:
 3          That the foregoing proceedings were taken before
 4     me at the time and place herein set forth; that any
 5     witnesses in the foregoing proceedings, prior to
 6     testifying, were administered an oath; that a record of
 7     the proceedings was made by me using machine shorthand
 8     which was thereafter transcribed under my direction;
 9     that the foregoing is a true record of the testimony
10     given.
11          Further, that if the foregoing pertains to the
12     original transcript of a deposition in a Federal Case,
13     before completion of the proceedings, review of the
14     transcript [  ] was [ X ] was not requested.
15              I further certify that I am neither
16     financially interested in the action nor a relative or
17     employee of any attorney or any party to this action.
18          IN WITNESS WHEREOF, I have this date subscribed my
19     name.
20     Dated:   10/14/2025
21
                        [signature: Catherine A. Nolasco]
22

                        Catherine A. Nolasco, RMR, CRR, BS
23                      CSR No. 8239
24
25

                                                      Page 94
```