IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA WASTE SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CITY OF SAN JOSE, <br><br> Defendant. | Case No. 23-cv-01647-MMC <br><br> **ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

Before the Court is defendant's Motion, filed November 7, 2025, "for Summary Judgment or In the Alternative, Partial Summary Judgment." Plaintiff has filed opposition, to which defendant has replied. The matter came on regularly for hearing on December 12, 2025. Douglas C. Straus of Buchalter A Professional Corporation appeared on behalf of plaintiff. Thomas J. Gray, Elisa T. Tolentino, and Nicholas E. Sympson of the Office of the City Attorney of San Jose appeared on behalf of defendant.

The Court having read and considered the parties' respective written submissions and having considered the arguments made at the hearing, the motion, for the reasons stated in detail on the record at the hearing, is hereby:

1. DENIED as to the First and Second Causes of Action, the alleged breach constituting a continuing violation; and

2. GRANTED as to the Third and Fourth Causes of Action, said claims having accrued, at the latest, in 2019.

**IT IS SO ORDERED.**

Dated: December 12, 2025

MAXINE M. CHESNEY
United States District Judge