| | |
|---|---|
| 1 | BUCHALTER LLP |
| | DOUGLAS C. STRAUS (SBN: 96301) |
| 2 | RANDALL L. MANVITZ (SBN: 224598) |
| | TIFFANY F. NG (SBN: 301436) |
| 3 | 425 Market Street, Suite 2900 |
| | San Francisco, CA 94105 |
| 4 | Telephone: 415.227.0900 |
| | Fax: 415.227.0770 |
| 5 | Email: dstraus@buchalter.com |
| 6 | Attorneys for Plaintiff |
| | CALIFORNIA WASTE SOLUTIONS, INC. |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA WASTE SOLUTIONS, INC., | Case No. 3:23-cv-01647-MMC |
| Plaintiff, | **NOTICE OF FIRM NAME CHANGE** |
| vs. | |
| CITY OF SAN JOSE, and DOES 1 to 10, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN THAT on January 1, 2026, Buchalter, A Professional Corporation (the "Firm"), changed its name to Buchalter LLP.

DATED: January 5, 2026         BUCHALTER LLP

                    By:  */s/ Tiffany F. Ng*
                         DOUGLAS C. STRAUS
                         RANDALL L. MANVITZ
                         TIFFANY F. NG

                         Attorneys for Plaintiff
                         CALIFORNIA WASTE SOLUTIONS, INC.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28