BUCHALTER
A Professional Corporation
DOUGLAS C. STRAUS (SBN: 96301)
RANDALL L. MANVITZ (SBN: 224598)
TIFFANY F. NG (SBN: 301436)
425 Market Street, Suite 2900
San Francisco, California 94105-2491
Telephone Number: (415) 227-0900
Fax: (415) 227-0770
Email Address:  dstraus@buchalter.com
                rmanvitz@buchalter.com
                tng@buchalter.com

Attorneys for Plaintiff, California Waste Solutions, Inc.

SUSANA ALCALA WOOD, City Attorney (156366)
ARDELL JOHNSON, Assistant City Attorney (95340)
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California  95113-1905
Telephone Number: (408) 535-1900
Facsimile Number:  (408) 998-3131
E-Mail Address:  cao.main@sanjoseca.gov

Attorneys for Defendant, City of San Jose

GRANTED

*Maxine M. Chesney*

Judge Maxine M. Chesney

*The Status Conference currently scheduled for June 12, 2026, is hereby CONTINUED to September 11, 2026, at 10:30 a.m.

US DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA WASTE SOLUTIONS, INC.,<br><br>Plaintiff(s),<br><br>v.<br><br>CITY OF SAN JOSE, and DOES 1 to 50, inclusive,<br><br>Defendant(s). | Case Number:  3:23-cv-01647-MMC<br><br>**JOINT STATUS CONFERENCE STATEMENT REQUESTING CONTINUANCE OF STATUS CONFERENCE**<br><br>Date:  June 12, 2026<br>Time: 10:30 a.m.<br>Dept:  Ctrm. 7, 19th Fl. |

///

///

///

BUCHALTER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

The parties to the above-entitled action jointly submit this Joint Status Conference Statement pursuant to Federal Rule of Civil Procedure 26(f).

The parties have resolved all issues in principle and are in the process of finalizing a Settlement Agreement and a related contract Amendment for approval by the City of San Jose City Council, anticipated to occur on June 23, 2026.  Finalization of the settlement terms also is contingent upon approval of a similar contract amendment between the City of San Jose and the other San Jose single family residential recycling services provider.

The parties expect to finalize the settlement documentation and dismiss the pending lawsuit within the next 90 days.  Accordingly, the parties respectfully request the Court consider continuing the June 12, 2026 Status Conference for at least 90 days.

Dated:  June 5, 2026

Respectfully submitted,

SUSANA ALCALA WOOD, City Attorney

By: */s/ Ardell Johnson*
ARDELL JOHNSON
Assistant City Attorney

Attorneys for CITY OF SAN JOSE

Dated:  June 5, 2026

CALIFORNIA WASTE SOLUTIONS, INC.

By: ____ */s/ Randall Manvitz* ____
DOUGLAS STRAUS
RANDALL MANVITZ

Attorneys for CALIFORNIA WASTE SOLUTIONS, INC.

BUCHALTER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

**JOINT STATUS CONFERENCE STATEMENT**          5:23-cv-01647-MMC